# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF UNION DES ASSOCIATIONS EUROPÉENNES DE FOOTBALL (“UEFA”) FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING | Case No. 26-mc-___ |

**DECLARATION OF ANDREW J. LEVANDER IN SUPPORT OF APPLICATION FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782**

I, Andrew J. Levander, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a Partner at Dechert LLP, counsel for Union des Associations Européennes de Football (“UEFA”) in the above captioned matter. I respectfully submit this declaration in support of the Application of UEFA for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding. The application is being brought on an *ex parte* basis because courts in the Eleventh Circuit routinely handle § 1782 requests in that way.[1]

2. I am knowledgeable about the matters described below, and the facts stated herein are true and correct to the best of my knowledge.

3. Attached as Exhibit 1 is a true and correct copy of Inside FIFA, Organisation, FIFA (2023), https://inside.fifa.com/organisation.

4. Attached as Exhibit 2 is a true and correct copy of FIFA, *Football Unites the World:*

---

[1] Courts in the Eleventh Circuit routinely handle § 1782 requests on an *ex parte* basis. *See, e.g.*, *In re Clerici*, 481 F.3d 1324, 1331–32 (11th Cir. 2007); *In re Application of Alves Braga*, 789 F. Supp. 2d 1294, 1303 (S.D. Fla. 2011) (“There is nothing inappropriate about an *ex parte* application under [28 U.S.C. § 1782].”); *In re Alianza Fiduciaria S.A.*, 2013 WL 6225179, at *2 (S.D. Fla. Oct. 24, 2013); *In re Pinchuk*, 2013 WL 5574342 (S.D. Fla. Sept. 20, 2013); *In re Application of TELF AG*, 2026 WL 1429285, at *1 (S.D. Fla. May 21, 2026) (noting that “[c]ourts within this district routinely find *ex parte* applications for discovery under 28 U.S.C. § 1782 proper”).

*Strategic Objectives for the Global Game: 2023-2027* (Dec. 16, 2023), https://digitalhub.fifa.com/m/38577b5ce4c3cc23/original/FIFA-Strategic-Objectives-for-the-Global-Game_2023_2027_EN.pdf.

5. Attached as Exhibit 3 is a true and correct copy of FIFA Statutes (2024 ed.), https://digitalhub.fifa.com/m/16d1f7349fa19ade/original/FIFA-Statutes-2024.pdf.

6. Attached as Exhibit 4 is a true and correct copy of FIFA, *Annual Report 2025: Notes to the Consolidated Financial Statements, Material Accounting Policies*, https://inside.fifa.com/official-documents/annual-report/2025/financials/2025-financial-statements/notes/material-accounting-policies.

7. Attached as Exhibit 5 is a true and correct copy of Inside FIFA, *Member Associations*, FIFA (2023), https://inside.fifa.com/associations.

8. Attached as Exhibit 6 is a true and correct copy of Janina Nuno Rios and Angelica Medina, *How World Soccer Is Governed: FIFA, UEFA and the Balance of Power*, Reuters (July 29, 2026), https://www.reuters.com/sports/soccer/how-world-soccer-is-governed-fifa-uefa-balance-power-2026-07-29/.

9. Attached as Exhibit 7 is a true and correct copy of Pamela N. Danziger, *Behind the $10.5 Billion Brand Spending Spree at the 2026 FIFA World Cup*, Forbes (June 5, 2026), https://www.forbes.com/sites/pamdanziger/2026/06/05/why-brands-are-investing-billions-in-the-2026-fifa-world-cup/.

10. Attached as Exhibit 8 is a true and correct copy of Andreas De Rosi, *How FIFA Turns the 2026 World Cup Into a $13 Billion Machine*, Mappr (June 13, 2026), https://www.mappr.co/fifa-world-cup-2026-revenue/.

11. Attached as Exhibit 9 is a true and correct copy of FIFA, *More Than Half the World*

*Watched Record-Breaking 2018 World Cup*, Inside FIFA (Dec. 21, 2018), https://inside.fifa.com/tournaments/mens/worldcup/2018russia/media-releases/more-than-half-the-world-watched-record-breaking-2018-world-cup.

12. Attached as Exhibit 10 is a true and correct copy of Victoria Hernandez, *Total Record-Breaking Attendance Numbers Revealed for 2026 World Cup*, USA Today (July 19, 2026), https://www.usatoday.com/story/sports/soccer/worldcup/2026/07/19/total-attendance-2026-world-cup-united-states-canada-mexico/90976518007/.

13. Attached as Exhibit 11 is a true and correct copy of *2026 World Cup Sets All-Time Attendance Record with More Than 6.8 Million Spectators*, Brussels Times (July 20, 2026), https://www.brusselstimes.com/2238194/2026-world-cup-sets-all-time-attendance-record-with-more-than-6-8-million-spectators.

14. Attached as Exhibit 12 is a true and correct copy of *FIFA President Delighted by 'Record-Smashing' FIFA World Cup 2026*, Inside FIFA (July 20, 2026), https://inside.fifa.com/organisation/president/news/gianni-infantino-world-cup-2026-reaction-records.

15. Attached as Exhibit 13 is a true and correct copy of *2026 FIFA World Cup Breaks Another Record, Surpassing Combined Attendance of Russia 2018 and Qatar 2022*, beIN Sports (July 12, 2026), https://www.beinsports.com/en-us/soccer/fifa-world-cup-2026/articles/2026-fifa-world-cup-breaks-another-record-surpassing-the-combined-attendance-of-russia-2018-and-qatar-2022-2026-07-12.

16. Attached as Exhibit 14 is a true and correct copy of Paul Nicholson, *FIFA Reports $2bn Upward Budget Revision to $11bn for 2023-26 Cycle*, Inside World Football (May 16, 2025), https://www.insideworldfootball.com/2025/05/16/fifa-reports-2bn-upward-budget-revision-11bn-2023-26-cycle.

17. Attached as Exhibit 15 is a true and correct copy of Matt Hughes, *The $13bn World Cup: How the Numbers Stack Up on FIFA's 2026 Balance Sheet*, The Guardian (Apr. 30, 2026), https://www.theguardian.com/football/ng-interactive/2026/apr/30/the-13bn-world-cup-how-the-numbers-stack-up-on-fifas-2026-balance-sheet.

18. Attached as Exhibit 16 is a true and correct copy of Chris Weatherspoon, *The BookKeeper — Exploring FIFA's Finances: Where the Money Comes from and Where It Goes*, The New York Times (July 9, 2026), https://www.nytimes.com/athletic/7330307/2026/07/09/fifa-finances-bookkeeper-analysis/.

19. Attached as Exhibit 17 is a true and correct copy of Nick Ames and Matt Hughes, *FIFA to Announce Record $15bn World Cup Revenue, Smashing Expectations*, The Guardian (July 18, 2026), https://www.theguardian.com/football/2026/jul/18/fifa-record-15bn-world-cup-revenue.

20. Attached as Exhibit 18 is a true and correct copy of David Suggs (The Sporting News), *Who Owns FIFA? How Soccer Organization Works and Where Its Money Goes*, Yahoo Sports (July 29, 2026), https://sports.yahoo.com/articles/owns-fifa-soccer-organization-works-192657800.html.

21. Attached as Exhibit 19 is a true and correct copy of Angel Nakamura, *How FIFA Really Works: From the Structure, Members, Functions and Power Behind International Soccer*, Marca (July 31, 2026), https://www.marca.com/en/football/international-football/2026/08/01/how-fifa-really-works-from-the-structure-members-functions-and-power-behind-international-soccer.html.

22. Attached as Exhibit 20 is a true and correct copy of *Factbox: What Is FIFA and Why Is It Such an Important Organization*, Reuters (May 20, 2015), https://reuters.com/article/us-

soccer-fifa-factbox/factbox-what-is-fifa-and-why-is-it-such-an-important-organization-idUSKBN0O603Z20150521/.

23. Attached as Exhibit 21 is a true and correct copy of UEFA Statutes (2026 ed.), https://documents.uefa.com/v/u/UEFA-Statutes-Edition-2026-2026-Online.

24. Attached as Exhibit 22 is a true and correct copy of *Our Business Model*, UEFA, https://www.uefa.com/running-competitions/financial-distribution/our-business-model/.

25. Attached as Exhibit 23 is a true and correct copy of *National Associations*, UEFA, https://www.uefa.com/nationalassociations/.

26. Attached as Exhibit 24 is a true and correct copy of *FIFA World Cup Champions: 1982–2026*, FIFA (July 18, 2026), https://www.fifa.com/en/tournaments/mens/worldcup/articles/world-cup-champions-1982-2026-italy-argentina-germany-brazil-france-spain.

27. Attached as Exhibit 25 is a true and correct copy of Inside FIFA, *FIFA Council*, FIFA, https://inside.fifa.com/organisation/fifa-council.

28. Attached as Exhibit 26 is a true and correct copy of FIFA, FIFA Code of Ethics (2023 ed.), https://digitalhub.fifa.com/m/4f048486c1f7293c/original/FIFA-Code-of-Ethics-2023.pdf.

29. Attached as Exhibit 27 is a true and correct copy of *Swiss Prosecutor's Full Legal Document Alleging João Havelange 'Received Millions in Bribes,'* The Guardian (July 12, 2012), https://www.theguardian.com/football/interactive/2012/jul/12/full-legal-document-joao-havelange.

30. Attached as Exhibit 28 is a true and correct copy of Richard Conway, *Joao Havelange, FIFA's Honorary President, Resigns over Bribes*, BBC (Apr. 30, 2013), https://www.bbc.com/sport/football/22351630.

31. Attached as Exhibit 29 is a true and correct copy of U.S. Department of Justice, *Nine FIFA Officials and Five Corporate Executives Indicted for Racketeering Conspiracy and Corruption*, Office of Public Affairs (May 27, 2015), https://www.justice.gov/archives/opa/pr/nine-fifa-officials-and-five-corporate-executives-indicted-racketeering-conspiracy-and.

32. Attached as Exhibit 30 is a true and correct copy of Federal Bureau of Investigation, *More FIFA Officials Charged in Ongoing Corruption Case*, FBI News (Dec. 3, 2015), https://www.fbi.gov/news/stories/more-fifa-officials-charged-in-ongoing-corruption-case.

33. Attached as Exhibit 31 is a true and correct copy of U.S. Department of Justice, *Justice Department Announces Additional Distribution of Approximately $92 Million to Victims in FIFA Corruption Case*, Office of Public Affairs (June 30, 2022), https://www.justice.gov/archives/opa/pr/justice-department-announces-additional-distribution-approximately-92-million-victims-fifa.

34. Attached as Exhibit 32 is a true and correct copy of *Fifa Awarded $201m in Forfeited Funds After Corruption Probe by US Department of Justice*, BBC (Aug. 24, 2021), https://www.bbc.com/sport/football/58323327.

35. Attached as Exhibit 33 is a true and correct copy of Sam Borden, Michael S. Schmidt, and Matt Apuzzo, *Sepp Blatter Decides to Resign as FIFA President in About-Face,* The New York Times (June 2, 2015), https://www.nytimes.com/2015/06/03/sports/soccer/sepp-blatter-to-resign-as-fifa-president.html.

36. Attached as Exhibit 34 is a true and correct copy of *FIFA: Sepp Blatter and Michel Platini Get Eight-Year Bans*, BBC (Dec. 21, 2015), https://www.bbc.com/sport/football/35144652.

37. Attached as Exhibit 35 is a true and correct copy of *FIFA Announce Reform*

*Committee to Meet for First Time Next Month*, ESPN (Aug. 20, 2015), https://www.espn.com/soccer/story/_/id/37429983/fifa-reform-committee-meet-first-next-month.

38. Attached as Exhibit 36 is a true and correct copy of Inside FIFA, *Extraordinary FIFA Congress Zurich 2016*, FIFA (Dec. 22, 2016), https://inside.fifa.com/news/extraordinary-fifa-congress-zurich-2016-2857429.

39. Attached as Exhibit 37 is a true and correct copy of *Transparency International Concerned by Gianni Infantino's FIFA Changes*, ESPN (May 17, 2016), https://www.espn.com/soccer/story/_/id/37470128/transparency-international-concerned-gianni-infantino-fifa-changes.

40. Attached as Exhibit 38 is a true and correct copy of Dorothée Baumann-Pauly, *Also in Play: FIFA's Commitment Without Oversigh*t, NYU Stern (June 18, 2026), https://bhr.stern.nyu.edu/quick-take/also-in-play-fifas-commitment-without-oversight/.

41. Attached as Exhibit 39 is a true and correct copy of Stanis Elsborg, *Infantino's FIFA: Ten Years of Power, Politics and So-Called Ethics*, Play the Game (Apr. 13, 2026), https://www.playthegame.org/news/infantino-s-fifa-ten-years-of-power-politics-and-so-called-ethics/.

42. Attached as Exhibit 40 is a true and correct copy of David Conn, *FIFA Ethics Committee Was Investigating Gianni Infantino over Election Expenses*, The Guardian (July 21, 2017), https://www.theguardian.com/football/2017/jul/21/fifa-investigating-gianni-infantino-election-expenses.

43. Attached as Exhibit 41 is a true and correct copy of Brian Homewood, *FIFA Reformer Scala Quits Over Loss of Independence*, Reuters (May 15, 2016), https://www.reuters.com/article/sports/fifa-reformer-scala-quits-over-loss-of-independence-idUSKCN0Y606Q/.

44. Attached as Exhibit 42 is a true and correct copy of Owen Gibson, *FIFA's Independent Audit Committee Chairman Resigns in Protest at Reforms*, The Guardian (May 14,

2016), https://www.theguardian.com/football/2016/may/14/domenico-scala-fifa-auditor-resigns-protest.

45. Attached as Exhibit 43 is a true and correct copy of *Gianni Infantino: FIFA President Cleared in Ethics Probe*, BBC (Aug. 5, 2016), https://www.bbc.com/sport/football/36834094.

46. Attached as Exhibit 44 is a true and correct copy of Richard Conway, *FIFA President Gianni Infantino to Be Interviewed by Ethics Committee*, BBC (July 14, 2016), https://www.bbc.com/sport/football/36795446.

47. Attached as Exhibit 45 is a true and correct copy of Paul Nicholson, *Infantino Expense Details Unveil a New Culture of Spending at FIFA*, Inside World Football (June 9, 2016), https://www.insideworldfootball.com/2016/06/09/infantino-expense-details-unveils-new-culture-spending-fifa/.

48. Attached as Exhibit 46 is a true and correct copy of Rob Harris, *Ousted FIFA Ethics Prosecutor: 'Several 100 Cases' Ongoing*, AP News (May 10, 2017), https://apnews.com/19f5eb144b42441dbaf5fff6b08cbdc7.

49. Attached as Exhibit 47 is a true and correct copy of *FIFA: Ousted Ethics Chiefs Were Investigating 'Hundreds' of Cases*, BBC (May 10, 2017), https://www.bbc.com/sport/football/39868118.

50. Attached as Exhibit 48 is a true and correct copy of Graham Dunbar, *Prosecutor Urges Case Against FIFA President for Private Jet*, AP News (Dec. 10, 2020), https://apnews.com/prosecutor-urges-case-against-fifa-president-for-private-jet-471c8f82c561dc2c8b96be18e34b66f3.

51. Attached as Exhibit 49 is a true and correct copy of *Application to Lift the Immunity*

*of Attorney General Michael Lauber and Commencement of Criminal Proceedings Against Gianni Infantino*, The Swiss Federal Council (July 30, 2020), https://www.admin.ch/gov/en/start/documentation/media-releases.msg-id-79942.html.

52. Attached as Exhibit 50 is a true and correct copy of David Conn, *FIFA President Gianni Infantino Faces Swiss Criminal Proceedings*, The Guardian (July 30, 2020), https://www.theguardian.com/football/2020/jul/30/fifa-president-gianni-infantino-faces-swiss-criminal-proceedings.

53. Attached as Exhibit 51 is a true and correct copy of *Swiss Prosecutors End Proceedings Against FIFA Boss Infantino*, Reuters (Oct. 26, 2023), https://www.reuters.com/sports/soccer/swiss-prosecutors-end-proceedings-against-fifa-boss-infantino-2023-10-26/.

54. Attached as Exhibit 52 is a true and correct copy of Michael Shields, *Swiss Drop Impeachment of Attorney General After He Agrees to Quit Early*, Reuters (Aug. 19, 2020), https://www.reuters.com/article/sports/swiss-drop-impeachment-of-attorney-general-after-he-agrees-to-quit-early-idUSKCN25F1IR/.

55. Attached as Exhibit 53 is a true and correct copy of Matt Hughes, *Infantino Using Private Jet in Attempt to Watch Two World Cup Matches per Day*, The Guardian (June 16, 2026), https://www.theguardian.com/football/2026/jun/16/infantino-private-jet-world-cup-matches.

56. Attached as Exhibit 54 is a true and correct copy of Rob Harris, *FIFA: Gianni Infantino Secures Backing to Potentially Extend Presidency Until 2031*, Sky News (Dec. 17, 2022), https://news.sky.com/story/fifa-gianni-infantino-secures-backing-to-potentially-extend-presidency-until-2031-12769547.

57. Attached as Exhibit 55 is a true and correct copy of Ali Iveson, *Infantino Could Lead FIFA Until 2031 as Council Says First 39 Months Did Not Count Towards Term Limits*,

Inside the Games (Dec. 16, 2022), https://www.insidethegames.biz/articles/1131712/infantino-term-limits.

58. Attached as Exhibit 56 is a true and correct copy of Antonio Pequeño IV, *Infantino Offers Morocco 2030 World Cup Final in Exchange for Support, Report Says*, Forbes (Aug. 5, 2026), https://www.forbes.com/sites/antoniopequenoiv/2026/08/05/infantino-offers-morocco-2030-world-cup-final-in-exchange-for-support-report-says.

59. Attached as Exhibit 57 is a true and correct copy of Chris Cwik and Jason Owens, *FIFA Claims Infantino Has Some Board Support amid Calls for His Resignation, Denies Report That He Promised Morocco World Cup Final in Exchange for Re-Election Support*, Yahoo Sports (Aug. 5, 2026), https://sports.yahoo.com/soccer/breaking-news/article/gianni-infantino-offered-2030-world-cup-final-to-morocco-in-exchange-for-support-amid-calls-he-should-resign-report-172424083.html.

60. Attached as Exhibit 58 is a true and correct copy of Tariq Panja and Rebecca R. Ruiz, *A Yearslong Effort to Woo Trump Culminates With the World Cup*, The New York Times (June 9, 2026), https://www.nytimes.com/2026/06/09/world/europe/world-cup-infantino-trump.html.

61. Attached as Exhibit 59 is a true and correct copy of Tim Murphy, *The Kushner-Backed FIFA Takeover Tearing the Soccer World Apart*, Mother Jones (July 30, 2026), https://www.motherjones.com/politics/2026/07/fifa-josh-kushner-thrive-capital-infantino-trump/.

62. Attached as Exhibit 60 is a true and correct copy of Adam Crafton, *Donald Trump, Jared Kushner and the Race to Host the 2026 World Cup*, The New York Times (Nov. 4, 2024), https://www.nytimes.com/athletic/5891523/2024/11/04/donald-trump-united-states-world-cup-2026/.

63. Attached as Exhibit 61 is a true and correct copy of Emily Jane Fox, *How Jared Kushner Helped Bring the 2026 World Cup to North America*, Vanity Fair (July 15, 2018), https://www.vanityfair.com/news/2018/07/how-jared-kushner-helped-bring-2026-world-cup-to-north-america.

64. Attached as Exhibit 62 is a true and correct copy of Andrew Rice, *Gianni's Game*, New York Magazine (June 2, 2026), https://nymag.com/intelligencer/article/infantino-fifa-world-cup-trump-kushner-soccer-football.html.

65. Attached as Exhibit 63 is a true and correct copy of Inside FIFA, *Canada, Mexico and USA Selected as Hosts of the 2026 FIFA World Cup*™, FIFA (June 13, 2018), https://inside.fifa.com/tournaments/mens/worldcup/canadamexicousa2026/media-releases/canada-mexico-and-usa-selected-as-hosts-of-the-2026-fifa-world-cuptm.

66. Attached as Exhibit 64 is a true and correct copy of Richard Conway, *World Cup 2026: How US, Canada & Mexico Won Right to Host Tournament*, BBC (June 13, 2018), https://www.bbc.com/sport/football/44465069.

67. Attached as Exhibit 65 is a true and correct copy of Tariq Panja and Andrew Das, *World Cup 2026: United States, Canada and Mexico Win Bid to Be Host*, The New York Times (June 13, 2018), https://www.nytimes.com/2018/06/13/sports/world-cup/fifa-2026-vote-north-america-morocco.html.

68. Attached as Exhibit 66 is a true and correct copy of Rob Harris and Graham Dunbar, *North American Trio Beats Morocco to Host 2026 World Cup*, AP News (June 13, 2018), https://apnews.com/article/71e70169ac9343839436613b7d8dbb31.

69. Attached as Exhibit 67 is a true and correct copy of David Conn, *Money Talks for FIFA as Morocco Pays Price for Infantino's Expansion Plan*, The Guardian (June 13, 2018),

https://www.theguardian.com/football/blog/2018/jun/13/money-talks-fifa-world-cup-morocco-north-america-2026-infantino.

70. Attached as Exhibit 68 is a true and correct copy of *Remarks by President Trump, FIFA President Gianni Infantino, and U.S. Soccer President Carlos Cordeiro on the 2026 World Cup*, White House Archives (Aug. 28, 2018), https://trumpwhitehouse.archives.gov/briefings-statements/remarks-president-trump-fifa-president-gianni-infantino-u-s-soccer-president-carlos-cordeiro-2026-world-cup/.

71. Attached as Exhibit 69 is a true and correct copy of *President Trump Meets With FIFA, U.S. Soccer Chiefs at White House*, ESPN (Aug. 28, 2018), https://www.espn.com/soccer/story/_/id/37560750/president-trump-meets-fifa-us-soccer-chiefs-white-house.

72. Attached as Exhibit 70 is a true and correct copy of Adam Crafton, *Trump and Infantino: Club World Cup Draw Becomes a Tale of Two Presidents*, The New York Times (Dec. 6, 2024), https://www.nytimes.com/athletic/5973331/2024/12/06/trump-infantino-club-world-cup/.

73. Attached as Exhibit 71 is a true and correct copy of Dan Sheldon, *FIFA President Gianni Infantino's Name Engraved on New Club World Cup Trophy*, The New York Times (Nov. 15, 2024), https://www.nytimes.com/athletic/5924557/2024/11/15/gianni-infantino-club-world-cup-trophy/.

74. Attached as Exhibit 72 is a true and correct copy of Alexander Abnos, *FIFA Opens Office in Trump Tower, Deepening Ties with US President*, The Guardian (July 8, 2025), https://www.theguardian.com/football/2025/jul/08/fifa-trump-tower-office-new-york-city-world-cup.

75. Attached as Exhibit 73 is a true and correct copy of Inside FIFA, *President Donald J. Trump Awarded "FIFA Peace Prize – Football Unites the World,"* FIFA (Dec. 5, 2025), https://

inside.fifa.com/campaigns/football-unites-the-world/news/president-trump-peace-prize-football-unites-the-world.

76. Attached as Exhibit 74 is a true and correct copy of Inside FIFA, *FIFA Introduces the FIFA Peace Prize – An Award to Recognise Exceptional Actions for Peace and Unity*, FIFA (Nov. 5, 2025), https://inside.fifa.com/organisation/media-releases/peace-prize-award-football-unites-the-world-infantino.

77. Attached as Exhibit 75 is a true and correct copy of Adam Crafton, *Human Rights Watch Questions FIFA Over 'Peace Prize,' Receives No Response*, The New York Times (Dec. 1, 2025), https://www.nytimes.com/athletic/6852219/2025/12/01/fifa-human-rights-watch-peace-prize/.

78. Attached as Exhibit 76 is a true and correct copy of Tariq Panja and Luke Broadwater, *FIFA's Leader Often Flatters Trump. Now, He's Awarded Him a Peace Prize*, The New York Times (Dec. 5, 2025), https://www.nytimes.com/2025/12/05/us/politics/trump-fifa-peace-prize-world-cup-infantino.html.

79. Attached as Exhibit 77 is a true and correct copy of Adwaidh Rajan, *USA Striker Balogun's One-Game Ban Suspended After Trump Intervention*, BBC (July 5, 2026), https://www.bbc.com/sport/football/articles/cewqq5q8v41o.

80. Attached as Exhibit 78 is a true and correct copy of *USMNT's Balogun Has Red Card Suspended; Trump Asked FIFA to Review*, ESPN (July 5, 2026), https://www.espn.com/soccer/story/_/id/49277378/usmnt-folarin-balogun-red-card-suspended-belgium.

81. Attached as Exhibit 79 is a true and correct copy of Martyn Ziegler, *Only One Official Involved in Decision to Waive Folarin Balogun Ban*, The Times (July 12, 2026), https://www.thetimes.com/sport/football/world-cup/article/folarin-balogun-ban-world-cup-usa-

25z8bfjg3.

82. Attached as Exhibit 80 is a true and correct copy of Adriana Garcia, *UEFA Says FIFA 'Crossed a Red Line' with Folarin Balogun Red-Card-Ban U-Turn*, ESPN (July 6, 2026), https://www.espn.com/soccer/story/_/id/49284889/uefa-fifa-folarin-balogun-red-card-ban-overturned-usmnt.

83. Attached as Exhibit 81 is a true and correct copy of Inside FIFA, *Gianni Infantino: FIFA World Cup 2026™ Has 'Exceeded All Expectations,'* FIFA (July 17, 2026), https://inside.fifa.com/news/white-house-reception-infantino-president-trump-records.

84. Attached as Exhibit 82 is a true and correct copy of *FIFA President Infantino Proclaims World Cup a Success at U.N.*, ESPN (July 17, 2026), https://www.espn.com/soccer/story/_/id/49386705/fifa-president-infantino-proclaims-world-cup-success-un.

85. Attached as Exhibit 83 is a true and correct copy of Inside FIFA, *FIFA Intends to Expand Football Development Funding to Over USD 10 Billion Subject to Approval by FIFA Member Associations*, FIFA (July 28, 2026), https://inside.fifa.com/media-releases/intends-expand-football-development-funding-usd-10-billion-subject-approval-member-associations.

86. Attached as Exhibit 84 is a true and correct copy of Matt Slater, *FIFA Plans to Sell a Stake in the World Cup: How Much for and Why Is Gianni Infantino Doing It?*, The New York Times (July 28, 2026), https://www.nytimes.com/athletic/7475316/2026/07/28/fifa-world-cup-stake-sale-infantino/.

87. Attached as Exhibit 85 is a true and correct copy of Tariq Panja, *Mystery Consortium Is Said to Offer FIFA $25 Billion for Control of 2 Tournaments*, The New York Times (Apr. 9, 2018), https://www.nytimes.com/2018/04/09/sports/soccer/fifa-club-world-cup.html.

88. Attached as Exhibit 86 is a true and correct copy of Richard Conway, *Fifa Set to*

*Meet over $25bn Offer to Launch Two Tournaments*, BBC (Apr. 23, 2018), https://www.bbc.com/sport/football/43868703.

89. Attached as Exhibit 87 is a true and correct copy of *SoftBank Among Investors for $25 Billion FIFA Plan: Report*, Reuters (Apr. 12, 2018), https://www.reuters.com/article/business/softbank-among-investors-for-25-billion-fifa-plan-report-idUSKBN1HJ12J/.

90. Attached as Exhibit 88 is a true and correct copy of Gabriele Marcotti, *FIFA Not Transparent on 'Surprise' Competitions Revamp* **-** *UEFA President*, ESPN (May 25, 2018), https://www.espn.com/soccer/story/_/id/37555159/uefa-president-aleksander-ceferin-questions-fifa-competitions-revamp.

91. Attached as Exhibit 89 is a true and correct copy of Gabriele Marcotti, *UEFA to Walk out if FIFA Forces Vote on Club World Cup Revamp – Sources*, ESPN (Oct. 25, 2018), https://www.espn.com/soccer/story/_/id/37563499/uefa-walk-fifa-forces-vote-club-world-cup-revamp-sources.

92. Attached as Exhibit 90 is a true and correct copy of David Conn, *FIFA Puts Club World Cup Revamp on Hold After European Resistance*, The Guardian (Oct. 26, 2018), https://www.theguardian.com/football/2018/oct/26/fifa-club-world-cup-council-uefa-task-force-football.

93. Attached as Exhibit 91 is a true and correct copy of Inside FIFA, *FIFA Council Votes for the Introduction of a Revamped FIFA Club World Cup*, FIFA (Mar. 15, 2019), https://inside.fifa.com/organisation/fifa-council/media-releases/fifa-council-votes-for-the-introduction-of-a-revamped-fifa-club-world-cup.

94. Attached as Exhibit 92 is a true and correct copy of *Statement on Behalf of UEFA and Its 55 National Associations*, UEFA (July 30, 2026), https://www.uefa.com/news-media/

news/02a7-213a92896eb0-54dfbf454e3b-1000--statement-on-behalf-of-uefa-and-its-55-national-associations/.

95. Attached as Exhibit 93 is a true and correct copy of Adam Crafton, James Horncastle, Megan Feringa, and Dan Sheldon, *Inside the Week That Shook Gianni Infantino, FIFA and the Football World*, The New York Times (Aug. 2, 2026), https://www.nytimes.com/athletic/7485172/2026/08/02/fifa-world-cup-stake-sale-inside/.

96. Attached as Exhibit 94 is a true and correct copy of Rob Draper, *Game Over? As He Scraps His 'Shabby' World Cup Sell-Off Deal, Infantino's Job Hangs by a Thread*, The Observer (Aug. 2, 2026), https://observer.co.uk/news/sport/article/game-over-as-he-scraps-his-shabby-world-cup-sell-off-deal-infantinos-job-hangs-by-a-thread.

97. Attached as Exhibit 95 is a true and correct copy of Josh Noble, Samuel Agini, and Arash Massoudi, *The Week That Shook Football*, Financial Times (July 31, 2026), https://www.ft.com/content/0b7081c3-2654-471c-b1b9-87c6f6369fb0?syn-25a6b1a6=1.

98. Attached as Exhibit 96 is a true and correct copy of Michael Race, *Is Football AI-Proof? Why Tech Investors Wanted a Slice of the World Cup*, BBC (Aug. 8, 2026), https://www.bbc.co.uk/news/articles/cd7l4e3v238o.

99. Attached as Exhibit 97 is a true and correct copy of Giles Turner, Todd Gillespie and Rebecca Torrence, *Secret Talks with Kushner Led to FIFA's Controversial Sale Plans*, Bloomberg (July 30, 2026), https://www.bloomberg.com/news/articles/2026-07-30/fifa-sale-plan-enraging-fans-began-with-kushner-talks-last-year.

100. Attached as Exhibit 98 is a true and correct copy of Echo Wang and Rohith Nair, *FIFA Plans to Sell Stakes in $20 Billion Subsidiary to Run World Cup, Angering UEFA*, Reuters (July 28, 2026), https://www.reuters.com/sports/soccer/fifa-mulls-stake-sale-through-new-20-

billion-entity-source-says-2026-07-28/.

101. Attached as Exhibit 99 is a true and correct copy of Luke Cooper, *Football Leaders Condemn Infantino's Plan to Sell FIFA World Cup to Trump Associate*, ABC News (Australia) (July 30, 2026), https://www.abc.net.au/news/2026-07-30/gianni-infantino-fifa-world-cup-sell-off-bid-explained/106976670.

102. Attached as Exhibit 100 is a true and correct copy of Matt Hughes, *FIFA's Sales Pitch Revealed: More Tournaments, More Debt … but Little Mention of Women's Game*, The Guardian (July 30, 2026), https://www.theguardian.com/football/2026/jul/30/fifa-sales-pitch-revealed-more-tournaments-debt-womens-game-omitted.

103. Attached as Exhibit 101 is a true and correct copy of Paul Quinn, *The Analysis Series: The Reality of Infantino's "FIFA 4 Enterprise" Plans Compared to His Sales Pitch…*, The Esk (July 30, 2026), https://theesk.org/2026/07/30/the-analysis-series-the-reality-of-infantinos-fifa-4-enterprise-plans-compared-to-his-sales-pitch/.

104. Attached as Exhibit 102 is a true and correct copy of Miranda Jeyaretnam, *FIFA Draws Fury Over Plan to Sell Stakes in World Cup*, TIME (July 29, 2026), https://time.com/article/2026/07/29/fifa-forward-enterprise-world-cup-commercial-invest-infantino-trump-kushner/.

105. Attached as Exhibit 103 is a true and correct copy of Abdelmawgood Samir, *$20 Billion and $40 Million per Vote! The Secret Document Revealing Infantino's Plan Before the Collapse*, Goal.com (Aug. 7, 2026), https://www.goal.com/en-in/news/usd20-billion-and-usd40-million-per-vote-the-secret-document-revealing-infantino-s-plan-before-the-collapse/blt03ae08bf1cdfea2d.

106. Attached as Exhibit 104 is a true and correct copy of Matias Archambeau, *Qu'est-*

*ce qu'une société commerciale dans le football, la structure que veut créer la FIFA pour vendre des parts de la Coupe du monde?*, L'Équipe (July 31, 2026), https://www.lequipe.fr/Football/Actualites/Qu-est-ce-qu-une-societe-commerciale-dans-le-football-la-structure-que-veut-creer-la-fifa-pour-vendre-des-parts-de-la-coupe-du-monde/1708222.

107. Attached as Exhibit 105 is a true and correct copy of Graham Dunbar, *Senior FIFA Executive Says Staff Were Deceived over Infantino's World Cup Sell-Off Plan*, AP News (July 31, 2026), https://apnews.com/article/cordeiro-infantino-fifa-executive-world-cup-4cff20f6e2dda925e6d5395b56dcf9ab.

108. Attached as Exhibit 106 is a true and correct copy of Tariq Panja, *FIFA's Top Executives Were Given an Ultimatum to Sell Stake in the World Cup*, The New York Times (Aug. 6, 2026), https://www.nytimes.com/2026/08/06/business/fifa-world-cup-privatization.html.

109. Attached as Exhibit 107 is a true and correct copy of *CONCACAF Statement Regarding the Proposed FIFA Forward Enterprise*, CONCACAF (July 29, 2026), https://www.concacaf.com/competitions/concacaf/news/concacaf-statement-regarding-the-proposed-fifa-forward-enterprise.

110. Attached as Exhibit 108 is a true and correct copy of *AFC Statement on the FIFA Forward Enterprise Proposal*, AFC (July 29, 2026), https://www.the-afc.com/en/more/afc_news.html/news/afc-statement-on-the-fifa-forward-enterprise-proposal.

111. Attached as Exhibit 109 is a true and correct copy of FIFPRO Europe, *FIFPRO Europe Statement: FIFA World Cup*, FIFPRO (July 28, 2026), https://www.fifpro.org/en/articles/2026/08/fifpro-europe-statement-fifa-world-cup.

112. Attached as Exhibit 110 is a true and correct copy of Graham Dunbar, *Top FIFA Officials Wenger and Grafström Distance Themselves From Infantino's World Cup Sell-Off Plan*,

AP News (Aug. 4, 2026), https://apnews.com/article/fifa-world-cup-private-investors-wenger-infantino-7a553620217d2b1299b0c8bea8b800cd.

113. Attached as Exhibit 111 is a true and correct copy of Kevin Hand, *Ex-Arsenal Boss Wenger Was 'Not Aware' of Infantino's FIFA Plan*, Al Jazeera (Aug. 4, 2026), https://www.aljazeera.com/sports/2026/8/4/ex-arsenal-boss-wenger-was-not-aware-of-infantinos-fifa-plan.

114. Attached as Exhibit 112 is a true and correct copy of Carlos Cordeiro, *LinkedIn Post on FIFA Forward Enterprise*, LinkedIn (July 31, 2026), https://www.linkedin.com/posts/carlos-cordeiro_as-a-senior-advisor-to-the-fifa-president-activity-7488891905678905344-sZOM.

115. Attached as Exhibit 113 is a true and correct copy of Ossian Shine and Rohith Nair, *Infantino's Senior Advisor Cordeiro Resigns Following Proposal to Sell FIFA Stake*, Reuters (July 31, 2026), https://www.reuters.com/sports/soccer/infantinos-senior-advisor-cordeiro-resigns-following-proposal-sell-fifa-stake-2026-07-31/.

116. Attached as Exhibit 114 is a true and correct copy of Matt Townsend, *FIFA Executive Says Blindsided by Infantino's Privatization Plan*, Bloomberg (July 31, 2026), https://www.bloomberg.com/news/articles/2026-07-31/fifa-executive-says-blindsided-by-infantino-s-privatization-plan.

117. Attached as Exhibit 115 is a true and correct copy of Dan Roan, *FIFA Official Sacked After Infantino Plan Criticism*, BBC (Aug. 17, 2026), https://www.bbc.com/sport/football/articles/cn7n4d6vy03o.

118. Attached as Exhibit 116 is a true and correct copy of Trevor Stynes and Rohith Nair, *What Does Infantino's Proposal to Sell Stakes in FIFA Subsidiary Entail?*, Reuters (July 29, 2026), https://www.reuters.com/business/media-telecom/what-does-infantinos-proposal-sell-stakes-fifa-subsidiary-entail-2026-07-29/.

119. Attached as Exhibit 117 is a true and correct copy of Inside FIFA, *FIFA 2025 Financial Statements — Note 30 (Reserves)*, FIFA (2026), https://inside.fifa.com/official-documents/annual-report/2025/financials/2025-financial-statements/notes/30-reserves.

120. Attached as Exhibit 118 is a true and correct copy of François Brouard and Adrian Movileanu, *FIFA (Fédération Internationale de Football Association): An Examination of Finances*, Carleton University PARG (June 2026), https://carleton.ca/profbrouard/wp-content/uploads/PARGnote202671RNFIFAFinances20260607FBAM.pdf.

121. Attached as Exhibit 119 is a true and correct copy of François Brouard, *Spectacular Deficits and Record Revenues: FIFA's Financial Cycles Are a Winning Strategy*, Carleton News (June 15, 2026), https://carleton.ca/news/story/world-cup-profit-fifa-finances/.

122. Attached as Exhibit 120 is a true and correct copy of Rob Harris, *World Cup: FIFA Chief Gianni Infantino Offers £30m Incentive for Members to Back Controversial Private Investment Plans*, Sky Sports (July 29, 2026), https://www.skysports.com/football/news/11095/13568022/world-cup.

123. Attached as Exhibit 121 is a true and correct copy of Ian Ransom and Kokkai Ng, *Infantino's FIFA Future in Jeopardy After Private Equity Gamble Backfires*, Reuters (Aug. 1, 2026), https://www.reuters.com/sports/soccer/infantinos-fifa-future-jeopardy-after-private-equity-gamble-backfires-2026-08-01/.

124. Attached as Exhibit 122 is a true and correct copy of Colin Millar and Chris Weatherspoon, *FIFA Insists 'Nobody Is Selling Football,' Pushes Ahead With Consultation Plan Despite Backlash*, The New York Times (July 31, 2026), https://www.nytimes.com/athletic/7482390/2026/07/31/fifa-world-cup-proposal-selling-football/.

125. Attached as Exhibit 123 is a true and correct copy of *LaLiga and CVC Sign*

*Agreement to Set Project Boost LaLiga ("LaLiga Impulso") in Motion*, LaLiga (Dec. 12, 2021), https://www.laliga.com/en-GB/news/laliga-and-cvc-sign-agreement-to-set-project-boost-laliga-laliga-impulso-in-motion.

126. Attached as Exhibit 124 is a true and correct copy *of LaLiga Clubs Receive the First Payment From Boost LaLiga*, Sports Venue Business (Jan. 25, 2022), https://sportsvenuebusiness.com/2022/01/25/laliga-clubs-receive-the-first-payment-from-boost-laliga/.

127. Attached as Exhibit 125 is a true and correct copy of Nikola Vuković, *The Art of the Failed Deal*, Substack (Aug. 1, 2026), https://nikolavukovic.substack.com/p/the-art-of-the-failed-deal.

128. Attached as Exhibit 126 is a true and correct copy of Chris Weatherspoon, *Breaking Down FIFA's Stake Sale, How It Compares to Other Sports and Whether It's Necessary*, The New York Times (July 30, 2026), https://www.nytimes.com/athletic/7477576/2026/07/30/fifa-world-cup-stake-sale-breakdown/.

129. Attached as Exhibit 127 is a true and correct copy of FIFA, *Financial Report 2014*, https://static.poder360.com.br/2022/11/relatorio-anual-fifa-2014.pdf.

130. Attached as Exhibit 128 is a true and correct copy of South African Football Association, *FIFA's Transformation* (Feb. 28, 2020), https://safa.net/2020/02/28/fifas-transformation/.

131. Attached as Exhibit 129 is a true and correct copy of FIFA, *2019–2022 Cycle in Review: 2019–2022 Budget Comparison*, https://publications.fifa.com/en/annual-report-2022/finances/2019-2022-cycle-in-review/2019-2022-budget-comparison/.

132. Attached as Exhibit 130 is a true and correct copy of Paul Nicholson, *FIFA Posts $7.6bn Record 2019-22 Cycle Revenue and Promises $11bn Bonanza for 2023-26*, Inside World

Football (Feb. 15, 2023), https://www.insideworldfootball.com/2023/02/15/fifa-posts-7-6bn-record-2019-22-cycle-promises-11bn-bonanza-2023-26/.

133. Attached as Exhibit 131 is a true and correct copy of Tom Morgan, *Infantino's Threat to Football: Back Me or Miss Out on Funding*, The Telegraph (July 29, 2026), https://www.telegraph.co.uk/football/2026/07/29/infantino-threatens-fifa-nations-with-53-day-deadline/.

134. Attached as Exhibit 132 is a true and correct copy of *Further UEFA Statement on FIFA Plans*, UEFA (July 29, 2026), https://www.uefa.com/news-media/news/02a7-21386623beab-40b7ac297b44-1000--further-uefa-statement-on-fifa-plans/.

135. Attached as Exhibit 133 is a true and correct copy of Ishaan Bhattacharya, *Gianni Infantino Was Eyeing a $30 Million Salary in Scrapped FIFA World Cup Privatisation Plan*, Yahoo Sports (Aug. 2, 2026), https://sports.yahoo.com/articles/gianni-infantino-eyeing-30-million-090000052.html.

136. Attached as Exhibit 134 is a true and correct copy of Aaron Morris, *Gianni Infantino Had $30M Salary Plan Before World Cup Sale Plans Imploded*, The Mirror US (Aug. 2, 2026), https://www.themirror.com/sport/soccer/gianni-infantino-30m-salary-plan-1965385.amp.

137. Attached as Exhibit 135 is a true and correct copy of Graham Dunbar, *FIFA Details Infantino's $6M Pay Deal with 33% Increase in Bonus After 2025 Club World Cup*, AP News (Mar. 19, 2026), https://apnews.com/article/fifa-accounts-president-infantino-salary-bonus-3bb4b3a1e614326d82d0e6356a44e8ac.

138. Attached as Exhibit 136 is a true and correct copy of *Gianni Infantino Dealt Another Blow as AFC Joins UEFA, CONCACAF in Rejecting World Cup Plan*, ESPN (July 31, 2026), https://www.espn.com/soccer/story/_/id/49494953/gianni-infantino-dealt-another-blow-

afc-joins-uefa-concacaf-rejecting-world-cup-plan.

139. Attached as Exhibit 137 is a true and correct copy of *UEFA Statement on The Times Article*, UEFA (July 28, 2026), https://www.uefa.com/news-media/news/02a7-2138003823f8-f1aa47e28763-1000--uefa-statement-on-the-times-article.

140. Attached as Exhibit 138 is a true and correct copy of Mark Ogden, *UEFA to Discuss World Cup Boycott Over FIFA Private Investment Plan – Sources*, ESPN (July 28, 2026), https://www.espn.com/soccer/story/_/id/49470028/uefa-blasts-fifa-proposal-10-billion-world-cup-private-investment.

141. Attached as Exhibit 139 is a true and correct copy of *Statement on Behalf of CONCACAF and Its 41 Member Associations*, CONCACAF (July 30, 2026), https://www.concacaf.com/competitions/concacaf/news/statement-on-behalf-of-concacaf-and-its-41-member-associations.

142. Attached as Exhibit 140 is a true and correct copy of *AFC Stands in Solidarity with UEFA and CONCACAF to Protect the FIFA World Cup*, AFC (July 31, 2026), https://www.the-afc.com/en/more/afc_news.html/news/afc-stands-in-solidarity-with-uefa-and-concacaf-to-protect-the-fifa-world-cup.

143. Attached as Exhibit 141 is a true and correct copy of *AFC President Doubles Down on FIFA, Calling World Cup Plan 'Unacceptable,'* Al Jazeera (July 30, 2026), https://www.aljazeera.com/sports/2026/7/30/afc-president-doubles-down-on-fifa-calling-world-cup-plan-unacceptable.

144. Attached as Exhibit 142 is a true and correct copy of *World Leagues Association Statement on FIFA Forward Enterprise*, World Leagues Association (July 30, 2026), https://worldleaguesforum.com/en/media/world-leagues-association-statement-on-fifa-forward-

enterprise.

145. Attached as Exhibit 143 is a true and correct copy of *FIFPRO Statement: FIFA Forward Enterprise*, FIFPRO (Aug. 5, 2026), https://www.fifpro.org/en/articles/2026/08/fifpro-statement-fifa-forward-enterprise.

146. Attached as Exhibit 144 is a true and correct copy of *European Leagues Statement on FIFA*, European Leagues (July 29, 2026), https://europeanleagues.com/european-leagues-statement-on-fifa/.

147. Attached as Exhibit 145 is a true and correct copy of Stephen McGowan, *SFA Chiefs to Attend UEFA Summit Regarding Gianni Infantino*, Herald Scotland (July 29, 2026), https://www.heraldscotland.com/sport/26421522.sfa-chiefs-attend-uefa-summit-regarding-gianni-infantino/.

148. Attached as Exhibit 146 is a true and correct copy of *Andy Burnham Joins Critics of FIFA's World Cup Private Investment Plan*, ESPN (July 28, 2026), https://www.espn.com/soccer/story/_/id/49473099/andy-burnham-joins-critics-fifa-world-cup-private-investment-plan.

149. Attached as Exhibit 147 is a true and correct copy of David Cummings, *'I Don't Have Confidence' in FIFA President Gianni Infantino, Carney Says*, CBC (Aug. 5, 2026), https://www.cbc.ca/news/politics/carney-fifa-president-9.7297433.

150. Attached as Exhibit 148 is a true and correct copy of Rep. Jamie Raskin, *Letter to Gianni Infantino*, U.S. House Judiciary Committee (July 26, 2026), https://democrats-judiciary.house.gov/sites/evo-subsites/democrats-judiciary.house.gov/files/evo-media-document/2026-07-26-raskin-to-infantino-fifa-re-corruption.pdf.

151. Attached as Exhibit 149 is a true and correct copy of *Ranking Member Raskin Calls Foul on FIFA President Infantino for Trump Bribery and Corruption Scheme*, U.S. House

Judiciary Committee Democrats (July 27, 2026), http://democrats-judiciary.house.gov/media-center/press-releases/ranking-member-raskin-calls-foul-on-fifa-president-infantino-for-trump-bribery-and-corruption-scheme.

152. Attached as Exhibit 150 is a true and correct copy of Adam Crafton, *FIFA's Gianni Infantino Requested to Appear Before House Judiciary Committee Over Trump Relationship*, The New York Times (July 27, 2026), https://www.nytimes.com/athletic/7471181/2026/07/27/gianni-infantino-trump-fifa-congress/.

153. Attached as Exhibit 151 is a true and correct copy of Graham Dunbar, *FIFA's Infantino Targets Critics He Says Spread 'Hate and False Rumors' About World Cup*, AP News (July 27, 2026), https://apnews.com/article/world-cup-fifa-infantino-critics-16f8d9d9ade4b1d5499dfefc4368d0ae.

154. Attached as Exhibit 152 is a true and correct copy of Graham Dunbar, *Infantino Abandoned His World Cup Equity Plan After Seismic FIFA Backlash. Here's What to Know*, AP News (Aug. 1, 2026), https://apnews.com/article/world-cup-fifa-infantino-investors-10160e494eebf37301201b9175ec836d.

155. Attached as Exhibit 153 is a true and correct copy of Luke Baker, *Gianni Infantino Clings to Fifa Presidency After Apologising for 'Mistakes' Over World Cup Sell-Off Plan*, The Independent (Aug. 6, 2026), https://www.independent.co.uk/sport/football/gianni-infantino-apology-fifa-resign-mattias-grafstrom-b3028406.html.

156. Attached as Exhibit 154 is a true and correct copy of David Close, *Infantino Apologizes for 'Mistakes' but Retains FIFA's Backing at Crisis Meeting*, CNN (Aug. 5, 2026), https://www.cnn.com/2026/08/05/sport/fifa-leadership-backs-infantino.

157. Attached as Exhibit 155 is a true and correct copy of Preservation Demand from

A. Levander to FIFA and Infantino (July 31, 2026).

158. Attached as Exhibit 156 is a true and correct copy of Kevin Hand, *UEFA Confirms Legal Letter Served to FIFA After Infantino's World Cup Plan*, Al Jazeera (Aug. 4, 2026), https://www.aljazeera.com/sports/2026/8/4/uefa-confirm-legal-letter-served-to-fifa-after-infantino-world-cup-plan.

159. Attached as Exhibit 157 is a true and correct copy of *UEFA Welcomes FIFA's Withdrawal of Plans to Sells a Stake in the World Cup*, UEFA (Aug. 1, 2026), https://www.uefa.com/news-media/news/02a8-213e1cb056eb-c0ae1b85aa7f-1000--uefa-welcomes-fifa-s-withdrawal-of-plans-to-sell-a-stake-i/.

160. Attached as Exhibit 158 is a true and correct copy of the proposed subpoena *duces tecum* requested to be served upon FIFA (Americas), Inc.

161. Attached as Exhibit 159 is a true and correct copy of the proposed subpoena *ad testificandum* requested to be served upon FIFA (Americas), Inc.

162. Attached as Exhibit 160 is a true and correct copy of the proposed subpoena *duces tecum* requested to be served upon FWC2026 US, Inc.

163. Attached as Exhibit 161 is a true and correct copy of the proposed subpoena *ad testificandum* requested to be served upon FWC2026, Inc.

164. Appended hereto is an Index of the Exhibits attached to this Declaration.

* * *

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: August 27, 2026
New York, New York

By: */s/ Andrew J. Levander*
Andrew J. Levander

**<u>Index of Exhibits to the Declaration of Andrew J. Levander</u>**

| Exhibit | Description |
|---|---|
| 1 | Inside FIFA, Organisation, FIFA (2023) |
| 2 | FIFA, *Football Unites the World: Strategic Objectives for the Global Game: 2023-2027* (Dec. 16, 2023) |
| 3 | FIFA Statutes (2024 ed.) |
| 4 | FIFA, *Annual Report 2025: Notes to the Consolidated Financial Statements, Material Accounting Policies* |
| 5 | Inside FIFA, *Member Associations*, FIFA (2023) |
| 6 | Janina Nuno Rios and Angelica Medina, *How World Soccer Is Governed: FIFA, UEFA and the Balance of Power*, Reuters (July 29, 2026) |
| 7 | Pamela N. Danziger, *Behind the $10.5 Billion Brand Spending Spree at the 2026 FIFA World Cup*, Forbes (June 5, 2026) |
| 8 | Andreas De Rosi, *How FIFA Turns the 2026 World Cup Into a $13 Billion Machine*, Mappr (June 13, 2026) |
| 9 | FIFA, *More Than Half the World Watched Record-Breaking 2018 World Cup*, Inside FIFA (Dec. 21, 2018) |
| 10 | Victoria Hernandez, *Total Record-Breaking Attendance Numbers Revealed for 2026 World Cup*, USA Today (July 19, 2026) |
| 11 | *2026 World Cup Sets All-Time Attendance Record with More Than 6.8 Million Spectators*, Brussels Times (July 20, 2026) |
| 12 | *FIFA President Delighted by 'Record-Smashing' FIFA World Cup 2026*, Inside FIFA (July 20, 2026) |
| 13 | *2026 FIFA World Cup Breaks Another Record, Surpassing Combined Attendance of Russia 2018 and Qatar 2022*, beIN Sports (July 12, 2026) |
| 14 | Paul Nicholson, *FIFA Reports $2bn Upward Budget Revision to $11bn for 2023-26 Cycle*, Inside World Football (May 16, 2025) |
| 15 | Matt Hughes, *The $13bn World Cup: How the Numbers Stack Up on FIFA's 2026 Balance Sheet*, The Guardian (Apr. 30, 2026) |
| 16 | Chris Weatherspoon, *The BookKeeper — Exploring FIFA's Finances: Where the Money Comes from and Where It Goes*, The New York Times (July 9, 2026) |
| 17 | Nick Ames and Matt Hughes, *FIFA to Announce Record $15bn World Cup Revenue, Smashing Expectations*, The Guardian (July 18, 2026) |
| 18 | David Suggs (The Sporting News), *Who Owns FIFA? How Soccer Organization Works and Where Its Money Goes*, Yahoo Sports (July 29, 2026) |
| 19 | Angel Nakamura, *How FIFA Really Works: From the Structure, Members, Functions and Power Behind International Soccer*, Marca (July 31, 2026) |
| 20 | *Factbox: What Is FIFA and Why Is It Such an Important Organization*, Reuters (May 20, 2015) |
| 21 | UEFA Statutes (2026 ed.) |
| 22 | *Our Business Model*, UEFA |
| 23 | *National Associations*, UEFA |
| 24 | *FIFA World Cup Champions: 1982-2026*, FIFA (July 18, 2026) |
| 25 | Inside FIFA, *FIFA Council*, FIFA |
| 26 | FIFA, FIFA Code of Ethics (2023 ed.) |

| Exhibit | Description |
|---|---|
| 27 | *Swiss Prosecutor's Full Legal Document Alleging João Havelange 'Received Millions in Bribes,'* The Guardian (July 12, 2012) |
| 28 | Richard Conway, *Joao Havelange, FIFA's Honorary President, Resigns over Bribes*, BBC (Apr. 30, 2013) |
| 29 | U.S. Department of Justice, *Nine FIFA Officials and Five Corporate Executives Indicted for Racketeering Conspiracy and Corruption*, Office of Public Affairs (May 27, 2015) |
| 30 | Federal Bureau of Investigation, *More FIFA Officials Charged in Ongoing Corruption Case*, FBI News (Dec. 3, 2015) |
| 31 | U.S. Department of Justice, *Justice Department Announces Additional Distribution of Approximately $92 Million to Victims in FIFA Corruption Case*, Office of Public Affairs (June 30, 2022) |
| 32 | *Fifa Awarded $201m in Forfeited Funds After Corruption Probe by US Department of Justice*, BBC (Aug. 24, 2021) |
| 33 | Sam Borden, Michael S. Schmidt, and Matt Apuzzo, *Sepp Blatter Decides to Resign as FIFA President in About-Face*, The New York Times (June 2, 2015) |
| 34 | *FIFA: Sepp Blatter and Michel Platini Get Eight-Year Bans*, BBC (Dec. 21, 2015) |
| 35 | *FIFA Announce Reform Committee to Meet for First Time Next Month*, ESPN (Aug. 20, 2015) |
| 36 | Inside FIFA, *Extraordinary FIFA Congress Zurich 2016*, FIFA (Dec. 22, 2016) |
| 37 | *Transparency International Concerned by Gianni Infantino's FIFA Changes*, ESPN (May 17, 2016) |
| 38 | Dorothée Baumann-Pauly, *Also in Play: FIFA's Commitment Without Oversight*, NYU Stern (June 18, 2026) |
| 39 | Stanis Elsborg, *Infantino's FIFA: Ten Years of Power, Politics and So-Called Ethics*, Play the Game (Apr. 13, 2026) |
| 40 | David Conn, *FIFA Ethics Committee Was Investigating Gianni Infantino over Election Expenses*, The Guardian (July 21, 2017) |
| 41 | Brian Homewood, *FIFA Reformer Scala Quits Over Loss of Independence*, Reuters (May 15, 2016) |
| 42 | Owen Gibson, *FIFA's Independent Audit Committee Chairman Resigns in Protest at Reforms*, The Guardian (May 14, 2016) |
| 43 | *Gianni Infantino: FIFA President Cleared in Ethics Probe*, BBC (Aug. 5, 2016) |
| 44 | Richard Conway, *FIFA President Gianni Infantino to Be Interviewed by Ethics Committee*, BBC (July 14, 2016) |
| 45 | Paul Nicholson, *Infantino Expense Details Unveil a New Culture of Spending at FIFA*, Inside World Football (June 9, 2016) |
| 46 | Rob Harris, *Ousted FIFA Ethics Prosecutor: 'Several 100 Cases' Ongoing*, AP News (May 10, 2017) |
| 47 | *FIFA: Ousted Ethics Chiefs Were Investigating 'Hundreds' of Cases*, BBC (May 10, 2017) |
| 48 | Graham Dunbar, *Prosecutor Urges Case Against FIFA President for Private Jet*, AP News (Dec. 10, 2020) |

| Exhibit | Description |
|---|---|
| 49 | *Application to Lift the Immunity of Attorney General Michael Lauber and Commencement of Criminal Proceedings Against Gianni Infantino*, The Swiss Federal Council (July 30, 2020) |
| 50 | David Conn, *FIFA President Gianni Infantino Faces Swiss Criminal Proceedings*, The Guardian (July 30, 2020) |
| 51 | *Swiss Prosecutors End Proceedings Against FIFA Boss Infantino*, Reuters (Oct. 26, 2023) |
| 52 | Michael Shields, *Swiss Drop Impeachment of Attorney General After He Agrees to Quit Early*, Reuters (Aug. 19, 2020) |
| 53 | Matt Hughes, *Infantino Using Private Jet in Attempt to Watch Two World Cup Matches per Day*, The Guardian (June 16, 2026) |
| 54 | Rob Harris, *FIFA: Gianni Infantino Secures Backing to Potentially Extend Presidency Until 2031*, Sky News (Dec. 17, 2022) |
| 55 | Ali Iveson, *Infantino Could Lead FIFA Until 2031 as Council Says First 39 Months Did Not Count Towards Term Limits*, Inside the Games (Dec. 16, 2022) |
| 56 | Antonio Pequeño IV, *Infantino Offers Morocco 2030 World Cup Final in Exchange for Support, Report Says*, Forbes (Aug. 5, 2026) |
| 57 | Chris Cwik and Jason Owens, *FIFA Claims Infantino Has Some Board Support amid Calls for His Resignation, Denies Report That He Promised Morocco World Cup Final in Exchange for Re-Election Support*, Yahoo Sports (Aug. 5, 2026) |
| 58 | Tariq Panja and Rebecca R. Ruiz, *A Yearslong Effort to Woo Trump Culminates With the World Cup*, The New York Times (June 9, 2026) |
| 59 | Tim Murphy, *The Kushner-Backed FIFA Takeover Tearing the Soccer World Apart*, Mother Jones (July 30, 2026) |
| 60 | Adam Crafton, *Donald Trump, Jared Kushner and the Race to Host the 2026 World Cup*, The New York Times (Nov. 4, 2024) |
| 61 | Emily Jane Fox, *How Jared Kushner Helped Bring the 2026 World Cup to North America*, Vanity Fair (July 15, 2018) |
| 62 | Andrew Rice, *Gianni's Game*, New York Magazine (June 2, 2026) |
| 63 | Inside FIFA, *Canada, Mexico and USA Selected as Hosts of the 2026 FIFA World Cup*, FIFA (June 13, 2018) |
| 64 | Richard Conway, *World Cup 2026: How US, Canada & Mexico Won Right to Host Tournament*, BBC (June 13, 2018) |
| 65 | Tariq Panja and Andrew Das, *World Cup 2026: United States, Canada and Mexico Win Bid to Be Host*, The New York Times (June 13, 2018) |
| 66 | Rob Harris and Graham Dunbar, *North American Trio Beats Morocco to Host 2026 World Cup*, AP News (June 13, 2018) |
| 67 | David Conn, *Money Talks for FIFA as Morocco Pays Price for Infantino's Expansion Plan*, The Guardian (June 13, 2018) |
| 68 | *Remarks by President Trump, FIFA President Gianni Infantino, and U.S. Soccer President Carlos Cordeiro on the 2026 World Cup*, White House Archives (Aug. 28, 2018) |
| 69 | *President Trump Meets With FIFA, U.S. Soccer Chiefs at White House*, ESPN (Aug. 28, 2018) |

| Exhibit | Description |
|---|---|
| 70 | Adam Crafton, *Trump and Infantino: Club World Cup Draw Becomes a Tale of Two Presidents*, The New York Times (Dec. 6, 2024) |
| 71 | Dan Sheldon, *FIFA President Gianni Infantino's Name Engraved on New Club World Cup Trophy*, The New York Times (Nov. 15, 2024) |
| 72 | Alexander Abnos, *FIFA Opens Office in Trump Tower, Deepening Ties with US President*, The Guardian (July 8, 2025) |
| 73 | Inside FIFA, *President Donald J. Trump Awarded "FIFA Peace Prize* – Football Unites the World," FIFA (Dec. 5, 2025) |
| 74 | Inside FIFA, *FIFA Introduces the FIFA Peace Prize - An Award to Recognise Exceptional Actions for Peace and Unity*, FIFA (Nov. 5, 2025) |
| 75 | Adam Crafton, *Human Rights Watch Questions FIFA Over 'Peace Prize,' Receives No Response*, The New York Times (Dec. 1, 2025) |
| 76 | Tariq Panja and Luke Broadwater, *FIFA's Leader Often Flatters Trump. Now, He's Awarded Him a Peace Prize*, The New York Times (Dec. 5, 2025) |
| 77 | Adwaidh Rajan, *USA Striker Balogun's One-Game Ban Suspended After Trump Intervention*, BBC (July 5, 2026) |
| 78 | *USMNT's Balogun Has Red Card Suspended; Trump Asked FIFA to Review*, ESPN (July 5, 2026) |
| 79 | Martyn Ziegler, *Only One Official Involved in Decision to Waive Folarin Balogun Ban*, The Times (July 12, 2026) |
| 80 | Adriana Garcia, *UEFA Says FIFA 'Crossed a Red Line' with Folarin Balogun Red-Card-Ban U-Turn*, ESPN (July 6, 2026) |
| 81 | Inside FIFA, *Gianni Infantino: FIFA World Cup 2026 Has 'Exceeded All Expectations,'* FIFA (July 17, 2026) |
| 82 | *FIFA President Infantino Proclaims World Cup a Success at U.N.*, ESPN (July 17, 2026) |
| 83 | Inside FIFA, *FIFA Intends to Expand Football Development Funding to Over USD 10 Billion Subject to Approval by FIFA Member Associations*, FIFA (July 28, 2026) |
| 84 | Matt Slater, *FIFA Plans to Sell a Stake in the World Cup: How Much for and Why Is Gianni Infantino Doing It?*, The New York Times (July 28, 2026) |
| 85 | Tariq Panja, *Mystery Consortium Is Said to Offer FIFA $25 Billion for Control of 2 Tournaments*, The New York Times (Apr. 9, 2018) |
| 86 | Richard Conway, *Fifa Set to Meet over $25bn Offer to Launch Two Tournaments*, BBC (Apr. 23, 2018) |
| 87 | *SoftBank Among Investors for $25 Billion FIFA Plan: Report*, Reuters (Apr. 12, 2018) |
| 88 | Gabriele Marcotti, *FIFA Not Transparent on 'Surprise' Competitions Revamp - UEFA President*, ESPN (May 25, 2018) |
| 89 | Gabriele Marcotti, *UEFA to Walk out if FIFA Forces Vote on Club World Cup Revamp - Sources*, ESPN (Oct. 25, 2018) |
| 90 | David Conn, *FIFA Puts Club World Cup Revamp on Hold After European Resistance*, The Guardian (Oct. 26, 2018) |
| 91 | Inside FIFA, *FIFA Council Votes for the Introduction of a Revamped FIFA Club World Cup*, FIFA (Mar. 15, 2019) |

| Exhibit | Description |
|---|---|
| 92 | *Statement on Behalf of UEFA and Its 55 National Associations*, UEFA (July 30, 2026) |
| 93 | Adam Crafton, James Horncastle, Megan Feringa, and Dan Sheldon, *Inside the Week That Shook Gianni Infantino, FIFA and the Football World*, The New York Times (Aug. 2, 2026) |
| 94 | Rob Draper, *Game Over? As He Scraps His 'Shabby' World Cup Sell-Off Deal, Infantino's Job Hangs by a Thread*, The Observer (Aug. 2, 2026) |
| 95 | Josh Noble, Samuel Agini, and Arash Massoudi, *The Week That Shook Football*, Financial Times (July 31, 2026) |
| 96 | Michael Race, *Is Football AI-Proof? Why Tech Investors Wanted a Slice of the World Cup*, BBC (Aug. 8, 2026) |
| 97 | Giles Turner, Todd Gillespie and Rebecca Torrence, *Secret Talks with Kushner Led to FIFA's Controversial Sale Plans*, Bloomberg (July 30, 2026) |
| 98 | Echo Wang and Rohith Nair, *FIFA Plans to Sell Stakes in $20 Billion Subsidiary to Run World Cup, Angering UEFA*, Reuters (July 28, 2026) |
| 99 | Luke Cooper, *Football Leaders Condemn Infantino's Plan to Sell FIFA World Cup to Trump Associate*, ABC News (Australia) (July 30, 2026) |
| 100 | Matt Hughes, *FIFA's Sales Pitch Revealed: More Tournaments, More Debt ... but Little Mention of Women's Game*, The Guardian (July 30, 2026) |
| 101 | Paul Quinn, *The Analysis Series: The Reality of Infantino's "FIFA 4 Enterprise" Plans Compared to His Sales Pitch…*, The Esk (July 30, 2026) |
| 102 | Miranda Jeyaretnam, *FIFA Draws Fury Over Plan to Sell Stakes in World Cup*, TIME (July 29, 2026) |
| 103 | Abdelmawgood Samir, *$20 Billion and $40 Million per Vote! The Secret Document Revealing Infantino's Plan Before the Collapse*, Goal.com (Aug. 7, 2026) |
| 104 | Matias Archambeau, *Qu'est-ce qu'une société commerciale dans le football, la structure que veut créer la FIFA pour vendre des parts de la Coupe du monde?*, L'Équipe (July 31, 2026) |
| 105 | Graham Dunbar, *Senior FIFA Executive Says Staff Were Deceived over Infantino's World Cup Sell-Off Plan*, AP News (July 31, 2026) |
| 106 | Tariq Panja, *FIFA's Top Executives Were Given an Ultimatum to Sell Stake in the World Cup*, The New York Times (Aug. 6, 2026) |
| 107 | *CONCACAF Statement Regarding the Proposed FIFA Forward Enterprise*, CONCACAF (July 29, 2026) |
| 108 | *AFC Statement on the FIFA Forward Enterprise Proposal*, AFC (July 29, 2026) |
| 109 | FIFPRO Europe, *FIFPRO Europe Statement: FIFA World Cup*, FIFPRO (July 28, 2026) |
| 110 | Graham Dunbar, *Top FIFA Officials Wenger and Grafström Distance Themselves From Infantino's World Cup Sell-Off Plan*, AP News (Aug. 4, 2026) |
| 111 | Kevin Hand, *Ex-Arsenal Boss Wenger Was 'Not Aware' of Infantino's FIFA Plan*, Al Jazeera (Aug. 4, 2026) |
| 112 | Carlos Cordeiro, *LinkedIn Post on FIFA Forward Enterprise*, LinkedIn (July 31, 2026) |
| 113 | Ossian Shine and Rohith Nair, *Infantino's Senior Advisor Cordeiro Resigns Following Proposal to Sell FIFA Stake*, Reuters (July 31, 2026) |

| Exhibit | Description |
|---|---|
| 114 | Matt Townsend, FIFA Executive Says Blindsided by Infantino's Privatization Plan, Bloomberg (July 31, 2026) |
| 115 | Dan Roan, *FIFA Official Sacked After Infantino Plan Criticism*, BBC (Aug. 17, 2026) |
| 116 | Trevor Stynes and Rohith Nair, *What Does Infantino's Proposal to Sell Stakes in FIFA Subsidiary Entail?*, Reuters (July 29, 2026) |
| 117 | Inside FIFA, *FIFA 2025 Financial Statements - Note 30 (Reserves)*, FIFA (2026) |
| 118 | François Brouard and Adrian Movileanu, *FIFA (Fédération Internationale de Football Association): An Examination of Finances*, Carleton University PARG (June 2026) |
| 119 | François Brouard, *Spectacular Deficits and Record Revenues: FIFA's Financial Cycles Are a Winning Strategy*, Carleton News (June 15, 2026) |
| 120 | Rob Harris, *World Cup: FIFA Chief Gianni Infantino Offers £30m Incentive for Members to Back Controversial Private Investment Plans*, Sky Sports (July 29, 2026) |
| 121 | Ian Ransom and Kokkai Ng, *Infantino's FIFA Future in Jeopardy After Private Equity Gamble Backfires*, Reuters (Aug. 1, 2026) |
| 122 | Colin Millar and Chris Weatherspoon, *FIFA Insists 'Nobody Is Selling Football,' Pushes Ahead With Consultation Plan Despite Backlash*, The New York Times (July 31, 2026) |
| 123 | *LaLiga and CVC Sign Agreement to Set Project Boost LaLiga ("LaLiga Impulso") in Motion*, LaLiga (Dec. 12, 2021) |
| 124 | *LaLiga Clubs Receive the First Payment From Boost LaLiga*, Sports Venue Business (Jan. 25, 2022) |
| 125 | Nikola Vuković, *The Art of the Failed Deal*, Substack (Aug. 1, 2026) |
| 126 | Chris Weatherspoon, *Breaking Down FIFA's Stake Sale, How It Compares to Other Sports and Whether It's Necessary*, The New York Times (July 30, 2026) |
| 127 | FIFA, Financial Report 2014 |
| 128 | South African Football Association, *FIFA's Transformation* (Feb. 28, 2020) |
| 129 | FIFA, 2019–2022 Cycle in Review: 2019–2022 Budget Comparison |
| 130 | Paul Nicholson, *FIFA Posts $7.6bn Record 2019-22 Cycle Revenue and Promises $11bn Bonanza for 2023-26*, Inside World Football (Feb. 15, 2023) |
| 131 | Tom Morgan, *Infantino's Threat to Football: Back Me or Miss Out on Funding*, The Telegraph (July 29, 2026) |
| 132 | *Further UEFA Statement on FIFA Plans*, UEFA (July 29, 2026) |
| 133 | Ishaan Bhattacharya, *Gianni Infantino Was Eyeing a $30 Million Salary in Scrapped FIFA World Cup Privatisation Plan*, Yahoo Sports (Aug. 2, 2026) |
| 134 | Aaron Morris, *Gianni Infantino Had $30M Salary Plan Before World Cup Sale Plans Imploded*, The Mirror US (Aug. 2, 2026) |
| 135 | Graham Dunbar, *FIFA Details Infantino's $6M Pay Deal with 33% Increase in Bonus After 2025 Club World Cup*, AP News (Mar. 19, 2026) |
| 136 | *Gianni Infantino Dealt Another Blow as AFC Joins UEFA, CONCACAF in Rejecting World Cup Plan*, ESPN (July 31, 2026) |
| 137 | *UEFA Statement on The Times Article*, UEFA (July 28, 2026) |

| Exhibit | Description |
|---|---|
| 138 | Mark Ogden, *UEFA to Discuss World Cup Boycott Over FIFA Private Investment Plan - Sources*, ESPN (July 28, 2026) |
| 139 | *Statement on Behalf of CONCACAF and Its 41 Member Associations*, CONCACAF (July 30, 2026) |
| 140 | *AFC Stands in Solidarity with UEFA and CONCACAF to Protect the FIFA World Cup*, AFC (July 31, 2026) |
| 141 | *AFC President Doubles Down on FIFA, Calling World Cup Plan Unacceptable*, Al Jazeera (July 30, 2026) |
| 142 | *World Leagues Association Statement on FIFA Forward Enterprise*, World Leagues Association (July 30, 2026) |
| 143 | *FIFPRO Statement: FIFA Forward Enterprise*, FIFPRO (Aug. 5, 2026) |
| 144 | *European Leagues Statement on FIFA*, European Leagues (July 29, 2026) |
| 145 | Stephen McGowan, *SFA Chiefs to Attend UEFA Summit Regarding Gianni Infantino*, Herald Scotland (July 29, 2026) |
| 146 | *Andy Burnham Joins Critics of FIFA's World Cup Private Investment Plan*, ESPN (July 28, 2026) |
| 147 | David Cummings, *'I Don't Have Confidence' in FIFA President Gianni Infantino, Carney Says*, CBC (Aug. 5, 2026) |
| 148 | Rep. Jamie Raskin, *Letter to Gianni Infantino*, U.S. House Judiciary Committee (July 26, 2026) |
| 149 | *Ranking Member Raskin Calls Foul on FIFA President Infantino for Trump Bribery and Corruption Scheme*, U.S. House Judiciary Committee Democrats (July 27, 2026) |
| 150 | Adam Crafton, *FIFA's Gianni Infantino Requested to Appear Before House Judiciary Committee Over Trump Relationship*, The New York Times (July 27, 2026) |
| 151 | Graham Dunbar, *FIFA's Infantino Targets Critics He Says Spread 'Hate and False Rumors' About World Cup*, AP News (July 27, 2026) |
| 152 | Graham Dunbar, *Infantino Abandoned His World Cup Equity Plan After Seismic FIFA Backlash. Here's What to Know*, AP News (Aug. 1, 2026) |
| 153 | Luke Baker, *Gianni Infantino Clings to FIFA Presidency After Apologising for 'Mistakes' Over World Cup Sell-Off Plan*, The Independent (Aug. 6, 2026) |
| 154 | David Close, *Infantino Apologizes for 'Mistakes' but Retains FIFA's Backing at Crisis Meeting*, CNN (Aug. 5, 2026) |
| 155 | Preservation Demand from A. Levander to FIFA and Infantino (July 31, 2026) |
| 156 | Kevin Hand, *UEFA Confirms Legal Letter Served to FIFA After Infantino's World Cup Plan*, Al Jazeera (Aug. 4, 2026) |
| 157 | *UEFA Welcomes FIFA's Withdrawal of Plans to Sells a Stake in the World Cup*, UEFA (Aug. 1, 2026) |
| 158 | Proposed subpoena *duces tecum* to FIFA (Americas), Inc. |
| 159 | Proposed subpoena *ad testificandum* to FIFA (Americas), Inc. |
| 160 | Proposed subpoena *duces tecum* to FWC2026 US, Inc. |
| 161 | Proposed subpoena *ad testificandum* to FWC2026, Inc. |

# EXHIBIT 1

# Organisation

Since 1904, FIFA, the Fédération Internationale de Football Association, has served as the global governing body for football. FIFA oversees and promotes the development of football at every level, from grassroots initiatives to elite international competitions. FIFA also sets the rules of the game, ensures their consistent application, and works to advance the sport through innovation, education, and collaboration with the 211 FIFA Member Associations.

By organising iconic tournaments such as the FIFA World Cup™, the FIFA Women's World Cup™ and the FIFA Club World Cup™, FIFA provides a platform for players to showcase their talent on the biggest stage and to help inspire billions of fans around the globe.

## FIFA Organigram


FIFA

# EXHIBIT 2

FIFA®

# FOOTBALL UNITES THE WORLD



STRATEGIC OBJECTIVES FOR THE GLOBAL GAME: 2023-2027

FIFA®

# FOOTBALL UNITES THE WORLD

STRATEGIC OBJECTIVES FOR THE GLOBAL GAME: 2023-2027


WORLD CHAMPIONS

# Foreword

**SINCE 2016, OUR MISSION AT FIFA HAS BEEN BASED AROUND ONE SIMPLE MESSAGE – TO BRING FOOTBALL BACK TO FIFA, AND FIFA BACK TO FOOTBALL – AND IT HAS BEEN A MISSION THAT HAS SEEN MANY DIFFERENT ITERATIONS. FIRST OF ALL, WE HAD TO MAKE THE GOVERNANCE AND ORGANISATION OF THIS BODY FIT TO SERVE FOOTBALL, ALL ITS FANS, ALL 211 FIFA MEMBER ASSOCIATIONS AND ALL ITS STAKEHOLDERS. ONCE THAT WAS DONE, THE WORK COULD REALLY BEGIN TO MAKE FOOTBALL TRULY GLOBAL. AS I PRESENTED TO THE 73RD FIFA CONGRESS 2023 IN KIGALI, RWANDA, AND I REITERATE HERE, MY FOCUS, AND THAT OF FIFA, CENTRES ON 11 STRATEGIC OBJECTIVES FOR THE NEXT FOUR YEARS.**

In delivering these objectives, we should always remember that FIFA is made up of national football associations representing 211 countries from around the world. Each of them has the same duty to preserve, protect and promote football and each has an equal right to be respected for doing that, in ways which are appropriate to its environment. Everybody has the same entitlement to participate in, enjoy and flourish through our great sport.

It is only when equality exists that football can truly unite people and bring communities together.

It was an honour for me to retain the mandate to lead world football's governing body at the aforementioned 73rd FIFA Congress. However, that brings with it a responsibility that I do not take lightly.

The last four-year period illustrated very clearly that FIFA must remain dynamic and flexible in a world that is constantly changing. After all, who could have foreseen the impact that a global pandemic would have on society and FIFA's need to be strong and to be there for football in its hour of need?

My promises for the next four years are to organise competitions, to develop football and to expand FIFA's presence across the world in order to better serve our fans and all our stakeholders. As witnessed at the greatest-ever FIFA Women's World Cup, with 32 teams for the first time, even more players were given the chance to shine on the global stage and inspire millions of girls and women to do the same.

More teams will battle it out for the title of world champions in Canada, Mexico and the United States in 2026 and the new FIFA Club World Cup will have expanded those opportunities at club level as well one year earlier.

Organising more and better competitions and striving for continual development and a level playing field across the globe may be our core business, but we must never forget the impact we have on people, the economy and the planet and the educational role that our events have beyond the football pitch. We must always remember that as we deliver this vision for every one of our 211 FIFA Member Associations and the whole football community. Altogether, this represents how Football Unites the World, and provides the strategic objectives for the global game.

Yours in football,

Gianni Infantino
FIFA President





Contents

FIFA

## I

## FIFA: WORLD FOOTBALL'S GOVERNING BODY


**10** A global footprint

**12** FIFA: In numbers

**14** Objectives


## II

## MAKING FOOTBALL TRULY GLOBAL: 2019-2023


**18** 2019: FIFA Women's World Cup France 2019™

**20** 2020: FIFA COVID-19 Relief Plan

**22** 2021: FIFA Global Report: 'Give Every Talent A Chance'

**24** 2022: FIFA World Cup Qatar 2022™

**28** 2023: FIFA Women's World Cup Australia & New Zealand 2023™


## III

## FOOTBALL UNITES THE WORLD STRATEGIC OBJECTIVES FOR THE GLOBAL GAME: 2023-2027


**32** The tactical plan

**62** Conclusions




## A global footprint

FIFA has an organisational footprint that comprises 16 locations worldwide - an organisation that is making football truly global.

# FIFA: In numbers

FIFA

## FINANCE

### Revenues




### Development entitlements

(Increased sevenfold to a minimum of 8 million USD per FIFA Member Association for the 2023-2026 cycle, with additional entitlements to confederations and zonal/regional associations)




### Total investments into football




### Reserves




*All figures are in million USD*

** To be consistent with the revenue and expense structure starting from 2015 onwards, the financial figures for 2011-2014 have been aligned accordingly*
*** Annual entitlements of the Financial Assistance Programme for the 2011-2014 cycle; no extraordinary payment included in this calculation*
**** Budget calculations for the 2023-2026 cycle do not include the new and expanded FIFA Club World Cup 2025*

## COMPETITIONS






## Objectives

FIFA's objectives are outlined in Article 2 of the FIFA Statutes, namely:

**A** To improve the game of football constantly and promote it globally in the light of its unifying, educational, cultural and humanitarian values, particularly through youth and development programmes

**B** To organise its own international competitions

**C** To draw up regulations and provisions governing the game of football and related matters and to ensure their enforcement

**D** To control every type of association football by taking appropriate steps to prevent infringements of the Statutes, regulations or decisions of FIFA or of the Laws of the Game

**E** To use its efforts to ensure that the game of football is available to and resourced for all who wish to participate, regardless of gender or age

**F** To promote the development of women's football and the full participation of women at all levels of football governance; and

**G** To promote integrity, ethics and fair play with a view to preventing all methods or practices, such as corruption, doping or match manipulation, which might jeopardise the integrity of matches, competitions, players, officials and member associations or give rise to abuse of association football.



Case 1:26-mc-25872-XXXX Document 1-1 Entered on FLSD Docket 08/27/2026 Page 48 of 1357



FIFA

## Timeline








## 2019

5 June 2019
**GIANNI INFANTINO RE-ELECTED AS FIFA PRESIDENT BY ACCLAMATION UNTIL 2023**

7 June - 7 July 2019
**UNITED STATES SUCCESSFULLY DEFEND TITLE AT THE FIFA WOMEN'S WORLD CUP FRANCE 2019™**

31 July 2019
**FIFA COUNCIL UNANIMOUSLY APPROVES EXPANDED 32-TEAM FORMAT FOR THE FIFA WOMEN'S WORLD CUP™ AS OF 2023**

14 October 2019
**FIFA PRESIDENT AND FIFA LEGENDS KICK OFF FOOTBALL FOR SCHOOLS IN LEBANON**

24 October 2019
**FIFA COUNCIL ENDORSES THE SECOND TRANSFER REFORM PACKAGE**

26 October - 17 November 2019
**HOME SUCCESS FOR BRAZIL AT THE FIFA U-17 WORLD CUP BRAZIL 2019™**

21 November - 1 December 2019
**PORTUGAL PREVAIL AT THE FIFA BEACH SOCCER WORLD CUP PARAGUAY 2019™**

## 2020

31 January 2020
**FIFA TALENT DEVELOPMENT PROGRAMME LAUNCHES UNDER THE LEADERSHIP OF ARSÈNE WENGER**





5 June 2019
### GIANNI INFANTINO RE-ELECTED AS FIFA PRESIDENT BY ACCLAMATION UNTIL 2023

FIFA President Gianni Infantino was re-elected by acclamation by the 211 FIFA Member Associations at the 69th FIFA Congress in Paris, France.
The ninth president in the history of the organisation was first elected at an Extraordinary Congress in February 2016, thus marking the beginning of his first full four-year term of office.

> IN JUST OVER THREE YEARS, THIS ORGANISATION WENT FROM BEING TOXIC – ALMOST CRIMINAL – TO BEING WHAT IT SHOULD BE: AN INSTITUTION THAT DEVELOPS FOOTBALL. THIS NEW FIFA HAS A MISSION AND A PLAN, WHICH IS WHY THE NEXT FOUR YEARS HAVE, IN FACT, ALREADY STARTED: WE HAVE LAID SOLID BUILDING BLOCKS FOR THE FUTURE.



**GIANNI INFANTINO**
FIFA PRESIDENT



7 June - 7 July 2019
### UNITED STATES SUCCESSFULLY DEFEND TITLE AT THE FIFA WOMEN'S WORLD CUP FRANCE 2019™

The 2019 edition of the FIFA Women's World Cup was the biggest and the best ever. The FIFA Women's World Cup France 2019 was a month-long showcase of football at its finest: the hosts' rousing opening performance; the vibrant, colourful support in the stands and the streets; emerging talents grasping their moment to shine on the biggest stage; and the inspired individual and collective performances that propelled the United States to claim a record fourth title.

> 2019 HERALDED THE DAWN OF A BRIGHT NEW ERA FOR THE DEVELOPMENT OF FOOTBALL AND WOMEN'S EMPOWERMENT. THROUGHOUT THE FIFA WOMEN'S WORLD CUP, SKILLED AND STRONG WOMEN SPARKLED WITH TALENT IN DAZZLING DISPLAYS OF ATHLETICISM, RESONATING WITH THE TOURNAMENT'S SLOGAN, DARE TO SHINE.



**FATMA SAMOURA**
FIFA SECRETARY GENERAL



31 July 2019
### FIFA COUNCIL UNANIMOUSLY APPROVES EXPANDED 32-TEAM FORMAT FOR THE FIFA WOMEN'S WORLD CUP™ AS OF 2023

The FIFA Council unanimously agreed to a proposal to expand the number of teams taking part in the FIFA Women's World Cup™ from 24 to 32, with effect as of the next edition of the tournament in 2023.

> THE ASTOUNDING SUCCESS OF THE FIFA WOMEN'S WORLD CUP IN FRANCE MADE IT VERY CLEAR THAT THIS IS THE TIME TO KEEP THE MOMENTUM GOING AND TAKE CONCRETE STEPS TO FOSTER THE GROWTH OF WOMEN'S FOOTBALL.



**GIANNI INFANTINO**
FIFA PRESIDENT



31 January 2020
### FIFA TALENT DEVELOPMENT PROGRAMME LAUNCHES UNDER THE LEADERSHIP OF ARSÈNE WENGER

The groundbreaking programme offered the 211 FIFA Member Associations world-class expert analysis to help optimise their technical structures and bridge the gap at the top of the game while also giving every talent a chance and setting a new benchmark for FIFA initiatives in this area. In December 2022, the FIFA Council approved a funding allocation of 200 million USD to cover the 2023-2026 operational lifecycle of this initiative.

> WE ARE LAUNCHING THE FIFA TALENT DEVELOPMENT PROGRAMME TO ENSURE THAT EVERY TALENT GETS A CHANCE - EVERYWHERE IN THE WORLD. THAT GOAL IS VERY AMBITIOUS, BUT WE ARE HIGHLY MOTIVATED AND FOCUSED.



**ARSÈNE WENGER**
CHIEF OF GLOBAL FOOTBALL DEVELOPMENT, FIFA

26 February 2020
**FIFA PRESIDENT ANNOUNCES HIS VISION FOR THE PERIOD UP TO 2023**

23 March 2020
**FIFA AND THE WORLD HEALTH ORGANIZATION TEAM UP TO COMBAT COVID-19**

3 April 2020
**FIFA-CONFEDERATIONS COVID-19 WORKING GROUP MAKE FIRST RECOMMENDATIONS**

6 April 2020
**FIFA-WHO CAMPAIGN LAUNCHED TO PROMOTE FIVE WAYS TO #BEACTIVE AND STAY #HEALTHYATHOME**

26 May 2020
**FIFA-WHO #SAFEHOME CAMPAIGN LAUNCHED TO SUPPORT WOMEN AND CHILDREN AT GREATER RISK OF EXPERIENCING ABUSE AT HOME**

25 June 2020
**FIFA COUNCIL APPROVES 1.5 BILLION USD FIFA COVID-19 RELIEF PLAN**

25 June 2020
**AUSTRALIA AND NEW ZEALAND SELECTED AS CO-HOSTS FOR THE FIFA WOMEN'S WORLD CUP 2023™**

16 September 2020
**PROTECTING FOOTBALL AGAINST CRIME: FIFA AND THE UNITED NATIONS OFFICE ON DRUGS AND CRIME SIGN MEMORANDUM OF UNDERSTANDING**

18 September 2020
**70TH FIFA CONGRESS IS HELD VIRTUALLY**

29 September 2020
**FIFA'S RETURN TO FOOTBALL – INTERNATIONAL MATCH PROTOCOL APPROVED**

16 October 2020
**THIRD FIFA COMPLIANCE SUMMIT TAKES PLACE ONLINE**

10 November 2020
**WOMEN'S FOOTBALL ADMINISTRATOR HANDBOOK PUBLISHED**





26 February 2020

**FIFA PRESIDENT ANNOUNCES HIS VISION FOR THE PERIOD UP TO 2023**

On the day of the fourth anniversary of his election as FIFA President, Gianni Infantino published The Vision 2020-2023: Making Football Truly Global, his proposed action plan for the organisation over the course of the coming years.

"THIS DOCUMENT LAYS OUT A PLAN TO FURTHER MODERNISE THE FOOTBALL WORLD, MAKE IT INCREASINGLY INCLUSIVE AND PAVE THE WAY TO A LANDSCAPE IN WHICH, ONE DAY, WE WILL HAVE AT LEAST 50 NATIONAL TEAMS AND 50 CLUBS FROM ALL CONTINENTS AT A TOP COMPETITIVE LEVEL.



**GIANNI INFANTINO**
FIFA PRESIDENT



23 March 2020

**FIFA AND THE WORLD HEALTH ORGANIZATION TEAM UP TO COMBAT COVID-19**

FIFA and the World Health Organization (WHO) joined forces on a new awareness-raising campaign led by world-renowned footballers, calling on people around the globe to follow five key steps to limit the spread of the disease. Thirty-eight players were involved in the campaign, which was produced in 16 languages.

"BE IT THROUGH CAMPAIGNS OR FUNDING, FIFA HAS STOOD UP TO THE CORONAVIRUS, AND I AM DELIGHTED THAT WORLD FOOTBALL IS SUPPORTING THE WORLD HEALTH ORGANIZATION TO KICK OUT THE CORONAVIRUS.



**DR TEDROS ADHANOM GHEBREYESUS**
WHO DIRECTOR-GENERAL



25 June 2020

**FIFA COUNCIL APPROVES 1.5 BILLION USD FIFA COVID-19 RELIEF PLAN**

The FIFA Council unanimously agreed to make a total of 1.5 billion USD available to the football community to combat the financial impact of the global health crisis on the sport. The three-stage plan was designed by the FIFA administration in close consultation with the confederations.

"FIFA REACTED RAPIDLY [TO THE PANDEMIC], WITH THE PHILOSOPHY OF 'HEALTH FIRST'... AND SET UP A RELIEF FUND BY USING FIFA'S FINANCIAL RESERVES TO HELP MEMBER ASSOCIATIONS, CLUBS, PLAYERS, STAFF AND YOUTH ACADEMIES.



**OLLI REHN**
CHAIR, FIFA COVID-19 RELIEF PLAN STEERING COMMITTEE



16 October 2020

**THIRD FIFA COMPLIANCE SUMMIT TAKES PLACE ONLINE**

Former US Attorney General Loretta E. Lynch was among a stellar line-up of keynote speakers at the third edition of the FIFA Compliance Summit. Almost 400 delegates participated in the week-long summit, which also saw the publication of the first FIFA Compliance Handbook.

"FIFA IS AN ORGANISATION THAT HAS MADE GREAT EFFORTS TO EDUCATE, TRAIN AND PROMOTE A CULTURE OF COMPLIANCE.
I AM HEARTENED TO HEAR OF FIFA'S RENEWED COMMITMENT TO TRANSPARENCY AND ETHICAL BEHAVIOUR.



**LORETTA E. LYNCH**
FORMER US ATTORNEY GENERAL

## 2021

1 January 2021
**MINIMUM LABOUR CONDITIONS FOR FEMALE PLAYERS ENTER INTO FORCE**

28 January 2021
**FIFA GUARDIANS™ SAFEGUARDING IN SPORT DIPLOMA LAUNCHED**

12 May 2021
**FIFA GLOBAL REPORT: 'GIVE EVERY TALENT A CHANCE' IS PUBLISHED**

20 May 2021
**FIFA CONGRESS UNANIMOUSLY VOTES TO DECIDE ON FUTURE HOSTING OF FIFA WOMEN'S WORLD CUP FINAL TOURNAMENTS**

1 June 2021
**SETTING THE PACE: FIFA BENCHMARKING REPORT FOR WOMEN'S FOOTBALL PUBLISHED**

10 June 2021
**FIFA OFFICE OPENED IN PARIS**

21 July – 7 August 2021
**CANADA AND BRAZIL WIN THE WOMEN'S AND MEN'S OLYMPIC FOOTBALL TOURNAMENTS IN JAPAN**

24 August 2021
**US DEPARTMENT OF JUSTICE AWARDS FIFA 201 MILLION USD COMPENSATION**

19 - 29 August 2021
**RUSSIA WIN THE FIFA BEACH SOCCER WORLD CUP 2021™**

12 September - 3 October 2021
**PORTUGAL TRIUMPH AT THE FIFA FUTSAL WORLD CUP LITHUANIA 2021™**

3 November 2021
**FIFA CLIMATE STRATEGY PUBLISHED: MAKING FOOTBALL CLIMATE RESILIENT AND MITIGATING OUR IMPACT ON CLIMATE CHANGE**

8 November 2021
**FIFA TRAINING CENTRE LAUNCHED**

30 November - 18 December 2021
**ALGERIA TRIUMPH AT THE INAUGURAL FIFA ARAB CUP™ IN QATAR**



FIFA




12 May 2021

### FIFA GLOBAL REPORT: 'GIVE EVERY TALENT A CHANCE' IS PUBLISHED

FIFA published the FIFA Global Report, a year-long study on the global talent development ecosystem. Driven by FIFA's Chief of Global Football Development, Arsène Wenger, this report delivered the message that every talented player deserves a chance to be identified and to further develop.

"OUR IMMEDIATE TARGET IS THAT EVERY MEMBER ASSOCIATION SHOULD REACH ITS FULL POTENTIAL TO HAVE THE STRONGEST POSSIBLE NATIONAL TEAM. A LONG-TERM PLAN FOR TALENT DEVELOPMENT IS ESSENTIAL FOR SUCCESS."



**ARSÈNE WENGER**
CHIEF OF GLOBAL FOOTBALL DEVELOPMENT, FIFA




1 June 2021

### SETTING THE PACE: FIFA BENCHMARKING REPORT FOR WOMEN'S FOOTBALL PUBLISHED

FIFA issued its first-ever comprehensive analysis of the elite women's football landscape, aiming to help guide key decisions that shape the future development and professionalisation of women's football.

"TO GROW PARTICIPATION, RETAIN PLAYERS AND BUILD EXPERTISE IN THE WOMEN'S GAME, WE NEED NOT ONLY STRONG COMPETITION STRUCTURES BUT ALSO TARGETED CAPACITY-BUILDING PROGRAMMES AND LONG-TERM PATHWAYS IN PLACE FOR PLAYERS, ADMINISTRATORS, COACHES AND EVERYONE INVOLVED."



**SARAI BAREMAN**
CHIEF WOMEN'S FOOTBALL OFFICER, FIFA



10 June 2021

### FIFA OFFICE OPENED IN PARIS

FIFA's Member Associations Division moved into their new headquarters at Hôtel de la Marine on Place de la Concorde in Paris, giving FIFA a presence in one of the world's most global cities, and the city where FIFA was founded in 1904.

"OUR AIM OF MAKING FOOTBALL TRULY GLOBAL ALSO MEANS FIFA ITSELF NEEDS TO HAVE A MORE BALANCED AND GLOBAL ORGANISATIONAL SET-UP. PARIS IS ONE OF THE GREAT AND TRULY GLOBAL CITIES OF THE WORLD, WELL CONNECTED AND EASILY ACCESSIBLE AND THE ORIGINAL HOME FOR FIFA, FROM 1904 TO 1932."



**GIANNI INFANTINO**
FIFA PRESIDENT




24 August 2021

### US DEPARTMENT OF JUSTICE AWARDS FIFA 201 MILLION USD COMPENSATION (MONEY SEIZED FROM CRIMINAL ACTIVITIES OF PREVIOUS FIFA OFFICIALS)

The United States Department of Justice awarded the sum of 201 million USD to the FIFA Foundation as compensation for the losses suffered by FIFA, Concacaf and CONMEBOL as victims of decades of football corruption schemes perpetuated by former FIFA officials.

"I WANT TO SINCERELY THANK THE US JUSTICE AUTHORITIES FOR THEIR EFFORTS, BECAUSE THE TRUTH IS THAT, THANKS TO THEIR INTERVENTION BACK IN 2015, WE HAVE BEEN ABLE TO FUNDAMENTALLY CHANGE FIFA WHICH HAS NOW BECOME A HIGHLY ESTEEMED AND TRUSTED GLOBAL SPORTS GOVERNING BODY."



**GIANNI INFANTINO**
FIFA PRESIDENT

## 2022

12 April 2022
**GROUNDBREAKING DIGITAL PLATFORM FIFA+ LAUNCHED**

23 April 2022
**FIRST-EVER GUIDE TO CLUB LICENSING IN WOMEN'S FOOTBALL PUBLISHED**

26 April 2022
**FIFA TALENT DEVELOPMENT SCHEME ENTERS IMPLEMENTATION PHASE**

18 June 2022
**FIFA AND FIFPRO CONFIRM SOCIAL MEDIA PROTECTION SERVICE FOR PLAYERS AND TEAMS AT THE FIFA WORLD CUP QATAR 2022™**

1 July 2022
**SEMI-AUTOMATED OFFSIDE TECHNOLOGY CONFIRMED FOR THE FIFA WORLD CUP QATAR 2022™**

10 - 28 August 2022
**SPAIN TRIUMPH AT THE FIFA U-20 WOMEN'S WORLD CUP COSTA RICA 2022™**

27 September 2022
**FIFA JOINS FORCES WITH THE WORLD TRADE ORGANIZATION TO FURTHER ECONOMIC INCLUSION**

11 - 30 October 2022
**SPAIN WIN THE FIFA U-17 WOMEN'S WORLD CUP INDIA 2022™**

16 November 2022
**FIFA CLEARING HOUSE FOR TRANSFER-RELATED PAYMENTS STARTS OPERATIONS**

20 November 2022
**FIFA PRESIDENT ANNOUNCES ADDITIONAL 1 BILLION USD FOR FOOTBALL DEVELOPMENT**

20 November - 18 December 2022
**FIFA WORLD CUP QATAR 2022™ SHOWS THAT FOOTBALL IS TRULY GLOBAL: THE BEST-EVER FIFA WORLD CUP**

18 December 2022
**ARGENTINA CROWNED WORLD CHAMPIONS FOLLOWING EPIC FINAL**



FIFA



18 June 2022

### FIFA AND FIFPRO CONFIRM SOCIAL MEDIA PROTECTION SERVICE FOR PLAYERS AND TEAMS AT THE FIFA WORLD CUP QATAR 2022™

The Social Media Protection Service was designed to prevent players from seeing hate speech directed at them online during the FIFA World Cup 2022: 2,000 accounts protected, 20 million posts/comments monitored, of which 286,895 were hidden via moderation and 433,696 were flagged as containing language that had or could be used in an offensive way (and 19,636 of these were subsequently reported to platforms for breaking their community guidelines).

"IT IS FOOTBALL'S RESPONSIBILITY TO PROTECT THE PLAYERS AND OTHER AFFECTED GROUPS AGAINST THE ABUSE THEY INCREASINGLY FACE IN AND AROUND THEIR WORKPLACE."



**DAVID AGANZO**
FIFPRO PRESIDENT




1 July 2022

### SEMI-AUTOMATED OFFSIDE TECHNOLOGY CONFIRMED FOR THE FIFA WORLD CUP QATAR 2022™

VAR systems have provided invaluable support to match officials since they were included in the Laws of the Game 2018/19 and took another significant step forward in Qatar with the use of semi-automated offside technology, which considerably shortened the decision-making process.

"SOMETIMES THE PROCESS TO CHECK A POSSIBLE OFFSIDE TAKES TOO LONG, ESPECIALLY WHEN THE OFFSIDE INCIDENT IS VERY TIGHT. THIS IS WHERE SEMI-AUTOMATED OFFSIDE TECHNOLOGY COMES IN – TO OFFER FASTER AND MORE ACCURATE DECISIONS."



**PIERLUIGI COLLINA**
CHAIR, FIFA REFEREES' COMMITTEE



16 November 2022

### FIFA CLEARING HOUSE FOR TRANSFER-RELATED PAYMENTS STARTS OPERATIONS

The FIFA Clearing House (FCH) started operations initially focusing on the centralisation, processing and automation of payments between clubs relating to training rewards, while also promoting financial transparency and integrity in the international transfer system. On 12 June 2023, French amateur club SC Malesherbois became the first recipient of a payment processed by the FCH - a transaction amounting to EUR 159,990.

"THE FIFA CLEARING HOUSE WILL BENEFIT THE WHOLE FOOTBALL PYRAMID IN A FAIR AND EFFICIENT WAY, WHILE BRINGING MORE INTEGRITY TO THE TRANSFER SYSTEM AS PART OF THE HOLISTIC REFORM IMPLEMENTED BY FIFA IN RECENT YEARS."



**EMILIO GARCÍA SILVERO**
CHIEF LEGAL AND COMPLIANCE OFFICER, FIFA



20 November 2022

### FIFA PRESIDENT ANNOUNCES ADDITIONAL 1 BILLION USD FOR FOOTBALL DEVELOPMENT

On the day of the opening match of the FIFA World Cup 2022, Gianni Infantino announced that FIFA would be able to invest an extra 1 billion USD in football development thanks to better-than-expected revenue for the 2019-2022 cycle.

"WE WILL BASICALLY HAVE A PROJECTED NET RESULT OF 1 BILLION USD – WHICH WE CAN THEN INVEST IN FOOTBALL IMMEDIATELY, STARTING FROM NOW AND FOR THE NEXT CYCLE TO MAKE FOOTBALL GROW EVEN MORE AROUND THE WORLD."



**GIANNI INFANTINO**
FIFA PRESIDENT



"

# I PROMISED YOU – AND VERY FEW BELIEVED IT – THAT WE WOULD EXPERIENCE THE BEST FIFA WORLD CUP EVER IN QATAR: AND WE DELIVERED! WE ORGANISED THE BEST FIFA WORLD CUP EVER IN QATAR IN 2022! SHUKRAN QATAR. FELICIDADES ARGENTINA.

**GIANNI INFANTINO**
FIFA PRESIDENT

## 2023

9 January 2023
**FIFA FOOTBALL AGENT REGULATIONS ENTER INTO FORCE**

1 February 2023
**NEW EDITIONS OF THE FIFA DISCIPLINARY CODE AND THE FIFA CODE OF ETHICS TO ENHANCE PROTECTION OF FOOTBALL INTEGRITY COME INTO EFFECT**

16 March 2023
**FIFA PRESIDENT RE-ELECTED BY ACCLAMATION AT FIRST ELECTIVE FIFA CONGRESS HELD IN AFRICA**

11 May 2023
**NEW FIFA WORLD CUP BRAND LAUNCHED WITH FIRST-EVER HOST CITIES IDENTITIES AN INTEGRAL PART OF THE #WEARE26 CAMPAIGN**

20 May - 11 June 2023
**URUGUAY TRIUMPH AT THE FIFA U-20 WORLD CUP ARGENTINA 2023™**

15 June 2023
**MATCHES MUST STOP WHEN THERE IS RACISM**

23 June 2023
**FIFA COUNCIL APPOINTS THE UNITED STATES TO HOST THE NEW AND EXPANDED FIFA CLUB WORLD CUP IN 2025**

12 July 2023
**FIFA AND THE UN REFUGEE AGENCY (UNHCR) SIGNED LANDMARK MEMORANDUM OF UNDERSTANDING**

20 July - 20 August 2023
**AUSTRALIA AND NEW ZEALAND HOST THE GREATEST FIFA WOMEN'S WORLD CUP™ EVER**

20 August 2023
**SPAIN VICTORIOUS AT THE FIFA WOMEN'S WORLD CUP AUSTRALIA AND NEW ZEALAND 2023™**

22 September 2023
**FIFA AND THE UNODC RENEW MEMORANDUM OF UNDERSTANDING TO COMBAT CRIME IN FOOTBALL**

4 October 2023
**FIFA COUNCIL TAKES KEY DECISIONS ON FIFA WORLD CUP™ EDITIONS IN 2030 AND 2034**





15 June 2023

### MATCHES MUST STOP WHEN THERE IS RACISM

Gianni Infantino met Brazil and Real Madrid forward Vinícius Júnior, the victim of several shocking racist incidents while playing for his club that season. The FIFA President sent a powerful message, saying that football cannot go on when there is discrimination. The FIFA President established a task force involving Vinícius Júnior and others to create measures to end racism in football.

"WE WANT TO IDENTIFY RACISTS IN STADIUMS AND ACROSS SOCIAL MEDIA. THEY ARE CRIMINALS. THEY HAVE TO BE BANNED FROM STADIUMS ACROSS THE GLOBE. THE AUTHORITIES NEED TO TAKE THESE PEOPLE TO COURT AND WE WILL SAY THIS TO ALL OF THEM: RACISM IS A CRIME.



**GIANNI INFANTINO**
FIFA PRESIDENT



23 June 2023

### FIFA COUNCIL APPOINTS THE UNITED STATES TO HOST THE NEW AND EXPANDED FIFA CLUB WORLD CUP IN 2025

The FIFA Council unanimously appointed the United States to host the new and expanded 32-team FIFA Club World Cup in 2025. The host selection process took into consideration the infrastructure and service requirements, as well as broader strategic objectives for the tournament.

"THE FIFA CLUB WORLD CUP 2025 WILL BE THE PINNACLE OF ELITE PROFESSIONAL MEN'S CLUB FOOTBALL, AND WITH THE REQUIRED INFRASTRUCTURE IN PLACE TOGETHER WITH A MASSIVE LOCAL INTEREST, THE UNITED STATES IS THE IDEAL HOST TO KICK OFF THIS NEW GLOBAL TOURNAMENT.



**GIANNI INFANTINO**
FIFA PRESIDENT




20 July - 20 August 2023

### AUSTRALIA AND NEW ZEALAND HOST THE GREATEST FIFA WOMEN'S WORLD CUP™ EVER

The FIFA Women's World Cup Australia & New Zealand 2023™ saw the world's top players competing for the greatest prize in women's football. The expanded format featured 32 teams for the first time and was the first to feature hosts from two confederations. The tournament, positioned as the greatest FIFA Women's World Cup ever, incorporated a vibrant new visual approach that aimed to unite and inspire people around the world through the power of women's football.

"THIS TOURNAMENT WAS THE MOST SPECTACULAR, THE MOST COLOURFUL, THE MOST INCLUSIVE AND THE BEST FIFA WOMEN'S WORLD CUP EVER. IT HAS TRULY TAKEN WOMEN'S FOOTBALL BEYOND GREATNESS.



**FATMA SAMOURA**
FIFA SECRETARY GENERAL



4 October 2023

### FIFA COUNCIL TAKES KEY DECISIONS ON FIFA WORLD CUP™ EDITIONS IN 2030 AND 2034

The FIFA Council unanimously agreed that the sole candidacy for the FIFA World Cup 2030™ will be the combined bid of Morocco, Portugal, and Spain. Also taking into account the historical context of the first-ever FIFA World Cup, the Council also approved a unique centenary celebration ceremony with three World Cup matches in Uruguay, Argentina and Paraguay. It was also agreed that the bidding processes for both the 2030 and 2034 FIFA World Cups be conducted concurrently, with member associations from the territories of the AFC and the OFC invited to bid to host the 2034 finals.

"IN A DIVIDED WORLD, FIFA AND FOOTBALL ARE UNITING. WHAT A GREAT MESSAGE OF PEACE, TOLERANCE AND INCLUSION.



**GIANNI INFANTINO**
FIFA PRESIDENT




**"FOR FIFA, EACH AND EVERY ONE OF OUR 211 MEMBER ASSOCIATIONS HAS EXACTLY THE SAME DUTIES AND EXACTLY THE SAME RIGHTS, INCLUDING THE RIGHT TO BE RESPECTED. WE WANT TO UNITE AND WE WANT TO INCLUDE. WE WANT TO MAKE FOOTBALL TRULY GLOBAL.**



**GIANNI INFANTINO**
FIFA PRESIDENT

**SECTION III**
**FOOTBALL UNITES THE WORLD**
**STRATEGIC OBJECTIVES FOR THE GLOBAL GAME: 2023-2027**

The tactical plan

FIFA

COMPETITIONS

DEVELOPMENT






# Revise the FIFA Statutes and improve our regulations

**THE NEED TO PROTECT AND PROMOTE THE BEST INTERESTS OF FOOTBALL REMAINS A KEY OBJECTIVE FOR FIFA AND IS FIRMLY ROOTED IN THE FIFA STATUTES, WHICH IS THE BASIS OF THE LEGAL FRAMEWORK FOR FIFA OPERATIONS AND THE GOVERNANCE OF THE GLOBAL GAME.**

These statutory provisions include:
**(a)** drawing up regulations and provisions governing the game of football and related matters and ensuring their enforcement;

**(b)** controlling every type of association football by taking appropriate steps to prevent infringements of the Statutes, regulations or decisions of FIFA or of the Laws of the Game; and

**(c)** promoting integrity, ethics and fair play with a view to preventing all methods or practices, such as corruption, doping or match manipulation, which might jeopardise the integrity of matches, competitions, players, officials and member associations or give rise to abuse of association football.






**REVIEW THE FIFA STATUTES AND OTHER REGULATIONS**
In order to ensure that FIFA's overall football regulatory framework remains relevant to the changing circumstances that may arise within our sport, a review of the FIFA Statutes shall be undertaken during the 2023-2027 cycle.

**ENSURE THE LAWS OF THE GAME CONTINUE TO BE RELEVANT**
Football needs to retain its attractiveness and relevance in a fast-changing society, while also respecting the traditions of our sport. This balance must be maintained, including by providing support for match officials in officiating all aspects of the game, for instance, by constantly improving video assistant referees (VARs), making decisions understandable to a wider audience, as well as considering rule changes that promote fair, attractive and engaging football (such as the offside rule).

**FURTHER STREAMLINE COMMUNICATIONS**
Online processes are facilitating how proceedings are being initiated through the FIFA Legal Portal and subsequently conducted before the FIFA Football Tribunal and the FIFA judicial bodies, including by enabling football stakeholders to lodge a claim with the relevant FIFA decision-making or judicial body. All of this is in line with FIFA's continued drive for efficacy and efficiency in its administrative functions and is aimed at fostering the involvement of more member associations in the democratic decision-making process that underpins FIFA's governance and transparency principles for football regulatory matters.

**KEEPING IN STEP WITH SOCIAL CHANGE**
Having stepped up protection of female players in 2020 to include minimal employment conditions for female players, FIFA is committed to implementing additional regulations in this area. In addition, further measures to protect the game and its stakeholders from the adverse impacts of climate change will also be necessary and we will work to make football more resilient to those impacts.




# Implement transfer system reform and address other governance-related matters



**THE WORLD IS CHANGING AT A BREATHTAKING SPEED AND THE RULES GOVERNING FOOTBALL MUST CHANGE WITH IT, AND, IT IS THEREFORE PARAMOUNT THAT REGULAR UPDATES ARE MADE TO THIS FOOTBALL REGULATORY FRAMEWORK TO ENSURE THAT FIFA AND FOOTBALL REMAINS IN STEP WITH ALL STAKEHOLDER INTERESTS ACROSS THE GAME.**

**IMPLEMENT AND MONITOR FOOTBALL TRANSFER SYSTEM REFORM**

With the FIFA Clearing House operational from November 2022, the first step has been taken to ensure that all solidarity payments for young players goes to the training clubs. To reinforce contractual stability, protect the integrity of the transfer system and achieve greater financial transparency, additional regulations are in force concerning football agents via the FIFA Football Agent Regulations, the international transfer and protection of minors, the standardisation of international player loans, the simplification of the international transfer process and the establishment of dispute resolution mechanisms via the Football Tribunal. Further formal consultation will be held to improve the transparency of transfers and salaries, including by studying ways to establish objective “fair values”.

**PROTECT PLAYER AND COACH WELFARE**

With the International Match Calendar (IMC) agreed for the men’s game until 2030, and for the women’s game until 2025, we all have a responsibility to protect the welfare and well-being of players. Considering the new IMC, FIFA will explore safeguards for the physical and mental health of players during and between competition periods, to guarantee their welfare, including by having a blocked period for holidays and a proper rest period between matches. Further safeguards for female footballers, coaches and clubs will also be considered, in line with the progress made during the 2019-2023 cycle, following the publication of new editions of its disciplinary and ethics codes. There will also be a focus on additional measures, such as temporary employment and registration rules, to cover emergency situations, when necessary.

FIFA will also strengthen other initiatives in this area, such as the FIFA Fund for Football Players, which provides financial support to players who have not been paid and have no chance of duly receiving the wages agreed with their clubs. In addition, FIFA will use both the confidential, dedicated, highly secure and web-based whistleblowing system that allows individuals to report abuse and the Social Media Protection Service, which monitors and moderates content directed at players competing in FIFA tournaments, to reinforce FIFA’s strong commitment to protecting player welfare.

These changes to the football regulatory framework are further reinforced by FIFA’s dedicated educational curriculum that facilitates various legal and administrative qualifications across the globe – a crucial tool to improve jurisprudence and legal practice across the 211 FIFA Member Associations.




# Deliver fan engagement, including through eFootball, and invest in digital technology and Artificial Intelligence for the next generations

**TECHNOLOGY PROVIDES MANY NEW OPPORTUNITIES, AND FIFA RECOGNISES THAT IT IS AN INTEGRAL PART OF MODERN SOCIETY AND WANTS TO LEVERAGE IT AS A DRIVER FOR PROGRESS AT VARIOUS LEVELS. FIFA IS THEREFORE COMMITTED TO EXPLORING BOTH EXISTING AND EMERGING TECHNOLOGIES TO POSITIVELY IMPACT THE GAME ESPECIALLY IN ORDER TO HELP REFEREES TO MAKE CORRECT DECISIONS, WHILST ENSURING THAT THEIR POTENTIAL USE IS COST-EFFECTIVE, BENEFICIAL AND PRACTICAL ACROSS THE GLOBAL FOOTBALL COMMUNITY.**

**EMBRACING TECHNOLOGY ALSO OPENS THE DOOR TO NEW AND FUTURE GENERATIONS, FOR EXAMPLE THROUGH ESPORTS, AND CATERS FOR EVER-CHANGING CONSUMER HABITS, FROM FANS AT THE VENUE THROUGH APPLICATIONS OR THOSE ENGAGING REMOTELY THROUGH ENHANCED BROADCAST GRAPHICS AND ANALYSES.**

**EVOLVE AND EXTEND VIDEO ASSISTANT REFEREE (VAR) SYSTEMS**

Over 200 individual competitions, spanning over 70 countries across all six confederations to date, have benefited from the implementation of VAR solutions that further support match officials to officiate the game. Further developments, such as semi-automated offside technology and communicating decisions to the fans in the stadium and at home, are being implemented, while the FIFA-led development of a VAR "light" solution and an even more affordable video support option are being considered to give all member associations the chance to provide technical support to their referees.

The same approach – i.e. harnessing technology to advance the game globally and make it accessible for everyone – will guide our efforts with Artificial Intelligence (AI) and sensor technology as well as any changes to the Laws of the Game, which will be tested and potentially implemented in the coming years, with the aim of fostering more attractive, attacking football.

**FIFA+: DEVELOP THE DIGITAL FOOTPRINT AND REACH WIDER AUDIENCES**

FIFA+ offers the complete digital fan experience with live match streams, documentaries, match highlights and a wealth of football-related formats. This inventory includes highlights of all FIFA tournaments, replays of classic matches and, depending on the audience locations, thousands of domestic matches from around the world. FIFA has the capacity to significantly widen the distribution of high-quality football content thanks to social media activations and integrations in cable, satellite and TV networks, as well as by making content freely accessible on web browsers, smart TV apps and mobile apps. This will allow it to unlock new audiences, develop new revenue streams across football and help promote the game across the globe.







The FIFA+ platform also provides an accessible platform for FIFA Member Associations, zonal/regional associations and confederations to broadcast their own matches without needing to invest themselves, thus facilitating the production and online distribution of their leagues and tournaments to new global audiences. FIFA, through FIFA+, is democratising football.

**ENGAGE THROUGH EFOOTBALL**

As a way of accessing primarily younger target groups through football, allowing these generations to enjoy the game and FIFA to promote values and organise competitions has led to today's professional eFootball landscape, namely FIFAe, which stages various competitions for clubs and nations. FIFA will also develop its own gaming experience, ensuring that the digital version of the game follows the highest standards and promotes the same values as the physical game, aiming to provide the best experience for the video-gaming community and players. Given FIFA's commitment to developing new, accessible and diverse interactive football experiences for fans, the feasibility of other initiatives will be analysed related to emerging technologies and systems, such as blockchain and AI.

**INNOVATE THROUGH FOOTBALL DATA**

Football played at the highest level requires the collection and analysis of player and team performance data together with match data, and subsequently applying the insights that have been gained. Through the football data ecosystem, FIFA has established a complex network of data sources, data processors and distribution layers that provide consistent and high-quality data to every relevant stakeholder. This includes the live collection of data about every action on the pitch, with the use of optical tracking systems as well as experienced analysts and observers.

The processed data is then displayed and accessible on a FIFA-managed platform during tournaments and supports technical development and analysis at various levels, including sharing content with the participating teams and players. While upholding data protection requirements, progress in data capturing, analysis and results distribution will further enable every team to improve training, tactics and performance on the pitch, as well as providing additional insights that uncover the mechanics of the game for the on-site spectators as well as billions of TV and online viewers.

**PUT TECHNOLOGY AT THE SERVICE OF PLAYER WELFARE**

FIFA has been embracing technology to maximise player welfare and ensure medical services of the highest standards at its competitions. Such initiatives have included the implementation of video replay at all matches in FIFA tournaments, a remote injury-spotting system based on scientifically-validated guidelines and the use of medical replay tablets by team doctors at FIFA competitions to review injury mechanisms. In addition, FIFA is overseeing the scientific validation of permanent concussion substitute trials as agreed through The IFAB.

Participating players and teams at FIFA tournaments also receive data for each individual player and collective team performance, respectively, via a dedicated football data application, providing additional visibility to the in-match content gathered from the field of play.

Further developments will see FIFA Football Medical Language being used to code injury mechanisms which are captured on video during FIFA tournaments to aid in the surveillance of injuries with the aim of implementing prevention programmes across football.




# Organise more youth tournaments at various age levels

**FIFA HAS A STATUTORY DUTY TO IMPROVE THE GAME OF FOOTBALL AND TO ORGANISE ITS OWN INTERNATIONAL COMPETITIONS. HOWEVER, IT ALSO NEEDS TO ENSURE THAT THERE ARE MORE AGE-RESTRICTED COMPETITIONS TO GIVE MEMBER ASSOCIATIONS THE OPPORTUNITY TO PLAY ON THE GLOBAL STAGE, THAT PLAYERS HAVE THE CHANCE TO PLAY COMPETITIVELY FROM A YOUNG AGE, AND THAT THE BEST PLAYERS HAVE A PATHWAY TO A PROFESSIONAL CAREER.**

### IMPLEMENT ANNUAL TOURNAMENTS AT U-17 LEVEL

In order to ensure that more talents are given a genuine chance to shine on the international stage, annual tournaments will be organised at U-17 level from 2025, replacing the two-year cycle. This will ensure that players born every second year have the chance to compete on the global stage.

In addition, the FIFA U-17 Women's World Cup™ and the FIFA U-17 World Cup™ will also see an expansion in the number of participating teams, from 16 to 24 teams for the former, and from 24 to 48 teams for the latter.

### MAKE CHANGES TO WOMEN'S U-20 FORMAT

To support the further development of the women's game, FIFA will expand the tournament format of the FIFA U-20 Women's World Cup™ from 16 to 24 teams already from 2024.

### INTRODUCE YOUTH PLAYERS TO INTERNATIONAL COMPETITIONS

To provide additional support to players entering the international stage, FIFA will discuss enhanced pathways and opportunities for younger players, such as annual football festivals for players under 15 years of age.

### ATTRACT SPECTATORS AND TV/DIGITAL AUDIENCE

The expanded formats and increased frequency of tournaments will create new opportunities to attract fans and audiences to experience FIFA competitions more regularly. This will provide additional opportunities for FIFA to engage with football fans - with a specific focus on younger generations - on a range of platforms and to build further loyalty to the FIFA brand.










# Focus on Player, Coach and Referee development and FIFA Academies

**FIFA IS ESTABLISHING TALENT DEVELOPMENT PATHWAYS THAT WILL LEAD TO MORE EQUAL OPPORTUNITIES ACROSS ALL 211 FIFA MEMBER ASSOCIATIONS TO FOSTER A STEADY STREAM OF TALENTED PLAYERS IN MEN'S AND WOMEN'S FOOTBALL TOGETHER WITH COACHES AND REFEREES. THESE PATHWAYS ARE INTENDED TO INCREASE COMPETITIVENESS, REDUCE DISPARITY BETWEEN DIFFERENT REGIONS ACROSS THE WORLD IN THE LONG TERM, AND HELP ENSURE THAT THERE ARE AT LEAST 50 CLUBS AND 50 NATIONAL TEAMS – BOTH IN MEN'S AND WOMEN'S FOOTBALL – FROM ACROSS THE CONTINENTS THAT REGULARLY COMPETE AT THE HIGHEST LEVEL.**

**IMPLEMENT PLAYER DEVELOPMENT PROGRAMMES TO "GIVE EVERY TALENT A CHANCE"**

In December 2022, the FIFA Council approved funding in the amount of 200 million USD for the FIFA Talent Development Scheme (TDS), for which regulations were subsequently approved in March 2023 which lay out the principles and distribution of funding along with the rights and obligations of the FIFA Member Associations. Subsequently, a network of experts have been appointed to support the FIFA Member Associations in developing and implementing their long-term plans for player development, and ensuring that the available resources are effectively used.

**ESTABLISH A GLOBAL FIFA ACADEMIES NETWORK**

As part of the TDS, FIFA is deploying dedicated talent coaches to establish best-practice training environments for talented players, both girls and boys, in the FIFA Member Associations. As these environments meet the necessary quality benchmarks, they will become FIFA Academies supporting talent development in each member association. It is FIFA's ambition to have 75 of these FIFA Academies in place by the end of the 2023-2027 cycle. In addition, FIFA will also assess other existing talent academies in order to create a network of a larger number of FIFA-affiliated academies which support the pathway for talents towards their national teams.

**TRAIN AND EDUCATE MATCH OFFICIALS**

The training and education of highly-qualified match officials - Team One - goes hand in hand with developments in playing and coaching aspects. Football requires competent referees to officiate matches, not only to ensure the uniform application of the Laws of the Game but also to use their experience to protect players on the pitch. Through the implementation of the FIFA Referee Education & Development Programme, both match officials and referee instructors benefit from enhanced online learning tools, professionally curated video materials and frequent workshops at confederation, regional/zonal and member association level to ensure that officiating the game remains in step with player development initiatives.






**INVEST IN COACH EDUCATION, TECHNICAL AND MEDICAL STAFF TRAINING**

Coach education and the role of technical staff remains crucial in terms of guiding talents and their development. It is also a key part of FIFA's strategy for football's sustainable development on a global scale. FIFA's coach education programme, which "trains the trainer", is creating the opportunity for member associations to be able to run their own coach education training at domestic level. This is in line with FIFA's commitment to addressing the matter of coach licensing and to ensuring that fully staffed and fit-for-purpose technical departments are established in each of the 211 FIFA Member Associations, which will have full access to innovative educational programmes and tailored mentoring activities. In addition, via the online FIFA Training Centre, coaches, in particular, have an innovative resource which provides cutting-edge content to support them in the development of high-performance players and to enhance their impact on the game. This, again, is in line with FIFA's responsibility to educate and help everyone improve through practical measures that promote the education of technical leaders, such as the FIFA Technical Leadership Diploma.

FIFA is also committed to supporting medical and performance staff to ensure the necessary medical provision exists within FIFA Member Associations at national team and club level. This commitment is aimed at providing guidance at member association level to bolster medical, health and performance strategies and to organise medical courses at confederation level to increase knowledge within the football community.

**SUPPORT GRASSROOTS AND AMATEUR FOOTBALL INITIATIVES**

Football's rich source of participation originates at the grassroots level as it provides the initial, structured introduction for girls and boys to our sport. The grassroots game, therefore, is a crucial component in ensuring as many participation opportunities exist as possible across the game. In line with our statutory objective to use our efforts to ensure that the game is available to and resourced for all who wish to participate, FIFA has conducted a global amateur football environment analysis to understand in depth how grassroots and amateur football is organised across the globe. This analysis will provide the basis for a tailored support to encourage FIFA Member Associations to establish and operate a wide range of grassroots programmes which help children and the wider amateur football community to discover the beauty and the benefits of football, regardless of the level at which it is played and, regardless of gender, age or ability, to make it a game for life.

**IMPLEMENT LEARNING AND CREATE NETWORKING OPPORTUNITIES ACROSS FOOTBALL**

Across FIFA, opportunities for further learning and networking between professionals in the football industry are being created, supported by a range of publications and equipment.
A set of diploma-based courses and executive programmes have been established across an array of topics, including the FIFA Diploma in Football Law, the FIFA Diploma in Club Management, the FIFA Diploma in Football Medicine, the FIFA Diploma in Technical Leadership, while the FIFA Digital Skills platform has been launched as an educational resource centre designed to further educate and empower professionals in the global football community through a dedicated e-learning platform and a series of live masterclasses.




# Focus on social responsibilities, in particular human rights and climate-related aspects

**THROUGH THE FIFA STATUTES, FIFA IS COMMITTED TO RESPECTING ALL INTERNATIONALLY RECOGNISED HUMAN RIGHTS AND PROMOTING THE PROTECTION OF THESE RIGHTS. IT HAS THE OBLIGATION TO CONSTANTLY PROMOTE FOOTBALL GLOBALLY IN THE LIGHT OF ITS UNIFYING, EDUCATIONAL, CULTURAL AND HUMANITARIAN VALUES. FIFA IMPLEMENTS PROGRAMMES TO UPHOLD HUMAN RIGHTS THROUGH ITS ACTIVITIES AND RELATIONSHIPS ACROSS THE SIX CONTINENTS.**

**BY PARTNERING WITH INTERNATIONAL AND REGIONAL ORGANISATIONS AS WELL AS WITH PUBLIC AUTHORITIES, FIFA MAKES GLOBAL FOOTBALL EVENTS AVAILABLE AS A PLATFORM AND, WITH THE SUPPORT OF FIFA LEGENDS, ACTIVATES A WIDER REPRESENTATIVE NETWORK OF EXPERTISE THAT HELPS TO HIGHLIGHT AND ADDRESS RELEVANT SOCIAL ISSUES.**

**FOOTBALL TO SERVE SOCIETY**

In a divided world, football stands for unity, and it does so by forging alliances with important stakeholders from the political sphere. Football is a synonym of joy, happiness, passion, love and peace. It is also a synonym of unity. Football Unites the World. In essence, Football Unites the World is a global movement that aims to inspire and to unite through our sport.

In so doing, FIFA delivers various important social messages via powerful campaigns around relevant causes in partnership with global institutions, thus maximising positive impact by joining forces during FIFA events which command global audiences.

In this respect, FIFA works in close collaboration with key international and regional organisations, including United Nations agencies - be that via memorandums of understanding with the World Health Organization (WHO), the United Nations Office on Drugs and Crime (UNODC), the World Trade Organization (WTO) and the UN Refugee Agency (UNHCR) or via other partnerships with the United Nations Entity for Gender Equality and the Empowerment of Women (UN Women), the United Nations Educational, Scientific and Cultural Organization (UNESCO), the United Nations Children’s Fund (UNICEF), the International Labour Organization (ILO), the World Food Programme (WFP) and the Office of the United Nations High Commissioner for Human Rights (OHCHR) - as well as the European Union, the Council of Europe, the Association of Southeast Asian Nations and the African Union through official partnership agreements aimed at contributing to the advancement of the global United Nations Sustainable Development Goals agenda.

Joint action plans supported by campaigns – such as those related to mental health, match manipulation, domestic violence and the environment – pinpoint specific global issues and topics, such as anti-discrimination and health initiatives, at various intervals during tournaments and at non-event time, in collaboration with the relevant United Nations agencies and other partners.





Case 1:26-mc-25872-XXXX Document 1-1 Entered on FLSD Docket 08/27/2026 Page 64 of 1357



**FOOTBALL FOR SCHOOLS**
Football brings people together, inspires generations and promotes team spirit. It plays a pivotal role in helping to educate children, and through the Football for Schools Programme, FIFA has the ability to contribute to harnessing the game's power in order to educate on a global scale. Delivered in collaboration with UNESCO, national governments, education authorities and other relevant stakeholders, this important initiative offers millions of children from around the world a unique opportunity to learn invaluable lessons, targeted life skills and competencies that can be taught in alignment with the United Nations Sustainable Development Goals.

**FIFA FOUNDATION: LEVERAGE THE INSTITUTIONAL NETWORK TO MOBILISE A POSITIVE SOCIAL IMPACT**
As an independent entity, the FIFA Foundation will deliver a range of programmes in conjunction with various non-governmental organisations and with other institutions with the objective of making a positive social impact. Such programmes will include the Community Programme, the Campus Programme, the Humanitarian Fund, Digital Education Programme, the Refugee Programme and disability football. Through these activities football has the capacity to address social issues affecting young people, empowering women and girls to play football and to realise their full potential, repairing damaged or destroyed sports infrastructure and supporting education through football.

**ENSURE SAFEGUARDING IS IMPLEMENTED ACROSS OUR SPORT**
FIFA is deeply committed to ensuring that all children and those who are vulnerable because of their football activities have the right to play in a safe and enjoyable environment, free from any risk of harmful behaviour. One of the cornerstones of this commitment is the FIFA Guardians™ programme, which was set up by the FIFA Safeguarding & Child Protection Department. The programme provides a framework to help all 211 FIFA Member Associations prevent any risk of harm to anyone in football and respond appropriately when needed. It offers policy guidance and educational content such as an online Safeguarding in Sport Diploma to professionalise the role of safeguarding officers across member associations.

**WORK WITH MEMBER ASSOCIATIONS TO PROMOTE HUMAN RIGHTS AND ANTI-DISCRIMINATION**
In making football truly global, equitable and inclusive, a proactive approach at all levels of football and joint action are required. FIFA is stepping up its engagement with all 211 FIFA Member Associations to create synergies and advance equality, reaching millions of people who play football at all levels. In consultation with the affected players and member associations, FIFA is strengthening the protections from discrimination for players, fans, officials and everyone in the game.
As part of the reinforced commitment, FIFA is supporting all 211 FIFA Member Associations in human rights and anti-discrimination work by sharing good practice, building capacity and encouraging strategic action at member association level through the FIFA Forward Programme as well as promoting compliance. The FIFA Good Practice Guide on Diversity and Anti-Discrimination provides a strategic framework to support member associations in developing their human rights work and builds on the vast experience of the global football community.

**PROTECT WORLD FOOTBALL FROM THE EFFECTS OF CLIMATE CHANGE**
Sport is not immune to climate change and around the world, grassroots, recreational, amateur and elite football are affected. Heat waves, heavy rainfall and other extreme weather conditions impact the ability for football to be played and lead to increased health risks for players. Violent weather events and rising sea levels damage football infrastructure with increasing air pollution risking the health of those who play sport in the open. Football competitions, like all sporting events, are also being affected by climate change. Infrastructure and operations have already been impacted, leading to disrupted match schedules and uncertainty for players, fans, sponsors, broadcasters and organisers. Climate change and its impact is undoubtedly one of the most pressing challenges of our time, if not the most critical, and it requires each of us to take immediate and sustainable climate action.
FIFA will continue to play a leading role in climate action by engaging actively and collectively in the journey to net zero.
We will seize the opportunities offered by a new, greener direction of global growth and development to make our organisation and our sport ever more sustainable, more efficient and more successful.






**PROTECT WORLD FOOTBALL FROM HATE SPEECH AND ABUSE ON SOCIAL MEDIA**
In 2022, FIFA announced that it had joined forces with FIFPRO, the worldwide representative organisation for professional footballers, to coordinate and implement a plan on how to protect participating teams, players, officials and supporters from abuse on social media during its international tournaments. Following the successful implementation of the Social Media Protection Service in Qatar 2022™, it was again used during the FIFA Women's World Cup 2023. In addition, FIFA continues to engage with social media platforms to encourage them to take more action against those who send abusive, discriminatory and threatening messages to teams and players participating in its tournaments.

FIFA will continue to share information about offenders with member associations and jurisdictional law authorities to support potential actions taken against offenders.

**ADVOCACY TO HELP ADVANCE CAUSES**
Current and former players and coaches are a critical stakeholder in advancing social causes. They teach future generations by example, they have a voice that is heard and respected on multiple platforms, and they can help amplify the message of positive change that FIFA and its partners want to effect. As such, FIFA will actively involve FIFA Legends in all its causes, be that through their active participation in task forces, via discussions that can facilitate policy definition, and by their participation in social campaigns.




# Provide FIFA Member Associations with new international match opportunities for their national teams and clubs

**IN LIGHT OF FIFA'S MANDATE TO ORGANISE INTERNATIONAL TOURNAMENTS AND OF THE MEN'S INTERNATIONAL MATCH CALENDAR UNTIL 2030, ADDITIONAL OPPORTUNITIES HAVE BEEN IDENTIFIED THAT WOULD PROVIDE MEMBER ASSOCIATIONS FROM DIFFERENT CONFEDERATIONS THE CHANCE TO PLAY MEANINGFUL NATIONAL-TEAM AND CLUB MATCHES.**

**INVEST IN NATIONAL-TEAM FOOTBALL**
The expanded formats for both the FIFA World Cup (in 2026 to 48 teams) and the FIFA Women's World Cup (in 2023 to 32 teams) will give more teams more opportunities to compete on the global stage, which will reinforce, rather than dilute, the quality of national-team football.

**NEW OPPORTUNITIES**
Additional investments are also being made across the game with the organisation of the first edition of the FIFA Futsal Women's World Cup and plans to create a FIFA Beach Soccer Women's World Cup.

**LAUNCH THE FIFA WORLD SERIES**
To facilitate more meaningful matches between teams from different confederations, and when teams are free for friendly games, FIFA aims to explore playing opportunities between teams from different continents in the March window of even years, under the working title of the **FIFA World Series**. These mini tournaments will allow more international interaction outside the traditional local footprint, and all teams to encounter and compete against each other, to create communities from all over the world.

**SUPPORT AND DEVELOP REGIONAL TOURNAMENTS**
In order to further facilitate meaningful matches at both national-team and club level, FIFA will partner with confederations, zonal/regional associations and/or our FIFA Member Associations to discuss how to create and maintain new quality international tournaments, especially in areas where such opportunities are lacking. The FIFA Arab Cup 2021™ was an example of this and was staged as a test event in advance of the FIFA World Cup in Qatar; this incredible success in the Arab world is set to continue. Such tournaments give teams the opportunity to compete and celebrate football. FIFA is ready to support such events and to work together to look at ways of arranging more matches between national teams and between clubs within zones or regions.

**GAIN HOSTING EXPERIENCE**
Such tournaments allow member associations to gain valuable experience in hosting important international matches, as well as potentially activating additional commercial opportunities with FIFA's support.

**PROPOSE CHANGES TO THE OLYMPIC FOOTBALL TOURNAMENT FORMAT**
FIFA intends to make recommendations to the International Olympic Committee to change the format of the Women's Olympic Football Tournament at the Olympic Games, namely concerning an increase in the number of teams from the current 12 teams to 16 teams, to mirror the men's tournament. Given participation levels worldwide, FIFA will also propose that both futsal and beach soccer be considered as distinct football disciplines at the Olympic Games going forward.








# Deliver the greatest FIFA Women's World Cup™ ever in 2023 to help drive further development in women's football

**AS THE OBJECTIVE FROM THE PREVIOUS VISION 2020-2023 AIMED TO ACCELERATE THE GROWTH OF WOMEN'S FOOTBALL, THE FIFA WOMEN'S WORLD CUP AUSTRALIA AND NEW ZEALAND 2023 WAS A TRANSFORMATIONAL EVENT FOR THE WOMEN'S GAME. THE TOURNAMENT COMPRISED 32 TEAMS COMPETING FOR THE ULTIMATE PRIZE. ADDITIONALLY, GIVEN FIFA'S STATUTORY OBJECTIVE TO PROMOTE THE DEVELOPMENT OF WOMEN'S FOOTBALL AND THE FULL PARTICIPATION OF WOMEN AT ALL LEVELS OF FOOTBALL GOVERNANCE, THE 2023-2027 CYCLE IS PRIMED TO DELIVER ON MANY FRONTS.**

### BREAKING ATTENDANCE RECORDS, RAISING AWARENESS AND INCREASING ENGAGEMENT

Featuring 64 matches and 32 competing teams in a tournament that was co-hosted by two confederations for the first time, the FIFA Women's World Cup Australia and New Zealand 2023 operated on a scale hitherto not seen in the women's game.

The expanded competition provided more opportunity for inspiration, togetherness and the growth of the women's game – without diluting the quality of the tournament. In addition, it provided a significant boost to the already rapid development and popularity of women's football across the world – especially as the tournament had eight national teams making their first appearance on the global stage, and teams from five continents qualified for the knockout stage.

### EQUALITY FRAMEWORK ESTABLISHED FOR FIFA WORLD CUP AND FIFA WOMEN'S WORLD CUP

The first-class conditions for participating players, coaches and match officials at the FIFA World Cup Qatar 2022 were replicated at the FIFA Women's World Cup for the first time; the first of many changes FIFA is implementing to ensure equality across its top-tier tournaments. The changes related not only to the conditions for the participants but also to the total prize money, which was significantly increased to 152 million USD, which is over three times more than in 2019, and ten times more than in 2015 (before I became FIFA President). For the first time ever, FIFA set out a framework for player payments, and for 2027, FIFA's ambition is to do even better on the pathway to equal conditions.





### SUPPORTING GLOBAL WOMEN'S FOOTBALL DEVELOPMENT

On and off the pitch, women's football development continues at an accelerated pace with competition reform, the modernisation of women's development programmes and the continued professionalisation of the women's game. These will continue to be three of the core activities that FIFA will focus on during the 2023-2027 cycle. These initiatives are further supported by targeted research on the global women's football landscape, the findings of which are published by FIFA, including in its unique benchmarking report on elite women's football. FIFA's targeted research is crucial to the professionalisation and development of the women's game around the world.

### FIFA WOMEN'S CLUB WORLD CUP AND FIFA WOMEN'S FUTSAL WORLD CUP™

From a FIFA perspective, this means providing more opportunities to stage tournaments, and the FIFA Council has endorsed the principle of creating a new FIFA Women's Club World Cup, with the frequency, format, access list, calendar and start date to be determined. It was also agreed, together with the confederations and stakeholders, that a new FIFA Women's Futsal World Cup™ should be organised.

### IMPLEMENTING A STAND-ALONE COMMERCIAL MODEL THAT VALUES THE WOMEN'S GAME

FIFA's ongoing support for the women's game must be matched by a substantial increase in the commercial revenue generated across the entire game. The FIFA Women's World Cup Australia and New Zealand 2023 has been a catalyst for this change, as innovative and independent commercial models supported by a dedicated marketing concept have provided the basis for this much-overdue change. FIFA expects that the market will change further in terms of broadcasting rights and commercial partnerships as we build towards the FIFA Women's World Cup in 2027, a tournament which will be awarded by the FIFA Congress for the first time in its history.




# Ensure the FIFA World Cup™ will be the greatest show on the planet in 2026




**HOSTED IN CANADA, MEXICO AND THE UNITED STATES – FEATURING AN INCREASE IN PARTICIPANTS FROM 32 TO 48 TEAMS – THE FIFA WORLD CUP 26™ WILL BE THE LARGEST SINGLE-SPORTING EVENT EVER.**

### THE MOST INCLUSIVE AND BIGGEST FIFA WORLD CUP EVER

The FIFA World Cup is the greatest show on the planet and the 22nd edition, held in Qatar in 2022, was the best-ever in the tournament's history. For the FIFA World Cup in 2026, the number of teams will increase from 32 to 48, making it the biggest-ever tournament, giving more nations the chance of seeing their team on the global stage and allowing more players to dream of appearing at the sport's top event. Given that standards are improving around the world, we are certain that the high standard of the competition will be maintained. Equally, we are intending to ensure that the tournament in 2026 will be the most diverse event ever, a true festival with 104 matches in 16 stadiums across Canada, Mexico and the United States.

The expansion of the tournament will lead to a more equal spread of slots. The number of places for CAF teams will practically double from the current five to nine or ten, the AFC's quota will increase from four or five to eight or nine, and Concacaf's number of representatives will rise from three or four to six, seven or eight. For the first time, the OFC will have a guaranteed slot with the chance of a second, making 2026 the first FIFA World Cup at which all six confederations will have at least one guaranteed berth. Another new feature will be the intercontinental play-off tournament, which will decide the last two slots at the final tournament, thus providing more opportunities for teams to meet opposition from other continents in a competitive environment, giving them valuable international experience. More FIFA World Cup slots will mean more chances to develop local football structures and trigger local investment in football around the world.

### IMPLEMENT A NEW OPERATIONAL MODEL AND LEAVE A LEGACY IN THE HOST COUNTRIES WHEN IT COMES TO AWARENESS, PARTICIPATION AND ENGAGEMENT

A new operational model has been activated for this tournament, for which three local FIFA subsidiaries are being established in the three host countries. FIFA will act as the local organiser and will be working together with the three host member associations, the three host country governments and the 16 Host Cities - designed to ensure an even more efficient and effective operation driven by FIFA, this model will include an unprecedented mix of global and local expertise, which will be critical to the successful planning and delivery of the tournament. In addition, the event is the first FIFA World Cup where detailed human rights and sustainability requirements have been integrated from the bidding stage and FIFA will work with its partners to implement strong human rights and environmental due diligence programmes.

The tournament is set to leave an indelible mark on and legacy in the three host countries, where communities are set to benefit from the tournament and where it is anticipated that football will become a top participation sport following the 2026 finals.

### BEST POSSIBLE CONDITIONS FOR PARTICIPANTS AND PARTNERS

While the tournament in 2026 will be organised within regional hubs to help mitigate the movements of the 48 participating teams and their fans, it will nevertheless include 104 individual matches, each of which will give players, coaches and referees the chance to showcase their skills to a global audience. To maximise the success of an elite competition and building on the success of the compact FIFA World Cup Qatar 2022, all participants and partners will be provided with the best possible services and protections. In this respect, FIFA aims to ensure top-class conditions on every front, be that the state of the pitch or the in-stadium atmosphere.

In addition, via the FIFA Club Benefits Programme, which promotes international football and compensates all clubs who release players to participate in the FIFA World Cup, there will be an increase from 209 million USD from the FIFA World Cup 2022 to 355 million USD for the 2026 and 2030 tournaments.

### RESET THE FAN AND PARTNER EXPERIENCE BENCHMARK

Building on the positive experiences gained from the FIFA World Cup Qatar 2022, FIFA will look to further enhance the fan experience benchmark for international football tournaments ahead of the FIFA World Cup in 2026, which will offer a completely different set-up and a range of other incredible opportunities. With 16 amazing stadiums already in place, FIFA will be partnering closely with the Host Cities to ensure that fans attending matches and/or Fan Festivals will have the best possible experience. With the expanded tournament, increasing from 64 to 104 matches and from 32 to 48 teams, the commercial programme for the event will also be widened to feature innovative opportunities in the three host countries.




# Organise a brand-new FIFA Club World Cup in 2025 with 32 teams and extend FIFA's club competition offering




**GIVEN FIFA'S STATUTORY OBJECTIVE TO ORGANISE ITS OWN INTERNATIONAL COMPETITIONS, A SIGNIFICANT NEW OPPORTUNITY HAS BEEN CREATED THAT PROVIDES A GLOBAL AND INCLUSIVE FORMAT FOR CLUB FOOTBALL INVOLVING PARTICIPANTS FROM ALL CONTINENTS. THE NEW FIFA CLUB WORLD CUP WILL ENSURE THAT FIFA WILL DELIVER A GLOBAL EVENT FOR CLUB FOOTBALL, HELPING TO MAKE FOOTBALL TRULY GLOBAL. PLANS ARE ALSO BEING FORMULATED FOR AN EQUIVALENT TOURNAMENT FOR WOMEN'S CLUB FOOTBALL.**

### SUCCESSFULLY DELIVER THE NEW FIFA CLUB WORLD CUP USA 2025

A new and expanded FIFA Club World Cup will kick off in 2025. With the first edition hosted in the United States, the tournament will take place every four years and feature the best 32 clubs from around the globe – all competing to be crowned the **best club in the world**. This tournament will set a new benchmark for global club football, by providing a relevant platform for clubs from all continents and giving them the opportunity to compete on the world stage, as per the established path for national teams. The name, trophy and branding of this new competition will be innovative and modern.

### MAINTAIN AN ANNUAL GLOBAL CLUB COMPETITION

Acknowledging the importance of developing club football in all corners of the world, all the winners of the top confederation club competitions will still have an annual tournament. Five of the six confederations will compete, with the winning team then facing the UEFA Champions League winners at a venue to be determined on an annual basis.

### CONSIDER A GLOBAL WOMEN'S CLUB COMPETITION

Following the agreed format for the men's game, a brand-new FIFA Women's Club World Cup concept will be proposed for discussion among all the relevant stakeholders, again ensuring the opportunity to make football truly global and providing opportunities for the top clubs to face each other at continental level and to compete for a global title.

### DEVELOP AND IMPLEMENT A NEW COMMERCIAL MODEL

The creation of new tournaments on a global level also opens additional revenue stream opportunities to potentially attract new commercial partners and forge new business relationships, as well as providing new growth areas such as different distribution platforms and options for more direct fan engagement. All these opportunities provide FIFA with new avenues to further invest in developing football across the world.




# Achieve a minimum of 11 billion USD revenues as part of a more global administration: an incredible new record... with more to come!

**IMPROVING AND PROMOTING FOOTBALL IS A KEY STATUTORY OBJECTIVE FOR FIFA. THEREFORE INVESTING IN THE DEVELOPMENT OF FOOTBALL IN CLOSE COLLABORATION WITH ALL 211 FIFA MEMBER ASSOCIATIONS AND OTHER RELEVANT STAKEHOLDERS NEEDS TO BE MANAGED IN A TRANSPARENT AND EFFICIENT MANNER. WITH NEW AND EXPANDED TOURNAMENTS IN PLACE FOR THE NEXT CYCLE AND ADDITIONAL REVENUE STREAMS ANTICIPATED, SUPPORTED BY A FIT-FOR-PURPOSE MODERN AND EFFICIENT ADMINISTRATION, THE FUTURE IS IN FOOTBALL'S HANDS TO EFFECTIVELY SUPPORT THE NEXT GENERATIONS.**

## BUILD ON STRONG FINANCIAL FOUNDATIONS

Record revenues are anticipated for the next four-year cycle, rising 70.8% from 6.4 billion USD (the initial figure submitted for the 2019-2022 budget) to an expected figure that should surpass 11 billion USD for 2023-2026, even more so as the new FIFA Club World Cup 2025 - which was not included in the budget calculations of 11 billion USD - has been confirmed in the agreed International Match Calendar. In addition, FIFA's reserves remain strong, standing at almost 4 billion USD at the end of the 2019-2022 business cycle, an increase of 44.7% when compared to the previous four years. Such a strong financial position allowed FIFA to put football first during the COVID-19 pandemic thanks to the FIFA COVID-19 Relief Plan, supporting and sustaining our sport and all our 211 FIFA Member Associations in their hour of need.

## IMPLEMENT FIFA FORWARD 3.0

The FIFA Forward Programme, the cornerstone of FIFA's development policy, entered its third cycle at the start of 2023, providing more financial and non-financial assistance than ever before for football development in each of the 211 FIFA Member Associations.

Since its inception in 2016, the programme's first two iterations over seven years saw a total investment of over 2.8 billion USD in a diverse array of projects across the six confederations, zonal/regional associations and 211 FIFA Member Associations. These funds can also be used to support operational costs. Projects are tailored to local needs and conditions within each member association and can include the modernisation or building of national technical centres, the laying of natural-grass or artificial-turf pitches, and the refurbishment of existing facilities. Funds can also be used to organise competitions, especially in women's football, at youth level or to promote the development of disability football.

The third edition, FIFA Forward 3.0, will increase funding again – by almost 30% – and see a further development investment of another 2.25 billion USD during four years until the end of 2026. Compared to the period before 2016, this represents a sevenfold increase of investments in global football development. This investment provides the opportunity to deliver more tailored financial services for member associations to assist them in realising their respective projects and programmes.



## DEVELOP TO SUSTAIN

Every member association is entitled to receive at least 8 million USD of development funding during this four-year period, with further support for FIFA Member Associations with lower turnover, and additional funds for zonal/regional associations and confederations. Projects range from building infrastructure, training centres, pitches and buildings to providing subsidies for national teams, especially for youth and women's football, and enabling more relevant fixtures and regional tournaments among member associations.

One way in which FIFA Forward has positively impacted football is that 85% of the 211 FIFA Member Associations had a women's football strategy in place by 2023. These strategies can create and grow leagues and competitions, motivating young girls to play organised competitions and helping to build a solid and sustainable football future where no such option existed previously. The intention is to further build on these results during the 2023-2027 cycle.




**BENEFIT COMMERCIALLY FROM NEW AND EXPANDED TOURNAMENTS**

FIFA's tournaments have a unique global appeal and this is reflected in the robust commercial strategy that is implemented for these events, including the 48-team FIFA World Cup, the 32-team FIFA Women's World Cup and the new and expanded FIFA Club World Cup in 2025 involving the top 32 clubs from across all six confederations. In addition, more frequent and expanded tournaments at youth level and additional opportunities for the women's game, as well as more member associations hosting our competitions, will unlock other local, regional and international commercial revenue streams to further support the development of our sport worldwide.

**OPTIMISE FIFA'S ADMINISTRATIVE PROCESSES**

Football never sleeps, and this is the world in which FIFA now operates. Beyond the FIFA administration being located in Zurich, Switzerland, the Member Associations Division is mainly based in Paris, France, from where it coordinates a range of regional development offices which are closer to the 211 FIFA Member Associations in terms of geography and time zones. This is similar to the Legal & Compliance Division for which Miami, USA is to be their central hub from early in the 2023-2027 cycle.

In addition, FIFA's new business model for hosting global events will include an on-site and dedicated presence to run our top-tier events, as is the case in Canada, Mexico and the United States for the FIFA World Cup in 2026. All operations are supported by the FIFA administration, ensuring streamlined and optimised workflows across all disciplines, facilitating our collaboration with our FIFA Member Associations and other stakeholders. The FIFA administration also seeks to ensure that the daily operations of FIFA are more environmentally sustainable and socially equitable, whilst implementing a range of initiatives to streamline costs and increase efficiencies among a diverse workforce.

**INVEST IN GOOD GOVERNANCE**

Good governance is key to ensuring that revenues are generated and that funding has the desired effects. With this in mind, FIFA's Member Associations Division provides support to FIFA Member Associations to strengthen their statutory governance framework to guarantee that they are managed efficiently and democratically. One key aspect of the implementation of FIFA Forward 3.0 is transparency and auditing that support the ongoing reform process. To ensure that the solidarity funds reach their intended destination, a number of best-practice criteria have to be met, which include complying with previously agreed objectives, constant monitoring from FIFA and independent audits being done. FIFA Member Associations have to take measures to protect and safeguard children and minors, promote their well-being within football, and guarantee that the principles of anti-discrimination, diversity, accessibility, inclusion and human rights for all are protected and promoted in and through projects that benefit from this funding.

**A MORE LOCAL FOOTPRINT**

FIFA has decentralised many interactions in order to be closer to the 211 FIFA Member Associations, firstly through the transfer of the activities of the Member Associations Division to Paris, France, and secondly via regional development offices across the world which support the operational delivery of FIFA Forward 3.0. This ensures greater efficiency and closer collaboration between all parties thanks to this geographical proximity.

**LEAD BY EXAMPLE, SHARE KNOWLEDGE**

Football administration also needs to evolve to help further accelerate the growth of the game, and FIFA will facilitate this development through dedicated capacity-building programmes and workshops as well as via online platforms that support the daily activities of our 211 FIFA Member Associations and all relevant stakeholders. These initiatives help to further professionalise the game by providing bespoke assistance and education programmes to member associations, as well as to respective leagues, clubs and players, with the objective of bringing the local football community to the next level in order to create a more competitive global football ecosystem. The need to train football professionals off the pitch is as relevant as supporting professional footballers on it.

**LEVERAGE FIFA AND FOOTBALL'S STRONG GLOBAL BRAND AND REPUTATION**

FIFA's brand and reputation are both strong and trusted in the marketplace thanks to its tournaments, but we remain conscious of ever-changing consumer habits.

FIFA is active in the digital space and will seek to consider other opportunities, such as enhancing and augmenting the on-site fan experience during the 2023-2027 cycle. These initiatives, together with FIFA's increasing profile on social and environmental responsibility, will further help to grow FIFA's brand globally, reinforcing the role FIFA plays in developing football, especially in close collaboration with member associations and the countries hosting our events.

**AT FIFA, WE HAVE TAKEN MEASURES SINCE 2016 TO RESTORE THE CREDIBILITY OF WORLD FOOTBALL'S GOVERNING BODY AND ENSURE ITS ACCOUNTABILITY, AND TO EMBARK ON OUR JOURNEY TO MAKE FOOTBALL TRULY GLOBAL. THIS IS OUR STATUTORY DUTY AND WE ACCEPT OUR RESPONSIBILITY, AND IN PARTICULAR, THE 2023-2027 CYCLE WILL CONTINUE ALONG THAT PATH WITH A SPECIFIC FOCUS ON COMPETITIONS AND DEVELOPMENT.**

Beginning with competitions, our top tier events - the three FIFA World Cups - are fixed in the International Match Calendar for the next cycle. The new and expanded 32-team FIFA Club World Cup, which begins in 2025, is positioned to support our aim of having more clubs competing on the global stage. This tournament, together with a new, innovative and modern brand, will further promote club football to a worldwide audience by ensuring the participation of all continents and providing a new avenue for competition at the highest level. It is an exciting development, and one which is sure to enthuse all football fans.

Subsequently, the greatest show on the planet will take place in Canada, Mexico and the United States as the FIFA World Cup 26 takes place in three countries and is set to captivate the world during June and July 2026. Expanded to 48 teams, giving more countries the opportunity to experience the unique stage that the tournament provides, 104 matches will take place in 16 fantastic venues and deliver an experience that is second to none. Not only that, but the FIFA World Cup 26™ will leave a legacy for the three host countries to support the long-term development of our sport, on and off the field.

Building on the unparalleled success of the FIFA Women's World Cup Australia and New Zealand 2023 and our success in delivering the best tournament ever, the next finals - which will be awarded by the FIFA Congress for the first time - will look to ensure the continued, rapid development of women's football. The outcome of the first 32-team tournament in 2023 has set a new benchmark, and it has shown that by giving teams an opportunity on the global stage, they will not disappoint. These are the main results of our expanded format in 2023, an important step in having more national teams competing at the highest level. But there is still work to do in this respect, and the creation of a FIFA Women's Club World Cup is also on our agenda to be discussed during the 2023-2027 cycle, again feeding into the need to have more top clubs from the women's game across the entire globe competing at the highest level.

Indeed, having more interactions for our national teams and their clubs to compete on a regional or zonal level is an important pillar of our strategy during the 2023-2027 cycle because there is an imbalance of competitive opportunities in certain places around the world, and this needs to be tackled through innovations such as the FIFA World Series.

Supporting this will be a more robust international youth football calendar which is a crucial pathway for players to succeed on the international stage for their respective countries. This will be addressed by having annual tournaments at U-17 level from 2025 for both girls and boys, together with expanded formats featuring 24 and 48 teams respectively. In addition, the FIFA U-20 Women's World Cup will be expanded from 16 to 24 teams already from 2024.

I strongly believe that our competitions, given their global appeal, greatly impact our second core objective for the next cycle, namely development.

Our prime goal in that regard is to ensure that the next generations have both the interest and the opportunity to engage with and to participate in football. We need to secure football's long-term future, and through FIFA Forward 3.0, by investing in the FIFA Talent Development Scheme which also features the establishment of FIFA Academies, we are ensuring that every talent, both girls and boys, are provided with a genuine chance to represent their country. Not only that, but FIFA is also focusing on general participation at grassroots and amateur football level to support our FIFA Member Associations in maintaining the popularity of football as a recreational activity.

These initiatives are further enhanced by our FIFA Football for Schools programme which combines participation with education by providing children with a unique opportunity to learn invaluable lessons, targeted life skills and competencies.

FIFA's development goals are not only linked to participation, but also the governance of the game, our own processes as a governing body, delivering fan engagement and recognising football's general role in society as well as having the financial capacity to deliver on our objectives. In this respect, our focus will be on reviewing the FIFA Statutes, an important reflection to ensure that FIFA's legal obligations set the benchmark across all sporting institutions. With the establishment of the FIFA Clearing House, we have taken a crucial first step in ensuring that fair solidarity payments are provided to training clubs on our pathway to full implementation of football transfer system reform.

Without fans, football does not exist, and at FIFA, we are conscious of our need to maintain a close interaction with people who support our sport. Be it through digital engagement on FIFA+, a platform that is democratising football for our 211 FIFA Member Associations by allowing them to reach new global audiences, through eFootball gaming, or through the fan experience at FIFA's top-tier events, FIFA is a dynamic and flexible organisation that is in step with evolving fan and consumer habits everywhere.

These goals require funding, and from a financial perspective, our plans are fully supported by unprecedented investment in our 211 FIFA Member Associations as FIFA will deliver 11 billion USD revenues during the business cycle – a calculation that does not include revenues generated by the new FIFA Club World Cup – a result that will see every member association receive at least 8 million USD of solidarity funding during the term via FIFA Forward 3.0.

From a social responsibility perspective, football's position as the world's most popular sport also means that FIFA remains available to our United Nations agency partners to pass key messages, especially relating to human rights and the environment. As we live in a divided world, the need for partnerships and collective action around key topics has never been greater.

These 11 goals form FIFA's and my tactical plan for the 2023-2027 cycle, as presented at the 73rd FIFA Congress 2023 in Kigali, Rwanda. These are the strategic objectives that will continue to drive FIFA and the global game, support the global football community, and ensure that Football Unites the World.

**Gianni Infantino**
**FIFA President**


FIFA
UEFA
FIFA ARAB CUP™ ORIGINAL TROPHY
FIFA CLUB WORLD CUP™ ORIGINAL TROPHY
FIFA NATIONS CUP™ ORIGINAL TROPHY
FIFA WORLD CUP™ ORIGINAL TROPHY
FIFA U-17 WOMEN'S WORLD CUP™ ORIGINAL TROPHY
FIFA U-20 WOMEN'S WORLD CUP™ ORIGINAL TROPHY
FIFA WOMEN'S WORLD CUP 2027™ WINNER'S TROPHY
FIFA WORLD CUP 26™ WINNER'S TROPHY
FIFA CLUB WORLD CUP™ ORIGINAL TROPHY
FIFA U-20 WORLD CUP™ ORIGINAL TROPHY
FIFA U-17 WORLD CUP™ ORIGINAL TROPHY
FIFA FUTSAL WORLD CUP™ ORIGINAL TROPHY
FIFA BEACH SOCCER WORLD CUP™ ORIGINAL TROPHY
BLUE STARS/FIFA YOUTH CUP™ ORIGINAL TROPHY

FIFA®

# FOOTBALL UNITES THE WORLD

## STRATEGIC OBJECTIVES FOR THE GLOBAL GAME: 2023-2027

**Published by**

Fédération Internationale de Football Association
FIFA-Strasse 20, P.O. Box, 8044 Zurich, Switzerland
T: +41 (0)43 222 7777

**FIFA.com**

Produced in Switzerland.

The reproduction of images and text – even partially – is prohibited unless permission has been obtained from FIFA and a reference is made to the source (Football Unites the World – Strategic Objectives for the Global Game: 2023-2027 © FIFA 2023).

FIFA and the FIFA mark are registered trademarks.

**Picture credits**

© FIFA
© Getty Images

Zurich, Switzerland
16 December 2023


FIFA.com

# EXHIBIT 3

FIFA®



# FIFA STATUTES

## Regulations Governing the Application of the Statutes

## Standing Orders of the Congress

**MAY 2024** EDITION

Fédération Internationale de Football Association
President: Gianni Infantino
Secretary General: Mattias Grafström
Address: FIFA
FIFA-Strasse 20
P.O. Box
8044 Zurich
Switzerland
Telephone: +41 (0)43 222 7777
Website: FIFA.com



# TABLE OF CONTENTS

**Definitions** 8

FIFA STATUTES 10

**I. General provisions** 11

1. Name and headquarters 11
2. Objectives 11
3. Human rights 12
4. Non-discrimination, equality and neutrality 12
5. Promoting friendly relations 12
6. Players 12
7. Laws of the Game 13
8. Conduct of bodies, officials and others 13
9. Official languages 13

**II. Membership** 14

10. Admission, suspension and expulsion 14
11. Admission 14
12. Request and procedure for application 15
13. Member associations’ rights 15
14. Member associations’ obligations 16
15. Member associations’ statutes 17
16. Suspension 18
17. Expulsion 18
18. Resignation 19
19. Independence of member associations and their bodies 19
20. Status of clubs, leagues and other groups of clubs 20

**III. Honorary president, honorary vice-president and honorary member** 21

21. Honorary president, honorary vice-president and honorary member 21

## IV. Confederations 22

22. Confederations 22
23. Confederations' statutes 24

## V. Organisation 25

24. Bodies 25
A. Congress
25. Congress 26
26. Vote, delegates, observers 26
27. Candidates for the office of FIFA President, for the Council and for the chairpersons, deputy chairpersons and members of the Governance, Audit and Compliance Committee and the judicial bodies 27
28. Ordinary Congress agenda 29
29. Adoption of and amendments to the Statutes, the Regulations Governing the Application of the Statutes and the Standing Orders of the Congress 30
30. Elections, other decisions, requisite majority 31
31. Minutes 32
32. Effective dates of decisions 32
B. Council
33. Composition, election of the President, the vice-presidents and the members of the Council 33
34. Powers of the Council 34
C. President
35. President 36
D. General secretariat
36. General secretariat 37
37. Secretary General 37
E. Bureau of the Council
38. Bureau of the Council 38
F. Standing committees and expert panels
39. Standing committees 39
40. Expert panels 41

## VI. Annual member associations conference 42

41. Annual member associations conference 42

## VII. Independent committees 43

42. Institutional independence 43
43. Governance, Audit and Compliance Committee 43
44. Judicial bodies 45
45. Disciplinary Committee 46
46. Ethics Committee 46
47. Appeal Committee 47

## VIII. Football Tribunal 48

48. Football Tribunal 48

## IX. Arbitration 49

49. Court of Arbitration for Sport (CAS) 49
50. Jurisdiction of CAS 49
51. Obligations relating to dispute resolution 50

## X. Submission to decisions of FIFA 51

52. Implementation of decisions 51
53. Sanctions 51

## XI. Finance 52

54. Financial period 52
55. Auditors 52
56. Membership subscriptions 52
57. Settlement 53
58. Levies 53

## XII. Rights in competitions and events 54

59. Rights in competitions and events 54
60. Authorisation to distribute 54

## XIII. Competitions 55

A. FIFA final competitions
61. Competition venues 55
B. International matches and competitions
62. International match calendar 56
63. International matches and competitions 56
64. Contacts 57
65. Authorisation 57

## XIV. Final provisions 58

66. Dissolution 58
67. Transitory provisions 58
68. Enforcement 59

# REGULATIONS GOVERNING THE APPLICATION OF THE STATUTES 60

## I. Application for admission to FIFA 61

1. Application for admission 61
2. Confederations 61

## II. Normalisation committees 62

3. Normalisation committees 62

## III. Match agents and football agents 63

4. Match agents 63
5. Football agents 63

## IV. Eligibility to play for representative teams 64

6. Principles 64
7. Nationality entitling players to represent more than one association 65
8. Acquisition of a new nationality 66
9. Stateless individuals 66
10. Change of association 67

## V. Sporting integrity 70

11. Principle of promotion and relegation 70

## VI. Laws of the Game 71

12. Amendments to the Laws of the Game 71

## VII. Referees and assistant referees 72

13. Nomination 72
14. Report 72
15. Reimbursement 73

## VIII. Final provisions 74

16. Objectives 74
17. Enforcement 74

# STANDING ORDERS OF THE CONGRESS 75

1. Participation in the Congress 76
2. Chair 76
3. Scrutineers 77
4. Interpreters 77
5. Debates 77
6. Speakers 77
7. Proposals 78
8. Procedural motions and closing of debates 78
9. Votes 78
10. Elections 79
11. Calculation of majorities 80
12. Enforcement 80

# DEFINITIONS

The terms given below denote the following:

1. **FIFA:** Fédération Internationale de Football Association.
2. **Association:** a football association recognised as such by FIFA. It is a member of FIFA, unless a different meaning is evident from the context.
3. **League:** an organisation that is subordinate to an association.
4. **British associations:** the four associations in the United Kingdom – The Football Association, The Scottish Football Association, The Football Association of Wales and The Irish Football Association (Northern Ireland).
5. **The IFAB:** The International Football Association Board (IFAB).
6. **Country:** a state recognised as independent by a majority of members of the United Nations.
7. **Confederation:** a group of associations recognised by FIFA that belong to the same continent (or assimilable geographic region).
8. **Congress:** the supreme and legislative body of FIFA.
9. **Council:** the strategic and oversight body of FIFA.
10. **Bureau of the Council:** the bureau of the Council as defined in article 38 of these Statutes.
11. **Laws of the Game:** the laws of association football issued by The IFAB in accordance with article 7 of these Statutes.
12. **Member association:** an association that has been admitted into membership of FIFA by the Congress.
13. **Official:** any board member (including the members of the Council), committee member, referee and assistant referee, coach, trainer and any other person responsible for technical, medical and administrative matters in FIFA, a confederation, a member association, a league or a club as well as all other persons obliged to comply with the FIFA Statutes (except players, football agents and match agents).
14. **Club:** a member of an association (that is a member association of FIFA) or a member of a league recognised by a member association that enters at least one team in a competition.
15. **Player:** any football player licensed by an association.
16. **Association football:** the game controlled by FIFA and organised by FIFA, the confederations and/or the member associations in accordance with the Laws of the Game.
17. **Official competition:** a competition for representative teams organised by FIFA or any confederation.
18. **Stakeholder:** a person, entity or organisation which is not a member association and/or body of FIFA but has an interest or concern in FIFA's activities, which may affect or be affected by FIFA's actions, objectives and policies, in particular clubs, players, coaches, professional leagues and football fans.

**NB:** Terms referring to natural persons are applicable to both genders. Any term in the singular applies to the plural and vice versa.

FIFA STATUTES

# I. GENERAL PROVISIONS



## 1. Name and headquarters

1. The Fédération Internationale de Football Association (FIFA) is an association in accordance with article 60 ff. of the Swiss Civil Code.

2. FIFA's headquarters and legal domicile shall be determined by a decision passed by the Congress.

## 2. Objectives

The objectives of FIFA are:

(a) to improve the game of football constantly and promote it globally in the light of its unifying, educational, cultural and humanitarian values, particularly through youth and development programmes;

(b) to organise its own international competitions;

(c) to draw up regulations and provisions governing the game of football and related matters and to ensure their enforcement;

(d) to control every type of association football by taking appropriate steps to prevent infringements of the Statutes, regulations or decisions of FIFA or of the Laws of the Game;

(e) to use its efforts to ensure that the game of football is available to and resourced for all who wish to participate, regardless of gender or age;

(f) to promote the development of women's football and the full participation of women at all levels of football governance;

(g) to promote integrity, ethics and fair play with a view to preventing all methods or practices, such as corruption, doping or match manipulation, which might jeopardise the integrity of matches, competitions, players, officials and member associations or give rise to abuse of association football; and

(h) to regulate, develop and promote all other forms of football, such as futsal, beach soccer and football esport competitions.

## 3. Human rights

FIFA is committed to respecting all internationally recognised human rights and shall strive to promote the protection of these rights.

## 4. Non-discrimination, equality and neutrality

1. Discrimination of any kind against a country, private person or group of people on account of race, skin colour, ethnic, national or social origin, gender, disability, language, religion, political opinion or any other opinion, wealth, birth or any other status, sexual orientation or any other reason is strictly prohibited and punishable by suspension or expulsion.

2. FIFA remains neutral in matters of politics and religion. Exceptions may be made with regard to matters affected by FIFA's statutory objectives.

## 5. Promoting friendly relations

1. FIFA shall promote friendly relations:
   (a) between and among member associations, confederations, clubs, officials and players; and
   (b) in society for humanitarian objectives.

2. FIFA shall provide the necessary institutional means to resolve any dispute that may arise between or among member associations, confederations, clubs, officials and players.

## 6. Players

The Council shall regulate the status of players and the provisions for their transfer, as well as questions relating to these matters, in particular the encouragement of player training by clubs and the protection of representative teams in the form of special regulations from time to time.

## 7. Laws of the Game

1. Each member association shall play association football in compliance with the Laws of the Game issued by The IFAB. Only The IFAB may lay down and alter the Laws of the Game.

2. The members of The IFAB are FIFA and the four British associations.

3. The organisation, duties and responsibilities of The IFAB are governed by the statutes of The IFAB.

4. Each member association shall play futsal in accordance with the Futsal Laws of the Game, as issued by the Council.

5. Each member association shall play beach soccer in accordance with the Beach Soccer Laws of the Game, as issued by the Council.

## 8. Conduct of bodies, officials and others

1. All bodies and officials must observe the Statutes, regulations, decisions and Code of Ethics of FIFA in their activities.

2. Executive bodies of member associations may under exceptional circumstances be removed from office by the Council in consultation with the relevant confederation and replaced by a normalisation committee for a specific period of time, as established in article 3 of the Regulations Governing the Application of the Statutes.

3. Every person and organisation involved in the game of football is obliged to observe the Statutes and regulations of FIFA as well as the principles of fair play.

## 9. Official languages

1. Arabic, English, French, German, Portuguese, Russian and Spanish are the official languages of FIFA. Minutes, official correspondence, regulations, decisions and announcements are published in English, French and Spanish and, when deemed necessary, in Arabic, German, Russian and/or Portuguese. If there is any divergence in the wording, the English text shall be authoritative. Member associations are responsible for translations into the language(s) of their country.

2. At the Congress, qualified interpreters shall translate into the official FIFA languages. Delegates may speak in their mother tongue if they ensure interpretation into one of the official FIFA languages by a qualified interpreter.

# II. MEMBERSHIP

## 10. Admission, suspension and expulsion

The Congress shall decide whether to admit, suspend or expel a member association solely upon the recommendation of the Council.

## 11. Admission

1. Any association which is responsible for organising and supervising football in all of its forms in its country may become a member association. Consequently, it is recommended that all member associations involve all relevant stakeholders in football in their own structure. Subject to paragraph 5 below, only one association shall be recognised as a member association in each country.

2. Membership is only permitted if an association is currently a member of a confederation. The Council may issue regulations with regard to the admission process.

3. Any association wishing to become a member association shall apply in writing to the FIFA general secretariat.

4. The association's legally valid statutes shall be enclosed with the application for membership and shall contain the following mandatory provisions:
   (a) always to comply with the Statutes, regulations and decisions of FIFA and of the relevant confederation;
   (b) to comply with the Laws of the Game in force;
   (c) to recognise the Court of Arbitration for Sport (CAS), as specified in these Statutes.

5. Each of the four British associations shall be recognised as a separate member association of FIFA.

6. This article shall not affect the status of existing member associations.



## 12. Request and procedure for application

1. The Council shall request the Congress either to admit or not to admit an association. The association may state the reasons for its application to the Congress.

2. The new member association shall acquire membership rights and duties as soon as it has been admitted. Its delegates are eligible to vote and be elected with immediate effect.

## 13. Member associations' rights

1. Member associations have the following rights:
   (a) to take part in the Congress;
   (b) to draw up proposals for inclusion in the agenda of the Congress;
   (c) to nominate candidates for the FIFA presidency and the Council;
   (d) to participate in and cast their votes at all FIFA elections in accordance with the FIFA Governance Regulations;
   (e) to take part in competitions organised by FIFA;
   (f) to take part in FIFA's assistance and development programmes; and
   (g) to exercise all other rights arising from these Statutes and other regulations.

2. The exercise of these rights is subject to other provisions in these Statutes and the applicable regulations.

## 14. Member associations' obligations

**1.** Member associations have the following obligations:

(a) to comply fully with the Statutes, regulations, directives and decisions of FIFA bodies at any time as well as the decisions of the Court of Arbitration for Sport (CAS) passed on appeal on the basis of article 49 paragraph 1 of the FIFA Statutes;

(b) to take part in competitions organised by FIFA;

(c) to pay their membership subscriptions;

(d) to cause their own members to comply with the Statutes, regulations, directives and decisions of FIFA bodies;

(e) to convene its supreme and legislative body at regular intervals, at least every two years;

(f) to ratify statutes that are in accordance with the requirements laid down in these Statutes;

(g) to create a referees' committee that is directly subordinate to the member association;

(h) to respect the Laws of the Game;

(i) to manage their affairs independently and ensure that their own affairs are not influenced by any third parties in accordance with article 19 of these Statutes;

(j) to prevent and fight against any kind of discrimination;

(k) to promote the development of women's football and the full participation of women at all levels; and

(l) to comply fully with all other duties arising from these Statutes and other regulations.

**2.** Violation of the above-mentioned obligations by any member association may lead to sanctions provided for in these Statutes.

**3.** Violations of paragraph 1 (i) may also lead to sanctions, even if the third-party influence was not the fault of the member association concerned. Each member association is responsible towards FIFA for any and all acts of the members of their bodies caused by the gross negligence or wilful misconduct of such members.

## 15. Member associations' statutes

Member associations' statutes must comply with the principles of good governance, and shall in particular contain, at a minimum, provisions relating to the following matters:

(a) to be neutral in matters of politics and religion;

(b) to prohibit all forms of discrimination;

(c) to be independent and avoid any form of political interference;

(d) to ensure that judicial bodies are independent (separation of powers);

(e) all relevant stakeholders must agree to respect the Laws of the Game, the principles of loyalty, integrity, sportsmanship and fair play as well as the Statutes, regulations and decisions of FIFA and of the respective confederation;

(f) all relevant stakeholders must agree to recognise the jurisdiction and authority of CAS and give priority to arbitration as a means of dispute resolution;

(g) that the member association has the primary responsibility to regulate matters relating to refereeing, the fight against doping, the registration of players, club licensing, the imposition of disciplinary measures, including for ethical misconduct, and measures required to protect the integrity of competitions;

(h) definition of the competences of the decision-making bodies;

(i) to avoid conflicts of interests in decision-making;

(j) legislative bodies must be constituted in accordance with the principles of representative democracy and taking into account the importance of gender equality in football; and

(k) yearly independent audits of accounts.

## 16. Suspension

1. The Congress may suspend a member association solely at the request of the Council. Notwithstanding the foregoing, the Council may, without a vote of the Congress, temporarily suspend with immediate effect a member association that seriously violates its obligations. A suspension approved by the Council shall be in effect until the next Congress, unless the Council has revoked such suspension prior to such Congress.

2. A suspension of a member association by the Congress requires a three-quarter majority of the member associations present and eligible to vote. A suspension of a member association by the Congress or the Council shall be confirmed at the next Congress by a three-quarter majority of the member associations present and eligible to vote. If it is not confirmed, such suspension shall be automatically lifted.

3. A suspended member association may not exercise any of its membership rights. Other member associations may not entertain sporting contact with a suspended member association. The Disciplinary Committee may impose further sanctions.

4. Member associations which do not participate in at least two of all FIFA competitions over a period of four consecutive years shall be suspended from voting at the Congress until they have fulfilled their obligations in this respect.

## 17. Expulsion

1. The Congress may expel a member association only at the request of the Council if:
   (a) it fails to fulfil its financial obligations towards FIFA; or
   (b) it seriously violates the Statutes, regulations or decisions of FIFA; or
   (c) it loses the status of an association representing association football in its country.

2. The presence of an absolute majority (more than 50%) of the member associations eligible to vote at the Congress is necessary for an expulsion of a member association to be valid, and the motion for expulsion must be adopted by a three-quarter majority of the valid votes cast.

## 18. Resignation

1. A member association may resign from FIFA with effect from the end of a calendar year. Notice of resignation must reach the general secretariat no later than six months before the end of the calendar year and be sent to the general secretariat by registered letter.

2. The resignation is not valid until the member association wishing to resign has fulfilled its financial obligations towards FIFA and its other member associations.

## 19. Independence of member associations and their bodies

1. Each member association shall manage its affairs independently and without undue influence from third parties.

2. A member association's bodies shall be either elected or appointed in that association. A member association's statutes shall provide for a democratic procedure that guarantees the complete independence of the election or appointment.

3. Any member association's bodies that have not been elected or appointed in compliance with the provisions of paragraph 2, even on an interim basis, shall not be recognised by FIFA.

4. Decisions passed by bodies that have not been elected or appointed in compliance with paragraph 2 shall not be recognised by FIFA.

### 20. Status of clubs, leagues and other groups of clubs

1. Clubs, leagues or any other groups affiliated to a member association shall be subordinate to and recognised by that member association. The member association's statutes shall define the scope of authority and the rights and duties of these groups. The statutes and regulations of these groups shall be approved by the member association.

2. Every member association shall ensure that its affiliated clubs can take all decisions on any matters regarding membership independently of any external body. This obligation applies regardless of an affiliated club's corporate structure. In any case, the member association shall ensure that neither a natural nor a legal person (including holding companies and subsidiaries) exercises control in any manner whatsoever (in particular through a majority shareholding, a majority of voting rights, a majority of seats on the board of directors or any other form of economic dependence or control, etc.) over more than one club whenever the integrity of any match or competition could be jeopardised.



# III. HONORARY PRESIDENT, HONORARY VICE-PRESIDENT AND HONORARY MEMBER

### 21. Honorary president, honorary vice-president and honorary member

1. The Congress may bestow the title of honorary president, honorary vice-president or honorary member upon any former member of the Council for meritorious service to football.

2. The Council shall propose these nominations.

3. The honorary president, honorary vice-president or honorary member may take part in the Congress. They may join in the debates but may not vote.

# IV. CONFEDERATIONS

## 22. Confederations

**1.** Member associations that belong to the same continent have formed the following confederations, which are recognised by FIFA:

(a) Confederación Sudamericana de Fútbol – CONMEBOL

(b) Asian Football Confederation – AFC

(c) Union des associations européennes de football – UEFA

(d) Confédération Africaine de Football – CAF

(e) Confederation of North, Central America and Caribbean Association Football – Concacaf

(f) Oceania Football Confederation – OFC

Recognition of each confederation by FIFA entails full mutual respect of each other's authority within their respective institutional areas of competence as set forth in these Statutes.

**2.** FIFA may, in exceptional circumstances, authorise a confederation to grant membership to an association that belongs geographically to another continent and is not affiliated to the confederation on that continent. The opinion of the confederation concerned geographically shall be obtained.

**3.** Each confederation shall have the following rights and obligations:

(a) to comply with and enforce compliance with the Statutes, regulations and decisions of FIFA;

(b) to work closely with FIFA in every domain so as to achieve the objectives stipulated in article 2 and to organise international competitions;

(c) to propose candidates for the chairperson, deputy chairperson and members of the standing committees;

(d) to organise its own interclub competitions, in compliance with the international match calendar;

(e) to organise all of its own international competitions in compliance with the international match calendar;

(f) to ensure that international leagues or any other such groups of clubs or leagues shall not be formed without its consent and the approval of FIFA;

(g) upon the recommendation of FIFA, to grant associations applying for membership the status of a provisional member. This status shall grant associations the right to take part in the confederation's competitions and conferences. Any other rights and obligations of the provisional member shall be regulated by the confederation's statutes and regulations. Provisional members may not take part in FIFA final competitions;

(h) to nurture relations and cooperation with FIFA actively and constructively for the good of the game through consultative meetings and to discuss and resolve any problems relating to the interests of the confederations and FIFA;

(i) to ensure that the representatives appointed to FIFA bodies or elected to the Council carry out their activities on these bodies with mutual respect, solidarity, recognition and fair play, and in accordance with these Statutes and any related regulations issued by FIFA;

(j) to set up committees that work closely together with the corresponding committees at FIFA;

(k) exceptionally to allow, with FIFA's consent, an association from another confederation (or clubs belonging to that association) to participate in a competition that it is organising;

(l) with the mutual cooperation of FIFA, to take any action considered necessary to develop the game of football on the continent concerned, such as arranging development programmes, courses, conferences, etc.;

(m) to set up the bodies necessary to fulfil the duties incumbent upon it; and

(n) to procure the funds necessary to fulfil its duties.

**4.** The Council may delegate other duties or powers to one or more (or all) confederations by agreement with such confederations or confederation.

**5.** The confederations' statutes and regulations, as revised from time to time, shall be notified to FIFA.

## 23. Confederations' statutes

The confederations' statutes must comply with the principles of good governance, and shall in particular contain, at a minimum, provisions relating to the following matters:

(a) to be neutral in matters of politics and religion;

(b) to prohibit all forms of discrimination;

(c) to be independent and avoid any form of political interference;

(d) to ensure that judicial bodies are independent (separation of powers);

(e) all relevant stakeholders must agree to respect the Laws of the Game, the principles of loyalty, integrity, sportsmanship and fair play as well as the Statutes, regulations and decisions of FIFA and of the respective confederation;

(f) all relevant stakeholders must agree to recognise the jurisdiction and authority of CAS and give priority to arbitration as a means of dispute resolution;

(g) regulation of matters relating to refereeing, the fight against doping, club licensing, the imposition of disciplinary measures, including for ethical misconduct, and measures required to protect the integrity of competitions;

(h) definition of the competences of the decision-making bodies;

(i) to avoid conflicts of interests in decision-making;

(j) legislative bodies must be constituted in accordance with the principles of representative democracy and taking into account the importance of gender equality in football; and

(k) yearly independent audits of accounts.

# V. ORGANISATION

## 24. Bodies

1. The Congress is the supreme and legislative body.
2. The Council is the strategic and oversight body.
3. The general secretariat is the executive, operational and administrative body.
4. Standing and ad hoc committees shall advise and assist the Council and the general secretariat in fulfilling their duties. Their composition, function and duties are defined in the FIFA Governance Regulations.
5. The independent committees fulfil their functions in accordance with these Statutes and the applicable FIFA regulations.
6. The Football Tribunal fulfils its function in accordance with these Statutes and the applicable FIFA regulations.
7. The independent auditors perform all audits of FIFA's accounts and financial statements as required by Swiss law.

## A. CONGRESS

### 25. Congress

1. A Congress may be an Ordinary or an Extraordinary Congress. A Congress may be held in person, by teleconference, by videoconference or by another means of communication.
2. The Ordinary Congress shall be held every year. The Council shall fix the place and date. The member associations shall be notified in writing at least four months in advance of the place and date of such Ordinary Congress. The formal convocation shall be made in writing at least one month before the date of the Congress. This convocation shall contain the agenda, the President's report, the financial statements, including the consolidated financial statements, and the auditors' report.
3. The Council may convene an Extraordinary Congress at any time.
4. The Council shall convene an Extraordinary Congress if one-fifth of the member associations make such a request in writing. The request shall specify the items for the agenda. An Extraordinary Congress shall be held within three months of receipt of the request.
5. The member associations shall be notified of the place, date and agenda at least two months before the date of an Extraordinary Congress. The agenda of an Extraordinary Congress may not be altered.

### 26. Vote, delegates, observers

1. Each member association has one vote in the Congress and is represented by a maximum of three delegates. It is recommended that at least one of the delegates be a woman. Only the member associations present are entitled to vote. Attendance by teleconference, by videoconference or by another means of communication shall constitute presence. Voting by proxy or by letter is not permitted at a Congress held in person. When a Congress is held by teleconference, by videoconference or by another means of communication, voting by correspondence and/or online is permitted.
2. Delegates must belong to the member association that they represent and be appointed by the appropriate body of that member association.
3. Confederation delegates may take part in the Congress as observers without a right to vote.
4. During their term of office, members of the Council may not be appointed as delegates for their association.
5. The President shall conduct the Congress business in compliance with the Standing Orders of the Congress.

### 27. Candidates for the office of FIFA President, for the Council and for the chairpersons, deputy chairpersons and members of the Governance, Audit and Compliance Committee and the judicial bodies

1. Only the member associations may propose candidatures for the office of FIFA President. A candidature for the office of FIFA President shall only be valid if supported by a total of at least five member associations. Member associations must notify the FIFA general secretariat, in writing, of a candidature for the FIFA presidency at least four months before the start of the Congress, together with the declarations of support of at least five member associations. A candidate for the office of FIFA President shall have played an active role in association football (e.g. as a player or an official within FIFA, a confederation or an association, etc.) for two of the last five years before being proposed as a candidate and must pass an eligibility check carried out by the Review Committee in accordance with the FIFA Governance Regulations.
2. The general secretariat shall notify the member associations of the names of proposed candidates for the office of FIFA President at least one month before the date of the Congress.

**3.** Subject to paragraph 4 below, only member associations may propose candidatures for the Council. The relevant confederation shall be in receipt of the candidatures for the Council proposed by the member associations at least three months before the start of the respective confederation congress on the occasion of which the said election shall take place. The confederations shall notify the FIFA general secretariat, in writing, of all candidatures submitted to them within five days of the expiration of the three-month deadline. The confederations shall furthermore provide FIFA with the evidence of timely submission of the candidatures. Each member association is entitled to submit only one proposal for a member of the Council. If a member association presents proposals for more than one candidate, all of its presented proposals shall be deemed invalid. A member association may only propose candidates affiliated to its confederation.

**4.** The elections by the member associations of the female candidates for the Council (at least one per confederation) are set out in article 33 paragraph 5 of these Statutes.

**5.** Council members shall be elected by the member associations on the occasion of their confederation congresses in accordance with the FIFA Governance Regulations. Candidates for the Council must pass an eligibility check carried out by the Review Committee in accordance with the FIFA Governance Regulations. The election of Council members shall be monitored by FIFA.

**6.** The conditions to be observed during a candidature for the office of President and for positions on the Council are stipulated in the FIFA Governance Regulations.

**7.** The Council shall submit proposals for the positions of chairperson, deputy chairperson and members of each of the Governance, Audit and Compliance Committee and the judicial bodies to the Congress. The Council shall determine the number of seats to be assigned to each confederation in the relevant committee. Proposals shall be submitted, in writing, to the general secretariat at least four months before the start of the Congress. The procedure shall be laid down in the FIFA Governance Regulations.

**8.** Candidates for the positions of chairperson, deputy chairperson and members of the judicial bodies must pass an eligibility check carried out by the Review Committee in accordance with the FIFA Governance Regulations.

**9.** Candidates for the positions of chairperson, deputy chairperson and members of the Governance, Audit and Compliance Committee must pass an eligibility check carried out by the investigatory chamber of the Ethics Committee in accordance with the FIFA Governance Regulations.

## 28. Ordinary Congress agenda

**1.** The Secretary General shall draw up the agenda based on proposals from the Council and the member associations. Any proposal that a member association wishes to submit to the Congress shall be sent to the general secretariat in writing, with a brief explanation, at least two months before the date of the Congress.

**2.** The Congress agenda shall include the following mandatory items, as necessary:

(a) a declaration that the Congress has been convened and composed in compliance with the Statutes;

(b) approval of the agenda;

(c) an address by the President;

(d) appointment of five member associations to check the minutes;

(e) appointment of scrutineers;

(f) suspension or expulsion of a member association (if applicable);

(g) approval of the minutes of the preceding Congress;

(h) activity report (containing the activities since the last Congress);

(i) report from the Governance, Audit and Compliance Committee;

(j) presentation of the annual audited financial statements, including the consolidated financial statements and the annual report as well as the auditors' reports;

(k) approval of the annual audited financial statements, including the consolidated financial statements and the annual report;

(l) approval of the budget;

(m) admission for membership (if applicable);

(n) votes on proposals for adopting and amending the Statutes, the Regulations Governing the Application of the Statutes and the Standing Orders of the Congress (if applicable);

(o) discussion of proposals duly submitted by the member associations and the Council within the period stipulated under paragraph 1 (if applicable);

(p) appointment of auditors (if applicable);

(q) election or dismissal of the President in accordance with these Statutes (if applicable);

(r) election or dismissal of the chairpersons, deputy chairpersons and members of the following committees (if applicable) on proposal of the Council:

- Disciplinary Committee;
- Ethics Committee;
- Appeal Committee;
- Governance, Audit and Compliance Committee;

(s) vote on the designation of the host country/countries of the FIFA World Cup™ and FIFA Women's World Cup™ final competitions (if applicable).

3. The agenda of an Ordinary Congress may be altered, provided three quarters of the member associations present at the Congress and eligible to vote agree to such a motion.

## 29. Adoption of and amendments to the Statutes, the Regulations Governing the Application of the Statutes and the Standing Orders of the Congress

1. The Congress is responsible for adopting and amending the Statutes, the Regulations Governing the Application of the Statutes and the Standing Orders of the Congress.

2. Any proposals for an amendment to the Statutes must be submitted in writing with a brief explanation to the general secretariat by a member association or by the Council. A proposal submitted by a member association shall be valid, provided it has been supported in writing by at least two other member associations.

3. For a vote on an amendment to the Statutes to be valid, an absolute majority (more than 50%) of the member associations eligible to vote must be present.

4. A proposal to adopt or amend the Statutes shall be adopted if approved by three quarters of the member associations present and eligible to vote.

5. Any proposal to adopt or amend the Regulations Governing the Application of the Statutes and the Standing Orders of the Congress must be submitted in writing with a brief explanation to the general secretariat by a member association or by the Council.

6. For any proposal to adopt or amend the Regulations Governing the Application of the Statutes and the Standing Orders of the Congress to be adopted, a simple majority (more than 50%) of the valid votes cast is required.

## 30. Elections, other decisions, requisite majority

1. Elections shall be conducted by secret ballot.

2. Any other decision that requires a vote shall be reached by a show of hands or by means of an electronic count. If a show of hands does not result in a clear majority in favour of a motion, the vote shall be taken by calling the roll, member associations being called in English alphabetical order.

3. For the election of the President, where there is only one candidate, the Congress may decide to elect the President by acclamation. Otherwise, if there are two or fewer candidates, a simple majority (more than 50%) of the valid votes cast is necessary. If there are more than two candidates for the election of the President, two thirds of the votes of the member associations present and eligible to vote are necessary in the first ballot. As from the second ballot, whoever obtains the lowest number of votes is eliminated until only two candidates are left.

4. Council members shall be elected by the member associations in accordance with article 27 paragraph 5 of these Statutes.

5. Each confederation president shall be a vice-president ex officio of the Council.

6. Each vice-president and each member of the Council shall be required to fulfil the eligibility check conducted by the Review Committee in accordance with the FIFA Governance Regulations.

7. For the election of the chairperson, deputy chairperson and members of each of the judicial bodies and of the Governance, Audit and Compliance Committee, the candidate(s) who receive(s) the most votes in respect of the free seat(s) shall be elected.

8. The election of the chairperson, deputy chairperson and members of each of the judicial bodies and of the Governance, Audit and Compliance Committee by the Congress may be conducted en bloc. At the request of at least ten member associations, however, a separate vote for a specific candidate shall take place.

9. Unless otherwise stipulated in the Statutes, a simple majority (more than 50%) of the valid votes cast is sufficient for elections, votes and other decisions to be valid.

10. Further details are stipulated in the Standing Orders of the Congress.

## 31. Minutes

1. The Secretary General shall be responsible for recording the minutes at the Congress.

2. The minutes of the Congress shall be checked by those member associations designated.

## 32. Effective dates of decisions

Decisions passed by the Congress shall come into effect for the member associations 60 days after the close of the Congress, unless the Congress fixes another date for a decision to take effect.

# B. COUNCIL

## 33. Composition, election of the President, the vice-presidents and the members of the Council

1. The Council shall consist of 37 members:
   - 1 President, elected by the Congress,
   - 8 vice-presidents,
   - and 28 other members.

   Upon being elected to office, every member of the Council undertakes, and accepts responsibility, to faithfully, loyally and independently act in the best interests of FIFA and the promotion and development of football at global level.

2. The President shall be elected by the Congress for a period of four years in the year following a FIFA World Cup™. The term of office shall begin after the end of the Congress at which the President was elected. No person may serve as President for more than three terms of office (whether consecutive or not). Previous terms served as a vice-president or as a member of the Council shall not be considered in determining the term limits of a President.

3. The members of the Council shall be elected by the member associations on the occasion of the respective confederation congresses for a term of four years. Their terms of office shall begin after the end of the congress at which they were elected. A member of the Council may serve for no more than three terms of office (whether consecutive or not).

4. The confederations are allocated the following places on the Council:

| | | | |
|---|---|---|---|
| (a) | CONMEBOL | vice-president (1) | members (4) |
| (b) | AFC | vice-president (1) | members (6) |
| (c) | UEFA | vice-presidents (3) | members (6) |
| (d) | CAF | vice-president (1) | members (6) |
| (e) | Concacaf | vice-president (1) | members (4) |
| (f) | OFC | vice-president (1) | members (2) |

5. The members of each confederation must ensure that they elect at least one female member to the Council. In the event that no female candidate is elected by the members of a confederation for the Council, the seat reserved for a female member of such confederation will be deemed forfeited by all members of such confederation and shall remain vacant until the next election of members of the Council.

6. No more than one representative from the same member association may serve on the Council simultaneously.

7. If the President is permanently or temporarily prevented from performing their official function, the longest-serving vice-president shall assume the powers and responsibilities of the President until the next Congress. This Congress shall elect a new President, if necessary. If the longest-serving vice-president is prevented from assuming the powers and responsibilities of the President, the next longest-serving vice-president shall assume the powers and responsibilities of the President.

8. Any vice-president or other member of the Council who is permanently or temporarily prevented from performing their official function shall be replaced by the members of the relevant confederation which elected such vice-president or member for the remaining period of office.

9. The President may invite stakeholder representatives as observers to the Council for agenda items of specific relevance to them. The stakeholder representatives shall be given the right to speak on the specific agenda item, but not the right to vote.

## 34. Powers of the Council

1. The Council defines FIFA's mission, strategic direction, policies and values, in particular with regard to the organisation and development of football at worldwide level and all related matters.

2. As regards business- or finance-related matters, the Council shall, inter alia:
   - define the standards, policies and procedures applicable to the awarding of commercial contracts by FIFA;
   - define the standards, policies and procedures applicable to football development grants;
   - define the standards, policies and procedures regarding the operational costs of FIFA; and
   - define the standards, policies and procedures regarding all other business- or finance-related matters of FIFA.

   The Council delegates the execution and management of business- or finance-related matters to the general secretariat, which operates under the authority and supervision of the President and the Council and is accountable to them.

3. The Council oversees the overall management of FIFA by the general secretariat.

4. The Council approves the budget and the annual audited financial statements, including the consolidated financial statements, prepared by the Finance Committee and the annual report to be submitted to the Congress for approval.

5. The Council appoints the chairpersons, deputy chairpersons and members of the standing committees and of the chambers of the Football Tribunal.

6. The Council shall propose to the Congress for election the chairpersons, deputy chairpersons and members of the Disciplinary Committee, the Ethics Committee, the Appeal Committee and the Governance, Audit and Compliance Committee.

7. The Council may decide to set up ad hoc committees if necessary at any time.

8. The Council shall appoint the three representatives of FIFA who shall attend the general assembly of The IFAB in addition to the FIFA President. Furthermore, the Council is entitled to decide on how the representatives of FIFA shall vote in The IFAB.

9. The Council shall appoint the Secretary General on the proposal of the President. The Secretary General may be dismissed by the Council acting alone.

10. The Council shall decide the place and dates of the final competitions of FIFA tournaments and the number of teams taking part from each confederation. This shall not apply to decisions on the host country/countries of the FIFA World Cup™ and FIFA Women's World Cup™ final competitions, which shall be voted on by the Congress.

11. The Council shall issue regulations generally and, in particular, the FIFA Governance Regulations.

12. The Council shall deal with all matters relating to FIFA that do not fall within the sphere of responsibility of another body, in accordance with these Statutes.

13. The powers and responsibilities of the Council may be specified in greater detail in the FIFA Governance Regulations.

## C. PRESIDENT

### 35. President

1. The President represents FIFA.
2. The President shall aim to foster a positive image of FIFA and to ensure that FIFA's mission, strategic direction, policies and values, as defined by the Council, are protected and implemented, in particular by the general secretariat.
3. The President shall seek to maintain and develop good relations between and among FIFA, the confederations, member associations, political bodies and international organisations.
4. The President chairs the Congress and meetings of the Council. The President shall have no right to vote at the Congress and shall have one ordinary vote on the Council.
5. The powers and responsibilities of the President may be defined in greater detail in the FIFA Governance Regulations.



## D. GENERAL SECRETARIAT

### 36. General secretariat

1. The general secretariat shall perform its tasks under the direction of the Secretary General, in particular, as regards:
   - organisation of competitions and all related matters, in accordance with the decisions and directions of the Council;
   - the negotiation, execution and performance of all commercial contracts, in accordance with the standards, policies and procedures established by the Council;
   - administrative support for the standing committees of FIFA, in particular with regard to the awarding of football development grants;
   - management of the operations and day-to-day business of FIFA, in accordance with the parameters established by the Council and within the budget established by the Finance Committee; and
   - all other administrative matters necessary for the efficient operation and organisation of FIFA, as required and authorised by the Council.
2. The general secretariat is supervised by, and is accountable to, the President and the Council with regard to the discharge of its functions.
3. The powers and responsibilities of the general secretariat may be defined in greater detail in the FIFA Governance Regulations.

### 37. Secretary General

1. The Secretary General is responsible for the organisation, management and direction of the general secretariat.
2. The Secretary General is appointed and may be dismissed by the Council, in accordance with article 34 paragraph 9 of these Statutes. The Secretary General shall report to the President and the Council.
3. The Secretary General shall be required to fulfil an eligibility check performed by the Review Committee.
4. The powers and responsibilities of the Secretary General may be defined in greater detail in the FIFA Governance Regulations.

## E. BUREAU OF THE COUNCIL

### 38. Bureau of the Council

1. The Bureau of the Council shall deal with all matters within the competence of the Council requiring immediate decision between two meetings of the Council. The Bureau of the Council shall consist of a maximum of seven members. The FIFA President and the six confederation presidents are ex officio members of the Bureau of the Council.

2. The President shall convene meetings of the Bureau of the Council. If a meeting cannot be convened within an appropriate period of time, decisions may be passed through other means of communication. Such decisions shall have immediate legal effect. The President shall notify the Council immediately of the decisions passed by the Bureau of the Council.

3. All decisions taken by the Bureau of the Council shall be ratified by the Council at its next meeting.

4. If the President is unable to attend a meeting, the longest-serving vice-president of the Council available to attend such meeting shall deputise for the President and act as the presiding official of such meeting.

5. The President is entitled to designate a deputy for any member who is unable to attend or has a conflict of interest. The deputy shall belong to the Council and the same confederation as the member who is unable to attend or has a conflict of interest.

## F. STANDING COMMITTEES AND EXPERT PANELS

### 39. Standing committees

1. The standing committees are:
   (1) the Finance Committee
   (2) the Development Committee
   (3) the Men's National Team Competitions Committee
   (4) the Women's National Team Competitions Committee
   (5) the Men's Club Competitions Committee
   (6) the Women's Club Competitions Committee
   (7) the Olympic Football Committee
   (8) the Youth Boys' Competitions Committee
   (9) the Youth Girls' Competitions Committee
   (10) the Futsal Committee
   (11) the Beach Soccer Committee
   (12) the Men's Football Stakeholders Committee
   (13) the Women's Football Stakeholders Committee
   (14) the Member Associations Committee
   (15) the Referees Committee
   (16) the Medical Committee
   (17) the Men's Players Committee
   (18) the Women's Players Committee
   (19) the Men's Coaches Committee
   (20) the Women's Coaches Committee
   (21) the Fans Committee
   (22) the Technical Development Committee
   (23) the Women's Football Development Committee
   (24) the Grassroots and Amateur Football Committee
   (25) the Institutional Relations Committee
   (26) the Legal Committee
   (27) the Stadium and Security Committee
   (28) the Anti-Racism and Anti-Discrimination Committee
   (29) the Football Social Responsibility Committee
   (30) the Football Technology, Innovation and Digital Transformation Committee
   (31) the Commercial and Marketing Advisory Committee
   (32) the Media and Communications Committee
   (33) the Football Esport Committee
   (34) the Future of Football Committee
   (35) the Laws of the Game Committee

2. The FIFA Governance Regulations shall detail the powers and responsibilities of each standing committee, as well as their composition and structure.

3. The Council may decide to create new committees, on a provisional basis, until their formal inclusion in the above list.

4. The standing committees shall report to the Council. They shall advise and assist the Council in their respective fields of function.

5. Members of the standing committees may at the same time be members of the Council.

6. The chairperson, deputy chairperson and members of each standing committee shall be appointed by the Council on the proposal of the member associations, the FIFA President, the confederations or the FIFA Secretary General. The Council shall ensure appropriate female representation on standing committees. Their terms shall last for four years, beginning upon the respective date of appointment by the Council. Members of the standing committees may be relieved of their duties at any time by the Council.

7. Candidates for the standing committees must pass an eligibility check carried out by the Review Committee.

8. The Council and each committee may, if necessary, set up a bureau and/or sub-committee to settle urgent or specific matters.

## 40. Expert panels

1. The Council, the FIFA President or the FIFA Secretary General may, if necessary, appoint dedicated expert panels to carry out special technical duties in matters relevant to global football.

2. The members of the expert panels shall be appointed for the period necessary to perform their duties.

3. The composition and structure of each expert panel shall be decided by the Council, the FIFA President or the FIFA Secretary General.

4. The chairperson, deputy chairperson and members of each expert panel shall be appointed by the Council, the FIFA President or the FIFA Secretary General on the proposal of the member associations, the FIFA President, the confederations or the FIFA Secretary General.

5. Candidates for the expert panels must pass an eligibility check carried out by the Review Committee.

6. The FIFA Governance Regulations shall further detail the roles, responsibilities and functioning of the expert panels.

# VI. ANNUAL MEMBER ASSOCIATIONS CONFERENCE

## 41. Annual member associations conference

FIFA shall organise at least once a year, at its own cost, a member associations conference for the presidents of the member associations and/or their top executives, in order to address issues of high relevance for the football world, such as, for instance, football development, integrity, social responsibility, governance, human rights, racism, match-fixing, gender equality, protection of clean athletes and youth, and security.



# VII. INDEPENDENT COMMITTEES

## 42. Institutional independence

The independent committees as well as their individual members shall conduct their activities and perform their duties entirely independently but always in the interests of FIFA and in accordance with the Statutes and regulations of FIFA.

## 43. Governance, Audit and Compliance Committee

1. The Governance, Audit and Compliance Committee shall consist of the number of members deemed necessary, all of whom must not belong to any other FIFA body. The committee members shall be knowledgeable and experienced in governance and/or financial and/or legal matters and may not be involved in any decision affecting the operations of FIFA.

2. Candidates for any position on the Governance, Audit and Compliance Committee as well as the incumbent members of the committee shall fulfil the independence criteria as defined in the FIFA Governance Regulations and pass an eligibility check carried out by the investigatory chamber of the Ethics Committee.

3. The chairperson, deputy chairperson and members of the Governance, Audit and Compliance Committee shall be elected by the Congress. Their terms shall last four years, beginning at the end of the Congress which has elected them. The chairperson, deputy chairperson and other members of the Governance, Audit and Compliance Committee may only be relieved of their duties by the Congress.

4. The chairperson, deputy chairperson and members of the Governance, Audit and Compliance Committee may serve a maximum of three terms (whether consecutive or not).

5. If the chairperson, deputy chairperson or a member of the Governance, Audit and Compliance Committee resigns or becomes permanently incapacitated with regard to performing their functions during their term of office, the Council shall appoint a replacement to serve until the next Congress, when a replacement shall be elected by the Congress for the remainder of the initial term of office.

6. The Governance, Audit and Compliance Committee shall report to the Congress.

7. The Governance, Audit and Compliance Committee shall advise, assist and oversee the Council in monitoring FIFA's financial, governance and compliance matters, and monitor compliance with the FIFA Governance Regulations. It shall supervise the general secretariat.

8. The Governance, Audit and Compliance Committee shall review the Related-Party Declarations submitted by the members of FIFA committees in accordance with the relevant provisions of the FIFA Governance Regulations.

9. The Governance, Audit and Compliance Committee shall ensure the completeness and reliability of the financial accounting and review the financial statements, the consolidated financial statement and the external auditors' report. The committee shall furthermore monitor FIFA's financial, governance and compliance matters including, in particular, the distribution and flow of development-related funds, and suggest to the appropriate FIFA bodies any action that it deems necessary as a result of such monitoring.

10. The Governance, Audit and Compliance Committee shall establish the following:
    (a) the Review Committee;
    (b) the Human Rights and Sustainability Sub-Committee; and
    (c) the Compensation Sub-Committee.

11. The Review Committee shall conduct eligibility checks in respect of candidates and incumbent members of the Council (including the President), of the standing committees, of the judicial bodies, of the Football Tribunal and in respect of the Secretary General, and shall also conduct independence reviews in respect of candidates and incumbent members of the judicial bodies and the standing committees who must fulfil the independence criteria in accordance with these Statutes and the FIFA Governance Regulations.

12. The Human Rights and Sustainability Sub-Committee shall in particular advise the Governance, Audit and Compliance Committee in their reporting to the Council on matters relating to human rights, safeguarding and child protection, sustainable events and the environment.

13. The Compensation Sub-Committee shall in particular define Compensation Rules and determine the compensation of the FIFA President, the members of the Council and the FIFA Secretary General. The individual compensation of the FIFA President, the members of the Council and the FIFA Secretary General shall be made public.

14. Details of the Governance, Audit and Compliance Committee's, the Review Committee's, the Human Rights and Sustainability Sub-Committee's and the Compensation Sub-Committee's responsibilities, their composition, their internal cooperation and other procedural matters are stipulated in the FIFA Governance Regulations.

## 44. Judicial bodies

1. The judicial bodies of FIFA are:
    (a) the Disciplinary Committee;
    (b) the Ethics Committee; and
    (c) the Appeal Committee.

2. The Disciplinary Committee and the Appeal Committee shall consist of a chairperson, a deputy chairperson and a specific number of other members. Both chambers of the Ethics Committee shall each consist of a chairperson, two deputy chairpersons and a specific number of other members. The composition of the judicial bodies should respect the fair distribution of positions and take account of the member associations. When proposing chairpersons, deputy chairpersons and other members of judicial bodies to the Congress, the Council shall take into account appropriate female representation on the judicial bodies.

3. The judicial bodies are to be composed in such a way that the members, together, have the knowledge, abilities and specialist experience that is necessary for the due completion of their tasks. The chairpersons and deputy chairpersons of the judicial bodies shall be qualified to practise law.

4. The chairperson and deputy chairperson of the Disciplinary Committee and the chairpersons, deputy chairpersons and members of both chambers of the Ethics Committee and of the Appeal Committee shall fulfil the independence criteria as defined in the FIFA Governance Regulations and must pass an eligibility check carried out by the Review Committee.

5. The chairpersons, deputy chairpersons and other members of the judicial bodies shall be elected by the Congress and shall not be members of any other FIFA body. Their terms shall last four years, beginning at the end of the Congress which has elected them. The chairpersons, deputy chairpersons and other members of the judicial bodies may only be relieved of their duties by the Congress.

6. The chairpersons, deputy chairpersons and members of the judicial bodies may each serve a maximum of three terms (whether consecutive or not).

7. If a chairperson, a deputy chairperson or a member of a judicial body resigns or becomes permanently incapacitated with regard to performing their functions during their term of office, the Council shall appoint a replacement to serve until the next Congress, when a replacement shall be elected by the Congress for the remainder of the initial term of office.

8. The investigatory chamber of the Ethics Committee shall conduct the eligibility checks and independence reviews in respect of candidates and incumbent members of the Governance, Audit and Compliance Committee.

9. The decision-making powers of certain committees remain unaffected.

## 45. Disciplinary Committee

1. The function of the Disciplinary Committee shall be governed by the FIFA Disciplinary Code.

2. The Disciplinary Committee may pronounce the sanctions described in the FIFA Disciplinary Code on member associations, clubs, officials, players, football agents and match agents.

3. These provisions are subject to the disciplinary powers of the Congress and Council with regard to the suspension and expulsion of member associations.

4. The Council shall issue the FIFA Disciplinary Code.

5. The Disciplinary Committee may propose amendments to its regulations to the Council.

## 46. Ethics Committee

1. The function of the Ethics Committee shall be governed by the FIFA Code of Ethics. The Ethics Committee shall be divided into an investigatory chamber and an adjudicatory chamber.

2. The Ethics Committee may pronounce the sanctions described in the FIFA Code of Ethics on officials, players, football agents and match agents.

3. The Council shall issue the FIFA Code of Ethics.

4. The Ethics Committee may propose amendments to its regulations to the Council.

## 47. Appeal Committee

1. The function of the Appeal Committee shall be governed by the FIFA Disciplinary Code and the FIFA Code of Ethics.

2. The Appeal Committee is responsible for hearing appeals against decisions from the Disciplinary Committee that are not declared final by these Statutes or the relevant FIFA regulations.

3. Decisions pronounced by the Appeal Committee shall be irrevocable and binding on all the parties concerned. This provision is subject to appeals lodged with CAS.

# VIII. FOOTBALL TRIBUNAL

## 48. Football Tribunal

1. The Football Tribunal shall pass decisions relating to football-related disputes and regulatory applications. It shall comprise three chambers:
   (a) the Dispute Resolution Chamber;
   (b) the Players' Status Chamber; and
   (c) the Agents Chamber.
2. The functions of the Football Tribunal shall be governed by the Procedural Rules Governing the Football Tribunal, as issued by the Council.
3. The Football Tribunal may pronounce the sanctions described in these Statutes and the FIFA Disciplinary Code on member associations, clubs, officials, players, football agents and match agents.
4. These provisions are subject to the disciplinary powers of the Congress and Council with regard to the suspension and expulsion of member associations.
5. The Football Tribunal may propose amendments to its regulations to the Council.



# IX. ARBITRATION

## 49. Court of Arbitration for Sport (CAS)

1. FIFA recognises the independent Court of Arbitration for Sport (CAS) with headquarters in Lausanne (Switzerland) to resolve disputes between FIFA, member associations, confederations, leagues, clubs, players, officials, football agents and match agents.
2. The provisions of the CAS Code of Sports-related Arbitration shall apply to the proceedings. CAS shall primarily apply the various regulations of FIFA and, additionally, Swiss law.
3. All awards passed by CAS concerning FIFA decisions may be published by FIFA.

## 50. Jurisdiction of CAS

1. Appeals against final decisions passed by FIFA and its bodies shall be lodged with CAS within 21 days of receipt of the decision in question.
2. Recourse may only be made to CAS after all other internal channels have been exhausted.
3. CAS, however, does not deal with appeals arising from:
   (a) violations of the Laws of the Game;
   (b) suspensions of up to four matches or up to three months (with the exception of doping decisions);
   (c) decisions of the Football Tribunal concerning the recognition of a national dispute resolution chamber; and
   (d) decisions against which an appeal to an independent and duly constituted arbitration tribunal recognised under the rules of an association or confederation may be made.

4. The appeal shall not have a suspensive effect. The appropriate FIFA body or, alternatively, CAS may order the appeal to have a suspensive effect.

5. FIFA is entitled to appeal to CAS against any internally final and binding doping-related decision passed in particular by the confederations, member associations or leagues in accordance with the provisions set out in the FIFA Anti-Doping Regulations.

6. The World Anti-Doping Agency (WADA) is entitled to appeal to CAS against any internally final and binding doping-related decision passed in particular by FIFA, the confederations, member associations or leagues in accordance with the provisions set out in the FIFA Anti-Doping Regulations.

## 51. Obligations relating to dispute resolution

1. The confederations, member associations and leagues shall agree to recognise CAS as an independent judicial authority and to ensure that their members, affiliated players and officials comply with the decisions passed by CAS. The same obligation shall apply to football agents and match agents that are licensed by FIFA.

2. Recourse to ordinary courts of law is prohibited unless specifically provided for in the FIFA regulations. Recourse to ordinary courts of law for all types of provisional measures is also prohibited.

3. The associations shall insert a clause in their statutes or regulations, stipulating that it is prohibited to take disputes in the association or disputes affecting leagues, members of leagues, clubs, members of clubs, players, officials and other association officials to ordinary courts of law, unless the FIFA regulations or binding legal provisions specifically provide for or stipulate recourse to ordinary courts of law. Instead of recourse to ordinary courts of law, provision shall be made for arbitration. Such disputes shall be taken to an independent and duly constituted arbitration tribunal recognised under the rules of the association or confederation or to CAS.

   The associations shall also ensure that this stipulation is implemented in the association, if necessary by imposing a binding obligation on its members. The associations shall impose sanctions on any party that fails to respect this obligation and ensure that any appeal against such sanctions shall likewise be strictly submitted to arbitration, and not to ordinary courts of law.





# X. SUBMISSION TO DECISIONS OF FIFA

## 52. Implementation of decisions

1. The confederations, member associations and leagues shall agree to comply fully with any decisions passed by the relevant FIFA bodies which, according to these Statutes, are final and not subject to appeal.

2. They shall take every precaution necessary to ensure that their own members, players and officials comply with these decisions.

3. The same obligation applies to football agents and match agents.

## 53. Sanctions

Any violation of the foregoing provisions will be punished in compliance with the FIFA Disciplinary Code.

# XI. FINANCE

## 54. Financial period

1. The financial period of FIFA shall be four years and shall begin on each 1 January in the year following the final competition of the FIFA World Cup™.

2. The revenue and expenditure of FIFA shall be managed so that they balance out over the financial period. FIFA's major duties in the future shall be guaranteed through the creation of reserves.

3. The Secretary General is responsible for drawing up the annual consolidated accounts of FIFA with its subsidiaries as at 31 December.

## 55. Auditors

The auditors shall audit the accounts and annual financial statements, including the consolidated financial statements, approved by the Council and present a report to the Congress in accordance with applicable Swiss civil law. The auditors shall be appointed for a period of three years. Their mandates may be renewed.

## 56. Membership subscriptions

1. Membership subscriptions are due on 1 January of each year. The annual subscription for new member associations for the year in question shall be paid within 30 days of the close of the Congress at which they were admitted.

2. The Congress shall fix the amount of the annual subscription every four years on the recommendation of the Council. It shall be the same for every member association and amount to no more than USD 1,000.

## 57. Settlement

FIFA may debit any member association's account to settle claims.

## 58. Levies

1. The confederations may demand a levy on international matches played between two "A" representative teams, in accordance with the confederations' statutes and regulations.

2. Member associations may demand their own levy on matches played in their territory, independently of their confederation, in accordance with the member associations' statutes and regulations.

# XII. RIGHTS IN COMPETITIONS AND EVENTS

## 59. Rights in competitions and events

1. FIFA, its member associations and the confederations are the original owners of all of the rights emanating from competitions and other events coming under their respective jurisdiction, without any restrictions as to content, time, place and law. These rights include, among others, every kind of financial rights, audiovisual and radio recording, reproduction and broadcasting rights, multimedia rights, marketing and promotional rights and incorporeal rights such as emblems and rights arising under copyright law.

2. The Council shall decide how and to what extent these rights are utilised and draw up special regulations to this end. The Council shall decide alone whether these rights shall be utilised exclusively, or jointly with a third party, or entirely through a third party.

## 60. Authorisation to distribute

1. FIFA, its member associations and the confederations are exclusively responsible for authorising the distribution of image and sound and other data carriers of football matches and events coming under their respective jurisdiction, without any restrictions as to content, time, place and technical and legal aspects.

2. The Council shall issue special regulations to this end.



# XIII. COMPETITIONS

### A. FIFA FINAL COMPETITIONS

## 61. Competition venues

1. The Council shall decide the venue for the final competitions organised by FIFA, with the sole exception of the venue for the final competition of the FIFA World Cup™ and the FIFA Women's World Cup™, which shall be decided by the Congress in accordance with paragraph 2 of this article.

2. The decision on the venue for the final competition of the FIFA World Cup™ and the FIFA Women's World Cup™ aims to achieve the objective of securing the best possible hosting conditions in the host country/countries and shall follow the procedure below:
   (a) Based on specific regulations to be issued by the Council, the FIFA general secretariat shall establish a fair and transparent bidding procedure, inviting all qualified member associations to submit a bid and defining in detail the requirements for the bidding and hosting as well as criteria for selecting the host of the event.
   (b) Based on its best judgement, the FIFA general secretariat shall submit to the Council a public report evaluating the compliance of all bids with the bidding procedure and the requirements for hosting the event, taking into consideration the defined criteria for selecting the host.
   (c) The Council shall review the report and designate, based on its best judgement and in an open ballot, up to three bids to be submitted to the Congress for a final decision. The result of each ballot and the related votes by the members of the Council shall be made public.
   (d) The Congress shall select the host venue from the bids designated by the Council. An absolute majority (more than 50%) of the member associations present and eligible to vote is necessary in the first ballot. If an absolute majority is not reached in the first ballot, then the bid with the lowest number of votes in the first ballot is eliminated. In the second ballot, or if fewer than three bids are presented to the Congress, a simple majority (more than 50%) of the valid votes cast is sufficient. The result of each ballot and the related votes by the members of the Congress shall be made public.

3. A Congress may not award the hosting rights to more than one FIFA World Cup™ at the same meeting, except if the Council takes a specific decision in this respect.

4. The right to host the event shall not be awarded to members of the same confederation for two consecutive editions of the FIFA World Cup™.

## B. INTERNATIONAL MATCHES AND COMPETITIONS

### 62. International match calendar

The Council shall compile an international match calendar that shall be binding upon the confederations, member associations and leagues, after conferring with the confederations.

### 63. International matches and competitions

1. The Council shall be responsible for issuing transparent, objective, non-discriminatory and proportionate regulations for organising international matches and competitions between representative teams and between leagues, club and/or scratch teams. No such match or competition shall take place without the prior permission of FIFA, the relevant confederations and/or the relevant member associations in accordance with the Regulations Governing International Matches.

2. The Council may issue further provisions for such matches and competitions.

3. The Council shall determine any criteria for authorising line-ups that are not covered by the Regulations Governing International Matches.

4. Notwithstanding the authorisation competences as set forth in the Regulations Governing International Matches, FIFA may take the final decision on the authorisation of any international match or competition.

### 64. Contacts

1. Players and teams affiliated to member associations or provisional members of the confederations may not play matches or make sporting contacts with players or teams that are not affiliated to member associations or provisional members of the confederations without the approval of FIFA.

2. Member associations and their clubs may not play on the territory of another member association without the latter's approval.

### 65. Authorisation

Associations, leagues or clubs that are affiliated to a member association may only join another member association or take part in competitions on that member association's territory under exceptional circumstances.

In each case, authorisation must be given by both member associations, the respective confederation(s) and by FIFA.

# XIV. FINAL PROVISIONS

## 66. Dissolution

If FIFA is disbanded, its assets shall be transferred to the supreme court of the country in which its headquarters are situated. It shall hold these assets in trust as “bonus pater familiae” until FIFA is re-established.

## 67. Transitory provisions

1. For members of committees elected or appointed before 27 April 2016, the term limits set forth in articles 33, 43 and 44 of these Statutes shall only apply as from the date of completion of their respective mandates.
2. FIFA’s headquarters and legal domicile are located in Zurich (Switzerland), until the Congress takes a decision in accordance with article 1 paragraph 2 of these Statutes.



## 68. Enforcement

These Statutes were adopted at the Congress on 17 May 2024 and come into force sixty (60) days after the close of the said Congress.

17 May 2024

For FIFA

| | |
|---|---|
| President | Secretary General |
| Gianni Infantino | Mattias Grafström |

# REGULATIONS GOVERNING THE APPLICATION OF THE STATUTES

## I. APPLICATION FOR ADMISSION TO FIFA

### 1. Application for admission

The Council may lay down the procedure for admission in special regulations.

### 2. Confederations

1. The Council shall decide whether the association fulfils the requirements for admission to FIFA based on the confederation's final report.
2. If the requirements have been fulfilled, the next Congress shall decide whether to admit the association or not.

# II. NORMALISATION COMMITTEES

## 3. Normalisation committees

1. The objective of a normalisation committee is to support and assist a member association and to protect its rights and interests.

2. The process for the appointment and implementation of a normalisation committee shall be carried out by the general secretariat in consultation and collaboration with the relevant confederation. This process shall address, in particular, the tasks of the normalisation committee, the duration of the mandate and the criteria for selection and appointment of the members.

3. The tasks of a normalisation committee may vary depending on the member association's specific situation. However, as a general principle, the tasks of a normalisation committee shall include, without limitation:

   (a) running the daily affairs of the member association;.

   (b) determining, together with the FIFA general secretariat, the need to review the statutes and, where necessary, other regulations of the member association to ensure their compliance with the principles and requirements laid down in the FIFA Statutes; and.

   (c) organising and conducting the election of a new executive body for the member association.

4. A normalisation committee shall always be appointed for a specific period of time. The duration of the mandate shall be reasonable and adapted to the member association's specific situation. If the circumstances so require, the mandate of a normalisation committee may be extended by the Council.

5. A normalisation committee shall consist of a proportionate and suitable number of members. Candidates for a normalisation committee must pass the corresponding eligibility checks carried out by the Review Committee in accordance with the FIFA Governance Regulations.

6. The FIFA Council may issue regulations related to the process for the appointment and implementation of a normalisation committee.



# III. MATCH AGENTS AND FOOTBALL AGENTS

## 4. Match agents

1. Match agents may be employed to arrange friendly matches.

2. Match agents shall hold a FIFA licence.

3. The Council shall issue Match Agent Regulations governing the occupation of match agents.

## 5. Football agents

1. Players, coaches, clubs, leagues and associations are entitled to engage the services of a football agent to provide services in relation to the transfer and/or employment of players and coaches when concluding an employment contract and/or a transfer agreement.

2. Football agents shall hold a FIFA licence.

3. The Council shall issue Football Agent Regulations governing the occupation of football agents.

# IV. ELIGIBILITY TO PLAY FOR REPRESENTATIVE TEAMS

## 6. Principles

1. Any person holding a permanent nationality that is not dependent on residence in a certain country is eligible to play for the representative teams of the association of that country.

2. There is a distinction between holding a nationality and being eligible to obtain a nationality. A player holds a nationality if, through the operation of a national law, they have:
   (a) automatically received a nationality (e.g. from birth) without being required to undertake any further administrative requirements (e.g. abandoning a separate nationality); or
   (b) acquired a nationality by undertaking a naturalisation process.

3. With the exception of the conditions specified in article 10 below, any player who has already participated in a match (either in full or in part) in an official competition of any category or any type of football for one association may not play an international match for a representative team of another association.

4. For the purposes of articles 7 to 10 below, the phrase "lived on the territory of the relevant association" shall mean a period of physical presence on the territory of that association. The period shall be for a defined period of time (in years) in accordance with the relevant provision.
   (a) The period of physical presence is not interrupted by:
      (i) short absences abroad for personal reasons;
      (ii) holidays abroad during the football off-season;
      (iii) medical treatment or rehabilitation abroad following injury or illness; or
      (iv) travel abroad as a result of football employment.
   (b) The period of physical presence is interrupted (and time requirement resets) where:
      (i) a player is transferred to a club affiliated to a different association; or
      (ii) a player is absent from a territory for any reason other than those set out in paragraph (a) above.

5. Notwithstanding article 6 paragraph 4 (a), unless exceptional circumstances exist, a player must be physically present on the territory of an association for at least 183 days during a 12-month period to be considered to have "lived on the territory" of that association for that year.

6. For the purposes of articles 7 to 10 below, the Procedural Rules Governing the Football Tribunal shall govern any requests for eligibility or change of association.

## 7. Nationality entitling players to represent more than one association

1. A player who, under the terms of article 6, is eligible to represent more than one association on account of their nationality, may play in an international match for one of these associations only if, in addition to holding the relevant nationality, they fulfil at least one of the following conditions:
   (a) they were born on the territory of the relevant association;
   (b) their biological mother or biological father was born on the territory of the relevant association;
   (c) their grandmother or grandfather was born on the territory of the relevant association; and/or
   (d) they have lived on the territory of the relevant association for at least five years.

2. Regardless of paragraph 1 above, associations sharing a common nationality may make an agreement under which paragraph 1 (d) of this article is deleted completely or amended to specify a longer time limit. Such agreements shall be lodged with and approved by the Council.

3. The associations which share a common nationality shall be identified and updated as appropriate by the FIFA general secretariat in a circular.

## 8. Acquisition of a new nationality

**1.** Any player who refers to article 6 paragraph 1 to assume a new nationality and who has not played international football in accordance with article 6 paragraph 3 shall be eligible to play for the representative teams of the new association only if they fulfil one of the following conditions:

(a) they were born on the territory of the relevant association;

(b) their biological mother or biological father was born on the territory of the relevant association;

(c) their grandmother or grandfather was born on the territory of the relevant association; and/or

(d) they have lived on the territory of the relevant association:

(i) for players that began living on the territory before the age of 10: at least three years;

(ii) for players that began living on the territory between the age of 10 and 18: at least five years;

(iii) for players that began living on the territory from the age of 18: at least five years.

**2.** A player who seeks to rely upon paragraph 1 (d) (ii) must:

(a) demonstrate that the move to the territory of the association was not for the purpose of participating for its representative teams; and

(b) submit, via the relevant association, a request for eligibility to the Football Tribunal.

## 9. Stateless individuals

**1.** A player that:

(a) does not hold any nationality; and

(b) due to national law of the country of their domicile, will never be granted the nationality of such country,

may be declared eligible to play for the representative teams of the association concerned, provided that:

(c) they have lived on the territory of the relevant association for at least five years; and

(d) they can demonstrate that the move to the territory of the association was not for the purpose of participating for its representative teams.

**2.** A player who seeks to rely upon paragraph 1 must submit, via the relevant association, a request for eligibility to the Football Tribunal.

## 10. Change of association

**1.** A player may, only once, request to change the association for which they are eligible to play to the association of another country of which they hold nationality.

**2.** A request to change association may be granted only in the following circumstances:

(a) the player:

(i) was fielded in a match in an official competition at any level (with the exception of "A" international level) in any kind of football for their current association; and

(ii) at the time of being fielded for their first match in an official competition in any kind of football for their current association, they already held the nationality of the association which they wish to represent.

(b) the player:

(i) was fielded in a match in an official competition at any level (with the exception of "A" international level) in any kind of football for their current association;

(ii) at the time of being fielded for their first match in an official competition in any kind of football for their current association, they did not hold the nationality of the association which they wish to represent;

(iii) at the time of being fielded for their last match in an official competition in any kind of football for their current association, they had not turned 21 years old; and

(iv) meets any of the requirements provided in article 7 or 8.

(c) the player:

(i) was fielded in a match in an official competition at "A" international level in any kind of football for their current association;

(ii) at the time of being fielded for their first match in an official competition (at any level) in any kind of football for their current association, they held the nationality of the association which they wish to represent;

(iii) at the time of being fielded for their last match in an official competition in any kind of football for their current association, they had not turned 21 years old;

(iv) was fielded in no more than three matches at "A" international level in any kind of football for their current association, whether in an official competition or non-official competition;

(v) at least three years have passed since being fielded for their last match at "A" international level in any kind of football for their current association, whether in an official competition or non-official competition; and

(vi) has never participated in any kind of football at "A" international level in the final tournament of the FIFA World Cup™ or a final tournament of a confederation competition.

(d) the player:

(i) wishes to represent an association that was admitted to FIFA membership after being fielded in their first match in an official competition (at any level) in any kind of football for their current association;

(ii) was never fielded in a match in an official competition (at any level) in any kind of football for their current association after the association which they wish to represent was admitted to FIFA membership;

(iii) at the time of being fielded for their first match in an official competition (at any level) in any kind of football for their current association:

a. held the nationality of the association which they wish to represent; or

b. obtained the nationality of the association which they wish to represent as soon as reasonably practicable after the country was recognised by the majority of members of the United Nations;

(iv) meets any of the requirements provided in article 7 or 8.

(e) the player:

(i) was fielded in a match in an official competition at "A" international level in any kind of football for their current association;

(ii) permanently loses their nationality without their consent or against their will due to a decision by a government authority; and

(iii) holds the nationality of the association that they wish to represent.

**3.** A player is not permitted to play for their new association in any competition in which they have already played for their previous association.

**4.** A player who seeks to rely upon paragraph 2 must submit, via the relevant association, a request for change of association to the Football Tribunal.

**5.** A player that was:

(a) granted a change of association; and

(b) was not fielded in a match in any (official or unofficial) competition in any kind of football by the new association,

may request a change of association back to their former association provided they continue to hold the nationality of such association.

**6.** A player who seeks to rely upon paragraph 5 must submit, via the relevant association, a request for change of association to the Football Tribunal.

**7.** A player that has filed a request in accordance with this article is not eligible to participate for any representative team until the request has been decided upon.

# V. SPORTING INTEGRITY

## 11. Principle of promotion and relegation

1. A club's entitlement to take part in a domestic league championship shall depend principally on sporting merit. A club shall qualify for a domestic league championship by remaining in a certain division or by being promoted or relegated to another at the end of a season.

2. In addition to qualification on sporting merit, a club's participation in a domestic league championship may be subject to other criteria within the scope of the licensing procedure, whereby the emphasis is on sporting, infrastructural, administrative, legal and financial considerations. Licensing decisions must be able to be examined by the member association's body of appeal.

3. Altering the legal form or company structure of a club to facilitate its qualification on sporting merit and/or its receipt of a licence for a domestic league championship, to the detriment of the integrity of a sports competition, is prohibited. This includes, for example, changing the headquarters, changing the name or transferring stakeholdings between different clubs. Prohibitive decisions must be able to be examined by the member association's body of appeal.

4. Each member association is responsible for deciding national issues, which may not be delegated to the leagues. Each confederation is responsible for deciding issues involving more than one association concerning its own territory. FIFA is responsible for deciding international issues involving more than one confederation.



# VI. LAWS OF THE GAME

## 12. Amendments to the Laws of the Game

1. FIFA shall notify its member associations of any amendments and decisions regarding the Laws of the Game within one month of the ordinary annual meeting of The IFAB.

2. The member associations shall enforce these amendments and decisions no later than 1 July following The IFAB's annual meeting. Exceptions may be granted only to member associations whose football season has not terminated by this date.

3. Member associations may apply such amendments and decisions as soon as they have been issued by The IFAB.

# VII. REFEREES AND ASSISTANT REFEREES

## 13. Nomination

1. Each referee and assistant referee appointed to an international match shall belong to a neutral member association unless otherwise previously agreed by the member associations concerned.

2. The referee and assistant referees chosen to officiate at an international match shall be included in the official FIFA List of International Referees and Assistant Referees.

## 14. Report

1. The referee of every international "A" match shall send a report within 48 hours of the match both to FIFA and the member association on whose territory the match was played.

2. This report shall be made on the official form given to the referee by the member association under whose jurisdiction the match was played.

3. The report shall record all the disciplinary measures taken and the reasons for these measures.

## 15. Reimbursement

1. Referees and assistant referees at international matches shall be entitled to:

   (a) a daily allowance;

   (b) reimbursement of travel expenses.

   FIFA shall determine the amounts, travel category and number of days due for reimbursement to which referees and assistant referees are entitled.

2. The amount owed to the referees and assistant referees shall be paid to them in an easily convertible currency on the same day as the match by the organising member association.

3. The expenses for hotel and board incurred by referees and assistant referees of international matches shall be borne by the organising member association.

# VIII. FINAL PROVISIONS

## 16. Objectives

1. FIFA shall ensure that its objectives are achieved and secured solely by using suitable material and human resources either of its own or by delegating to member associations or confederations or by working with the confederations in accordance with the FIFA Statutes.

2. With reference to article 2 (g) of the FIFA Statutes, FIFA shall take action especially, but not exclusively, against irregular betting activities, doping and racism. These activities are prohibited and subject to sanctions.

## 17. Enforcement

The Regulations Governing the Application of the Statutes were adopted at the Congress on 17 May 2024 and come into force immediately after adoption.

17 May 2024

For FIFA

| President | Secretary General |
| --- | --- |
| Gianni Infantino | Mattias Grafström |





# STANDING ORDERS OF THE CONGRESS

## 1. Participation in the Congress

1. Each member association may be represented at the Congress by a maximum of three delegates, all of whom may take part in the debates. It is recommended that at least one of the delegates be a woman.

2. The names of the delegates, including the one with the right to vote, shall be submitted to the general secretariat before the opening of the Congress. The general secretariat enters the delegates mentioned on to a list (numbered 1 to 3). The delegate with the right to vote is entered as number 1. If the delegate with the right to vote leaves the Congress during the debates, the delegate entered as number 2 on the member association's delegation list is entitled to vote. If this delegate is also absent, the delegate entered as number 3 is entitled to vote.

3. FIFA shall bear the costs of travel and accommodation for three delegates of each member association taking part in the Congress. The Council shall issue appropriate directives in this connection.

## 2. Chair

1. The President shall chair the Congress. If the President is unable to attend, the longest-serving vice-president available shall deputise. If none of the vice-presidents is present, the Congress shall elect a member of the Council as chairperson.

2. The chair shall ensure that the Congress is conducted in strict compliance with these Standing Orders, open and close the Congress and debates, and, unless the Congress decides otherwise, grant delegates permission to speak and conduct all discussions.

3. The chair shall be responsible for maintaining order during debates.

   The chair may take the following action against any Congress participant who disturbs the debates:

   (a) a call to order;

   (b) a reprimand;

   (c) exclusion from one or more sessions.

4. If an appeal is made against such action, the Congress shall decide immediately without debate.

## 3. Scrutineers

At the beginning of the first session, the Congress shall appoint an adequate number of scrutineers to count the votes and to assist the Secretary General in distributing and counting voting papers issued for the elections. The Council may decide to use electronic equipment to determine the results of a vote.

## 4. Interpreters

Official interpreters shall be appointed to translate into the official languages of the Congress. They shall be appointed by the Secretary General.

## 5. Debates

1. Debates on each item on the agenda shall be preceded by a short report:

   (a) by the chair or a member of the Council designated for this purpose;

   (b) by a representative of the committee designated by the Council to give a report;

   (c) by a delegate from the member association that requested the item be included in the agenda.

2. The chair then opens the debate.

## 6. Speakers

1. Permission to speak is granted in the order in which it is requested. A speaker may not begin speaking until they have obtained permission to do so. Speakers shall address the Congress from the rostrum intended for this purpose.

2. A speaker may not speak for a second time on the same item until all other delegates who have requested permission to speak have spoken.

## 7. Proposals

1. All proposals shall be submitted in writing. Proposals which are not relevant to the subject under discussion shall not be admitted to the debate.

2. Any amendment shall be drawn up in writing and passed to the chair before being put to the debate.

## 8. Procedural motions and closing of debates

1. If a procedural motion is made, discussion on the main question shall be suspended until a vote has been taken on the motion.

2. If a motion is made to close the discussion, it shall immediately be put to the vote without debate. If the motion is approved, permission to speak shall only be granted to those member associations who have asked to speak before the vote was taken.

3. The chair shall close the discussion unless the Congress decides otherwise by a simple majority (more than 50%) of the valid votes cast.

## 9. Votes

1. Voting by secret ballot is prohibited. Voting by proxy or by letter is not permitted at a Congress held in person. When a Congress is held by teleconference, by videoconference or by another means of communication, voting by correspondence and/or online is permitted.

2. Before each vote, the chair, or the person designated by the chair, shall read the text of the proposal aloud and explain the voting procedure (quorum) to the Congress. If an objection is raised, the Congress shall decide immediately.

3. Votes may be taken by roll call if requested by at least 15 of the member associations present and eligible to vote.

4. No-one is compelled to vote.

5. As a rule, votes are taken by a show of hands (voting cards) or by the use of electronic equipment.

6. Proposals shall be put to the vote in the order in which they are submitted. If there are more than two main proposals, they shall be put to the vote in succession and the delegates may not vote for more than one of the proposals.

7. Alterations to amendments shall be put to the vote before the amendments proper, and amendments before the main proposal.

8. Proposals without a vote against are regarded as having been passed.

9. The chair shall check the result of the vote and announce it to the Congress.

10. No one is permitted to speak during the vote and until after the result has been announced.

## 10. Elections

1. Elections shall be carried out by secret ballot. They shall either be conducted with ballot papers or by using televoters, electronic vote counters that guarantee the secrecy of the election. Elections of the President shall not be carried out by using televoters. The Secretary General, assisted by the scrutineers, shall conduct the distribution and counting of the ballot papers or the distribution and evaluation of the televoters.

2. The number of ballot papers that have been distributed shall be announced by the chair before the count.

3. If the number of ballot papers returned is equal to or fewer than the number of ballot papers distributed, the election shall be declared valid. If the number returned exceeds that of the ballot papers distributed, the vote shall be declared null and void and another vote shall be taken immediately.

4. The chair shall announce the result of each ballot.

5. The Secretary General shall put the ballot papers that have been collected and counted into envelopes intended for this purpose and seal them immediately. The general secretariat shall keep these envelopes and destroy them 100 days after the end of the Congress.

## 11. Calculation of majorities

1. The simple majority (more than 50%) shall be calculated for elections, votes and other decisions on the basis of the number of valid ballot papers collected or the number of valid votes cast electronically. Blank ballot papers, invalid votes or electronic votes manipulated in any other way as well as abstentions shall be disregarded when calculating the simple majority.
2. The absolute majority (more than 50%) shall be calculated on the basis of the number of member associations present and eligible to vote.
3. If during an election a member association casts two or more votes in support of one candidate on one ballot paper or through an electronic vote counter in an election round, or if during a vote a member association casts two or more votes for the same matter, only the last vote cast shall be considered valid and counted.

## 12. Enforcement

These Standing Orders of the Congress were adopted by the Congress on 17 May 2024 and come into force immediately after adoption.

17 May 2024

For FIFA

President
Gianni Infantino

Secretary General
Mattias Grafström

FIFA®

# EXHIBIT 4

## A | General information and statement of compliance

The Fédération Internationale de Football Association (FIFA), domiciled in Zurich, Switzerland, is an international non-governmental, non-profit organisation in the form of an association under Swiss law. FIFA's members comprise 211 associations affiliated to six confederations. FIFA's principal mission is to promote the game of football, protect its integrity and bring the game to all.

The consolidated financial statements were approved by the FIFA Council on 19 March 2026, and will be submitted to the 76th FIFA Congress on 30 April 2026 for approval.

FIFA prepares the consolidated financial statements in accordance with IFRS Accounting Standards issued by the IASB. The scope of consolidated subsidiaries is set out in Note 37. Other football associations are not consolidated as they are not controlled by FIFA. Based on the FIFA Statutes, the financial cycle of FIFA is four years and begins on 1 January in the year following the final competition of the FIFA World Cup™. While these consolidated financial statements cover the period from 1 January 2025 to 31 December 2025, FIFA's financial reporting cycle will extend from 1 January 2023 to 31 December 2026.

Some figures cannot be compared on a year-on-year basis, in particular revenue and expenses from Competitions & Events. Due to its nature as a not-for-profit organisation and the distribution of revenue across various financial years, FIFA's financial figures are best analysed considering the full four-year cycle. The first three years of each cycle structurally produce a negative result, while year four produces a significant positive result.

Consequently, a comparison of a single year against figures for the previous year is, in some cases, not meaningful.

## B | Basis of presentation

The consolidated financial statements are presented in US dollars (USD), which is the reporting currency of FIFA.

The consolidated financial statements are prepared on a historical cost basis, except for derivative financial instruments and certain financial assets that are stated at fair value.

**New standards, interpretations and amendments adopted**

Several IFRS amendments and interpretations were effective for the first time in 2025 but did not have an impact on the financial statements, whether individually or in aggregate.

FIFA has not adopted any standards, interpretations or amendments that have been issued but are not yet effective.

**Standards or amendments issued but not yet effective**

The following standards and amendments had been issued but were not mandatory for the reporting period ending 31 December 2025:

- Amendments to the Classification and Measurement of Financial Instruments (Amendments to IFRS 9 and IFRS 7), effective date 1 January 2026
- Annual Improvements to IFRS Accounting Standards — Volume 11, effective date 1 January 2026
- IFRS 18 — Presentation and Disclosure in Financial Statements, effective date 1 January 2027

Except for the IFRS 18 amendments, FIFA does not expect the other amendments to have an effect on the consolidated financial statements. Even though IFRS 18 will have no impact on the recognition or measurement of items in the consolidated financial statements, it is expected to have a significant effect on the presentation and disclosures of certain items. These changes include adjustments to the categorisation and subtotals in the consolidated statement of comprehensive income and the related notes.

## C | Basis of consolidation

The term "FIFA" is hereafter also used for the consolidated group, which represents the parent FIFA and its subsidiaries.

Subsidiaries are all entities over which FIFA has control. FIFA controls an entity when FIFA is exposed to, or has rights to, variable returns from its involvement with the entity and has the ability to affect those returns through its power over the entity. Subsidiaries are fully consolidated from the date on which control is transferred to the group. They are deconsolidated from the date on which that control ceases.

The individual subsidiaries included in this consolidation are shown in **Note 37**.

Intra-group balances and transactions and any unrealised gains arising from intra-group transactions are eliminated in preparing the consolidated financial statements.

Unrealised losses are eliminated in the same way as unrealised gains, but only to the extent that there is no evidence of impairment.

## D | Foreign currency

**Foreign currency transactions and balances**

Transactions in foreign currencies are converted on the date of the transaction into the functional currency of the respective entity. Monetary assets and liabilities denominated in foreign currencies on the balance sheet date are converted at the foreign exchange rate ruling on that date. Foreign exchange differences arising from conversion are recognised in profit or loss, unless they relate to qualifying cash flow hedges. In these cases, they are deferred within equity.

**Financial statements of foreign subsidiaries**

For FIFA's foreign subsidiaries, assets and liabilities, including fair value adjustments arising on consolidation, are converted into USD at the foreign exchange rate ruling on the balance sheet date. The revenue and expenses of foreign subsidiaries are converted into USD at the average foreign exchange rates of the period. Exchange differences arising from conversion of the accounts of foreign subsidiaries are recognised in other comprehensive income.

The main foreign exchange rates used are as follows (USD per 1 unit/100 units):

| | 31 Dec 2025 | Average 2025 | 31 Dec 2024 | Average 2024 |
|---|---|---|---|---|
| 1 CHF | 1.2614 | 1.2064 | 1.1069 | 1.1363 |
| 1 EUR | 1.1743 | 1.1302 | 1.0403 | 1.0820 |
| 1 GBP | 1.3454 | 1.3187 | 1.2546 | 1.2780 |
| 100 QAR | 27.4716 | 27.4490 | 27.4254 | 27.4448 |
| 1 AUD | 0.6688 | 0.6450 | 0.6211 | 0.6598 |

## E | Revenue recognition

The main revenue streams for FIFA relate to the sale of the following:

- Television broadcasting rights
- Marketing rights
- Licensing rights
- Hospitality rights
- Ticket sales

The transaction price of a contract consists, in general, of fixed and variable consideration as well as, infrequently, non-cash components (value in kind).

**Nature of performance obligations**

The following is a description of the principal activities with which FIFA generates revenue:

**Television broadcasting rights** are granted primarily to TV stations and other broadcasting institutions. These rights are granted to broadcast the television signal of a specific FIFA event in a particular territory and during a defined period. The performance obligation is defined as the right to access intellectual property. Revenue related to television broadcasting rights is recognised over the rights period measured on the basis of the pattern of broadcasting of the contractual events.

**Marketing rights** provide the FIFA Partners, FIFA World Cup Partners/FIFA Women's Football Partners/FIFA Club World Cup Partners, FIFA World Cup Sponsors/FIFA Women's World Cup Sponsors and FIFA Tournament Supporters/FIFA Official Suppliers with access to intellectual property by enabling them to enter a long-term strategic alliance with FIFA events, which also includes a set of predefined rights. The performance obligations under marketing rights contracts consist of both tangible and intangible marketing rights, which are separated. The tangible rights include event-related media and advertising rights which result in revenue recognition as the contractual events are broadcast. The intangible right is attributed to the promise to benefit from a strategic association with FIFA's events, resulting in a straight-line recognition of revenue over the remaining contractual rights period for the particular event.

**Licensing rights** are granted to licensees to both associate the licensee with FIFA and FIFA competitions and to obtain the right to use FIFA marks and brand elements as a platform to brand its related products and services. As the licensee has access to intellectual property, the amount of revenue is recognised over the rights period and is further determined by categorising each licensing rights contract as follows:

1. For the right to consideration of fixed fees only, revenue is recognised over the rights period on the basis of fixed-fee amounts.
2. For the right to consideration of sales- or usage-based royalties with specified minimum guarantee amounts, FIFA assesses at each reporting date whether the royalty amounts to be received will exceed the contractual minimum guarantee threshold.

**A** If the sales-based royalty is not expected to clearly exceed the minimum guarantee threshold, revenue is recognised over the rights period measured on the basis of the fixed guaranteed consideration. Any royalties received in one period in excess of the minimum guarantee due are deferred and recognised only when total royalties received exceed the contractual minimum guarantee threshold.

**B** When FIFA has a reasonable expectation that royalty amounts to be received will clearly exceed the contractual minimum guarantee threshold, fixed and variable considerations are estimated and revenue is recognised as the performance obligation is satisfied. The amount of revenue recognised for the reporting period is subject to the royalty constraint (i.e. cumulative revenue amounts cannot exceed cumulative royalty amounts).

**Hospitality rights** give the licensee the right to provide hospitality and ticketing services for selected FIFA competitions. Contractually determined fixed right fees are recognised in the period in which the respective event takes place. Revenue based on profit-share agreements is recognised once the profit share for the event has been determined by the licensee.

**Ticket sales** in connection with the FIFA World Cup™, FIFA Women's World Cup™, FIFA Club World Cup™ or other FIFA events are recognised in the year in which the event takes place.

**Other revenue** is recognised in the accounting period in which the services are rendered.

**Value-in-kind revenue** (non-cash consideration) consists of promises to receive pre-determined services and the delivery of goods to be used in connection with the FIFA World Cup, FIFA Women's World Cup, FIFA Club World Cup or other FIFA events. The revenue related to value-in-kind forms part of the overall consideration receivable and is recognised applying the same measure of progress as the performance obligation to which it relates. Value-in-kind consideration is measured at fair value.

30%

## F | Other income

**Other income** represents income (other than financial income as defined in Note K) that does not arise in the course of FIFA's ordinary activities. Other income is recognised to the extent that it is probable that FIFA will derive economic benefit from it and that it can be reliably measured. It also includes government grants in the form of host country contributions for staging a particular FIFA event. Such government grants related to income are deferred and recognised in profit or loss over the period necessary to match them with the expenses that they are intended to compensate, in line with IAS 20.

## G | Expenses from football activities

Expenses from football activities are separated into Competitions & Events, Development & Education and Football Governance:

**Competitions & Events** expenses are the outflow of economic benefits that arise in the ordinary activity of organising an event. Incurred costs related to the FIFA World Cup™, FIFA Women's World Cup™, FIFA Club World Cup™ and other FIFA events are deferred and recognised in profit or loss in the period in which the respective event takes place.

**Development & Education** expenses include all expenditures related to FIFA's statutory objectives to improve the game of football constantly and promote it globally in the light of its unifying, educational, cultural and humanitarian values as well as to further the development of women's football globally.

An integral part of FIFA's development path is the FIFA Forward Programme, which provides 360-degree, tailor-made support for football development in each of FIFA's Member Associations and the six confederations. Following the successful implementation of FIFA Forward 1.0 and FIFA Forward 2.0, the third edition, FIFA Forward 3.0, came into force on 1 January 2023 and will run until 31 December 2026. The core principles, approach and procedures of the two previous successful iterations of the programme largely remain intact, whilst certain elements have been adapted to reflect the increase in the beneficiaries' entitlements along with the need for greater football development.

**Football Governance** expenses comprise all expenditure in relation to FIFA's statutory objective to govern association football and related matters. The costs mainly include the judicial bodies (Disciplinary, Ethics and Appeal Committees), plus the costs of the Football Tribunal, which includes the Players' Status Chamber, the Dispute Resolution Chamber and the Agents Chamber. It also includes expenses with regard to preventing match manipulation as part of the agreement with Sportradar, Players' Status proceedings as part of the Transfer Matching System and expenses related to the FIFA Clearing House.

## H | Expenses from administrative activities

Expenses from administrative activities are separated into FIFA Governance & Administration and Marketing & TV Broadcasting:

**FIFA Governance & Administration** expenses comprise all costs related to the governance of FIFA itself and are recognised in profit or loss as incurred. Expenses from administrative activities include, in particular, costs related to information technology, buildings and maintenance, communications, the annual FIFA Congress and committee meetings, and legal costs.

**Marketing & TV Broadcasting** expenses are costs incurred by the FIFA Partnerships & Media Division for the commercialisation of marketing and broadcasting rights, mainly costs relating to oversight of and assistance to Commercial Partners.

## I | Other expenses

In order to alleviate the impact of COVID-19 on the football world, FIFA set up a COVID-19 Relief Plan, which was approved by the FIFA Council on 25 June 2020. The relief plan consists of three stages, with stages 1 and 2 being linked to the existing Forward Programme, and stage 3 providing further financial support via a system of grants and loans enabling FIFA Member Associations and confederations to tailor their use of the funds, thus helping to safeguard football from the adverse economic effects of COVID-19.

40%

Other expenses also comprise the changes in the impairment allowance of receivables and contract assets (also refer to Note U – Impairment).

## J | Leases

FIFA is a lessee and holds leases for various buildings as well as offices, other equipment and land, all of which are recognised as right-of-use assets and lease liabilities.

**Right-of-use assets**

FIFA recognises right-of-use assets at the commencement date of the lease (i.e. the date on which the underlying asset is available for use). Right-of-use assets are measured at cost, less any accumulated depreciation and impairment losses, and adjusted for any remeasurement of lease liabilities. The cost of right-of-use assets includes the amount of lease liabilities recognised, initial direct costs incurred, and lease payments made at or before the commencement date, less any lease incentives received.

Unless FIFA is reasonably certain of obtaining ownership of the leased asset at the end of the lease term, the recognised right-of-use assets are depreciated on a straight-line basis over the shorter of its estimated useful life and the lease term. Right-of-use assets are subject to impairment. FIFA presents right-of-use assets in property and equipment in the consolidated balance sheet.

**Lease liabilities**

At the commencement date of the lease, FIFA recognises lease liabilities measured at the present value of lease payments to be made over the lease term. In calculating the present value of lease payments, the group uses the incremental borrowing rate at the lease commencement date if the interest rate implicit in the lease is not readily determinable. After the commencement date, the amount of lease liabilities is increased to reflect the accretion of interest and reduced for the lease payments made.

**Short-term leases and leases of low-value assets**

FIFA applies the short-term lease recognition exemption to all classes of underlying assets (i.e. those leases that have a lease term of 12 months or less from the commencement date and do not contain a purchase option). It also applies the lease of low-value assets recognition exemption to leases that are considered of low value. Lease payments on short-term leases and leases of low-value assets are recognised as expenses on a straight-line basis over the lease term.

## K | Financial income and financial costs

Financial income comprises interest income from cash and cash equivalents, income from deposits and debt securities, foreign exchange gains, gains from financial assets at fair value through profit or loss and from debt securities at fair value through other comprehensive income (FVOCI). Financial costs consist of interest expenses on lease liabilities and from debt securities, foreign exchange losses, losses from financial assets at fair value through profit or loss and from debt securities at FVOCI as well as other financial expenses. Interest income is recognised in profit or loss using the effective interest rate method. Dividend income is recognised in profit or loss on the date that the dividend is declared.

## L | Taxes and duties

FIFA was established in the legal form of an association in accordance with articles 60ff. of the Swiss Civil Code. FIFA's vision is to promote the game of football, protect its integrity and bring the game to all.

FIFA is a non-profit organisation and is obliged to spend its reserves for the above-mentioned purpose.

FIFA is taxed in Switzerland according to the ordinary taxation rules applying to associations. The non-profit character of FIFA and the four-year accounting cycle are thereby taken into account.

The subsidiaries are taxed according to the relevant tax legislation. This position includes all non-recoverable taxes and duties borne by FIFA and its subsidiaries.

FIFA has assessed the potential impact of the OECD's Pillar Two Global Anti-Base Erosion (GloBE) rules, which introduce a global minimum tax from 2024 onward. For the year ending 31 December 2025, FIFA incurred losses or had an effective income tax rate of more than 15% in the relevant jurisdictions, and as such, no Pillar Two taxes are applicable. The group continues to assess its exposure to Pillar Two taxes and is monitoring developments in the application of these rules.

50%

## M | Cash and cash equivalents

Cash and cash equivalents comprise cash on hand, post and bank accounts, as well as call accounts and short-term deposits with an original maturity of three months or less.

## N | Derivatives and hedge accounting

FIFA uses derivative financial instruments to hedge its exposure to foreign exchange rate risks arising from operating and investing activities.

Derivative financial instruments are initially recognised at fair value on the date on which a derivative contract is entered into and are subsequently remeasured at fair

value. Derivatives are carried as financial assets when the fair value is positive and as financial liabilities when the fair value is negative.

For the purposes of hedge accounting, FIFA designates some of these hedges as cash flow hedges. At the inception of a hedge relationship, FIFA formally designates and documents the hedge relationship to which it wishes to apply hedge accounting and the risk management objective and strategy for undertaking the hedge.

The documentation includes identification of the hedging instrument, the hedged item, the nature of the risk being hedged and how FIFA will assess whether the hedging relationship meets the hedge effectiveness requirements. A hedging relationship qualifies for hedge accounting if it meets all the following effectiveness requirements:

- There is an economic relationship between the hedged item and the hedging instrument.
- The effect of credit risk does not dominate the value changes that result from that economic relationship.
- The hedge ratio of the hedging relationship is the same as that resulting from the quantity of the hedged item that FIFA actually hedges and the quantity of the hedging instrument that FIFA actually uses to hedge that quantity of hedged item.

Hedges that meet all the qualifying criteria for hedge accounting are accounted for as cash flow hedges. The effective portion of the gain or loss on the hedging instrument is recognised in other comprehensive income (OCI) in the cash flow hedge reserve, while any ineffective portion is recognised immediately in the statement of profit or loss. The cash flow hedge reserve is adjusted to the lower of the cumulative gain or loss on the hedging instrument and the cumulative change in fair value of the hedged item. For these cash flow hedges, the amount accumulated in OCI is reclassified to profit or loss as a reclassification adjustment in the same period during which the hedged cash flows affect profit or loss. If cash flow hedge accounting is discontinued, the amount that has been accumulated in OCI must remain in accumulated OCI if the hedged future cash flows are still expected to occur. Otherwise, the amount will be immediately reclassified to profit or loss as a reclassification adjustment.

The fair value of forward exchange contracts is their market price at the balance sheet date, being the present value of the quoted forward price.

## O | Inventories

Inventories are stated at cost or net realisable value, whichever is the lower. The net realisable value is the estimated selling price, less costs incurred in connection with completion and sale of the asset.

## P | Property and equipment

Property and equipment are stated at acquisition cost or at cost for right-of-use assets (as defined in Note J – Leases), less accumulated depreciation and impairment losses.

Where parts of an item of property and equipment have different useful lives, they are accounted for as separate items of property and equipment. Repairs and maintenance costs are recognised in profit or loss as an expense as they are incurred.

Depreciation is charged to profit or loss on a straight-line basis over the estimated useful lives of property and equipment. Depreciation is allocated to FIFA's key activity expenses. Land is not depreciated. The right-of-use assets are depreciated on a straight-line basis over the shorter of their estimated useful life and the lease term. The estimated useful lives are 20–50 years for operational buildings and three to 20 years for office and other equipment.

80% For the accounting treatment of right-of-use assets, please also refer to Note J – Leases.

## Q | Intangible assets

Intangible assets acquired and internally developed are measured at cost on initial recognition. Following initial recognition, they are carried at cost, less any accumulated depreciation and impairment losses. The estimated useful life of intangible assets is three to five years.

## R | Non-derivative financial assets

FIFA classifies its non-derivative financial assets into the following categories: financial assets measured at amortised cost, financial assets measured at fair value through profit or loss, and financial assets measured at FVOCI.

Financial assets measured at amortised cost are:

- loans and receivables created by FIFA as a result of pursuing its business activity; and
- FIFA's investment in debt securities and deposits.

Regarding these financial assets, FIFA's business model is to hold and collect contractual cash flows for them. The cash flows are comprised solely of principal and interest payments. These financial assets are initially recognised at fair value plus any directly attributable transaction costs. Subsequently, they are measured at amortised cost using the effective interest method, less impairment losses.

Financial assets at fair value through profit or loss are certain investments in equity instruments, debt securities and global equities held for trading, essentially in the event of a need for liquidity or positive market changes. Such financial assets are measured at fair value, with changes thereto recognised in profit or loss.

Financial assets at FVOCI represent investments in debt securities where the contractual cash flows are solely principal and interest, and the objective of FIFA's business model is achieved both by collecting contractual cash flows and selling financial assets. For debt securities at FVOCI, interest income, foreign exchange revaluation, and impairment losses or reversals are recognised in profit or loss and determined in the same manner as for financial assets measured at amortised cost. The remaining fair value changes are recognised in OCI.

Financial assets and liabilities are offset and the net amount is presented in the balance sheet when FIFA has a legally enforceable right to offset the recognised amount and the transactions are intended either to be settled on a net basis or to realise the asset and settle the liability simultaneously.

Regular-way purchases and sales of financial assets are recognised on settlement date, being the date that an asset is delivered to or by FIFA.

## S | Investment in associates and joint ventures

FIFA holds an interest in an associate and joint ventures. An associate is an entity over which FIFA has significant influence but no control over financial and operating policy decisions. This is generally the case where FIFA holds between 20% and 50% of the voting rights. A joint venture is a type of joint arrangement whereby the parties that have joint control of the arrangement have rights to the net assets of the joint venture. Joint control is the contractually agreed sharing of control of an arrangement, which exists only when decisions about the relevant activities require the unanimous consent of the parties sharing control. Investment in associates or joint ventures is accounted for using the equity method, under which the investment is initially recognised at cost and adjusted thereafter to recognise FIFA's share of the post-acquisition profits or losses of the associate or joint venture in other income, and FIFA's share of movements in other comprehensive income of the associate or joint venture in other comprehensive income. Dividends received or receivable from an associate or a joint venture are recognised as a reduction in the carrying amount of the investment. Unrealised gains on transactions between FIFA and its associate or joint venture are eliminated to the extent of FIFA's interest. Where necessary, accounting policies of the associate or joint venture have been changed to ensure consistency with the policies adopted by FIFA. For the impairment testing of the carrying amount of investment in associates and joint ventures, please refer to Note U – Impairment.

70%

## T | Non-derivative financial liabilities

Non-derivative financial liabilities such as payables are measured at amortised cost, which equals nominal value for short-term payables.

## U | Impairment

The carrying amounts of FIFA's property and equipment, intangible assets and financial assets that are not measured at fair value through profit or loss, and investments in associates and joint ventures are reviewed at each balance sheet date to determine whether there is any indicator of impairment. If any such indication exists, the recoverable amount of the non-financial asset or its cash-generating unit, being the greater of its fair value, less costs of disposal and its value in use, is estimated. An impairment loss is recognised in profit or loss whenever the carrying amount of an asset or its cash-generating unit, or an investment in an associate or a joint venture exceeds the respective recoverable amount. For financial assets not measured at fair value through profit or loss, an impairment allowance is determined using a forward-looking expected credit loss (ECL) approach that is based on the difference between the contractual cash flows due under the contract and all of the cash flows that FIFA expects to receive. The shortfall is then discounted at an approximation of the asset's original effective interest rate.

For contract assets and trade and other receivables, FIFA has applied a simplified approach and calculated ECLs based on lifetime ECLs. For other debt financial assets (debt securities), the ECL is based on the 12-month ECL, as it is assumed to have a low credit risk. However, when there has been a significant increase in credit risk since origination, the allowance will be based on lifetime ECLs.

Changes in the impairment allowance are recognised in profit or loss and reflected in an allowance account against the respective financial asset.

## V | Employee benefit obligations

The Swiss pension plan is accounted for as a defined benefit plan. The financial impact of this plan on the consolidated financial statements is determined in accordance with the projected unit credit method and applying actuarial assumptions based on best estimates at the balance sheet date.

Actuarial gains and losses on the post-employment benefit obligations, comprising the effects of changes in assumptions and experience adjustments, as well as the difference between the theoretical and the actual income from plan assets, are recognised in other comprehensive income. Costs relating to the administration of the pension plan are recognised in the statement of comprehensive income.

## W | Provisions

A provision is recognised when FIFA has a legal or constructive obligation as a result of a past event and it is probable that an outflow of economic benefits will be required to settle the obligation. If the effect is material, provisions are determined by discounting the expected future cash flows at a pre-tax rate that reflects current market assessments of the time, value of money and, where appropriate, the risks specific to the liability.

## X | Reserves

Reserves consist of association capital, restricted reserves for FIFA's statutory objectives, restricted reserves for club football, translation reserves, fair value reserves of financial assets at FVOCI and cash flow hedge reserves. As FIFA is an association, no dividends are paid. Based on article 54 of the FIFA Statutes, the revenue and expenditure of FIFA are managed so that they balance out over the financial cycle. FIFA's major duties in the future will be guaranteed through the creation of reserves.

Therefore, the net result for the year is allocated to the reserves. Such reserves are presented as restricted reserves in the balance sheet.

In the event of the dissolution of FIFA, its funds shall not be distributed, but transferred to the supreme court of the country in which its headquarters are situated. The supreme court shall invest them in gilt-edged securities until the re-establishment of the federation.

## Y | Significant accounting judgements, estimates and assumptions

The preparation of financial statements requires the management to make judgements, estimates and assumptions that affect the reported amounts of assets, liabilities, income and expenses. Actual results may differ from these estimates. The consolidated financial statements of FIFA include estimates and assumptions that could influence the financial statements of subsequent financial years.

Estimates and underlying assumptions are reviewed on an ongoing basis. Revisions to accounting estimates are recognised in the period in which the estimate is revised and in any future periods affected:

**Revenue recognition**

As set out in Note E, IFRS 15 – Revenue Recognition from Contracts with Customers requires judgements and estimates. "Judgements" relate to the determination of performance obligations in each of the major revenue streams, having the potential to impact the revenue recognition pattern under the contract as well as the determination of customer contracts. Furthermore, the allocation of consideration to different performance obligations requires estimation of the stand-alone selling price of each of these. Assumptions are required to determine an appropriate measure of progress when determining how control over promised services transfers to the customer. All of the above have the potential to result in a different revenue recognition pattern.

**Competitions & Events expenses**

Competitions & Events expenses are the outflow of economic benefits that arise in the ordinary activity of organising an event. Incurred costs related to the FIFA World Cup™, FIFA Women's World Cup™, FIFA Club World Cup™ and other FIFA events are deferred and recognised in profit or loss in the period in which the respective event takes place. Assumptions are required to determine an appropriate measure of allocation and quantification of accruals related to the FIFA World Cup, FIFA Women's World Cup, FIFA Club World Cup and other FIFA event expenses. All assumptions have the potential to result in a different cost recognition.

**Defined benefit plans (pension benefits)**

The cost of the defined benefit pension plan and the present value of the pension obligation are determined using actuarial valuations. An actuarial valuation involves making various assumptions that may differ from actual developments in the future. These include the determination of the discount rate, future salary increases, credit rate, mortality rates and future pension increases.

Due to the complexities involved in the valuation and its long-term nature, a defined benefit obligation is highly sensitive to changes in these assumptions. All assumptions are reviewed at each reporting date (see also **Note 33 – Personnel expenses**).

**Leases**

Leases require judgement in determining the lease term of contracts with renewal options. FIFA specifies the lease term as the non-cancellable term of the lease, together with any periods covered by an option to extend the lease if it is reasonably certain to be exercised, or any periods covered by an option to terminate the lease, if it is reasonably certain not to be exercised. FIFA has options to extend the lease term under some of its real estate leases. It applies judgement in evaluating whether it is reasonably certain to exercise the option to renew, i.e. it considers all relevant factors that create an economic incentive for it to exercise the renewal. After the commencement date, FIFA reassesses the lease term if there is a significant event or change in circumstances that is within its control and affects its ability to exercise (or not to exercise) the option to renew. Furthermore, when there is no implicit rate in the lease, FIFA determines the incremental borrowing rate (IBR) to measure lease liabilities. The IBR is the rate of interest that FIFA would have to pay to borrow over a similar term, and with a similar security, the funds necessary to obtain an asset of a similar value to the right-of-use asset in a similar economic environment. FIFA estimates the IBR using observable inputs (such as market interest rates, depending on the duration and underlying currency of the contract) when available and is required to make certain entity-specific estimates (such as FIFA's credit rating).

**Legal matters**

FIFA is currently involved in a number of legal disputes arising from its operating activities. In some legal disputes, FIFA is the defendant and thus these proceedings may – depending on the respective outcome – result in payment or other obligations. Provisions are recorded where a reliable estimate can be made of the probable legal outcome.

For provisions for legal matters, reference is made to **Note 28**.

For contingent liabilities, reference is made to **Note 34**.

**More**



### Notes

The notes form an integral part of FIFA's consolidated financial statements for 2025.

Read more →




### 1. Revenue from television broadcasting rights

Read more →

INSIDE FIFA

**What FIFA does**

- Legal
- Transfer system
- Women's Football
- Advancing football
- Innovation
- Talent development
- Tournament organisation
- Sustainability
- Human Rights & Anti-Discrimination
- Health and medical
- Education initiatives

**Also visit**

- All stories & topics
- Reports & Documents
- FIFA Foundation
- FIFA Museum
- Jobs & Careers
- Contact FIFA

FIFA

GET IT ON Google Play | Download on the App Store

FIFA PARTNERS

Lenovo

VISA

TERMS OF SERVICE DATA PROTECTION PORTAL DOWNLOADS COOKIE SETTINGS

Copyright © 1994-2026 FIFA. All rights reserved.

Cookie Settings

# EXHIBIT 5

# Member Associations

The FIFA Member Associations (MAs) are at the centre of football's global ecosystem, representing 211 countries and territories across six continents. These MAs are responsible for the development and governance of football within their territory, including organising competitions, nurturing grassroots programmes, and promoting the sport at all levels. They work to ensure that football thrives as a unifying force within their communities, fostering participation and providing opportunities for players, coaches, and referees to grow. FIFA Member Associations also play a crucial role in upholding the integrity of the game by enforcing FIFA's regulations and promoting fair play, inclusion, and respect on and off the pitch.

FIFA maintains a close and collaborative relationship with its MAs, supporting them with investment, technical expertise, and strategic guidance. Through development initiatives such as the FIFA Forward Programme, FIFA provides funding to enhance infrastructure, improve training, and expand access to football for all. This partnership ensures that MAs can achieve sustainable growth and make a lasting impact within their regions. By working together, FIFA and its Member Associations strengthen the global football family, building a more inclusive, diverse, and innovative future for the sport.

# EXHIBIT 6

# How world soccer is governed: FIFA, UEFA and the balance of power

reuters.com/sports/soccer/how-world-soccer-is-governed-fifa-uefa-balance-power-2026-07-29

Janina Rios, Angelica Medina July 29, 2026




0 seconds of 0 secondsVolume 0%

July 29 - FIFA's plan to create a $20 billion subsidiary to run the World Cup and sell minority stakes to external investors has highlighted the balance of power within world soccer.
While FIFA is the sport's global governing body, much of football's commercial strength lies elsewhere — particularly in Europe, where UEFA controls many of the game's most valuable competitions. Here's how the sport is organised.
The Reuters Daily Briefing newsletter provides all the news you need to start your day. Sign up here.

Advertisement · Scroll to continue

## WHO RUNS WORLD SOCCER?

FIFA sits at the top of world soccer's governing structure. Founded in 1904 and based in Zurich, it has 211 member associations, each with one vote at the FIFA Congress, the body's supreme legislative authority.

The Congress elects the FIFA president and approves major statutory changes, while the 37-member FIFA Council is the main decision-making body between Congress meetings.
Every national football association also belongs to one of FIFA's six continental confederations: UEFA in Europe, CONMEBOL in South America, CONCACAF in North and Central America and the Caribbean, the AFC in Asia, CAF in Africa and OFC in Oceania.
Advertisement · Scroll to continue
National associations govern football within their own countries, while the confederations administer the game at regional level.

## WHAT DOES FIFA DO?

FIFA organises global competitions, including the men's and women's World Cups, the Club World Cup and youth tournaments. It also oversees the international match calendar, which determines when clubs must release players for national-team duty.
The governing body sets the global regulatory framework for international football through rules covering areas such as player eligibility, transfers and disciplinary matters in FIFA competitions, while distributing development funding through programmes such as FIFA Forward.
Politically, FIFA's structure gives every member association an equal vote, regardless of the size or wealth of its football industry. That makes coalition-building across Africa, Asia, the Americas and Oceania central to FIFA elections and major policy decisions.
Advertisement · Scroll to continue

## WHAT ROLE DO CONFEDERATIONS PLAY?

FIFA logo, the numbers "20%" and rising stock graph are seen in this illustration taken, July 28, 2026. REUTERS/Dado Ruvic/Illustration [Purchase Licensing Rights, opens new tab]

The six confederations are not simply FIFA's regional offices. They are independent governing bodies with their own congresses, executives, competitions and commercial programmes.
They organise continental national-team tournaments, including the European Championship, Copa America, Africa Cup of Nations, Asian Cup, Gold Cup and OFC Nations Cup, while also running the leading club competitions in their respective regions.
FIFA's statutes recognise the confederations' right to organise continental competitions, subject to FIFA's regulations and the international match calendar.

## WHY IS UEFA DIFFERENT?

Although UEFA has only 55 of FIFA's 211 member associations, it generates substantially more commercial revenue than any other confederation, organising many of football's most

valuable competitions.

These include the Champions League, Europa League, Conference League and the European Championship competitions that generate billions of euros through broadcasting rights, sponsorship and commercial partnerships. Europe is also home to many of the world's biggest clubs, leagues, broadcasters and sponsors.

That commercial strength extends UEFA's influence beyond its own competitions. The confederation redistributes billions of euros through prize money, solidarity payments and development funding, reinforcing its importance to clubs, leagues and national associations across Europe.

## WHY CAN UEFA CHALLENGE FIFA?

FIFA has the governing authority over world football, but UEFA oversees much of its economic engine.

Although Europe's 55 national associations account for just over a quarter of FIFA's membership, the confederation organises the sport's richest club and national-team competitions and represents many of its biggest leagues, clubs and broadcasters.

That commercial weight gives UEFA significant influence whenever FIFA proposes changes affecting competitions, the international calendar or the commercial structure of the game.

The relationship is one of mutual dependence: FIFA needs Europe's participation to maximise the value of its flagship tournaments, while UEFA operates within FIFA's global regulatory framework.

That balance helps explain why disputes between the two bodies — whether over competition formats, the international calendar or FIFA's commercial matters — carry such significance for the sport.

Reporting by Angelica Medina and Janina Nuno Rios in Mexico City, editing by Pritha Sarkar

Our Standards: The Thomson Reuters Trust Principles., opens new tab

Journalist with extensive experience across print and online media platforms. Skilled in video editing, graphic design and photography. As sports reporter, covered major international events such as the Olympics and the Mexican Grand Prix. Previously worked on entertainment, lifestyle and restaurant pieces for Time Out and local city guide magazines. Passionate about travel, art, cinema and mezcal.

# EXHIBIT 7

Forbes

BETA



# Behind The $10.5 Billion Brand Spending Spree At The 2026 FIFA World Cup

By Pamela N. Danziger, Senior Contributor. Pam Danziger reports on retail, focus...

Follow Author

Published Jun 05, 2026, 10:49am EDT, Updated Jun 05, 2026, 04:26pm EDT

Add Us On Google

Summary

The 2026 FIFA World Cup is poised to be the

Show More




LUSAIL CITY, QATAR - DECEMBER 18: Gonzalo Montiel of Argentina scores the winning penalty during the penalty shoot out to win the FIFA World Cup for...
GETTY IMAGES

The 2026 FIFA World Cup championship, along with the 104 matches leading up to it, promises to be the most-watched sporting event the world has ever seen—far surpassing the 2022 Qatar final between Argentina and France, which drew 1.5 billion viewers and engaged some 5 billion people throughout the tournament.

This year's scale is much bigger. More teams will take the field—48 vs. 32. Forty more matches will be played—up from 64 in 2022. Matches will take place in three

countries—the U.S., Mexico, and Canada—over 39 days in June and July, compared with the 2022 World Cup, which took place over 29 days in November and December. Plus, the competitive stakes will be higher this time: It will take eight matches to win this year, versus seven in 2022. All told, over six billion people, or roughly three-quarters of the world's population, are expected to engage with the tournament.

And it's not just a sporting event — it's an economic engine unrivaled in scale. The closest benchmark is the Summer 2024 Olympics, which drew around 5 billion viewers and was initially projected to contribute $10 billion to the French economy, though after-the-fact reporting suggests it fell short. By comparison, the World Cup's global economic impact could be four times that.

Expect the World Cup to move more money across more sectors than any sporting event in history.

# EXHIBIT 8

# How FIFA Turns the 2026 World Cup Into a $13 Billion Machine

Mapped / By Andreas De Rosi / Published June 13, 2026

## Key Takeaways

- 💰 **A record-breaking cycle.** FIFA's 2023–26 four-year cycle is on course for around $13 billion in revenue, up roughly 72% on the $7.57 billion Qatar cycle.
- 🏆 **The World Cup is the engine.** FIFA estimates about $8.9 billion of that comes directly from the expanded 48-team 2026 tournament in the USA, Canada and Mexico.
- 📺 **Broadcasting leads the way.** Television rights are the single biggest income source, and US media rights alone are up around 94% versus Qatar 2022.
- 🇺🇸 **America is the money centre.** The United States is both the main host and home to 14 of FIFA's 26 commercial backers — more than half.

**Ticket prices hit records.** FIFA's first-ever dynamic pricing pushed final-match resale listings toward $2 million and triggered a US state investigation.

The 2026 FIFA World Cup will be the biggest in the tournament's history — 48 teams, 104 matches and three host nations. It will also be by far the most lucrative. Behind the football sits a financial machine that FIFA expects to generate a record sum across its four-year business cycle, the vast majority of it flowing through this single summer.

So how much does FIFA actually make from a World Cup, where does the money come from, and where does it go? We pulled the figures from FIFA's own reporting and mapped the flows.

## A record $13 billion cycle

FIFA budgets in four-year cycles rather than per tournament. Its official 2023–26 budget targeted **$11.0 billion** in revenue. It has since revised that projection upward to a record **~$13.0 billion** — about 72% more than the $7.57 billion it earned across the 2019–22 Qatar cycle. Most of the extra $2 billion comes from the new 2025 Club World Cup, which wasn't in the original budget.

Of that cycle total, FIFA estimates roughly **$8.9 billion** comes directly from the expanded 48-team 2026 World Cup itself — the single biggest payday in the organisation's history.

## Follow the money: inflows to outflows

The diagram below traces FIFA's official cycle budget from where the money comes in (left) through FIFA and out to where it is spent (right). It is built on the clean $11 billion budget, the only figure FIFA publishes with audited line items on both sides.




How FIFA's 2023–26 cycle budget flows from revenue sources to spending. Diagram: Mappr · Source: FIFA Annual Report 2022

## Where the money comes from

FIFA has four main revenue streams. On the official $11 billion budget they break down as:

- **Television & broadcasting rights — $4,264M (39%).** The biggest single source by far.
- **Hospitality & ticketing — $3,097M (28%).**
- **Marketing & sponsorship — $2,693M (24%).** The FIFA Partners and World Cup sponsors.
- **Licensing rights — $669M (6%).**
- **Other revenue — $277M (3%).**

Analysts expect the 2026 edition to break records in every category. Ampere Analysis projects roughly **$3.8 billion** in broadcast revenue for the tournament (up about 22% on Qatar 2022) and around **$2.4 billion** in sponsorship (up about 37%). The standout market is the United States, where domestic media rights are estimated to have risen by around 94%.

## Which nations bankroll the World Cup

FIFA does not publish revenue country by country, but its commercial backers are public. The map below shows FIFA's 26 World Cup 2026 partners and sponsors by the country of their corporate headquarters — bubble size is the number of deals, colour is the top tier each country holds.




FIFA's 26 commercial backers for World Cup 2026, mapped by corporate HQ. Map: Mappr · Source: FIFA commercial roster 2026

The picture is lopsided. The **United States** is home to 14 of the 26 backers — two top-tier FIFA Partners (Coca-Cola and Visa) plus sponsors including Bank of America, McDonald's, Verizon and DoorDash, and a string of supporters. **China** is second with three (Lenovo, Hisense and Mengniu). The rest are scattered single

big-ticket Partners: Adidas (Germany), Hyundai-Kia (South Korea), Aramco (Saudi Arabia) and Qatar Airways (Qatar), with Unilever and Diageo (UK), AB InBev (Belgium), Boggi Milano (Italy) and Globant (Argentina) filling out the lower tiers.

Tier matters because the price tag does. FIFA Partners reportedly pay upwards of $100 million a year for year-round rights across all FIFA events; World Cup sponsors pay an estimated $65–95 million for tournament rights; regional supporters around $15 million. FIFA does not disclose individual fees.

## Where the money goes

FIFA's framing is that more than 90% of its budget is reinvested into football. On the original $11 billion budget the major spending buckets are:

- **Competitions & events — $5,618M.** Staging the tournaments, with World Cup 2026 the primary driver at around $3,839M.
- **Development & education — $3,923M.** Includes FIFA Forward grants to member associations and confederations.
- **Operations, governance & other — about $1,359M.**
- **Budgeted surplus — about $100M,** added to reserves that already sit at roughly $4 billion.

Two outflows go straight to the game's participants. The 2026 prize pool is a record **$871 million**, with a guaranteed minimum of $12.5 million per qualified nation and around $53.5 million on offer to the eventual winner. Separately, a **$355 million** Club Benefits Programme pays clubs for releasing their players — up about 70% on Qatar, and for the first time it includes $100 million for clubs whose players feature in qualifying, not just the final tournament.

## The ticket-price shock

If the commercial side is a story of records, the ticketing side is a story of backlash. For the first time at a World Cup, FIFA adopted **dynamic pricing** — prices that move with demand, enabled by the relatively loose US regulatory environment. The result was steep, and steeply unpopular.

Group-stage tickets ranged from roughly **$380 to $4,105**, and analysis found FIFA's primary categories rose by an average of **34% between October and April**. Premium final-match tickets climbed toward **$13,000–$16,000** at face value. On FIFA's own resale platform — which charges fees and carried no meaningful price cap — listings for the July 19 final at MetLife Stadium reached as high as **$2 million**, with six- and seven-figure asks widely reported. For comparison, the most expensive general-admission final ticket at Qatar 2022 was $1,607, and at Russia 2018 just $1,100.

The reaction was fierce. Football Supporters Europe called the prices "extortionate" and "a monumental betrayal of the tradition of the World Cup." After the outcry FIFA introduced a cut-price supporter tier — $60 seats for teams' most loyal fans — and the New York City mayor's office secured 1,000 tickets at $50 each. The attorneys general of New York and New Jersey opened investigations into the pricing, alleged misleading seat information and staggered sales. Tellingly, by late spring some resale prices were already falling as demand failed to meet FIFA's peak asks.

## Is this still good for the sport?

It's worth being fair to FIFA on the headline numbers. A $13 billion cycle is not money disappearing into a vault: a record $871 million prize pool, a $355 million club fund and nearly $4 billion in development spending represent real redistribution down the football pyramid, and the World Cup remains the engine that funds the global game between tournaments.

But the ticketing episode is harder to defend. Dynamic pricing optimised for maximum yield, a FIFA-run resale market that profits from $2 million flips, and final

tickets that cost more than a car all point the same way: toward squeezing the people who actually fill the stadiums. When the regulator is circling and your own supporters' groups are using the word "betrayal," the marginal revenue is not worth the reputational damage — especially for an organisation already sitting on billions in reserves. Commercial growth and a people's tournament can coexist; pricing out the fans who give the event its atmosphere is a self-inflicted wound. The smarter play would have been to grow the sponsorship and broadcast machine, where the real money is, and keep the turnstiles affordable.

## The bottom line

The 2026 World Cup is set to be the richest sporting event ever staged — a roughly $13 billion machine powered by American broadcasters, a globe-spanning roster of corporate backers and, more controversially, the fans in the seats. How FIFA balances that last revenue stream against goodwill may define how this tournament is remembered long after the trophy is lifted on July 19.

### Sources and Research

### Related Stories



**Mapped: All 48 Countries That Qualified for the 2026 FIFA World Cup**

The 2026 FIFA World Cup will be the biggest ever — 48 nations across USA, Canada & Mexico. See the full map of...

# EXHIBIT 9

# More than half the world watched record-breaking 2018 World Cup

**English** - Other languages (3)

- **Audit shows a record 3.572 billion people watched the 2018 FIFA World Cup Russia™**
- **Figure includes those who watched TV at home, out of home or on digital platforms**
- **The final was seen live by a combined 1.12 billion viewers worldwide**

FIFA has today published the key findings of a comprehensive audit of consolidated final audience data for the 2018 FIFA World Cup Russia™, which was broadcast live in every territory around the world from 14 June to 15 July this year.

PDF

2018 FIFA World Cup Russia™: Global Broadcast and Audience Summary

A combined 3.572 billion viewers – more than half of the global population aged four and over – tuned in to world football's ultimate competition, according to audience data for official broadcast coverage of the 2018 FIFA World Cup.

The global in-home TV audience watching at least one minute of coverage totalled 3.262 billion, while a further estimated 309.7 million people watched no coverage in home but caught the action on digital platforms, in public viewing areas or in bars and restaurants, boosting the total audience by 9.5 per cent.

The final between France and Croatia on 15 July attracted a combined global audience of 1.12 billion, comprising 884.37 million viewers tuning in to linear TV coverage and a further 231.82 million out-of-home and digital-only viewers.

Over the 64 matches, the average live audience was 191 million: each game was a global televisual event in its own right.

The report also reveals that, on average, viewers watching on TV at home engaged with the coverage for longer than in previous FIFA World Cups: the number of viewers catching at least three minutes of the 2018 edition was 3.04 billion, a 10.9 per cent increase on Brazil 2014. Meanwhile, the audience watching for at least 30 minutes was 2.49 billion, way up on 2014's 1.95 billion viewers.

All around the world broadcasters reached unprecedented numbers of unique users through their digital platforms as second-screen and on-the-move viewing was firmly established as a way of enjoying the FIFA World Cup.

"These figures really do support the claim that Russia 2018 was the best World Cup ever. We're particularly pleased to see an increase in the average time viewers are engaging with matches, which shows that we are giving the fans what they want. The fact that half the world's population watched the FIFA World Cup reflects not just the high quality of our award-winning live coverage, but also that fans everywhere are insatiable for world-class football," said FIFA's Chief Commercial Officer, Philippe Le Floc'h.

Publicis Media Sport & Entertainment (PMSE) compiled the consolidated audience figures for the 2018 FIFA World Cup based on scheduling and audience data gathered from official television

auditing agencies in markets around the world, from FIFA's Media Rights Licensees (MRLs), and non-captured (out-of-home and digital) audience data provided by Nielsen.

**PMSE's Global Broadcast and Audience Summary of the 2018 FIFA World Cup Russia is available (in English only) on FIFA.com**PMSE's Global Broadcast and Audience Summary of the 2018 FIFA World Cup Russia is available (in English only) on FIFA.com

## Related Documents

# EXHIBIT 10

# Total record-breaking attendance numbers revealed for 2026 World Cup

Victoria Hernandez
USA TODAY

July 19, 2026, 5:43 p.m. ET

***Editor's note**:Follow for live updates on Argentina-Spain World Cup final*

The final attendance numbers are in for the 2026 World Cup.

In the second half of the final match between Spain and Argentina on Sunday, July 19, it was announced that MetLife Stadium had a full house of 80,663 fans. This allowed the final tally to be calculated.

The World Cup attendance record was broken back in the group stage when 3,605,357 fans went to a match in one of the 16 cities across the three host countries of the United States, Canada and Mexico.

This year's tournament was the largest ever. With an expanded field of 48 teams, there was a record 104 matches.

**Buy our World Cup collector's book:** AMERICA'S WORLD CUP: The biggest, boldest summer in soccer history

This World Cup also broke viewership records, with the semifinals setting the benchmark in English and Spanish language telecasts. The United States' round of 16 loss to Belgium was also the most-watched soccer match in U.S. history.

## 2026 World Cup attendance

Here are the final attendance numbers for the 2026 World Cup, per FIFA:

**Total:** 6,810,966 fans
**Average:** 65,490 fans per match
**Occupancy:** 99.7%

### Relive 'America's World Cup' with our commemorative book

*Our editors independently choose our recommendations. Some content is produced with paid support from a third party, however our editorial decisions remain independent. If you buy through our links, the USA TODAY Network may earn a commission. Prices and availability may change.*

# EXHIBIT 11

# 2026 World Cup sets all-time attendance record with more than 6.8 million spectators

Monday, 20 July 2026

By The Brussels Times with Belga



A general view of players on the pitch during the 2026 World Cup football tournament final match between Spain and Argentina at the New York/New Jersey Stadium in East Rutherford on July 19, 2026. MAURO PIMENTEL / AFP

**A record 6,810,966 spectators attended the 104 matches of the 2026 FIFA World Cup across the United States, Canada and Mexico, FIFA announced shortly after Spain's 1-0 victory over Argentina in the final.**

The previous attendance record was set at the 1994 World Cup in the United States, when around 3.6 million spectators attended. That figure had already been surpassed before the end of this year's group stage.

Ahead of the competition, concerns were raised that high ticket prices and US President Donald Trump's policies could prevent stadiums from selling out.

Instead, almost every venue was filled to capacity throughout the tournament, which featured a record 48 teams and an expanded 104-match schedule.

By comparison, the 1994 World Cup featured 52 matches, while the previous edition in Qatar drew more than 3.4 million spectators.

## Related News

Spain dethrone Argentina and win World Cup for the second time

Council of Europe warns against political interference in football

# EXHIBIT 12

# FIFA President delighted by ‘record-smashing’ FIFA World Cup 2026

**English** - Other languages (4)

- **Gianni Infantino: “I think we have to invent a new vocabulary, new words to define the success of this FIFA World Cup”**
- **The 2026 edition saw more fans attend matches than 2018 and 2022 tournaments combined with over six billion people expected to have engaged worldwide**
- **First 48-team finals brought almost three goals per game across 104 matches, the best ratio for a FIFA World Cup™ in 56 years**

FIFA President Gianni Infantino has said the FIFA World Cup 2026™ “destroyed every record” after the first 48-team edition in the tournament’s history came to a spectacular end.

## FIFA President delighted by ‘record-smashing’ FIFA World Cup 2026

02:38 20 Jul 2026

Spain dethroned reigning champions Argentina in the final at the New York New Jersey Stadium to be crowned FIFA World Cup™ winners for a second time and bring the curtain down on a milestone-setting 39 days of competition across Canada, Mexico and the United States.

With three co-hosts and a record number of participating teams, the 2026 tournament was groundbreaking even before the first match kicked off in Mexico City on 11 June, but it went on to set benchmark after benchmark through to its conclusion on 19 July.

View this post on Instagram

An all-time record 6,810,966 fans attended the 104 matches – more than the 2018 and 2022 editions combined – with an average crowd of 65,490 at every game. With the 16 venues filled to 99.7% capacity, the 2026 tournament set another FIFA World Cup best.

Fans also saw more entertainment on the pitch. The 48 teams registered 308 goals between them – smashing the previous best of 172 from 2022 – with an average of 2.96 goals per game. That surpassed the average of 2.69 in Qatar four years ago and is the highest ratio since the 1970 tournament in Mexico.

“This World Cup has not just broken all possible records, it has smashed them, it has destroyed every record,” Mr Infantino said. “All the top, top players performed extremely, extremely well, from, of course, Rodri, who was the best player of the tournament, to Leo Messi, to Kylian Mbappé, to Erling Haaland, to Harry Kane, Jude Bellingham: every player was there. New players came in, beautiful stories, debutants, the Cabo Verde stories, so beautiful.

“I mean, you cannot script the perfect (FIFA) World Cup in such a way as this (FIFA) World Cup happened. I think we have to invent a new vocabulary, new words to define the success of this FIFA World Cup.”




The number of people having engaged with the tournament around the world is expected to total more than six billion when the final figures are released, and a number of TV viewing records were set by those unable to attend matches in person. In addition, more than 9 million fans attended FIFA Fan Festivals across the three host countries, including more than 4.5 million in Mexico alone.

Mr Infantino said the breathtaking numbers were symptomatic of how football had united the world.

“I feel good. I feel fantastic. I feel great, satisfied for the incredible success of this FIFA World Cup,” he said. “I am very proud, of course, of everything that has happened. I am very happy because what we did is, we made millions of people in America and around the world happy. We have seen images and scenes of fans in the stadiums, in the cities, in America, in Canada, in Mexico, all over the world, which are unique. And this reminds us that football in the FIFA World Cup is not just a competition, but it is actually there to unite the world and to make, maybe, the world a little bit better.”

**View this post on Instagram**

With the 2026 edition already disappearing in the rear-view mirror, the road for FIFA's flagship men's tournament now directs towards the FIFA World Cup 2030™. It will be co-hosted by Morocco, Portugal and Spain with matches also played in Argentina, Paraguay and Uruguay as part of the tournament's unique centenary celebration.

While he acknowledged that certain aspects may be different, the FIFA President said the common thread that runs through every FIFA World Cup would connect the 2030 edition with its 23 predecessors.

"Nothing can touch the power and the magic of the FIFA World Cup, because the world needs events like this to bring them together, to bring people together in joy and happiness. We saw so many families, so many women in the stadiums. We saw so many happy scenes in the cities. We saw fans from different countries celebrating," Mr Infantino said.

“We had peace, we had joy and we had people coming together, because when you do the things as we do at FIFA, with your heart and with passion, then they turn out perfectly well. This FIFA World Cup has been incredible; the next one will be fantastic.”

# EXHIBIT 13



FIFA World Cup

# 2026 FIFA World Cup breaks another record, surpassing the combined attendance of Russia 2018 and Qatar 2022

07/12/2026 – 04:43 PM - by beIN SPORTS USA

**The FIFA World Cup 2026 continues to make history both on and off the pitch.**

The FIFA World Cup 2026 continues to make history both on and off the pitch.

With only four matches remaining, the tournament hosted by the United States, Mexico and Canada has already surpassed the combined attendance of the **2018 FIFA World Cup in Russia** and the **2022 FIFA World Cup in Qatar**.

## Follow all the FIFA World Cup coverage on beINSPORTS

3:51

Watch on

## More than 6.5 million fans

According to official figures, **6,527,410 spectators** have attended the first 100 matches of the 2026 FIFA World Cup.

That total exceeds the **6,436,020 fans** who attended the previous two World Cups combined.

**Russia 2018:** 3,031,768 spectators.
**Qatar 2022:** 3,404,252 spectators.
**2026 World Cup:** 6,527,410 spectators after 100 matches.



## Achieved with fewer matches

The accomplishment is even more remarkable considering the tournament reached the milestone **before it has even concluded**.

The attendance figure comes after just **100 matches**, while Russia 2018 and Qatar 2022 required all **128 combined matches** (64 in each tournament) to reach their total attendance.

Ver esta publicación en Instagram

Una publicación compartida por beIN SPORTS USA (@beinsportsusa)

## Four matches still to play

The 2026 FIFA World Cup still has its two semifinals, the third-place match and the final remaining.

With four more games on the schedule, the attendance record is expected to grow even further, reinforcing the global impact of the first 48-team FIFA World Cup.

## Watch beIN SPORTS Xtra live for free on YouTube



# EXHIBIT 14

# FIFA reports $2bn upward budget revision to $11bn for 2023-26 cycle

insideworldfootball.com/2025/05/16/fifa-reports-2bn-upward-budget-revision-11bn-2023-26-cycle

Paul Nicholson May 16, 2025




May 16 – Football Unites the World is FIFA's slogan, but it is money that truly unites FIFA, and FIFA is about to have a whole lot more, announcing at its 75th Annual Congress in Asuncion Paraguay that its new budget for the 2023 to 2026 is $13 billion, exactly double the $6.5 billion of its previous 2019 to 2022 cycle.

The new £13 billion budget is an upward revision from the previous $11 billion with FIFA saying that 60% of those increased revenues are already contracted.

The 2024 financial year showed FIFA operating at a negative $612 million, but that is $400 million better than was originally budgeted.

Revenue for 2025 was $483 million, 39% or $190 million above budget. Spend was $1.298 billion, of which $261 million was described by FIFA as commercial expenses.

At the end of 2024 FIFA had reserves and cash of $4.76 billion.




| Revenue | 2024 Actual | 2024 Budget | % |
|---|---|---|---|
| TV broadcasting rights | 39 | 15 | 160% |
| Partnership/marketing rights | 304 | 137 | 122% |
| Licensing rights | 48 | 75 | -36% |
| Other revenue and income | 92 | 66 | 39% |
| **Total revenue** | **483** | **293** | **65%** |

For 2025 all eyes have been on the financial numbers for the expanded Club World Cup which FIFA is now saying will have no impact on its reserves. This is in large part due to the $1 billion DAZN TV rights buy, backed by Saudi Arabian money.

The Club World Cup is budgeted to generate $2 billion in revenue of which TV and marketing will contribute 75% and the remaining 25% coming from hospitality and ticket sales.




| Expenses | 2024 Actual | 2024 Budget | % |
|---|---|---|---|
| Competitions & Events | 286 | 286 | 0% |
| Development & Education | 702 | 694 | -1% |
| Football Governance | 49 | 41 | -20% |
| **Total football activities** | **1.037** | **1.021** | |
| FIFA Governance & Administration | 206 | 205 | 0% |
| Marketing & TV Broadcasting | 55 | 63 | 13% |
| **Total administration & commercial** | **261** | **268** | |

Expenses for the Club World Cup, that starts June 14, are budgeted at $900 million with prize money at an eye watering $1 billion. FIFA said it will not retain any revenue from the tournament but that it will be fed directly back into the club game worldwide.

FIFA is budgeting for revenues of $8.911 billion for 2026, the year of its expanded 48-team World Cup bonanza in the USA, Mexico and Canada.

Over the cycle $2.25 billion will have been invested in the third phase of the FIFA Forward programme with each national federation able to apply for grants of up to $8 million. $60 million is available to confederations.

Contact the writer of this story at paul.nicholson@insideworldfootball.com

# EXHIBIT 15

Support the Guardian
Fund independent journalism with $15 per month
Support us →



World Cup 2026

This article is more than **3 months old**

# The $13bn World Cup: how the numbers stack up on Fifa's 2026 balance sheet



The earnings from the tournament in the US, Mexico and Canada will make it the most lucrative competition in the

## history of sport, even if some of the 48 competing countries say they are struggling to make ends meet

**Matt Hughes** *Global sports business correspondent*

Thu 30 Apr 2026 03.00 EDT

A World Cup that Fifa's president, Gianni Infantino, billed at the draw last December as "the greatest event that humanity has ever seen" will certainly be the most lucrative competition in sporting history.

Fifa has spent the last few years upgrading its revenue projections, with the most recent financial report stating that the world governing body will make $13bn (£9.6bn) from the four-year cycle culminating in this summer's tournament, almost $9bn of which will be brought in this year.

By way of contrast, the most recent edition of the original Greatest Show on Earth, the Paris 2024 Olympics, generated €4.48bn ($5.24bn).

The financial importance of the World Cup will be spelt out further on Thursday when Infantino will provide further details of Fifa's draft budget for 2027 to 2030 at its annual congress in Vancouver, with another big increase expected.

It seems hard to believe now that in financial terms the World Cup trailed the Olympics until the 2010 tournament in South Africa, which brought in revenue of $4.19bn compared to the $3.23bn at current exchange rates produced by the London 2012 Games. Although it has been Fifa's decision to take the tournament to the United States that appears to have taken its earnings to another stratosphere.

### World Cup revenue 2023-26

Total **$13bn**




Guardian graphic. Source: Fifa. Note: $11bn initial budget approved by Fifa congress in 2023. Figures may not total due to rounding

From increasing revenues by 18% between the 2018 World Cup in Russia and the Qatar edition four years later, a cycle that brought in $7.5bn, Fifa's yield will have increased by another 73% by the end of the summer, based on its projections.

As a result of exceeding its revenue target for 2022-26, in the most recent financial report published last month Fifa increased its budget for the next four years to $14bn.

As Ricardo Fort, a sponsorship consultant who has negotiated commercial deals with Fifa on behalf of Visa and Coca-Cola, puts it: "If you ignore the noise and the politics then the work done by Fifa's commercial team is very impressive."

## The money spinners




MetLife Stadium, which will be renamed the New York New Jersey Stadium for the World Cup, will host the final. It also hosted last year's Club World Cup final between Chelsea and PSG. Photograph: Patrick Smith/FIFA/Getty Images

The sale of global TV rights is Fifa's biggest money spinner, with forecast revenue from broadcast deals projected up from $3.4bn in Qatar and $3.1bn in Russia four years earlier.

Fifa's controversial decision to expand the World Cup from 32 to 48 teamshas clearly played a major part in this growth, as with the number of matches increasing from 64 to 104 it simply has far more content to sell to broadcasters, while the kick-off times are also more attractive to the most lucrative markets in North America and Europe than was the case four years ago.

Beyond the happenstance of tournament size and location Fifa has made some significant innovations, bringing in extra revenue by selling TV rights for the Women's World Cup as a standalone property for the first time during this cycle, as well as monetising social media by selling rights to live-stream the first 10 minutes of matches on TikTok and YouTube, which it is hoped will drag younger fans towards the network coverage.

Second in value for Fifa to broadcast deals is ticket sales and hospitality at around $3bn, the biggest driver of growth from the $950m made from matchdays in Qatar.

## Revenue budget breakdown by category, 2026

Total budget **$8.9bn**




Guardian graphic. Source: Fifa

## Sponsorship revenue should exceed $2.8bn at the 2026 World Cup

$bn

| | |
|---|---|
| 2006 | 0.6 |
| 2010 | 1.1 |
| 2014 | 1.6 |
| 2018 | 1.7 |
| 2022 | 1.8 |
| **2026** | 2.8 |

Guardian graphic. Source: Fifa

---

## Broadcasting rights are expected to reach an all-time high

$bn

| | |
|---|---|
| 2006 | 1.3 |
| 2010 | 2.4 |
| 2014 | 2.5 |
| 2018 | 3.1 |
| 2022 | 3.4 |
| **2026** | 4.3 |

Guardian graphic. Source: Fifa

Again the sheer number of matches and the demand driven by the large North American market has been the key, with the latter in particular enabling Fifa to really push the envelope on ticket prices.

While Fifa's use of dynamic pricing makes attempts to calculate average prices futile, in an official complaint sent to the European Commission last month campaign group Football Supporters Europe claimed that the minimum cost for a disabled fan seeking to watch their team from the first match to the final would be $6,900 for tickets alone, five times more than in Qatar.

For the final at New Jersey's MetLife Stadium, renamed the New York New Jersey stadium for the World Cup, on 19 July, the most expensive ticket$10,990, nearly seven times the price of the top-priced ticket for the 2022 final in Qatar. Fifa says more than 1,000 tickets for the final have been sold for $60.

In their bid to host the tournament in 2018 the US, Canada and Mexico estimated that the average ticket price for the final would be $1,408.

Despite widespread complaints, demand appears to be outstripping supply, with Infantino telling CNBC last month that Fifa has received over 500 million applications for the seven million seats available, although many remain on sale. Sixteen cities are hosting matches - 11 in the US, three in Mexico and two in Canada.

"In the last four weeks we have had requests for a thousand years of World Cups," Infantino said. "We have received ticket requests from over 200 countries as everyone wants to be part of something special. The prices have been fixed, but in the US there is a thing called dynamic pricing which means they can go up as well as down. That's part of the market we're in. It's not a problem as the demand is there."

Fifa has also benefited from huge demand from commercial partners and sponsors, which will bring in a record $2.7bn, plus a further $670m from licensing deals.

"We have seen unprecedented interest from brands across the globe," Fifa's chief business officer, Romy Gai, told the Business of Soccer Conference in Atlanta last month. "This is already the most successful commercial programme in Fifa's history, and we are still building momentum."

Fifa has signed 16 global partner deals with the likes of Adidas, Aramco and Coca-Cola, as well as myriad regional and local sponsorships, and while the strength of the North American market has again been significant, Fort claims Fifa's commercial team deserve credit for their innovative approach.

"In the past there was a fixed fee for a certain set of rights, and it was all very structured," Fort says. "For this World Cup they have shown much greater flexibility.

"Companies are being offered basic commercial rights, plus the opportunity to bolt-on extras for an additional fee. They can add World Cup experiences for guests and clients, for example, or do multi-regional deals."




Fans in Dallas, one of the 11 US host cities. Photograph: Omar Vega/FIFA/Getty Images




A Coca-Cola commercial in Mexico City. one of three Mexican venues. Photograph: NurPhoto/Getty Images

## Where the cash goes

As a not-for-profit organisation Fifa says it will reinvest at least $11.67bn of its $13bn revenues “to boost global football development,” a 20% increase on the current cycle, although how that money is distributed is controversial.

Around $2.7bn is allocated in direct funding to Fifa’s 211 member federations and the six continental confederations, which critics argue is a highly effective means of ensuring the current regime remains in place.

Fifa’s biggest cost is the expense of running tournaments, with their budget for all their competitions over the last four years coming in at $7.6bn, of which the 2026 World Cup is by far the costliest at $3.8bn, a figure that includes all operational costs and prize money.

Infantino is expected to stand unopposed for a third full term as Fifa president next year, having altered Fifa statutes to enable him to do so. The Swiss-Italian lawyer was first elected as a reform candidate to replace Sepp Blatter in 2016, but is likely to stay in post for 15 years, just two years less than his predecessor.




Gianni Infantino at the Fifa congress in Vancouver. Photograph: Jennifer Gauthier/Reuters

In keeping with Fifa’s one-member one-vote electoral system each national association - from England to San Marino - receives a guaranteed payment of $5m to assist with operational costs every four-year cycle, while they can also apply for a further $3m for specific projects. The six confederations get $60m each per-cycle to help develop football in their regions.

Beyond this development funding, the immediate beneficiaries this summer appear less clearcut. Fifa announced last year that it was increasing its prize fund by 50% from that on offer in Qatar to $727m, with each of the 48 teams originally due to receive at least $10.5m and the winners getting $50m. The Guardian has been reporting for several months that countries are unhappy with their projected payouts amid concerns they will lose money on the tournament, and revealed last weekend that Fifa were ready to increase the prize and participation fund.

At a meeting of the Fifa Council in Vancouver on Tuesday it was agreed to increase payments by 15%, with the overall pot now totalling $871m, with all 48 countries now guaranteed to receive $12.5m.

As the Guardian revealed, Fifa also held last-ditch negotiations to remove the US federal tax liability for the national associations. The US had been expecting the national associations to pay federal tax of 21%, a liability that increases to 37% on the earnings of individual players, plus a range of city and state taxes. Canada and Mexico, the World Cup's other co-hosts this summer, have granted tax exemptions to national associations who play in their countries.




Drones displayed against the Manhattan skyline before the Club World Cup final in 2025. Photograph: Dan Mullan/Getty Images

While Fifa seems to have been successful in securing federal tax exemptions, there is significant variance in levels of state and city taxation across the

country, so the burden will not be carried equally.

“A year ago, Fifa was telling everyone that they would have a tax agreement and they would be paying no taxes,” says Oriana Morrison, a tax accountant who advises the Brazilian and Portuguese federations. “In US politics there’s huge resistance to giving tax breaks to sporting organisations. The NFL used to be a tax exempt organisation, but they were making such vast amounts of money that there was enormous backlash and it was removed.

“While Fifa has been tax-exempt in the US since the 1994 World Cup the FAs are not. For Fifa it’s fine. The ticketing, hospitality and sponsorship income, which runs into billions, will be tax exempt.

“But for the FAs, no. For the players, no. For the delegations, hopefully yes, provided they are coming from a country that has a tax treaty. So Fifa and the US tax authorities will be the biggest winners from the World Cup.”

As one of the three host federations US Soccer will make a profit, with its chief executive, JT Batson, telling the Guardian it is expecting to receive around $100m from Fifa, based on a revenue-share of 1% of tournament proceeds with Canada Soccer and the Mexican Football Federation.

As a proportion of Fifa’s revenues however, such a payout pales compared to how US Soccer was treated in 1994, when the hosts were permitted to keep the ticket and domestic commercial revenue, as then US Soccer president Alan Rothenberg explains.

According to Fifa’s annual report the 1994’s $235m revenue generated a surplus of $99.6m, of which 30% went to the hosts and 70% to the other federations.

“In 1994 Fifa retained the international marketing and TV rights, and then turned everything over to us,” Rothenberg says. “We had all the responsibility, but we also had revenue opportunities from ticketing and selling sponsorships and licensing.

“In this tournament the host committees have the responsibility to put on the matches, but have been given very, very limited revenue opportunities. So it’s been a real challenge for a lot of these host committees to get it all together and do it in a way that it won’t be a financial disaster.”

## Fifa v the host cities

Rothenberg’s words are something of an understatement, as there have been considerable tensions between many of the 11 host US cities and Fifa over the

last 12 months in particular.

As per the terms of the hosting agreements Fifa is taking the income from broadcasting, sponsorship, ticket sales and even subsidiary services provided by the venues such as parking fees, while the host cities are charged with paying for "safety, security and protection".

A long-running standoff over who would pay for security at the Gillette Stadium in Foxborough, Massachusetts (to be known as the Boston Stadium for the World Cup), was only resolved last month, while there remain outstanding problems over public transport at many venues.



Mikie Sherrill, governor of New Jersey, says her state is facing a $48m bill from the World Cup. Photograph: Jonathan Fernandes/UPI/Shutterstock

The New Jersey governor, Mikie Sherrill, criticised Fifa earlier this month for failing to contribute to transportation costs after NJ Transit caused outrage by revealing it will charge $150 for a round-trip from Manhattan to the New York/New Jersey Stadium. Sherrill defended the pricing, saying that in the absence of Fifa support the only alternative was to pass a $48m bill on to the city's taxpayers, which she is unwilling to do.

Escalating costs have also led to many cities cancelling or scaling back their commitment to offering official Fifa Fan Festivals, with the one planned for New York in Liberty State Park scrapped altogether. Of the other host cities,

only Philadelphia and Houston are fulfilling Fifa's original brief of staging a 39-daylong festival throughout the whole tournament.

One man who will be present, front and centre, throughout of course, is Infantino, who will also be one of the World Cup's undoubted beneficiaries.

Fifa's 2025 financial report published last month revealed that the president's annual bonus increased from $2m to $3m last year due to the success of the Club World Cup, taking his overall pay package to $6m.

The safest bet of the World Cup is likely to be that figure increasing this year.

This article was amended on 30 April 2026. An earlier version said the cheapest tickets for the World Cup final were $4,185; however, some tickets were available for $60.

# EXHIBIT 16

ANALYSIS

# The BookKeeper — Exploring FIFA's finances: Where the money comes from and where it goes



The Athletic has taken an in-depth look at the finances of FIFA, world football's governing body, under its president Gianni Infantino Photos: Getty Images; design: Eamonn Dalton



By **Chris Weatherspoon**

July 9, 2026

Share article 68

"Every dollar goes back to the development of football."

So said FIFA president Gianni Infantino in Mexico City on June 10, one day before the 23rd and largest men's World Cup finals kicked off.

Infantino press conferences are rare — that one was his first in three years — but the line that FIFA recycles all or most of its money back into the sport is one he and his organisation are fond of spouting.

The size of this summer's tournament — 39 days, 104 games, 48 teams — means a lot of football. And with all of that football comes more money.

Much of the build-up to these finals has been consumed by stories of sky-high ticket prices, a reality made possible by the wealth of the primary co-host, the United States.

Naturally, it provides a boon to FIFA, global football's governing body.

The men's World Cup has long been the jewel in FIFA's crown, a fact even a passing glance at the organisation's business bears out. FIFA's finances run on four-year cycles tethered to the tournament. In three out of every four years, FIFA loses money. In the fourth, the one with a men's World Cup in, it makes that all back plus extra on top.

This summer is more lucrative than ever.

FIFA's 2023-26 revenue has been budgeted at a whopping $13billion (£9.7bn) — an increase of over 70 per cent from the previous four-year cycle. Of that $13bn, $9bn is forecast to arrive in 2026, with just about all of it attributable to the World Cup. Final figures will likely be higher.

FIFA's scope is dizzying. The aim of returning as much money as possible to football means huge costs. To go alongside $13billion revenues, FIFA, a not-for-profit entity, intends to spend $12.9bn, leaving just $100m to bolster reserves.



Lionel Messi and Argentina won the last World Cup, held in Qatar in 2022 Anne-Christine Poujoulat/AFP via Getty Images

Yet in each of the past two cycles, FIFA booked $1.2billion in surpluses, way in advance of its $100m budgets. Reserves already sat at $2.7bn at the end of 2025, even before this World Cup. FIFA's cash pile has swollen to $1.2bn; the organisation holds almost $6bn in bonds, investments and deposits. An entity nearly laid to ruin by bribery and corruption just 11 years ago has more money sloshing around than ever.

Where does it come from? Where does it go?

Sit back. *This* is FIFA, one of the richest sporting organisations on Earth.

For all its size and reach, the primary reason FIFA makes so much money is deceptively simple: people like watching football.

Of the $13billion revenue budgeted for the current cycle, $8.9bn, or 68 per cent, stems from TV rights sales, hospitality rights and ticket sales.

In each of the past five cycles, alongside budgets for the current one and the upcoming 2027-30 four-year period, those revenue streams comprise more than half of FIFA's total income.

**FIFA expects to have doubled revenues inside a decade**

Actual and budgeted total revenues, split by four-year cycles, 2003 to 2030




**Note:** 2003 to 2022 are actuals, 2023-30 are budgeted figures. 2003-06 translated from CHF to USD.

**Source:** FIFA annual reports

THE ATHLETIC

That total income is on course to double inside a decade.

Even without its World Cup bounty, income is way up on previous cycles.

From 2023 to 2025, it took in revenues of $4.3billion; in the first three years of the previous two cycles, that sum was $1.8bn. If we strip out the $2.1bn generated from last year's expanded Club World Cup, the current cycle is still $400m ahead of its predecessors. Against FIFA's own budgeted figures for the past three years, revenues are $778m ahead of target.

FIFA's single-year revenue record was $5.769billion in 2022, a mark it was budgeting to blitz past in 2026.

In fact, we already know it's done so.

At the end of 2025, FIFA's accounts detailed $7.783billion in revenues already contracted for, but not yet recognised, in the 2023-26 cycle. In other words: revenues that will be recognised this year. Even more beyond that contracted $7.8bn will almost certainly arrive: in 2022, the year of the previous men's World Cup, FIFA booked $5.8bn in revenue, $1.6bn higher than was contracted at the end of 2021.

**USMNT future and Poch's contract after exit**



Broadcasting revenues comprise $3.3billion, or 42 per cent, of income already contracted for this year and, in conjunction with the past three years, FIFA's money from TV rights totals $3.621bn, or $4.621bn if we include the $1bn received for the rights to screen the Club World Cup 12 months ago.

In the 2000s, those broadcast rights were dominated by European payers, with FIFA's TV income from football's richest territory comprising 50 per cent of broadcast revenues in the 2007-10 cycle.

European dominance has not remained, however. In the last cycle, European broadcasters remained the highest payers but their contribution to the overall broadcast rights pot was down to only 31 per cent; in the 2015-18 period, the territory was actually bumped into second place.

**TV rights sales in Asia and North Africa have grown markedly in recent cycles**

FIFA broadcast rights by territory, 2003 to 2022




**Note:** Asia and North Africa and South and Central America included in 'Rest of world' in 2003-06 cycle.
**Source:** FIFA annual reports

THE ATHLETIC

The displacers each time have come from Asia and North Africa (known as MENA, short for Middle East and North Africa). Broadcast revenue from there topped $1billion in the 2019-22 cycle, having fallen just short in the previous four years. TV income rose 70 per cent between 2014 and 2022 and, while the exact source of that rise is not broken down further, analysis of FIFA's media rights partners is instructive.

For the 2014 World Cup in Brazil, rights in the MENA territory were principally held by Al Jazeera.

Since then, that network's sports division got spun off and rebranded under the beIN Media Group banner, and even more handsomely backed by Qatari state funds. Nasser Al-Khelaifi, beIN's chairman (and Paris Saint-Germain's club president), also chairs European Football Clubs (EFC), an independent body for teams across the

continents that affords Al-Khelaifi a representative post on the FIFA council via his role as EFC chair.

The abundance of money already directed at club-game TV rights in Europe might explain why FIFA's takings from that region have stalled.

Earnings topped out at $1.289billion for the 2010 World Cup in South Africa and, in the 2019-22 cycle, lagged over $200m behind that high point. Earnings from Europe in 2023 for the Women's World Cup that year lagged others noticeably, though time differences — the tournament was hosted by Australia and New Zealand — didn't help.

Other territories hold concerns, too.

FIFA's 2023-26 budget does not disclose the expected split of broadcast rights by region, and FIFA declined to provide one when asked by *The Athletic*, but recent reporting from The New York Times, *The Athletic*'s parent organisation, highlighted how that $4.3billion figure might have been pushed even higher were it not for a deal struck in the country players and fans have descended on to attend this World Cup.

Fox Corporation will pay $485million to screen the tournament in the U.S., rights that industry experts told The New York Times would be worth "between $1bn and $1.5bn" if put out to tender today. That agreement stems from FIFA's shifting of the 2022 World Cup to late in that year to avoid searing summer heat in host country Qatar. The winter period is already teeming with American sports (NFL and NBA, among

others) and, fearing litigation from Fox, to which it had already sold the 2022 rights, FIFA agreed to extend the contract to 2026.

That has left a huge sum on the table even as FIFA is projecting an $838million rise in broadcast rights this cycle, a number that does not include the further $1bn for those Club World Cup rights.

Without a breakdown of the budgeted broadcast income by territory, it is unclear where FIFA expects to make that $838million in extra income, particularly with the lucrative U.S. market tethered to a sum agreed over a decade ago.

Having more games at this World Cup naturally lends itself to higher rights values, but we also know that, as at the end of December, FIFA had already contracted for over 85 per cent of its broadcast revenue target for this cycle. A further $643m is required in 2026 to hit the budget.

There have been issues elsewhere.

FIFA has experienced significant trouble in realising hoped-for broadcast revenues from East Asia, with time differences making a North American World Cup, with Canada and Mexico as co-hosts, far less attractive than Qatar's offering.

As late as May, FIFA had still not signed rights deals for China and India, two huge markets. Aims of nine-figure deals from each territory had to be revised a long way downward and though agreements were eventually made with China Media Group

and, in India, Zee Entertainment, a significant haircut on FIFA's initial goal is expected.

The hydration breaks that have split each half of every game at this tournament have drawn much ire, even as FIFA has doubled down on their use as "purely a sporting matter". Infantino stated, on June 23, that in a financial sense, FIFA gains "absolutely nothing" from the breaks, that there "is no additional revenue for FIFA, as all commercial agreements were signed well in advance".

Yet that ignores the future impact of FIFA imposing, and lauding, these multiple extra stoppages in each and every World Cup match. Come the 2030 edition in Spain, Portugal and Morocco, should these breaks remain in place, FIFA can barter for higher rights deal packages when selling to broadcasters.

Even if, as FIFA claims, there is no immediate financial benefit, the statement will not hold true if hydration breaks become a World Cup mainstay. And Infantino's continued vaunting of them suggests only one outcome.

Another revenue source has dominated the run-up to this World Cup. Ever since it was confirmed, in early September 2025, that FIFA would use dynamic pricing for the event, sports pages and websites have been awash with wince-worthy ticket costs and other tales of how the tournament will generate ticketing and hospitality income never before seen.

Where exactly those revenues will land remains anyone's guess, but it is a sure thing they'll far surpass the previous record of $928.8million earned from Qatar 2022.

FIFA had originally budgeted for ticketing and hospitality revenues of $3.097billion; a further $500m was then added in respect of last year's Club World Cup. The $410.5m earned from that tournament in the U.S. actually fell some way short of that $500m budget, but even if the main national-teams event does the same, it will still translate to record revenues for FIFA.

At the end of December last year, $2.064billion in ticketing and hospitality sales had already been contracted for.

**This World Cup will generate much more in ticketing and hospitality sales than ever before**

FIFA actual and forecast revenues, 2003 to 2026




**Note:** Black line denotes forecast total ticketing and hospitality revenues for 2023-26, based on 2023-25 actuals and 2026 budget. Does not include $410m achieved from 2025 Club World Cup.

**Source:** FIFA annual reports and budget

THE ATHLETIC

That left a further $986million to be earned this year to meet budget, and there are indications elsewhere of how sales have gone in the World Cup year itself.

FIFA initially planned to bring its hospitality operation in-house, but shelved that in its revised cycle budget. A return to the outsourcing model of old saw On Location, a

subsidiary of TKO Group, appointed FIFA's official hospitality partner.

Per recent TKO filings, at the end of March, On Location held $937.3million in restricted cash relating to World Cup hospitality sales. That represented a $582.4m increase in just three months, reflecting both a ramping up of activity as the tournament neared and the appetite of (primarily) the U.S. market for tickets this summer.

How much of that cash reeled in by On Location winds up as FIFA revenue remains to be seen.

A curiosity lies in how FIFA's shift back to an outsourced hospitality model saw budgeted costs fall but no corresponding drop in revenue. Expenditure naturally goes down as a result of FIFA pushing the cost of hospitality sales onto On Location, but the net revenue due to FIFA would be expected to slide too, as On Location is due a sizeable fee for its work.

When asked by *The Athletic* about the apparent disconnect in the revised budget, FIFA explained that the change in hospitality model had been incorporated but that its combined ticketing and hospitality budget nevertheless remained the same. By extension, expected revenues from ticket sales must have been revised upward.

One explanation for the lack of revenue fall is that high ticket prices are being used to offset any money now given away from hospitality. In December, though, a source, speaking anonymously, told *The Athletic* that ticket sales were not compensating for any reduced revenues elsewhere.

Even with that outsourced model, FIFA's hospitality take should zoom past the $242.9million earned in Qatar four years ago, just as ticket sales will have already eclipsed the $685.9m from then, both as a result of the hosts' market conditions and the sheer scale of the tournament.

An extra 40 games in 2026, and in generally bigger stadiums, means a lot more tickets on sale this time: using expected capacities for the 16 host venues, nearly 6.7 million tickets have been available, more than double the 3.2m of 2022.

The exact sums FIFA has pocketed from all those tickets won't be made clear until next year, but there's already been an evident cost to their strategy of milking the U.S. market for all it is worth. Negative publicity has plagued the entire ticketing process, and more serious ramifications may await.

On June 9, Texas' attorney-general Ken Paxton announced an investigation into FIFA's World Cup ticketing practices, amid allegations it misled buyers over what they were purchasing. Paxton was the third state attorney-general inside two weeks to launch proceedings relating to World Cup tickets; in late May, his counterparts in New York and New Jersey launched their own investigations into ticket sales in their states and subpoenaed FIFA.

To the allegation that fans were provided with misleading seating maps, which were later changed to accommodate a new, pricier ticketing category, FIFA said the initial diagrams "were designed to provide guidance rather than the exact seat layout, and reflect the general extent of each ticket category within the stadium".

**Inside the World Cup ticket price jump**
Henry Bushnell




In a separate statement provided to *The Athletic* for this article, FIFA addressed a broader question around the high prices of tickets and, given the organisation is already signposting it will surpass its $13billion revenue target, whether there was scope to reduce ticket prices from the record levels that have instead been seen.

“Fans are at the heart of the FIFA World Cup, and never before have more tickets been sold directly to fans,” a FIFA spokesperson said. “FIFA has established a ticket

sales and secondary-market model that reflects standard ticket market practices for major sporting and entertainment events across the host countries."

Adding to FIFA's earnings from this tournament is a resale platform from which it takes a 30 per cent fee on every transaction, up from 10 per cent or less at previous World Cups. Resale fees are not capped in the United States (in Mexico, with its stricter ticket resale laws, prices have been limited to face value), as they were in previous host countries, with FIFA arguing a cap in the U.S. market would encourage sellers to go to third-party sites and make more money.

"FIFA's resale and exchange marketplace provides a safe, transparent, and secure environment for fans to sell or transfer tickets to other fans," the spokesperson said.

"Unlike the entities behind profit-driven third-party ticket marketplaces, FIFA is a not-for-profit organisation. FIFA can proudly say that revenue generated from the FIFA World Cup every four years is reinvested to support the development of men's, women's and youth football across all FIFA 211 member associations, every day of the year via FIFA Forward and other key initiatives, in line with the FIFA statutes."

Even six months out from this World Cup, FIFA had already topped its full-cycle revenue targets for marketing and licensing rights. The latter's revenue budget was revised down from $669million to $400m following the cessation of a decades-long

video-game partnership with EA Sports but, in any case, at $484m in contracted or realised licensing revenues at the end of 2025, the lower target has been surpassed.

Marketing performance has been especially impressive in this cycle, with a slew of new deals inked. Perhaps the most substantial of those was the four-year global partnership with Aramco, Saudi Arabia's state-owned oil business and one of the world's most profitable companies.

The size of that deal, like most World Cup sponsorships, has not been disclosed, though inferences can be made.

The Aramco pact was agreed in 2024, alongside other prominent ones with Bank of America, Lay's (Walkers in the UK), Lenovo and Verizon. FIFA's future contracted revenues for the current four-year period — deals agreed but not due to be recognised as income until later in the cycle, principally during the World Cup — rose by $1.111billion in 2024.

Aramco's agreement was announced as including "sponsorship rights for multiple events including…FIFA World Cup 2026 and FIFA Women's World Cup 2027". The Club World Cup last year did not list Aramco as a partner, though the much smaller 2025 Intercontinental Cup (the annual competition previously known as the Club World Cup) did. Much of the deal therefore won't be recognised as revenue until 2026 onwards, with the unrecognised value sitting in that contracted revenues balance (contracted revenues for the 2027-30 cycle also rose by $1.1billion in 2025).

The $1.1billion increase in current cycle contracts wasn't fully attributable to the Aramco package, as others were announced in 2024, too. But it is notable such a huge rise — over a third of the original budget for marketing revenues — occurred in the year that deal was signed. And it was little surprise that, as the World Cup kicked off in Mexico City on June 11, the first sponsor splattered across advertising hoardings along the perimeter of the Estadio Azteca pitch was… Aramco.

**FIFA's marketing income has more than doubled in the current cycle**

Actual and budgeted revenue from marketing rights, 2003 to 2030




**Note:** 2023-26 actual figure comprises 2023-25 actuals plus 2026 revenue contracted for as at 31 December 2025. Full-cycle actual will be higher. Detailed budgets prior to 2015 unavailable.

**Source:** FIFA annual reports and budgets

THE ATHLETIC

The recent contribution of the Saudi Arabian state to FIFA's coffers hardly ends there.

That Club World Cup exceeded its $500million marketing budget, with $669m gleaned from sponsorship packages agreed with, among others, Saudi Arabia's Public Investment Fund (PIF).

The size of that deal is unknown too, and others, including AB InBev, Visa, Qatar Airways and Coca-Cola all partnered with FIFA for a tournament which was also played in the U.S. summer. Yet PIF's contribution plainly helped achieve those bumper marketing revenues, ones which more than made up for the Club World Cup's $89million under-performance on its ticketing and hospitality budget.

FIFA's links to Saudi funding grow stronger still when we consider the chain of events which preceded that tournament.

In December 2024, FIFA confirmed it had agreed a $1billion deal with DAZN to broadcast its new, expanded, once-every-four-years Club World Cup.

The following month, DAZN entered into a 'strategic partnership' with SURJ, a subsidiary of Saudi's PIF. Another two months later, SURJ invested $1billion in "DAZN's ordinary share capital, to provide DAZN with working capital and funding for new investments".

The size of the stake acquired by SURJ has not been officially disclosed, but was reported to be around 10 per cent. Subsequent filings at UK Companies House for DAZN detail $987million in new shares issued on April 2, 2025, in exchange for an 8.98 per cent stake in the business. A month later, in May, DAZN officially confirmed its sole ownership of the Club World Cup's broadcast rights — for $1bn. Then, a little more than a month before the first match kicked off, PIF was announced as an 'official partner' of the event.

Amid all of this came the really big news: a week after that December announcement, FIFA confirmed Saudi Arabia as the sole host of the 2034 men's World Cup. That had been trailed over a year earlier, when the country was announced as the only bidder and, soon after, anointed as the tournament venue on Infantino's Instagram page, even though the official vote lay 13 months away.

FIFA's decision to truncate the 2034 bidding period to just 25 days, combined with incorporating three confederations as 2030 hosts (three games will be played in South America to mark the centenary of the first edition in Uruguay in 1930, and the rest across Morocco in Africa, and Europe's Portugal and Spain) to leave only Asia and Oceania able to bid because of rotation rules, seemingly cleared the way for a Saudi World Cup in eight years' time. Infantino's claims of "widespread consultation" around those moves were, according to The New York Times, disputed by the heads of some member associations.

However it was arrived at, Saudi Arabia has a home World Cup to look forward to, and FIFA has reaped significant financial rewards from Saudi state funds. The World Cup already provides huge marketing opportunities for FIFA, and big corporations have long been happy to affix their name beside that of global football's governing body.

But it is no coincidence that FIFA's soaring revenues have arrived at the same time a relationship with one of the richest countries on Earth has blossomed.

When asked by *The Athletic* about the impact of that Aramco pact from 2024, a FIFA spokesperson said it "would not make sense to single out one sponsorship deal", citing those others inked with big companies in the same year.

Even so, Aramco's top billing on hoardings across this World Cup has been hard to miss, and FIFA itself gave the deal plenty of prominence two years ago. FIFA's 2024 annual report refers to Aramco as a "major global partner" and reserves a whole page just for that deal, a privilege conspicuously missing for other sponsors.




FIFA president Infantino in Zurich, Switzerland, in February this year Philipp Schmidli/Getty Images

Infantino's pitch was simple, brazen and effective.

It was late February at the Hallenstadion in the Swiss city of Zurich, 20 minutes drive from the FIFA headquarters he would soon inhabit as the organisation's ninth permanent president. At the body's 2016 Extraordinary Congress, in his final speech ahead of the vote to anoint a successor to Sepp Blatter, Infantino told its member nations: "The money of FIFA is your money."

It is a line he has repeated since, one which drew loud applause and steered him to the top of world football. It is a line which looks likely to keep him there, perhaps even unopposed, when he stands for re-election next year. Payments to member countries have skyrocketed under Infantino.

His assumption of the presidency saw the organisation implement its FIFA Forward programme, described at inception in rather glowing terms, if FIFA did say so itself. FIFA Forward was "an enormous leap towards the future of football", would "serve to

break down the barriers of discrimination" and had been "designed to meet international standards of prudent management and transparency".

Whatever the truth of all that, one thing was certain: FIFA's member associations would be receiving a lot more money.

Via the old Financial Assistance Programme operated under Blatter, FIFA's then 209 member nations received a combined $433.7million, or around $2.1m each over the 2011-14 cycle. The world's six member confederations — AFC, CAF, CONCACAF, CONMEBOL, OFC and UEFA — received $20m apiece. Members received further payments from directives such as the Goal programme (a total of $123m over the four-year cycle), but overall sums disbursed totalled $721.5m, or less than $3m per member once the confederation amounts were deducted.

Overnight, that changed.

Under FIFA Forward 1.0, operated between May 2016 and the end of 2018, FIFA allocated $1.079billion, a $357.1m (49 per cent) increase on the previous cycle, even though the programme was in operation for 17 months less than the four years of a full cycle.

**Member payments have hugely increased since 2016**

Allocations to associations and confederations, 2009-2030




**Note:** Comprises payments under the Financial Assistance and Goal programmes (2009-15) before being replaced by FIFA Forward (2016-30). 2026 and 2027-30 figures are per respective FIFA budgets. 2016 and 2017 include accrued expenditure write-backs from cancelled FAP and Goal programmes.

**Source:** FIFA annual reports

THE ATHLETIC

Forward 1.0 conferred up to $5million, over a four-year cycle, to each member; Forward 2.0 increased that to $6m; Forward 3.0, which will end this year, gifts member associations up to $8m over four years, up to $5m to zonal and regional associations and up to $60m to the confederations.

In all, inclusive of the budgeted $792m in 2026, FIFA Forward will have allocated $5.042bn in a little over a decade. The full amount given to associations will be even higher.

Another huge pot of cash, generated from this World Cup, is budgeted to flow to members and confederations from 2026 onward. The current cycle budget includes $660million allocated to a 'Football Development Fund' (FDF) which, while distinct from the Forward programme, is closely linked.

Per FIFA, the objective of the FDF "is to strengthen FIFA's vision to make football truly global by supporting all of FIFA's member associations and confederations in their endeavours to develop football in all its forms and at all levels".

Detail on how that enormous $660million pot will be divvied up hasn't been disclosed, and the $27m allocated to the FDF on the back of Qatar 2022 remained unreleased at

the end of 2025, but it all adds up to yet more money for members to access. Together, across Forward and the FDF, allocated monies since 2016 total $5.730bn.

One of the consequences of Infantino's initial pitch to members is that, as revenues swell, so must those distributions. FIFA Forward 4.0, due to commence with the 2027-30 cycle, budgets for $2.7billion in payments to members, a 20 per cent increase on the already hefty sums allocated in the current cycle under Forward.

Notable, however, is that there is no provision in the next budget for FDF spending.

FIFA has keenly highlighted the increase in Forward payments but the disappearance of that $660million FDF pot means member payments are actually budgeted to fall in the next cycle, from $2.91bn across Forward and FDF to the $2.7bn of Forward 4.0.

A FIFA spokesperson disputed the presentation of member payments falling in the 2027-30 cycle, highlighting that while the $660million allocated under FDF falls into 2026, the actual payments will not just come this year. Per FIFA, "excess cash flow will be accessible in 2026 and beyond". FIFA also highlighted how it often revises its budgets mid-cycle, so the Forward 4.0 budget could yet increase, too.

The initial bluster accompanying Forward's announcement hinted at FIFA enforcing a level of strictness around members tapping funds but, in reality, just about everything allocated has been paid out. Of the $4.278billion assigned to Forward and the FDF to the end of 2025, $3.978bn (93 per cent) had been paid. Across the now 211 member

associations, 160 received 90 per cent or more of their allocation. Only three — Yemen, North Korea and Iraq — received less than half.

In a past statement on the matter to *The Athletic*, a FIFA spokesperson said: "Under the FIFA Forward programme, each one of the 211 member associations has the same rights and obligations…with every recipient of funds undergoing a yearly central audit performed by world-class independent auditors".

The amounts on offer, at least to FIFA's poorer nations, are huge. It is little wonder so many continue to line up behind Infantino, no matter what bad press comes his and FIFA's way. His claim that in 150 countries, football would not exist without his organisation's handouts has never, at least publicly, been evidenced with any rigour by FIFA, but it is safe to say that, via his hand, a significant number of national associations are wealthier than ever.

While the biggest expenditure shift might have taken place in development, FIFA remains primarily a competition organiser and, more so than that, primarily a World Cup organiser. The 2023-26 budget allocates $7.5billion to competitions and events, around half of that assigned to the 2026 men's World Cup.

That still leaves over $3.7billion for elsewhere, much of which can be explained by FIFA introducing their expanded and much-hyped Club World Cup a year ago in the U.S. and, with it, yet more grist for their financial mill.

Under their old format of hosting a smaller, annual Club World Cup, FIFA spent $93million on four tournaments across the 2019-22 cycle. In December 2023, that seven-team, 10-day tournament, held in Saudi Arabia and won by Manchester City, cost FIFA $23m to put on. Two years later, last summer's 32-team, month-long spectacle conferred a budget of $2bn, with FIFA vowing to recycle 100 per cent of revenues from the competition back into the sport.

Those revenues exceeded budget by $126million, with better-than-expected marketing rights sales and over $40m from food and beverage sales, parking fees and host city contributions combining to offset the $89m miss on the ticketing and hospitality budget. Alongside that, FIFA underspent on operational costs by $61m.

That left $187million to be doled out, and one of FIFA's justifications for adding yet more games to football's calendar was that they'd give away any monies earned to club football. As a result, a 'solidarity' pot for non-competing teams was increased from $100m to $250m, while the remaining $37m surplus has been earmarked to "protect the long-term future of the competition".

Detail on that is yet to be forthcoming, even as we're now almost a year removed from the tournament ending. In his foreword to FIFA's 2025 annual report, Infantino stated that the "resulting prize money and solidarity support reached far beyond the 32 participating clubs", yet the same report detailed how FIFA was actually still in the process of "implementing a solidarity scheme", with none of that $250million paid out in 2025.

FIFA's next-largest event is the Women's World Cup, which in 2023 broke even at $500million and has seen its expenditure budget for the upcoming 2027 edition in Brazil raised to $800m. Just seven years ago, the 2019 version in France cost $157m; as elsewhere, the rapid growth in interest in the women's game is evidenced in FIFA figures.

Beyond that, FIFA puts on a host of competitions which return little in revenue but serve various interests within the football ecosystem.

The men's and women's Under-17 World Cups in 2025 each cost around $8million to stage; the men's Under-20 World Cup in Chile the same year almost three times that. Other less-noticed events also gobbled multi-millions of a competitions budget which remains the largest tranche of FIFA expenditure, like esports tournaments ($23m),

the Intercontinental Cup ($18m), the Women's Futsal World Cup ($11m) and the Beach Soccer World Cup ($11m).

FIFA is keen to highlight the amount of its money that is reinvested into football, and have nosed that at 90 per cent of total spending in the current cycle, but less airtime is given to the cost of running FIFA the organisation.

Personnel costs, even without those directly attributable to events such as the men's World Cup, are forecast to hit $994million this cycle, a near doubling since 2015-18. That reflects general inflation as well as FIFA's growth in staffing numbers, but it still shows the cost of running a sport's global governing body. A further $300m or so has been added in the 2027-30 budget.

During his presidential acceptance speech in 2016, Infantino told members: "We will restore the image of FIFA and the respect of FIFA, and everyone in the world will applaud us and will applaud all of you for what we'll do in FIFA in the future".

The jury has never been more out on that one, but when Infantino spoke of reform, he presumably didn't mean trimming back any of the bureaucratic bloat he found upon his arrival. Or he did, but only for a little while. Measures passed at that FIFA Extraordinary Congress in 2016 slashed the number of standing committees from 26

under Blatter to just seven to, as a review panel at the time put it, “improve efficiency”.

Yet, since then, Infantino’s presidency has once again seen FIFA’s footprint expand.

Last October, the FIFA Council appointed more than 500 members to various standing committees, now 30 in number, to go alongside four independent committees and, of course, the FIFA Council itself. The latter currently boasts 36 members, Infantino included, which is a 50 per cent increase on the 24 members of the Executive Committee, its predecessor which ultimately became swamped in scandal in the mid-2010s.

The eight vice-presidents on the council receive $300,000 annually; other members get $250,000. On top of that, a daily allowance of up to $250 while on FIFA duty applies, and the organisation also covers pension contributions.

Add on salaries for those atop the standing committees, alongside the costs of running three judicial bodies — the ethics, disciplinary and appeals committees — and we’re talking about a pretty penny. In 2025 alone, FIFA’s own governance and administrative costs totalled $254.3million. Within that sits Infantino’s salary: $6m in 2025, up 29 per cent in a year, and now totalling past $30m in nine years at the helm.

**Internal governance costs are projected to top $1bn in the next cycle**

FIFA governance and administration actual and budgeted costs, 2007 to 2030




**Note:** 2023-26 figure comprises 2023-25 actuals plus 2026 budgeted amounts. FIFA did not split personnel expenditure between cost categories until 2015.

**Source:** FIFA annual reports and budgets

THE ATHLETIC

Those governance costs were a new high, but only more growth is expected. Across the current cycle, they are forecast to land at $905million. In the 2027-30 budget, the sum hits $1.087bn.

The bulk of that increase is driven by personnel costs, which are budgeted to rise by $86million (25 per cent) in the next cycle. Whether that stems from higher staffing numbers or just paying existing roles more money is unclear. Salaries would be expected to rise over time given the nature of inflation, but the cost of running FIFA is only headed one way.

Alongside increased personnel costs, expenditure on FIFA's legal spend is budgeted to more than double, from $55million in the current cycle to $119m in the next. No detail is given on why; FIFA did not provide a response when asked about the matter by *The Athletic*.

Also left undivulged in the latest budget is how much will accrue to management figures, but 2025 saw a marked rise there, a chunk of it from Infantino's raised remuneration. Compared with the late days of Blatter's era, such costs look favourable, even more so when viewed as a percentage of booming revenues. Yet a

seat at FIFA's top table remains a plum job, and expenses are hardly restrained. FIFA's annual congress alone now costs $30million to stage.

**Management payments have stayed below Blatter-era levels, but are rising**

Payments to FIFA Council members and FIFA senior management, 2009 to 2025




**Note:** FIFA Council was the FIFA Executive Committee prior to 2016 internal restructure.
**Source:** FIFA financial and governance reports

THE ATHLETIC

FIFA's sprawling structure makes getting a handle on the body's expenditure a near-Sisyphean venture. Across nearly two decades of FIFA's financial statements, *The Athletic* has collated around 4,000 individual data points on expenditure alone, reflecting the huge sums the organisation pays out and the wide array of recipients money is handed to.

Covering everything would swell an already long article yet further, but amid it all there is one cost item conspicuous by its absence in FIFA's latest accounts.

The inaugural FIFA Peace Prize, obsequiously handed to U.S. President Donald Trump by Infantino at the World Cup group-stage draw in December, makes an appearance in the 2025 annual report alongside the tagline of 'Football unites the world', yet there's no obvious sign of it in the many expense lines in the financial section. That is even as there was a perception the trophy, a bauble not inconsiderable in its size, was made of gold.

When asked, a FIFA spokesperson said they would not expect to see an individual line item for the Peace Prize, and cited other awards FIFA hands out on an annual basis, albeit to rather less fanfare.

FIFA was not able to confirm the element make-up of the prize handed to Trump. Ali Ibadullayev was, though.

One of the two Azerbaijani sculptors who made the Peace Prize, *The Athletic* contacted Ibadullayev, who confirmed it "was made entirely of bronze".

FIFA's earning power through football is an old and obvious tale and, naturally, it follows that the organisation holds huge sums of cash. At the end of 2025, FIFA's cash balance sat at $1.180billion, a $684m increase on 2024 largely explained by World Cup broadcasters and sponsors paying in advance of this summer's tournament.

A lesser-known source of profit comes from how FIFA utilises these swathes of money. As revenues and surpluses have swelled, so too have the body's financial assets or, more prosaically, its investments.

In 2011, a new investment strategy was approved. FIFA had historically just held large cash balances without bothering to do much with them; now, approval was granted to start investing those sums into short- and long-term bonds which would generate income by earning interest.

**FIFA holds huge sums in interest-bearing financial assets**

Financial assets excluding loans to third parties and member associations, 2009 to 2025




**Note:** FIFA's financial assets are invested in short-term and long-term bonds, equity investments, loans and deposits.

**Source:** FIFA annual reports

THE ATHLETIC

Immediately, around $800million went into debt securities and deposits, and both the make-up of those investments and their size have shifted since.

In October 2018, the FIFA Council updated the organisation's regulations around managing financial assets, allowing it to start investing in equities, alongside the bonds and money market instruments it already had interests in.

Equity investment, generally viewed as riskier but with higher rewards on offer, has ticked up since, albeit it remains a small part of FIFA activities. That FIFA Council approval allowed up to five per cent of the organisation's investment portfolio to be held in equities, though at the end of 2025 just 2.5 per cent of FIFA's financial assets sat there, and the proportion has been around that level since the policy change of eight years ago.

At the end of December last year, excluding $89million in Covid-19 relief loans to member associations and confederations, FIFA's financial assets sat at a whopping $5.684bn. The bulk of that is held in debt securities ($3.225bn) and money market funds ($1.936bn), and was described to *The Athletic* by one source as both "conservative" and "diversified". Put another way: low-risk.

Even without much risk, the size of FIFA's investments is such that they translate to significant earnings. In 2025 alone, $93.7million in interest income was generated from those financial assets, with a further $24.7m arising from the size of the cash balance.

Across the first three years of this cycle, FIFA's interest income has totalled $371.1million and the total benefit reaped from financing activity has been higher still. FIFA hedges against currency rate fluctuations too, and the arrival of higher worldwide interest rates has been a boon to the bottom line. Between 2023 and 2025, finance income totals a mammoth $672.6m, or $200m more than the previous 15 years combined.

The cash impact has been lower, but still substantial. In the past three years, FIFA's net cash generated from interest totalled $295.9million, against $142m in the 2019-22 cycle. In the past decade, a net $3.918bn has been ploughed into financial investments, and the rewards are really showing now.

It is not just via events on the pitch that FIFA is reaping vast sums.

Those investments have compounded a starkly apparent reality in recent cycles: for all that FIFA costs plenty to run, it still takes in far more than it spends. And with revenue outstripping expenditure so significantly, FIFA's reserves have improved beyond all recognition in the 21st century.

**FIFA's reserves have risen markedly under Gianni Infantino**

Total reserves, 2003 to 2025




**Note:** 2025 includes $287m from Club World Cup, restricted for use on club football.

**Source:** FIFA annual reports

THE ATHLETIC

Back in the early 2000s, finances were in a parlous state, with global football's overseer reeling from the bankruptcy of International Sport and Leisure (ISL), its media and marketing partner, which handled TV rights negotiations for the World Cup (not incidentally, ISL was later found to have bribed several FIFA officials). In 2003, even after better-than-expected takings from the previous year's men's World Cup in Japan and South Korea, FIFA's reserves sat at just $76million.

Two decades on, before another men's World Cup can boost them further, FIFA's reserve pile sits at $2.699billion. That is a fall from its post-Qatar 2022 high ($3.971bn), but, as in every World Cup year, a huge surplus is forecast in 2026. As well, across the past decade, FIFA has regularly exceeded its in-year budget, so it would come as little surprise if this year's results went beyond what has been forecast to date.

**Except during the pandemic, FIFA has routinely out-performed its budget**

Result before taxes and financial result, 2017 to 2025




**Note:** FIFA's published budgets do not include taxes and net financial income or expenditure, so 'Actual' here differs to overall in-year result.

**Source:** FIFA annual reports

THE ATHLETIC

FIFA's finances are more dizzying this year than in perhaps any before it, but even if they bucked the trend of outperformance and only met their 2026 budget, the reserves position would climb to $5.769billion. That is, frankly, quite a lot of money. It would, to public knowledge, be the highest reserves of any sporting body in the world, even surpassing those of the International Olympic Committee (IOC). The IOC has to put on Olympic Games (summer and winter editions) twice every four years, so in reality FIFA's cushion is even greater.

**FIFA's reserves are expected to near $6bn after this World Cup**

Total reserves, 2003 to 2026




**Note:** FIFA 2026 figure is projected based on budgeted 2026 surplus, exclusive of taxes and net income from financing activities. Actual result will differ. International Olympic Committee (IOC) presented for comparative purposes.

**Source:** FIFA and IOC annual reports

THE ATHLETIC

When queried about how high is too high in respect of reserves, FIFA did not provide an answer.

Like any not-for-profit, FIFA needs to retain a buffer in the event of its income reducing. The pandemic provides a good recent example: FIFA's reserves position allowed it to quickly mobilise to provide up to $1.5billion in support for its 211 member associations and six regional confederations. Nowhere close to that amount was ultimately used, but there was the ability if needed.

FIFA did not provide a response to *The Athletic*'s questioning around what level of reserves would be deemed sufficient, or why, even with the reserves position approaching $6billion this year, it is budgeting for another $100m surplus in 2027-30 (which history indicates will be easily surpassed). However, one source, speaking anonymously because they were not permitted to comment officially on FIFA's finances, linked the seemingly ceaseless accumulation of reserves to the growth of the men's World Cup. If the tournament were to be unexpectedly waylaid, it would leave FIFA on the hook for huge liabilities. Such vast reserves help mitigate that risk.

Not all of the excess of recent cycles has been retained.

As a $1.2billion surplus loomed in the 2019-22 cycle, in the February of the latter year, FIFA allocated $209.6m to a newly founded Talent Development Scheme (TDS), led by former Arsenal manager Arsene Wenger and ex-USWNT head coach Jill Ellis.

By the end of 2025, $119.6million of that had been deployed, and FIFA's annual report boasted of 600 "tailor-made projects" in "more than 180 member associations … to strengthen their individual talent development pathways for girls and boys alike". Forty-five FIFA Talent Academies have been put in place under TDS, with the aim of reaching 100 by 2027.

Yet even with that, FIFA's reserves have grown rapidly under Infantino, to a projected five and a half times the $1billion or so at the end of his 2016 inauguration year. Under him, more money than ever is being shared out to associations and the like, but as much may also wind up in FIFA's reserves.

Where that growth will end is anyone's guess. But it does cast a different light on the claim that "every dollar goes back into the development of football".

The men's World Cup is, by any measure, a behemoth. Routinely cited alongside the summer Olympic Games as the most-viewed sporting event on the planet, its

importance to FIFA's survival in its current form cannot be overstated. Without its flagship tournament, global football's governing body would simply not be able to generate anywhere near the sums it does.

The surpluses derived from each iteration have shot up this century.

In 2006, the World Cup in Germany added $1.554billion to FIFA's bottom line. By 2022, after accounting for $123m in contributions from host country Qatar, that figure was $4.606bn.

**The World Cup props up the entirety of FIFA's operations**

Actual and projected revenue and surpluses from FIFA World Cups, 2006 to 2026




**Note:** Green shading denotes surplus, being tournament revenue less tournament expenditure, provided to FIFA from each World Cup. 2026 figures are estimates as FIFA has not disclosed forecast revenues specific to the tournament.

**Source:** FIFA annual reports

THE ATHLETIC

How much the 2026 World Cup will add to the bottom line is uncertain. Clearly, FIFA is expecting another hugely profitable tournament, and revenues will hit heights never before seen. As mentioned, $660million in earnings from this summer have already been allocated in the direction of FIFA members.

Yet costs will also hit a new peak. After removing those host-nation contributions, Qatar 2022 cost FIFA $1.708billion to stage, a little less than the $1.824bn of Russia 2018. This summer's three-country extravaganza will set the body back $3.756bn.

Even that figure, announced in the 2024 revised budget, has been subject to tweaks.

Amid concern from participating nations about the cost of playing in the tournament, FIFA has ramped up prize money distributions and preparation fees. The pot covering each of those, team subsidies and payments under the club benefits programme — which compensates clubs who release players to represent their countries — started at $896million, rose to $1.007bn in the revised budget and, following further tweaking less than two months before last month's big kick-off, have ultimately reached $1.226bn.

**FIFA will pay out $1.2bn to participating nations and relevant clubs**

World Cup payments, 2006 to 2026




**Note:** Money to participants includes prize money, preparation fees and team subsidies. FIFA agreed to increase 2026 payments to participating nations from revised 2023-26 budget's $755m to $871m at the 76th FIFA Congress in April 2026.

A bigger tournament equals higher costs elsewhere, too.

FIFA's operating budget for this World Cup is $1.122billion, over two and a half times the amount that went on Qatar 2022. Or it was; in March, *The Athletic* reported how FIFA had cut over $100m from the budget and was imploring departments to make "efficiencies".

When asked, for this piece, how the scything of the operating budget tallied with the expectation that current cycle revenues will exceed their $13billion target, a FIFA spokesperson told *The Athletic*: "FIFA is constantly reviewing budget efficiencies to ensure costs are controlled so that as much revenue as possible can be invested in the development of football around the world".

The same statement went on to reiterate how FIFA will "invest over $3.7billion" into the World Cup, implying — though not quite stating outright — there has been no downgrade to the overall tournament budget. The corresponding conclusion, that operational efficiencies have funded the increased payouts to participating nations, isn't much of a leap.

Of course, revenues should still far outstrip that. FIFA has relied on every World Cup in living memory to fund all of its other activities, and this cycle is no different — without the World Cup, FIFA would simply not exist in its current, or past, guise.

The expansion of the Club World Cup shows an effort to diversify, as does increased effort surrounding the Women's World Cup.

The former made more money than expected last year, though FIFA has committed to reinvesting all of it in club football. As for the 2023 Women's World Cup, that broke even on a $500million budget, and that figure has been ratcheted up for next year's iteration in Brazil. That 2027 version will command costs from FIFA of $800m — $300m more than the tournament in Australia and New Zealand three years ago.

Around two-thirds of that increase stems from higher distributions to the wider women's game. FIFA paid out $152million three years ago across prize money ($110m), preparation money ($31m) and its club benefits programme ($11m). No such split for next year is yet available but, at $344m, we know the distribution to women's football will more than double.

That is laudable but also falls short of a previously stated aim.

In 2023, when announcing that $152million pot of cash, itself a tripling of that offered as part of the previous tournament in 2019, Infantino scolded broadcasters for offering much lower amounts for the rights to the Women's World Cup than the men's version,

and set the aim of having equality in payments across the men's 2026 and women's 2027 World Cups.

FIFA has come up well shy of that, not least because the monies to be paid out this summer have kept rising.

It was a commendable aim, albeit not really rooted in much reality. For his part, at the time, Infantino described it as "the most difficult step".

On the face of it, football's worldwide governing body is in exceptionally rude health. Revenues at FIFA are soaring, buoyed by huge growth in ticket sales and sponsorship deals; $1billion-plus surpluses have been noticed in each of the past two four-year cycles; distributions to members and, thus, wider football, have grown enormously.

There are signs, though, of coming trouble.

The most obvious looming or present danger is reputational.

FIFA will make more money than ever in this cycle, but in doing so, it has attracted lots of negative publicity and ire. Ticket prices for this World Cup have appalled many; the tournament as a game for all has shifted to one mostly accessible only to the well-heeled. On the pitch, the Folarin Balogun affair has brought the very integrity of the sport into question.

The financial rewards should soften that blow in the short-term, but there are valid concerns beyond that. FIFA's 2027-30 budget might lead on $14billion revenues but take a peek below the surface and not everything is hunky-dory.

FIFA is already expecting a near-$1billion drop in ticketing and hospitality income, though anticipate being able to offset it with a $2bn uptick across TV and marketing rights. That is feasible, but there's good reason to wonder about the strategy's longevity.

This cycle has seen issues with World Cup rights in some territories. The $1bn earned from Club World Cup TV rights in 2025 was, to put it lightly, convenient; sponsorship deals with Saudi Arabia's Aramco and PIF look decidedly less secure in the long-term, given the Gulf state's recent inward turn and the demise of LIV Golf. Saudi Arabia has a vested interest in working with FIFA until the 2034 World Cup on home turf, but then what?

Against this backdrop, it is easy to see FIFA and Infantino's warm embrace of mid-half hydration breaks as a future imperative: allowing broadcasters to increase advertisement slots during matches will enable FIFA to sell TV rights for greater sums.

Costs continue to grow.

The 2029 Club World Cup has been budgeted for at $2.23billion in expenses; there is no surety on a TV deal for it as generous as last year's materialising. Meanwhile,

quietly, allocations to members have been budgeted to fall in the next cycle, even as revenues are forecast to rise again. How will that go over with those who currently keep Infantino on his throne? The disorganisation seen at this World Cup has opened up FIFA to legal challenges which will cost money to fight.

Reserves continue to bloom, but there must surely be an end to that at some stage.

One bow in FIFA's armoury is divestment: if surpluses wilt in future cycles, some of those $5.7billion in financial assets could be liquidated, and the amounts distributed across football.

Yet even if finances appear secure for a while yet, it is hard to ignore the accompanying tariffs on FIFA's standing.

With each blow struck in the U.S.-Iran war, a conflict instigated by Trump, that Peace Prize looks ever more an Orwellian construct, a monument to FIFA and Infantino's hubris.

Each time Infantino proclaims FIFA powerless in the face of U.S. government policy, even when it banishes Africa's best referee from this World Cup, or does likewise to Iranian backroom staff, FIFA's claim to offer opportunity for all and the idea of football as a weapon of peace withers that bit further. All of it, seemingly, in the pursuit of more cash.

Perhaps it has always been like this.

Forty years ago, the previous time FIFA placed its showpiece event on Mexican soil, the great Hugh McIlvanney was lacerating about football's governing body.

"Football must be an even greater game than we thought it was," McIlvanney wrote, seven days after the 1986 final, won by Argentina. How else, he wondered, could it thrill so many even as the World Cup itself was "in constantly increasing danger of being suffocated under the dung-heap of hypocrisy, money-grabbing expediency and shameless manipulation piled upon it by FIFA".

*Plus ça change.*

FIFA has never been richer, a significant number of its national associations have never been so financially well-endowed, the men's World Cup has never been bigger and never have more eyes been on football, which is already the planet's most popular sport.

But at what cost?

**Chris Weatherspoon** is a Football Finance Writer for The Athletic UK. A chartered accountant, he has previously covered the business of sport on a freelance basis, spanning deep dives into individual club accounts and broader analyses of industry-wide trends and issues, and utilises data and financial acumen to explore the money behind the game.

**YOUR NEXT READ**



Charlie Davies' World Cup tiers: Rating USMNT's squad on its tournament performance



How France are playing four proper attackers and not conceding chances at this World Cup



Where does the USMNT red card overturn rank in the World Cup's top 10 scandals?

**MOST SHARED**



Argentina players, staff banned for combined 21 games after World Cup final brawl



Jannik Sinner withdraws from U.S. Open with right knee injury



Marc Lore selling controlling stake of Timberwolves, Lynx to Marc Stad at $4.5B valuation

# EXHIBIT 17

World Cup 2026

This article is more than 1 month old

# Fifa to announce record $15bn World Cup revenue, smashing expectations

- **Hospitality and secondary ticket market help fuel rise**
- **Gianni Infantino will feel this shores up his position**

*Exclusive by* **Nick Ames** *and* **Matt Hughes** *in New York*
Sat 18 Jul 2026 18.30 EDT

Prefer the Guardian on Google




The World Cup trophy on display in this week in New York in the buildup to Sunday's final. Photograph: Luke Hales/FIFA/Getty Images

Fifa will announce record $15bn (£11.2bn) revenues from this summer's World Cup, significantly exceeding the targets set before the tournament.

Fifa's member associations were informed of the boost in income by Gianni Infantino on Saturday. Originally the governing body had projected $11bn in earnings. Sources have indicated that hospitality and ticketing, especially through the steeply priced secondary market, account for a significant amount of the increase. Fifa takes 15% from the buyer and another 15% from the seller on the secondary market.

It is likely that football associations will reap the benefits of Fifa's expanded World Cup pot, although details are yet to be finalised. The financial situation will come as a boost to Infantino, who will feel it further shores up his position after a controversy-ridden month in the US, Canada and Mexico.

There was widespread fury after Fifa was perceived to have bowed to pressure from Donald Trump in suspending the red card given to Folarin Balogun, the US striker, against Bosnia and Herzegovina in the last 32. Fifa has said the decision was taken independently by its disciplinary committee but that has continued to fester among European FAs in particular. Infantino has nevertheless received more than 200 pledges of support from Fifa's member associations for his re-election in March. The prospect of extra funds from bumper World Cup revenue is likely to dissuade some FAs from making any discontent public.

Such a bonanza may also increase the chances of the US hosting another edition in the near future. The next World Cup available for bids is the 2038 tournament. At a reception on Friday, Trump confirmed his country's eagerness for a repeat performance. "You should choose the United States of America again," he said. "This time we will leave Canada and Mexico out." The US has also held talks with Fifa about hosting the Club World Cup in 2029.

On Saturday evening, VIP and hospitality packages for Sunday's final between Spain and Argentina, which was played in New Jersey, were still listed on Fifa's ticketing portal. Tickets for the "trophy lounge" were retailing at $34,500 per person.

Free newsletter | Every weekday
**Sign up to Football Daily**
Kick off your evenings with the Guardian's take on the world of football



**Enter your email**

Sign up

Fifa was contacted for comment.

**Subscribe to Soccer with Jonathan Wilson, a weekly newsletter from one of the world's top soccer journalists.**

I'm lucky enough to have been able to turn a childhood soccer obsession into a 25-year career that has included 13 books, regular columns in the best publications in the world and regular namechecks on Ted Lasso.

Now, I'm writing a weekly newsletter about European football aimed at a US audience, and I hope you consider signing up for it. Each week, alongside my regular column on Saturdays, I'll be looking at the biggest stories from the weekend's action, along with issues affecting the global game.

Subscribers can expect it in their inbox every Monday. It's entirely free and quite straightforward to cancel, so why not subscribe now?



**Jonathan Wilson**
*Columnist*

Click here to sign up →

## Related stories

# EXHIBIT 18

# Who owns FIFA? How soccer organization works and where its money goes

sports.yahoo.com/articles/owns-fifa-soccer-organization-works-192657800.html

David Suggs July 29, 2026




Story by

The Sporting News

*[Who owns FIFA? How soccer organization works and where its money goes](#) originally appeared on [The Sporting News](#). Add The Sporting News as a [Preferred Source by clicking here](#).*

As the economic windfall from the 2026 FIFA World Cup takes shape, soccer's governing body looks to be moving quickly toward ensuring the profits don't stop flowing.

FIFA's handling of the 2026 tournament was heavily criticized, with its business partners' pursuit of commercialization at the expense of the viewer experience drawing significant ire among the sport's most ardent supporters.

Still, the venture proved wildly successful in terms of finances. The Switzerland-based non-profit now appears poised to attempt to cement its financial might in the form of a new

investment vehicle that could open up the entity's most famous competition to commercial investment.

With that, here's what you need to know about FIFA's organizational hierarchy, its non-profit status and how that influences its revenues (and use of revenues) from the World Cup.

**MORE:** Is FIFA selling the World Cup?

## Who owns FIFA?

FIFA does not have an owner, nor does it have any shareholders. Its value is limitless; soccer's governing body can earn as much money as it wants, although it is required to reinvest its funds into the sport of soccer. The manner by which the Switzerland-based association spends its earnings is irrelevant; executive salaries and operational costs are classed as legitimate ways to use the profit.

FIFA consists of 211 member states, all of whom belong to one of six regional confederations: CAF (Africa), AFC (Asia), UEFA (Europe), CONCACAF (North and Central America and the Caribbean), OFC (Oceania) and CONMEBOL (South America).

**MORE:** List of future World Cup locations

## Is FIFA a non-profit organization?

FIFA is officially classed a not-for-profit organization. Its classification is significant; per BBC, the governing body pays little tax in its home nation of Switzerland. The entity also benefits from gaudy tax exemptions, requiring any country bidding to host the World Cup to grant FIFA with full tax concessions.

"Any host country requires a comprehensive tax exemption to be given to Fifa and further parties involved in the hosting and staging of an event," a FIFA spokesman told BBC in 2010.

FIFA's non-profit status dates back to the organization's origins. FIFA was founded in 1904, taking shape decades after the onset of inter-nation matchups. According to British journalist David Goldblatt, FIFA's designation as a charity stems from its time as a "tiny voluntary organization" operating out of the suburbs of Zurich.

**MORE:** What we know about FIFA president's plan for a 64-team World Cup in 2030

## How does FIFA make its money?

According to The Athletic, FIFA's 2023-26 revenue had been budgeted at $13 billion, a 70 percent increase from its previous four-year cycle. Upwards of $9 billion of that total was forceast to arrive in 2026, stemming almost entirely from the World Cup. Predictably, the final revenue figures will swell beyond FIFA's projections — The Guardian reported that FIFA anticipated recouping $15 billion in revenue for the 2026 tournament.

Most of that money comes from the tripartite powers of television rights sales, hospitality rights and ticket sales. The Athletic reported that nearly 70 percent of the $13 billion bounty FIFA set for itself during this current cycle came from those three directives.

Broadcasting represents the biggest cash cow for FIFA, comprising more than $3 billion of projected income for the governing body this year alone. European broadcasters have traditionally accounted for most of those revenues. In recent years, though, media conglomerates from Asia and North Africa have surged, helping boost television income by some 70 percent between the 2014 and 2022 World Cups.

Interestingly, that projected income figure could have been even larger had FIFA set an appropriate price on its broadcast rights deal in the United States. Fox shelled out $485 million to air the tournament in English in the United States. The New York Times reported that the broadcasting rights were actually valued between $1 billion and $1.5 billion.

FIFA has also authored an impressive business portfolio as of late, striking deals with a handful of corporations, including Bank of America, Lay's, Lenovo, Verizon and, perhaps most notably, Aramco - Saudi Arabia's state-owned oil business. FIFA and Aramco agreed to a four-year pact in 2024, with Aramco designated as a lead sponsor for the 2025 Intercontinental Cup and 2027 Women's World Cup in addition to the 2026 tournament.

FIFA has enjoyed an especially chummy relationship with Saudi Arabia, locking down a glittering deal with the Public Investment Fund, Saudi Arabia's sovereign wealth fund that bankrolls Newcastle United and LIV Golf, among other entities. In December, FIFA confirmed that Saudi Arabia will host the 2034 men's World Cup, a little more than a year after Infantino announced on his Instagram that the Gulf nation - the sole bidder for the 2034 competition - would be the tournament's venue despite the official vote still yet to take place.

## Where does FIFA's money go?

Proponents of Infantino and his predecessors have long claimed that FIFA's revenues are reinvested into the sport of soccer. Infantino declared as much one day before the World Cup kicked off.

"Every dollar goes back to the development of football," Infantino said.

Some of FIFA's revenue is disbursed to its 211 member states and the six member confederations that house them. Most of its budget is spent on operations — FIFA's chief responsibility is to serve as an adequate World Cup organizer, with around half of its $7.5 billion budget in its current four-year cycle dedicated to use for the 2026 World Cup.

Some of the remaining total was used to expand the Club World Cup, which used to comprise just seven teams but swelled to 32 in 2025. The Women's World Cup, slated to take place in 2027, had its expenditure budget expanded by $300 million compared to the 2023 tournament, per The Athletic, while smaller tournaments like the U-17 and U-20 World Cups are expected to draw big fees. The same can be said for lesser-known FIFA-backed initiatives like esports, the Intercontinental Cup, the Women's Futsal World Cup and the Beach Soccer World Cup.

Personnel costs are expected to approach $1 billion this cycle, with Infantino netting $6 million in annual salary in 2025. The eight vice presidents on FIFA's council earn $300,000, while other members can nab up to $250,000.

In Oct. 2018, the FIFA Council updated its regulations to allow for equity investment. FIFA has summarily redirected some of its profits into an investment portfolio, although the vast majority remains tied up in bonds and money markets.

## What does FIFA stand for?

FIFA stands for the Federation Internationale de Football Association. It's a French title, originating from the governing body's Parisian roots. FIFA was founded in Paris in 1904 and has maintained its title ever since, even after it moved its headquarters to Zurich in 1932.

# EXHIBIT 19

International Football

# How FIFA really works: from the structure, members, functions and power behind international soccer

Its official mission is to organize and develop football worldwide




How FIFA really works: from the structure, members, functions and power behind international soccer **Facebook**

**ANGEL NAKAMURA**

**Updated** 31/07/2026 - **20:15** CDT

Follow MARCA on Google

Every four years, billions of people watch the FIFA **World Cup.** The tournament is so enormous that many fans assume **FIFA** is simply the organization that runs the **World Cup**. In reality, they are the governing body of global soccer, and its influence extends far beyond one tournament.

From deciding which countries can compete internationally to distributing billions of dollars, setting rules, and disciplining federations, **FIFA** sits at the center of the

world's most popular sport. Understanding how the organization works helps explain why its decisions can affect clubs, players, governments, broadcasters, and fans across the globe.

**World Cup.** Gianni Infantino makes first statement since FIFA Forward Enterprise debacle was scrapped by organization

**International Football.** Cristiano Ronaldo's oldest son, 16, towers over the soccer superstar in new beach vacation photos

Argentina's Nicolás Tagliafico and Caro Calvagni escape to paradise after the World Cup

## What is FIFA?

**FIFA stands for Fédération Internationale de Football Association (International Federation of Association Football)**. It was founded in 1904 in **Paris** by seven European national associations. Today its headquarters are in **Zurich, Switzerland. FIFA** is a nonprofit association **under Swiss law**, not a government agency and not a league. Its official mission is to organize and develop football worldwide.

Think of **FIFA** as a pyramid, with **FIFA** at the top that oversees international soccer

globally and recognizes national federations and six continental confederations These organizations manage football within their regions:

**UEFA – Europe**

CONMEBOL – South America

CONCACAF – North & Central America and the Caribbean

CAF – Africa

AFC – Asia

OFC – Oceania

Ver esta publicación en Instagram

Countries such as the **U.S. Soccer Federation, the English FA, the Brazilian**

**Football Confederation,** and more than 200 others belong to FIFA through their confederations. Also **professional leagues(MLS, Premier League, La Liga, etc.)** and clubs operate under their national associations. A useful shortcut is: **FIFA** governs countries; national associations govern clubs.

## Who are FIFA's members?

**FIFA currently has 211 member associations**, more than the number of member states in the **United Nations.** Each member association receives one vote in the **FIFA Congress,** whether it represents a football superpower such as **Brazil** or a tiny island nation with a small population.

Ver esta publicación en Instagram

This principle of formal equality is one of the most important sources of **FIFA's political power.** Because every association has a vote, presidential candidates must build support across all continents, not just among the richest football nations.

## How FIFA is governed

**The FIFA Congress** is the supreme legislative body. It meets annually and each member association sends delegates. The Congress elects the president, approves statutes, and votes on major constitutional matters. The president is **FIFA's chief political figure and public face.** The role combines diplomacy, administration, and coalition-building across the football world.

Ver esta publicación en Instagram

The **Council** acts as the strategic and executive body. It includes representatives from the six confederations and helps determine tournament policy, competition formats, and long-term strategy. Administration A professional administration led by a secretary general handles day-to-day operations, finance, competitions, legal matters, development programs, and commercial activities.

## What does FIFA actually do?

Organizes international competitions. **FIFA runs the: Men's World Cup, the Women's World Cup, the Club World Cup, the Youth World Cups, as well as futsal and beach soccer World Cups.**

Ver esta publicación en Instagram

The **World Cup is FIFA's flagship product** and its largest source of revenue. **FIFA** shares responsibility for the official laws with the **International Football Association Board** (IFAB). IFAB has eight votes: four from **FIFA** and one each from **England, Scotland, Wales, and Northern Ireland.** Most law changes require a three-quarters majority.

That means FIFA is influential, but it cannot change the rules of soccer unilaterally.

## Regulates international football

**FIFA oversees player transfers across borders,** international eligibility, agent regulations, match calendars, disciplinary procedures in international competitions, develops the sport. The organization also distributes development funds for coaching education, infrastructure, youth programs, women's football, refereeing, and grassroots initiatives around the world. **Where does FIFA get its money? FIFA** is one of the richest sports organizations in the world.

Ver esta publicación en Instagram

Its largest revenue sources are: broadcasting rights, sponsorships and commercial partnerships, hospitality and ticketing, as well as licensing and marketing. A single **World Cup cycle** generates billions of dollars in revenue. **FIFA** then redistributes much of that money to member associations, confederations, clubs, and development programs. This financial redistribution gives **FIFA** enormous leverage: national associations often depend heavily on **FIFA funding.**

## How does FIFA generates money?

A single **World Cup cycle generates billions of dollars in revenue.FIFA** then redistributes much of that money to member associations, confederations, clubs, and development programs. This financial redistribution **gives FIFA** enormous leverage: national associations often depend heavily on the organization's funding.

Why is **FIFA** so powerful? That power comes from several different sources: control of international competition. A national team cannot participate in the **World Cup** or official international matches without **FIFA**

**recognition.** FIFA funding can be crucial for smaller federations, giving the organization significant influence over football policy.

Ver esta publicación en Instagram

Sports bodies enjoy a degree of autonomy in many countries. Disputes are often resolved through sports tribunals rather than ordinary courts.

Global monopoly. There is no rival organization that can realistically organize an alternative **World Cup** with worldwide recognition.

## Can FIFA punish countries?

Yes. **FIFA** can suspend member associations for serious violations, including government

interference in football governance. A suspended federation may lose the right to participate in **FIFA competitions** and receive **FIFA funding**. This is one reason governments often pay close attention to **FIFA regulations.**

Ver esta publicación en Instagram

**What FIFA cannot do:** pass national laws, tax citizens, arrest individuals, override sovereign governments, force clubs to join specific domestic leagues, change the Laws of the Game without IFAB approval. **FIFA's authority** is strongest within the football ecosystem, not outside it.

# EXHIBIT 20

Exclusive news, data and analytics for financial market professionals LSEG

Reuters World Business Markets Sustainability More My News Sign In Subscribe - $1/wk

# Factbox: What is FIFA and why is it such an important organization?

By Reuters

May 20, 2015 9:30 PM EDT · Updated May 20, 2015

Aa

LONDON (Reuters) - Factbox explaining what FIFA is and why it is so important ahead of the presidential election on May 29 at the FIFA Congress in Zurich

What is FIFA ?

FIFA, which in French is the abbreviation for the Federation Internationale de Football Association, is the governing body of world soccer. It was founded in Paris on May 21 1904 by representatives from Belgium, Denmark, France, the Netherlands, Spain, Sweden and Switzerland.

England, which formulated the laws of the game in 1863, joined the following year.

How many countries are members ?

FIFA now has 209 member associations, and is a larger organization than the United Nations which has 193 members.

What does FIFA do ?

FIFA regulates the game across the world. Through the International Football Association Board, which was established in 1886 before coming under FIFA's umbrella, it ensures the laws of the game remain universal.

It runs the World Cup which is held every four years and generates its principal source of income running into hundreds of millions of dollars, and a number of other women's and age group world tournaments.

Why is FIFA important ?

Organized football is played everywhere and most of its 209 members run their own domestic competitions. Most of those competitions are professional, and globally the sport generates hundreds of billions of dollars every year.

FIFA estimates that around 500 million people in the world are connected to football in some capacity either through playing the game, officiating, running clubs or merely going to watch a match.

By remaining strong and unifying the vastly different elements in its membership FIFA ensures the game remains universal without rival organizations trying to form breakaway leagues and championships as they have done in other sports.

Where does the money come from ?

Feedback

FIFA's accounts show it has around $US1.5 billion in the bank. Most of its wealth is accrued by selling the rights to screen World Cup matches to television stations around the world and from the sponsorship it receives from blue-chip global corporations.

FIFA though, is essentially, a non-profit making organization with most of the money it receives directed towards development program around the world and by subsidizing its members with annual grants and regular bonus payments from its World Cup income.

It also uses money so it can run itself from its modern headquarters in Zurich by paying its staff, its president and the men who are on the executive and other committees that keep it functioning.

Why does FIFA get such a bad press ? Why is its reputation so sullied ?

FIFA likes to keep its secrets very close to its chest and many books have been written in the last 20 years claiming to expose those secrets and level allegations of corruption at the men who run FIFA.

FIFA president Sepp Blatter, who has been in position for 17 years and is facing an election at the end of this month, has been the target for much of that criticism.

A culture of bribery and corruption is said to exist in its upper echelons and FIFA did not help itself when it awarded the 2018 World Cup finals to Russia and the 2022 World Cup to Qatar on the same day after a joint bidding process that was open to abuse with traded votes.

Even Blatter later admitted that was a mistake.

What is the future for FIFA ?

FIFA has the ability to, as Blatter likes to say, and often does, "steer itself out of the choppy waters into the safe harbor."

FIFA, which is 111 years old, is seen by many around the world as a benevolent organization that supports the game from the grass roots level to the top of the professional pyramid and while it continues to support its members, its members will never leave.

Reporting by Mike Collett

Our Standards: **The Thomson Reuters Trust Principles.**

Suggested Topics: **Sports**

Purchase Licensing Rights

Feedback

## Read Next



Soccer

**UEFA set to lift FIFA boycott threat as Italy drops support for Infantino**



Tennis

**Wawrinka handed US Open wildcard after fan outcry**



Cricket

**Tongue says Root's message hit home as England eye series win**



Formula 1

**F1 leaders N granted eng none for Re**

## Sports >

# EXHIBIT 21



# UEFA Statutes

Rules of Procedure of the UEFA Congress

Regulations governing the Implementation of the UEFA Statutes

WE CARE ABOUT FOOTBALL

Edition 2026

# Contents

## UEFA STATUTES

**I. DEFINITION OF TERMS** 1

**II. GENERAL PROVISIONS** 1

Article 1 Legal Form and Headquarters ........ 1
Article 2 Objectives ........ 2
Article 3 Relationship with FIFA ........ 3
Article 3bis Relationship with the Stakeholders in European Football ........ 3
Article 4 Official Languages ........ 3

**III. MEMBERSHIP** 3

Article 5 Membership ........ 3
Article 6 Admission and Admission Procedure ........ 4
Article 7 Rights of Member Associations ........ 4
Article 7bis Obligations of Member Associations ........ 4
Article 8 Withdrawal and Termination of Membership, Exclusion, Dissolution of a Member Association ........ 6
Article 9 Suspension ........ 6

**IV. HONORARY PRESIDENT AND HONORARY MEMBERSHIP** 7

Article 10 Honorary Membership ........ 7

**V. ORGANS** 7

Article 11 Organs ........ 7

**1. Congress** 7

Article 12 General/Decision-Making Powers ........ 7
Article 13 Ordinary Congress: Powers, Notice, Agenda ........ 7
Article 14 Extraordinary Congress: Powers, Notice, Agenda ........ 8
Article 15 Proposals of Member Associations ........ 9
Article 16 Chair of Congress, Acting Chair, Casting Vote ........ 9
Article 17 Minutes ........ 9
Article 18 Voting Rights ........ 9
Article 19 Elections ........ 10
Article 20 Coming into Force of Decisions ........ 11

**2. Executive Committee** 11

Article 21 Composition ........ 11
Article 22 Term of Office ........ 12
Article 23 Powers of the Executive Committee ........ 13
Article 24 Duties of the Executive Committee ........ 13
Article 25 Delegation of Management ........ 14
Article 26 Frequency of Meetings and Quorum ........ 14

Article 27 Voting and Election Procedures, Minutes .......... 14
Article 28 Suspension of Members of the Executive Committee and Other Organs, as well as Removal of Members of Other Committees .......... 15

**3. President** **15**

Article 29 Powers and Duties of the President .......... 15
Article 30 Administration − Duties of the General Secretary .......... 16
Article 31 Appointment, Employment, Meetings .......... 16

**4. Administration of Justice** **16**

Article 32 Organs for the Administration of Justice .......... 16
Article 33 Control, Ethics and Disciplinary Body .......... 17
Article 34 Appeals Body .......... 17
Article 34bis Ethics and Disciplinary Inspectors .......... 18
Article 34ter Club Financial Control Body .......... 18

**VI. EUROPEAN MEMBERS OF THE FIFA COUNCIL** **18**

Article 34quater European members of the FIFA Council .......... 18

**VII. GOVERNANCE AND COMPLIANCE COMMITTEE, OTHER COMMITTEES, EXPERT PANELS, WORKING GROUPS** **19**

Article 35 Governance and Compliance Committee .......... 19
Article 35bis Committees .......... 19
Article 36 Composition .......... 20
Article 37 Obligations .......... 20
Article 38 Expert Panels and Working Groups .......... 20

**VIII. ADMINISTRATION** **20**

Article 39 Administration .......... 20
Article 40 Directors .......... 21
Article 41 Appointment, Employment, Meetings .......... 21

**IX. ACCOUNTS** **21**

Article 42 Revenue, Payment of Levies and Deductions from Match Receipts .......... 21
Article 43 Budget .......... 22
Article 44 Closing of Accounts .......... 22
Article 45 Financial Year .......... 22
Article 46 Auditing Body .......... 22

**X. MEDIA** **22**

Article 47 Exploitation of Rights .......... 22
Article 48 Audio-visual and Radio Transmissions .......... 23

**XI. COMPETITIONS 23**

Article 49 Competitions ....................................................................23
Article 50 Competition Regulations ..................................................24
Article 51 Combinations or Alliances ................................................25
Article 51bis Principle of Promotion and Relegation ................................25

**XII. DISCIPLINARY MEASURES 26**

Article 52 Disciplinary Jurisdiction .....................................................26
Article 53 Disciplinary Measures against Member Associations and Clubs ....................................................................................26
Article 54 Disciplinary Measures against Individuals ...........................26
Article 55 Disciplinary Measures and Directives ...................................27
Article 56 Disciplinary set of rules .....................................................27
Article 57 Disciplinary Power ............................................................27
Article 58 Finality .............................................................................27

**XIII. RECOGNITION OF THE UEFA STATUTES, DISPUTES 28**

**1. Recognition of the UEFA Statutes 28**

Article 59 Recognition of the UEFA Statutes ........................................28

**2. Disputes of National Dimension 28**

Article 60 Obligation to Refer Disputes to Court of Arbitration ..............28

**3. Disputes of European Dimension 28**

Article 61 CAS as Ordinary Court of Arbitration ...................................28
Article 62 CAS as Appeals Arbitration Body .........................................28
Article 63 Common Provisions ...........................................................29

**XIV. CONCLUDING PROVISIONS 30**

Article 64 Governing Law and Legal Forum ..........................................30
Article 65 Matters not Covered in the Statutes .....................................30
Article 66 Dissolution of UEFA ...........................................................30
Article 67 Equal Status of Men and Women .........................................30
Article 68 Authoritative Version ..........................................................31
Article 69 Exceptional and Transitional Provisions ................................31

**XV. COMING INTO FORCE OF THE STATUTES 32**

Article 70 Coming into Force .............................................................32

**RULES OF PROCEDURE OF THE UEFA CONGRESS 34**

Article 1 Chair of the Congress ...........................................................34
Article 2 Congress Bureau ..................................................................34
Article 3 Agenda ...............................................................................34
Article 4 Discussion ...........................................................................34

Article 5 Permission to Take the Floor....................34
Article 6 Motion on a Point of Order....................35
Article 7 Motions, Motions to Amend an Agenda Item and Motions to Delete an Agenda Item....................35
Article 8 Votes....................35
Article 9 Elections....................36
Article 10 Interpreters....................36
Article 11 Minutes....................37
Article 12 Representation....................37
Article 13 Coming into Force....................37

**REGULATIONS GOVERNING THE IMPLEMENTATION OF THE UEFA STATUTES 38**

**1. Application for Admission to UEFA** 38

**2. Elections** 38

**3. UEFA Treasurer** 40

**4. Coming into Force** 41

# UEFA STATUTES

## I. DEFINITION OF TERMS

UEFA 1. UEFA stands for Union des Associations Européennes de Football (UEFA).

FIFA 2. FIFA: Fédération Internationale de Football Association.

Member Association 3. 'Member Association': a national football association which is a member of UEFA.

League 4. 'League': a combination of clubs within the territory of a Member Association and which is subordinate to and under the authority of that Member Association.

Executive Committee 5. 'Executive Committee': the UEFA Executive Committee, as it exists from time to time, in accordance with these Statutes.

Administration 6. 'Administration': the UEFA Administration, as it exists from time to time, in accordance with these Statutes.

Fair Play 7. 'Fair play' means acting according to ethical principles which, in particular, oppose the concept of sporting success at any price, promote integrity and equal opportunities for all competitors, and emphasise respect of the personality and worth of everyone involved in a sporting event.

Official 8. 'Official': every board member, committee member, referee and assistant referee, coach, trainer and any other person responsible for technical, medical or administrative matters at UEFA, a Member Association, League or club as well as all other persons obliged to comply with the UEFA Statutes.

EFC 9. EFC: European Football Clubs.

EL 10. EL: European Leagues.

FIFPRO Europe 11. FIFPRO Europe: the Fédération Internationale des Footballeurs Professionnels – Division Europe.

## II. GENERAL PROVISIONS

### Legal Form and Headquarters

Article 1

Legal Form [1] The Union des Associations Européennes de Football (UEFA) shall be a society entered in the register of companies under the terms of Art. 60 et seq. of the Swiss Civil Code. UEFA shall be neutral, politically and religiously.

Headquarters [2] UEFA's headquarters shall be situated in Switzerland. The Executive Committee shall determine the location of the registered office of UEFA.

## Objectives

Article 2

Objectives

1 The objectives of UEFA shall be to:

a) deal with all questions relating to European football;
b) promote football in Europe in a spirit of peace, understanding and fair play, without any discrimination on account of politics, gender, religion, race or any other reason;
c) monitor and control the development of every type of football in Europe;
d) organise and conduct international football competitions and tournaments at European level for every type of football whilst respecting the players' health;
e) prevent all methods or practices which might jeopardise the regularity of matches or competitions or give rise to the abuse of football;
f) promote and protect ethical standards and good governance in European football;
g) ensure that sporting values always prevail over commercial interests;
h) redistribute revenue generated by football in accordance with the principle of solidarity and to support reinvestment in favour of all levels and areas of football, especially the grassroots of the game;
i) promote unity among Member Associations in matters relating to European and world football;
j) safeguard the overall interests of Member Associations;
k) ensure that the needs of the different stakeholders in European football (leagues, clubs, players, supporters) are properly taken into account;
l) act as a representative voice for the European football family as a whole;
m) maintain good relations with and cooperate with FIFA and the other Confederations recognised by FIFA;
n) ensure that its representatives within FIFA loyally represent the views of UEFA and act in the spirit of European solidarity;
o) respect the interests of Member Associations, settle disputes between Member Associations and assist them in any matter upon request.

Means Allowing to Achieve the Objectives

2 UEFA shall seek to achieve its objectives by implementing any measures it deems appropriate, such as setting down rules, entering into agreements or conventions, taking decisions or adopting programmes.

## Relationship with FIFA

Article 3

Confederation

1 UEFA shall be a Confederation recognised by FIFA.

Relations with FIFA

2 UEFA shall, if necessary, define its relations and respective jurisdictions with FIFA by contract.

## Relationship with the Stakeholders in European Football

Article 3bis

Relationship with the Stakeholders in European Football

1 UEFA, as the football governing body at European level, may recognise and involve in the consultation process in European football matters, groups representing the interests of the various stakeholders of European football (leagues, clubs, players, supporters), provided that they are:

a) organised in accordance with UEFA's Statutes, regulations and values;
b) constituted in a democratic, open and transparent manner.

UEFA Convention on the Future of European Football and platforms of engagement

2 The UEFA Convention on the Future of European Football gathers representatives of the various stakeholders of European football. Its role is to provide recommendations to UEFA on fundamental football-related topics. It is convened by the Administration. UEFA may also establish bilateral platforms of engagement with its stakeholders. Details on the composition, tasks and work of the Convention and platforms of engagement are set out in terms of reference drawn up by the Executive Committee.

## Official Languages

Article 4

Official Languages

1 The official languages of UEFA shall be English, French and German.

Congress

2 The official languages of Congress shall be English, French, German and Russian.

Official Documents, Records

3 Official documents and official records of UEFA shall be published in English, French and German. In the event of any discrepancy, the English version shall be authoritative.

# III. MEMBERSHIP

## Membership

Article 5

Members

1 Membership of UEFA is open to national football associations situated in the continent of Europe, based in a country which is recognised as an independent state by the majority of members of the United Nations, and which are responsible for the organisation and implementation of football-related matters in the territory of their country.

Exceptions 2 In exceptional circumstances, a national football association that is situated in another continent may be admitted to membership, provided that it is not a member of the Confederation of that continent, or of any other Confederation, and that FIFA approves its membership of UEFA.

**Admission and Admission Procedure**

Article 6

Application for Admission 1 A national football association that wishes to become a member of UEFA shall submit a written application for admission.

Power 2 The Congress shall have the power in its discretion to accept or refuse an application for membership.

Provisional Admission 3 The Executive Committee may admit a national football association into membership on a provisional basis. A decision on full admission must be taken at the next Congress.

Admission Procedure 4 Details concerning the admission procedure shall be laid down in the 'Regulations governing the Implementation of the Statutes.'

**Rights of Member Associations**

Article 7

Rights 1 Member Associations shall have the following rights:

a) to take part in and exercise their voting rights at the Congress;
b) to draw up proposals for the agenda of the Congress;
c) to propose candidates for the election of the President of UEFA and to propose candidates from their own association for the election of the members of the UEFA Executive Committee and the European members of the FIFA Council, to the extent provided for in these Statutes and regulations made under them;
d) to propose candidates for the appointment of the Chairs and members of the Organs for the Administration of Justice and of the Committees;
e) to take part in UEFA competitions with their representative teams and to enter their clubs for these competitions;
f) to exercise all other rights granted to them by these Statutes and regulations and decisions made under them.

Exception 2 A Member Association placed under a normalisation committee by FIFA shall not have the right to (i) vote at the Congress, (ii) draw up proposals for the agenda of the Congress, and (iii) propose candidates for the election of the UEFA President, the members of the UEFA Executive Committee and the European members of the FIFA Council.

**Obligations of Member Associations**

Article 7bis

Fair Play, Statutes, Laws of the Game 1 Member Associations shall have the following obligations:

a) to observe the principles of loyalty, integrity and sportsmanship in accordance with the principles of fair play;
b) to comply with these Statutes and regulations and decisions made under them as well as the decisions of the Court of Arbitration for Sport (CAS) in Lausanne (Switzerland);
c) to respect the Laws of the Game as decided by the International Football Association Board (IFAB).

Member Associations shall include these obligations in their statutes, as well as a provision that leagues, clubs, players and officials shall observe these obligations.

Independence

2 Member Associations shall manage their affairs independently and with no undue influence from third parties. Member Associations shall provide in their statutes for a democratic procedure guaranteeing that their executive body is freely elected and that their other bodies are elected or appointed in a completely independent way. Any body or decision from a body that has not been elected or appointed in compliance with such a procedure, even on an interim basis, shall not be recognised by UEFA.

Leagues, Combinations

3 Leagues or any other groups of clubs at Member Association level shall only be permitted with the Association's express consent and shall be subordinate to it. The Association's statutes shall define the powers apportioned to any such group, as well as its rights and obligations. The statutes and regulations of any such group shall be subject to the approval of the Association.

Club Licensing System

4 Member Associations shall apply a club licensing system according to the minimum requirements set by UEFA from time to time. Member Associations shall include such an obligation and define the licensing bodies in their statutes.

Integrity of the Competitions

5 Member Associations shall ensure that neither a natural nor a legal person (including holding companies and subsidiaries) exercises control or influence over more than one of their clubs whenever the integrity of any match or competition organised at Member Association level could be jeopardized. Member Associations shall include such an obligation in their statutes and lay down the necessary implementing provisions.

Communication of Statutory Amendments

6 Member Associations shall communicate to UEFA any amendment of their statutes translated, if necessary, into an official language of UEFA.

Racism and other Forms of Discrimination

7 Member Associations shall implement an effective policy aimed at eradicating racism and any other forms of discrimination from football and apply a regulatory framework providing that any such behaviour is strictly sanctioned, including, in particular, by means of serious suspensions for players and officials, as well as partial and full stadium closures if supporters engage in discriminatory behaviour.

## Withdrawal and Termination of Membership, Exclusion, Dissolution of a Member Association

Article 8

Withdrawal

1 A Member Association may withdraw its membership at the end of UEFA's financial year, provided that it has given a minimum of six months' written notice to the Administration sent by registered letter.

Dissolution

2 If a Member Association is dissolved, its membership of UEFA shall terminate at the same time.

Exclusion

3 A Member Association may be excluded from UEFA, upon proposal of the Executive Committee, if it has:

a) failed to settle its financial obligations towards UEFA;
b) seriously breached these Statutes or a regulation or decision made under them;
c) lost its qualifying status as a representative national football association;
d) been refused membership of, or excluded from, FIFA.

The exclusion of a Member Association shall be decided by Congress. The exclusion must be supported by three-quarters or more of the Congress, and at least half of the total number of Member Associations must be present.

Financial Obligations

4 A Member Association shall be obliged to settle all outstanding financial obligations due to UEFA prior to its withdrawal or dissolution and/or the termination of its membership.

## Suspension

Article 9

Executive Committee

1 If, in the opinion of the Executive Committee, a Member Association has committed a serious breach of these Statutes or regulations or decisions made under them, the Executive Committee shall be entitled to suspend the membership of the Member Association with immediate effect.

Specific Grounds for Suspension

1bis A Member Association may in particular be suspended if state authorities interfere in its affairs in such a significant way that:

a) it may no longer be considered as fully responsible for the organisation of football-related matters in its territory;
b) it is no longer in a position to perform its statutory tasks in an appropriate manner;
c) the smooth running of a competition organised under its auspices is no longer guaranteed; or
d) the free election of its executive body or the totally independent election or appointment of its other bodies is no longer ensured.

Congress

2 Any suspension shall be submitted to the next Congress for consideration as to whether or not the Member Association should

be excluded, or the suspension lifted or continued. If the Congress does not consider the matter, the suspension shall cease.

## IV. HONORARY PRESIDENT AND HONORARY MEMBERSHIP

### Honorary Membership

Article 10

Honorary Membership — [1] UEFA may, on the proposal of the Executive Committee, bestow the status of Honorary President or Honorary Membership upon a person for especially meritorious services to European football.

Honorary Presidents; Advisory Capacity — [2] Honorary Presidents may attend the Congress and the meetings of the Executive Committee in an advisory capacity, but shall have no vote.

Honorary Members; Advisory Capacity — [3] Honorary Members may attend the Congress in an advisory capacity, but shall have no vote.

## V. ORGANS

### Organs

Article 11

Organs — The organs through which UEFA may act (the ‘Organs’) shall be:

– the Congress;
– the Executive Committee;
– the President;
– the Organs for the Administration of Justice.

### 1. Congress

### General/Decision-Making Powers

Article 12

Supreme Organ — [1] The Congress shall be the supreme controlling Organ of UEFA.

Decisions — [2] Only a duly convened Congress shall have the power to make decisions.

### Ordinary Congress: Powers, Notice, Agenda

Article 13

Frequency — [1] An Ordinary Congress shall be held every year. A second ordinary Congress may be called by the Executive Committee to deal with financial matters and/or matters of particular significance.

Powers — [2] Matters within the power of Congress shall be the:

a) approval of the agenda at the start of the Congress;
b) appointment of the scrutineers and of three delegates to verify the minutes of Congress;
c) approval of the President’s and Executive Committee’s report;

d) approval of the Administration's report;
e) acknowledgement of the financial report and the auditors' report as well as approval of the annual accounts and annual budget;
f) election of the President of UEFA;
g) election of the members of the Executive Committee, ratification of the members of the Executive Committee elected by the EFC, the EL and FIFPRO Europe, and ratification of the members of the Organs for the Administration of Justice and the Governance and Compliance Committee;
h) election of the European members of the FIFA Council;
i) appointment of the Auditing Body;
j) amendment of the Statutes;
k) consideration and taking of decisions on proposals;
l) consideration of membership applications and the exclusion of a Member Association;
m) decisions on the lifting or continuation of the suspension of a Member Association, Executive Committee member or a member of another body;
n) consideration of proposals for the dismissal of a member of the Executive Committee, the Organs for the Administration of Justice or the Governance and Compliance Committee;
o) receipt and consideration of the agenda of the FIFA Congress;
p) receipt and consideration of the minutes of the previous Congress in accordance with Art. 17, para. 2, if necessary;
q) bestowal of honorary membership.

Time Limit, Agenda, Notice

3 Notice of an Ordinary Congress shall be given in writing at least three months in advance. The official invitation to attend the Congress shall be sent out at least four weeks before the date on which the Congress is due to take place, together with the agenda, which shall be drawn up by the Executive Committee.

**Extraordinary Congress: Powers, Notice, Agenda**

Article 14

Convocation

1 An Extraordinary Congress may be convened by the Executive Committee, or at the written request of one fifth or more of the Member Associations, stating the items to be placed on the agenda.

Time Limit

2 If convened by one fifth of the Member Associations, an Extraordinary Congress shall be held within three months of the date of the written request. Notice of the Extraordinary Congress shall be sent out at least two months before it is due to take place.

Agenda

3 The agenda, which shall be drawn up by the Executive Committee, shall be sent out together with the notice of the Extraordinary Congress. Items may also be placed on the agenda by the Executive Committee which fall within the power of an Ordinary Congress.

## Proposals of Member Associations

Article 15

Deadline A Member Association wishing to include a proposal on the agenda for an Ordinary Congress must submit it in writing to the Administration at least two months before the Congress is due to take place. The proposal must be clearly formulated, together with brief reasons for the proposal.

## Chair of Congress, Acting Chair, Casting Vote

Article 16

Chair of Congress 1 The President or, in his absence, the first Vice-President shall be Chair of Congress. If the first Vice-President is not present either, another Vice-President designated for that purpose by the Executive Committee shall chair the Congress. If no Vice-President is present, Congress shall elect a member of the Executive Committee as Chair of Congress.

Casting Vote 2 In the event of a tie in any vote, the Chair of Congress shall have a casting vote. In elections, Art. 19 shall apply.

## Minutes

Article 17

Minutes 1 Minutes of all business at Congress shall be taken.

Approval 2 The delegates appointed to verify the minutes shall do so in order that minutes may be sent out to the Member Associations within 90 days of the Congress. The minutes shall be regarded as approved if, within 30 days of their dispatch, no objections are raised by registered letter to the Administration. In the event that any objections are received, the minutes shall be placed on the agenda of the next Ordinary Congress for consideration.

## Voting Rights

Article 18

Voting Rights 1 Each Member Association shall have one vote which shall be exercised on its behalf by one of its delegates.

Proxy 2 Votes by proxy shall not be permitted.

Open Voting 3 Voting shall be open, unless the Congress decides otherwise.

Majorities 4 Unless otherwise prescribed in these Statutes, a proposal shall be passed if supported by more than half of the valid votes cast. Abstentions shall not be counted. In the event of a tie, the Chair of Congress shall have a casting vote which may be exercised by way of a drawing of lots. A proposal for the dissolution of UEFA shall be passed if supported by four-fifths or more of all Member Associations. A proposal to amend the Statutes shall be passed if supported by two-thirds or more of the Member Associations and if more than half of the total number of Member Associations are present.

Exceptions

5 Suspended Member Associations, Member Associations placed under a normalisation committee by FIFA and national football associations admitted into membership on a provisional basis shall not have the right to vote.

## Elections

Article 19

Procedure

1 In respect of elections:

a) a person shall be elected in the first ballot if supported by an absolute majority (i.e. more than half) of the valid votes cast.
b) if, in the first ballot, more candidates obtain an absolute majority (i.e. more than half of the valid votes cast) than there are seats available, the candidates with the most votes among those with an absolute majority shall be elected.
c) if not all seats can be filled in the first ballot because of a tie among candidates with an absolute majority, those candidates who can be elected in accordance with lit. b) above are elected in the first round and all the others who obtained an absolute majority (i.e. more than half of the valid votes cast) in the first ballot shall enter a second ballot.
d) if no candidate obtains an absolute majority in the first ballot or not all seats can be filled in accordance with lit. c) above, there shall be a second ballot, in which the person(s) supported by a simple majority (i.e. most votes) shall be elected.
e) in the event of a tie in the second ballot, there shall be a third ballot, in which the person supported by a simple majority (i.e. most votes) shall be elected.
f) in the event of a tie in the third ballot, election shall be determined by the drawing of lots.

Secret Ballot

2 Elections shall be by secret ballot. If the number of candidates is equal to the number of vacant positions, the Congress may decide to proceed otherwise.

Election of President and Executive Committee

3 The President and eight members of the Executive Committee to be elected by the Congress (including at least one female) shall be elected during the calendar year preceding the scheduled final round of the UEFA European Football Championship. The other eight members of the Executive Committee to be elected by the Congress (including at least one female) shall be elected during the calendar year following the scheduled final round of the UEFA European Football Championship. The members of the Executive Committee to be elected by the EFC shall be ratified by the Congress during the same calendar year as the scheduled final round of the UEFA European Football Championship. The members of the Executive Committee to be elected by the EL and by FIFPRO Europe shall be ratified by the Congress during the calendar year following the scheduled final round of the UEFA European Football Championship.

Election of European members of FIFA Council

[4] UEFA shall elect three FIFA Vice-Presidents (one of whom shall be proposed by the four British associations, i.e. England, Scotland, Northern Ireland and Wales) and six members of the FIFA Council (including at least one female). The UEFA President shall be an ex-officio FIFA Vice-President. The two other FIFA Vice-Presidents and one member of the FIFA Council shall be elected during the calendar year preceding the scheduled final round of the UEFA European Football Championship. The other five members of the FIFA Council (including at least one female) shall be elected during the calendar year following the scheduled final round of the UEFA European Football Championship.

Other

[5] In all other respects, Art. 18 shall apply by analogy.

### Coming into Force of Decisions

Article 20

Deadline

Congress decisions shall be binding on all Member Associations. Unless otherwise stated, a decision shall come into force three months after the end of the Congress. The Congress may decide that a decision shall come into force at an earlier or later date.

## 2. Executive Committee

### Composition

Article 21

Composition

[1] The Executive Committee shall consist of:

a) the President,
b) sixteen other members (including at least two female members) elected by a Congress, and
c) two members elected by the EFC, one member elected by the EL and one member elected by FIFPRO Europe, all ratified by the Congress and with the same rights and duties as the other Executive Committee members.

Upon election or ratification by Congress, every member of the Executive Committee undertakes to act faithfully, loyally and independently, in the best interests of UEFA and the promotion and development of European football.

Eligibility

[2] The Executive Committee shall not include more than one representative of the same Member Association. This rule does not apply to any female member of the Executive Committee nor to the members of the Executive Committee elected by the EFC, the EL and FIFPRO Europe. The members of the Executive Committee elected by the EFC cannot belong to clubs affiliated to the same Member Association.

Dual representation

[2bis] A Member Association may not have a representative on the UEFA Executive Committee and the FIFA Council at the same time, unless this Member Association is represented on these two bodies by different individuals. This rule does not apply to the

President, any female member of the Executive Committee and the FIFA Vice-President representing the four British associations.

Conditions

3 Each candidate for a seat on the Executive Committee to be elected by the Congress, except for the President and any female member, shall hold an active office of president or vice-president within his Member Association from the date on which the candidature is submitted to the UEFA Administration up to and including the date of the election. If this condition is no longer met during his term of office, he may continue to hold his position as Executive Committee member for the remainder of his term of office, unless his Member Association requests UEFA for him to be removed from office; if, during her term of office, a female member can no longer be considered as representing her Member Association, that Member Association may request UEFA for her to be removed from office; in both cases, the position as Executive Committee member becomes vacant.

President

3bis A candidacy for the office of UEFA President shall be valid only if supported by at least three Member Associations.

Vice-Presidents

4 The Executive Committee shall elect a first Vice-President and four other Vice-Presidents from its members, upon proposal of the President. The President may assign specific tasks to each of the Vice-Presidents.

Treasurer

5 The Executive Committee shall appoint a Treasurer (whether from its members or not), upon proposal of the President, and with the same status as a Vice-President.

Eligibility check

6 Candidates for a seat on the Executive Committee shall be subject to an eligibility check carried out in accordance with the rules laid down in the Regulations governing the Implementation of the UEFA Statutes.

## Term of Office

Article 22

Term, Re-election

1 The term of office of the President and members of the Executive Committee elected by a Congress shall be four years. Eight members (including at least one female), or eight members (including at least one female) and the President, shall be elected every two years. The term of office of the members of the Executive Committee elected by the EFC, the EL and FIFPRO Europe shall be four years. With the exception of Art. 22, para. 1bis below, no person may serve as President or member of the Executive Committee for more than three terms of office (whether consecutive or not). Any partial term of office shall count as one full term.

Number of terms of EFC, EL and FIFPRO Europe members

1bis The total number of terms that the members of the Executive Committee elected by the EFC, the EL and FIFPRO Europe may serve shall be determined by those organisations themselves. In the absence of any limits of the number of terms within the legal

framework of those organisations, the limits under Art. 22, para. 1 above shall apply.

Start and End

1ter The term of office of the President and members of the Executive Committee starts at the close of the Congress at which they are elected or ratified and ends at the close of the Congress at which their successors are elected or ratified.

Vacancies

2 If a vacancy occurs, a replacement for the remaining term of office shall be elected or ratified, if possible, by the next Ordinary Congress. If the vacancy occurs in the final year of a term of office, no replacement shall be elected or ratified.

## Powers of the Executive Committee

Article 23

Jurisdiction

1 The Executive Committee shall have the power to adopt regulations and make decisions on all matters which do not fall within the legal or statutory jurisdiction of the Congress or another Organ.

Management

2 The Executive Committee shall manage UEFA, except to the extent that it has delegated such management, or unless such management has been delegated by the Statutes to the President or the Administration.

## Duties of the Executive Committee

Article 24

Non-transferable Duties

1 The Executive Committee shall have the following non-transferable and irrevocable duties:

a) overall control of UEFA and the issuing of necessary instructions;
b) definition of the organisational structure;
c) form and supervision of the book-keeping;
d) appointment of the members of the Organs for the Administration of Justice as well as the members of the Governance and Compliance Committee and other Committees and the issue of their terms of reference;
e) appointment of the General Secretary and Deputy General Secretary(-ies) upon proposal of the President;
f) dismissal of the General Secretary and Deputy General Secretary(-ies) upon proposal of the President or by a decision supported by two-thirds or more of all members of the Executive Committee;
g) overall supervision of the Administration, including the General Secretary and Deputy General Secretary(-ies), especially in terms of observance of laws, the Statutes, regulations and orders;
h) approval of the annual business plan of the Administration;
i) compilation of a written report for presentation to the Ordinary Congress;

j) examination of the Administration's report to the Ordinary Congress.

2 The Executive Committee may delegate the preparation and implementation of its decisions or the supervision of business to one or more of its members.

## Delegation of Management

Article 25

Delegation of Management

1 In accordance with a set of organisational regulations issued by it, the Executive Committee shall be authorised to delegate management, either fully or partly, to the President, to one or more of its members and/or to the Administration.

Organisational Regulations

2 This set of organisational regulations shall govern the management, define the necessary posts, outline the corresponding duties and govern reporting.

## Frequency of Meetings and Quorum

Article 26

Meetings

1 The Executive Committee shall as a general rule meet four times a year. It shall be convened by the President. At the request of at least five voting members, the President shall convene a meeting of the Executive Committee within two weeks of such a request being made. The President shall invite the Treasurer (if he is not a member of the Executive Committee) and the European members of the FIFA Council (and may also invite third parties) to attend meetings of the Executive Committee in an advisory capacity, i.e. without the right to vote.

Quorum

2 The Executive Committee shall have a quorum of more than half of its voting members, including the President or, in his absence, a Vice-President.

Exclusion from Meetings

3 A member of the Executive Committee or the President shall not take part in the deliberation of any matter or point of issue involving the Member Association and/or a club and/or a league affiliated to the Member Association with which he is associated, or in any case in which a conflict of interest exists.

Coming into Force

4 Decisions of the Executive Committee shall come into immediate force, unless the Executive Committee decides otherwise.

## Voting and Election Procedures, Minutes

Article 27

Majorities

1 Unless decided otherwise, and subject to para. 2 below, a decision shall be made in elections and votes if supported by more than half of the valid votes cast by the voting members present. Abstentions shall not be counted. In the event of a tie in votes, the President shall have the casting vote which may be exercised by way of a drawing of lots. Votes shall be open and elections shall

be secret, unless the Executive Committee decides otherwise. In the event of a tie in an election, a person shall be elected by the drawing of lots.

Voting Rights

2 Members elected or ratified by a Congress shall be eligible to vote.

Minutes

3 Minutes of all business conducted at a meeting shall be taken. The minutes shall be sent to all members of the Executive Committee before the next meeting.

### Suspension of Members of the Executive Committee and Other Organs, as well as Removal of Members of Other Committees

Article 28

Dereliction of Duty, Improper Conduct

1 The Executive Committee may suspend a member of the Executive Committee or a member of another Organ (see Art. 11) until the next Ordinary Congress where it considers that person to have committed a gross dereliction of duty or an act of improper conduct.

Approval

2 Art. 9, para. 2 shall apply accordingly.

Removal from Office

3 The Executive Committee may remove from office a member of a Committee or expert panel and appoint a replacement for the remaining period of the term of office upon a reasoned request of a Member Association or where it considers that person to have committed a gross dereliction of duty or an act of improper conduct.

Procedures

4 Such decisions shall be made if supported by three-quarters or more of all voting members of the Executive Committee. A member of the Executive Committee affected by the decision shall not be entitled to take part in the deliberations or vote.

## 3. President

### Powers and Duties of the President

Article 29

Representation

1 The President shall represent UEFA.

Chair

2 The President shall chair the Congress, as well as meetings of the Executive Committee.

Casting Vote

3 In the event of a tie in any vote, the President shall have the casting vote.

Further Powers and Duties

4 The President is furthermore responsible for:

a) relations between UEFA and FIFA;
b) relations between UEFA and other confederations;
c) relations between UEFA and its Member Associations;
d) relations between UEFA and political bodies and international organisations;
e) implementing the decisions of the Congress and the Executive Committee through the Administration;
f) supervising the work of the Administration.

In carrying out these responsibilities, the President shall consult with the Executive Committee.

Absence of President

5 In the absence of the President, the first Vice-President shall assume his powers and duties.

**Administration − Duties of the General Secretary**

Article 30

Management of the Administration

1 The General Secretary shall be responsible for the organisation, management and direction of the Administration.

2 The following duties in particular shall be delegated to the General Secretary:

a) representation of UEFA, as delegated by the UEFA President;
b) appointment and dismissal of Directors, after consultation with the President;
c) appointment and dismissal of staff of the Administration;
d) submission of annual budget;
e) compilation of a written report for presentation to the Ordinary Congress;
f) submission of regular financial forecast for revenue and expenses;
g) submission of audited financial statements.

Further Duties

3 Further duties of the Administration shall be defined by the Executive Committee in detail in a set of regulations.

Delegation

4 The General Secretary may delegate his duties to the Deputy General Secretary(-ies) and/or to the Directors. Such duties shall be defined in regulations to be approved by the Executive Committee.

**Appointment, Employment, Meetings**

Article 31

Appointment, Employment

1 The Executive Committee shall appoint the General Secretary and the Deputy General Secretary(-ies), who shall be employed by UEFA.

Attendance of Meetings

2 The General Secretary and the Deputy General Secretary(-ies) shall attend meetings of Congress, the Executive Committee and its panels, as well as of Committees, and take an advisory part in the deliberations. The General Secretary may be represented by the Deputy General Secretary(-ies).

## 4. Administration of Justice

**Organs for the Administration of Justice**

Article 32

Organs for the Administration of Justice

1 UEFA's Organs for the Administration of Justice are:

a) the UEFA disciplinary bodies, i.e. the Control, Ethics and Disciplinary Body and the Appeals Body;

b) the Ethics and Disciplinary Inspectors;
c) the Club Financial Control Body.

Members of the Organs for the Administration of Justice are independent and may not belong to any other organ, Committee or expert panel of UEFA. They shall not take any measure nor exercise any influence in relation to a matter where any conflict of interests exists or is perceived to exist. They are bound exclusively by the UEFA Statutes, rules and regulations and the law.

Appointment, Term of Office

2 Members of the Organs for the Administration of Justice shall be appointed by the Executive Committee for a term of four years. The appointed members of the UEFA's Organs for the Administration of Justice shall be presented to the Congress for ratification.

Jurisdiction

3 Further rules pertaining to the UEFA's Organs for the Administration of Justice shall be set out in the Disciplinary Regulations or in other specific regulations adopted by the Executive Committee.

## Control, Ethics and Disciplinary Body

Article 33

Composition

1 The Control, Ethics and Disciplinary Body shall consist of a Chair, two Vice-Chairs and the necessary number of other members as determined by the Executive Committee.

Quorum

2 The Control, Ethics and Disciplinary Body shall, as a rule, reach decisions in the presence of all its members, but it is entitled to take a decision if at least three of its members are present. Exceptions may be set out in the UEFA Disciplinary Regulations, which may provide for the Chair, or one of the Vice-Chairs or a member acting as ad hoc Chair, to hear specific cases alone.

Jurisdiction

3 The Control, Ethics and Disciplinary Body shall have jurisdiction to rule on disciplinary and ethical issues and all other matters which fall within its jurisdiction pursuant to these Statutes and the UEFA Disciplinary Regulations or regulations adopted by the Executive Committee.

## Appeals Body

Article 34

Composition

1 The Appeals Body shall consist of a Chair, two Vice- Chairs and the necessary number of other members as determined by the Executive Committee.

Quorum

2 The Appeals Body shall, as a rule, reach decisions in the presence of three of its members. Exceptions may be set out in the UEFA Disciplinary Regulations, which may provide for the Chair, or one of the Vice-Chairs or a member acting as ad hoc Chair, to hear specific cases alone.

Jurisdiction 3 The Appeals Body shall have jurisdiction to hear appeals against decisions of the Control, Ethics and Disciplinary Body pursuant to the Disciplinary Regulations in force from time to time. These regulations may provide that a case be referred directly to the Appeals Body in urgent circumstances, in particular regarding the admission to, or exclusion from, UEFA competitions.

### Ethics and Disciplinary Inspectors

Article 34[bis]

Composition 1 The Executive Committee shall appoint the necessary number of Ethics and Disciplinary Inspectors and designate one of them as Chief Inspector.

Jurisdiction 2 The Ethics and Disciplinary Inspectors represent UEFA in proceedings before the Control, Ethics and Disciplinary Body and the Appeals Body.

### Club Financial Control Body

Article 34[ter]

Composition 1 The Club Financial Control Body is divided into a first instance chamber and an appeals chamber, the composition of which is determined by the Executive Committee.

Quorum 2 Each chamber of the Club Financial Control Body shall, as a rule, reach decisions in the presence of at least three of its members. Exceptions may be set out in the Procedural rules governing the UEFA Club Financial Control Body, which may provide for the Chair, or one of the Vice-Chairs or a member acting as ad hoc Chair, to hear specific cases alone.

Jurisdiction 3 The first instance chamber shall have jurisdiction to decide on issues specified in the applicable regulations as adopted by the Executive Committee. The appeals chamber shall have jurisdiction to hear appeals against decisions of the first instance chamber to the extent provided for in the applicable regulations as adopted by the Executive Committee.

## VI. EUROPEAN MEMBERS OF THE FIFA COUNCIL

### European members of the FIFA Council

Article 34[quater]

Conditions 1 Each candidate for a seat on the FIFA Council to be elected by the UEFA Congress, except for the President and any female member, shall hold an active office of president or vice-president within his Member Association from the date on which the candidature is submitted to the UEFA Administration up to and including the date of the election. If this condition is no longer met during his term of office, he may continue to hold his position as FIFA Council member for the remainder of his term of office, unless

his Member Association requests UEFA for him to be removed from office; if, during her term of office, a female member can no longer be considered as representing her Member Association, that Member Association may request UEFA for her to be removed from office; in both cases, the position as FIFA Council member becomes vacant.

Dual representation

2 A Member Association may not have a representative on the FIFA Council and the UEFA Executive Committee at the same time, unless this Member Association is represented on these two bodies by different individuals. This rule does not apply to the President, any female member of the FIFA Council and the FIFA Vice-President representing the four British associations.

European solidarity

3 Upon election by Congress, every European member of the FIFA Council undertakes to act faithfully, loyally and independently, in the best interests of UEFA and the promotion and development of European football.

## VII. GOVERNANCE AND COMPLIANCE COMMITTEE, OTHER COMMITTEES, EXPERT PANELS, WORKING GROUPS

### Governance and Compliance Committee

Article 35

Duties

1 The Governance and Compliance Committee shall periodically examine UEFA's activities in terms of good governance, compliance and risk management.

Composition

2 The Executive Committee shall appoint seven members of the Governance and Compliance Committee, four of them from different Member Associations and the other three to be independent. The Chair of the Governance and Compliance Committee and two Vice-Chairs shall be designated by the Executive Committee upon proposal of the President. All members of the Governance and Compliance Committee shall be appointed for four years. These appointments shall be made after the electoral Congress held during the calendar year preceding the scheduled final round of the UEFA European Football Championship. The appointed members of the Governance and Compliance Committee shall be presented to the Congress for ratification.

Reporting

3 The Governance and Compliance Committee shall report to the Executive Committee in writing on every audit, copying each such report to the General Secretary.

### Committees

Article 35$^{bis}$

Committees

The list of Committees shall be determined by the Executive Committee as deemed necessary.

### Composition

Article 36

Term of Office

[1] Based on proposals submitted by the President, the Executive Committee shall appoint the Chair, one or more Vice-Chairs and the members of each Committee for a four-year term. These appointments shall be made after the electoral Congress held during the calendar year preceding the scheduled final round of the UEFA European Football Championship.

Number of Members

[2] The Executive Committee shall determine the number of members of each Committee.

### Obligations

Article 37

Representation

[1] The Chair shall represent his Committee. In consultation with the Administration, the Chair of a Committee shall set the dates of meetings, be responsible for the proper conduct of business and regularly report to the Executive Committee on the Committee's work.

Bureau

[2] Each Committee may set up a bureau.

Powers

[3] Committees shall advise the Executive Committee. The Executive Committee may delegate certain of its duties to a Committee.

Terms of Reference

[4] The Executive Committee shall draw up terms of reference for the work of each Committee.

### Expert Panels and Working Groups

Article 38

Appointment, Duties

[1] The Executive Committee, the President or the General Secretary may, if necessary, appoint expert panels for special duties, and working groups for special limited (in time) duties.

Term of Office

[2] The members of the expert panels shall be appointed for a duration of four years.

Terms of Reference

[3] If necessary, terms of reference may be drawn up.

## VIII. ADMINISTRATION

### Administration

Article 39

Duties

[1] Under the direction of the General Secretary, the Administration shall conduct UEFA's business.

[2] Such duties shall include:

a) implementation of decisions of Congresses, the Executive Committee and the President;

b) preparation of Congresses, as well as meetings of the Executive Committee and other Committees;
c) taking minutes of Congresses, as well as of meetings of the Executive Committee and other Committees;
d) execution of UEFA's operational business;
e) keeping the books of UEFA;
f) public relations work.

**Directors**

Article 40

Duties

1 Under the supervision of the General Secretary, the Directors shall conduct specific aspects of UEFA's business.

2 The General Secretary shall govern their duties.

**Appointment, Employment, Meetings**

Article 41

Appointment, Employment

1 After consultation with the President, the General Secretary shall appoint Directors, who shall be employed by UEFA.

Attendance of Meetings

2 Directors shall, in principle, attend meetings of the Executive Committee dealing with their specific activities, and play an advisory part in the deliberations.

## IX. ACCOUNTS

**Revenue, Payment of Levies and Deductions from Match Receipts**

Article 42

Revenue

1 UEFA's revenue shall consist of the following contributions, levies and additional revenue:

a) an annual contribution of EUR 200 payable by each Member Association on 1 January each year;
b) competition entry fees in accordance with the UEFA competition regulations;
c) ticket sales, television and advertising revenues and levies from UEFA competitions, in accordance with the financial provisions contained in UEFA competition regulations;
d) levies from FIFA competition matches, in accordance with the financial provisions in FIFA competition regulations;
e) levies from senior national representative team matches, in accordance with special implementing regulations;
f) revenues from the exploitation of rights of any kind.

Calculation of Levies

2 Levies shall be calculated on the basis of gross receipts. Only taxes actually paid and stadium rent shall be deductible. The deductions taken together may not exceed 30% of the gross receipts from ticket sales.

Minimum Levies

3 Competition regulations shall govern the minimum levies for a match in the competition concerned.

Deadline for Payment

4 Levies shall be remitted to UEFA within 60 days of the match.

Liability

5 Member Associations:

a) shall be liable to UEFA for financial obligations of their clubs towards UEFA arising under Art. 42, para. 1 above;
b) may be held liable to UEFA for other financial commitments of their clubs towards UEFA.

## Budget

Article 43

Budget

A budget of income and expenditure shall be prepared for each financial year by the General Secretary. Extraordinary expenditure not included in the budget shall be authorised by the Executive Committee by way of supplementary credits.

## Closing of Accounts

Article 44

Accounts

Books of account shall be kept in euros. The accounts shall be closed annually.

## Financial Year

Article 45

Financial Year

The UEFA financial year shall begin on 1 July and end on 30 June of the following year.

## Auditing Body

Article 46

Independence

1 The Auditing Body shall be an auditing company which is independent of UEFA. It shall be appointed by the Ordinary Congress for the financial year immediately following the Congress. It shall be eligible for re-appointment.

Report

2 The Auditing Body shall audit the accounts and submit a written report to the Ordinary Congress.

# X. MEDIA

## Exploitation of Rights

Article 47

Exploitation of Rights

1 UEFA shall exploit all rights which it owns or shares with third parties, such as property rights of any type, intellectual property rights and rights for audio-visual and sound-broadcasting transmissions by picture or data carrier of any kind (including all means of transmitting computer images, with or without sound, such as Internet, on-line services or the like, whether existing already or

not). This includes the production, duplication, dissemination and broadcasting of pictures, sound or data carriers of any kind by UEFA alone or with third parties.

2 For this purpose, UEFA alone, or with third parties, shall be entitled to form or operate companies, for which they may make use of any legal entities authorised under Swiss law.

### Audio-visual and Radio Transmissions

Article 48

Exclusive Rights

1 UEFA and the Member Associations shall have the exclusive rights to broadcast and use, as well as authorise for broadcast and use, by picture, sound or other data carriers of any kind (including data carriers which have yet to be developed), matches which come within their jurisdiction, either live or recorded, in whole or as excerpts.

Regulations

2 The Executive Committee may issue regulations governing the implementation of these rights.

## XI. COMPETITIONS

### Competitions

Article 49

Jurisdiction

1 To ensure the good functioning and the protection of the overall interests of European football, UEFA shall have the sole jurisdiction to organise or authorise international competitions in UEFA's territory or the participation of Member Associations, or affiliated leagues or clubs in competitions outside of UEFA's territory. FIFA's competitions shall not be affected by this provision.

2 The current UEFA competitions shall be:

Representative Teams

a) For representative teams:

- UEFA European Football Championship
- UEFA Nations League
- UEFA European Under-21 Championship
- UEFA European Under-19 Championship
- UEFA European Under-17 Championship
- UEFA European Women's Championship
- UEFA European Women's Under-19 Championship
- UEFA European Women's Under-17 Championship
- UEFA European Futsal Championship
- UEFA European Under-19 Futsal Championship
- UEFA European Women's Futsal Championship
- UEFA Regions' Cup

Club Teams

b) For club teams:

- UEFA Champions League
- UEFA Europa League
- UEFA Conference League

– UEFA Super Cup
– UEFA Youth League
– UEFA Futsal Champions League
– UEFA Women's Champions League
– UEFA Women's Europa Cup

Other Competitions, Abolition

c) The Executive Committee shall decide whether to create other UEFA competitions, as well as whether to abolish current UEFA competitions.

Approval on UEFA's Territory

3 International matches, competitions or tournaments which are not organised by UEFA but are played on UEFA's territory shall require the prior approval of FIFA and/or UEFA and/or the relevant Member Associations in accordance with the FIFA Regulations Governing International Matches, the UEFA Authorisation Rules governing International Club Competitions and any additional implementing rules adopted by the UEFA Executive Committee.

Approval outside of UEFA's Territory

4 A Member Association, or its affiliated leagues and clubs, may only play or organise international matches, competitions or tournaments outside UEFA's territory with the prior approval of UEFA and the relevant Member Association in accordance with the FIFA Regulations Governing International Matches, the UEFA Authorisation Rules governing International Club Competitions and any additional implementing rules adopted by the UEFA Executive Committee. FIFA's competitions shall not be affected by this provision.

## Competition Regulations

Article 50

Conditions of Participation

1 The Executive Committee shall draw up regulations governing the conditions of participation in and the staging of UEFA competitions. These regulations shall ensure that the participation in UEFA competitions is based on sporting merit. The Executive Committee shall also draw up regulations that set out a clear and transparent bidding procedure for the finals and final phases of UEFA competitions.

Club Licensing and Financial Sustainability System

1bis The Executive Committee shall also define a club licensing and financial sustainability system and in particular:

a) the minimum criteria to be fulfilled by clubs in order to be admitted to UEFA competitions;
b) the requirements to be fulfilled by clubs admitted to UEFA competitions;
c) the club licensing and club monitoring process;
d) the minimum requirements to be observed by the licensors and their decision-making bodies.

Entry

2 It shall be a condition of entry into UEFA competitions that each Member Association and/or club affiliated to a Member Association agrees to comply with these Statutes, and regulations and decisions of competent Organs made under them.

Non Admission

3 The admission to a UEFA competition of a Member Association or club directly or indirectly involved in any activity aimed at arranging or influencing the outcome of a match at national or international level can be refused with immediate effect, without prejudice to any possible disciplinary measures.

## Combinations or Alliances

Article 51

Combinations or Alliances

Any combination or alliance relating directly or indirectly to the organisation of an international competition between UEFA Member Associations or between leagues or clubs affiliated, directly or indirectly, to different UEFA Member Associations may only be formed with the prior approval of UEFA.

## Principle of Promotion and Relegation

Article 51 bis

Principle

1 A club's entitlement to take part in a domestic league championship shall depend on sporting merit. A club shall qualify for a domestic league championship by remaining in a certain division or by being promoted or relegated to another at the end of a season.

Licensing Criteria

2 In addition to qualification on sporting merit, a club's participation in a domestic league championship may be subject to other criteria within the scope of the licensing procedure, whereby the emphasis is on sporting, infrastructural, administrative, legal and financial considerations. Licensing decisions must be able to be examined by the Member Association's body of appeal.

Prohibited Alterations

3 Member Associations shall take the necessary measures to ensure that clubs do not alter their legal form, their legal group structure or their identity, to the detriment of the integrity of a club competition; and/or to the detriment of the club's history and legacy; and/or to circumvent sporting merit principles and/or to improperly obtain a licence.

Jurisdiction

4 Concerning the application of this article, each Member Association is responsible for deciding national issues, which may not be delegated to the leagues. UEFA may act on its own initiative to protect the principle of promotion and relegation, in particular to ensure sporting merit for the qualification to UEFA competitions. UEFA is also responsible for deciding issues within UEFA's territory involving more than one Member Association. FIFA is responsible for deciding international issues involving more than one Confederation.

# XII. DISCIPLINARY MEASURES

## Disciplinary Jurisdiction

Article 52

Unsportsmanlike Conduct, Violations of the Laws of the Game, Contravention

Disciplinary measures may be imposed for unsportsmanlike conduct, violations of the Laws of the Game, and contravention of UEFA's Statutes, regulations, decisions and directives as shall be in force from time to time.

## Disciplinary Measures against Member Associations and Clubs

Article 53

Disciplinary Measures against Member Associations and Clubs

1 The following disciplinary measures may be imposed against Member Associations and clubs:

a) a warning,
b) a reprimand,
c) a fine,
d) the annulment of the result of a match,
e) an order that a match be replayed,
f) the deduction of points,
g) playing of matches behind closed doors,
h) full or partial stadium closure,
i) playing of a match in a third country,
j) the withholding of revenues from a UEFA competition,
k) the prohibition on registering new players in UEFA competitions,
l) a restriction on the number of players that a club may register for participation in UEFA competitions,
m) disqualification from competitions in progress and/or exclusion from future competitions,
n) the withdrawal of a title or award,
o) the withdrawal of a licence.

Further Disciplinary Measures

2 Further disciplinary measures against Member Associations and clubs may be defined in regulations adopted by the Executive Committee.

Community Football Service

3 All disciplinary measures against Member Associations and clubs may be combined with a community football service order.

## Disciplinary Measures against Individuals

Article 54

Disciplinary Measures against Individuals

1 The following disciplinary measures may be imposed against individuals:

a) a warning,
b) a reprimand,
c) a fine,
d) suspension for a specified number of matches or for a specified or unspecified period,

e) suspension from carrying out a function for a specified number of matches or for a specified or unspecified period,
f) a ban on exercising any football-related activity,
g) the withdrawal of a title or award.

Further Disciplinary Measures

[2] Further disciplinary measures against individuals may be defined in regulations adopted by the Executive Committee.

Community Football Service

[3] All disciplinary measures against individuals may be combined with a community football service order.

## Disciplinary Measures and Directives

Article 55

Organs for the Administration of Justice

[1] The Organs for the Administration of Justice shall have the power to impose disciplinary measures and issue directives.

Accumulation, Combination

[2] More than one disciplinary measure, together with more than one directive, may be imposed in relation to a particular matter.

Directives

[3] A directive may be issued as an order ancillary to a disciplinary measure. It sets out how the disciplinary measure shall be carried out and/or may induce the party(ies) concerned to act in a certain manner.

## Disciplinary set of rules

Article 56

Disciplinary set of rules

The Executive Committee shall have the power to issue the 'Disciplinary Regulations' or other specific regulations setting out procedures for the administration of justice and disciplinary rules.

## Disciplinary Power

Article 57

Disciplinary Power

The following bodies only shall have power to impose disciplinary measures:

a) the Control, Ethics and Disciplinary Body;
b) the Appeals Body;
c) the Club Financial Control Body.

## Finality

Article 58

Finality

Decisions of the Appeals Body and Club Financial Control Body shall be final, subject to Art. 62 and 63 of these Statutes.

# XIII. RECOGNITION OF THE UEFA STATUTES, DISPUTES

## 1. Recognition of the UEFA Statutes

### Recognition of the UEFA Statutes

Article 59

Associations' Statutes

1 Each Member Association shall include in its statutes a provision whereby it, its leagues, clubs, players and officials agree to respect at all times the Statutes, regulations and decisions of UEFA, and to recognise the jurisdiction of the Court of Arbitration for Sport (CAS) in Lausanne (Switzerland), as provided in the present Statutes.

Associations' Obligation

2 Each Member Association shall ensure that its leagues, clubs, players and officials acknowledge and accept these obligations.

Participation in a UEFA Competition

3 Each participant in a UEFA competition shall, when registering its entry, confirm to UEFA in writing that it, its players and officials have acknowledged and accepted these obligations.

## 2. Disputes of National Dimension

### Obligation to Refer Disputes to Court of Arbitration

Article 60

Obligation to Refer Disputes to Court of Arbitration

Associations shall include in their statutes a provision under which disputes of national dimension arising from or related to the application of their statutes or regulations shall, subject to their national legislation, be referred in the last instance to an independent and impartial court of arbitration, to the exclusion of any ordinary court.

## 3. Disputes of European Dimension

### CAS as Ordinary Court of Arbitration

Article 61

Jurisdiction

1 The CAS shall have exclusive jurisdiction, to the exclusion of any ordinary court or any other court of arbitration, to deal with the following disputes in its capacity as an ordinary court of arbitration:

a) disputes between UEFA and associations, leagues, clubs, players or officials;
b) disputes of European dimension between associations, leagues, clubs, players or officials.

Conditions of Intervention

2 The CAS shall only intervene in its capacity as an ordinary court of arbitration if the dispute does not fall within the competence of a UEFA organ.

### CAS as Appeals Arbitration Body

Article 62

Jurisdiction

1 Any decision taken by a UEFA organ may be disputed exclusively before the CAS in its capacity as an appeals arbitration

body, to the exclusion of any ordinary court or any other court of arbitration.

Right to Appeal

2 Only parties directly affected by a decision may appeal to the CAS.

Time Limit for Appeal

3 The time limit for appeal to the CAS shall be 10 days from the receipt of the decision in question.

Internal Procedures

4 An appeal before the CAS may only be brought after UEFA's internal procedures and remedies have been exhausted.

Suspensory Effect

5 An appeal shall not have any suspensory effect as a stay of execution of a disciplinary sanction, subject to the power of the CAS to order that any disciplinary sanction be stayed pending the arbitration.

Scope of Review

6 The CAS shall not take into account facts or evidence which the parties could have submitted to an internal UEFA body by acting with the diligence required under the circumstances, but failed or chose not to do so.

Doping-related decisions

7 Appeals to the CAS against UEFA doping-related decisions may be subject to specific rules adopted by the Executive Committee in line with the World Anti-Doping Code.

## Common Provisions

Article 63

1 The obligation to submit to arbitration before CAS is foreseen in the present Statutes in particular to ensure the uniform handling of disputes under these Statutes and any other UEFA rules and regulations, to enable the consistent interpretation and application of these Statutes and any other UEFA rules and regulations, and in the interest of safeguarding an equal treatment of all stakeholders in European football.

Excluded Jurisdiction

1bis The CAS is not competent to deal with:

a) matters related to the application of a purely sporting rule, such as the Laws of the Game or the technical modalities of a competition;
b) decisions through which a natural person is suspended for a period of up to two matches or up to one month;
c) awards issued by an independent and impartial court of arbitration in a dispute of national dimension arising from the application of the statutes or regulations of an association.

Procedure and Applicable Law

2 Moreover, proceedings before the CAS shall take place in accordance with the Code of Sports-related Arbitration of the CAS. In the merits, CAS shall primarily apply the UEFA Statutes, rules and regulations and, subsidiarily, Swiss law. In addition, in accordance with applicable rules, any party before CAS shall be entitled to raise mandatory provisions of foreign law, which may include European Union public policy laws. The seat of arbitration for proceedings before the CAS shall be Lausanne (Switzerland)

or Dublin (Ireland), as determined by the applicable UEFA rules and regulations.

Finality of CAS awards

3 CAS awards shall be final and binding to the exclusion of jurisdiction of any ordinary court or any other court of arbitration. This is without prejudice to the right to file an appeal against a CAS award in accordance with applicable rules and the right to challenge the enforcement or recognition of a CAS award on grounds of public policy (which may include European Union public policy laws) in accordance with any applicable national or European Union procedural laws or the right to file a case before a competent competition authority.

## XIV. CONCLUDING PROVISIONS

### Governing Law and Legal Forum

Article 64

Swiss Law

1 These Statutes shall be governed in all respects by Swiss law.

Legal Forum

2 The legal forum shall be the headquarters of UEFA. Lausanne (Switzerland) shall be the legal forum for all cases which, in accordance with these Statutes, come under the jurisdiction of CAS.

### Matters not Covered in the Statutes

Article 65

Executive Committee

The Executive Committee shall have the power to decide on all matters not covered in these Statutes, such decisions to be made in accordance with relevant FIFA regulations. If no such regulations exist, the Executive Committee shall decide according to right and justice.

### Dissolution of UEFA

Article 66

4/5 Majority

1 A four-fifths majority of all Member Associations shall be required to dissolve UEFA.

Assets

2 A four-fifths majority of all Member Associations shall be required for any decision as to the distribution of the assets of UEFA on dissolution. Without a decision as to such distribution, any resolution to dissolve UEFA shall have no effect.

Division of Assets

3 The assets of UEFA shall not under any circumstances be divided among the members and any resolution to this effect shall have no effect.

### Equal Status of Men and Women

Article 67

Equal Status

In these Statutes, the use of the masculine form shall be interpreted also to refer to the feminine.

## Authoritative Version

Article 68

Authoritative Version

In the event of any discrepancy in interpretation between the official languages of UEFA in the wording of these Statutes, the English version shall be authoritative.

## Exceptional and Transitional Provisions

Article 69

1 Art. 5 does not apply to the following Member Associations: England, Scotland, Northern Ireland, Wales, Faroe Islands and Gibraltar.

2 Terms of office started or served before 1 July 2017 shall not be taken into account for the purposes of the term limits set out in Art. 22, para. 1.

3 Art. 21, para. 2bis, and Art. $34^{quater}$, para. 2, do not apply to the members of the UEFA Executive Committee and European members of the FIFA Council in office on 20 April 2021.

4 By exception to Art. 19, para. 3, and Art. 22, para. 1, the member of the Executive Committee elected by FIFPRO Europe shall be ratified for the first time at the UEFA ordinary Congress in February 2026 and the term of office shall last until the 2029 UEFA electoral Congress.

5 Terms of office of members of the Executive Committee elected by the EFC, the EL and FIFPRO Europe started or served before 12 February 2026 shall not be taken into account for the purposes of the term limits set out in Art. 22.

## XV. COMING INTO FORCE OF THE STATUTES

### Coming into Force

Article 70

Coming into Force

These Statutes were originally adopted at the UEFA Congress on 24 September 1997 in Helsinki and came into force on 24 December 1997. They were subsequently amended by the UEFA Congress on 30 June and 1 July 2000 in Luxembourg, on 11 October 2001 in Prague, on 25 April 2002 in Stockholm, on 27 March 2003 in Rome, on 22/23 April 2004 in Limassol, on 21 April 2005 in Tallinn, on 23 March 2006 in Budapest, on 25/26 January 2007 in Düsseldorf, on 28 May 2007 in Zurich, on 25 March 2010 in Tel Aviv, on 22 March 2012 in Istanbul, on 27 March 2014 in Astana, on 25 February 2016 in Zurich, on 3 May 2016 in Budapest, on 5 April 2017 in Helsinki, on 20 September 2017 in Geneva, on 26 February 2018 in Bratislava, on 3 March 2020 in Amsterdam, on 20 April 2021 in Montreux, on 8 February 2024 in Paris and on 12 February 2026 in Brussels. The current version of these Statutes comes into force on 1 July 2026 with the exception to the new definition no. 11 in the Definition of terms (I.), Art. 13, para. 2, lit. g, Art. 19, para. 3, Art. 21, para. 1, lit. c and para. 2, Art. 22, para. 1 and para. 1bis, and Art. 69, para. 4 and para. 5, which come into force on 12 February 2026.

Brussels, 12 February 2026

For the UEFA Congress:

| | |
|---|---|
| The President: | The General Secretary: |
| *Aleksander Čeferin* | *Theodore Theodoridis* |

Considered and approved on behalf of the Member Associations by:

[signatures of Member Associations]

Albania, Andorra, Armenia, Austria, Azerbaijan, Belarus, Belgium, Bosnia and Herzegovina, Bulgaria, Croatia, Cyprus, Czechia, Denmark, England, Estonia, Faroe Islands, Finland, France, Georgia, Germany, Gibraltar, Greece, Hungary, Iceland, Israel, Italy, Kazakhstan, Kosovo, Latvia, Liechtenstein, Lithuania, Luxembourg, Malta, Moldova, Montenegro, Netherlands, North Macedonia, Northern Ireland, Norway, Poland, Portugal, Republic of Ireland, Romania, Russia, San Marino, Scotland, Serbia, Slovakia, Slovenia, Spain, Sweden, Switzerland, Türkiye, Ukraine, Wales.

# RULES OF PROCEDURE OF THE UEFA CONGRESS

## Chair of the Congress

Article 1

1 The President or, in his absence, the first Vice-President shall chair the Congress. If the first Vice-President is not present either, another Vice-President designated for that purpose by the Executive Committee shall chair the Congress. If no Vice-President is present, the Congress shall elect a member of the Executive Committee as Chair.

2 The Chair shall ensure that the rules of procedure are observed. He shall open, conduct and close the Congress. He shall give speakers permission to take the floor.

3 The Chair shall keep order at the Congress. He may take the following measures against Congress participants who disrupt the proceedings:

a) call to order;
b) reprimand;
c) exclusion from the Congress.

## Congress Bureau

Article 2

The scrutineers, together with the General Secretary and the Deputy General Secretary(-ies), shall form the Congress Bureau.

## Agenda

Article 3

1 The agenda shall be approved at the start of the Congress.

2 The agenda may be amended at any time if supported by two-thirds or more of the Member Associations present.

3 The Congress may not consider a proposal to amend the Statutes unless it is included as an item of business on the agenda sent out with the notice of Congress.

## Discussion

Article 4

1 Each agenda item shall be introduced with a brief report:

a) by the Chair or a member of the Executive Committee;
b) by a representative designated for that purpose by a Committee;
c) by the Member Association which had the item in question placed on the agenda.

2 The item shall then be opened to the floor for general discussion.

## Permission to Take the Floor

Article 5

1 Delegates shall be given permission to take the floor in the order that requests have been made to do so. A speaker may not take the floor unless

and until he has been given permission to do so. A speaker shall speak from the place designated for that purpose.

2 A speaker may only be given the floor for a second time on the same matter when all other Congress participants who have requested to take the floor have had a chance to speak on the matter in question.

3 The Chair may set a time limit for speakers.

### Motion on a Point of Order

Article 6

1 A motion on a point of order shall be dealt with forthwith. Any other discussion shall be immediately suspended.

2 If a motion on a point of order is adopted, only Congress participants who requested to do so before the vote shall be given the floor.

3 The Chair shall decide when to close the discussion unless more than half of the Member Associations present and voting decide on a vote to do otherwise.

### Motions, Motions to Amend an Agenda Item and Motions to Delete an Agenda Item

Article 7

All motions, motions to amend, and motions to delete an agenda item shall be made in writing.

### Votes

Article 8

1 Voting shall be open, unless the Congress decides otherwise.

2 Voting shall be by show of hands (voting card).

3 A vote may be taken by roll call, if 10 or more Member Associations present and eligible to vote so request.

4 No one shall be forced to vote.

5 Before each vote, the Chair, or a person designated by him for the purpose, shall read the proposal and explain the voting procedure to the Congress.

6 Proposals shall normally be voted on in the order in which they are introduced in the discussion.

7 A proposal to amend a proposed amendment shall be voted on before the proposed amendment. A proposed amendment shall be voted on before the original proposal.

8 Proposals which are unopposed shall be taken as adopted.

9 The Chair shall satisfy himself as to, and announce, the result of the vote.

10 No one shall be given the floor during a vote or until the result of a vote has been announced.

## Elections

Article 9

1 Elections shall take place by written secret ballot. If the number of candidates is equal to the number of vacant positions, the Congress may decide to proceed otherwise. The Congress Bureau shall distribute, count and verify the ballot papers.

2 If more ballot papers are handed in than were distributed, the election shall be null and void and shall be repeated forthwith.

3 In respect of elections:

a) a person shall be elected in the first ballot if supported by an absolute majority (i.e. more than half) of the valid votes cast.
b) if, in the first ballot, more candidates obtain an absolute majority (i.e. more than half of the valid votes cast) than there are seats available, the candidates with the most votes among those with an absolute majority shall be elected.
c) if not all seats can be filled in the first ballot because of a tie among candidates with an absolute majority, those candidates who can be elected in accordance with lit. b) above are elected in the first round and all the others who obtained an absolute majority (i.e. more than half of the valid votes cast) in the first ballot shall enter a second ballot.
d) if no candidate obtains an absolute majority in the first ballot or not all seats can be filled in accordance with lit. c) above, there shall be a second ballot, in which the person(s) supported by a simple majority (i.e. most votes) shall be elected.
e) in the event of a tie in the second ballot, there shall be a third ballot, in which the person supported by a simple majority (i.e. most votes) shall be elected.
f) in the event of a tie in the third ballot, election shall be determined by the drawing of lots.

4 Only valid ballot papers handed in shall be counted for the calculation of the absolute majority mentioned in para. 3 above.

5 Blank or spoiled ballot papers shall be ignored in the counting of the valid votes cast. If two or more votes for one candidate are on the same ballot paper, neither shall be valid.

6 Before announcing the results, the Chair shall announce the number of ballot papers distributed, the number of ballot papers received, any abstention or invalid ballot papers and the relevant majority for a candidate to be elected.

7 The ballot papers cast, counted and verified shall be placed by the Congress Bureau in envelopes prepared for that purpose, which shall be immediately sealed. The UEFA Administration shall keep the sealed envelopes and destroy them 100 days after the close of the Congress.

## Interpreters

Article 10

The UEFA Administration shall be responsible for simultaneous translation into the official languages of the Congress. Qualified interpreters shall be used for the purpose.

## Minutes

Article 11

The UEFA Administration shall be responsible for taking minutes of the business conducted at the Congress.

## Representation

Article 12

1 Each Member Association shall have one vote.

2 A Member Association may be represented at the Congress by a maximum of three delegates, who cannot at the same time be a member of the UEFA Executive Committee or of the FIFA Council.

3 Delegates' travel expenses shall be borne by the Member Association concerned. However, their accommodation expenses shall be covered by UEFA.

## Coming into Force

Article 13

These Rules of Procedure of the UEFA Congress were originally adopted by the UEFA Congress on 24 September 1997 in Helsinki and came into force on 24 December 1997. They were subsequently amended by the UEFA Congress on 30 June and 1 July 2000 in Luxembourg, on 11 October 2001 in Prague, on 28 May 2007 in Zurich, on 22 March 2012 in Istanbul, on 27 March 2014 in Astana, on 5 April 2017 in Helsinki, on 3 March 2020 in Amsterdam, on 8 February 2024 in Paris and on 12 February 2026 in Brussels. The current version of these Rules of Procedure of the UEFA Congress comes into force on 1 July 2026.

Brussels, 12 February 2026

For the UEFA Congress:

| The President: | The General Secretary: |
| --- | --- |
| *Aleksander Čeferin* | *Theodore Theodoridis* |

# REGULATIONS GOVERNING THE IMPLEMENTATION OF THE UEFA STATUTES

## 1. Application for Admission to UEFA

Article 1

A national football association that wishes to become a member of UEFA shall submit a written application to the UEFA Administration. If the UEFA Executive Committee considers, on a prima facie basis, that the application fulfils the admission criteria set out in Art. 5, para. 1, of the Statutes, the application is submitted to the UEFA Congress for decision.

Article 2

The UEFA Executive Committee may provisionally admit a national football association into membership. A national football association admitted on a provisional basis shall have the same rights and obligations as a Member Association, subject to Art. 18, para. 5 of the Statutes.

The application for admission must include the following:

a) the statutes and regulations of the association;
b) a declaration whereby the association submitting the application undertakes to observe UEFA's Statutes, regulations and decisions at all times;
c) documents giving information about the internal organisation of the association submitting the application, as well as the competitions staged by the association;
d) names of the members of all association organs.

Article 3

Provisional admission shall continue until the next UEFA Congress, which shall decide whether to admit or not as a Member Association a national football association that has been admitted provisionally.

## 2. Elections

### Election of the President and Members of the UEFA Executive Committee and European Members of the FIFA Council

Article 4

1 Candidates for the position of President of UEFA shall be proposed in writing to the UEFA Administration at least three months before the date set for the opening of the Congress. The Executive Committee may shorten this deadline if circumstances so require.

2 Candidates for positions on the UEFA Executive Committee shall be proposed in writing to the UEFA Administration at least two months before the date set for the opening of the UEFA Congress. The Executive Committee may shorten this deadline if circumstances so require.

3 Each of the four British associations (i.e. England, Scotland, Northern Ireland and Wales) may propose a candidate from its own association for the position of the single FIFA Vice-Presidency which is reserved to them, but which is elected by the UEFA Congress. They may not propose any candidate for either

of the two other FIFA Vice-Presidents to be elected by the UEFA Congress, nor may they propose any other candidate (other than for the female position) to be elected by the UEFA Congress as an ordinary member of the FIFA Council. All UEFA Member Associations, including the four British ones, are entitled to vote in all the above-mentioned elections.

**Eligibility check and electoral committee**

Article 4$^{bis}$

1 Candidates for a seat on the Executive Committee, including for the position of President, female member and members representing the EFC, the EL and FIFPRO Europe, shall be subject to an eligibility check to be carried out by an electoral committee composed of the Chair of the UEFA Governance and Compliance Committee and two other members of this Committee (one of whom to be independent) appointed by the Chair on a case by case basis so as to avoid any actual or potential conflict of interest.

2 Candidates for a seat on the Executive Committee are required, when submitting their respective candidacies, to complete and sign an eligibility questionnaire prepared for that purpose by the UEFA Administration and return it to the latter, along with a criminal record certificate issued within the last six months and a copy of their valid passport.

3 Upon receipt of a candidature, the UEFA Administration shall forward it without delay to the Chair of the Governance and Compliance Committee, so that the eligibility checks can be carried out by the electoral committee to be set up by the Chair for that purpose. Exceptionally, with regards to the submission of the criminal record certificate, the Chair of the Governance and Compliance Committee may, upon request of a candidate, grant an extension to the deadline (set for the submission of candidatures), provided that a criminal record certificate was requested before the deadline. Such an extension to the deadline must allow sufficient time for the electoral committee to conduct the eligibility check ahead of the Congress where the election takes place.

4 The electoral committee shall pass a decision on the eligibility of a candidate within 21 days of receipt of the required documents and any additional information it deems necessary for the candidate to provide.

5 The electoral committee shall decide on the eligibility of candidates by simple majority of its members, with no abstention being allowed. Decisions passed by the electoral committee on the eligibility of candidates shall be final, subject to Articles 62 and 63 of the UEFA Statutes.

6 The UEFA Administration shall immediately notify candidates of the decision taken by the electoral committee on their eligibility.

7 If the Chair of the UEFA Governance and Compliance Committee is prevented from performing his above-mentioned duties due to a conflict of interest or for any other reason, he shall be replaced by the first Vice-Chair of this Committee and, if the latter is in the same situation, he is replaced by the second Vice-Chair of this Committee.

**Election of European Vice-Presidents and Members of the FIFA Council**

Article 5

If a Vice-President or a person elected to the FIFA Council vacates the position during his term of office, the UEFA Executive Committee may, upon proposal of the President, appoint a replacement for the remaining period until the next UEFA Congress. Any such replacement may not take over the office of Vice-President of FIFA.

**Appointment of the Chairs and Members of the Organs for the Administration of Justice, as well as the Chairs and Members of Committees**

Article 6

The Member Associations shall submit proposals in writing to the UEFA Administration for the appointment of the Chairs and members of the Organs for the Administration of Justice and Committees. The UEFA Administration shall set an appropriate deadline for the submission of proposals. The EFC, the EL, FIFPRO Europe and the UEFA Administration may also propose candidates for the UEFA's Organs for the Administration of Justice for appointment by the UEFA Executive Committee.

## 3. UEFA Treasurer

Article 6$^{bis}$

1 The UEFA Treasurer assists the UEFA Administration with the financial management of UEFA and chairs the Finance Committee.

2 The UEFA Treasurer shall have relevant experience and qualifications (e.g. be a chartered accountant or have a background in finance, banking, or business) to be appointed by the Executive Committee, upon proposal of the President.

3 The UEFA Treasurer is appointed by the Executive Committee, upon proposal of the President, for a four-year term after the electoral Congress held during the calendar year preceding the final round of the scheduled UEFA European Football Championship.

4 If the UEFA Treasurer is not a member of the Executive Committee, he is subject to an eligibility check; in such a case, Article 4$^{bis}$ applies *mutatis mutandis.*

5 The further specific rights and duties of the UEFA Treasurer are defined by contract.

## 4. Coming into Force

Article 7

These Regulations were approved by the UEFA Executive Committee at its meeting of 5 December 1997 in Geneva and came into force on 24 December 1997. They were revised on 7 July 2000, on 25/26 January 2007, on 12 December 2013, on 11 December 2015, on 2 May 2016, on 24 May 2018, on 18 June 2020, on 22 May 2024 and on 20 May 2026. The current version of these Regulations comes into force on 1 July 2026.

Istanbul, 20 May 2026

For the UEFA Executive Committee:

The President:
*Aleksander Čeferin*

The General Secretary:
*Theodore Theodoridis*

UEFA
ROUTE DE GENÈVE 46
CH-1260 NYON 2
SWITZERLAND
TELEPHONE: +41 848 00 27 27
TELEFAX: +41 848 01 27 27
UEFA.com

WE CARE ABOUT FOOTBALL

# EXHIBIT 22

Financial distribution

# Our business model

We distribute as much as possible of our net earnings across European football to promote sustainability and growth.



UEFA via Getty Images

As a not-for-profit organisation, UEFA's business model is structured to support our goal of ensuring European football continues to thrive at all levels. By keeping our overheads to a minimum, we reinvest the majority of revenue generated by our famous club and national team competitions as equitably and fairly as possible across European football.

> **"Over 97% of our net earnings go back into football, which is clearly reflected in tangible results. It highlights the path that we are determined to follow in the future."**
>
> UEFA president Alexander Čeferin

This amounts to more than 97% of our net revenue. More than three-quarters will go to clubs – mainly as prize money, but also through solidarity payments to clubs that fail to qualify for our competitions for investment in youth football.

Approximately 9.7% is earmarked specifically for football development activities, covering the costs of running men's and women's youth and futsal competitions and the UEFA HatTrick programme, one of the largest development funds in sport, which reinvests men's EURO revenue into national association projects.

## Where the money goes

See how we distribute the vast majority of our net revenue back into the game*




**Given that a men's EURO only occurs once every four years, we use cumulative figures over four-year periods (i.e. 2023/24 to 2026/27) to avoid distorting money flows.*

## Financial distribution models

Our financial distribution models are a mechanism through which UEFA club and national competition revenues, derived from the sale of centralised sponsorship and media rights, and in some cases ticket sales, are reallocated. Net earnings are divided among competing teams in the form of reward payments, and among non-competing teams in the form of solidarity payments.

### UEFA revenue and expenditure: the full picture



**Our 2024/25 Annual Report**



**2024/25 UEFA Financial Report**



**2026/27 UEFA budget: Outlining our commitment to invest in the future of football**

### National team competitions

For our men's and women's national team final tournaments, we distribute prize money among the participating sides to support development of the wider European game.

All associations that take part in qualifiers for the men's and women's EUROs are also rewarded. Similarly, participation fees go to all nations competing in the men's and women's Nations Leagues. Performance bonuses are then awarded in proportion to how teams fare on the field. Cumulatively, for the EURO 2024 cycle, these payments amount to 11.8% of our net revenue.

Since 2004, on average, we have channelled more than half of each men's EURO's net revenue back to national associations through our UEFA HatTrick programme to support football development projects. Payments are made as:

- lump sums for associations to invest according to strategic priorities;
- annual payments to cover association' running costs, governance projects and national team travel expenses, as well as participation in UEFA youth, women's, futsal and amateur competitions;
- annual incentive payments for which associations can apply to implement a range of UEFA development initiatives (e.g. anti-match-fixing, coaching, club licensing, elite youth player development, grassroots and women's football, good governance, refereeing and social responsibility).

From 2023/24-2026/27, we distributed 9.7% of our net revenue to fund the HatTrick programme as well as other competitions (eg women's, youth, futsal and UEFA Regions' Cup) plus a range of football development projects and education, such as coaching, refereeing, women's football, non-European confederations.

### Club competitions

For the EURO 2024 cycle, which covers the financial years 2023/24 to 2026/27, 66% of our net revenue was distributed to clubs who qualified for our men's club competitions – the Champions League, Europa League, Conference League and Super Cup.

As well as rewarding success on the field through prize money, our financial distribution models for our men's and women's club competitions ensure that the benefits of their success spread beyond the elite level to contribute to the overall growth of the game.

Each season, solidarity payments are made to clubs eliminated in the preliminary stages of our senior competitions, as well as to other top-tier clubs that failed to qualify through their domestic leagues. This funding is earmarked for youth development programmes and/or local community schemes. From 2023/24-2026/27, solidarity payments to men's clubs amounted to 10% of net revenue.

Since the 1999/2000 season, payments for non-participating men's clubs have risen from €32.9 million to €308 million. The first-ever UEFA solidarity payments for women's clubs were introduced in 2021/22 as part of our revamp of the Women's Champions League.

Solidarity payments also fund our club benefits programmes, which recognise domestic clubs that release players to contribute to the success of UEFA competitions.

## Related topics

Women's competitions

Men's competitions

Running competitions
Development
Sustainability
News & media

Rankings
Tickets/Hospitality
UEFA National Team Football store
UEFA Men's Club Competitions store
UEFA Men's Club Competitions Memorabilia

FOLLOW US ON

Terms and conditions
Privacy Policies
Cookie policy
Privacy settings

# EXHIBIT 23

# We work alongside our 55 member national football associations to develop the game at every level across Europe.

## National associations

Albania
Andorra
Armenia
Austria
Azerbaijan
Belarus
Belgium
Bosnia and Herzegovina
Bulgaria
Croatia
Cyprus
Czechia
Denmark
England
Estonia
Faroe Islands
Finland
France
Georgia
Germany
Gibraltar
Greece
Hungary
Iceland
Israel
Italy
Kazakhstan
Kosovo
Latvia
Liechtenstein
Lithuania
Luxembourg
Malta
Moldova
Montenegro
Netherlands
North Macedonia
Northern Ireland
Norway
Poland
Portugal
Republic of Ireland
Romania
Russia
San Marino
Scotland
Serbia
Slovakia
Slovenia
Spain
Sweden
Switzerland
Türkiye
Ukraine
Wales

## Coefficient rankings

Men's Women's Futsal

### Association club coefficients - 2025/26 season

| | | Country | Pts |
|---|---|---|---|
| 1 | England | ENG | 104.303 |
| 2 | Italy | ITA | 90.284 |
| 3 | Spain | ESP | 89.489 |
| 4 | Germany | GER | 86.624 |
| 5 | France | FRA | 66.831 |

### Club coefficients - 2025/26 season

| | | Country | Pts |
|---|---|---|---|
| 1 | Man City | ENG | 148.000 |
| 2 | Bayern München | GER | 144.000 |
| 3 | Real Madrid | ESP | 136.000 |
| 4 | Paris | FRA | 116.000 |
| 5 | Liverpool | ENG | 114.000 |

View full rankings

Last updated: 01/03/2025 06:06

View full rankings

Last updated: 12/02/2025 04:10

## News



Liechtenstein

New elite pathway boosts opportunities for girls in Liechtenstein



Spain

Rafael Louzán: 'I cannot think of a better moment for Spanish football'



Italy

Italian football mourns Franco Baresi



Luxembourg

Football tackling discrimination in Luxembourg



Bulgaria

Building Bulgaria's football future



UEFA

European football aligns on refereeing matters



San Marino

Tre Fiori's European qualifying adventure



Azerbaijan

Giving children without parental care in Azerbaijan a future through football



Romania

Helping Romanian youth players plan for life on and off the pitch



England

European football mourns Kevin Keegan



Sweden

Mjällby's modern miracle



Wales

Laura McAllister: 'Football would be stronger with more women involved'



Netherlands

Rob Dieperink 1988-2026



Bosnia and Herzegovina

A unique opportunity for Bosnian girls



Bosnia and Herzegovina

'Wearing the national team jersey is a dream come true'



Wales

How the U19 EURO is boosting the Welsh domestic game

## Related topics

- About
- Running competitions
- Development
- Sustainability
- News & media

UEFA.com

- About
- National associations
- Running competitions
- Development
- Sustainability
- News & media

EXPLORE

- UEFA.tv
- Match calendar
- Rankings
- Tickets/Hospitality
- UEFA National Team Football store
- UEFA Men's Club Competitions store
- UEFA Men's Club Competitions Memorabilia

MORE

- MyUEFA
- UC3

CHANGE LANGUAGE

English

FOLLOW US ON

Terms and conditions | Privacy Policies | Cookie policy | Privacy settings

# EXHIBIT 24

FIFA

# FIFA World Cup champions: 1982-2026

FIFA shines the spotlight on every World Cup-winning team since 1982.



- FIFA profiles every FIFA World Cup™ winner between 1982 and 2026
- Maradona, Messi and Zidane among players who have inspired triumphs
- Tap here to view our page dedicated to World Cup champions from 1930 to 1978

## 1982 FIFA World Cup Spain™

**Champions:** Italy
**Runners-up:** West Germany
**Third place:** Poland



Italy won their third World Cup, and first since 1938, when they emerged victorious in Spain.

Iconic striker Paulo Rossi was his nation's talisman at the tournament and he hit a hat-trick in a famous 3-2 group-stage victory over Brazil. The red-hot Rossi then bagged a brace as Italy saw off Poland 2-0 in the last four, before scoring the opener in the Madrid final against West Germany. Marco Tardelli and Alessandro Altobelli were also on target in the showpiece match, with Italy recording a 3-1 win at the Santiago Bernabeu Stadium.



## 1986 FIFA World Cup Mexico™

**Champions:** Argentina
**Runners-up:** West Germany
**Third place:** France



Diego Maradona's spellbinding performances wowed the world as he spearheaded Argentina's glorious Mexico 1986 campaign.

His two goals in Argentina's 2-1 quarter-final win over England will go down in World Cup folklore, with his controversial 'Hand of God' effort followed by a sensational solo effort which showcased his mesmeric skill, control and balance.

Maradona also hit a double in the last-four win over Belgium, before Argentina edged a barnstorming final against West Germany. The Germans recovered from a two-goal deficit to draw level, but Jorge Burruchaga's strike seven minutes from time secured a second World Cup for Argentina.



## 1990 FIFA World Cup Italy™

**Champions:** West Germany
**Runners-up:** Argentina
**Third place:** Italy



West Germany avenged their 1986 final defeat to Argentina when the teams faced off in the championship match four years later in Rome.

The Germans had qualified for the final by beating England in a semi-final penalty shootout. Penalties were also required to settle Argentina's last-four clash, with *La Albiceleste* coming out on top against host nation Italy.

A combative, tightly contested final, in which Argentina players Gustavo Dezotti and Pedro Monzon were sent off, was decided by Andreas Brehme's 85th-minute spot-kick as Germany won their third world title.



## 1994 FIFA World Cup USA™

**Champions:** Brazil
**Runners-up:** Italy
**Third place:** Sweden



Brazil secured their fourth World Cup title when the tournament headed Stateside in 1994.

A *Seleção* team featuring the likes of Aldair, Dunga, Bebeto and Romario beat Italy in the first World Cup final to be settled by a penalty shootout. A cagey contest finished goalless after extra time, with Brazil winning on spot-kicks after *Azzurri* legend Roberto Baggio blazed his penalty over the crossbar.



## 1998 FIFA World Cup France™

**Champions:** France
**Runners-up:** Brazil
**Third place:** Croatia



A Zinedine Zidane-inspired France were victorious on home soil in 1998, sealing a maiden world crown with a convincing final win over holders Brazil.

The build-up to the final was dominated by doubts over the availability of Brazil star Ronaldo, who had blazed a trail at the tournament with a series of explosive performances. He was eventually passed fit for the Paris showdown but was a shadow of the player who had terrified defences throughout the competition. As it was, another global superstar stole the show, with the majestic Zidane scoring twice in a 3-0 France victory.



## 2002 FIFA World Cup Korea/Japan™

**Champions:** Brazil
**Runners-up:** Germany
**Third place:** Turkey



Brazil were back on top of the world when the tournament went to the Far East for the first time in 2002.

Ronaldo starred again throughout the competition, scoring eight times to win the Golden Boot. And, in stark contrast to his heartbreaking final experience four years previously, on this occasion he was the match-winner, hitting a brace against Germany to fire Brazil to a 2-0 win and a record-extending fifth world title.



## 2006 FIFA World Cup Germany™

**Champions:** Italy
**Runners-up:** France
**Third place:** Germany



Italy, under the expert tutelage of legendary head coach Marcelo Lippi, became world champions for the fourth time at Germany 2006.

The Italians broke host nation Germany's hearts in a memorable semi-final, with Fabio Grosso and Alessandro Del Piero scoring wonderful goals deep into extra time to secure a memorable victory.

France awaited in the final and, after falling behind to Zinedine Zidane's penalty, Italy levelled through Marco Materazzi's bullet header. That goalscoring pair were subsequently involved in the game's flashpoint, with Zidane sent off in extra time for a headbutt on the defender. The score remained deadlocked at 1-1 after 120 minutes and Italy prevailed in the penalty shootout, with man-of-the-moment Grosso scoring the winning kick.



## 2010 FIFA World Cup South Africa™

**Champions:** Spain
**Runners-up:** Netherlands
**Third place:** Germany



A formidable Spain team starring Sergio Ramos, Andres Iniesta, Xavi and David Villa recovered from the shock of an opening-game defeat to Switzerland to triumph in 2010.

Spain progressed to the final of the tournament, which was held in Africa for the first time, with three 1-0 knockout-stage wins over Portugal, Paraguay and Germany respectively.

The same scoreline saw them edge out the Netherlands in the Johannesburg final, with Andres Iniesta superbly firing home just four minutes from the end of extra time to secure Spain's first World Cup success.



## 2014 FIFA World Cup Brazil™

**Champions:** Germany
**Runners-up:** Argentina
**Third place:** Netherlands



A Germany side boasting a potent mix of style, substance and dynamism came out on top when the World Cup returned to South America in 2014.

Joachim Low's side recorded one of the most jaw-dropping results in World Cup history in the semi-finals, producing a devastating display of attacking football to demolish hosts Brazil 7-1.

The final against Argentina was a much closer affair, with Mario Gotze eventually settling the clash in the Germans' favour with a superbly executed extra-time volley.



## 2018 FIFA World Cup Russia™

**Champions:** France
**Runners-up:** Croatia
**Third place:** Belgium



Twenty years after captaining France to World Cup glory, Didier Deschamps repeated the feat as head coach at Russia 2018.

Their star-studded team, featuring electrifying 19-year-old Kylian Mbappe, made relatively serene progress to the final, although a rollercoaster 4-3 last-16 win over Argentina tested French nerves.

First-time finalists Croatia stood in the way of glory for *Les Bleus* but Deschamps' side triumphed 4-2 in a highly entertaining showpiece match.



## FIFA World Cup Qatar 2022™

**Champions:** Argentina
**Runners-up:** France
**Third place:** Croatia



The legendary Lionel Messi lifted the trophy he coveted above all others as Argentina won a third World Cup at Qatar 2022.

After falling to a shock defeat to Saudi Arabia in their opening game, Messi sparked Argentina's tournament into life with a fabulous goal in their next match, a 2-0 victory over Mexico. He continued to deliver inspirational performances as Argentina advanced all the way to the final, where they faced reigning champions France.

There followed perhaps the greatest World Cup final of all time, with Messi netting twice and France superstar Kylian Mbappe scoring a hat-trick as a breathtaking contest finished 3-3 after extra time. Argentina triumphed in the subsequent penalty shootout as the nation won their first World Cup since 1986.



## FIFA World Cup 2026™

**Champions:** Spain
**Runners-up:** Argentina
**Third place:** England




Spain put on one of the greatest team displays ever seen in the World Cup as they captured the trophy for the second time in their history.

Following on from their success at UEFA EURO 2024, Spain's well-oiled squad efficiently rolled past their opposition in North America despite starting with a draw with debutants Cabo Verde. On the way to a showpiece final against Argentina, Luis de la Fuente's men defeated fellow European teams Austria, Portugal, Belgium and France in the knockout rounds.

In the tightly-contested decider at New York New Jersey Stadium, Ferran Torres struck in extra time to defeat Lionel Messi and Co. and repeat Spain's glory of South Africa 2010. In so doing, they became joint-European and world champions.



## Read here for the World Cup winners from 1930-1978

**Tickets - FIFA World Cup 26™**

Start your FIFA World Cup 26™ journey by exploring our ticket options!



## Latest FIFA World Cup 2026™ news



Teams with biggest post-World Cup push in FIFA Ranking



Magic World Cup 2026 moments: Haaland shoots down Brazil



Sky's the limit for Senegal ace Ndiaye

## World Cup history


Top goalscorers in one World Cup


Youngest World Cup-winning players


Father and sons who went to the World Cup as players

# EXHIBIT 25




**What We Do**

## The FIFA Council is the main decision making body of the organisation in the intervals of FIFA Congress.

The final composition of the FIFA Council consists of 37 members: one President, elected by the FIFA Congress; eight vice presidents, and 28 other members elected by the member associations – each for a term of four years. A minimum of one female representative must be elected per confederation. The President and the members of the Council may serve for no more than three terms of office (whether consecutive or not).



## FIFA Council Latest News

Read all news and stories about FIFA Council




FIFA Council

**Bureau of the Council appoints Azerbaijan as host of FIFA U-15 World Cup & Festival 2026™**

24 Jun 2026




Transfer system

**Bureau of the Council approves new regulatory framework for the global football transfer...**

10 Jun 2026

Organisation

**FIFA and FIFPRO sign landmark agreement to...**

10 Jun 2026

FIFA Council

**Bureau of the Council update on the Regulations...**

8 May 2026



Women's Football

**FIFA Council decision has helped Afghan...**

29 Apr 2026

### More



Organisation

**FIFA and AFC enable Afghan women to...**



FIFA Council

**FIFA Council increases record financial...**




FIFA Council

**Agenda for FIFA Council meeting now available**



FIFA Council

**Landmark Safeguarding Policy to strengthen...**



FIFA Council

**FIFA Council highlights power of football and the...**



FIFA Council

**FIFA Council approves landmark regulations to...**

## President



**Gianni INFANTINO**

President

Switzerland Italy Lebanon

## Vice Presidents



**Shaikh Salman Bin Ebrahim AL KHALIFA**
Senior vice president
Bahrain



**Alejandro DOMÍNGUEZ**
Vice President
Paraguay



**Vittorio MONTAGLIANI**
Vice President
Canada



**Aleksander ČEFERIN**
Vice President
Slovenia



**Lambert MALTOCK**
Vice President
Vanuatu



**Patrice MOTSEPE**
Vice President
South Africa



**Sándor CSÁNYI**
Vice President
Hungary



**Debbie HEWITT**
Vice President
England

## Members



**Hany ABO RIDA**
Member
Egypt



**Kohzo TASHIMA**
Member
Japan



**Sonia FULFORD**
Member
Turks and Caicos Islands



**Maria Sol MUÑOZ**
Member
Ecuador



**Ramón JESURÚN**
Member
Colombia



**Dejan SAVIĆEVIĆ**
Member
Montenegro



**Mariano ARANETA**
Member
Philippines



**Georgios KOUMAS**
Member
Cyprus



**Johanna WOOD**
Member
New Zealand



**Rajesh PATEL**
Member
Fiji



**Ignacio ALONSO**
Member
Uruguay



**Fouzi LEKJAA**
Member
Morocco



**Răzvan BURLEANU**
Member
Romania



**TAN SRI DATO' HAJI HAMIDIN BIN HAJI MOHD AMIN**
Member
Malaysia



**Sheikh Hamad Khalifa AL THANI**
Member
Qatar



**Yasser ALMISEHAL**
Member
Saudi Arabia



**Kanya KEOMANY**
Member
Laos



**Rodolfo VILLALOBOS**
Member
Costa Rica



**Bernd NEUENDORF**
Member
Germany



**Hamidou DJIBRILLA**
Member
Niger



**Souleiman Hassan WABERI**
Member
Djibouti



**Ahmed YAHYA**
Member
Mauritania



**Kanizat IBRAHIM**
Member
Comoros



**Cindy CONE**
Member
USA



**Randy HARRIS**
Member
Barbados



**Pascale VAN DAMME**
Member
Belgium



**Claudio TAPIA**
Member
Argentina

## Secretary General



**Mattias GRAFSTRÖM**
Secretary General
Sweden Netherlands

## Bureau of FIFA Council

The Bureau of the Council shall deal with all matters within the competence of the Council requiring immediate decision between two meetings of the Council. The Bureau of the Council shall consist of a maximum of seven members. The FIFA President and the six confederation presidents are ex officio members of the Bureau of the Council.

The President shall convene meetings of the Bureau of the Council. If a meeting cannot be convened within an appropriate period of time, decisions may be passed through other means of communication. Such decisions shall have immediate legal effect. The President shall notify the Council immediately of the decisions passed by the Bureau of the Council.

All decisions taken by the Bureau of the Council shall be ratified by the Council at its next meeting.

INSIDE FIFA

### What FIFA does

- Legal
- Transfer system
- Women's Football
- Advancing football
- Innovation
- Talent development
- Tournament organisation
- Sustainability

### Also visit

- All stories & topics
- Reports & Documents
- FIFA Foundation
- FIFA Museum
- Jobs & Careers
- Contact FIFA

Human Rights & Anti-Discrimination
Health and medical
Education initiatives

FIFA

FIFA PARTNERS

TERMS OF SERVICE DATA PROTECTION PORTAL DOWNLOADS COOKIE SETTINGS

Copyright © 1994-2026 FIFA. All rights reserved.

Cookie Settings

# EXHIBIT 26

FIFA®



# Code of Ethics

Edition 2023

***Fédération Internationale de Football Association***
President: Gianni Infantino
Secretary General: Fatma Samoura
Address: FIFA
FIFA-Strasse 20
P.O. Box
8044 Zurich
Switzerland
Telephone: +41 (0)43 222 7777
Internet: FIFA.com

# TABLE OF CONTENTS


DEFINITIONS 7

**PART I. SCOPE OF APPLICATION 9**

1. Scope of applicability 10
2. Persons covered 10
3. Applicability in time 10
4. Scope of the Code, omissions, custom, doctrine and jurisprudence 10
5. Division of the Ethics Committee, division of proceedings 11

**PART II. SUBSTANTIVE LAW 12**

**Section 1: Basis for sanctions 13**

6. Basis for sanctions 13

**Section 2: Disciplinary measures 13**

7. Type of sanctions 13
8. Suspension of sanctions 13

**Section 3: Determining the sanction 14**

9. General rules 14
10. Concurrent breaches 14
11. Repeated breaches 14
12. Recidivism 15

**Section 4: Limitation period 15**

13. Limitation period for prosecution 15

**Section 5: Rules of conduct 15**

**Subsection 1: Duties 15**

14. General duties 15
15. Duty of neutrality 16
16. Duty of loyalty 16
17. Duty of confidentiality 16
18. Duty to report 17
19. Duty to cooperate 17

**Subsection 2: Conflicts of interest, financial benefits and protection of personal rights 18**

20. Conflicts of interest 18
21. Offering and accepting gifts or other benefits 18
22. Commission 19

23. Discrimination and defamation 19
24. Protection of physical and mental integrity 20
**Subsection 3: Forgery and falsification, abuse of position, betting and gambling 20**
25. Forgery and falsification 20
26. Abuse of position 21
27. Involvement with betting, gambling or similar activities 21
**Subsection 4: Bribery and corruption, misappropriation and misuse of funds, and manipulation of football matches or competitions 21**
28. Bribery and corruption 21
29. Misappropriation and misuse of funds 22
30. Manipulation of football matches or competitions 22

**PART III. ORGANISATION AND PROCEDURE 23**
CHAPTER I: ORGANISATION 24
**Section 1: Competence of the Ethics Committee 24**
31. Competence of the Ethics Committee 24
**Section 2: Common rules for the investigatory and adjudicatory chambers 24**
32. Composition of the investigatory and adjudicatory chambers 24
33. Deputising 24
34. Secretariats 24
35. Independence 25
36. Withdrawal and challenges 25
37. Confidentiality 26
CHAPTER II: PROCEDURE 27
**Section 1: Procedural rules 27**
**Subsection 1: General rules 27**
38. Parties 27
39. Representation 27
40. Legal aid 27
41. Failure to cooperate 28
42. Languages used in proceedings 28
43. Notification of decisions and other documents 28
44. Effect of decisions 29
**Subsection 2: Proof 29**
45. Various types of proof 29
46. Anonymous participants in proceedings 30
47. Identification of anonymous participants in proceedings 30
48. Inadmissible evidence 31
49. Evaluation of proof 31

50. Standard of proof 31
51. Burden of proof 31
**Subsection 3: Time limits** **31**
52. Beginning and end of time limit 31
53. Compliance 32
54. Extension 32
**Subsection 4: Suspension of proceedings** **32**
55. Suspension or continuation of proceedings 32
**Subsection 5: Procedural costs** **32**
56. Procedural costs 32
57. Procedural costs in case of closure of proceedings or acquittal 33
58. Procedural costs if sanctions are imposed 33
59. Procedural compensation 33
**Section 2: Investigation proceedings** **33**
**Subsection 1: Preliminary proceedings** **33**
60. Right to submit complaints 33
61. Preliminary investigations 34
62. Opening of investigation proceedings 34
**Subsection 2: Initiation and conduct of investigation proceedings** **34**
63. Initiation of investigation 34
64. Duties and competences of the investigatory chamber 34
65. Conduct of proceedings 35
66. Competences of the chief of the investigation 35
**Subsection 3: Conclusion of investigation proceedings** **36**
67. Conclusion of investigation proceedings 36
68. Final report 36
69. Plea bargain (application of a sanction by mutual consent) 37
**Section 3: Adjudicatory proceedings** **38**
**Subsection 1: Initiation and conduct of proceedings** **38**
70. Duties and competences of the adjudicatory chamber 38
71. Adjudicatory proceedings 38
72. Jurisdiction of the chairperson of the adjudicatory chamber ruling alone 39
73. Right to be heard 39
74. Rejection of motions for the admission of evidence 39
**Subsection 2: Composition, hearings** **39**
75. Composition of the panel 39
76. Hearings, principles 40
77. Hearings, procedure 41
**Subsection 3: Deliberations, decisions** **41**
78. Deliberations 41

79. Taking the decision 41
80. Grounds of decision 41
81. Form and content of the decision 41
82. Enforcement of decisions 42

**Section 4: Appeal and review 42**

83. Appeal Committee 42
84. Court of Arbitration for Sport 42
85. Review 42

**Section 5: Provisional sanctions 43**

86. Provisional sanction 43

**PART IV. FINAL PROVISIONS 44**

87. Exemption from liability 45
88. Official languages 45
89. Adoption and enforcement 45

## DEFINITIONS

For the purpose of this Code, the terms set out below are defined as follows:

1. **FIFA:** Fédération Internationale de Football Association.
2. **Official:** any board member (including the members of the Council), committee member, referee, assistant referee, coach, trainer or any other person responsible for technical, medical or administrative matters in FIFA, a confederation, a member association, a league or a club as well as all other persons obliged to comply with the FIFA Statutes (except players, match agents licensed by FIFA, and football agents).
3. **Match agent licensed by FIFA:** as per the FIFA Match Agent Regulations.
4. **Football agent:** as per the definition contained in the FIFA Football Agents Regulations.
5. **Player:** any football player licensed by an association.
6. **Related party:** any party related to persons bound by the Code shall be considered a related party if they fulfil one or more of the following criteria:

   a) representative or employee;

   b) spouse or domestic partner;

   c) individual sharing the same household, regardless of the personal relationship;

   d) other family member with whom they have a close relationship within a third degree;

   e) legal entity, partnership or any other fiduciary institution, if the person bound by this Code or the person receiving an undue advantage alternatively:

      i) holds a management position within that entity, partnership or fiduciary institution;

      ii) directly or indirectly controls the entity, partnership or fiduciary institution;

      iii) is a beneficiary of the entity, partnership or fiduciary institution;

      iv) performs services on behalf of such entity, partnership or fiduciary institution, regardless of the existence of a formal contract.

7. **FIFA events:** any event, including but not limited to FIFA Congress, Council or committee meetings, FIFA competitions, as well as any other event that is within FIFA's authority or organised by FIFA.

8. **Ethics Committee:** references to the Ethics Committee in this Code shall include the investigatory and/or adjudicatory chamber.

NB: Terms referring to natural persons are applicable to both genders. Any term in the singular applies to the plural and vice-versa.

The definitions section in the FIFA Statutes shall also apply.

# I.

# SCOPE OF APPLICATION

## 1. Scope of applicability

1. This Code shall apply to any conduct, other than those specifically provided by other regulations and connected to the field of play that damages the integrity and reputation of football and in particular to illegal, immoral and unethical behaviour of the persons covered under article 2 of this Code.

2. The rules of conduct defined under part II, section 5 (articles 14 to 30) of this Code shall be included within their respective applicable regulations by the confederations and member associations unless such rules of conduct are already included within their respective regulations currently in place.The principles of the sanctioning system referred to under part II, section 5 (articles 14 to 30) of this Code shall be used as a minimum requirement guidance by the confederations and member associations.

## 2. Persons covered

1. This Code shall apply to all officials and players as well as match agents licensed by FIFA and football agents, under the conditions of article 1 of this Code.

2. The Ethics Committee is entitled to investigate and judge the conduct of persons who were bound by this or another applicable Code at the time the relevant conduct occurred, regardless of whether the person remains bound by the Code at the time proceedings commence or any time thereafter.

## 3. Applicability in time

This Code applies to conduct whenever it occurred, including before the enactment of this Code. An individual may be sanctioned for a breach of this Code only if the relevant conduct contravened the Code applicable at the time it occurred. The sanction may not exceed the maximum sanction available under the then-applicable Code.

## 4. Scope of the Code, omissions, custom, doctrine and jurisprudence

1. This Code governs every subject to which the text or the meaning of its provisions refers.

2. If there are any omissions in this Code with respect to procedural rules, and in case of doubts regarding the interpretation of the Code, the Ethics Committee shall decide in accordance with FIFA custom.

3. During all its operations, the Ethics Committee may draw on precedents and principles already established by sports doctrine and jurisprudence.

## 5. Division of the Ethics Committee, division of proceedings

1. The Ethics Committee shall be composed of an investigatory chamber and an adjudicatory chamber.
2. Ethics Committee proceedings shall be made up of an investigation and an adjudicatory process.

# II.

# SUBSTANTIVE LAW

## SECTION 1: BASIS FOR SANCTIONS

### 6. Basis for sanctions

1. The Ethics Committee may pronounce the sanctions described in this Code, the FIFA Disciplinary Code and the FIFA Statutes.

2. Unless otherwise specified, breaches of this Code shall be subject to the sanctions set forth in this Code, whether acts of commission or omissions, whether they have been committed deliberately or negligently, whether or not the breach constitutes an act or attempted act, and whether the parties acted as principal, accomplice or instigator.

## SECTION 2: DISCIPLINARY MEASURES

### 7. Type of sanctions

1. The following sanctions may be imposed for breaches of this Code or any other FIFA rules and regulations:
   a) warning;
   b) reprimand;
   c) compliance training;
   d) return of awards;
   e) fine;
   f) community football service;
   g) match suspension;
   h) ban from dressing rooms and/or team bench;
   i) ban on entering a stadium;
   j) ban on taking part in any football-related activity.

2. The specifications in relation to each sanction in the FIFA Disciplinary Code shall also apply.

### 8. Suspension of sanctions

1. Upon request from the relevant party, the adjudicatory chamber can decide to suspend the sanction provided for by article 7 paragraph 1 (j) of this Code. The probationary period shall consist of anything from one to five years.

2. If the person benefiting from a suspended sanction commits any other breach of this Code during the probationary period, the suspension shall automatically be revoked and the original sanction fully applied and added to the sanction imposed for the new breach.

## SECTION 3: DETERMINING THE SANCTION

### 9. General rules

1. When imposing a sanction, the Ethics Committee shall take into account all relevant factors in the case, including the nature of the offence; the substantial interest in deterring similar misconduct; the offender's assistance to and cooperation with the Ethics Committee; the motive; the circumstances; the degree of the offender's guilt; the extent to which the offender accepts responsibility, and whether the person mitigated their guilt by returning the advantage received, where applicable.
2. In case of mitigating circumstances, and if deemed appropriate taking into account all circumstances of the case, the Ethics Committee may go below the minimum sanction and/or decide to hand down alternative sanctions as provided under article 7 paragraph 1.
3. Unless this Code mentions otherwise, the Ethics Committee shall decide the scope and duration of any sanction.
4. Sanctions may be limited to a geographical area or to one or more specific categories of match or competition.
5. The Ethics Committee may directly share or otherwise order the responsible FIFA body to share information on a case with the appropriate public authorities without prejudice to the relevant laws and existing legal channels.

### 10. Concurrent breaches

1. Where more than one breach has been committed, the sanction other than monetary sanctions shall be based on the most serious breach.
2. Concurrent breaches shall be considered aggravating circumstances.

### 11. Repeated breaches

1. Repeated breaches shall be considered aggravating circumstances. In such circumstances, the Ethics Committee may go beyond the maximum sanction provided for a violation of the relevant rule, as specified in this Code.
2. Repeated breaches occur if another offence of a similar nature and gravity is committed repeatedly over a period of time. The limitation period for prosecution shall only apply as from the date the most recent offence has been committed and shall therefore apply to all previous breaches.

## 12. Recidivism

1. Recidivism shall be considered aggravating circumstances. In such circumstances, the Ethics Committee may go beyond the maximum sanction provided for a violation of the relevant rule, as specified in this Code.
2. Recidivism occurs if another offence of a similar nature and gravity is committed within 15 years of notification of a decision sanctioning a previous offence.

## SECTION 4: LIMITATION PERIOD

## 13. Limitation period for prosecution

1. As a general rule, breaches of the provisions of this Code may no longer be prosecuted after five years have elapsed.
2. Offences relating to bribery and corruption (article 28), as well as to misappropriation and misuse of funds (article 29) may no longer be prosecuted after ten years have elapsed.
3. Offences relating to threats, the promise of advantages, coercion and all forms of sexual abuse, harassment and exploitation (article 24) are not subject to such limitation period.
4. The limitation period, when applicable, shall be extended by half its length if a formal investigation is opened before its expiration.
5. The limitation period, when applicable, shall be interrupted where criminal proceedings are formally opened against a person bound by this Code during such proceedings.
6. In case of repeated breaches, the limitation period as described above shall start only after the last of the repeated breaches has ended.

## SECTION 5: RULES OF CONDUCT

## Subsection 1: Duties

## 14. General duties

1. Persons bound by this Code shall be aware of the importance of their duties and concomitant obligations and responsibilities. In particular, persons bound by this Code shall fulfil and exercise their duties and responsibilities diligently, especially with regard to finance-related matters.
2. Persons bound by this Code shall respect FIFA's regulatory framework to the extent applicable to them.

3. Persons bound by this Code shall appreciate the impact their conduct may have on FIFA's reputation, and shall therefore behave in a dignified and ethical manner and act with complete credibility and integrity at all times.

4. Persons bound by this Code must refrain from any activity or behaviour or any attempted activity or behaviour that might give rise to the appearance or suspicion of improper conduct as described in the sections that follow.

5. Violation of this article shall be sanctioned with an appropriate fine of at least CHF 10,000 as well as a ban on taking part in any football-related activity for a maximum of two years.

## 15. Duty of neutrality

1. In dealings with government institutions, national and international organisations, associations and groupings, persons bound by this Code shall, in addition to observing the basic rules of article 14, remain politically neutral, in accordance with the principles and objectives of FIFA, the confederations, associations, leagues and clubs, and generally act in a manner compatible with their function and integrity.

2. Violation of this article shall be sanctioned with an appropriate fine of at least CHF 10,000 as well as a ban on taking part in any football-related activity for a maximum of two years.

## 16. Duty of loyalty

1. Persons bound by this Code shall have a fiduciary duty to FIFA, the confederations, associations, leagues or clubs. A breach of fiduciary duty occurs when, *inter alia*, someone who is placed in a position of responsibility or trust acts in a way that is detrimental to the interests of FIFA, the confederations, associations, leagues or clubs or is likely to damage their reputation.

2. Violation of this article shall be sanctioned with an appropriate fine of at least CHF 10,000 as well as a ban on taking part in any football-related activity for a maximum of two years.

## 17. Duty of confidentiality

1. Depending on their function, information of a confidential nature divulged to persons bound by this Code while performing their duties shall be treated as confidential or secret by them, if the information is given with the understanding or communication of confidentiality and is consistent with FIFA principles.

2. The obligation to respect confidentiality survives the termination of any relationship which makes a person subject to this Code.

3. Violation of this article shall be sanctioned with an appropriate fine of at least CHF 10,000 as well as a ban on taking part in any football-related activity for a maximum of two years.

## 18. Duty to report

1. Persons bound by this Code who become aware of any infringements of this Code shall inform, in writing, the secretariat and/or chairperson of the investigatory chamber of the Ethics Committee directly.

2. Failure to report such infringements shall be sanctioned with an appropriate fine of at least CHF 10,000 as well as a ban on taking part in any football- related activity for a maximum of two years.

## 19. Duty to cooperate

1. Persons bound by this Code shall assist and cooperate truthfully, fully and in good faith with the Ethics Committee at all times, regardless of whether they are involved in a particular matter as a party, as a witness, or in any other role. This requires, *inter alia*, full compliance with Ethics Committee requests, including without limitation requests to clarify facts; provide oral or written testimony; submit information, documents or other material; and disclose details regarding income and finances, if the Ethics Committee deems it to be necessary.

2. Persons bound by this Code who are required to cooperate with the Ethics Committee in a specific case, regardless of whether they are involved as a party, as a witness, or in any other role, shall treat the information provided and their involvement strictly confidentially, unless otherwise instructed by the Ethics Committee.

3. Persons bound by this Code shall not take any action actually or apparently intended to obstruct, evade, prevent, or otherwise interfere with any actual or potential Ethics Committee proceedings.

4. In connection with any actual or potential Ethics Committee proceedings, persons bound by this Code shall not conceal any material fact; make any materially false or misleading statement or representation; or submit any incomplete, materially false or misleading information or other material.

5. Persons bound by this Code shall not harass, intimidate, threaten or retaliate against someone for any reason related to that person's actual, potential or perceived assistance to or cooperation with the Ethics Committee.

6. Violation of this article shall be sanctioned with an appropriate fine of at least CHF 10,000 as well as a ban on taking part in any football-related activity for a maximum of two years.

## Subsection 2: Conflicts of interest, financial benefits and protection of personal rights

### 20. Conflicts of interest

1. Persons bound by this Code shall not perform their duties (in particular, preparing or participating in the taking of a decision) in situations in which an existing or potential conflict of interest might affect such performance.

   A conflict of interest arises if a person bound by this Code has, or appears to have, secondary interests that could influence their ability to perform their duties with integrity in an independent and purposeful manner. Secondary interests include, but are not limited to, gaining any possible advantage for the persons bound by this Code themselves or related parties as defined in this Code.

2. Before being elected, appointed or employed, persons bound by this Code shall disclose any relations and interests that could lead to situations of conflicts of interest in the context of their prospective activities.

3. Persons bound by this Code shall not perform their duties (in particular preparing, or participating in, the taking of a decision) in situations in which there is a danger that a conflict of interest might affect such performance. Any such conflict shall be immediately disclosed and notified to the organisation for which the person bound by this Code performs their duties.

4. Violation of this article shall be sanctioned with an appropriate fine of at least CHF 10,000 as well as a ban on taking part in any football-related activity for a maximum of two years. In serious cases and/or in the case of repetition, a ban on taking part in any football-related activity may be pronounced for a maximum of five years.

### 21. Offering and accepting gifts or other benefits

1. Persons bound by this Code may only offer or accept gifts or other benefits to and from persons within or outside FIFA, or in conjunction with intermediaries or related parties as defined in this Code, where such gifts or benefits:

   a) have symbolic or trivial value;

   b) are not offered or accepted as a way of influencing persons bound by this Code to execute or omit an act that is related to their official activities or falls within their discretion;

   c) are not offered or accepted in contravention of the duties of persons bound by this Code;

   d) do not create any undue pecuniary or other advantage; and

   e) do not create a conflict of interest.

   Any gifts or other benefits not meeting all of these criteria are prohibited.

2. If in doubt, gifts or other benefits shall not be accepted, given, offered, promised, received, requested or solicited. In all cases, persons bound by this Code shall not accept, give, offer, promise, receive, request or solicit from anyone within or outside FIFA, or in conjunction with intermediaries or related parties as defined in this Code, cash in any amount or form. If declining the gift or benefit would offend the giver on the grounds of cultural norms, persons bound by this Code may accept the gift or benefit on behalf of their respective organisation and shall report it and hand it over, where applicable, immediately thereafter to the competent body.

3. Violation of this article shall be sanctioned with an appropriate fine of at least CHF 10,000 as well as a ban on taking part in any football-related activity for a maximum of two years. Any amount unduly received shall be included in the calculation of the fine. In addition to the fine, the gift or benefit unduly received should be returned, if applicable. In serious cases and/or in the case of repetition, a ban on taking part in any football-related activity may be pronounced for a maximum of five years.

## 22. Commission

1. Unless covered by a genuine commercial agreement, persons bound by this Code shall not accept, give, offer, promise, receive, request or solicit commission for themselves or third parties for negotiating deals or conducting other business in connection with their duties.

2. Violation of this article shall be sanctioned with an appropriate fine of at least CHF 10,000 as well as a ban on taking part in any football-related activity for a maximum of two years. Any amount unduly received shall be included in the calculation of the fine. In serious cases and/or in the case of repetition, a ban on taking part in any football-related activity may be pronounced for a maximum of five years.

## 23. Discrimination and defamation

1. Persons bound by this Code shall not offend the dignity or integrity of a country, a person or group of people through contemptuous, discriminatory or derogatory words or actions on account of race, skin colour, ethnicity, nationality, social origin, gender, disability, sexual orientation, language, religion, political or any other opinion, wealth, birth or any other status or any other reason.

2. Persons bound by this Code are forbidden from making any public statements of a defamatory nature towards FIFA and/or towards any other person bound by this Code in the context of FIFA events.

3. Violation of this article shall be sanctioned with an appropriate fine of at least CHF 10,000 as well as a ban on taking part in any football-related activity for a maximum of two years. In serious cases and/or in the case of repetition, a ban on taking part in any football-related activity may be pronounced for a maximum of five years.

## 24. Protection of physical and mental integrity

1. Persons bound by this Code shall protect, respect and safeguard the integrity and personal dignity of others.
2. Persons bound by this Code shall not use offensive gestures and language in order to insult someone in any way or to incite others to hatred or violence.
3. Persons bound by this Code must refrain from all forms of physical or mental abuse, all forms of harassment, and all other hostile acts intended to isolate, ostracise or harm the dignity of a person.
4. Threats, the promise of advantages, coercion and all forms of sexual abuse, harassment and exploitation are particularly prohibited.
5. Violation of this article shall be sanctioned with an appropriate fine of at least CHF 10,000 as well as a ban on taking part in any football-related activity for a minimum of two years. In cases of sexual exploitation or abuse, or in serious cases and/or in the case of repetition, a ban on taking part in any football related activity may be pronounced for a minimum of ten years.
6. Persons bound by this Code who may have been the victim of potential sexual abuse or harassment may appeal before CAS against the decision rendered by the adjudicatory chamber in the related proceedings in accordance with the procedure defined in this Code. They will, in particular, be provided with the decision, the final report of the investigatory chamber, as well as with any document or evidence produced by the parties before the adjudicatory chamber. Their deadline to appeal the relevant decision before CAS shall commence on the day of notification of those documents.
7. Confederations and associations shall immediately notify FIFA of any decision taken by their respective bodies sanctioning a person for conduct described in this article.

## Subsection 3: Forgery and falsification, abuse of position, betting and gambling

## 25. Forgery and falsification

1. Persons bound by this Code are forbidden from forging a document, falsifying an authentic document or using a forged or falsified document.
2. Violation of this article shall be sanctioned with an appropriate fine of at least CHF 10,000 as well as a ban on taking part in any football-related activity for a minimum of two years.

## 26. Abuse of position

1. Persons bound by this Code shall not abuse their position in any way, especially to take advantage of their position for private aims or gains.
2. Violation of this article shall be sanctioned with an appropriate fine of at least CHF 10,000 as well as a ban on taking part in any football-related activity for a minimum of two years. The sanction shall be increased accordingly where the person holds a high position in football, as well as in relation to the relevance and amount of the advantage received.

## 27. Involvement with betting, gambling or similar activities

1. Persons bound by this Code shall be forbidden from participating in, either directly or indirectly, betting, gambling, lotteries or similar events or transactions related to football matches or competitions and/or any related football activities.
2. Persons bound by this Code shall not have any direct or indirect financial interest (through or in conjunction with third parties) in activities, such as betting, gambling, lotteries or similar events or transactions connected with football matches and competitions. Interests include gaining any possible advantage for the persons bound by this Code themselves and/or related parties.
3. Provided that the relevant conduct does not constitute another violation of this Code, violation of this article shall be sanctioned with an appropriate fine of at least CHF 100,000 and a ban on taking part in any football-related activity for a maximum of three years. Any amount unduly received shall be included in the calculation of the fine.

## Subsection 4: Bribery and corruption, misappropriation and misuse of funds, and manipulation of football matches or competitions

## 28. Bribery and corruption

1. Persons bound by this Code shall not accept, give, offer, promise, receive, request or solicit any personal or undue pecuniary or other advantage in order to obtain or retain business or any other improper advantage to or from anyone within or outside FIFA. Such acts are prohibited regardless of whether carried out directly or indirectly through, or in conjunction with, third parties. In particular, persons bound by this Code shall not accept, give, offer, promise, receive, request or solicit any personal or undue pecuniary or other advantage for the execution or omission of an act that is related to their official activities and is contrary to their duties or falls within their discretion.

2. Persons bound by this Code shall refrain from any activity or behaviour that might give rise to the appearance or suspicion of a breach of this article.

3. Violation of this article shall be sanctioned with an appropriate fine of at least CHF 100,000 as well as a ban on taking part in any football-related activity for a minimum of five years. Any amount unduly received shall be included in the calculation of the fine. The sanction shall be increased accordingly where the person holds a high position in football, as well as in relation to the relevance and amount of the advantage received.

## 29. Misappropriation and misuse of funds

1. Persons bound by this Code shall not misappropriate or misuse funds of FIFA, the confederations, associations, leagues or clubs, whether directly or indirectly through, or in conjunction with, third parties.

2. Persons bound by this Code shall refrain from any activity or behaviour that might give rise to the appearance or suspicion of a breach of this article.

3. Violation of this article shall be sanctioned with an appropriate fine of at least CHF 100,000 as well as a ban on taking part in any football-related activity for a minimum of five years. The amount of misappropriated funds shall be included in the calculation of the fine. The sanction shall be increased accordingly where the person holds a high position in football, as well as in relation to the relevance and amount of the funds concerned or of the advantage received.

## 30. Manipulation of football matches or competitions

1. Persons bound by this Code are forbidden from being involved in the manipulation of football matches and competitions, and shall immediately report to the Ethics Committee any approach in connection with activities and/or information directly or indirectly related to the possible manipulation of a football match or competition.

2. The competence to adjudicate on all conduct related to the manipulation of football matches or competitions, both on and off the field of play, remains reserved for the FIFA Disciplinary Committee.

3. The investigatory chamber shall transfer to the Disciplinary Committee any information obtained during its investigatory activity that might be related to conduct committed by any persons bound by this Code in violation of this article.

# III.

# ORGANISATION AND PROCEDURE

# CHAPTER I: ORGANISATION

## SECTION 1: COMPETENCE OF THE ETHICS COMMITTEE

### 31. Competence of the Ethics Committee

1. The Ethics Committee has the exclusive competence to investigate and judge the conduct of all persons bound by this Code where such conduct:

   a) has been committed by an individual who was elected, appointed or assigned by FIFA to exercise a function;

   b) directly concerns their FIFA-related duties or responsibilities; or

   c) is related to the use of FIFA funds.

2. The Ethics Committee is competent to decide on matters affecting players, coaches or any other official bound by this Code where said conduct does not fall under the competence of any confederation or member association, where no formal investigation has been initiated by the competent confederation or member association 90 days after the matter became known to FIFA, or where the relevant confederation or member association agrees with FIFA to confer the competence regarding the relevant matter on FIFA.

## SECTION 2: COMMON RULES FOR THE INVESTIGATORY AND ADJUDICATORY CHAMBERS

### 32. Composition of the investigatory and adjudicatory chambers

The composition of the investigatory and the adjudicatory chambers shall be in accordance with the FIFA Statutes.

### 33. Deputising

If the chairperson of either chamber is prevented from acting (whether due to personal or factual circumstances), one of the deputy chairpersons shall replace them. In the event that the deputy chairpersons are also prevented from acting, a member of the relevant chamber, on the basis of seniority, shall act as chairperson.

### 34. Secretariats

1. The general secretariat of FIFA shall provide both the investigatory and adjudicatory chambers with a secretariat with the necessary staff under the responsibility of the Director of the Secretariat to the Independent Committees. The secretariat of each chamber shall take care of the respective filing of the case files, which must be kept for at least ten years.

2. The secretariat of the investigatory chamber, under the authority of the chairperson of the investigatory chamber or under the authority of the chief of the investigation, shall take charge of the administrative and legal work related to proceedings and provide support to the investigatory chamber for the completion of its tasks; in particular, it shall draft the minutes, final reports and any other document required by the members of the investigatory chamber.

3. The secretariat of the adjudicatory chamber, under the authority of the chairperson of the adjudicatory chamber, shall take charge of the administrative and legal work related to proceedings and provide support to the adjudicatory chamber for the completion of its tasks; in particular, it shall draft the minutes and any other document required by the chairperson of the adjudicatory chamber.

## 35. Independence

1. The members of the Ethics Committee shall manage their investigations and proceedings and render their decisions entirely independently and impartially and shall avoid any third-party influence.

2. The members of the Ethics Committee and their immediate family members shall not belong to any other judicial body within FIFA, to the FIFA Council or to any standing committee of FIFA.

3. The members of the Ethics Committee shall not belong to any body or carry out any position with regard to FIFA, a confederation or a member association, other than being member of a judicial body at FIFA, confederation or national level.

## 36. Withdrawal and challenges

1. A member of the Ethics Committee shall decline to participate in any investigation or adjudicatory proceedings concerning a matter where there are legitimate grounds for questioning their independence or impartiality and/or if there is a conflict of interest. They shall disclose any circumstance which may give rise to any such ground.

2. The foregoing shall apply, *inter alia*, in the following cases:

   a) if the member in question has a direct interest in the outcome of the matter;

   b) if the member has a personal bias or prejudice concerning a party; or personal, first-hand knowledge of disputed evidentiary facts material to the proceedings; or has expressed an opinion, other than as part of the proceedings in question, concerning the outcome of the proceedings; or when the immediate family of the member is a party to the subject matter in controversy, is a party to the proceedings or has any other interest that could be substantially affected by the outcome of the proceedings and their impartiality;

c) if the member has the same nationality as the party implicated;

d) if the member has already dealt with the case in a different function other than their function as a member of the Ethics Committee.

3. Members who decline to participate shall notify the chairperson immediately.

4. An objection against a member of the Ethics Committee believed not to be independent or impartial must be submitted within five days following the identification of the grounds for non-participation, failing which, such objection shall be deemed waived.

   The claim must cite the grounds and, if possible, be substantiated.

5. The chairperson of the relevant chamber shall decide whether any such claim is valid if the member in question has not declined to participate of their own accord. If the objection is against the chairperson, the chairperson or the deputy chairperson of the FIFA Appeal Committee shall decide.

## 37. Confidentiality

1. The members of the Ethics Committee and the members of the secretariats shall ensure that everything disclosed to them during the course of their duty remains confidential, in particular, deliberations and private personal data in compliance with the FIFA Data Protection Regulations.

2. Notwithstanding paragraph 1 above, the investigatory chamber or the adjudicatory chamber may, if deemed necessary and in an appropriate form, inform the public about or confirm ongoing or closed proceedings, and rectify information that is wrong or rumours. Any release of such information shall respect the presumption of innocence and the personality rights of those concerned.

3. The investigatory chamber or the adjudicatory chamber may, in an appropriate form and/or via the website FIFA.com, inform the public about the reasons for any decision and/or the closure of any investigation. In particular, the chairperson of the adjudicatory chamber may decide to publish the decision taken, partly or in full, provided that the names mentioned in the decision (other than the ones related to the party) and any other information deemed sensitive by the chairperson of the adjudicatory chamber, are duly anonymised.

4. In the event of a breach of this article by a member of the Ethics Committee, the relevant member shall be suspended by a decision taken by the majority of the other members of the respective chamber until the next FIFA Congress.

# CHAPTER II: PROCEDURE

## SECTION 1: PROCEDURAL RULES

### Subsection 1: General rules

#### 38. Parties

Only the accused are deemed to be parties.

#### 39. Representation

1. During any dealings with the Ethics Committee, parties and other persons bound by this Code may have legal representation at their own cost and expense.
2. The parties and other persons bound by this Code are free to choose their own legal counsel or representation.
3. The Ethics Committee may request that the representatives of parties and other persons bound by this Code submit a duly signed power of attorney.
4. The Ethics Committee may limit the number of legal representatives of a party if deemed excessive.

#### 40. Legal aid

1. In order to guarantee their rights, individuals bound by this Code and with insufficient financial means may request legal aid from FIFA for the purpose of proceedings before the Ethics Committee.
2. Applicants for legal aid must submit reasoned requests and supporting documents.
3. The secretariat establishes a list of pro bono counsel.
4. According to each applicant's needs, and subject to prior written confirmation by FIFA, legal aid may be provided as follows:

   a) The applicant may be released from having to pay the costs of proceedings.

   b) Pro bono counsel may be selected by the applicant from the list established by the secretariat.

   c) The applicant's own reasonable travel and accommodation costs and those of witnesses and experts they call to testify may be covered by FIFA, including the travel and accommodation costs of any pro bono counsel selected from the list established by the secretariat.

5. The chairperson of the adjudicatory chamber of the Ethics Committee decides on requests for legal aid. Such decisions are final.

6. Further conditions and requirements associated with legal aid and pro bono counsel may be communicated by circular letter.

7. In cases where the party could not be reached, the adjudicatory chamber may appoint a pro bono counsel *in absentia* who will act on their behalf. The absence of the party is established when the adjudicatory chamber has tried to submit the final report by email through the member association and no response has been received 15 days following the notification to the member association in accordance with article 43 of this Code.

## 41. Failure to cooperate

1. If the parties or other persons bound by this Code fail to cooperate in any manner or are dilatory in responding to any request from the Ethics Committee, the chairperson of the appropriate chamber issuing the request may, after warning them, charge them with a violation of article 19 of this Code.

2. To the extent the parties fail to cooperate, the investigatory chamber, in preparing a final report based on the file in its possession, and the adjudicatory chamber, in reaching a decision based on the file in its possession, may take into account that behaviour and add the failure to cooperate as an additional charge for violation of article 19 of this Code.

## 42. Languages used in proceedings

1. The languages used in proceedings shall be English, French and Spanish. The Ethics Committee and parties may choose any of these languages.

2. FIFA may, if necessary, use the services of an interpreter.

3. Decisions shall be taken in the language used during the relevant proceedings. Efforts will be made to use the parties' language, wherever possible.

## 43. Notification of decisions and other documents

1. Decisions and other documents exchanged between FIFA and the party concerned shall be sent exclusively via the FIFA Legal Portal.

2. All of the parties shall be notified of the decisions.

3. Decisions and other documents intended for persons bound by this Code may be addressed to the person directly and/or to the association concerned on condition that it forwards the documents to the intended recipient. In the event that the documents were not also or solely sent to the party concerned, these documents shall be considered to have

been communicated properly to the ultimate addressee four days after communication of the documents to the association. The time limit shall commence at midnight (Central European Time) the day after the communication of the document in question.

4. Notification of a decision shall be effected by publication on the FIFA webpage where:

   a) the whereabouts of the party are unknown and cannot be ascertained despite making reasonable enquiries;

   b) service is impossible or would lead to exceptional inconvenience; or

   c) a party has not provided a means of contact despite being instructed to do so.

5. Notification via the FIFA webpage is deemed accomplished on the day of publication.

## 44. Effect of decisions

1. Decisions passed by the Ethics Committee shall come into force as soon as they are communicated.

2. The Ethics Committee may rectify any obvious errors at any time.

## Subsection 2: Proof

## 45. Various types of proof

1. Any type of proof may be produced.

2. Types of proof include, in particular:

   a) documents;

   b) reports from officials;

   c) declarations from the parties;

   d) declarations from witnesses;

   e) audio and video recordings;

   f) expert opinions;

   g) all other proof that is relevant to the case.

3. During the investigation, where oral testimony is given, such testimony may be given in person, by telephone or via video.

## 46. Anonymous participants in proceedings

1. When a person's testimony in ethics proceedings conducted in accordance with this Code could lead to threats to them or put them or any person particularly close to them in physical danger, the chairperson of the competent chamber or their deputy may order, *inter alia*, that:

   a) the person not be identified in the presence of the parties;

   b) the person not appear at the hearing;

   c) the person's voice be distorted;

   d) the person be questioned outside the hearing room;

   e) the person be questioned in writing through the chairperson of the competent chamber or their deputy;

   f) all or some of the information that could be used to identify the person be included only in a separate, confidential case file.

2. If no other evidence is available to corroborate the testimony provided by the person concerned, such testimony may only be used in the context of imposing sanctions under this Code if:

   a) the parties as well as their legal representatives had the opportunity to pose questions to the person concerned at least in writing; and

   b) the members of the judicial body had the opportunity to interview the person concerned directly and in full awareness of their identity and to assess their identity and record in full.

3. Disciplinary measures shall be imposed on anyone who reveals the identity of any person granted anonymity under this provision or any information that could be used to identify such person.

## 47. Identification of anonymous participants in proceedings

1. To ensure their safety, persons granted anonymity under article 46 shall be identified behind closed doors in the absence of the parties. This identification shall be conducted by the chairperson of the competent chamber alone, their deputy or all the members of the competent chamber together, and shall be recorded in minutes containing the relevant person's personal details.

2. These minutes shall not be communicated to the parties.

3. The parties shall receive a brief notice which:

   a) confirms that the person concerned has been formally identified; and

   b) contains no details that could be used to identify such person.

## 48. Inadmissible evidence

Proof that has been obtained by means or ways involving violations of human dignity or that obviously does not serve to establish relevant facts shall be rejected.

## 49. Evaluation of proof

The Ethics Committee shall have absolute discretion regarding proof.

## 50. Standard of proof

The members of the Ethics Committee shall judge and decide on the basis of their comfortable satisfaction.

## 51. Burden of proof

The burden of proof regarding breaches of provisions of the Code rests on the Ethics Committee.

## Subsection 3: Time limits

## 52. Beginning and end of time limit

1. Time limits notified directly to the party or to a representative appointed by the party shall commence at midnight (Central European Time) the day after receipt of the notification.
2. Where a document is sent to a person through the respective member association and is not also sent to the person concerned or their legal representative, the time limit shall commence at midnight (Central European Time) four days after receipt of the document by the association responsible for forwarding it. Where the document was also sent to the person concerned or their legal representative, the time limit shall commence at midnight (Central European Time) the day after receipt of the document in question.
3. If the last day of the time limit coincides with a public holiday in the place of domicile of the person required to comply with the document by a certain deadline, the time limit shall expire on the next working day.
4. Time limits are deemed to have been complied with if the relevant action has been completed by midnight (Central European Time) at the latest on the last day of the stipulated deadline.

## 53. Compliance

1. The time limit has been met only if the action required has been carried out before expiry of the time limit.
2. The document must be submitted , to the relevant body via the FIFA Legal Portal by no later than midnight on the last day of the time limit.
3. Costs and fees payable are considered to have been paid in time if the payment has irreversibly been made to FIFA's account by midnight on the last day of the time limit.

## 54. Extension

1. Time limits set forth in this Code may not be extended.
2. Time limits set by the Ethics Committee may be extended upon reasoned request. A time limit may only be extended for a second time in exceptional circumstances.
3. If an extension of the time limit is refused, two extra days may be granted. In emergencies, the refusal to grant the extension may be announced orally.

## Subsection 4: Suspension of proceedings

## 55. Suspension or continuation of proceedings

1. In the event that a person bound by this Code ceases to serve in their function during proceedings, the Ethics Committee shall remain competent to continue investigatory proceedings and/or render a decision.
2. In the event that a person bound by this Code ceases to serve in their function, the investigatory chamber may initiate and conduct the investigation, create a final report and hand it over to the adjudicatory chamber. The adjudicatory chamber may suspend the proceedings or take a decision as to the substance and impose appropriate sanctions.

## Subsection 5: Procedural costs

## 56. Procedural costs

The procedural costs are made up of the Ethics Committee's costs and expenses incurred in connection with the investigation and adjudicatory proceedings.

## 57. Procedural costs in case of closure of proceedings or acquittal

1. Except as otherwise provided herein, in the event of closure of proceedings or acquittal, the procedural costs shall be borne by FIFA.
2. A party may be ordered to pay the procedural costs in part or in full in the event of closure of proceedings or acquittal if they culpably caused the proceedings to be initiated or hindered the conduct of the proceedings.

## 58. Procedural costs if sanctions are imposed

1. Procedural costs shall be borne by the party that has been sanctioned.
2. If more than one party is sanctioned, the procedural costs shall be assessed proportionally in accordance with the degree of guilt of the parties.
3. Part of the procedural costs, in particular the costs of the investigation proceedings, may be borne by FIFA, as appropriate in respect of the imposition of sanctions.
4. The procedural costs may be reduced or waived in exceptional circumstances, in particular taking into account the party's financial circumstances.

## 59. Procedural compensation

No procedural compensation shall be awarded in proceedings conducted by the Ethics Committee.

## SECTION 2: INVESTIGATION PROCEEDINGS

## Subsection 1: Preliminary proceedings

## 60. Right to submit complaints

1. Any person may file a complaint regarding potential breaches of this Code with the secretariat of the investigatory chamber. Complaints must be submitted in writing, including available evidence. The secretariat shall inform the chairperson of the investigatory chamber of the complaints and act upon their instructions.
2. There is no entitlement for proceedings to be opened following submission of a complaint.
3. Any person bound by this Code who lodges a complaint against a person whom they know to be innocent or in any other way takes malicious steps related to the initiation of proceedings under this Code shall be sanctioned with an appropriate fine of at least CHF 10,000 as well as a ban on taking part in any football-related activity for a minimum of two years.

## 61. Preliminary investigations

1. Upon the instruction of the chairperson of the investigatory chamber, the secretariat of the investigatory chamber shall carry out an initial evaluation of the documents submitted with the complaint.

2. The secretariat of the investigatory chamber may initiate preliminary investigations into a potential breach of this Code based on a filed complaint and shall act upon the instructions of the chairperson of the investigatory chamber. This may include, in particular, engaging third parties – under the leadership of the chairperson – with investigative duties, appointing an integrity expert (cf. article 36 of the FIFA Disciplinary Code), collecting written information, requesting documents and obtaining witness statements.

3. The chairperson of the investigatory chamber may initiate preliminary investigations at their own discretion and at any time.

## 62. Opening of investigation proceedings

1. If the preliminary investigation is found to establish a prima facie case, the chairperson of the investigatory chamber shall open investigation proceedings. The chamber shall examine aggravating and mitigating circumstances equally.

2. The parties shall be notified of the opening of investigation proceedings and the possible rule violation. Limited exceptions to this rule may be made for safety and security reasons or if such disclosure would interfere with the conduct of the investigation.

3. The chairperson of the investigatory chamber shall report to the investigatory chamber regularly on non-opened cases.

## Subsection 2: Initiation and conduct of investigation proceedings

## 63. Initiation of investigation

1. The chairperson of the investigatory chamber shall decide on the initiation of investigation proceedings.

2. Grounds do not need to be given for the initiation of investigation proceedings and the decision may not be contested.

## 64. Duties and competences of the investigatory chamber

1. The investigatory chamber may investigate potential breaches of provisions of this Code on its own initiative or based on complaints at its full and independent discretion.

2. If the investigatory chamber deems that there is no *prima facie* case, it shall not open any investigation proceedings and it shall close the case. In addition to the internal closure of the proceedings, the investigatory chamber may (i) send a closing letter to the interested party reminding them of their duties, and/or (ii) send a closing letter to the interested party informing them that no breaches of the Code have been found. The investigatory chamber may communicate in this respect where deemed relevant.

3. Once the investigation has been completed, the investigatory chamber shall prepare a final report on the investigation proceedings stating the relevant rules that have been breached for which they require a judgment by the adjudicatory chamber. The report, together with the related investigation files, shall be forwarded to the adjudicatory chamber. Should a hearing be conducted, one or more members of the investigatory chamber may present the case before the adjudicatory chamber.

4. As part of the investigatory process, the investigatory chamber may also investigate breaches of provisions of the FIFA Disciplinary Code which concern immoral or unethical conduct.

## 65. Conduct of proceedings

The chairperson of the investigatory chamber may lead the investigation proceedings themselves as the chief of the investigation or may assign this role formally to the deputy chairperson or a member of the investigatory chamber. This person shall be designated the chief of the investigation.

## 66. Competences of the chief of the investigation

1. With the assistance of the secretariat, the chief of the investigation shall investigate by means of written enquiries and written or oral questioning of the parties and witnesses. The chief of the investigation may also undertake any further investigative measures relevant to the case; in particular, they may verify the authenticity of documents relevant to the investigation by procuring affidavits.

2. If the chairperson of the investigatory chamber is acting as the chief of the investigation, they may ask another member of the investigatory chamber to assist them. In cases where the chairperson is not acting as the chief of the investigation, they may ask the chairperson of the investigatory chamber to assign additional members of the investigatory chamber to conduct the investigation alongside them. The chairperson may, where that is the case, also assign additional members at their own discretion.

3. If the chairperson is acting as the chief of the investigation, they may, in complex cases, engage third parties – under the leadership of the chief of the investigation – with investigative duties. The enquiries to be made by such third parties must be clearly defined. Where the chairperson is not acting as the chief of the investigation, the chief of the investigation may submit the respective request to the chairperson.

4. If the parties and the other persons bound by this Code fail to cooperate in establishing the facts of the case, the chief of the investigation may request the chairperson of the investigatory chamber to impose a warning, and in case of recurrence, to impose disciplinary measures, including a ban on taking part in any football-related activity of up to 90 days. If the chairperson is acting as the chief of the investigation, the deputy chairperson shall decide.

## Subsection 3: Conclusion of investigation proceedings

## 67. Conclusion of investigation proceedings

1. If the chief of the investigation considers the investigation to be adequate, they shall inform the parties that the investigation proceedings have been concluded and provide them with a copy of the investigation files, including a brief summary of the main potential charges. The parties will then have ten days from that notification to submit any observation or comment.
2. If the chief of the investigation considers that there are sufficient grounds to establish that rules have been breached, they shall forward the final report together with the investigation files to the adjudicatory chamber. The chief of the investigation may also inform the adjudicatory chamber that other allegations, which might be contained in the file, may still be under investigation.
3. If the chief of the investigation considers that there are no sufficient grounds to establish that rules have been breached, they shall close the case. In addition to the internal closure of the proceedings, the investigatory chamber shall send a closing letter to the party reminding them of their duties, as well as informing them of the outcome of the investigations and that any ongoing provisional sanction is lifted.
4. If proceedings have been closed, the investigatory chamber may reopen the investigation if new facts or evidence suggesting a potential breach come to light.

## 68. Final report

1. The final report shall contain all the relevant facts and relevant evidence gathered and mention the possible rule violation.
2. The final report shall be signed by the chairperson of the investigatory chamber. If the chairperson did not act as the chief of the investigation, the chief of the investigation shall also sign the final report.

## 69. Plea bargain (application of a sanction by mutual consent)

1. At any time during the investigation, but at the latest when the case is about to be decided by the adjudicatory chamber or before the hearing as provided for by article 76 of this Code, the parties may enter into an agreement with the chairperson of the investigatory chamber for the application of a sanction by mutual consent.

2. Should the chairperson of the adjudicatory chamber consider that the agreement complies with this Code and the sanction settled is correctly applied, the agreement becomes immediately effective and the settled sanction becomes final and binding, and is not subject to any further appeal.

3. Should any monetary sanction provided by the plea agreement not be fully executed by the party concerned within 15 days of the date of the decision, the agreement is automatically revoked.

4. Should any compliance training and/or community football service provided by the plea agreement not be fully executed by the party concerned within the terms established within the agreement, the agreement is automatically revoked.

5. Whenever a plea agreement is revoked, the adjudicatory chamber shall decide the case within the 60 days that follow on the basis of the file, and no further plea agreement will be allowed between the parties concerned and the chairperson of the investigatory chamber.

6. No plea agreement shall be allowed concerning sanctions related to the protection of physical and mental integrity, or related to offences of bribery and corruption, misappropriation and misuse of funds, and manipulation of football matches or competitions, unless the party concerned provides substantial assistance. Substantial assistance may be considered where the relevant party:

   a) fully disclosed in a signed written statement or recorded interview all the information they possess in relation to the infringement(s); and

   b) fully cooperated with the investigation and adjudication of any case or matter related to the information provided, including but not limited to presenting a testimony at a hearing if requested to do so by FIFA or the relevant deciding panel;

   c) provided credible information which constitutes a significant part of a case or proceeding subsequently initiated or, at least, which would have provided a sufficient basis on which to initiate a case or proceeding.

   Notwithstanding the above, in cases of sexual abuse, no plea agreement shall be allowed with the principal actors or any other person directly participating in such conduct.

## SECTION 3: ADJUDICATORY PROCEEDINGS

### Subsection 1: Initiation and conduct of proceedings

### 70. Duties and competences of the adjudicatory chamber

1. The chairperson of the adjudicatory chamber shall examine the final report and investigation files with the assistance of the secretariat.
2. If the chairperson of the adjudicatory chamber deems that there is insufficient evidence to proceed, they may close the case and shall inform the party accordingly.
3. If the chairperson of the adjudicatory chamber deems that the matter should be adjudicated, they shall proceed with the adjudicatory proceedings and request that the secretariat send a copy of the final report and investigation files to the parties concerned.
4. The adjudicatory chamber may gather evidence, documents or information or request clarification at any time prior to the hearing or the deliberations on the matter.

### 71. Adjudicatory proceedings

1. The chairperson of the adjudicatory chamber shall inform all the parties concerned that the case shall be decided either on the basis of the report of the investigatory chamber together with the investigation files or – upon the request of any party concerned – of a hearing to be scheduled.
2. If there is no request for a hearing, the chairperson of the adjudicatory chamber shall inform the parties of the proceedings and the investigatory chamber that the case shall be decided on the basis of the existing documents and submissions and shall establish a final deadline to file their respective final requests.
3. Should a hearing be held, the secretariat of the adjudicatory chamber shall inform all the parties concerned and shall forward to them a procedural order, with the rules of the hearing, established by the chairperson of the adjudicatory chamber.
4. All the parties in the proceedings and their representatives, subject to article 39 paragraph 4, as well as the representatives of the investigatory chamber are entitled to attend the hearing to discuss and submit orally their respective requests.
5. As part of the adjudicatory process, the adjudicatory chamber may also rule on breaches of provisions of the FIFA Disciplinary Code which concern immoral or unethical conduct.

## 72. Jurisdiction of the chairperson of the adjudicatory chamber ruling alone

1. The chairperson of the adjudicatory chamber may take decisions alone in cases related to breaches sanctioned only with monetary sanctions or when the sanction to be imposed is a warning, reprimand or compliance training.

2. The chairperson of the adjudicatory chamber is also responsible for ratifying the plea agreement entered into between the parties and the investigatory chamber, where applicable.

## 73. Right to be heard

Before the adjudicatory chamber issues any final decision, the parties are entitled to submit their position, to present evidence and to inspect evidence to be considered by the adjudicatory chamber in reaching its decision. These rights may be restricted in exceptional circumstances, such as when confidential matters need to be safeguarded, witnesses need to be protected or if it is required to establish the elements of the proceedings.

## 74. Rejection of motions for the admission of evidence

1. In accordance with articles 48 and 49 and other relevant provisions of the Code, the chairperson of the adjudicatory chamber may reject the substantiated motions for the admission of evidence submitted by the parties.

2. The parties shall be informed if their motion has been rejected with a brief outline of the grounds of the decision. The rejection may not be contested.

## Subsection 2: Composition, hearings

## 75. Composition of the panel

1. The chairperson of the adjudicatory chamber shall decide the composition and number of members in the panel and shall provide them with the relevant files. The parties shall be informed of the composition of the panel.

2. Without prejudice to article 72, the panel's decisions shall be deemed to be legally valid if at least three members are present.

## 76. Hearings, principles

1. Hearings shall be conducted behind closed doors and in the presence in situ of the requesting party.

2. Hearings of the adjudicatory chamber are not open to the public, except in cases when it has been duly requested by the defendant. The chairperson or their nominee decides, at their own discretion, under what conditions a public hearing may take place.

3. Misconduct by the party that took place after the submission of the final report may be addressed by the investigatory chamber during its closing statement. In this sense, the investigatory chamber may present the relevant facts and evidence, mention the possible rule violation and submit a recommendation to the adjudicatory chamber on the appropriate measures. The party shall have the right to respond to these new charges during the hearing. In the absence of a hearing, the investigatory chamber may submit its recommendation within two days after the party´s position, who will have then the right to reply in written form in compliance with the deadline granted by the adjudicatory chamber.

4. If there is no hearing, the chairperson shall schedule the deliberations and decide on the number of members and the composition of the panel. The parties shall be informed to this effect.

## 77. Hearings, procedure

1. The chairperson of the adjudicatory chamber shall conduct the hearing in whatever manner they deem appropriate, provided it is consistent with this Code.

2. It is the responsibility of the parties to ensure the appearance of the witnesses requested by them and to pay all costs and expenses associated with the parties' and the witnesses' appearance.

3. Witnesses called by the parties and/or by the investigatory chamber shall, in principle, appear in person. The chairperson of the adjudicatory chamber or their deputy may, however, decide to hear the parties by video conference, which shall be conducted under the specific conditions set by the chairperson or their deputy/acting chairperson.

4. Wherever possible, the hearing shall proceed according to the following sequence:

   a) testimony of any witnesses called by the accused and approved by the adjudicatory chamber;

   b) testimony of any witnesses called by the investigatory chamber and approved by the adjudicatory chamber;

   c) testimony of any witnesses called by the adjudicatory chamber;

   d) closing statement by the investigatory chamber;

   e) closing statement by a legal representative, if any, of the accused;

   f) rebuttal statement by the investigatory chamber and the parties, if applicable;

   g) final opportunity for the accused to speak.

5. Exceptionally, the chairperson of the adjudicatory chamber (or the deputy/acting chairperson in the respective proceedings) may decide to organise a hearing by means of video-conference.

## Subsection 3: Deliberations, decisions

### 78. Deliberations

1. After the hearing, the adjudicatory chamber shall withdraw to deliberate on its decision in private.
2. If circumstances permit, the deliberations and decision-taking may be conducted via telephone conference, video conference or any other similar method.
3. Deliberations shall be conducted without interruption, unless there are exceptional circumstances.
4. The chairperson shall decide in which order the various questions will be submitted for deliberation.
5. The adjudicatory chamber is not bound by the legal assessment of the facts submitted by the investigatory chamber. In particular, the adjudicatory chamber may extend or limit the rule violations pointed out by the investigatory chamber.
6. The members present shall express their opinions in the order set out by the chairperson, who always speaks last.
7. A member of the secretariat shall be present during the deliberations.

### 79. Taking the decision

1. Decisions shall be taken by the majority of the members present.
2. Every member present shall vote.
3. In the event of a tied vote, the chairperson shall have the casting vote.

### 80. Grounds of decision

1. The adjudicatory chamber shall communicate its decision in full, written form.
2. In case of urgency, or under any other special circumstances, the adjudicatory chamber may notify only the terms of the decision to the party, which become immediately applicable. The full, written decision shall then be notified within the next 60 days.

### 81. Form and content of the decision

1. The decision shall contain:

   a) the composition of the panel;

   b) the names of the parties;

   c) the date of the decision;

d) a summary of the facts;

e) the grounds of the decision;

f) the provisions on which the decision was based;

g) the terms of the decision;

h) notice of the channels for appeal.

2. The decision shall be signed by the chairperson and transmitted by the secretariat.

## 82. Enforcement of decisions

It is the responsibility of the member associations, as well as of the relevant football officials, to make sure that the decisions taken and notified by the Ethics Committee are properly implemented, as required by the FIFA Statutes.

## SECTION 4: APPEAL AND REVIEW

## 83. Appeal Committee

1. An appeal may be lodged by the party concerned, having a legally protected interest justifying amendment or cancellation of the decision, to the Appeal Committee against any decision taken by the Disciplinary Committee which relates to infringements of article 30 of this Code.

2. Further provisions relating to lodging an appeal and proceedings before the Appeal Committee are set out in the FIFA Disciplinary Code (cf. article 60 ff.).

## 84. Court of Arbitration for Sport

1. Decisions taken by the adjudicatory chamber are final, subject to appeals lodged with the Court of Arbitration for Sport (CAS) in accordance with the relevant provisions of the FIFA Statutes.

2. The aforementioned decisions may also be appealed at CAS by the chief of the investigation.

## 85. Review

1. The investigatory chamber of the Ethics Committee may reopen a case that has been closed following a legally binding decision if a party discovers significant new facts or proof that, despite the investigation, could not have been produced sooner and would have resulted in a more favourable decision. In case of such reopening, the provisions regarding investigation proceedings shall apply.

2. A request for review shall be made by the party concerned within ten days of discovering the reasons for review, or it will not be admitted.

3. The limitation period for submitting a request for review is one year after the enforcement of the decision.

## SECTION 5: PROVISIONAL SANCTIONS

### 86. Provisional sanction

1. At any time during an investigation, the chairperson of the investigatory chamber or the chief of the investigation may request that the chairperson of the adjudicatory chamber impose provisional sanctions in order to ensure that investigation proceedings are not interfered with or when a breach of this Code appears to have been committed and a decision on the merits of the case may not be taken early enough.

2. The interested party may file their position against the request for provisional sanctions with the chairperson of the adjudicatory chamber within five days of the notification of the request for provisional sanctions.

3. The chairperson of the adjudicatory chamber shall decide without delay based on the file or they may decide to hear the interested parties or their representatives.

4. A provisional sanction shall start on the date on which it is notified (or deemed to be notified) by the chairperson of the adjudicatory chamber and shall end with the final decision of the adjudicatory chamber, unless lifted earlier in accordance with article 67 of this Code. The period of the provisional sanction shall however not exceed the maximum length of the sanction that may be imposed with regard to the related breach(es).

5. The duration of provisional sanctions shall be taken into account in the final decision.

# IV.

## FINAL PROVISIONS

## 87. Exemption from liability

Except in the case of gross negligence or malicious intent, neither the members of the Ethics Committee nor the secretariat staff may be held personally liable for any deeds relating to any procedure.

## 88. Official languages

1. This Code exists in English, French and Spanish.
2. In the event of any discrepancy between the three texts, the English version shall be authoritative.

## 89. Adoption and enforcement

1. The FIFA Council adopted this Code on 16 December 2022.
2. This Code comes into force on 1 February 2023.
3. The procedural rules enacted in this Code shall come into force immediately, and apply to all proceedings for which adjudicatory proceedings have not been formally opened, on the date stipulated paragraph 2 of the present article.

Doha, 16 December 2022

For the FIFA Council

| President | Secretary General |
|---|---|
| Gianni Infantino | Fatma Samoura |

# EXHIBIT 27

# Swiss prosecutor's full legal document alleging João Havelange 'received millions in bribes'

Key topics
Premier League
Champions League
European football
Transfer rumours
Live football scores

João Havelange, the former president of football's world governing body, Fifa, and a senior Fifa executive committee member, Ricardo Teixeira, were paid huge bribes by the company to which Fifa awarded the 2002 and 2006 World Cup TV rights, according to a Swiss prosecutor. Read the full legal document below

theguardian.com, Thursday 12 July 2012 11.04 BST

File | Search

[illegible]

[illegible]

in the investigation against

[illegible], FIFA-Strasse 20, 8044 Zurich

represented by [illegible]
[illegible]strasse 79, Postal Office 1372, 8022 Zurich

concerning Disloyal Management

and against

Ricardo [illegible] Teixeira, born on June 20, 1947, citizen of Brazil,

represented by [illegible]

concerning Embezzlement possibly Disloyal Management,

and against

Havelange Jean-Marie Faustin Godefroid, born on May 8, 1916, citizen of Brazil

represented by [illegible]

concerning Embezzlement possibly Disloyal Management

Facts

1 On August [illegible] 2005, the District Attorney's Office of the Canton of Zug [illegible] investigation against [illegible] ... investigation was based on the following findings:

A[illegible] 4, Postal Code 1356, 6301 Zug
T 041 728 40 00, F 041 728 40 60

p. 2

Page 1 of 42 | Fit Width

DocumentCloud



© 2016 Guardian News and Media Limited or its affiliated companies. All rights reserved.

Translation of the Order on the Dismissal of the Criminal Proceedings of May 11, 2010 with the Public Prosecutors own Anonymisation

Canton of Zug | Prosecutor's Office

**II Division**

**2A 2005 31601**
2A 2008 137 united with 2A 2005 31601
2A 2008 138 united with 2A 2005 31601

**Order on the Dismissal of the Criminal Proceedings of May 11, 2010**

in the investigation against

**Fédération Internationale de Football Association (FIFA),** FIFA-Strasse 20, 8044 Zurich

represented by Dr. Dieter Gessler, Attorney-at-law, Nobel & Hug Attorneys-at-law, Dufourstrasse 29, Postal Office 1372, 8032 Zurich

concerning **Disloyal Management**

and against

**Ricardo Terra Texeira**, born on June 20, 1947, citizen of Brazil,

represented by lic. iur. Hans-Rudolf Wild, Attorney-at-law, Dammstrasse 19, 6300 Zug

concerning **Embezzlement possibly Disloyal Management,**

and against

**Havelange Jean-Marie Faustin Godefroid**, born on May 8, 1916, citizen of Brazil,

represented by Dr. Marco Niedermann, Attorney-at-law, Utoquai 37, 8008 Zurich

concerning **Embezzlement possibly Disloyal Management**

**Facts**

1. On August 8, 2005, the District Attorney's Office of the Canton of Zug opened a criminal investigation against an unknown party regarding disloyal management to the detriment of Fédération Internationale de Football Association (hereinafter FIFA). The initial suspicion that led to the opening of the proceedings resulted from the taking of evidence, which was done in the context of the investigation no. URA 2001/756. These proceedings were initiated on May 29, 2001 due to a complaint of FIFA against those responsible for the management of the ISMM/ISL Group and were closed on March 18, 2005 (HD 2/1). The initiation of the investigation was based on the following findings:

1.1 At the end of 2000, the ISMM (ISL) Group (International Sports Media and Marketing) belonged to the most import media and marketing companies in the field of sports. The different activities were structured under the parent company ISMM X1 AG and its subsidiaries, and they were processed worldwide through independent media, marketing and service companies. The Group purchased event rights as a general license or on an agency basis ("rights-in") from international sport associations, processed these to integrated sport marketing concepts and "sold" them to sponsors, television broadcasters and licensees ("rights-out") (HD 2/4, p. 28. cipher 1.1). FIFA concluded the following contracts with the Company 1/ISMM X1 AG, which are of relevance in the current proceedings (HD 2/4, p. 105, cipher 3.2.1 et seq. / concerning the legal characterization of the contracts, which are not particularly relevant to the current proceedings see: HD 2/4, p. 103 et seq.):

- Agreement of December 12, 1997 between FIFA and ISL X2 AG (Regulation of the Market) signed on behalf of FIFA by the Accused Joao Havelange and P1. According to this Agreement, FIFA conferred the marketing interests in a comprehensive manner to the ISL X2 AG until December 12, 2006. In addition to fixed compensation of CHF 200'000'000.00 a very detailed compensation regulation was made (HD 2/4, p. 123, cipher 3.7.1).

- License agreement of May 26, 1998 between FIFA and the Company 1 (Regulation on the Utilization of the Worldwide Television and Radio Broadcasting Rights for the World Cup 2002 and 2006 except for Europe and the U.S.). This was signed on behalf of FIFA by Joao Havelange. With this contract, FIFA granted the exclusive utilization of the radio and television broadcasting rights for the World Cup 2002 and 2006 to the Company 1 with the exception of Europe and the U.S. (HD 2/4, p. 123, cipher 3.6). The granting of the exclusive rights for the utilization of the rights was to be compensated by at least USD 650'000'000.00 for the World Cup 2002 and USD 750'000'000.00 for the World Cup 2006. The details for the financial regulation are of subordinate importance for the current proceedings (see HD 2/4, p. 108, cipher 3.3.1 et seq.).

- Amendments to the License agreement of March 13, 2000 between FIFA and the Company 1 (Supplementary agreement to the License Agreement of May 26, 1998). This was signed on behalf of FIFA by P2, P3 (HD 2/4, p. 105, cipher 3.2.2).

- Amendments to the License agreement of July 21, 2000 between FIFA and ISMM X1 AG (Supplementary agreement to the License agreement of May 26, 1998). This was signed on behalf of FIFA by: P2, P3 (HD 2/4, p. 106, cipher 3.2.3)

  The Company 1/ISMM X1 AG, or one of its subsidiaries, concluded, on its part, the following sublicense agreement (amongst others):

  - Agreement of June 29, 1998, between ISMM X3 AG and the Company 2/the Company 3 (Sublicense agreement: utilization of the television and radio broadcasting rights World Cup 2002 and 2006 in Brazil [HD 2/4, p. 106, cipher 3.5]). With this agreement, ISMM X3 AG conferred the rights for the utilization of the radio and television broadcasting rights for the World Cup 2002 in Brazil to the Company 2 and the Company 3. The compensation amounted to USD 220'500'000.00 and had to paid within a certain time schedule. With the agreement of December 17, 1998, the payment schedule was amended and the compensation was increased to USD 221'000'000.00 (HD 2/4, p. 124, cipher 3.7.2.1).

1.2 On December 17, 1998, the Institution 1 established, under the name Foundation 1, a

foundation under Liechtenstein law. The foundation committee of the Foundation 1 was constituted, amongst others, by the members of the board of the ISMM (ISL) Group. The statutory purpose of the foundation was the investment and management of the assets of the foundation as well as the distribution of the net income and the assets of the foundation to certain, or determinable, beneficiaries. The Company 4 was already established on the British Virgin Islands on December 1, 1997, and all its shares were transferred to the Foundation 1 on February 8, 1999. From an economic point of view, the Foundation 1 was a business unit of the ISMM (ISL) Group (HD 2/4, p. 222 et seq. cipher 12.2 et seq.). Due to a transfer of the Company 1, CHF 36’130’220.05 was credited to the account no. 193.223.31 in the name of the Company 4 at the Bank 1 (HD 2/4, p. 224 cipher 12.4). According to the opening balance sheet of the Company 1, as per May 27, 1999, the amount transferred by the Company 1 was entered in the assets as current assets and in the liabilities as “provisions for right acquisition costs”. In summary, CHF 19’380’192.00 was entered under the heading “right acquisition costs” (HD 2/4, p. 227 cipher 12.5). Where funds were used under this heading, they are a matter of “commissions, remuneration”, “finder-fees or additional acquisition payments” or of donations to individuals and decision makers of global sports, and hence they were components of new acquisitions or of a prolongation of the world wide marketing rights (HD 2/4, p. 231 et seq. cipher 12.7 et seq.).

The funds were distributed to the following beneficiaries (HD 2/4, p. 224 et seq. cipher 12.4):

| Valuta | Recipient | Amount in CHF | Amount in CHF |
|---|---|---|---|
| 03.06.1999 | E1/E2 | 1'550'000.00 | |
| 23.06.1999 | E3/E4/Check | 775'750.00 | 500'000.00 |
| 28.06.1999 | E5/E6 | 386'875.00 | 250'000.00 |
| 14.07.1999 | E1/E2 | 1'650'000.00 | |
| 03.08.1999 | E7 | 3'691.55 | 2'461.04 |
| 22.09.1999 | E5/E6 | 386'250.00 | 250'000.00 |
| 22.09.1999 | E5/E6t | 386'250.00 | 250'000.00 |
| 04.11.1999 | E3/E4/Check | 460'440.00 | 300'000.00 |
| 04.11.1999 | E3/E4/Check | 460'440.00 | 300'000.00 |
| 08.11.1999 | E5/E6 | 184'656.00 | 120'000.00 |
| 26.11.1999 | E8 | 1'000'000.00 | |
| 15.12.1999 | E9 | 12'147.20 | |
| 15.12.1999 | E10 | 100'000.00 | |
| 22.12.1999 | E1/E2 | 429'246.00 | 270'000.00 |
| 23.12.1999 | E3/E11/Check | 15'975.00 | 10'000.00 |
| 19.01.2000 | E8 | I'000'000.00 | |
| 20.01.2000 | E12 | 799'750.00 | 500'000.00 |

| | | | |
|---|---|---|---|
| 20.01.2000 | E13 | 159'950.00 | 100'000.00 |
| 20.01.2000 | E1/E2 | 431'865.00 | 270'000.00 |
| 07.02.2000 | E5/E6 | 1'654'800.00 | 1'000'000.00 |
| 07.02.2000 | E1/E2 | 364'870.00 | 220'000.00 |
| 23.02.2000 | E14 | 701.25 | 430.20 |
| 10.03.2000 | E1/E2 | 534'400.00 | 320'000.00 |
| 10.03.2000 | E5/E6 | 835'000.00 | 500'000.00 |
| 29.03.2000 | E15 | 125'035.00 | |
| 04.05.2000 | E13 | 51'675.00 | 30'000.00 |
| 08.05.2000 | E5/E6 | 866'500.00 | 500'000.00 |
| 04.05.2000 | E3/E4/Check | 868'000.00 | 500'000.00 |
| 15.05.2000 | E1/E2 | 466'803.00 | 270'000.00 |
| 31.05.2000 | E8 | 500'000.00 | |
| 02.06.2000 | E5/E6 | 422'875.00 | 250'000.00 |
| 06.06.2000 | ISL X2 AG | 15'000'000.00 | |
| 27.06.2000 | E8 | 500'000.00 | |
| 05.07.2000 | E16 | 409'650.00 | 250'000.00 |
| 19.07.2000 | E1/E2 | 446'040.00 | 270'000.00 |
| 21.07.2000 | E14 | 2'347.05 | 1'390.84 |
| 27.07.2000 | ISL X4 AG | 3'000'000.00 | |
| 31.07.2000 | ISLX4 AG | 33'532.00 | 20'200.00 |
| 27.07.2000 | ISL X4 AG | 33'600.00 | |
| 16.10.2000 | E8 | 500'000.00 | |
| 28.11.2000 | E10 | 90'000.00 | |
| 15.01.2001 | E8 | 500'000.00 | |
| | Total: | 37'399'114.05 | |

1.3 On May 20, 2003, ISMM X1 AG in liquidation and ISL X4 AG in liquidation, both represented by the private receivership, instituted an action for rescission with the Cantonal Court in Zug against Company 4, the Foundation 1 as well as shareholders of ISMM X1 AG. The subject of the action was the aforementioned transfer of CHF 36’130’220.05 (D 8/12 et seq.). Pursuant to the agreement of February 27, 2004, the Plaintiffs concluded a settlement with E10 (as one of the Defendants) according to which he undertook to pay CHF 2’500’000.00 to the “ISMM and ISL” bankruptcy estate. In the recital clause, it is, inter alia, stated that E-10 wishes that the direct and final recipients of the payment at issue, the latter to the extent that they are directly or indirectly linked with football business, will not be made subject to any further actions for repayment (D 8/7 et seq.). The settlement sum was transferred on March 17, 2004 by A1, attorney-at-law, to the account of ISL X4 AG in liquidation (D 8/18 et seq.). In response to an enquiry from the District Attorney’s Office of the Canton of Zug, K1 of the private receivership stated that Attorney A1 indicated during the negotiations that he represented FIFA and that FIFA had a legitimate interest not to be involved in unjustified speculation concerning the Company 4-action again. “That’s why FIFA intercedes to help bring about settlements where foreign football functionaries have received commission” (D 8/168).

1.4 At the time of the opening of the proceedings, the following was certain: that the settlement sum was transferred by A1, attorney-at-law, as the legal representative of FIFA; that the amounts claimed in the “action for rescission” were based on payments made by the Company 4 or the Foundation 1 or the Company 1, but not by FIFA; that with the payment of the settlement sum, part of the claimed amount was transferred to the “ISMM and ISL” bankruptcy estates; and finally that it was ultimately suspected that FIFA paid a “third-party debt” or a part thereof. It must be considered that the payment of the settlement sum did not inevitably have to come from FIFA itself. It was conceivable that a third party that was in a contractual relationship with FIFA or held positions in the (executive) body of FIFA paid the amount with the consent of FIFA to the bankruptcy estate; FIFA expressed an interest, according to its own statement, not to be involved in speculations in connection with the bribery payments. This initial suspicion was confirmed.

2. A (not fully complete) outline of the procedural steps that occurred after the opening of the investigation and the subsequent appointment of an investigating magistrate is set forth below:

In October 2005, documents concerning FIFA were obtained from the Commercial Register of the Canton of Zurich (D 4/1/1) and documents from the proceedings, no. 2001/756, were placed on file (D 2/4/3, D 3, D 5, D 6). On October 10 and November 11, 2007, two witnesses were questioned in the Canton of Zug (D 3/13, D 3/15). On November 3, 2005, a search warrant was executed at the headquarters of FIFA in Zurich and various documents were seized (D 2/2/9, D 9 and D 10). On November 8, 2005, the authorities in Liechtenstein were asked to reverse a special reservation that was issued in the context of the investigation, no. 2001/756, and after the reversal thereof, the documents that were gathered at that time were integrated into the current proceedings (D 2/5/2, D7). On November 24, 2005, June 9, 2006 and July 11, 2006, various disclosure orders were issued, and the documents provided were placed on file (D 11/1, D 13/1, D 14/1). On January 3, 2006, a request for judicial assistance (hearings and disclosures/ D 15/1/2) was made to Andorra; and, from November 15-17, 2006, various witnesses were questioned in Andorra (D 15/1/1), whereby the edited documents were informally sent to the requesting authorities on April 2, 2007 and the entire originals on December 21, 2007 (D 15/10). On November 28, 2006, the Bank 2 was served with a disclosure request that was based on the findings obtained at an early stage of the judicial assistance proceedings with Andorra (D 16/1), and the documents provided were placed on file. On January 16, 2007, a female witness was interviewed in Erlangen, Germany, in response to a request for judicial assistance. As soon as the files on the judicial assistance from Andorra were at hand (advance copies), the Office of the Public Prosecutor III of the Canton of Zurich received an inquiry concerning the place of jurisdiction (HD 3/1 et seq.). Since the authorities in Zurich did not undertake the proceedings in Zurich, the question on territorial jurisdiction had to be submitted to the Federal Criminal Court. According to the decision of the I. Appeals Chamber on December 19, 2007, the authorities of the Canton of Zug were authorized and obliged to pursue and to assess the imposed criminal acts to the detriment of FIFA against the unknown party (HD 3/46 et seq.) As a result, on January 4, 2008, disclosure orders were submitted to the Bank 3 and the Bank 2. The files were sent to the public prosecutor’s office on February 2, March 14 and April 2, 2008 (D 17 and 18). In a letter dated April 20, 2008, the relevant individual documents were requested and subsequently placed on file. On January 11, 2008, a disclosure order was issued to FIFA.

One part of the requested files was sent to the public prosecutor's office on March 3 and 25, 2008 and the other part of the information was given with the letter dated May 2, 2008. Furthermore, the files concerning criminal proceedings that had been initiated by 11 members of the executive committee of FIFA against the president of the association were obtained, evaluated and placed on file (D 21 et seq.). On June 20, 2008, a disclosure order was submitted to the bankruptcy administrator of ISMM X1 AG and ISL X4 AG in liquidation. The relevant files were sent on July 28, 2008, evaluated and placed on file (D 2/4/54 et seq., D 20). Between January 29 and August 7, 2008, 8 witnesses were questioned in the Canton of Zug.

Based on the findings from the pre-trial discovery, proceedings were initiated against Ricardo Terra Texeira (2A 2008 137/D 23/1) and Jean-Marie Faustin Godefroid Havelange (2 A 2008 138/D 24/1) on October 1, 2008.

3. The evidence that was obtained in the course of the proceeding, no. 2 A 2005 31601, led to the following findings.

3.1 The Fédération Internationale de Football Association (FIFA) is an association pursuant to Art. 60 et seq. of the Swiss Civil Code (CC) registered in the Commercial Register of the Canton of Zurich with its domicile in Zurich. The statutes of the association have been amended several times, namely in 1990, 1992, 1994, 2000 and in 2003 (D 4/1/2). The most recent statutes of the association that are on file were adopted in an extraordinary congress of FIFA on October 19, 2003 and entered into force on January 1, 2004 (D 4/1/40). According to this version of the statutes, the purpose of FIFA is to improve football continuously and to broadcast it globally, whereby the binding effect on nations - as well as the educational, cultural and humanitarian status of football - has to be taken in consideration. In particular, the latter is to be executed as follows: by encouraging football in youth and development programs; by organizing its own international competitions; by determining rules and regulations and guaranteeing their enforcement; by controlling the association football in all its forms by taking all necessary measures to prevent a breach of the statues, regulations and decisions of FIFA as well as its rules of the game; and by preventing the occurrence of methods or practices that would endanger the integrity of matches or competitions or that may lead to abuses of the association football (D 4/1/7, Article 2 of the statutes). According to statements of FIFA, it is a non-profit organization (D 2/1/86). The revision of the statutes that took place between 1990 and 2003 did not result in any substantial modification of the purpose of the association (D 4/2/46 to D 4/2/74).

According to the statutes of the association of January 1, 2004, the association consists of the following bodies: the congress as the supreme and legislative corporate body, the executive committee as the executive body, the general secretariat as the administrative body and the permanent as well as ad-hoc committees that advise and support the executive committee with fulfilling its duties (D 4/1/13, Article 21 of the statues). The executive committee consists of 24 members (1 president, 8 vice presidents and 15 members), nominated by the confederations and unions (D 4/1/16, Article 30 of the statutes). The President of FIFA represents the association and is especially responsible for executing the decisions of the congress and the executive committee by the general secretariat. He acts as chairman in the congress, in all meetings of the executive and emergency committees

and in those committees in which he is chairman (D 4/1/17, Art. 32 of the statutes). To the extent required, all relevant deviations in the organization pursuant to the statutes of 1992 (D 4/2/630 et seq.), 1994 (D 4/2/655 et seq.), 1996 (D 4/2/679 et seq.), 1998 (D 4/2/703 et seq.), 1999 (D 4/2/728 et seq.), 2000 (D 4/2/752 et seq.) and 2003 will be mentioned in the considerations.

3.2 From 1974 until November 20, 1998, Jean-Marie Faustin Godefroid Havelange (hereinafter Joao Havelange) was the president of FIFA (D 4/2/779, D 4/1/2). Concerning Ricardo Terra Texeira, the following is of relevance but not exhaustive: he was, already in 1990, a member of the organization committee for the 1994 FIFA World Cup in the U.S. and thereafter was also a representative in the organization committees for the World Cups (D 4/2/780, D 4/2/798, D 4/2/936). Furthermore, from 1994 onwards, he was member of the executive committee of FIFA (D 4/2/806, D 4/2/816, D 4/2/826, D 4/2/834, D 4/2/843, D 4/2/855, D 4/2/877, D 4/2/895, see also D 4/2/936). He is also president of the Brazilian Football Association.

3.3 The money transfer made by the Company 1 to the Company 4 amounting to CHF 36’130’220.05 concerned assets that the ISMM/ISL Group made available in order to make payments of commission for already acquired rights and rights to be acquired in the future (D 3/1/1, cipher 13). This practice is uncontested (D 3/1 – D 3/12). The chairman of the board of directors of the Company 1/ISMM X1 AG, for example, explained that the concept whereby well-known individuals in sports were favored in order to promote sports policy and economic goals originated in the 1970s, when sports became an important factor in the economy. He was informed of the fact that ISL had been using such practices since its foundation some time after he was appointed as a member of the board at the beginning of the nineties, and when he was confronted with the Company 1. When he repeatedly insisted on stopping such favoritism, his successor, P4 of ISL[1], made clear to him that these personal relations had led to further existing commitments. The activities were relocated to a special foundation (D 3/3/1, cipher 20, D 3/10/1, cipher 2). Also the CFO of the group stated that additional payments to the actual acquisition costs had to be made with regard to the acquisition of rights. These involved payments to individuals who had helped conclude the contract (D 3/1/1, cipher 15, cipher 16).

3.3.1 ISL X5 AG, a company in the ISMM/ISL Group, paid commission from 1989 until 1998, in the context shown above, amounting to a total of CHF 122’587’308.93 (D 20/1/27 et seq.), which however, as will be illustrated below, only partially concerned the Accused. Prior to 1989, millions were paid in “pre-investments” (D 20/1/17). The aforementioned vehicle Foundation 1/Company 4 was used from 1999 to continue the payments that were made between 1989 and 1998 by ISL X5 AG. The amount of CHF 36’130’220.05 that was transferred to account no. 193.223.31 in the name of the Company 4 at the Bank 1 corresponds to the remaining balance of the total volume that was placed at the disposal of the Group in order to pay the commissions (D 20/1/30). The reasons for outsourcing these assets to the Foundation 1 are not of decisive importance for the current proceedings.

[1] In order to understand the role of P4 in the development of sport marketing, see […].

The beneficiaries of the commission were, amongst others, Joao Havelange (D 20/1/29, D 3/32/4, cipher 21, D 3/41, cipher 22 et seq., D 3/80 cipher 17 et seq.). Institution 2 and E4 (D 20/1/29). E13, a longstanding member of the executive committee of FIFA (see D 4/2/895) was, inter alia, a recipient of payments.

3.4 Ricardo Terra Texeira is the beneficial owner of the Institution 2 (D 3/68, D 18/5/4). This company had a business relationship with the Bank 4 (the bank was dissolved in a merger with the Bank 5, which in turn merged with the Bank 3) (D 18/5 et seq.).

According to non-exhaustive findings, both Joao Havelange and the Ricardo Terra Texeira are the beneficial owners of E4 (D 23/10/5, D 23/10/8, D 23/10/13). In particular, the following payments have to be attributed to the Ricardo Terra Texeira and Joao Havelange:

Payments by ISL X5 AG:

| Date | Beneficiary | Currency | Amount | Currency | Amount |
|---|---|---|---|---|---|
| | | | | | |
| 10.08.1992 | Institution 2 | USD | 1'000'000.00 | CHF | 1'320'000.00 |
| 16.02.1993 | Institution 2 | USD | 1'000'000.00 | CHF | 1'510'000.00 |
| 11.05.1993 | Institution 2 | USD | 1'000'000.00 | CHF | 1'440'000.00 |
| 07.09.1993 | Institution 2 | USD | 1'000'000.00 | CHF | 1'460'000.00 |
| 04.02.1994 | Institution 2 | USD | 500'000.00 | CHF | 720'000.00 |
| 31.05.1994 | Institution 2 | USD | 500'000.00 | CHF | 700'000,00 |
| 04.11.1994 | Institution 2 | USD | 500'000.00 | CHF | 625'000.00 |
| 31.01.1995 | Institution 2 | USD | 250'000.00 | CHF | 330'000.00 |
| 31.01.1995 | Institution 2 | USD | 250'000.00 | CHF | 330'000.00 |
| 31.05.1995 | Institution 2 | USD | 500'000.00 | CHF | 590'000.00 |
| 31.05.1995 | Institution 2 | USD | 500'000.00 | CHF | 590'000.00 |
| 29.08.1995 | Institution 2 | USD | 500'000.00 | CHF | 575'000.00 |
| 31.01.1996 | Institution 2 | USD | 250'000.00 | CHF | 287'500.00 |
| 31.01.1996 | Institution 2 | USD | 250'000.00 | CHF | 287'500.00 |
| 03.07.1996 | Institution 2 | USD | 250'000.00 | CHF | 312'500.00 |
| 03.07.1996 | Institution 2 | USD | 250'000.00 | CHF | 312'500.00 |
| 06.11.1996 | Institution 2 | USD | 500'000.00 | CHF | 630'000.00 |
| 03.03.1997 | Joao Havelange | | | CHF | 1'500'000.00 |
| 30.05.1997 | Institution 2 | USD | 250'000.00 | CHF | 367'500.00 |
| 30.05.1997 | Institution 2 | USD | 250'000.00 | CHF | 367'500.00 |
| 12.11.1997 | Institution 2 | USD | 250'000.00 | CHF | 352'500.00 |
| 12.11.1997 | Institution 2 | USD | 250'000.00 | CHF | 352'500.00 |
| 18.03.1998 | E4 | USD | 2'000'000.00 | CHF | 2'920'000.00 |
| 18.03.1998 | E4 | USD | 500'000.00 | CHF | 730'000.00 |

| | | | | | |
|---|---|---|---|---|---|
| 24.09.1998 | E4 | USD | 500'000.00 | CHF | 745'000.00 |
| D4.02.1999 | E4 | USD | 500'000.00 | CHF | 705'000.000 |
| 18.06.1997 | Institution 2/ **Annulation** | USD | 250'000.00 | CHF | **-367'500.00** |
| 28.11.1997 | Institution 2/ **Annulation** | USD | 250'000.00 | CHF | **-352'500.00** |
| | **Subtotal** | | | | 19'340'000.00 |

Payments via the Foundation 4/Company 4:

| Date | Beneficiary | Currency | Amount | Currency | Amount |
|---|---|---|---|---|---|
| | | | | | |
| | Balance of subtotal from payments by ISL X5 AG | | | | 19'340'000.00 |
| | | | | | |
| 23.06.1999 | E4 | USD | 500'000.00 | CHF | 775'750.00 |
| 04.11.1999 | E4 | USD | 300'000.00 | CHF | 460'440.00 |
| 04.11.1999 | E4 | USD | 300'000.00 | CHF | 460'440.00 |
| 04.05.2000 | E4 | USD | 500'000.00 | CHF | 868'000.00 |
| | | | | | |
| | Total | | | | **21 '904'630** |

(D 7/19/1 until 7/19/132, D 18/16, D 19/4, D 20/1/27 et seq., D20/3/5 et seq., D 20/1/29, D 3/32/4, cipher 21, D 3/41, cipher 22 et seq., D 3/80 cipher 17 et seq.)

3.5 The aforementioned settlement of February 27, 2004, which was a decisive factor on the question of the initiation of proceedings, was concluded on the basis of the major contribution by FIFA or its attorney, A1 (D 3/15/3, cipher 10 et seq., D 20/11/23, D 20/11/26, D 20/11/28, D 20/11/31 et seq., D 20/11/56, D 20/11/62 et seq., D 20/11/78 et seq., D 20/11/90 et seq., D 20/11/106 et seq., D 20/11/140, D 20/11/148, D 20/11/150, D 20/11/156, D 20/11/158, D 20/11/165 et seq., D 20/12/23, D 20/12/26 et seq., D 20/12/28 et seq.). The declaration of disinterest of FIFA that was given in the context of the aforementioned Investigation no. URA 2001/756 was part of the settlement of February 27, 2004 (D 9/15 et seq., D 9/19 et seq., D 9/31 et seq.). Prior to the conclusion of the settlement, FIFA dealt with the problematic nature of the commission payments and had expert reports concerning this issue prepared by Professors 1 and 2 (D 11/5, D 11/6). The expert report by Professor 2 was based on the following circumstances put forward by FIFA as a hypothesis and which also contained a note stating that the hypothesis was under no circumstances confirmed: “ISL X4 AG concluded marketing contracts with sport associations. These sport associations are associations within the meaning of Articles 60-79 of the Civil Code. There are no indications that better offers were made by other sport marketing agencies. ISL X4 AG made payments to several individuals in the sport associations’ environment, which presumably must be considered as commission payments. These commission payments did not occur on a specific date, but were rather spread over several years, with two to three payments being made each year. The payments were made both prior to and after the conclusion of the marketing contracts” (D 11/6/1).

3.6 The amount that attorney A1 transferred via the Bank 6 to the bankruptcy estates of ISMM X1 AG and ISL X4 AG, to an account at the Bank 7 came in advance in two installments from the Bank 8 to his account (D 15/1/8 et seq.). The principal of both transfers was the Company 5, which is domiciled in Andorra; the company's beneficial owner is the Andorran citizen P5, and he also processed the banking transaction on a trust basis through an account in the name of the company. According to the statement made by P5, he carried out the transactions on behalf of Ricardo Terra Texeira. The amount in question was transferred beforehand within the bank from an account in the name of Ricardo Terra Texeira to the account of the Company 5 (D 15/4/1 et seq., D 15/10 et seq.). Prior to the transfer, the account, no. 400428, at the Bank 8 in the name of Ricardo Terra Texeira, was fed with assets from various accounts at the Bank 2 in Zurich. The relevant transfers were as follows:

| Principal of the transaction | Valuta in-payment | Amount in USD | Recipient Account | File reference |
|---|---|---|---|---|
| | | | | |
| F1 | 11.04.2003 | 459'000.00 | 4004028 | 15/4/3, 15/4/68 |
| F2 | 11.04.2003 | 418'500.00 | 4004028 | 15/4/3, 15/4/69 |
| F3 | 11.04.2003 | 357'500.00 | 4004028 | 15/4/3,15/4/70 |
| F4 | 11.04.2003 | 1'216'000.00 | 4004028 | 15/4/3. 15/4/71 |
| Total | | 2'451'000.00 | | |

P5 then withdrew the in-payments in cash and paid them in to the accounts of Ricardo Terra Texeira and F2 at the same bank in cash (D 15/4/1 et seq., D 15/10 et seq.). Three of the four accounts at the Bank 2 are in the names of F1 – F3. One account is in the name of F4 (D 16/54). The relevant accounts are as follows:

| Account number | Account holder | Opening date | File reference |
|---|---|---|---|
| | | | |
| CQUE 206-P0078232.0 | F1 | 01.07.1998 | 16, 17/33 |
| CQUE 206-P0078233.0 | F2 | 01.07.1998 | 16, 17/35 |
| CQUE 206-P704605.60L | F3 | 03.11.1999 | 16, 17/37 |
| CQUE 206-P790860.70P | F4 | 23.08.2001 | 16, 17/30 |

The accounts were opened, in two cases, by means of cash deposits made by the Accused 2 amounting to USD 300'000.00 each (CQUE 206-P0078232.0 and CQUE 206-P0078233.0), by a transfer of incoming securities worth USD 300'000.00 (CQUE 206-P704605.60L) and by a wire transfer of USD 1'000'000.00 from the Bank 9. The cash deposits at the Bank 2 were preceded by a cash withdrawal of USD 600'000.00 on June 29, 1998 from account no. 24,034-2-2.002 in the name of the Institution 2, at the former Bank 4 (D 16/54).

4 After all appeals before both the Justice Commission of the High Court of the Canton of Zug and the Federal Court were finally decided, it was possible to place on file and evaluate the documents that were originally under seal from the disclosure proceedings with FIFA (D 2/10/1-D 2/10/13). Furthermore, on July 14/17, 2009, an agreement on jurisdiction was concluded with the competent authorities of the Canton of Zurich, according to which the criminal authorities of the Canton of Zug would prosecute persons unknown and Ricardo Terra Texeira and Joao Havelange for alleged criminal acts to the detriment of FIFA (AZ: 2A 2005 31601 [formerly URA 2005 1601], AA 2008 137 and 2A 2008 138). In addition, various judicial assistance procedures were initiated for the purpose of annulling the reservations of speciality, and in some cases, the results of these were already available (D 2/5/9 et seq., D 23/4/91, D 24/4/127). The prosecutor's office initiated proceedings on July 14, 2009 in order to clarify whether the parties to the proceedings were willing, based on the evidence at hand, to pay damages for the losses incurred and whether they would agree to dismiss the proceedings based on Art. 53 of the Penal Code (hereinafter "PC").

4.1 FIFA was informed that the prosecutor's office thought it would be advisable to invite the representatives and P1 to a briefing. This was in view of the state of the documents at the time and the fact that it had not been possible to allow FIFA to inspect the case files and this would still not be possible in the near future. The purpose of the meeting was to disclose the facts established, and based thereon, to explain how the proceedings might develop from that point (D 2/1/50 et seq.). FIFA welcomed the procedure, so the terms for the meeting as proposed by the prosecutor's office were specified, and on September 21, 2009, a meeting took place in the presence of P1, Dr. Dieter Gessler, attorney for FIFA, P6, Chrisitan Aebi, Chief Public Prosecutor, and Thomas Hildbrand, lead prosecutor for the case. The details are contained in the minutes of the meeting, which were signed by the Chief Prosecutor, the lead Prosecutor and the attorney for FIFA (D 2/1/114). The prosecutor's office stated that, in its opinion, the physical components (actus reus) of disloyal management pursuant to Art. 158 PC were fulfilled. Based on this premise, it had to be determined whether the proceedings initiated against an unknown person should now be brought against FIFA as a company and/or against the individuals who would be formally responsible for the actions of FIFA with regard to the matters alleged. The decision as to whom the charges would be brought against could only be determined once the criminal liability had been finally clarified. Based on the information then available, the conclusions were as follows: if a criminal investigation were initiated against FIFA, then the dismissal of the proceedings could be taken into consideration based on Art. 53 PC. These findings were based on the assumption of the prosecutor's office that the conditions for a suspended sentence were fulfilled, that the interests of the public and of the aggrieved party in a prosecution were limited and thus the requirements of lit. a and b of Art. 53 PC would be fulfilled. However, the prosecutor's office made the dismissal of the proceedings conditional on the reparation[i] being made in full for injustice suffered, meaning the coverage of damages amounting to CHF 2'500'000.00, and FIFA agreeing to pay the costs of the legal proceedings. If criminal proceedings were to be initiated against individuals, then the dismissal of the proceedings would also be possible based on Art. 53 PC. However, such a decision could not be rendered at the moment as relevant basics were lacking (D 2/1/119 et seq.).

On October 7, 2009, following the meeting, Dr. Dieter Gessler suggested holding a further meeting without its client, stating that FIFA wanted to thoroughly consider the proposal made by the prosecutor's office. The request was granted and the meeting was set for November 17, 2009. The deadline that was set on October 31, 2009 for the purpose of submitting comments on the meeting of September 21, 2009 was extended until November 30, 2009 (D 2/1/64).

4.2 On October 14, 2009, the attorney Hans-Rudolf Wild, the legal representative of Ricardo Terra Texeira, called the Chief Prosecutor, Christian Aebi, and explained that he was aware of the meeting on September 21, 2009 and the planned meeting in November 2009. He proposed that he should attend this meeting with the aim of achieving an overall solution. On October 26, 2009, the lead prosecutor contacted the attorney Wild and informed him that there was no objection to his attendance. The prosecutor's office could imagine a discontinuation of the proceedings based on Art. 53 PC if the requirements of the elements of the offence were fulfilled. However, in the view of the prosecutor's office, the suggested overall solution would also involve Joao Havelange. Arrangement should be made – if contacts existed – for Joao Havelange or his attorney also to be included in the meeting of November 17, 2009 (D 23/2/59).

After Joao Havelange also engaged Dr. Marco Niedermann as his attorney, the latter was contacted by the lead prosecutor on November 16, 2009 and the basics concerning the upcoming meeting were outlined to him. Furthermore, he was informed that the proposed solution was the same as with respect to FIFA and Ricardo Terra Texeira. Dr. Marco Niedermann confirmed that he had knowledge of the minutes of the meeting of September 23, 2009.

On November 17, 2009, a meeting took place in the presence of Dr. Dieter Gessler, attorney for FIFA, lic. iur. Hans-Rudolf Wild, attorney for Ricardo Terra Texeira, Dr. Marco Niedermann, attorney for Joao Havelange, Chrisitan Abei, Chief Prosecutor and Thomas Hildebrand, lead prosecutor. Reference is made to the minutes of the meetings concerning the details of the meeting, which was signed by all participants (D 2/1/122 et seq., D 23/2/65 et seq., D 24/2/11 et seq.).

In result, the legal representatives of Ricardo Terra Texeira and Joao Havelange were informed that the prosecutor's office considered, based on the records, reparation in the amount of CHF 2'500'000.00 each as adequate, in consideration of criteria such as the statute of limitations, connected payments/contracts, currency etc. It stated that it would comment on the terms of a possible reparation by FIFA, Ricardo Terra Texeira and Joao Havelange, as soon as the general consent to the disposition of the proceedings according to Art. 53 PC were given. It was already stated at that time that the recipient of a reparation payment – provided that FIFA was involved – would have to be a non-profit institution. The costs of the legal proceedings would be a maximum of CHF 100'000.00.

Both attorney Hans-Rudolf Wild and attorney Dr. Marco Niedermann pointed out that in order to comply with their lawyer's duty of care, an inspection of the records

was essential (D 2/1/125 et seq.). Both attorneys were permitted to inspect the records between January 11 and 31, 2010 (D 23/2, D 24/2); however, in the end, attorney Hans Rudolf Wild waived his right (D 23/2/113).

4.3.1 In a submission dated November 20, 2009, the FIFA's legal representative requested the discontinuation of the proceedings for FIFA (D 2/1/72 et seq.), and within the meaning of an alternative request, the discontinuation of the proceedings based on Art. 53 PC (D 2/1/109). For the purpose of executing the alternative request, FIFA was informed in a letter, dated December 17, 2009, of the conditions for the discontinuation of the proceedings based on Art. 53 PC, namely the payment of CHF 2'500'000.00 by FIFA into a transaction account held by the Zug prosecutor's office and the written declaration that it would pay the costs of the legal proceedings comprising a maximum of CHF 100'000.00 (D 2/1/128). In a letter dated January 7, 2010, FIFA declared that it agreed to the conditions; however, in its letter dated January 8, 2010, it made its consent conditional upon the discontinuance of the proceedings against Ricardo Terra Texeira and Joao Havelange (D 2/1/130 et seq.).

4.3.2 On January 14, 2010, attorney Wild explained by phone that his client was waiving his right to inspect the records and that he was prepared to transfer CHF 2'500'000.00 as reparation at the beginning of February. He asked the prosecutor's office to inform him of the conditions for discontinuation (D 23/2/113). In a letter dated January 18, 2010, attorney Wild was informed that the case would be discontinued in return for the transfer of CHF 2'500'000.00 by Ricardo Terra Texeira to a FIFA account. The costs of the legal proceedings, comprising a maximum of CHF 100'000.00, would be taken over by FIFA. The prosecutor's office assumed that FIFA, Ricardo Terra Texeira and Joao Havelange would reach a settlement among themselves on the sharing of the costs for the legal proceedings. The proof of payment would be provided by his client submitting the debit advice and FIFA submitting the credit advice to the prosecutor's office (D 23/2/114). In a letter dated January 22, 2010, attorney Wild gave his consent to the discontinuation of the proceedings based on Art. 53 PC and he submitted the proof of payment on March 4, 2010 (D 23/2/116).

4.3.3 On January 27, 2010, attorney Dr. Niedermann stated by telephone that he would like to meet the lead prosecutor in order to discuss the terms for the discontinuation of the proceedings under Art. 53 PC and would like to submit documents concerning the financial circumstances of his client. The meeting, arranged at short notice, took place the same day. The legal representative submitted various documents with the prospect of having them translated. Dr. Niedermann outlined that under consideration of all relevant factors for the proceedings (statute of limitations, allocation of the payments to the contracts, the actual beneficiaries of the payments, the zeitgeist at the time of payments, financial circumstances and income as well as the age of the Accused etc.), he considered a reparation of CHF 250'000.00 as reasonable (D 24/2/57). In a submission dated February 1, 2010, he handed in the documents that he had previously promised; based on the documents, it is apparent that Joao Havelange generated an income of CHF 87'350.00 in 2008, and that the assets belonging to the married couple Havelange amounted to approx. CHF 5'211'000.00 (D 24/2/97 et seq.). Based on these circumstances, the prosecutor's office informed attorney Dr. Niedermann on February 12, 2010 that the sum of CHF 500'000.00 would be adequate reparation and that the reduction of the former amount set at CHF 2'500'000.00

would, firstly, take the income and financial circumstances of the married couple Havelange into consideration and, secondly, would also (and especially) take account of the advanced age of the Accused. The amount had to be transferred by Joao Havelange to an account of FIFA, and the proof of payment would be provided by his client submitting a debit advice and FIFA submitting a credit advice to the prosecutor's office (D 24/2/117). In a submission dated March 4, 2010, attorney Dr. Niedermann agreed to the discontinuation of the proceedings based on Art. 53 PC (D 24/2/120). In a letter dated March 17, 2010, he submitted the debit advice (D 24/2/123).

4.3.4 In a submission dated March 22, 2010, FIFA submitted the requested receipts (D 2/1/143). The amount of CHF 2'500'00.00 that FIFA had transferred had already been received in the account of the Zug prosecutor's office with valuta on March 18, 2010 (D 2/1/140 et seq.). In a letter dated April 8, 2010, the parties to the proceedings were informed that the conditions for the discontinuation of the proceedings were fulfilled. The prosecutor's office intended to unite the proceedings administratively and to terminate the issue in the course of one legal order for reasons of the matter itself and for procedural economy. The parties were requested to give their consent in this regard; due to the intended course of action, possible areas might be affected that might not be accessible to the other parties without further ado for reasons of personal privacy (D 2/1/148). The consent of the parties was given within the deadline (D 2/1/150, D 23/2/123, D 24/2/127).

4.3.5 Finally, it should be noted that the FIFA's legal representative denied any criminal conduct (D 2/1/72 et seq.), as did Ricardo Terra Texeira (D 23/2/15 et seq.). Joao Havelange did not comment on the accusation of criminal conduct (D 24).

**Considerations**

1. Any person who commits a felony or a misdemeanor[ii] in Switzerland is subject to the provisions of the Swiss Penal Code (Art. 3 para. 1 PC). A felony or a misdemeanor is deemed to be committed where the offender acted or failed to act contrary to duty, and where the result of the act occurred (Art. 8 para. 1 PC). Both Ricardo Terra Texeira and Joao Havelange are Brazilian citizens, and they both have their domicile in […]. Both are Accused of having breached their duties towards FIFA, which has its domicile in Zurich, by failing to disclose and deliver the payments to FIFA that they received from the ISMM/ISL Group. Joao Havelange acted as the president of FIFA in Zurich. The same applies to Ricardo Terra Texeira in so far as he was involved in the work of the association as a member of the executive committee or exercised organizational duties in other commissions. In all cases, the result of the omissions occurred in FIFA and the place where the offence was committed was in Switzerland, which is also FIFA's understanding of the matter (D 2/10/12/59, cipher 2.1).[2] Hence, Ricardo Terra Texeira, Joao Havelange, and also FIFA as an accused company, are subject to the provisions of the Swiss Penal Code.

---

[2] See, apart from that the judgement of the Federal Court 6P.190/2006 of May 30, 2007, consideration 6.3, according to which even in disputes without a close connection to Switzerland the Swiss jurisdiction is affirmed / JS 2008 82, 83, 87, 88, 92, 93, D 2/10/12/57 et seq.

2. If Swiss jurisdiction is confirmed, a determination must be made on the basis of Art. 340 et seq. PC as to which canton is competent to prosecute and try the case (FCD 108 IV 146). The application of these provisions implies Swiss jurisdiction (FCD 122 IV 167). After the cantons of Zug and Zurich stipulated to an agreement on jurisdiction, the jurisdiction of the Zug prosecutor's office was affirmed based on § 2 para. 1 of the Criminal Code of Procedure (hereinafter CCP) in conjunction with § 22 et seq. of the Court Organizational Act ("GOG").

3. According to § 1$^{bis}$ para. 1 CCP, no referral should be made to a court if the requirements for an exemption from punishment under Art. 52-54 CCP are met.

Art. 53 PC governs the exemption from punishment in the event of reparation being made. If the offender has paid for the damage or undertaken all reasonable endeavors to compensate for the injustice he caused, then the competent authority will refrain from prosecuting him, bringing him to court or punishing him; however, this applies only if the requirements for a suspended sentence under Art. 42 PC are met (lit. a) and the interests of the public and of the aggrieved party in a prosecution are negligible (lit. b).

According to the Bill, the cornerstones of the aforementioned provision can be described as follows: The reparation serves, above all, the victim for whom the compensation of damages are (in reality) more important than the punishment of the offender. The sense of responsibility of the offender is appealed to. He should realize the injustice of his act. With reparation, the relationship between the offender and the victim will be improved; this restores public peace. Reparation for the damage caused justifies the exemption from punishment; the desire for punishment fades as the offender actively renders a social service that brings reconciliation and ensures public peace. The requirement of the negligible public interest in the prosecution takes account of cases in which no specific individual was injured or suffered loss. It also serves to prevent the bestowing of privileges on wealthy offenders who can buy their way out of punishment (Bill of September 21, 1998, BBl 1999 5. 2065 et seq.). According to the Federal Council draft, reparation is only possible if the requirements for a suspended sentence are met, and thus only for offences carrying a custodial penalty of up to one year (Art. 42 and Art. 53 of the draft, BBl 1999 5 2308, 2312). The Swiss Council of States, as the first council addressing this, linked reparation to the requirements of the suspended sentence (see Amtl. Bull SR 1999 5. 1119, meeting of December 14, 1999). The National Council then adopted this amendment (Amtl. Bull. NR 2001 p. 565, meeting of June 7, 2001). In view of the limits set in Art. 42 PC, reparation is now possible for offences carrying custodial sentences of up to two years (Art. 42 PC) (reproduced in FCD 6B_346/208).

According to the wording of this provision, reparation with its related legal consequences is already possible prior to the initiation of a prosecution and is then possible at various stages of the proceedings, which is also what the legislature wanted (FCD 135 IV 27). If the question of reparation only arises after the initiation of the criminal investigation, but before the facts were presented to the court, the proceedings should be discontinued in an order. The time of the proceedings, and thus the stage of the proceedings, is important with respect to the evidence and the related legal consequences, as the amplitude of the evidence taken, depending on the stage of the proceedings, varies;

this may also have an effect on a final evaluation of the subject matter of the proceedings. A consequence of this is that a discontinuation, in the sense of waiving prosecution under Art. 52 or Art. 53 PC, cannot have the same quality as an exemption from punishment granted by a court. Irrespective of the time of conclusion of the proceedings, it is of relevance that in both situations (Art. 52 and Art. 53 PC), a finding of guilt is not required, but rather a sufficiently clear and onerous statement of the facts that would cause the law enforcement bodies to act[3]. The "deficiency" linked thereto with respect to the results of the evidence taken was deliberately accepted by the legislature and is compensated by the discontinuation of the proceedings being made substantially dependent on the will of the Accused; hence, reparation is precluded in those cases in which the facts determined by the investigating authority does not correspond to the historical happenings. Possible gaps in the evidence can be impliedly resolved by the Accused making reparation.

The discontinuation of the proceedings under Art. 53 PC is linked to flaws with respect to both the findings of fact and the application of law. These flaws can be compensated by the legal system or the institution of reparation in such a manner that the specific requirements designated in the provision (Art. 53 PC) are fulfilled. These premises put into perspective the comments made by FIFA's legal representative on November 30, 2009 (D 2/1/72). By considering the prerequisites from a procedural point of view, and independently from the reparation, they contain plenty of convincing arguments, which, however, in the light of the aforesaid exposition, do not apply. This will be given closer consideration below.

In any case, the circumstances of this case provide a sufficient basis for a procedural decision under Art. 53 PC. Imponderables that result from the incomplete findings have to be accepted for the reasons set out above and taking account of the purpose of the institution of reparation. Taking account of this, the accusation described below must be considered as non-exhaustive.

4. Based on the results of evidence outlined, the accusation, as subsumed under Art. 138 and 158 PC, may be explained as follows. For the time being, aspects that relate to the statute of limitations will not be considered.

4.1 The Accused Ricardo Terra Texeira unlawfully used assets entrusted to him for his own personal enrichment several times. In the sense of a contingent accusation, it should be noted that he was instructed on the basis of a legal transaction to manage the assets of another and, in violation of his duties, caused these assets to be damaged. He acted with intent to enrich himself unlawfully.

The physical components (actus reus) of an offence are thus fulfilled, as Ricardo Terra Texeira, as a member of the executive committee and other committees of FIFA, was given CHF 12'740'00.00 between August 10, 1992 and

[3] BSK Criminal law I, Riklin, N 31 to prior Art. 52 and N 30 to Art. 53 PC.

November 12, 1997 through the Institution 2; he was also given an amount (established but not entirely attributable to him) between March 18, 1998 and May 4, 2000 through E4. The payments were made by ISL X5 AG, which was a subsidiary of the Company 1. The latter concluded license and marketing contracts with FIFA for the utilization of the World Cup television and radio broadcasting rights at precisely defined prices; it also concluded, through one of its subsidiaries, ISMM X3 AG, sublicense contracts with the Company 2 as well as the Company 3 concerning rights for the utilization of radio and television broadcasting rights for the World Cup in 2002 in Brazil. These commissions, which Ricardo Terra Texeira received due to his position in FIFA, were pocketed by him (for his own use), and he failed to disclose or hand over the payments to FIFA. The payments that were made over a number of years were aimed at exploiting the influence of Ricardo Terra Texeira in FIFA in such a manner that contractual relationships were concluded between FIFA and the Company 1, in order to subsequently use his influence as president of the Brazilian Football Association to secure the conclusion of sublicense agreements. Ricardo Terra Texeira was enriched to the extent of the commissions he received and failed, contrary to his duty, to pass on; FIFA suffered an equivalent loss.

4.2 The Accused Joao Havelange unlawfully used assets entrusted to him for his own enrichment several times. In the sense of a contingent accusation, it should be noted that he was instructed on the basis of a legal transaction to manage the assets of another and, in violation of his duties, caused these assets to be damaged. He acted with intent to enrich himself unlawfully.

The physical components (actus reus) of an offence are thus fulfilled, as Joao Havelange as president of FIFA was given an amount of at least CHF 1’500’000.00 on March 3, 1997, and further, an amount established but not conclusively attributable to him between March 18, 1998 and May 4, 2000 through E4. The contributions occurred through ISL X5 AG, which was a subsidiary of the Company 1, which in turn not only concluded license and marketing contracts with FIFA for the use of the World Cup television and radio broadcasting rights at precisely defined prices, but also concluded, through one of its subsidiaries, ISMM X3 AG, sublicense contracts with the Company 2 as well as the Company 3 concerning the rights for the utilization of radio and television broadcasting rights for the 2002 World Cup in Brazil. Joao Havelange pocketed these commissions that he received due to his position in FIFA, and he refrained from disclosing or giving them to FIFA. The payments were aimed at using the influence of the Joao Havelange as president of FIFA with respect to the contracts ultimately concluded between FIFA and the Company 1 (“ISL”) that were signed by the Accused on December 12, 1997 and May 26, 1998. Joao Havelange was enriched to the extent of the commissions he received and failed, contrary to his duty, to pass on; FIFA suffered an equivalent loss.

4.3 FIFA is accused of having a deficient organization in its enterprise. The accusation is that it failed to ensure that it had strict internal regulations that guaranteed the disclosure of payments made to its bodies and employees outside their ordinary remuneration and for failing to establish a regular procedure within the association for such scenarios. By this omission, it not only hindered the establishing of principles reserving the decision on the use of such assets to a body within the association, but it also hindered the identification of those persons responsible for the underlying offence[iii] described below.

The unidentified person (or persons) was (or were) entrusted on the basis of a legal transaction to manage the assets of another and, in violation of his (their) duties, caused these assets to be damaged several times and another person to be enriched to same extent of this damage.

The physical components (actus reus) of the offence are thus fulfilled as the offender, from whom the required illicit properties are assumed to originate, refrained from ensuring the surrender of the commission payments to the association, despite having knowledge that the commission payments were made to the bodies and/or agents and/or employees of FIFA. In other words, FIFA refrained from enforcing its claim for surrender against the Joao Havelange and Ricardo Terra Texeira, who were, on the basis of their positions, obliged to surrender the assets to FIFA. As a result, FIFA was damaged to the extent of its omission, which was in breach of its duty, while the Ricardo Terra Texeira and Joao Havelange were thereby enriched to the same extent.

5. The investigation revealed that the commission payments made by the ISMM/ISL Group could be traced back to the eighties, which is why statue of limitations matters must first be considered. During this period, various revisions took place that resulted in new regulations on the statute of limitations for the prosecution of crimes. Various, and profound, amendments were also made to the first book (general provisions) and second book (specific offences) of the Swiss Penal Code.

5.1 The provisions concerning the statute of limitations for the prosecution of crimes were amended by the Federal Act of October 5, 2001. In the course of a second revision on March 22, 2002, various statutes of limitations in the specific offences section were adapted to the new statute of limitations system. The new provisions of the statute of limitations for the prosecution of crimes entered into force on October 1, 2002; these were modified again with a total revision of the general section of the Penal Code, which entered into force on January 1, 2007 with respect to and due to the new terminology for the sanctions. A partial revision had already occurred in the Federal Act of June 17, 1994. The principle of lex mitior pursuant to Art. 2 para 2 PC also applies to issues pursuant to which connecting factors are regulated both in the general and in the special section of the Penal Code.

The new provisions of the statute of limitations are, in principle, only applicable, with reservations for certain exceptions, if the criminal offence was committed after they came into force. If the offence was committed prior to the new provisions of the statute of limitations coming into force, the former law is applicable with respect to the statute of limitations for the prosecution of crimes, unless the new law is milder for the Accused. The principle of “lex mitior” is also applicable with respect to the statute of limitations (FCD 114 IV 1 consid. 2a, 105 IV 7, consid. 1 a) and applies on the basis of Art. 389 PC – apart from statutory exceptions – without restriction.

Prior to the partial revision of Art. 70 para. 2 PC (Federal Act of June 17, 1994), the limitation periods for offences carrying sentences of penal servitude were 10 years (relative: Art. 70 para. 2 former PC) and 15 years (absolute: Art. 72 cipher 2, para. 2 former PC). After the revision, these periods also applied to offences carrying a prison sentence of more than three years. Under the former law, the prosecution of an offence carrying a prison sentence was time-barred after five years (relative) and 7 ½ years (absolute). According to the current law (Art. 97 lit. b and c PC), prosecution is time-barred after 15 years if the offence carries a custodial sentence of more than three years, and 7 years if the offence is subject to any other sentence. The distinction between the relative and absolute limitation period was abolished as a consequence of the revision.

5.2 The revised criminal law on offences against property, and with it the section of the Penal Code on specific offences, entered into force on January 1, 1995. Prior to the revision of the criminal law on offences against property, embezzlement was regulated by Art. 140 PC, which provided for a sentence of imprisonment of up to five years for the basic offence and penal servitude of up to ten years for the aggravated offence. After the revision, Art. 138 PC provided for penal servitude of up to five years for the basic offence. Today, the penalty for the basic offence is imprisonment for up to five years.

Prior to the revision, disloyal management was regulated in Art. 159 PC, and the penalty was a prison sentence for the basic offence and imprisonment for up to five years for the aggravated offence (lucre). After the revision, the offence of disloyal management, which was regulated in Art. 158 PC, carried a penalty of imprisonment for the basic offence and penal servitude of up to five years for the aggravated offence (with a view to enrichment). In its current version, the penalty is imprisonment for up to three years or a monetary penalty for the basic offence, and imprisonment from one to five years for the aggravated offence.

5.3 Thus, whether the acts are time-barred, taking account of the lex mitior, must be determined on a case by case analysis.

5.3.1 Insofar as the situation concerning the settlement of February 27, 2004, is affected, the legal provisions are applicable as they came into force with the revision of October 1, 2002. If one assumes that the crime was committed at the moment that the transfer of CHF 2’500’000.00 took place (March 17, 2004), then the criminal prosecution is time-barred after 7 years, i.e., on March 17, 2011. The determination of the time of the crime is based on the assumption that the offence is completed when damage is caused to the assets. If one assumes there is intent to achieve enrichment (Art. 158 cipher 1 para. 3 PC), then, based on the penalty carried by the aggravated offence, the limitation period would be 15 years. The statute of limitations would apply on March 17, 2019. The accusation made in connection with the settlement on February 27, 2004 is thus also not time-barred according to the basic offence, which is why remarks concerning the question of a possible unlawful enrichment under a legal limitation of time aspect are obsolete.

According to the applicable opinion of the legal representative of FIFA (D 2/1/103), the principle of non-retroactivity of criminal offences must be considered in this case in that the criminal law for corporations and enterprises only entered into force on

October 1, 2003, and thus FIFA cannot be criminally liable for acts carried out prior to this date; this means any further remarks in this connection are unnecessary.

However, the opinion of the FIFA's legal representative that the offence of Art. 102 para. 1 PC is a contravention[iv] and thus subject to a limitation period of three years so that the underlying offence is time-barred (D 2/1/107 et seq.) cannot be shared. It is true that Art. 102 PC can be qualified as a contravention from a grammatical point of view, as Art. 103 PC defines a contravention as any act that carries a fine. However, the prevailing doctrine proceeds on the assumption, based on the correctly applied teleological interpretation, that no contravention is at hand[4], with the result that the limitation periods for the underlying offence currently under discussion are applicable[5]. Any other point of view would contradict the purpose of the provision and lead to unfair results. Thus, it should be noted that neither the underlying offence subsumed under Art. 158 PC nor the accusation of deficiency in organization under Art. 102 PC are time-barred.

5.3.2 Insofar as the acceptance is concerned, as well as the non-disclosure and non-forwarding of the commissions to FIFA by Ricardo Terra Texeira and Joao Havelange, the following has to be added to the already discussed legal basics (and this in consideration of the fact that the issue involves private bribery).

If an offender has committed a crime at various times, then the limitation period commenced, according to Art. 71 para. 2 former PC, on the day that the last criminal act was committed. The Federal Supreme Court based the concept of "unified acts" (FCD 126 IV 142, 127 IV 54, 129 II 393, see also 131 IV 90 et seq., 132 IV 53) on this provision, which is practically identical to Art. 98 para. 1 lit. b of the new PC. The term unified acts covered offences that were similar, directed against the same legally protected right and that established continued improper conduct. On the basis of this legal concept, the Federal Court affirmed, among other things, that in the event of acts of bribery (FCD 126 IV 143), disloyal management (FCD 117 IV 208) and a series of embezzlement (FCD 124 IV 6, 127 IV 55), there would be a unity of the statute of limitations. The concept of unity under a legal limitation of time or of a continued offence has meanwhile been abandoned (FCD 131 IV 93, 132 IV 54 et seq.).

In certain cases, several actual acts can still qualify as a unified act. This is the case when the unified act fulfils the legal criterion by which the criminal conduct by definition, in practice - or at least typically - requires that several individual acts be carried out[6]. With respect to the offences of disloyal management or embezzlement, where the facts involve private bribery, it can be concluded that there is the aforementioned unified act. This has something to do with the speciality of bribery facts of the case. It is noted that the current offences of bribery regulated in the PC govern the active and passive bribery of officials;

---

[4] BSK Strafrecht I, Niggli/Gfeller, N 41 to Art. 102 PC.
[5] Hanjabo, Schmitt, Sollberger, commented text output to the revised Penal Code, 105, see however BSK Strafrecht I, Niggli/Gfeller, N 45 et seq. to Art. 102 PC
[6] Andreas Donatsch, Schweizerisches Strafgesetzbuch, Commentary, 17th ed., Zurich 2006, 186, Critical: BSK Strafrecht I, Müller N 18 to Art. 98 PC.

similar cases of abusive influence and influence contrary to duty can also occur in the private sector[7]. Aspects concerning the specific relationship between the briber and the bribe, taking account of the timing, as well as the amount of the payments, the frequency and the temporal distribution of performance and counter-performance, as well as the intensity of the interim contacts are decisive. This applies to both the active and passive bribery of officials as well as to the private bribery. With respect to the current facts of the case, it must be noted that the bribery was on a long term basis (see in detail FCD 126 IV 142 et seq.; at that time, however, this was still under the aspect of the unity of the statute of limitations.)[8]

Following from the unified act, it can be assumed with respect to the facts of the case involving bribery (e.g., establishing a network of connections and maintaining this over a longer time period) that when such conduct is subsumed under the offence of disloyal management/embezzlement, the illegal conduct will in practice involve at least several individual acts; however, the statute of limitations only commences with the last commission payment, or with its retention or non-delivery to the employer or the principal. (The previous individual acts are included.)

It must be noted that the objective facts of the case, contrary to the view of the FIFA's legal representative (D 2/1/107) are not time-barred. In the absence of any specific Federal Supreme Court rulings, we must return to this finding to consider the aspect of the determination of the amount of reparation.

6. Concerning the subsumption of the facts of the case under the offence of embezzlement and disloyal management, from a legal point of view, the following can be said:

Embezzlement under Art. 138 PC may overlap with the offence of breach of trust by disloyal management under Art. 158 cipher 1 para. 3 PC when it is committed with the intention of enrichment. According to the prevailing doctrine, embezzlement takes precedence.[9]

6.1 Embezzlement is committed by any person who exercises control over something with the consent of the owner but contrary to his duties uses that thing for his own or another's benefit (FCD 111 IV 132).

An asset that is entrusted to someone and thus the economic property of another is an asset that a person receives with the obligation to use it in a certain way in the interest of another, particularly by retaining, maintaining or delivering it (FCD 80 IV 55, FCD 120 IV 119) and keeping it available to the trustor at all times (FCD 120 IV 121). This duty to maintain the value can be based on an explicit or tacit agreement (FCD 118 IV 239).

Under Art. 138 cipher 1 para. 2 PC, any person who unlawfully uses assets, as in the case in question, entrusted to him for his own or another's benefit, embezzles them. The criminal act under Art. 138 para. 2 PC consists in conduct of the offender

---

[7] Hans Dubs, Strafbarkeit der Privatbestechung in FS Nicklaus Schmid, 384 et seq.
[8] In detail Marco Balmelli, Die Bestechungstatbestände des Schweizerischen Strafgesetzbuches, Diss. Bern 1996, 243 et seq.
[9] Techsel/Crameri, Schweizerisches Strafgesetzbuch, Praxiskommentar, Zurich 2008, N 25 to Art. 138 PC/ see in addition the differentiated jurisprudence of the Federal Court in 111 in IV 22 et seq. consid. 4.

by which he clearly expresses the will to thwart the contractual right of the trustor (FCD IV 25), whereby he breaches his duty to maintain the value.

The physical elements of embezzlement require, by definition, the occurrence of a pecuniary loss. The tortuous damage, which is not mentioned in the Penal Code as an element of the offence, consists in the value of the embezzled object (FCD 111 IV 23 consid. 5, p. 23).

The mental element of the offence requires intent and, in addition, the intent to achieve unlawful enrichment. Enrichment occurs to the extent that the assets have increased or the liabilities decreased. Illegality occurs if the transfer of property is contrary to the law, thus there was not a right to performance[10] and the offender is not willing to replace the assets at any time. As a general rule, the intent to achieve enrichment exists as soon as the assets are appropriated (FCD 114 IV 137). Remarks on the ability to replace the assets are unnecessary in this case, although it should be mentioned that criminal intent is lacking when the offender had the will and the opportunity to fulfill his duty of loyalty on time[11] (FCD 71 IV 125, 74 IV 31, 77 IV 12, 81 IV 234, 91 IV 132, 91 IV 134).

In addition, the following can be said concerning the element of the offence specifically relating to being entrusted with something. It is not clear whether the business assets of a company must be regarded as being entrusted to its organs.[12] Niggli/Riedo[13] refute this, as the organs are not considered third persons in relation to the company, but rather part of the company itself and, as a consequence, Art. 158 PC is applicable. The authors base their arguments in particular on decision 6S.249/2002 of the Swiss Federal Supreme Court, which held that although a member of the board can decide what is to be done with the assets of the company, but only within the framework of its duties as an organ of the company. On being elected an organ, the elected person does not receive business assets to maintain them in the interest of the company. The company keeps custody of the assets concerned and continues to maintain them, albeit that this is done though by its organs. Stratenwerth assumes that the business assets of a company are entrusted to its organs[14]. The cantonal courts advance the same view[15]. The question of whether the assets of an association are entrusted to its organs does not have to be answered in the present case conclusively, due to both the aforementioned and the termination of the proceedings in accordance with Art. 53 PC, as well as the consequential particularities with respect to possible incomplete facts of the case and the resultant legal assessment.

6.2 Disloyal management is committed by any person who by law, an official order, a legal transaction or authorization granted to him, has been entrusted with the management of the property of another or the supervision of such management,

[10] BSK Strafrecht II, Niggli, N 75 to prior to Art. 137 PC
[11] Trechsel/Crameri, op. cit., N 19 to Art. 138
[12] BSK Strafrecht II, Niggli/Riedo, Art. 138 PC, N 34 b, N 195 / Andreas Donatsch, Strafrecht III, 17th ed., Zurich 2006, 127, 287, with omnibus remarks / Andreas Donatsch, in ZStrR 2002, 23 et seq. with numerous indications to doctrine and jurisprudence
[13] BSK Strafrecht II, Niggli/Riedo, Art. 138 PC, N 34 b, N 195
[14] ZStrR 1979, 90 and 95.
[15] See also SJZ-88-187

and, in the course of and in breach of his duties, causes or permits that the other person sustains financial loss. From an objective point of view, the offender must a prori have a legal or contractual duty to look after assets of another person, and in fact be in the position of an agent.

Put in other words, the criminal elements of disloyal management pursuant to Art. 158 PC require that the offender has management duties and duties of care with respect to the assets and that these duties have been intentionally violated; thus, damage is caused to the assets of the principal (FCD 120 IV 192).

Business management within the meaning of the offence is present when someone in an actual and formal independent and accountable position is obliged to take care of a not insubstantial property complex in the interest of another (FCD 81 IV 278, FCD 97 IV 13, FCD 100 IV 36, FCD 105 IV 307, FCD 118 IV 246, FCD 120 IV 192).

The act is committed by an action or omission that violates the duty of care with respect to the assets and thus leads to damage to the entrusted assets[16]. Acts or omissions have to contradict the contractual duties entered into (FCD 105 IV 313). The violation of duty may also arise from the law (FCD 97 IV 13).

Furthermore, the physical element of the offence requires damage to the entrusted assets, which occurs due to the improper conduct. In the event of an actual damage, the pecuniary loss is constituted by a reduction in the assets, an increase in the liabilities, a non-reduction of the liabilities and a non-increase of the assets. It is also established if the assets are endangered in such a manner that their economic value decreases.

The mental element of the offence lies in the intent to commit the act, whereby the intent must comprise the intent to cause damage. Dolus eventualis is sufficient (FCD 105 IV 191 et seq.).

6.3 To the extent that the subsumption of the facts of the case is of issue with respect to Ricardo Terra Texeira and Joao Havelange, it is noted that in consideration of the aforementioned remarks, the facts do not have to be conclusive. As already mentioned, the question of whether the assets paid out to them should be regarded as entrusted to them in accordance with Art. 138 PC does not have to be answered as, in any case, the non-forwarding of the assets to FIFA must be regarded as contrary to duty under Art. 158 PC. Furthermore, the legal consequences would be the same for both offences due to their form or the fact that the maximum penalty for each is the same; thus, with respect to the given initial situation, the “proper” view, and thus the “proper” subsumption are merely of an academic nature. Hence, the legal treatment is limited to the criminal elements of disloyal management.

In summary, both Ricardo Texeira and Joao Havelange are Accused of failing to disclose and deliver commissions to FIFA, which they received during their function with FIFA, be it as a member of the executive committee, further committees or as president.

[16] Martin Schubarth, Kommentar zum schweizerischen Strafrecht, Berne 1990, N 21 to Art. 159 PC.

They caused damage to FIFA by this behavior and they unlawfully enriched themselves.

As stated, four prerequisites are required to fulfill the offence: the capacity of the offender as an agent, breach of one of the connected duties, from which damage to the asset arises, and intent with regard to these elements.

6.3.1 Concerning the capacity of an agent, it should be noted that Joao Havelange, as president of FIFA, is entered in the commercial register as having the authority to sign alone for the association (D 4/1/2). Furthermore, he was authorized to sign on the accounts of the association and was thus able to dispose of the assets of FIFA independently (D 17/44 et seq.). Hence, his capacity as an agent is established. However, the authority to sign with respect to considerable assets is, depending on the situation, only classified as an indication of independence (FCD 100 IV 108, FCD 95 IV 65 et seq.); it is not required as an absolute necessity to affirm the aforementioned capacity. Independence may already arise from the considerable freedom a person has in his function within the organization (FCD 102 IV 90, 93), as well as from the organization of a company; it is thus substantiated that it is irrelevant whether the agent represents or may represent the principal externally or only internally (FCD 81 IV 276, 279). The legal organization of the principal, which may give indications for the affirmation or denial of a person's capacity as an agent, should be considered beforehand, but not exclusively.

To the extent that nothing specific can be derived from "the extremely limited"[17] legislative regulation of the law of associations for the assessment of the question at hand, reference must be made to the undisputed findings of the doctrine, according to which, it is not only the management of the assets of the association - within a strict sense - that belong to the internal management of the association but also the right of disposal over resources, in a broad sense. This arises for example in scenarios such as the organization of association events[18].It is obvious that persons on the FIFA committees who deal, from an economic point of view, with the most important periodically recurring football World Cup and who are responsible for the organizational aspects through to the realization of the events have a prominent role. Such persons thus have the same importance as those persons with similar responsibilities within an internal management, and hence they have the quality that fulfils the criminal element of an agent. Persons entrusted with these duties can dispose in a comprehensive manner of the assets of the association. Ricardo Terra Texeira was not only a member of the executive committee but also of the following committees that were provided with comprehensive responsibilities: Organization Committee for the FIFA World Cup (member), Organization Committee for the FIFA World Club Championships (deputy chairman), Committee for Futsal (chairman) and Committee for Safety Issues and Fairplay (member) (D 4/2/267 et seq., see also the indications under cipher 3.2 of the facts of the case). Hence, it has to be affirmed that Ricardo Terra Texeira must also be regarded as an agent.

---

[17] Piera Bereta, in Aktuelle Fragen aus dem Vereinsrecht, Wirtschaftliche Vereine und Corporate Governance, Zurich 2005, 3, which justifiably notes that FIFA is an association with big revenues (4), which will be discussed later on

[18] Wolfgang Portmann, Schweizerisches Privatrecht II/5, Das Schweizerische Vereinsrecht, 3rd ed., Basel 2005, 209, N 481.

6.3.2 As mentioned above, the damage that occurs to the principal must result from behavior that is contrary to a duty.

Members of the association have a general duty of loyalty; in other words, the duty not to do anything that might oppose interests commensurate with the objects of the association[19]. This duty of loyalty arises as an unwritten principle of law from the aim defined by the purpose (FCD 74 II 165). The specifics of this duty result in particular from the statutes of the association, but are also derived from the provisions on agency. Although the members of the association are the various national football associations (Art. 10 of the Statutes / D 4/1/8), that does not alter the fact that the aforementioned duty of loyalty also applies to the members of the committees, who also serve as administrative vehicles for implementing the objects of the association. It especially concerns those persons that act for FIFA as part of the statutory organs, and it applies unreservedly to both the president (Joao Havelange) and to a member of the executive committee (Ricardo Terra Texeira). Even though the current president is in an employment relationship with FIFA (D 21/6/33 et seq.), it must still be assumed, based on the information on file, that this is not adequate with respect to both of the Accused, as such a relationship was denied by FIFA. FIFA assumes that both of the Accused acted as organs of the company (D 2/1/90, D 24/9/6, see also the position of the legal representative of Ricardo Terra Texeira: D 23/2/19 et seq.).

According to the prevailing doctrine, the provisions on agency are applicable with respect to the management carried out by the board of the association[20]. This has to be endorsed. However, as a result, it can be said that the withholding of assets to which the association is entitled, which it requires to realize its objects and over which it has a legal claim, is contrary to the interests of the association. Thus, the breach of duty already arises from the basic relationship of trust based on the law on associations.

In view of the specific accusation, reference can be made to Art. 400 of the Code of Obligations ("CO"): Here, there is not only a duty to render account, but also a duty to surrender possession of what has been given, which subsequently determines whether the agent received the "thing" because of agency activities, and hence whether there is an inherent connection between the receipt and the mandate. This has been affirmed for example with respect to bribes, discounts and commissions granted by third parties[21]. Nothing different would result from an employment law. According to Art. 321 b CO, the employee has a comprehensive duty to render account and to surrender what he has been given.

The legal representative of FIFA rejects the duty of Ricardo Terra Texeira to surrender what he has been given, partly by citing the basic option that the principal has of waiving his right to make the agent surrender possession. This is in consideration of the fact that the duty to surrender possession stipulated in Art. 400 para. 1 CO is non-mandatory law (D 2/1/80, 83).

---

[19] Wolfgang Portmann, op. cit. 140, N 306.

[20] BK, Riemer, N 22 et seq. to Art. 69 of the Civil Code

[21] BK, Fellmann, 1992, N 127 + 128 to Art. 400 CO / see also FCD 4C.432/2005, Martin Hess, in AJP/PJA 11/99, 1432

This point of view can only be endorsed in theory, with the following limitations, and not when embedded in the concrete criminal context:

In accordance with the new doctrine, the federal court has held that an agreement by which the principal waives the delivery of certain assets is valid. The duty to surrender possession is given, as an agreement stating otherwise is lacking. Furthermore, there are barriers resulting from the altruistic nature of the mandate, which cannot be abolished by an agreement. However, the altruistic nature as such is not relevant if the delivery of revenues, such as so-called retrocessions, is a collateral duty under an asset management agreement and as a result thereof the agent earns an additional remuneration for his function. Still, in the case at hand, the duty to make delivery also creates a central element of the altruistic nature of the mandate, and it is so closely linked to the agent's duty to render account that it appears to be its consequence. A result of this is that the agent is obliged to inform the principal of expected retrocessions completely and faithfully, and his will to waive the delivery of retrocessions must be clearly stated in the agreement. This requirement is additionally justified if we consider that such an agreement may lead to conflicts of interest, as a considerable additional income can be achieved if there are frequent transactions (FCD 132 III 465 et seq. consid. 4.2).

As a consequence, the highest court holds quite clearly that an agreement is required, in which the informed principal clearly states his will to waive the delivery of the retrocessions that the agent receives within the framework of the mandate (FCD 132 III 467 consid. 4.3). There was no agreement between FIFA and the persons herein accused. At least, this is not on file. Moreover, the Accused could not argue that they were not even requested to surrender possession as they already breached their duty of disclosure. The disclosure could have been the basis for a more precise agreement.

Also the above argument of the legal representative for FIFA concerning the practice of non-disclosure and the retention of the bribe payments cannot hold water (D 2/1/84 et seq.). The federal court rejected the argument that the assumption that the requirement to deliver had been waived suggested that corresponding agreements were customary (FCD 132 III 466, consid. 4.3). Customs may play a role in assessing the mental elements of an offence, however not when determining whether a duty to disclose or to surrender possession exists.

The legal representative for FIFA denies the violation of duties by the Accused, mainly by referring to the civil aspects (D 2/1/80). Although it is correct to say that the duties of an agent arise, to a great extent, from civil law, the criminal view requires clarification, -i.e., what may be deemed valid within the framework of civil law, namely, a subsequent approval of an action or an omission, may not be of major relevance to the criminal law position. This is because a subsequent approval cannot be qualified as consent per se, as "such can only be validly given prior to the relevant act"[22]. Hence the conduct itself is contrary to duty and

[22] Andreas Donatsch, in ZStrR, volume 120 2002, 21

a possible approval can only have an effect on the damage caused, with the consequence that an attempt at disloyal management would have to be assumed. It must be noted that an approval is only effective if it was validly given by the responsible committee according to the form stated in the statues. This was not what happened in this case.

Concerning the “treatment of bribe payments according to civil law” discussed by the legal representative for FIFA, the following must be said. The acceptance of such pecuniary advantages has been repeatedly rated as contrary to duty[23]. Ultimately, nothing to the contrary can be derived from the cited FCD 129 IV 128. Indeed the Federal Supreme Court notes that the offence of disloyal management is only fulfilled if the recipient is induced by the payment of the bribe to behave in a manner that is contrary to the financial interests of the principal and thus has a damaging effect. This argument overlooks the fact that in cases such as the current one, where a claim to the assets exist, it is not possible to withhold the assets per se without causing damage and thus, according to the logical point of view of the laws, the conduct has to be contrary to the financial interest of the principal. Furthermore, nowadays at least, under the provisions of the law on unfair competition, not only the granting but also the acceptance of such payments is an offence. Correspondingly, at least by current standards, the facts of the case have to also be qualified as disloyal management[24].

It is further noted that Joao Havelange, as the former president of FIFA, was given comprehensive powers and helped to draw up the contracts with the Company 1. He was obliged to negotiate the best possible financial deal for the association. That would have included the amounts that he received and, thereby, he acted contrary to duty and put his own personal interests before the interests of the association; by such action, he damaged the financial interests of the association (FCD 129 IV 128). There is nothing different about the conduct of the Ricardo Terra Texeira, whose influence in FIFA was also of fundamental importance due to his close relationship (son-in-law) to Joao Havelange. According to the case law, it is irrelevant that payments were made after the conclusion of the contracts. This circumstance would only have been of relevance if the payments had no influence on the conclusion of contracts (FCD 129 IV 128), which is not the position in this case.

The question of whether FIFA’s aforementioned claim to the payments existed has to be affirmed. This is because a distinction must be made between the claim of FIFA and the assessment of the basic transaction between the person paying and the person receiving the bribe. In view of this requirement and of the arguments put forward by FIFA (as well as in view of its own responsibility) at this point, an assessment must be made of the bribes themselves.

---

[23] BSK Strafrecht II, Niggli N 104a to Art. 158 PC with further referrals
[24] BSK Strafrecht II, Niggli, N 104a to Art. 158 PC

Even if the Swiss Penal Code (as opposed to Art. 4 lit. b of the Unfair Competition Act[25]) does not explicitly make the bribery of private persons an offence, such "performances" are still considered by the Federal Supreme Court to be immoral[26]. According to Art. 20 para. 1 CO, a contract that is impossible, unlawful or immoral is null and void. Legal doctrine also qualifies contracts for the payment of bribes to employees or assisting persons of the cosignatory or a third person as immoral[27]. Also immoral is what is considered unfair within the meaning of the Federal Act on Unfair Competition ("UCA"). According to the former Art. 4 lit. b of this law, conduct giving rise to an act of unfair competition occurs where a person attempts to secure advantages for himself or another by granting or offering benefits to employees, agents or other auxiliary personnel of a third party to which they are not legally entitled and which are intended to induce such persons to act contrary to their duty in accomplishing their services or professional tasks. However, the former Art. 4 lit. b is not exhaustive. Other forms of bribery may fall under the general clause of Art. 2 of the Unfair Competition Act[28].

Any form of conduct or business practice that is deceptive or in some other way contravenes the principle of good faith and which influences the relationship between competitors or between suppliers and customers is and was unfair, and it was even unlawful prior to the revision of the Unlawful Competition Act. It is obvious that the millions that flowed must have led to a distortion of competition; however, the relationship underlying the transactions must be qualified as immoral and hence void.

However, a void contract cannot create any contractual effects. The nullity thus has an effect ex tunc from the very beginning. It is absolute and irremediable[29]. Its nullity is applicable ex officio (FCD 123 III 62). Despite the complete nullity of the business, restitution is not possible due to unjust enrichment principles. Under Art. 66 CO, the restitution of what has been given with the intention of obtaining an unlawful or immoral result is precluded. As far as the recipient of such payments is concerned, the position is taken in the legal doctrine that any obligation to repay what has been received is an obligatio naturalis[30], hence performance cannot be enforced[31].

---

[25] **Repealed** by Art. 2 cipher 1 of the Federal Decree of October 7, 2005 on the Approval and the Implementation of the Criminal Law Convention and the Additional Protocol of the Council of Europe on Corruption, with effect of July 1, 2006 / however with the same Decision Art. 4a para. 1 lit. b of the Act on Unfair Competition was brought into effect, according to which unfair shall also be qualified as, whoever requests, accepts a promise or accepts undue advantages for themselves or for a third party as employee, shareholder, agent or other auxiliary of a third party within the private sector for an action or omission, which is contrary to duty or in his discretion in connection with his official or corporative activity

[26] FCD 119 II 385: According to the Swiss legal understanding the promise of bribes is unlawful and due to its immoral content considered as void within the meaning of Art. 19 et seq. CO

[27] Von Tuhr Peter, Allgemeiner Teil des Schweizerischen Obligationenrechts, Vol. I, 3rd ed., Zurich 1979, 257

[28] Mario M. Pedrazzini, Frederico Pedrazzini, Unlauterer Wettbewerb, 2nd ed., Berne, 175, see also Carl Baudenbacher, Lauterkeitsrecht, Commentary to the Act of Unfair Competition („UWG"), Basel 2001, 703 et seq.

[29] BSK I, Huguenin, Schulin, Art. 1-529 CO, 4th ed., Basel 2008, N 53 to Art. 19/20, N 7 to Art. 66 CO

[30] BSK I Schulin, N 7 to Art. 66 CO

[31] Theo Guhl, Das Schweizerische Obligationenrecht, 6th ed., Zurich 1972, 43

Given these circumstances, the legal representative for FIFA rejects the contention that the recipient of a bribe has any lawful duty to forward the immorally received payment to a third party (D 2/1/81). This view cannot be shared. The decisive criterion as to whether Ricardo Terra Texeira and Joao Havelange have a duty to disclose and ultimately a duty to surrender possession of the money is not that of qualifying it as an immoral act, but rather the question of whether the agent received the “thing” on the basis of the agency relationship and hence whether there is an internal connection between receipt and the mandate. This question of whether there is such a connection as well as whether FIFA has such a claim must be answered in the affirmative. We will return to this in the following remarks.

The argument that any agreement between the Accused and FIFA would also be void as it amounted to the perpetuation of an immoral business cannot be accepted (D 2/1/81). The taboo payments made to Ricardo Terra Texeira and Joao Havelange have become what is regarded as immoral due to the intention of the payer and the recipient. The manipulation of competition, which is possible on the basis of the economic power, is not only morally reprehensible (D 3/10/4, cipher 22) but is also made subject to penalties by the governing law (“UCA”). FIFA’s claim is largely based on the fact that the commission payments were ultimately part of the remuneration for its own contractual agreements with the Company 1 and thus it should have received them as a contractual partner. There is nothing reprehensible to this and the claim has to be affirmed.

FIFA’s legal representative is also of the opinion that there is no requirement to hand over the commission payments, as the ISMM Group only paid these to the officials so that they could conclude the marketing and television contracts in the respective countries with the persons in authority in the football business there (D 2/1/83). It would be naive to assume that this allegation would in particular apply to Joao Havelange. He signed the contracts of 1997/1998 that contained, from an economic point of view, eminently important marketing and broadcasting rights. The economic destiny of the ISML/ISL Group depended, however, to a great extent thereon, and it clearly highlights the Group’s interests. With the constant feeding that took place over several years, the services of not just Joao Havelange but also those of Ricardo Terra Texeira were bought. The latter was the son-in-law of Joao Havelange – a circumstance from which the ISMM/ISL Group hoped, without doubt, to achieve appropriate benefits – coupled with the fact that he was the president of the most powerful member of FIFA (the Brazilian Football Association), a suitable way of scoring a brace of goals, as it were: first of all, the conclusion of the contract with FIFA and subsequently those with the Brazilian marketers of the assigned license rights in the form of sublicense contracts.

When it is additionally mentioned that the commission payments did not have any influence on the license fees that were negotiated between FIFA and the ISMM/ISL Group (D 2/1/83 et seq.), then it is thereby disregarded that this was not just a question of the amount of the remuneration but more particularly of the conclusion of contracts with the ISMM/ISL Group, in general, because there were potential competitors on the market (D 21). In circumstances such as those in the present case, this form of “feeding” is virtually a tradition.

The payments were not made not just prior to the conclusion of the contract, in order to place the recipient under an obligation – albeit an unenforceable one – but rather also subsequently, in order to work towards further contracts. These findings can, without further ado, be included in the specific facts of the case, whereby the contracts concerned recurring events (Football World Cup) within specific time periods; thus, new contracts had to be negotiated again and again. Therefore – taking account of the logic of such payments – the payments were made before and afterwards and over a long period of time (1993 to 2000).

Thus, the non-disclosure and the withholding of bribes have to be regarded as a violation of duties within the meaning of the offence of disloyal management. These findings are based on a differentiated analysis of the case law and a consideration of the prevailing doctrine[32] (see also the remarks of the Judicial Commission in the Decision and Judgment of April 16, 2009: JS 2008, 82, 83, 87, 88, 92 and 93).

The violation of duties, the damage causally linked thereto and the enrichment have to be affirmed. As enrichment requires the presence of an unlawful economic advantage, whether the advantage is the result of a lawful claim to the payment has to be assessed. It is disputed whether unlawfulness of enrichment only arises when enrichment is contrary to the legal system or whether it is sufficient that the offender had not actionable claim to the enrichment[33]. In relation to this, reference can be made to the remarks above, which lead to an affirmation of unlawfulness.

6.4 To the extent that the accusation concerns matters related to the settlement of February 27, 2004, only the element of offence involving the violation of duties requires closer consideration.

FIFA's legal representative denies there was disloyal management to the detriment of FIFA, as the management of FIFA was not obliged to request Ricardo Terra Texeira to hand over the CHF 2.5 million to FIFA. He further argues that FIFA's management saw no reason to request such a handover, which is why this omission can not be considered a violation of duty either. Those responsible did not simply not violate any duty, but rather acted in the objective interests of FIFA and its members. Likewise, it clearly acted in its own interests and in those of its members in that it actively made efforts to conclude a settlement with the bankruptcy estate (D 2/1/80). Furthermore, during the proceedings, the legal representative contended that a payment would have been, without further ado, consistent with FIFA's purpose, which was to promote football and to safeguard the interests of the members thereby. All payments that were covered by the objects of the company were basically already permitted under civil law. The principle of volenti non fit iniuria is applicable,

---

[32] BSK Strafrecht II, Niggli, N 104a to Art. 158 PCSee also Peter Ch. Hsu, Retrozessionen, Provisionen und Finder's Fees, in Bibliothek zur Zeitschrift für Schweizerisches Recht, supplement 45, Basel 2006, 45 et seq.
[33] BSK Strafrecht II, Niggli, N 75 prior to Art. 137

which is why very special circumstances must be at hand for such a payment to be regarded as disloyal management within the context of a settlement.

Whether there was a breach of duty is decided in the case of a non-profit organization or a charitable association by answering the question of whether the direct or indirect payment of a settlement sum and the decision not to request payment of the commissions from Ricardo Terra Texeira and Joao Havelange is compatible with the objects of the association. From this it follows that FIFA is not free to dispose of assets in cases where this is contrary to the purposes of the association. The endeavors of FIFA to achieve a settlement agreement, to induce Ricardo Terra Texeira to pay the settlement sum and thus to waive, at least to that extent, the surrender of the bribery payment, can only be interpreted as being in the interests of certain of its members, insofar as it was considered an attempt to avoid damage to the reputation of the association, as bribery payments are always associated with reprehensible conduct. Ultimately, it is not the alleged promotion of football and hence the safeguarding of the related interests of its members that is the main objective, but rather the personal, pecuniary advantages of a part of the organs of FIFA.

However, this circumstance has nothing to do with the promoting of football, the safeguarding of interests of the members or the promoting of amicable relations, which FIFA mentioned, but was misunderstood, during the proceedings (D 2/1/91). If the obligation of the Accused to make payment to FIFA is affirmed and if it waived the repayment, then a corresponding reduction in assets or a non-increase in the assets of the association occurred, which was lost for the “promotion of football”. This also cannot be covered by the purposes of the association if one interprets it within the meaning of the statutes as opposed to from the view of the beneficiaries.

Where an organ against whom an action is brought against can plead the liability defense of “volenti non fit iniuria” against a management liability claim of the company[34] when he acted with the approval of the damaged company, this can only contribute to clarifying possible liability “within” the association[v]; however, it does not help to clarify questions with regard to the criminally relevant elements of an offence that may arise in connection with disloyal management.

FIFA’s legal representative does not see a breach of duty in the failure to enforce its claims because the recovery of revenues from illicit transactions, to the extent it even had knowledge thereof, would have done the company more harm than good (D 2/1/96). As stated, the reclaiming of assets to which FIFA is entitled, cannot be considered something reprehensible. If FIFA links moral concerns to reclaiming what it is due and is faced with moral conflicts, then it is still free to avoid enrichment by forwarding the amounts transferred by the Accused to non-profit institutions. At this point, the question of whether, from an economic point of view, this has to be considered by the finance committee as reasonable does not have to be either decided or commented upon.

[34] SJZ (2006) 484

FIFA's legal representative is further of the opinion that the enforcement of FIFA's claim for surrender of the monies would barely have been possible. It justifies this, inter alia, with the argument that a claim made by FIFA in South America and Africa would hardly have been enforceable because bribery payments belong to the usual salary of the majority of the population (D 2/1/85 et seq.). This opinion does not change the fact that the Accused was obliged, as far as can be reasonably expected, to safeguard the interests of the association, which it however did not do. Indeed, it cannot be overlooked that under the circumstances, both factual and legal, the successful enforcement of FIFA's legitimate claims, if not impossible, was at least difficult, which could suggest, from an economic point of view, a waiver of claim and hence could be regarded as according with its duties. However, such a finding must be consistent with the actual facts of the case. The actual case involved the former president and members of the executive committee, who did a significant part of their work for FIFA in Switzerland and who were also paid their salaries in Switzerland (D 2/7/2). It would have been easy to enforce the legitimate claim in Switzerland by applying Swiss law and unnecessary to do so in one of the "countries of South America or Africa" as suggested by FIFA.

FIFA's legal representative also denies any violation of duty because the payment of bribes did not constitute a criminal offence (D 2/1/96). The question of whether the conduct was criminal does not have to be considered again. Nevertheless, it should again be mentioned that the duty to demand payment does not arise from the fact that FIFA did not consider it to be criminal, but rather as a result of the duties determined by the objects of the association, which would not be possible without the funds. The assets that are part of these proceedings would have represented a substantial contribution to what was needed to achieve the purposes. Hence, the confirmation that the duty exists does not result from an immoral qualified relation between performer and recipient, but rather from the purposes of the association.

6.5 FIFA's legal representative is further of the opinion that FIFA – if it had enforced its claim for the surrender of the payments – would have been obliged under Art. 290, and under the requirements of Art. 286 – 288 of the Swiss Debt Collection and Bankruptcy Act, to forward the commissions to the bankruptcy estate; thus he rejects the contention that it suffered any loss (D 2/1/89). Hence, the alleged duty is thus related to principles that can lead to an action to avoid gifts, voidability due to insolvency and voidability for intent. This view cannot be shared, especially since the legal prerequisites for lifting the corporate veil would not apply to FIFA. This is particularly the case in view of FIFA's lack of standing to be sued as a third party. As outlined, the benefits paid to the recipients (Havelange, Texeira, etc.) basically belong to the contractual remuneration under the agreements that FIFA negotiated. Thus, this finding concerns the circumstance which should be decisive when determining what could be the object of the remedy of avoidance[vi]. However, from FIFA's point of view with respect to the recipient, it is not about the settlement of an obligatio naturalis (imperfect obligation) but rather about the enforcement of an enforceable title. Given the facts of the case, an action cannot be brought against FIFA as a third party. Apart from that, FIFA is not in breach of its duty because it would perpetuate an unlawful situation as FIFA's legal representative argues, but rather because it did not safeguard the interests of the association by waiving legitimate pecuniary claims. Hence, the damage is affirmed to the extent of the waiver.

If it is alleged that the claims for surrender against Ricardo Terra Texeira were time-barred due to the ten-year statute of limitations with regard to the liability of the organ members of the association, it must nevertheless be noted that at the time of the conclusion of the settlement this did not apply to those payments that dated back to 1994. The question does not have be answered completely as in light of the statute of limitations aspects and the principle of non-retroactivity, only the settlement agreement as such has to be assessed.

6.6 The finding that FIFA had knowledge of the bribery payments to persons within its organs is not questioned. This is firstly because various members of the executive committee had received money, and furthermore, among other things, it was confirmed by the former chief financial officer of FIFA as a witness that a certain payment made to Joao Havelange by the Company 1 amounting to CHF 1’000’000.00 was mistakenly directly transferred to a FIFA account; not only the CFO had knowledge of this, but also, among others, P1 would also have known about it (D 3/41, cipher 22, see also D 3/76 et seq.).

7. If a felony or misdemeanor is committed in an enterprise while exercising a business activity within the scope of the enterprise and if, due to the deficient organization of the enterprise, the act cannot be attributed to a natural person, then according to Art. 102 para. 1 PC, the act will be attributed to the enterprise. In such case, the enterprise can be liable for a fine of up to 5 million francs.

7.1 According to Art. 102 para. 4 PC, enterprises are private law entities and this basically includes associations under Art. 60 et seq. of the Civil Code. Taking account of the economic theoretical definition of an enterprise pursuant to Art. 102 PC, the liability of an association requires economic activities that are not simply negligible and that could, for instance, become manifest in the provision of services[35]. That FIFA is an economic enterprise within the meaning of the offence is not of any doubt, despite its basic orientation as a non-profit organization; this is a result that already follows from the 2003-2006 budget, which was filed with the submission of November 30, 2009, according to which total revenues of CHF 2’041.8 m., total expenditures of CHF 1’871.90 m. and a result of CHF 169.9 m. were calculated (D 2/1/110 et seq.).

7.2 If a subsidiary liability of the enterprise is concerned[36], the enterprise is not accused of the underlying offence, but rather of being inadequately organized. The impossibility of holding it accountable for the underlying offence is a condition for the punishability of the enterprise. But, this is not the reason for the punishment because this lies in the deficient organization of the enterprise, which makes accountability impossible[37]. The mental

[35] Matthias Forster, Die strafrechtliche Verantwortlichkeit des Unternehmens nach Art. 102 StGB, Diss. 2006, 106
[36] Hansjakob, Schmitt, Sollberger, op. cit. 104
[37] BSK Strafrecht I, Niggli/Gfeller, N 207 to Art. 102 PC

and physical elements of the underlying offence must be fulfilled[38]. The underlying offence must be a felony or a misdemeanor.

7.3 The question of whether an enterprise that has become a victim of disloyal management can simultaneously be punished as the offender for this offence has not yet been decided by a court; it is also not necessary that an answer be provided in full at this stage, since the dismissal of the proceedings under Art. 53 PC essentially depends on the will of the parties involved, and in the event of complete reparation, this aspect and not such a formal legal approach should be the main issue. Nevertheless, it is noted that neither the laws nor the legislative materials, nor the concepts of the Swiss criminal law applicable to enterprises preclude the punishment of the damaged enterprise[39]. The enterprise does not stand in the pillory because of the underlying offence, but rather because of the accusation of a deficiency in its organization, as is described in the charge.

8. As mentioned above, Art. 53 PC governs the exemption from punishment in the event of reparation. Hence, whether the requirements for a suspended sentence under Art. 42 PC are met (lit. a) and whether the interests of the public and of the damaged party in a prosecution are negligible (lit. b) have to be examined.

8.1 Concerning the coverage of damage / reasonable efforts to compensate the injustice occasioned: in determining the damage, the civil assessment of damages is the starting point. Basically, the person found liable must cover the entire damage. According to Art. 43 para. 1 CO, the circumstances as well as the degree of fault are taken into account when determining the compensation[40]. From this it follows that when determining the liability covered, there is not inconsiderable latitude available within the scope of due discretion. This finding also results from the law itself, which does not request, in each case, a full liability cover, but also allows a dismissal of the proceedings provided the offender makes a reasonable effort to provide compensation for the injustice caused. Furthermore, the fault cannot be determined by mathematical criteria. With regard to the question of reasonableness, the income and asset situation has to be considered in cases where the damage is quantifiable, as a material component; this is usually the case with offences against property. Thereby, factors such as the age of the Accused have to be considered, as well as possible imponderables connected thereto that make it difficult or impossible to generate income. Both for FIFA, Ricardo Terra Texeira and Joao Havelange, the fruits of criminal acts have to be discounted if there can never be the subject of a conviction due to the application of the statute of limitations and/or because they cannot be conclusively attributed to one Accused or the other. As mentioned, the relations concerning E4 could not be entirely established, firstly with regard to the beneficial ownership of the Accused and secondly with regard to the specific participation of each of them. Furthermore, in the case of both Accused, in view of the fact that both have their domicile in […],

---

[38] Alain Macaluso, La responsabilité pénale de l'entreprise, Geneva 2004, N 711
[39] BSK Strafrecht I, Niggli/Gfeller, N 85 et seq. To Art. 102 PC
[40] BSK Strafrecht I, Riklin, N 7 to Art. 53 PC

the prosecutor has decided to forego any investigation in […] so far in the proceedings and thus, to the extent necessary, has relied on the facts given by the parties concerned.

8.1.1 Ricardo Terra Texeira: Taking account of the remarks on the statute of limitations, and consequently also the fact that the federal court has not yet commented in detail on the issues concerning unified acts in relation to the facts of this case, ultimately the period over which the offence was committed has to be taken into account, and it occurred during the limitation period of fifteen years. The issue is therefore about payments of CHF 4'305'000.00 to Institution 2 made from May 31, 1995 onwards. Despite the uncertainties with regard to E4, it can be assumed with sufficient legal certainty that the sum involved in the offence amounts to at least CHF 5'000'000.00. By taking account of the fact that Texeira has already paid CHF 2'500'000.00 to the bankruptcy estates, even without any enforceable legal basis, the amount of CHF 2'500'000.00 to make the damage good can be considered as reasonable.

8.1.2 Joao Havelange: the payment of CHF 1'500'000.00 on March 3, 1997 can be conclusively attributed to him; however, whether the transfer of CHF 1'000'000.00 (which was described by several witnesses) has to be added to this amount cannot be determined with absolute certainty. Considering this circumstance, and also the restrictions with regard to the payments toE4, and the age of the Accused, who is 94 (and thus has restricted income possibilities with respect to proceeds from assets and possible pensions), the amount of CHF 500'000.00 fixed by the prosecutor is reasonable.

8.1.3 FIFA: The omissions prior to October 2003 may not be considered due to the principle of non-retroactivity. The amount of CHF 2'500'000.00 that was fixed to make the damage good corresponds to the amount that Ricardo Terra Texeira paid to the bankruptcy estates. The economic performance of FIFA cannot be questioned based on the aforementioned remarks.

Finally, it has to be noted that the amounts paid by the parties (involved with knowledge of the overall circumstances and after careful reflection), were taken into consideration in the principles applied when deciding this case.

8.2 Concerning the prerequisites for a suspended sentence: The execution of a monetary penalty or of community service or imprisonment custodial sentence of more than six months but no more than two years will, as a rule, be suspended provided an immediate penalty does not seem necessary in order to prevent the offender from committing further felonies or misdemeanors (Art. 42 para. 1 PC). If, during the last five years prior to the offence, the offender has been sentenced to a suspended or unsuspended custodial sentence of at least six months or to a monetary penalty of at least 180 daily rates, then the suspension is only allowed if particularly favorable circumstances are at hand (Art. 42 para. 2 PC). The suspension of the execution of a sentence may also be refused if the offender failed to make reasonable reparation for the damage (Art. 42 para. 3 PC). A suspended sentence may be combined with an unsuspended monetary penalty or a fine pursuant to Art. 106 PC (Art. 42 para. 4 PC). The court can only partially suspend the execution of a monetary penalty, of community service or of a custodial sentence of at least one year and a maximum of three years.

if this is necessary in order to take the fault of the offender sufficiently into consideration (Art. 43 para. 1 PC).

It does not seem to be necessary to impose an unsuspended sentence in order to prevent the Accused from committing further felonies or misdemeanors. The current proceedings, the psychological stress connected therewith and ultimately also the surrender of not inconsiderable tangible assets should in future prevent the Accused from undermining the purposes of an association that is so clearly committed to activities that unite different peoples. If this finding applies to Ricardo Terra Texeira, then it is even more so the case with regard to Joao Havelange. This is not least of all due to his status as a retired person, which he has been for quite some time, and his advanced age, which will almost certainly preclude a criminal act. Furthermore, neither of the Accused have a criminal record in Switzerland, with the result that the requirements are met for a suspended sentence. The implied finding that any sentence that might be imposed would not exceed two years was made in the awareness of the fact that it is a borderline case. The extent to which the offence encompasses an objective fault component is immense and would basically entail imprisonment, which would not permit a deferral of the sentence. However, it must be considered in this case that both the mental and physical elements of the offence have not yet been sufficiently clarified; questions such as those with respect to a possible error of law cannot form part of the judgment at the current stage of the proceedings. As a result, it is held that the requirements for a conditional deferral of sentence can barely be affirmed.

Although fines cannot be suspended (Art. 105 para. 1 PC), Art. 53 lit. a PC has to be understood in such a manner that reparation is also possible, provided there is no unfavorable prognosis within the meaning of Art. 42 PC or if no “negative legal fulfillment prognosis”[vii] is at hand[41]. Furthermore, it may be assumed that FIFA will eliminate any existing deficiencies in its organization in order to avoid possible reputational damage.

8.3 Concerning the negligible interests of the public and of the damaged party in a prosecution: In its decision 6B_346/208 consid. 3.4 et seq., the Federal Supreme Court dealt in detail with the doctrine, its own jurisprudence and the comparative law of Germany’s legal framework and doctrine, which is why the following remarks are based on the arguments of the highest court.

The requirement of negligible public interest in a prosecution pursuant to Art. 53 PC is derived from the reduced need for punishment due to the reparation of the injustice[42]. The exemption from punishment due to the reparation is only permissible if the requirements for a suspended sentence are fulfilled. By taking Art. 42 PC into consideration, it follows that the interest of the public in a prosecution cannot be considered as

[41] Concerning the issue on fines see BSK Strafrecht I, Riklin, N 15 to Art. 53 PC and Niggli/Gfeller, N 331 to Art. 102 PC

[42] Günter Stratenwerth, Schweizerisches Strafrecht, Allgemeiner Teil II, 2nd ed., Berne 2006, § 7 N 12

negligible if the offence carries a custodial sentence of more than two years[43]. The interest in prosecution is negligible within this two year sentence range, provided the offender has taken steps to make reparation. The requirements concerning the efforts with respect to reparation of the offender increase with the level of the expected penalty. On the other hand, the interest of the public in prosecution decreases to the same extent as reparation has led to reconciliation between the Accused and to the restoration of public peace. But, even if the seriousness of the offence remains within the framework of Art. 53 lit. a PC and full compensation is paid, this does not necessarily mean that there is no public interest in prosecution. Thus, whether imposing a suspended sentence still remains necessary under the aspect of the special and general prevention of crime has to be evaluated[44].From a the point of view of the general prevention of crime, the confidence of the general public in the law can be increased if it is seen that the offender acknowledges the norm violation and makes an effort to restore law and order[45]. Considerations with regard to the special prevention of crime already had to be considered in the decision on the conditional punishment pursuant to Art. 42 PC. As the granting of a deferred sentence is a requirement of the reparation, considerations with respect to special prevention only play a minor role when determining the interest of the public pursuant to Art. 53 PC[46] (Federal court decision 6B_152/2007 of May 13, 2008, consid. 5.2.3). Whereas the purpose of the punishment has to be considered broadly, it is important that the legally protected rights are distinguished when determining the interests of the public in prosecution in a specific case. Art. 53 PC explicitly refers to the reparation for the injustice committed. Where this injustice lies is defined by the offences stipulated in the Penal Code as well as in the supplementary provisions outside of the Penal Code. In the case of offences against individual interests and of an aggrieved party who accepts the reparation, there is normally no public interest in prosecution. In the case of offences against individual interests, an assessment must be made of whether the matter should be closed with the payment of reparation or whether further criminal procedures are necessary in order to compensate for the wrong done and prevent further offenses. The public interest in the prosecution declines with the lapse of time since the offence was committed. Furthermore, there is a public interest in the equal treatment of the offenders. Wealthy offenders, for instance, should not be specially favored by the provision on reparation.

8.3.1 The aforementioned remarks illustrate that in the present case, the doctrine mingles aspects of other elements of offences with those of negligible interest of the public,

[43] Andreas Brunner, Geldstrafe, Busse und Freiheitsstrafe im strafrechtlichen Alltag sowie Wiedergutmachung, in B. Tag/M. Hauri (editors), Das revidierte StGB, Allgemeiner Teil, Erste Erfahrungen, Zurich 2008, 63 et seq.

[44] Felix Bommer, Bemerkungen zur Wiedergutmachung, forumpoenale 3/2008, 171 et seq.; Rainer Angst/Hans Murer, Das „Interesse der Öffentlichkeit“ gemäss Art. 53 lit. b StGB – Versuch einer Konkretisierung, Part 1 in: forumponenale 5/2008, 301 et seq. Part 2 in: forumpoenale 6/2008; Christian Schwarzenegger/Markus Hug/Daniel Jositsch, Strafrecht II, 8th ed., Zurich 2007, 64; André Kanyar, Wiedergutmachung und Täter-Opfer-Ausgleich im schweizerischen Strafrecht, Basel 2008, 217; differentiating to pettiness of interest in prosecution: M. Dubois/B. Geller/ G. Monnier/L. Moreillon/ C. Piguet, Petit Commentarie, Code Pénal I, Basel 2008, Art. 53 PV N 13, Andreas J. Keller, Art. 53 Wiedergutmachung, in: Hansjakob/Schmitt/Sollberger, op. cit., 50

[45] Silvan Fahrni, Wiedergutmachung als Voraussetzung einer diversionellen Verfahrenserledigung, in: B. Schindler/R. Schlauri (editors), Auf dem Weg zu einem einheitlichen Verfahren, Zurich 2001, 205

[46] BSK Strafrecht I, Riklin, N 4 and 16 to Art. 53 PC

which is not logical. In the specific legislative context, considerations with regard to special prevention need only be taken into account as regards the question of whether the suspended sentence is possible or not.

8.3.2 A central aspect with respect to a correct weighting of the factors (which lead to a negation of the interest in prosecution or as to whether the interest of the public can be considered as negligible) is the question of the protected legal interest. According to the system of the law, the acts or omissions that constitute both embezzlement and disloyal management are considered a general attack on property. Today's doctrine considers property[47] as the protected legal interest in offences against property; at this point, an analysis of the legal theoretical definition of the term "property" is not required. In this connection, a response to the question of whether Art. 102 PC is considered an offence and which legal right is considered protected if the answer is yes can be renounced. In this regard, what is decisive is the linking of social-ethical components with the addressee of the charge of deficiency in the organization of a legal entity structured according to economic criteria such as an enterprise. This is because in defining each legally protected interest, the social-ethical aspect constitutes a qualifying feature and ultimately is a factor in quantifying the injustice. In the present case, it involves, on the one hand, offences against individual and not public interests and, on the other hand, also the addressee of the charge of deficiency in organization has to be integrated in individual - and not public interests. Therefore, compensation for the injustice caused to an individual as a result of an offence is provided by material performance. It follows from this approach that if material compensation is actually provided, the public interest in prosecution is at least reduced.

8.3.3 A further consideration here is that the lapse of time since the infringement of legal interests also has an impact in quantifying of the public interest in prosecution. This finding is indirectly based on the fact that any failure to comply with the requirement to act expeditiously must have an impact on the sentence. If compensation is provided and an offence against property is involved and the infringement of legal interests happened years ago then it is obvious that the need to prosecute takes a back seat. The commission payments in certain cases date back to a time period that is no longer embraced by 15-year statute of limitations; the underlying offence that has to be judged in connection with the charge of deficiency in organization will become time-barred next year with respect to the basic offence. This is however a circumstance that the parties to the proceedings, and not the investigating authorities, have to take responsibility for. These factors show that the fact that the offences are far from recent also contributes to a need to refrain from imposing a drastic penalty.

8.3.4 The fact remains that the background to the offences against property are acts relating to the bribery of private individuals. The perception of such acts as nothing to be ashamed of no longer applies today; however, this is simply the result of noticeable socio-political trends, which only started at the beginning of the nineties and hence encompass the time period of offending. This socio-political development or the change of heart concerning this matter and the re-shaping

---

[47] BSK Strafrecht I, Niggli, N 13 to prior to Art. 137 PC

of the related conception of wrongdoing, which is reflected in the legislation (UCA), taken together with the fact that the acts reach back to the nineties, reduces the public interest in a prosecution (given the compensation provided for the injustice in this case). Within this framework, it must be noted that none of the accused parties explicitly acknowledged a breach of the law; however, this finding is put in perspective by the fact that reparation has been paid in the amount of millions of francs, which can be considered as an implied confession of criminal conduct.

8.3.5 As already outlined, reparation should also contribute to the restoration of public peace. This aspect is inherent in a component that goes beyond what is generally discussed with regard to the rule of law foundations of a functioning society with a legal philosophy approach. Where society obtains a material benefit from a settlement under Art. 53 PC, this represents a substantial contribution to restoring public peace. This has to be affirmed in the case at hand. The procedural scenario in which FIFA sustains damage on the one hand and is confronted with the charge of deficiency in the organization on the other (and hence simultaneously becomes an Accused) leads – even though it was deliberate on the part of the legislator – to a Gordian knot. That this could be solved has to do with the consent of FIFA that the assets for reparation could be used for non-profit projects and its willingness to hand over the corresponding implementation to the prosecution.

In view of the aforementioned factors, the public interest in prosecution within the meaning of Art. 53 PC has to be considered as negligible; based on this provision, the fulfillment of the requirements for the discontinuation of the proceedings has to be affirmed. Remarks on the interest of the aggrieved party are obsolete due to the aforementioned procedural scenario.

9. Under § 34 para. 2 of the Criminal Code of Procedure, in the event that the investigation proceedings are discontinued, the allocation of the costs of the proceedings is determined according to § 56 et seq. of the Criminal Code of Procedure. The question of who is to bear the costs under Art. 53 PC is not determined differently than in cases where there is an acquittal or a dismissal of the proceeding[48].

9.1 According to § 56$^{bis}$ para. 2 in conjunction with Art. 34 para. 2 of the Criminal Code of Procedure, in the event of a dismissal, the costs can entirely or partially be imposed on the Accused if the latter caused the initiation of the proceeding by reprehensible or careless conduct or obstructed the conduct of the proceedings.

According to the case law of the Federal Supreme Court, where costs are imposed on an Accused who has been acquitted or against whom proceedings have been discontinued, it is inconsistent with Art. 6 cipher 2 ECHR and Art. 32 of the Constitution (Art. 4 of the former Constitution) to justify the imposition of costs by claiming directly or indirectly that he made himself liable for criminal penalties or that he was guilty of an offence. However, it is consistent with the Constitution and the Convention to make the non-convicted Accused pay the costs, if he – in a reprehensible manner under civil law (i.e., applying the principles arising from Art. 41 of the Code of Obligations by analogy) –

---

[48] BSK Strafrecht I, Riklin, N 35 to prior to Art. 52 et seq. PC, N 31 to Art. 53 PC.

clearly violated a written or unwritten standard of conduct that can be derived from the entire Swiss legal system and that directly or indirectly prohibits damage or that requires specific conduct in order to prevent damage and he thereby causes criminal proceedings to be brought or obstructs its conduct (FCD 116 Ia 175). The unwritten civil law prohibits creating a situation likely to cause damage to others without taking the required measures to prevent its occurrence. Anyone who violates this rule may be required, based on Art. 41 CO, to pay for the damage caused. The direct and indirect costs of criminal proceedings, including the compensation that may have to be paid to the acquitted Accused, represent damage to the public. Criminal law implicitly prohibits creating – without necessity - the appearance that an infringement has been or could be committed; this is likely to cause the intervention of the criminal prosecution authorities and the initiation of a criminal proceeding. Consequently, it causes damage to the general public, in the form of the costs of the criminal proceedings that were initiated for nothing. Culpable behavior is given if the Accused, given the circumstances and his personal situation, should have been aware that his behavior entails a risk of causing the initiation of a criminal investigation (FCD 135 III 43 = Pra 2009 no. 69). However, unlawful conduct itself is not sufficient to make the Accused liable for costs. It is further necessary that the unlawful conduct was adequate cause for the initiation or obstruction of the criminal proceedings (FCD 116 Ia 170) (see also JS 2008 3).

9.2 In consideration of the foregoing remarks, the requirements for imposing the costs on the Accused are met, whereby it is unnecessary to deal with the relevant principles relating to the circumstances of the case as FIFA is taking over the costs of the proceeding up to an amount of CHF 100’000.00 and the Parties have agreed among themselves on how the costs are to be shared.

Based on §§ 34 para. 2 in conjunction with 56$^{bis}$ para. 2 CCP,

**the Prosecutor orders as follows:**

1. The criminal investigation against the Fédération Internationale de Football Association (FIFA) with regard to disloyal management is dismissed based on Art. 53 PC.

2. The criminal investigation against Ricardo Terra Texeira with regard to embezzlement, or alternatively disloyal management, is dismissed based on Art. 53 PC.

3. The criminal investigation against Havelange Jean-Marie Faustin Godefroid with regard to embezzlement, or alternatively disloyal management, is dismissed based on Art. 53 PC.

4. The costs of the proceedings are as follows:

| | | |
|---|---|---|
| CHF | 87'000.00 | Costs of the ruling |
| CHF | 4'474.70 | Outlays |
| CHF | 496.00 | Registry fees |
| CHF | 91'970.70 | Total |

They shall be borne by the Fédération Internationale de Football Association (FIFA).

5. The translation costs amount to CHF 5’061.20 and shall be borne by the treasury.

6. No compensation shall be awarded.

7. The Parties to the procedure can appeal in writing against this Order within 10 days to the Justice Commission of the Supreme Court of the Canton of Zug. The appeal must contain specific prayers for relief, state the grounds therefor and must be submitted in duplicate enclosing the contested ruling (§§ 34 para. 5 and 80 et seq. of the Criminal Procedure Code).

8. Notification to:

- Attorney Dr. Dieter Gessler, Nobel & Hug Attorneys-at-law, Dufourstrasse 29, Postal Box 1372, 8032 Zurich, for himself and the Fédération Internationale de Football Association (FIFA)
- Attorney lic. iur. Hans-Rudolf Wild, Dammstrasse 19, 6300 Zug for himself and Ricardo Terra Texeira
- Attorney Dr. Marco Niedermann, Utoquai 37, 8008 Zurich, for himself and Jean-Marie Faustin Godefroid Havelange
- Immigration Office (once the Order is res judicata), only the disposition of the order
- Court cashier of the Canton of Zug (once the Order is res judicata)

Prosecutor of the Canton of Zug
II. Division

Thomas Hildbrand
[signature]
Special Prosecutor

Approved on:
[27.05.2010]

[i] Shall have the meaning of "Wiedergutmachung"according to the Swiss Penal Code.

[ii] Shall have the meaning of "Vergehen" according to the Swiss Penal Code.

[iii] Shall have the meaning of "Anlasstat" according to the Swiss Penal Code.

[iv] Shall have the meaning of "Übertretung" according to the Swiss Penal Code.

[v] «vereins"internen" Haftung»

[vi] „Paulianische Anfechtung"

[vii] „negative Legalerfüllungsprognose"

# EXHIBIT 28

# Joao Havelange, Fifa's honorary president, resigns over bribes

30 April 2013




**Richard Conway**
BBC Sport

**Joao Havelange, 96, has resigned as Fifa's honorary president after a report ruled he had taken bribes.**

The Brazilian was described as "morally and ethically reproachable" for taking kickbacks from a World Cup rights marketing agency.

The report **by Fifa's ethics chairman Hans-Joachim Eckert** also claimed Nicolas Leoz had received bribes.

**Leoz, 84, resigned** from the governing body's executive committee last week, citing health and personal reasons.

The Paraguayan was accused in the report of being "not fully candid" in his explanations over the affair.

However, while the report says that payments made in the 1990s to Havelange, who was Fifa president from 1974 to 1988, Leoz and former Fifa executive Ricardo Teixeira, Havelange's son-in-law, qualified as bribes, they were not crimes at the time.

Fifa granted International Sport and Leisure (ISL) exclusive rights to market World Cup tournaments to some of the world's biggest brands. ISL also received millions more from negotiating television broadcast rights.

The company collapsed with huge debts in 2001 and its arrangement with Fifa was subsequently investigated by Swiss authorities.

Fifa was eventually forced by the Swiss supreme court to release documents relating to the case after it repeatedly attempted to block the release of the confidential papers.

It followed a report by the **BBC's Panorama programme in 2010 that alleged three senior Fifa officials** took bribes from Swiss-based ISL in the 1990s.

Fifa president Sepp Blatter announced in July 2012 that Fifa's new ethics committee would be looking at the bribery allegations. That investigation resulted in the release of Tuesday's report.

It said: "It is certain that not inconsiderable amounts were channelled to former Fifa president Havelange and to his son-in-law Ricardo Teixeira as well as to Dr Nicolas Leoz, whereby there is no indication that any form of service was given in return by them.

"These payments were apparently made via front companies in order to cover up the true recipient and are to be qualified as 'commissions', known today as 'bribes'."

Damian Collins, an MP who sits on the Culture, Media and Sport Select Committee and who has led a campaign for Fifa reform, has said Blatter should resign over the findings of the report.

Collins told the Press Association: "Sepp Blatter should himself resign for his failure to expose the wrongdoing sooner, and to take action earlier against those who had done wrong.

"In the light of this report, it is even more incredible that the Fifa executive committee continue to resist calls, from its own advisors, for greater independent scrutiny of its decisions, and the financial interests of its members.

"The impression created by this report is one of an attempted cover-up by Fifa of this massive corruption scandal motivated by the desire to protect some of its leading officials."

The report states that Havelange and Teixeira were "morally and ethically reproachable" for accepting the money.

Leoz told investigators he donated the money he received to a school project - but only in January 2008.

The report states payments were made between 1992 and May 2000.

Questions over Blatter's conduct have also been raised in the past, but the report says there is no evidence he received money from the now-defunct ISL.

But it does raise questions about whether Blatter should have known about the bribes to other executives and labels his behaviour in dealing with aspects of the affair as "clumsy".

The report added: "There are also no indications whatsoever that President Blatter was responsible for a cash flow to Havelange, Teixeira or Leoz, or that that he himself received any payments from the ISL Group, even in the form of hidden kickback payments.

"It must be questioned, however, whether President Blatter knew or should have known over the years before the bankruptcy of ISL that ISL had made payments to other Fifa officials."

Eckert is also critical about the controls that Fifa had in place to prevent such corruption from occurring.

In response to the publication of the report, Blatter said: "I note in particular that, in his conclusions, chairman Eckert states that 'the ISL case is concluded for the Ethics Committee' and that 'no further proceedings related to the ISL matter are warranted against any other football official'.

"I also note with satisfaction that this report confirms that 'President Blatter's conduct could not be classified in any way as misconduct with regard to any ethics rules'.

"I have no doubt that Fifa, thanks to the governance reform process that I proposed, now has the mechanisms and means to ensure that such an issue, which has caused untold damage to the reputation of our institution, does not happen again."

Fifa's ethics committee also took action on Tuesday against a leading Asian member of its executive committee.

Vernon Manilal Fernando, 63, of Sri Lanka was banned from all football activities for eight years after he was found guilty of violating the governing body's code of ethics following a two-day hearing.

The close ally of disgraced former presidential candidate Mohamed bin Hammam, was now prohibited "from taking part in any kind of football-related activity at national and international level," Fifa said.

However the exact charges against Fernando have not been specified.

Fernando said he would attempt to clear his name, adding: "I have been given no reasons for the decision."

## More on this story

### Fifa's bribes report 'is window dressing'

30 April 2013

### Fifa panel to assess bribery case

17 July 2012

### Former Fifa chief 'took bribes'

11 July 2012

### Brazil football chief steps down

12 March 2012

### Fifa agrees to document release

27 December 2011

### Havelange resigns from IOC post

4 December 2011

### Ex-Fifa boss Havelange discharged

22 May 2012

### Three top Fifa men 'took bribes'

29 November 2010

## Around the BBC

### Football on the BBC

# EXHIBIT 29

PRESS RELEASE

# Nine FIFA Officials and Five Corporate Executives Indicted for Racketeering Conspiracy and Corruption

Wednesday, May 27, 2015

**For Immediate Release**

Office of Public Affairs

*The Defendants Include Two Current FIFA Vice Presidents and the Current and Former Presidents of the Confederation of North, Central American and Caribbean Association Football (CONCACAF); Seven Defendants Arrested Overseas; Guilty Pleas for Four Individual Defendants and Two Corporate Defendants Also Unsealed*

A 47-count indictment was unsealed early this morning in federal court in Brooklyn, New York, charging 14 defendants with racketeering, wire fraud and money laundering conspiracies, among other offenses, in connection with the defendants' participation in a 24-year scheme to enrich themselves through the corruption of international soccer. The guilty pleas of four individual defendants and two corporate defendants were also unsealed today.

The defendants charged in the indictment include high-ranking officials of the Fédération Internationale de Football Association (FIFA), the organization responsible for the regulation and promotion of soccer worldwide, as well as leading officials of other soccer governing bodies that operate under the FIFA umbrella. Jeffrey Webb and Jack Warner – the current and former presidents of CONCACAF, the continental confederation under FIFA headquartered in the United States – are among the soccer officials charged with racketeering and bribery offenses. The defendants also include U.S. and South American sports marketing executives who are

alleged to have systematically paid and agreed to pay well over $150 million in bribes and kickbacks to obtain lucrative media and marketing rights to international soccer tournaments.

The charges were announced by Attorney General Loretta E. Lynch, Acting U.S. Attorney Kelly T. Currie of the Eastern District of New York, Director James B. Comey of the FBI, Assistant Director in Charge Diego W. Rodriguez of the FBI's New York Field Office, Chief Richard Weber of the Internal Revenue Service-Criminal Investigation (IRS-CI) and Special Agent in Charge Erick Martinez of the IRS-CI's Los Angeles Field Office.

Also earlier this morning, Swiss authorities in Zurich arrested seven of the defendants charged in the indictment, the defendants Jeffrey Webb, Eduardo Li, Julio Rocha, Costas Takkas, Eugenio Figueredo, Rafael Esquivel and José Maria Marin, at the request of the United States. Also this morning, a search warrant is being executed at CONCACAF headquarters in Miami, Florida.

The guilty pleas of the four individual and two corporate defendants that were also unsealed today include the guilty pleas of Charles Blazer, the long-serving former general secretary of CONCACAF and former U.S. representative on the FIFA executive committee; José Hawilla, the owner and founder of the Traffic Group, a multinational sports marketing conglomerate headquartered in Brazil; and two of Hawilla's companies, Traffic Sports International Inc. and Traffic Sports USA Inc., which is based in Florida.

"The indictment alleges corruption that is rampant, systemic, and deep-rooted both abroad and here in the United States," said Attorney General Lynch. "It spans at least two generations of soccer officials who, as alleged, have abused their positions of trust to acquire millions of dollars in bribes and kickbacks. And it has profoundly harmed a multitude of victims, from the youth leagues and developing countries that should benefit from the revenue generated by the commercial rights these organizations hold, to the fans at home and throughout the world whose support for the game makes those rights valuable. Today's action makes clear that this Department of Justice intends to end any such corrupt practices, to root out misconduct, and to bring wrongdoers to justice – and we look forward to continuing to work with other countries in this effort."

Attorney General Lynch extended her grateful appreciation to the authorities of the government of Switzerland, as well as several other international partners, for their outstanding assistance in this investigation.

"Today's announcement should send a message that enough is enough," said Acting U.S. Attorney Currie. "After decades of what the indictment alleges to be brazen corruption, organized international soccer needs a new start – a new chance for its governing institutions to provide honest oversight and support of a sport that is beloved across the world, increasingly so here in the United States. Let me be clear: this indictment is not the final chapter in our investigation."

Acting U.S. Attorney Currie extended his thanks to the agents, analysts and other investigative personnel with the FBI New York Eurasian Joint Organized Crime Squad and the IRS-CI Los Angeles Field Office, as well as their colleagues abroad, for their tremendous effort in this case.

“As charged in the indictment, the defendants fostered a culture of corruption and greed that created an uneven playing field for the biggest sport in the world,” said Director Comey. “Undisclosed and illegal payments, kickbacks, and bribes became a way of doing business at FIFA. I want to commend the investigators and prosecutors around the world who have pursued this case so diligently, for so many years.”

“When leaders in an organization resort to cheating the very members that they are supposed to represent, they must be held accountable,” said Chief Weber. “Corruption, tax evasion and money laundering are certainly not the cornerstones of any successful business. Whether you call it soccer or football, the fans, players and sponsors around the world who love this game should not have to worry about officials corrupting their sport. This case isn't about soccer, it is about fairness and following the law. IRS-CI will continue to investigate financial crimes and follow the money wherever it may lead around the world, leveling the playing field for those who obey the law.”

The charges in the indictment are merely allegations, and the defendants are presumed innocent unless and until proven guilty.

***The Enterprise***

FIFA is composed of 209 member associations, each representing organized soccer in a particular nation or territory, including the United States and four of its overseas territories. FIFA also recognizes six continental confederations that assist it in governing soccer in different regions of the world. The U.S. Soccer Federation is one of 41 member associations of the confederation known as CONCACAF, which has been headquartered in the United States throughout the period charged in the indictment. The South American confederation, called CONMEBOL, is also a focus of the indictment.

As alleged in the indictment, FIFA and its six continental confederations, together with affiliated regional federations, national member associations and sports marketing companies, constitute an enterprise of legal entities associated in fact for purposes of the federal racketeering laws. The principal – and entirely legitimate – purpose of the enterprise is to regulate and promote the sport of soccer worldwide.

As alleged in the indictment, one key way the enterprise derives revenue is to commercialize the media and marketing rights associated with soccer events and tournaments. The organizing entity that owns those rights – as FIFA and CONCACAF do with respect to the World Cup and Gold Cup, their respective flagship tournaments – sells them to sports marketing companies, often through multi-year contracts covering multiple editions of the tournaments. The sports

marketing companies, in turn, sell the rights downstream to TV and radio broadcast networks, major corporate sponsors and other sub-licensees who want to broadcast the matches or promote their brands. The revenue generated from these contracts is substantial: according to FIFA, 70% of its $5.7 billion in total revenues between 2011 and 2014 was attributable to the sale of TV and marketing rights to the 2014 World Cup.

### *The Racketeering Conspiracy*

The indictment alleges that, between 1991 and the present, the defendants and their co-conspirators corrupted the enterprise by engaging in various criminal activities, including fraud, bribery and money laundering. Two generations of soccer officials abused their positions of trust for personal gain, frequently through an alliance with unscrupulous sports marketing executives who shut out competitors and kept highly lucrative contracts for themselves through the systematic payment of bribes and kickbacks. All told, the soccer officials are charged with conspiring to solicit and receive well over $150 million in bribes and kickbacks in exchange for their official support of the sports marketing executives who agreed to make the unlawful payments.

Most of the schemes alleged in the indictment relate to the solicitation and receipt of bribes and kickbacks by soccer officials from sports marketing executives in connection with the commercialization of the media and marketing rights associated with various soccer matches and tournaments, including FIFA World Cup qualifiers in the CONCACAF region, the CONCACAF Gold Cup, the CONCACAF Champions League, the jointly organized CONMEBOL/CONCACAF Copa América Centenario, the CONMEBOL Copa América, the CONMEBOL Copa Libertadores and the Copa do Brasil, which is organized by the Brazilian national soccer federation (CBF). Other alleged schemes relate to the payment and receipt of bribes and kickbacks in connection with the sponsorship of CBF by a major U.S. sportswear company, the selection of the host country for the 2010 World Cup and the 2011 FIFA presidential election.

### *The Indicted Defendants*

As set forth in the indictment, the defendants and their co-conspirators fall generally into three categories: soccer officials acting in a fiduciary capacity within FIFA and one or more of its constituent organizations; sports media and marketing company executives; and businessmen, bankers and other trusted intermediaries who laundered illicit payments.

Nine of the defendants were FIFA officials by operation of the FIFA statutes, as well as officials of one or more other bodies:

- Jeffrey Webb: Current FIFA vice president and executive committee member, CONCACAF president, Caribbean Football Union (CFU) executive committee member and Cayman Islands Football Association (CIFA) president.

- Eduardo Li: Current FIFA executive committee member-elect, CONCACAF executive committee member and Costa Rican soccer federation (FEDEFUT) president.
- Julio Rocha: Current FIFA development officer. Former Central American Football Union (UNCAF) president and Nicaraguan soccer federation (FENIFUT) president.
- Costas Takkas: Current attaché to the CONCACAF president. Former CIFA general secretary.
- Jack Warner: Former FIFA vice president and executive committee member, CONCACAF president, CFU president and Trinidad and Tobago Football Federation (TTFF) special adviser.
- Eugenio Figueredo: Current FIFA vice president and executive committee member. Former CONMEBOL president and Uruguayan soccer federation (AUF) president.
- Rafael Esquivel: Current CONMEBOL executive committee member and Venezuelan soccer federation (FVF) president.
- José Maria Marin: Current member of the FIFA organizing committee for the Olympic football tournaments. Former CBF president.
- Nicolás Leoz: Former FIFA executive committee member and CONMEBOL president.

Four of the defendants were sports marketing executives:

- Alejandro Burzaco: Controlling principal of Torneos y Competencias S.A., a sports marketing business based in Argentina, and its affiliates.
- Aaron Davidson: President of Traffic Sports USA Inc. (Traffic USA).
- Hugo and Mariano Jinkis: Controlling principals of Full Play Group S.A., a sports marketing business based in Argentina, and its affiliates.

And one of the defendants was in the broadcasting business but allegedly served as an intermediary to facilitate illicit payments between sports marketing executives and soccer officials:

- José Margulies: Controlling principal of Valente Corp. and Somerton Ltd.

***The Convicted Individuals and Corporations***

The following individuals and corporations previously pleaded guilty under seal:

On July 15, 2013, the defendant Daryll Warner, son of defendant Jack Warner and a former FIFA development officer, waived indictment and pleaded guilty to a two-count information charging

him with wire fraud and the structuring of financial transactions.

On Oct. 25, 2013, the defendant Daryan Warner waived indictment and pleaded guilty to a three-count information charging him with wire fraud conspiracy, money laundering conspiracy and the structuring of financial transactions. Daryan Warner forfeited over $1.1 million around the time of his plea and has agreed to pay a second forfeiture money judgment at the time of sentencing.

On Nov. 25, 2013, the defendant Charles Blazer, the former CONCACAF general secretary and a former FIFA executive committee member, waived indictment and pleaded guilty to a 10-count information charging him with racketeering conspiracy, wire fraud conspiracy, money laundering conspiracy, income tax evasion and failure to file a Report of Foreign Bank and Financial Accounts (FBAR). Blazer forfeited over $1.9 million at the time of his plea and has agreed to pay a second amount to be determined at the time of sentencing.

On Dec. 12, 2014, the defendant José Hawilla, the owner and founder of the Traffic Group, the Brazilian sports marketing conglomerate, waived indictment and pleaded guilty to a four-count information charging him with racketeering conspiracy, wire fraud conspiracy, money laundering conspiracy and obstruction of justice. Hawilla also agreed to forfeit over $151 million, $25 million of which was paid at the time of his plea.

On May 14, 2015, the defendants Traffic Sports USA Inc. and Traffic Sports International Inc. pleaded guilty to wire fraud conspiracy.

All money forfeited by the defendants is being held in reserve to ensure its availability to satisfy any order of restitution entered at sentencing for the benefit of any individuals or entities that qualify as victims of the defendants' crimes under federal law.

* * * *

The indictment unsealed today has been assigned to U.S. District Court Judge Raymond J. Dearie of the Eastern District of New York.

The indicted and convicted individual defendants face maximum terms of incarceration of 20 years for the RICO conspiracy, wire fraud conspiracy, wire fraud, money laundering conspiracy, money laundering and obstruction of justice charges. In addition, Eugenio Figueredo faces a maximum term of incarceration of 10 years for a charge of naturalization fraud and could have his U.S. citizenship revoked. He also faces a maximum term of incarceration of five years for each tax charge. Charles Blazer faces a maximum term of incarceration of 10 years for the FBAR charge and five years for the tax evasion charges; and Daryan and Daryll Warner face maximum terms of incarceration of 10 years for structuring financial transactions to evade currency reporting requirements. Each individual defendant also faces mandatory restitution,

forfeiture and a fine. By the terms of their plea agreements, the corporate defendants face fines of $500,000 and one year of probation.

The government's investigation is ongoing.

The government's case is being prosecuted by Assistant U.S. Attorneys Evan M. Norris, Amanda Hector, Darren A. LaVerne, Samuel P. Nitze, Keith D. Edelman and Brian D. Morris of the Eastern District of New York, with assistance provided by the Justice Department's Office of International Affairs and Organized Crime and Gang Section.

**The Indicted Defendants:**

ALEJANDRO BURZACO

Age: 50

Nationality: Argentina

AARON DAVIDSON

Age: 44

Nationality: USA

RAFAEL ESQUIVEL

Age: 68

Nationality: Venezuela

EUGENIO FIGUEREDO

Age: 83

Nationality: USA, Uruguay

HUGO JINKIS

Age: 70

Nationality: Argentina

MARIANO JINKIS

Age: 40

Nationality: Argentina

NICOLÁS LEOZ

Age: 86

Nationality: Paraguay

EDUARDO LI

Age: 56

Nationality: Costa Rica

JOSÉ MARGULIES, also known as José Lazaro

Age: 75

Nationality: Brazil

JOSÉ MARIA MARIN

Age: 83

Nationality: Brazil

JULIO ROCHA

Age: 64

Nationality: Nicaragua

COSTAS TAKKAS

Age: 58

Nationality: United Kingdom

JACK WARNER

Age: 72

Nationality: Trinidad and Tobago

JEFFREY WEBB

Age: 50

Nationality: Cayman Islands

**<u>The Convicted Defendants</u>:**

CHARLES BLAZER

Age: 70

Nationality: USA

JOSÉ HAWILLA

Age: 71

Nationality: Brazil

DARYAN WARNER

Age: 46

Nationality: Trinidad and Tobago, Grenada

DARYLL WARNER

Age: 40

Nationality: USA, Trinidad and Tobago

TRAFFIC SPORTS INTERNATIONAL INC.

Registered: British Virgin Islands

TRAFFIC SPORTS USA INC.

Registered: USA

**<u>E.D.N.Y. Docket Numbers</u>:**

<u>United States v. Daryll Warner</u>, 13 Cr. 402 (WFK)

<u>United States v. Daryan Warner</u>, 13 Cr. 584 (WFK)

<u>United States v. Charles Blazer</u>, 13 Cr. 602 (RJD)

<u>United States v. José Hawilla</u>, 14 Cr. 609 (RJD)

<u>United States v. Traffic Sports International, Inc.</u>, 14 Cr. 609 (RJD)

<u>United States v. Traffic Sports USA, Inc.</u>, 14 Cr. 609 (RJD)

United States v. Jeffrey Webb et al., 15 Cr. 252 (RJD)

Documents:

Webb et al. Indictment (12.25 MB)

Daryan Warner Information (320.77 KB)

Daryll Warner Information (2.26 MB)

Hawilla et al. Information (2.98 MB)

Charles Blazer Information (4.45 MB)

FIFA Graphic (490 KB)

*Updated February 5, 2025*

**Components**

Office of the Attorney General | USAO - New York, Eastern

Press Release Number: 15-677

**Office of Public Affairs**

U.S. Department of Justice

950 Pennsylvania Avenue, NW

Washington DC 20530

Office of Public Affairs Direct Line

202-514-2007

Department of Justice Main Switchboard

202-514-2000

# EXHIBIT 30

An official website of the United States government. Here's how you know



December 3, 2015

# More FIFA Officials Charged in Ongoing Corruption Case




FBI ADIC Rodriguez and Attorney General Lynch Announce Charges Against FIFA Officials.

Federal officials announced new charges unsealed today in New York against 16 additional high-ranking officials from FIFA, the organization responsible for the regulation and promotion of soccer worldwide.

The charges, which include racketeering, wire fraud, and money laundering conspiracies, are part of a large-scale investigation that alleges a 24-year corruption scheme involving FIFA officials and corporate executives.

During a press conference this afternoon at Department of Justice (DOJ) headquarters in Washington, D.C., Attorney General Loretta Lynch expressed commitment to putting a stop to the corruption. "The message from this announcement should be clear to every culpable individual who remains in the shadows, hoping to evade our investigation: You will not wait us out. You will not escape our focus," said Lynch.

Six months ago, DOJ announced a 47-count indictment charging nine FIFA officials and five corporate executives for their roles in a long-running scheme to corrupt the sport, which included bribes and kickbacks totaling more than $150 million that were paid or agreed to be paid to obtain media and marketing rights to international soccer tournaments.

Today's superseding indictment brings the total number of individuals and organizations charged to date to 41. Of those, 12 individuals and two sports marketing companies have already been convicted.

The investigation is being conducted by the FBI's New York Field Office in partnership with the Internal Revenue Service - Criminal Investigation, the U.S. Attorney's Office for the Eastern District of New York, and a variety of international partners.

"The most recent wave of charges announced today is but one more step forward in our effort to level the playing field of soccer," said FBI New York Assistant Director in Charge Diego Rodriguez. "When criminals bring their corrupt activity to our shores by using U.S. banks and U.S. companies to pay bribes and otherwise further their criminal objectives, they will play by our rules."

**Resources**

- **Press release: Sixteen Additional FIFA Officials Indicted for Racketeering Conspiracy and Corruption (12/3/15)**
- **Related story: International Soccer Officials Indicted (5/27/15)**

# EXHIBIT 31

PRESS RELEASE

# Justice Department Announces Additional Distribution of Approximately $92 Million to Victims in FIFA Corruption Case

Thursday, June 30, 2022

**For Immediate Release**

Office of Public Affairs

## Funds Remitted Following Grant of Victim Petitions Up to a Total of More Than $201 Million in Losses

The Department of Justice announced today a further distribution of approximately $92 million in compensation for losses suffered by FIFA, the world organizing body of soccer; CONCACAF, the confederation responsible for soccer governance in North and Central America, among other jurisdictions; CONMEBOL, the confederation responsible for soccer governance in South America; and various constituent national soccer federations (collectively, the “Victims”).

The funds, which were remitted following the Justice Department’s recognition of losses and grant of remission up to a total of $201 million in August 2021, were forfeited to the United States in the Eastern District of New York as part of the government’s long-running investigation and prosecution of corruption in international soccer. To date, the prosecutions have resulted in charges against more than 50 individual and corporate defendants from more than 20 countries, primarily in connection with the offer and receipt of bribes and kickbacks paid by sports marketing companies to soccer officials in exchange for the media and

marketing rights to various soccer tournaments and events and the laundering of those payments.

“From the beginning of the FIFA investigation and prosecutions, one of the department’s primary goals has been to make the victims whole,” said Assistant Attorney General Kenneth A. Polite, Jr. of the Justice Department’s Criminal Division. “The department has used every tool at its disposal to make this a reality, while depriving the perpetrators of the proceeds of their crimes. This distribution of approximately $92 million as compensation for losses suffered highlights the importance of asset forfeiture as a critical tool in this endeavor.”

“Today’s distribution of more than $80 million underscores our commitment to returning money obtained through the corruption and fraud prosecuted in this case to the victims of that corruption, where it will be used to benefit the sport,” said U.S. Attorney Breon Peace for the Eastern District of New York. “Over much of the past decade, this investigation and prosecution has concentrated on bringing wrongdoers to justice and recovering ill-gotten gains. Our office, working in collaboration with our law enforcement partners and colleagues in the Department of Justice, will continue our work to compensate victims of crime.”

“There was an extraordinary amount of money flowing between corrupt officials and businesses in this massive scheme,” said Assistant Director in Charge Michael J. Driscoll of the FBI’s New York Field Office. “It is gratifying to know assets seized from the criminals involved will be distributed to groups in need of the money, one specifically focused on educating and safeguarding football for women and girls. The silver lining is that some good will come from the rampant greed uncovered in this investigation.”

“As the distributions to victims have demonstrated, IRS-CI and our law enforcement partners will leave no stones unturned when it comes to conducting investigations involving financial crimes,” said Special Agent in Charge Ryan L. Korner of IRS-Criminal Investigation (IRS-CI) Los Angeles. “Not only have dozens of individuals been brought to justice through the course of the investigation, but the additional $92 million will be returned in full to the victims to help compensate them for the injuries caused by this corruption.”

On May 27, 2015, an indictment was unsealed charging 14 FIFA officials and sports marketing executives with racketeering, honest services wire fraud and money laundering offenses, among others. On Dec. 3, 2015, a superseding indictment was unsealed charging an additional 16 FIFA officials with similar crimes. During the course of the prosecutions, 27 individual defendants have pleaded guilty to their roles in the charged crimes. In December 2017, two former FIFA officials, Juan Ángel Napout, of Paraguay, and José Maria Marin, of Brazil, were convicted after trial of racketeering conspiracy and related offenses. Four corporate entities have pleaded guilty and others, including banks, have acknowledged their roles in criminal conduct through deferred prosecution or non-prosecution agreements.

As part of these proceedings, many of the defendants were ordered to forfeit assets obtained through their criminal activity. Under federal law, the Department of Justice has the authority to distribute the proceeds of forfeited assets through the remission process to victims of crimes, including to the soccer organizations that employed and were defrauded by the corrupt soccer executives.

FIFA, CONCACAF, and CONMEBOL have committed to distributing funds received through the remission process, including $32.3 million previously remitted in August 2021, to and through a newly created World Football Remission Fund (the "Fund") focused on women's/girl's football (soccer), education, safeguarding, youth programs, community outreach, and humanitarian needs. The Fund has been established under the FIFA Foundation, an independent foundation that uses soccer, and sport in general, as a tool for social development. The terms of the Fund provide for oversight and independent audit measures to ensure remitted funds are distributed appropriately.

Assistant U.S. Attorneys Samuel P. Nitze, M. Kristin Mace, Victor A. Zapana, Brian D. Morris, and Kaitlin T. Farrell are in charge of the prosecution, petition, solicitation, and providing recommendations on the victims' petitions. Assistant U.S. Attorney Lauren H. Elbert and Trial Attorney Christian Nauvel and former Trial Attorney Michael Grady of the Money Laundering and Asset Recovery Section joined in the investigation and prosecution of the banks.

The Justice Department, through the Asset Forfeiture Program, works diligently to restore lost funds to victims of crime. The victim compensation payments in the FIFA case would not have been possible without the extraordinary efforts of the Department of Justice Criminal Division's Money Laundering and Asset Recovery Section, which reviewed and approved the victims' petition for remission; the FBI's New York Field Office; and the IRS-CI.

*Updated February 6, 2025*

**Topics**

**ASSET FORFEITURE** | **FINANCIAL FRAUD**

**Components**

Criminal Division | Criminal - Money Laundering, Narcotics and Forfeiture Section | National Security Division (NSD) | USAO - New York, Eastern

Press Release Number: 22-691

**Office of Public Affairs**

U.S. Department of Justice

950 Pennsylvania Avenue, NW

Washington DC 20530

Office of Public Affairs Direct Line

202-514-2007

Department of Justice Main Switchboard

202-514-2000

# EXHIBIT 32

# Fifa awarded $201m in forfeited funds after corruption probe by US Department of Justice

24 August 2021




The Fifa scandal in 2015 led to Gianni Infantino replacing Sepp Blatter as the governing body's president

**Fifa will receive $201m (£146m) in forfeited funds seized during a corruption probe, the US Department of Justice has announced.**

More than 50 defendants have been criminally charged since the Department of Justice unveiled its corruption probe in 2015.

Twenty-seven people and four corporate entities have pleaded guilty, with two people convicted at trial.

The repayment will begin with an initial $32.3m (£23.5m).

The money, which was seized from the bank accounts of former officials who were prosecuted for corruption, will be used by the Fifa Foundation, an independent foundation, to help finance football-related projects which, Fifa says, can "positively impact so many people across the football world, especially through youth and community programmes".

The 2015 scandal, the biggest in the sport's history, involved collusion between officials from the governing bodies and sports marketing executives, with fraud, bribery, racketeering and money laundering offences committed.

It led to the end of Sepp Blatter's 17-year reign as the governing body's president and the election of Gianni Infantino as his successor in February 2016.

Several of the defendants were ordered to forfeit assets obtained through criminal activity.

Under United States law, the Department of Justice has the authority to distribute the proceeds of forfeited assets to victims of crimes, including to the football organisations that were defrauded.

"I am delighted to see that money which was illegally siphoned out of football is now coming back to be used for its proper purposes, as it should have been in the first place," said Infantino.

"I want to sincerely thank the US Justice authorities for their efforts in this respect, for their fast and effective approach in bringing these matters to a conclusion, and also for their trust in general.

"The truth is that, thanks to their intervention back in 2015, we have been able to fundamentally change Fifa from a toxic organisation at the time, to a highly esteemed and trusted global sports governing body."

Jacquelyn M Kasulis, acting US attorney for the Eastern District of New York, said: "Today's announcement confirms that money stolen by corrupt soccer officials and sports marketing executives through fraud and greed will be returned to where it belongs and used to benefit the sport.

"From the start, this investigation and prosecution have been focused on bringing wrongdoers to justice and restoring ill-gotten gains to those who work for the benefit of the beautiful game.

"Our office, together with our law enforcement partners, will always work to compensate victims of crime."

Infantino added that Fifa's co-operation with the Department of Justice was a reflection of the "significant progress" the body had made "in terms of good governance and transparency".

"Today, they know that with the Fifa Foundation this money is in good hands and will serve the purpose it is intended for," he said Infantino.

"On behalf of all future beneficiaries around the world, I would like to thank the US authorities for the trust placed in Fifa, and we will make sure that these funds are used properly and bring tangible benefits for people who really need it."

## 'Fifa will view this as a line in the sand' - analysis

*BBC Sport's Simon Stone*

In authorising this massive payment to Fifa, the Department of Justice is acknowledging the world governing body was the wronged party in the scandal that shamed the game.

And while not everyone agrees with its decisions - most recently the Premier League over Fifa's decision to extend South America's international break - and suspicion remains over Infantino's involvement in the European Super League talks he has since distanced himself from - Fifa is, thankfully, a different organisation now than the corrupt and discredited Sepp Blatter regime.

Fifa will view this judgement as a line in the sand and its Foundation will be responsible for distributing the money, which should benefit the game worldwide.

Around the BBC

BBC

Parents We've Got You! **Challenges to keep your child or teenager busy this summer**

Which food has the same carbon footprint as five miles in an SUV? **The carbon cost of what we eat**

## Related topics

**Football**

## Shorts

# EXHIBIT 33

The New York Times https://www.nytimes.com/2015/06/03/sports/soccer/sepp-blatter-to-resign-as-fifa-president.html

# *Sepp Blatter Decides to Resign as FIFA President in About-Face*

**By Sam Borden, Michael S. Schmidt and Matt Apuzzo**

June 2, 2015

Sepp Blatter, who led world soccer's governing body for 17 years and who was regarded as one of the most powerful people in global sports, said Tuesday that he would resign his position. He made his announcement in Zurich as law enforcement officials in the United States confirmed that he was a focus of a federal corruption investigation.

Mr. Blatter had for days tried to distance himself from the controversy, but several United States officials, speaking on the condition of anonymity, said that in their efforts to build a case against Mr. Blatter, they were hoping to win the cooperation of some of the FIFA officials now under indictment and work their way up the organization.

Mr. Blatter's resignation speech, which he delivered in French to a mostly empty room at FIFA headquarters, served as a stunning coda to a dramatic sequence of events that began last Wednesday with a police raid at a five-star hotel, where seven soccer officials were arrested and held for extradition to the United States on corruption charges.

The arrests were followed by a detailed explanation by United States Justice Department officials on their investigation into FIFA. And from there came an initial dismissal by FIFA of the widespread nature of the charges; a defiant Mr. Blatter winning re-election to a fifth four-year term as president and his claiming that he would pilot FIFA's battered boat "to shore"; a linking by United States officials of Mr. Blatter's top deputy to a series of payments that are believed to be

bribes; and, finally, just before 7 p.m. Central European Time on Tuesday, Mr. Blatter's announcement that he would step down from the organization he has served, in various roles, for 40 years.

"FIFA needs a profound restructuring," Mr. Blatter said. Referring to his re-election, he then added, "Although the members of FIFA have given me the new mandate, this mandate does not seem to be supported by everybody in the world of football."

After finishing his prepared remarks, Mr. Blatter walked off the dais and disappeared through a door without taking questions from the few reporters who were able to attend the speech, which was given on short notice. Mr. Blatter's face was grim, a sharp change from the demeanor he showed just days earlier when he brashly responded to a question about resigning with incredulity. "Why would I step down?" he said then. "That would mean I recognize that I did wrong."

Given Mr. Blatter's sudden, and unexpected, change of heart, soccer officials around the world were left with two overarching questions on Tuesday night: First, what changed between Friday and Tuesday to persuade Mr. Blatter to resign? And with his departure from the body that oversees the world's most popular sport, what will happen next to both him and the organization?

The second question has a clearer answer. Mr. Blatter's resignation is not immediate. According to Domenico Scala, the independent chairman of FIFA's audit and compliance committee, a special meeting of FIFA's member nations will be called to elect a new president. According to FIFA's rules, members must be given at least four months' notice for such a meeting, so Mr. Scala indicated that the probable window for an election is between December 2015 and March 2016.

Mr. Blatter will continue his duties in the interim, and in his speech he said he would use his remaining time to focus on a program of reform, which would be directed by Mr. Scala.

The first question, however — as to what persuaded Mr. Blatter to leave — is more complex. While Mr. Blatter has not been directly implicated in any criminal cases, the disclosure that law enforcement officials in the United States are targeting him speaks to the legal vulnerability he may be facing.

A high-ranking soccer official said Mr. Blatter had been advised by his legal counsel that continuing in his current position could make defending him against possible future prosecution more difficult.

The soccer official, speaking on the condition of anonymity because he was not authorized to discuss the matter publicly, said in particular there were concerns about Mr. Blatter, as president, needing to make public comments on either the continuing Justice Department investigation or a separate investigation by Swiss authorities into allegations of improprieties during the awarding of the hosting rights for the 2018 and 2022 World Cup tournaments. While such comments might be considered the norm for an organization's leader, the official said, in this instance they could create additional legal problems for Mr. Blatter.

The soccer official added that pressure on Mr. Blatter from soccer's corporate partners, as well as from various FIFA members, increased considerably over the weekend as it became clear that the Justice Department indictment was not looking just at corruption within Concacaf, the regional governing body overseeing soccer in North America, Central America and the Caribbean.

Initially, much of the public focus of the investigation was on Concacaf's role, and FIFA officials, including Blatter, portrayed the arrested officials as rogues. But The New York Times on Monday, based on information from several United States officials and others briefed on the case, linked Mr. Blatter's top deputy, Jérôme Valcke, to a series of payments that are believed to be bribes connected to South Africa's winning the vote that gave it the 2010 World Cup.

Mr. Valcke and FIFA both denied that he knew about the specifics of the wire transfers, but according to the same soccer official, Mr. Blatter — and his lawyers — felt that the current situation had become untenable and probably would only get worse.

Mr. Blatter's resignation apparently brings to an end an enigmatic career in sports. Born in Visp, a Swiss village, Mr. Blatter studied economics at the University of Lausanne. Later, he worked for the Swiss Ice Hockey Federation and the watch company Longines. His mentor at FIFA was its former president, João Havelange, who was an Olympic swimmer from Brazil.

Mr. Blatter served as Mr. Havelange's secretary general before becoming president in 1998. During Mr. Blatter's tenure atop FIFA, he led a global expansion of the sport's popularity (and profitability) as well as overseeing an expansion of youth soccer and women's soccer. He also championed the importance of soccer development in FIFA's smaller countries, a strategy that perhaps not coincidentally helped him retain control of the organization's one-country, one-vote electorate.

Controversy, however, never seemed too far away. Whether it was allegations of corruption in marketing and broadcast agreements or concerns over the potential bribing of the officials who voted on World Cup hosting rights, Mr. Blatter often found himself defending the organization's integrity.

Most of the allegations of improprieties centered on FIFA's powerful executive committee, a body made up of several dozen officials from confederations around the world who were led by Mr. Blatter. Members of the executive committee — in particular two FIFA vice presidents — were the most significant officials arrested in the raid last Wednesday, when the Swiss police, working on instructions from the United States, began a sweep of the Baur au Lac hotel in Zurich.

Although the arrests were not messy — hotel staff members even held up bedsheets in an attempt to keep pedestrians from seeing the soccer officials as they were led out a side door — the impact was powerful.

Both Mr. Blatter and Mr. Scala spoke Tuesday about the need to reform the executive committee if FIFA hoped to make any meaningful changes to its image. In a somewhat strange twist, given his lengthy tenure as FIFA's leader, Mr. Blatter also cited the importance of term limits.

"For years, we have worked hard to put in place administrative reforms, but it is plain to me that while these must continue, they are not enough," Mr. Blatter said. "We need deep-rooted structural change."

Mr. Scala, in his remarks to reporters after Mr. Blatter's speech, said "nothing will be off the table" in terms of reforms for FIFA. Changes could include a greater focus on transparency — including publishing the compensation earned by the president and executive committee members — as well as more stringent integrity checks, a proposal that had previously been rejected by FIFA members.

"There is significant work to be done in order to regain the trust of the public," Mr. Scala said.

Mr. Blatter voiced a similar sentiment, though it is not clear just how involved he will be in any changes. FIFA did not immediately announce Mr. Blatter's travel schedule, although he would normally appear at either Saturday's European Champions League final in Berlin or at the Women's World Cup, which begins the same day in Canada.

As for potential candidates to replace Mr. Blatter, it appears likely that Prince Ali bin al-Hussein of Jordan, who lost to Mr. Blatter in last Friday's vote, will stand again in the next election. Beyond that, Michel Platini, head of European soccer's governing body, has long been seen as a potential successor to Mr. Blatter.

Mr. Blatter, in his speech, did not endorse any potential candidates. Rather, he focused on what he hoped would be the positive nature of his departure. "What matters to me more than anything," he said, "is that when all of this is over, football is the winner."

---

A version of this article appears in print on , Section A, Page 1 of the New York edition with the headline: FIFA's Leader, in About-Face, Decides to Quit

# EXHIBIT 34

# Fifa: Sepp Blatter and Michel Platini get eight-year bans

21 December 2015

01:01

Blatter and Platini bans in 60 seconds

**Fifa president Sepp Blatter and Uefa boss Michel Platini have been suspended for eight years from all football-related activities following an ethics investigation.**

They were found guilty of breaches surrounding a £1.3m ($2m) "disloyal payment" made to Platini in 2011.

The Fifa ethics committee found Blatter and Platini had demonstrated an "abusive execution" of their positions.

"I will fight for me and for Fifa," Blatter, 79, said at a news conference.

01:17

> Everything you need to know about the bans for Fifa president Sepp Blatter and Uefa boss Michel Platini, explained by Richard Conway.

Platini said the decision was a "masquerade" intended to "dirty" his name.

Both men continue to deny wrongdoing and intend to appeal to the Court of Arbitration for Sport (Cas).

Swiss Blatter and 60-year-old Frenchman Platini have also been fined £33,700 ($50,000) and £54,000 ($80,000) respectively.

Despite the ban, both Blatter and Platini will be allowed to attend matches - including Euro 2016 in France - if they buy tickets in a private capacity.

Fifa boss since 1998, Blatter had already announced he was quitting with a presidential election in February.

Platini was tipped as a future leader of football's world governing body and is a three-time European Footballer of the Year.

He is also a former captain of France and has been in charge of Uefa - European football's governing body - since 2007.

# Fifa ethics statement - key points

The payment made in February 2011 had "no legal basis" in the contract signed by both men when Platini started working for Blatter on 25 August, 1999.

Both men's explanation that there was an "oral agreement" over the payment was rejected as "not convincing".

Blatter's actions did not show "commitment to an ethical attitude", and both men were found to be in "a conflict of interest".

Platini also failed to act with "complete credibility and integrity" and showed "unawareness of the importance of his duties".

The committee said there was "not sufficient evidence" to establish the payment was a bribe, but both men demonstrated an "abusive execution" of their positions.

## Blatter - 'I will fight'




Blatter sports a plaster over his cheek, the result of a non-serious medical procedure

Unshaven and sporting a plaster over his right cheek, Blatter was in defiant mood at a news conference he had called in advance of the punishments being made public.

"I will fight," he said. "I will fight for me and for Fifa."

He said he was "really sorry" that he is still "a punching ball" and that he has become tainted in the eyes of humanity.

He added that he thought he had convinced the Fifa ethics tribunal that the payment from Fifa to Platini was legitimate.

He plans to appeal, first to Fifa, then Cas. He may also take legal action under Swiss law if needed.

**Blatter: Key quotes from hour-long news conference**

# Platini - 'At peace with my conscience'

"The decision is no surprise to me," he said in a statement. "The procedure initiated against me by Fifa's ethics committee is a pure masquerade.

"It has been rigged to tarnish my name by bodies I know well and who for me are bereft of all credibility or legitimacy."

In the meantime, Uefa has issued a statement, revealing it is "extremely disappointed" with the decision.

It added: "Once again, Uefa supports Michel Platini's right to a due process and the opportunity to clear his name."

# Reaction - 'Like a death sentence'

Former Asian Football Confederation general secretary Peter Velappan added: "This is very harsh, especially for Blatter because he dedicated his life to football and Fifa. Eight years is like a death sentence."

01:53

Sepp Blatter: "The committee has no right to go against the president"

Isha Johansen, the president of Sierra Leone's Football Association, said: "I'm not saying Blatter was a saint, but the way everything has been piled on his head to make it look like it was all his fault... I think it's most unfair."

French Football Federation president Noel Le Graet added: "Michel Platini's suspension is shocking and saddens me. It seems unbelievable.

"But it does not surprise me as the ethics commission president had already announced that Michel would be suspended for several years. Michel's guilt was decided in advance."

# Reaction - 'A drowning man'

Football Association chairman Greg Dyke and Fifa reform campaigner Damian Collins believe it is the end for Blatter and Platini.

Dyke told BBC Radio 5 live he had "no sympathy" for Blatter but that the FA "didn't know about Platini" and "were clearly disappointed".

"We thought he had done a very good job as president of Uefa," **he added.**

British MP Collins said: "The fish rots from the head down and we know how rotten the head of Fifa was."

Former FA chairman David Bernstein told BBC Radio 5 live Blatter was "a drowning man really, there's no coming back from this".

"He'll fight, I'm sure of that. He's not a soft touch. He will fight but he is doomed. He is yesterday's man."

# Why are they banned?

00:42

Banned Blatter faces media scrum

Blatter and Platini were found guilty of ethics code breaches over the "disloyal payment".

Both claimed the payment was honouring an agreement made in 1998 for work carried out between 1998 and 2002 when Platini worked as a technical adviser for Blatter.

The payment was not part of Platini's written contract but the pair insisted it was a verbal agreement, which is legal under Swiss law.

German judge Hans-Joachim Eckert, the chairman of Fifa's adjudicatory chamber, held disciplinary hearings for the pair last week.

Charges included conflict of interest, false accounting and non co-operation, with investigators submitting a file of more than 50 pages.

# What now for Fifa?

World football's governing body has been in turmoil for several months, following numerous allegations of corruption.

Seven Fifa officials were arrested at a Zurich hotel at the end of May.

And US authorities have charged 39 football officials and sports business executives over more than £134m ($200m) in bribes for football television and marketing deals.

Swiss prosecutors are also investigating Fifa's management as well as the award of the 2018 and 2022 World Cups to Russia and Qatar.

There is also pressure from governments and the International Olympic Committee for Fifa to push through major reforms aiming at making governance more transparent and accountable.

# Who will be the next Fifa boss?

The presidential election is due to take place on 26 February.

There are currently five candidates to take over:

**Sheikh Salman bin Ebrahim al-Khalifa -** 50, Bahrain, president of Asian Football Confederation;

**Tokyo Sexwale** - 62, South Africa, politician, businessman and former political prisoner;

**Prince Ali bin al-Hussein** - 39, Jordan, a former Fifa vice-president and 2015 Fifa presidential candidate;

**Gianni Infantino** - 45, Switzerland, Uefa general secretary and a member of Fifa's reform committee;

**Jerome Champagne** - 57, France, a former Fifa assistant general secretary and former French diplomat.

Voting will take place by secret ballot, with all Fifa's 209 member states having a vote each.

# Analysis

**BBC Radio 5 live sports news correspondent Richard Conway:** "You've got this Shakespearean drama between Platini and Blatter - two men who were once the best of friends but have become the best of enemies.

"They have now effectively destroyed each other and their chances. Platini was at one point the favourite to become Fifa president but those hopes lie in tatters.

"Fifa wants to move on and try to re-establish its reputation, it's going to be difficult do that with Blatter and Platini continuing to make noise in the background."

# Profile - Sepp Blatter




Sepp Blatter presents the women's World Cup to the United States in 1999

Joseph 'Sepp' Blatter was born in the alpine town of Visp in 1936. Blatter has been married three times and has one daughter.

After finishing school, he did his obligatory service in the Swiss army, rising to the rank of colonel.

He did not play football professionally but worked in the watch industry, then as a sports writer and in sports management, serving at the Swiss Ice Hockey Federation.

Blatter moved to Fifa as its technical director in 1975, before working as the general secretary from 1981.

He was elected, to much fanfare in his homeland, as the eighth Fifa president in 1998, succeeding Dr Joao Havelange.

He has split opinion with his sometimes controversial statements about the game but remains hugely popular with countries in Asia and Africa.

In 2004, **he said female footballers should wear skimpier kits** to increase the game's popularity and, following the decision to award the 2022 World Cup to Qatar, said gay fans going to the Gulf state, where homosexuality is illegal, **should "refrain from sexual activity".**

# Profile - Michel Platini


GETTY IMAGES

Michel Platini celebrates with France team-mates after scoring in the 1984 European Championship final

Platini has been boss of European football's governing body since 2007 but rose to fame as one of France's greatest footballers.

The son of a former professional player, he played for Nancy and St Etienne before joining Italian giants Juventus, with whom he was named European Footballer of the Year on three occasions.

A midfielder, Platini also made 72 appearances for France, captaining them to victory at the 1984 European Championship and helping them reach the semi-finals of two World Cups, in 1982 and 1986.

He retired as player at 32, turning to coaching and managed the French national team with mixed results from 1988 to 1992.

After turning down an offer to coach Spanish giants Real Madrid, he was asked by French president Francois Mitterrand to organise the 1998 World Cup in France and, shortly after, was appointed vice-president of the French Football Federation.

Since 2002, Platini has been a member of the executive committee of Fifa and was elected president of Uefa in 2007. He was re-elected and also became Fifa vice-president.

Platini, married with two children, worked as Blatter's technical adviser between 1998 and 2002, but later fell out with his former boss.

## More on this story




**Blatter: End of era for Fifa boss**

21 December 2015



**Fall of 'King' Platini**

21 December 2015



**'I will be back' - Blatter in quotes**

21 December 2015



**Football commentaries**

20 June 2016



**Add football alerts in the BBC Sport app**

2 November 2018

## Around the BBC

### Football on the BBC

# EXHIBIT 35

FIFA reform committee to meet next month
11y - PA Sport

New coach, same Reds: Isolation has work cut out for him as Liverpool struggle in opener
5h - Beth Lindop

Premier League VAR review: Did Liverpool deserve to be bailed out by penalty?
6h - Andy Davies

Szoboszlai scores pen, Liverpool-Newcastle draw
7h - ESPN News Services

Two late goals save Man City blushes in PL opener
10h - ESPN

USMNT's Pepi, Dest score in PSV's 5-1 rout
10h - ESPN

Raphinha stars as Barcelona thump Elche 5-0
2h - PA

González joins Al Qadsiah after Gotham FC exit
2h - Jeff Kassouf

Kane wins Germany award after 61-goal season
12h - Associated Press

Mourinho: Opponents, fans are 'bullying' Vini Jr.
1d - Alex Kirkland

Messi scores but Miami slumps to 4th loss in 5
22h - ESPN

New season, same streak: Viral Man United fan's haircut challenge continues
1d - ESPN

With Guéhi in midfield, Maresca makes transfer needs clear in Man City win
9h - Rob Dawson

Too soon to panic? Man United see problems exposed in Hull City defeat
1d - Rob Dawson

New season, new haircut: Erling Haaland ditches iconic long hair for new season
9h - ESPN

Transfer rumors, news: Nottingham Forest bid £70M for Igor Thiago
12h - ESPN

Men's transfer grades: Arsenal get a B for Konsa
2d - Sam Tighe

Breaking down 10 years of FC 100: Top countries, trends, all-time starting XI
3d - Nicholas Sorn

2026 FC 100: Kane, Yamal, Messi among best men's soccer players
6d - ESPN

UEFA boss Čeferin rules out FIFA presidency bid
1h - PA

Barça to again discuss new No. 9 after Elche win
2h - Sam Marsden

González joins Al Qadsiah after Gotham FC exit
2h - Jeff Kassouf

Raphinha, López both score brace as Barça kickstart campaign
2h - ESPN News Services

Raphinha stars as Barcelona thump Elche 5-0
2h - PA

Amorim wins first Serie A game with Milan 2-1 at Torino
3h - PA

# FIFA announce reform committee to meet for first time next month

PA Sport
Aug 20, 2015, 02:22 PM ET

Share

FIFA has announced its reform committee will convene for the first time in a two-day session in Switzerland next month.

Headed by Swiss lawyer Francois Carrard, who was named the committee's chairman on August 11, the new body will over the coming months compile a series of proposals to be voted on at the FIFA extraordinary congress in February 2016.

It will be at the same congress next year that a successor to FIFA president Sepp Blatter is determined by a vote.

FIFA said on Thursday that Carrard had confirmed the dates of the first meeting.

Football's world governing body quoted Carrard as saying: "The first meeting of the 2016 FIFA reform committee will be held in the Swiss capital of Berne on 2-3 September 2015. No further comments on the meeting will be provided at this time."



FIFA will hold a vote for current president Sepp Blatter's successor in February 2016. Philipp Schmidli/Getty Images

Carrard is highly experienced in such operations, having led the reform programme at the International Olympic Committee in the wake of its cash-for-votes Salt Lake City scandal which came to light in the late 1990s. He was director general of the IOC from 1989 to 2003.

Blatter will stand down in February amid two separate corruption inquiries related to the administration of football's world governing body.

Seven FIFA officials were arrested in a dawn raid at a hotel in Zurich on May 27 after warrants were issued by the U.S. Department of Justice in relation to charges of corruption.

In total, the American authorities have indicted 18 people as part of their investigation. Four of those people have pleaded guilty to corruption charges, including former FIFA executive member Chuck Blazer who has admitted taking a bribe to vote for South Africa to host the 2010 World Cup.

Swiss authorities are also conducting a separate inquiry into the bidding process for the 2018 and 2022 World Cups.

Blatter had not been arrested and has stressed he has a clean conscience, saying last month he would accept no responsibility for the alleged behaviour of others at FIFA.

FIFA is determined to persuade all doubters its future will be as an organisation with the utmost integrity.

Its sponsors have raised concerns following recent revelations and allegations, wary of being associated with an organisation that makes news for the wrong reasons.

FIFA announced it had met with a number of key sponsors on Thursday to address such issues.

"FIFA met with its commercial affiliates AB InBev, adidas, Coca-Cola, McDonald's and Visa at the Home of FIFA to discuss current matters," FIFA said in a statement.

"During the meeting, FIFA reaffirmed its commitment to transparency, reform, and collaboration with its valued partners."

FIFA secretary general Jerome Valcke last month admitted the corruption scandal is deterring new World Cup sponsors from signing up.

Before the reform committee was put in place, Visa chief executive Charlie Scharf said FIFA's response to the corruption crisis had been "wholly inadequate."

# New season, same Liverpool: More work ahead to be Premier League contender again

# EXHIBIT 36

FIFA REWARDS FIFA+ FIFA STORE FIFA COLLECT English

FIFA TOURNAMENTS & EVENTS MATCHES & STATS NEWS RANKINGS More

Thursday 22 December 2016, 13:42

Organisation

# Extraordinary FIFA Congress, Zurich 2016

FIFA Member Associations approved a package of landmark reforms that paved the way for significant improvements to the governance of global football, and Gianni Infantino was elected as the ninth FIFA President at the Extraordinary FIFA Congress 2016 held in Zurich.

The reforms were supported by 179 of the 207 Member Associations present and eligible to vote. They were based on proposals made by the 2016 FIFA Reform Committee and the subsequent recommendations put before the Congress by the Executive Committee in the form of draft FIFA Statutes. The reforms represent an essential step towards the modernisation of FIFA's institutional culture in key areas such as the clear separation of political and management functions, term limits, the disclosure of individual compensation, greater recognition and promotion of women in football and a commitment to enshrining human rights in the FIFA Statutes.

Furthermore, they include statutory principles of good governance for member associations and confederations, such as compulsory annual independent audit reports as well as independent judicial bodies to ensure a separation of powers on all levels of football structures. The main aspects of the approved reforms have been incorporated into an amended version of the FIFA Statutes. A summary of the approved reforms is available here.

Infantino was elected as the President of FIFA for the remainder of the current term of office (until 2019). In line with the FIFA Statutes, the mandate of the new FIFA President started after the conclusion of the Congress.

At the beginning of the proceedings, it was confirmed to the Congress that 207 FIFA member associations were entitled to vote (the member associations of Indonesia and Kuwait could not vote due to their respective suspensions). The candidate Tokyo Sexwale withdrew from the election after his address to the Congress.

## Results of the elections for the office of FIFA President:

**Ballot 1:**

HRH Prince Ali Bin Al Hussein: **27 votes**
Shk. Salman Bin Ebrahim Al Khalifa: **85 votes**
Jérôme Champagne: **7 votes**
Gianni Infantino: **88 votes**

**Ballot 2:**

HRH Prince Ali Bin Al Hussein: **4 votes**
Shk. Salman Bin Ebrahim Al Khalifa: **88 votes**
Jérôme Champagne: **0 votes**
Gianni Infantino: **115 votes**

## Related Documents

PDF

Fact sheet: FIFA's human rights approach

### Related Topics

Organisation

INSIDE FIFA

**What FIFA does**

- Legal
- Transfer system
- Women's Football
- Advancing football
- Innovation
- Talent development
- Tournament organisation
- Sustainability
- Human Rights & Anti-Discrimination
- Health and medical
- Education initiatives

**Also visit**

- All stories & topics
- Reports & Documents
- FIFA Foundation
- FIFA Museum
- Jobs & Careers
- Contact FIFA

FIFA

FIFA PARTNERS

ADI

aramco

Lenovo

QATAR AIRWAYS

VISA

TERMS OF SERVICE DATA PROTECTION PORTAL DOWNLOADS COOKIE SETTINGS

Copyright © 1994-2026 FIFA. All rights reserved.

Cookie Settings

# EXHIBIT 37

# Transparency International concerned by Gianni Infantino's FIFA changes

PA Sport
May 17, 2016, 09:49 PM ET

Share

Anti-corruption experts have criticised new FIFA president Gianni Infantino for weakening the independence of the governing body's compliance and ethics committees at a crucial time in its history.

Infantino's first FIFA Congress as the man in charge was tarnished when audit and compliance committee chairman Domenico Scala, a key figure in FIFA's attempts to recover from last year's scandals, stormed out of the congress venue in Mexico City on Friday.

The Swiss-Italian businessman was furious at a late change Infantino made to the rulebook which gives his inner circle, the FIFA Council, unprecedented control over the key committees to recruit and dismiss members.

Within 24 hours, Scala had resigned, becoming only the latest independent voice to leave FIFA in frustration in recent years.

Transparency International, the Berlin-based good-governance body that publishes the Global Corruption Barometer, backed Scala's decision to draw attention to Infantino's move.

"We have always called for independent oversight at FIFA," a Transparency International spokesperson said.

"The fact the ethics committee and the audit and compliance committee were independently run was a step in the right direction.

"Taking this independence away, even for just a year, is significant primarily because of the way it was done and the message it sends.

"We would have hoped that if the new president wanted to remove people from the committees he could have found a less autocratic way to do it."

When asked to defend the change in Mexico City, a defensive Infantino said it was intended to speed up the process of getting discredited members off committees, and stressed that this was a temporary measure until next year's congress.

He also accused critics of "misunderstanding" his intentions and later hit back at the claims in Scala's scathing resignation statement as being "baseless" and "without merit'.'



Domenico Scala walked out of the FIFA Congress in Mexico City on Friday. Alexander Hassenstein - FIFA/FIFA via Getty Images

But the criticism has only grown, with Transparency International saying Infantino's decision to spring it on the delegates -- amid a rush of other announcements -- smacked of a "power grab."

International sports lawyer David Larkin agreed it was a step in the wrong direction for an organisation still under investigation by law-enforcement agencies in the US and Switzerland.

"Scala's resignation is alarming because he was one of the few genuine reformers in a senior position at FIFA," said Larkin, who helped set up the ChangeFIFA pressure group.

"The FIFA Council has hijacked the power to hire and fire people in critical positions within FIFA.

"The instant effect is to chill independence in FIFA investigations, judicial decisions, finances and compliance.

"This power grab removes some basic administrative safeguards from the already troubled organisation.

"FIFA's small group of leaders have grabbed powers that they didn't even have under Sepp Blatter. All of this is very worrying.

"I find it hard to believe that Infantino, who is an attorney, doesn't grasp the dire implications of all of this."

The criticism has not just been external, either, with the president of the Jordan Football Association, Prince Ali, who has twice run for the FIFA presidency in the last year, accusing Infantino of a "complete betrayal."

Press Association Sports has also talked to other FIFA experts alarmed at the amount of power Infantino has seized for himself, a situation exacerbated by his equally surprising appointment of the United Nations diplomat Fatma Samoura, who lacks experience in football, as FIFA's general secretary.

The appointment of an African woman to the second most important job at FIFA was initially praised as a powerful message for diversity but some, who wish to remain anonymous for now, are questioning how the Senegalese was recruited, and asking what scrutiny the FIFA Council members could possibly have offered in the short time they had after Infantino informed them of his choice before Friday's congress.

They also point out there were more obvious and better qualified women already working within African football, such as Mariyatta Abdou of Comoros, Isha Johansen of Sierra Leone or Burundi's Lydia Nsekera.

All of this has rather taken the sheen off Infantino's confident prediction as he closed the congress that "FIFA is back on track" and "the crisis is over."

# EXHIBIT 38

QUICK TAKE

# Also in Play: FIFA's Commitment Without Oversight

Dorothée Baumann-Pauly




**June 18, 2026**

The 2026 FIFA World Cup is underway—and with it, a test of whether FIFA's landmark human rights commitments will hold in practice. Last week, my colleague Isabelle Glimcher introduced this series, which will consider some of the human rights concerns surrounding the 2026 World Cup. The 2026 World Cup is the first with human rights bidding requirements, the first with a Human Rights Strategy as part of the award process, and the first with a Human Rights Framework—a significant milestone in the decade since FIFA President Gianni Infantino pledged that FIFA is "fully committed to respecting human rights" and to meeting its responsibilities under the UN Guiding Principles on Business and Human Rights. These developments did not happen by accident.

They are the result of years of sustained pressure from civil society organizations, the Dignity 2026 coalition, and advocates who made human rights commitments a condition of their support for the tournament—and they represent a meaningful shift in how the world's most powerful sports body understands its responsibilities. The question is whether these commitments can be verified. And here, a structural problem remains unresolved.

The New York City Bar Association recently wrote to the New York and New Jersey host committees urging them to undertake a rigorous, public post-event human rights evaluation of the 2026 World Cup, assessing what was promised, what was delivered, and what lessons should carry forward to future events, including the 2031 Women's World Cup. The letter is a timely reminder that commitments without independent evaluation are, at best, incomplete. New York and New Jersey have an opportunity to set a standard. But meaningful evaluation requires something FIFA has long resisted: genuine independent oversight.

Ten years ago, that resistance had a face. In May 2016, Domenico Scala, the Swiss businessman credited with spearheading governance reforms at FIFA, resigned as chairman of the independent audit and compliance committee, complaining that the reforms were being undermined. A new rule, passed by the FIFA Congress in Mexico City, gave the FIFA Council the power to appoint and dismiss members of its own oversight committees, including the ethics and audit bodies. In his resignation statement, Scala warned that committee members had been "factually deprived of their independence and are in danger of becoming auxiliary agents of those whom they should actually supervise." He called it "a wake-up call" for people working to reform FIFA.

That wake-up call has gone largely unanswered. The governance structure that prompted Scala's resignation—in which the executive leadership retains the ability to appoint and remove the very bodies meant to oversee it—remains substantially in place. This is not a technical footnote. It is a central obstacle to assessing whether FIFA's human rights commitments are being met.

The UN Working Group on Business and Human Rights has recently called on companies and institutions to ensure that human rights expertise is embedded in governance structures and that independent oversight is possible. FIFA, as one of the world's most influential non-state actors, should be at the forefront of this shift. A Human Rights Framework that instructs host committees to develop action plans is a good start. But without an independent body empowered to

assess FIFA's own performance, one that cannot be dismissed by those it is meant to scrutinize, the framework rests on uncertain foundations.

The 2026 World Cup offers a moment to change that. The commitments are in place. What is missing is the architecture to hold them to account. As Domenico Scala put it to me in an interview last week: "commitments on paper are one thing—paper has a lot of patience."

Global Labor

**Related** See all



QUICK TAKE July 27, 2026

Can Tariffs Actually Reduce Forced Labor?



QUICK TAKE July 20, 2026

Arming Responsibly: Why Western Governments Must Lead on Cobalt Sourcing in the Defense Sector



QUICK TAKE July 15, 2026

TotalEnergies: Paris Court Enshrines Fundamental Connection between Climate Risks and Human Rights



QUICK TAKE July 8, 2026

Also in Play: Hidden in Plain Sight—Human Trafficking at the World Cup

NYU | STERN
Center for Business and Human Rights

About
Our Work
Publications
News
Support

Copyright © 2026 NYU Stern Center for Business and Human Rights. All Rights Reserved.

Design & Development by Partner & Partners

# EXHIBIT 39

# Infantino's FIFA: Ten years of power, politics, and so-called ethics

playthegame.org/news/infantino-s-fifa-ten-years-of-power-politics-and-so-called-ethics

Stanis Elsborg April 13, 2026




Gianni Infantino celebrates after being elected FIFA president in 2016, promising to restore the organisation's image and credibility in the wake of the corruption scandal. A decade later, his presidency, according to Stanis Elsborg, has come to define a new era in world football — one shaped by political proximity, weakened scrutiny, and an increasing alignment with state power at the highest levels. Photo: Alexander Hassenstein – FIFA / Getty Images

PtG Comment 13.04.2026

**At a conference on sports integrity in Cali, Colombia, Stanis Elsborg examined Gianni Infantino's first decade as FIFA president. Infantino promised reform, transparency, accountability, and a "new FIFA." Ten years on, Infantino's FIFA is instead defined by political proximity, weakened scrutiny, and an increasing alignment with state power at the highest levels.**

Playing this audio file requires acceptance of statistics and marketing cookies.

Let me take you back to a moment when world football stood on the edge of collapse.

In the early hours of May 27, 2015, Swiss police entered the Baur au Lac hotel in Zurich, where FIFA officials were staying ahead of the annual congress. The operation was carried out at the request of the U.S. Department of Justice, the FBI, and the IRS Criminal

Investigation. At almost the same time, the FBI raided CONCACAF's headquarters in Miami Beach.

Seven senior football officials were arrested in Zurich, and fourteen FIFA officials and associates were charged by U.S authorities.

The charges included racketeering, wire fraud, money laundering, and large-scale bribery schemes designed to enrich football officials through the corruption of international football. The sums initially exceeded 150 million US dollars and later rose above 200 million US dollars.

For many, the arrests felt dramatic and sudden.

In reality, it had been years in the making.



Chuck Blazer, once a central figure in FIFA's inner circle, sits behind Sepp Blatter during a FIFA meeting. Years later, Blazer would become a key informant for U.S. authorities, secretly recording conversations that helped expose the corruption networks at the heart of world football and ultimately contributed to the 2015 FIFA scandal. Photo: Julian Finney / Getty Images)

As early as 2009, U.S. authorities had begun building their case. At the centre was a man named Chuck Blazer: a FIFA Executive Committee member, general secretary of CONCACAF, and executive vice president of the U.S. Soccer Federation.

Faced with overwhelming evidence of tax crimes and hidden income, Blazer agreed to cooperate. He became an undercover informant for the FBI and U.S. Department of Justice, and secretly recorded conversations with football leaders using a hidden recording device.

These recordings, combined with years of investigative work, revealed in remarkable detail how money, influence, and decision-making worked at the highest levels of world football.

Blazer later pleaded guilty in 2013 to bribery, money laundering, and tax evasion, and was banned for life from football.

For Play the Game, this investigation also became a small but meaningful moment of recognition. We later learned that two of the lead U.S. investigators had used our website as a source when they began studying FIFA and international sports politics around 2010.

I mention that not to overstate our role, but because it reflects the atmosphere at the time. For years, the type of information and criticism promoted by Play the Game had been dismissed by sports leaders as negative or unhelpful. Yet when investigators sought to understand football politics, this was exactly the kind of material they turned to.

## Journalists were key in chasing the bad men

None of this would have been possible without the journalists, and their role can't be overstated. Over many years, they had uncovered the flow of money, exposed the underlying networks, and documented how wrongdoing and corruption were structurally embedded in the system at FIFA.

Among the journalists who spent years documenting this system, one stands out: Andrew Jennings.

For decades, Jennings investigated corruption within both the International Olympic Committee and FIFA. He was often dismissed, ridiculed, and ignored by those in power.

But over time, his work proved to be accurate.

Jennings described his work in very simple terms. When his children asked what he did, he answered: "I'm chasing the bad men."

He confronted football leaders directly – following them, challenging them in public, and refusing to accept silence or evasion as answers.




Andrew Jennings speaking at the Play the Game conference in 2011. For decades, Jennings relentlessly investigated corruption in FIFA and the Olympic movement, challenging those in power long before the 2015 scandal exposed the full scale of wrongdoing. Often dismissed and sidelined, his work proved foundational in revealing how corruption was embedded within the structures of world sport. Photo: Tine Harden / Play the Game

One moment captures Andrew Jennings particularly well. It took place at the Play the Game conference in 2011. Jens Sejer Andersen, the founder of Play the Game, has told me this story many times, and the exchange is in fact on video, so I went back and watched it before coming here.

Jennings had just delivered one of his characteristically uncompromising presentations, arguing that FIFA had come to display traits that were comparable to organised crime – a mafia gang.

In the audience sat FIFA's newly appointed communications director, Walter de Gregorio.

At one point, Andrew Jennings spotted Walter de Gregorio in the room and called him out directly. In that unmistakable Jennings style, he asked: "How much are they paying you to come in and spin for Blatter?"

Blatter was the FIFA president at the time. Walter de Gregorio pushed back strongly and rejected the comparison between FIFA and the mafia, arguing that the mafia was something else entirely, something linked to violence and death, and that it was disrespectful both to victims and to FIFA to make such a comparison.

## Two different understandings of accountability

That moment crystallised a deeper question that would become central in the following years and one that still matters today: Was FIFA a legitimate institution damaged by a few corrupt individuals – or was corruption embedded in the system itself?

It also exposed two very different understandings of accountability. One insisting that those in power must be challenged directly and publicly, the other believing criticism could be spun away, managed, or dismissed.

But Jennings did more than just write about FIFA and criticise their leaders in public. He also literally went after the people who embodied its power.

One of those he returned to again and again was Jack Warner – then FIFA vice-president, CONCACAF president, and one of the most powerful men in the game.

According to the U.S. authorities, he was central to networks involving bribery, racketeering, wire fraud, money laundering, and World Cup votes.

And Jennings pursued and confronted him repeatedly.

Let me show you a brief clip.

When I watch that clip and revisit the history, what stands out to me is what it reveals about the wider culture in FIFA: a football elite that did not expect to be questioned. A culture of impunity. A system where scrutiny was treated as an intrusion rather than as a democratic necessity.

Fortunately, persistent journalists continued their work. Over time, the reporting by Andrew Jennings and others, such as Thomas Kistner, Jens Weinreich, Philippe Auclair, Jean-François Tanda, Lasana Liburd, Nick Harris, and whistleblower Bonita Merciades, and many more, helped shift the debate.

## A new president with the same cash incentives

At the top of FIFA stood Sepp Blatter, FIFA president since 1998.

For years, Blatter managed to survive criticism and allegations through political skill, alliances, and a system built on rewarding loyalty. Even in May 2015, in the immediate aftermath of the arrests in Zurich, he was re-elected to his fifth term as president of FIFA.

However, this time the situation was different.

The scale of the crisis made his position untenable. Just days after his re-election, Blatter announced he would step down and call a new election.

Later, he became the subject of a criminal investigation in Switzerland and was banned from football. Michel Platini, then UEFA president and clear favourite to succeed Blatter, was also brought down and banned.

By then, much of FIFA's top leadership was either under investigation, suspended, or removed.

This was the FIFA that emerged into full public view in 2015: an organisation exposed, deeply embedded in corruption, with a collapsing leadership and severely damaged legitimacy.

It was in this context of crisis and a sudden vacuum of leadership that Gianni Infantino emerged as a candidate for the FIFA presidency.

At the time, UEFA's general secretary, Infantino, positioned himself as a reform candidate – speaking about the need for transparency, democracy, term limits, and stronger governance structures.

Initially, many saw him as a temporary figure. Infantino himself even confirmed that in the early days of his campaign, saying that his candidacy was "not in opposition to Michel," and that if Michel Platini was cleared to run, he would step aside in "a simple principle of loyalty," as he put it.

As the February 2016 election approached, however, it became clear that his candidacy was anything but temporary. He launched his campaign in London, joined at Wembley Stadium by former star players such as Luis Figo and Roberto Carlos, as well as high-profile coaches Jose Mourinho and Fabio Capello. It was an early signal of his reach into football's elite and his willingness to leverage and display those connections.



Gianni Infantino launches his FIFA presidential campaign at Wembley Stadium in 2016, flanked by prominent football figures and former stars. Photo: Clive Rose / Getty Images.

But what appears to have resonated most with FIFA's member associations, however, was not his pledge to integrity and to "clean" FIFA, but money. He told the member associations that "the money of FIFA is your money," and he pledged to increase distributions significantly. And he delivered this message in his speech at the FIFA Congress just before they were about to cast their votes.

It was a message he ran again when he was re-elected in 2019: "FIFA's money is your money," he said. "Your money, for the development of football."

These promises were part of a broader vision: expand tournaments, generate more revenue, and then distribute more money through the system.

And in that sense, there was continuity with the past.

Sepp Blatter had also combined reform rhetoric with financial promises to member associations, like in 2011, when he pledged to distribute more than 1 billion US dollars in development funding to member associations.

Infantino promised a new FIFA but understood one of Blatter's enduring truths: In FIFA, reform rhetoric may matter – but money builds loyalty.

And when the votes were counted, Infantino stood as the new president of FIFA and delivered the now-famous quote: "We will restore the image of FIFA and the respect of FIFA, and everyone in the world will applaud us and will applaud all of you for what we'll do in FIFA in the future."

It was actually something many wanted to believe.

## Key figures in FIFA's reform structure were removed

But the new era with Infantino did not begin in an atmosphere of unambiguous renewal.

Barely a month into his presidency, his name appeared in reporting linked to the Panama Papers, about contracts signed during his UEFA years with an offshore company. Infantino said he was "dismayed" and that he would not accept having his integrity doubted.

In 2016, only months after his election, he also came under scrutiny in an investigation by FIFA's own ethics committee.

The issues included:

- potential conflicts of interest linked to the use of private jets arranged by World Cup host countries

- questions about appointments to senior positions without checking people's eligibility, including the new FIFA secretary general, Fatma Samoura

- and a series of personal expenses billed to FIFA, including mattresses, flowers, an exercise machine, and personal laundry.

Now, these allegations were either dismissed or did not lead to sanctions.

But that is not the key point.

The key point is that the new FIFA president – elected on a platform of reform – was already under scrutiny by FIFA's own ethics system.

And more would follow.

But by 2017, the tension between reform and control had become intense.

According to reporting at the time, Cornel Borbély – chair of FIFA's ethics committee investigatory chamber – had begun examining complaints involving Gianni Infantino.

Among the issues under consideration were allegations that Infantino and FIFA's general secretary, Fatma Samoura, had sought to influence the election of the president of the Confederation of African Football in favour of their preferred candidate, Ahmad Ahmad.

That same Ahmad Ahmad later became associated with misuse of funds, including financing a pilgrimage trip to Mecca and Medina for a group of African football leaders financed with thousands of dollars intended for football development.

What matters here is the timing.

Because at the very moment scrutiny was moving into politically sensitive areas, key figures at the heart of FIFA's reform structure were removed.

At the FIFA Congress in Bahrain in 2017, Cornel Borbély and Hans-Joachim Eckert, the chair of the ethics committee's adjudicatory chamber, were pushed out. Both were part of FIFA's post-2015 reform process and described their removal as "political".

At the same time, Miguel Maduro was also pushed out.

As chairman of FIFA's governance committee, Maduro had been tasked with ensuring independent oversight. He had already made decisions that touched on sensitive political interests, including ruling Russian sports minister Vitaly Mutko ineligible for the FIFA Council. Considering that Russia was due to host the FIFA World Cup the following year, in 2018, this was a highly sensitive issue for FIFA.



Gianni Infantino at a FIFA event sitting next to Vitaly Mutko from Russia. Photo by Alexander Hassenstein - FIFA/FIFA via Getty Images.

Maduro later drew a striking conclusion.

FIFA, he argued, had a "systemic problem" – an inability to accept the independence that meaningful reform requires.

Speaking at Play the Game in 2019, he put it very clearly: FIFA, he said, is dominated by two fundamental problems – a political cartel with a high concentration of power, and the absence of effective independent scrutiny. And for that reason, he argued, FIFA cannot truly reform itself from within.

This was a defining moment in Infantino's presidency.

Because very early on, he signalled that while the language of reform could remain, the independence behind it was far more fragile.

## A criminal investigation into meetings with the Swiss Attorney General

But the questions did not disappear.

In 2020, Swiss authorities opened a criminal investigation into undisclosed meetings held in 2016 and 2017 between Gianni Infantino and the Swiss Attorney General, Michael Lauber.

At the time, Lauber was overseeing several FIFA-related investigations, including a case concerning Sepp Blatter's alleged transfer of around 2 million Swiss francs to Michel Platini in 2011.

The case raised serious questions about transparency, conflicts of interest, and the integrity of ongoing FIFA investigations – and one can only wonder why neither Michael Lauber nor Infantino was able to recall key details of those meetings – and why no official minutes existed of discussions between a sitting FIFA president and the prosecutor responsible for investigating FIFA matters.

Three years later, though, in 2023, the proceedings were closed without charges.

But whatever legal outcome one chooses to emphasise, the broader point remains: Infantino's presidency did not begin in clean air. It began under the banner of reform, while questions about power, privilege, access, and accountability persisted.

## Infantino's friendship with Russia and Putin

And this is where the story moves from internal governance to external politics – from Zurich to Moscow.

In 2010, Russia was awarded the 2018 FIFA World Cup.

It became the first World Cup under Infantino's leadership, and it offered an early indication of the governing style that I believe has since come to define him: maintaining close relations with political leaders, keeping them satisfied, and deflecting criticism.

In December 2017, six months before the 2018 World Cup in Russia, Infantino warned against what he called a Western tendency to "paint with a dark paint, everything that comes from the East – Russia or the Arab world."

That was a striking intervention.

Because, let me remind you: this was a host nation led by a president who had invaded Georgia in 2008 during the Olympics, annexed Crimea following the Sochi Games in 2014, and was behind the most extensive state-run doping system in modern sports history, as exposed by the courageous Russian whistleblowers Yuliya and Vitaly Stepanov in cooperation with German journalist Hajo Seppelt.

At the same time, the Russian hosts also faced serious criticism ahead of the World Cup – including human rights abuses and treatment of workers, racism in Russian football, and anti-LGBTQ+ laws. More broadly, this was a state that, under Putin's rule, had long used sport for political purposes and propaganda.

Despite this, Infantino consistently defended the host nation.

He also actively embraced the political symbolism surrounding the tournament.

Before, during and after the World Cup, Infantino was repeatedly seen in the company of President Putin – at matches, at official events, and in highly symbolic and politically public appearances.



Gianni Infantino alongside Russian president Vladimir Putin. Photo: Dan Mullan / Getty Images

In 2019, Infantino returned to Moscow to meet Vladimir Putin in the Kremlin, where the Russian president informed him that he had signed an executive order awarding him the Order of Friendship of the Russian Federation.

Infantino thanked Putin, calling it "an incredible, unbelievable honour". Infantino – as many times before – described Russia 2018 as "the best World Cup ever" and praised Russia for

disproving what he called the “negative prejudice that existed” surrounding Russia.

A few months later, Infantino returned to Moscow to formally receive the Order of Friendship of the Russian Federation from President Vladimir Putin.

## Infantino's extraordinary steps to defend Qatar

If Russia 2018 was the beginning of something, the image below shows where it was heading next.

By this point, a pattern had become visible. It was no longer about a single tournament or host nation. It reflected a broader approach where Gianni Infantino, as FIFA’s president, engaged more closely with political leaders and was moving ever more comfortably within circles of state power.



Gianni Infantino pictured with Russian president Vladimir Putin and Qatar’s Emir Tamim bin Hamad Al Thani during the transition between the 2018 and 2022 World Cups. Mikhail Svetlov / Getty Images.

From Moscow to Doha.

From Vladimir Putin to the Emir of Qatar.

And, as we would later see, increasingly beyond that.

And that brings us to Qatar in 2022.

From the beginning, this World Cup was different.

It was the first held in the Middle East, the first played in winter, and it became the most politically debated World Cup in modern history.

The tournament was surrounded by a wide range of well-documented concerns about labour rights, migrant workers, freedom of expression, LGBTQ+ rights, and, more broadly, the relationship between sport and political legitimacy.

FIFA's response followed a familiar script.

Football should unite.
Football should not be politicised.
Football should focus on the game.

Infantino was clearly aware of the political sensitivity. From 2021, he spent an extended time in Qatar. He relocated parts of his private life there, rented a house in the capital of Qatar, and had two of his children enrolled in school there.

Infantino defended the move by arguing that the World Cup in Qatar would be a historic event both for the region and for FIFA, and that it was worth the greatest effort. FIFA, for its part, explained that his presence in Qatar was necessary to help organise the tournament.

As with Russia, Infantino consistently defended Qatar, pointing to what he described as Qatar's progress on human rights.

Then, on the eve of the tournament, came a moment that stood out – one that, quite frankly, surprised everyone, including both Infantino's supporters and his harshest critics.

In a press conference lasting nearly an hour, he delivered what became known as the "I feel…" speech.

Let's look at a brief clip of the most discussed part.

It remains one of the most extraordinary public performances of Infantino's presidency – by any sports leader in fact.

Through the repeated "I feel…" statements, he sought to identify personally with experiences of exclusion and discrimination. He referred to his background as the son of migrant workers

in Switzerland and to being bullied as a boy because he had “red hair and freckles”.

By positioning himself in this way, he shifted the focus from Qatar’s appalling human rights record to the alleged hypocrisy of its critics.

He then broadened his argument into a defence of Qatar and a wider critique of what he framed as Western hypocrisy and double standards – something that would be echoed by many academics from the region.

In doing so, he tried to reframe the entire debate surrounding the tournament, and once again demonstrated his willingness and ability to do whatever it takes to defend a host nation under pressure.

## Controlling criticism and those who speak out

As with FIFA under Blatter, FIFA under Infantino also pushed back against critical journalists.

At the 73rd FIFA Congress in Rwanda in 2023, in response to growing scrutiny, he lashed out at journalists, asking: “Why some of you are you so mean?”

It was a revealing moment because it echoed something familiar from the era of Sepp Blatter and Andrew Jennings.

The same underlying tension between those who ask difficult questions and those who would rather not answer them.

While Infantino questioned journalists’ motives and tone, many reporters covering FIFA and Qatar 2022 had themselves come under sustained criticism – something I experienced firsthand during those years.

They were labelled biased.

Accused of being orientalist.

In some cases, they were even called racist.

Despite this, many continued their work – documenting conditions, raising questions, and insisting on scrutiny. They did what journalists do best: holding those in power to account.

And for some, there may even have been a small moment of recognition – perhaps even validation – when they later heard the brave Abdullah Ibhais speak at Play the Game in 2025.

Abdullah Ibhais had been part of the system.

He worked for Qatar's Supreme Committee as a media manager for the World Cup – until he refused to downplay the mistreatment of migrant workers and became a whistleblower.

When he took the stage at Play the Game 2025, he revealed and summarised Qatar's strategy in three words:

"Deflect. Discredit. Deny."

He exposed the realities behind the World Cup project and delivered a powerful and chilling testimony about how journalists were monitored, profiled, and managed to shape a flawless global image of Qatar.

He described how media access became a tool of manipulation – how they were rewarding "friendly" reporters with exclusives, while sidelining or surveilling those who dared to be critical. They had profiles for journalists, he explained: who was friendly, who was supportive, who was easy-going, who was critical, and who was problematic. And they had a strategy to handle each and every one of them.

Abdullah Ibhais paid a heavy price for speaking out. He was arrested in 2019, imprisoned for more than three years, and separated from his family.

And yet, standing on that stage, his message was not one of bitterness, but encouragement:

"Do not despair and do not stop," he said. Because, as he explained, critical reporting was the only thing that kept them on their toes. "They were always worried about the next negative piece that would come," he said.

Whistleblowers rarely see themselves as heroes. But without their courage, the truth about corruption, abuse, and manipulation in sport would remain hidden.

As Jens Sejer Andersen also reminded us at Play the Game 2025:

"These people do not attract attention to themselves by making irritating noise. They provide essential documentation that enlightens us about how sport works behind the glossy surface."

The price they pay is often severe – loss of career, reputation, freedom, and sometimes even

personal safety. Yet without them, sport would remain blind to its own failures.

That's why, at Play the Game, we continue to give space to those who risk everything to defend honesty, human dignity, and freedom of expression in sport.

But you have heard nothing about this from FIFA and Infantino. Instead, he has continued to engage closely with Qatar, visiting the country regularly and praising the Qatar 2022 World Cup. He has even awarded Qatar the hosting rights for the FIFA U-17 World Cup from 2025 to 2029.

So much for a "new FIFA." So much for the promise that everyone in the world "will applaud" FIFA.

And if this is how criticism was managed in Qatar, what happens if this model becomes even more deeply embedded in FIFA's future?

## Saudi Arabia and the consolidation of power

Because now, we are also looking ahead to the 2034 FIFA World Cup in Saudi Arabia.

In many ways, placing the world cup in Saudi Arabia was not the result of an open and competitive bidding process. It was a tournament effectively served on a plate for the Kingdom of Saudi Arabia.

And once again, football is being tied to a host nation with severe human rights abuses – something the Kingdom of Saudi Arabia, FIFA, and its member associations have shown little appetite to discuss.

Saudi Arabia has indeed introduced some reforms, but the overall human rights situation remains deeply troubling.

Journalists, critics, and activists continue to face repression – including arbitrary arrests and torture.

Women's rights also remain restricted.

And those who speak out and have pushed for reform – such as Loujain Alhathloul – have been silenced and have paid a high price.

According to Amnesty International, she has been subjected to torture, sexual abuse, and other forms of mistreatment, all while being denied access to her family and legal counsel.

At the same time, migrant workers – who will also help build the infrastructure and stadiums for the 2034 World Cup – continue to face horrific working conditions, wage theft, and abuse.

So once again, FIFA is aligning itself with an autocratic regime marked by serious human rights abuses – some of them directly connected to 2034 World Cup itself.

In October 2023, a decisive step was taken when FIFA announced the framework that effectively paved the way for Saudi Arabia to secure the 2034 World Cup.

Once the 2030 World Cup was allocated elsewhere, and due to FIFA's principle of confederation rotation, only countries from Asia and Oceania were eligible. And potential bidders were given less than a month to submit their bids.

Just 81 minutes after FIFA's announcement, Saudi Arabia declared its intention to bid.

And as the deadline approached, Australia, the only realistic alternative, decided to withdraw.

From that moment, the outcome was no longer in doubt.

But Infantino had more to come.

In October 2024, FIFA revealed that the decisions for both the 2030 and 2034 World Cups would be made en bloc.

That means instead of voting on each host separately, member associations were asked to cast a single yes-or-no vote for both tournaments at once.

And in the end, there was actually no formal vote at all. No real contest and no meaningful open debate.

The decision was approved by acclamation during a virtual FIFA session.

So, when we speak about Saudi Arabia hosting the 2034 World Cup, we are also speaking about a process that Infantino's FIFA made possible.

And if there were any doubts about FIFA's and Infantino's position, they were quickly removed.

FIFA's own evaluation report of Saudi Arabia's 2034 bid did not treat human rights issues as a fundamental risk. Instead, the report framed the tournament as an opportunity and suggested it could act as a catalyst for reforms and "positive human rights outcomes".

That reasoning is familiar.

We have heard it before: the idea that awarding major sporting events to authoritarian states will somehow drive reform.

But time and again, FIFA has shown far more willingness to trust such promises than to confront the underlying realities.

And from a governance perspective, there is another troubling point.

FIFA's evaluation relied heavily on a so-called independent human rights assessment produced by Clifford Chance – a law firm with longstanding ties to the Saudi state.

Already when their report was released in July 2024, Play the Game highlighted significant conflicts of interest that raised serious doubts about the report's independence.

Fahad Abuhimed, a partner at Clifford Chance, was particularly noteworthy. He has served as a board member of the government-owned Riyadh Airports Company, as deputy minister for Laws and Regulations, and as an advisor for various high-profile state activities like Neom and Saudi Arabia's sovereign wealth fund.

So, what was presented as independent scrutiny appears, in reality, to be the complete opposite, and more like controlled validation.

## A presidency defined by proximity to power

Just as we saw with Vladimir Putin and with the leadership in Qatar, Gianni Infantino has built a close and visible relationship with Saudi Arabia's leadership – especially Crown Prince Mohammed bin Salman.

They have met repeatedly.

At official meetings.
At events.
And at other sporting events hosted in the Kingdom.

And it is something that is actively communicated.

Most recently, just a few days ago, Infantino met once again with Mohammed bin Salman.

And afterwards, he publicly thanked the Crown Prince on his Instagram for his support and described the 2034 World Cup as a tournament that will be "spectacular" and "bring the world together."

What we are seeing is sustained political proximity to especially autocratic leaders – something Gianni Infantino has cultivated over time.

A June 2023 investigation by journalist Anders Dehn for the Norwegian magazine Josimar showed that Infantino consistently presents himself alongside political leaders and disproportionately with authoritarian ones. Nearly three times as many of his public images feature authoritarian-leaning leaders compared to democratic ones.

And in recent years, no relationship has been more visible than with one of the leaders connected to the upcoming World Cup in 2026.

A World Cup hosted by the United States, Canada, and Mexico – but increasingly shaped by the political presence of Donald Trump.




Gianni Infantino presents a newly created FIFA Peace Prize to U.S. President Donald Trump. Photo: Hector Vivas - FIFA / Getty Images.

Infantino has met Trump on numerous occasions and has increasingly acted less like the president of a global sports body and more like a loyal political guest.

He has praised Trump publicly, aligned himself with his initiatives, and placed FIFA ever more comfortably within Trump's orbit.

Infantino even presented Donald Trump with a newly created FIFA Peace Prize with no formal nomination process and no transparent criteria.

And he has worn a “red cap” marked with ‘USA’ and ‘45-47’ – a clear reference to Trump’s non-consecutive presidencies. He wore it while he attended the inaugural meeting of The Board of Peace, which was established by Donald Trump.

## Back where it all began

And there is a final irony in this story – something that connects FIFA, Infantino, and Trump to the old days of FIFA.

Do you remember Chuck Blazer? The FIFA executive who became an FBI informant and helped expose FIFA and bring down the leadership of FIFA in 2015.

Blazer lived in Trump Tower in New York. In fact, he had two apartments, one for himself and one for his cats.

Fast forward to July 2025,  and FIFA opens a new office in Trump Tower.

So after ten years of Infantino as president, we find ourselves back where this story began. And that brings me to the conclusion of this talk.

What kind of FIFA has Gianni Infantino actually built? He came to power in a moment of deep crisis. He promised reform, he promised transparency, and he promised a new FIFA that the world would applaud.

My conclusion is this:

He surely delivered. He did reshape FIFA – just not necessarily in the way many had hoped for in 2016.

# EXHIBIT 40

# Fifa ethics committee was investigating Gianni Infantino over election expenses

theguardian.com/football/2017/jul/21/fifa-investigating-gianni-infantino-election-expenses

David Conn July 21, 2017




Gianni Infantino has admitted €500,000 of support from Uefa but senior Uefa sources have told the Guardian the total figure was approximately €1m. Photograph: Dmitri Lovetsky/AP

This article is more than **9 years old**

This article is more than 9 years old

Fifa president allegedly under-declared money spent on election campaign

Infantino organised removal of committee's chairman and members in May

The Fifa ethics committee was investigating the president, Gianni Infantino, for allegedly under-declaring the money he spent on his election campaign, before he organised the removal of the committee's chairmen and members in May.

The declaration of his election expenses was the second issue for which Infantino was under investigation; the ethics committee had also started preliminary inquiries into whether he improperly sought to influence the election in March of a new Confederation of African football president.

Before he emerged victorious in the February 2016 vote to become Fifa's president, Infantino said publicly that he had been financially supported by Uefa, European football's governing body, with €500,000 "to fund flights – mainly flights – around the world". Senior Uefa sources have told the Guardian, however, that the total support Infantino received was approximately €1m.

The chair of the ethics committee's investigatory chamber, Cornel Borbély, is understood to have been informed that Uefa's full support was more than the figure Infantino had stated publicly and to have begun investigating whether the president's declaration to Fifa's electoral committee was correct.

Fifa's rules require candidates for president to register with the electoral committee their expenditure on campaigns, which involve flying round the world to lobby national football associations for votes. Sources close to the electoral committee have told the Guardian that Infantino did declare only €500,000 to the committee.

He is understood to have been urged by the committee chairman, Domenico Scala, to be public about his budget from Uefa, considered a matter of fairness and transparency to other regional football confederations backing rival candidates. The only figure Infantino declared publicly was €500,000, on his campaign website and in interviews given shortly before the 26 February vote.

At Fifa's congress in Bahrain in May, Infantino organised the removal of Borbély, who then complained that Fifa's reforms after years of corruption scandals had been reversed and "incapacitated". The tenures of Hans-Joachim Eckert, chair of the ethics committee's adjudicatory chamber which decides whether to bring cases and sanctions, other ethics committee members, and the governance committee chair, Miguel Maduro, were also discontinued by the Fifa council on Infantino's recommendation. Critics, including Maduro, argued Fifa has a "systemic problem", failing to accept the independence of reforms required for better governance and anti-corruption.

Infantino was promoted in December 2015 as the chosen candidate by Uefa, where he was the secretary general, after Fifa's ethics committee had banned the then president, Sepp Blatter, and his favoured successor, the then Uefa president Michel Platini, for malpractice. Infantino said he flew three times around the world during his campaign, which he began in October 2015 as a provisional candidate when Platini was initially suspended. Infantino also staged campaign events, including a glitzy presentation of his manifesto at Wembley, accompanied by José Mourinho and former football playing greats.

Asked then how he had funded that presentation and all his campaign expenditure, seeking a majority of votes from African and other football associations worldwide, Infantino said: "I have been very open and transparent about that. Uefa has given me a budget of €500,000 to fund flights – mainly flights – around the world. I have communicated this information to Fifa's electoral committee and on my website as well."

Borbély and Eckert were given no notice that their chairmanships were not to be renewed after their four-year terms were concluded, and said afterwards they had hundreds of files whose progress would now be impeded. The ethics committee had previously investigated Infantino shortly after his election, for potential conflicts of interest over his acceptance of two flights in private jets, and his expenses. He was cleared, but was said by insiders to have been greatly upset at having been investigated.

A Fifa spokesman declined to comment on whether Infantino was under investigation for the declaration of his election expenditure when the committee chairmen were removed, saying it was "baseless speculations, unfortunately put forward for ill-intended purposes". In a statement, Fifa said: "With regard

to Gianni Infantino’s campaign, all funding and expenses have been done in full conformity with all relevant regulations and also been audited accordingly. We have, however, no information on the campaign accounts of the other candidates.”

# EXHIBIT 41

Learn more about LSEG



# FIFA reformer Scala quits over loss of independence

By **Brian Homewood**

May 15, 2016 2:17 AM MDT · Updated May 15, 2016

Aa




Domenico Scala, Chairman of the FIFA's Audit and Compliance Committee, speaks during the 66th FIFA Congress in Mexico City, Mexico, May 13, 2016. REUTERS/Henry Romero/File Photo Purchase Licensing Rights

MEXICO CITY (Reuters) - Domenico Scala, a Swiss businessman who led reforms to clean up scandal-plagued FIFA, quit his post at the global soccer body on Saturday, saying its watchdog committees had lost their independence and members would be under threat of dismissal.

Scala, head of the audit and compliance committee, said the reform of FIFA, which is attempting to recover from the worst graft scandal in its history, had been undermined following a resolution by the FIFA Congress on Friday.

However, FIFA later said that Scala had "misinterpreted" the decision and the committees would remain independent.

The resolution, passed by 186 votes to one, gave the FIFA Council power to appoint or "dismiss any office holders" of its independent bodies such as the ethics committee and the audit and compliance committee.

It effectively gives the Council, which has replaced the former executive committee and is headed by the new FIFA president, Gianni Infantino, the right to fire ethics judge Hans-Joachim Eckert, ethics investigator Cornel Borbely and Scala himself.

The ethics committee, which was reformed in 2012, has played a key role in cleaning up FIFA. It has investigated and banned more than a dozen top officials for ethics violations.

These have included former FIFA president Sepp Blatter and ex-secretary general Jerome Valcke as well as former executive committee members.

GOOD GOVERNANCE

Scala, responsible for monitoring FIFA's spending, played a big role in implementing reforms aimed at avoiding a repeat of the corruption scandal that has seen 42 football officials and entities indicted in the United States.

He said the new rule "undermines a central pillar of the good governance of FIFA and it destroys a substantial achievement of the reforms".

"It will henceforth be possible for the Council to impede investigations against single members at any time, by dismissing the responsible Committee members or by keeping them acquiescent through the threat of a dismissal," added Scala.

"The bodies are factually deprived of their independence and are in danger of becoming auxiliary agents of those whom they should actually supervise."

Scala told the Congress on Friday he had "made enemies", without giving details.

Previously, committee members could only be sacked by the Congress, which is held annually and where each of FIFA's 211 member associations hold one vote. FIFA Council meetings can be called at

Feedback

short notice.

The vote was passed among raft of administrative measures and was not the subject of any discussion.

FIFA said it was intended to allow the Council to appoint new members while the system of committees was re-structured over the course of the next year.

"FIFA regrets that Mr Scala has misinterpreted the purpose of the decision taken by the FIFA Congress," it said, adding that the ruling would allow "for the swift removal of members who have breached their obligations".

"The Council fully respects the independence of the Audit and Compliance and the Ethics committees, and any suggestions to the contrary are without merit," it said, describing Scala's comments as baseless.

Eckert and Borbely, in a joint statement, said the move would not have any impact on their work. "Both chambers will continue to exercise this work in full independence," it said.

However, Mark Pieth, a criminology professor at Basel university who headed an earlier FIFA reform group in 2011, said the move was a "complete breakdown" of the FIFA reforms.

"The independence of the (committee members) is the centrepiece of the reforms, that is what we needed to do to get away from Blatter," he told Reuters by telephone.

"It's more of the same, it's what we were used to in the old days."

Editing by Alison Williams

Our Standards: **The Thomson Reuters Trust Principles.**

Suggested Topics:

Sports

Purchase Licensing Rights

Feedback

## Read Next

Sports

**MLB roundup: Cards' Joshua Baez first to debut with 3-HR game**

16 hours ago

# EXHIBIT 42

# Fifa's independent audit committee chairman resigns in protest at reforms

theguardian.com/football/2016/may/14/domenico-scala-fifa-auditor-resigns-protest

Owen Gibson May 14, 2016




Domenico Scala has resigned in protest saying its independent watchdog committees have lost their independence. Photograph: Ennio Leanza/EPA

This article is more than **10 years old**

This article is more than 10 years old

Scala believes new Fifa council has taken away ability to audit independently

'New rule undermines a central pillar of the good governance of Fifa'

Gianni Infantino's supposed new era of transparency and reform at Fifa is facing its first major challenge after the head of the president's audit and compliance committee resigned over fears new rules would compromise independence and impede investigations into corruption at football's troubled world body.

Domenico Scala who helped draw up the reforms Infantino is banking on to help rebuild the governing body's battered reputation, quit after Fifa members passed rules giving the new Fifa council the power to appoint and dismiss members of independent committees until next year's congress in Kuala Lumpur.

The row will come as a hammer blow to Infantino's attempts to position himself as the reforming president who can make Fifa credible again.

The Fifa council has replaced the discredited executive committee, which went into meltdown after the US indictment that alleged a "World Cup of fraud" and led to a spate of arrests and the departure of Sepp Blatter. It is supposed to set the strategic direction for the organisation.

Friday's decision appears to compromise the committees' ability to fulfil their duties independently, at least until next year, and it has now led to Scala tendering his resignation.

Scala said in a statement: “On the occasion of its meeting on Friday, the Fifa congress has delegated the election, or the dismissal respectively, of the members of the independent supervisory bodies – such as the ethics committee, the appeal committee, the audit and compliance committee and the governance committee – to the exclusive competence of the Fifa council. With [Friday’s] decision, it will henceforth be possible for the council to impede investigations against single members at any time, by dismissing the responsible committee members or by keeping them acquiescent through the threat of a dismissal.

“Thereby, those bodies are factually deprived of their independence and are in danger of becoming auxiliary agents of those whom they should actually supervise. I am consternated about this decision, because it undermines a central pillar of the good governance of Fifa and it destroys a substantial achievement of the reforms. For this reason, I herewith declare my immediate resignation as president of the audit and compliance committee of Fifa.”

Infantino said in his congress speech on Friday that Fifa’s corruption crisis was over. “Fifa is back on track,” he told delegates. “So I can officially inform you here, the crisis is over.”

He later defended the new rules, claiming that critics should wait and see what appointments were made to the independent committees before passing judgment.

Fifa responded to Scala’s resignation by claiming he had “misinterpreted” its decision. “Fifa accepts Domenico Scala’s resignation as chairman of the audit and compliance committee with immediate effect,” its statement read. “Fifa regrets that Mr Scala has misinterpreted the purpose of the decision taken by the congress. The decision was made to permit the Council to appoint members on an interim basis to the vacant positions of the new committees so they can start fulfilling their roles as part of the continuing reform process until the next Fifa Congress in 2017. Mr Scala has made unfounded claims which are baseless.”

- This is the archive of The Observer up until 21/04/2025. The Observer is now owned and operated by Tortoise Media.

# EXHIBIT 43

# Gianni Infantino: Fifa president cleared in ethics probe

5 August 2016




Infantino was elected on 26 February

**Fifa president Gianni Infantino has been cleared of wrongdoing following an investigation into his expenses, recruitment and alleged sacking of whistleblowers.**

Infantino **took charge** of football's world governing body in February after the disgraced Sepp Blatter resigned.

Fifa's ethics committee found no "conflicts of interest" and no breaches of the organisation's ethics code.

"The benefits enjoyed by Mr Infantino were not considered improper," it said.

Infantino said he was pleased with the decision, adding he "would like to thank all those who co-operated with the ethics committee to ensure that the facts were heard and the truth prevailed".

BBC Sport learned last month that Infantino, 46, was under scrutiny from the investigatory chamber of Fifa's ethics committee.

At the time, the Swiss lawyer was said to be "very confident" no further action would be taken, with sources close to the former Uefa secretary general describing the allegations as "absurd" and "baseless".

"Mr Infantino's conduct with regard to his contract with Fifa, if at all, constituted internal compliance issues rather than an ethical matter," the ethics committee added.

# What were the allegations?

A leaked internal Fifa memo outlined a series of claims relating to Infantino. The claims were that he:

- Left himself exposed to claims of a possible conflict of interest by using private jets laid on by a World Cup bidding country
- Filled senior posts without checking people's eligibility for the role
- Billed Fifa for mattresses, flowers, a tuxedo, an exercise machine and personal laundry
- Demanded Fifa hire an external driver, who then billed the governing body for driving Infantino's family and advisors around while he was abroad

# Analysis

*BBC Sport news correspondent Richard Conway*

Supporters of Gianni Infantino spoke throughout this investigation of his confidence over being cleared. He has no case to answer but the Swiss Italian has been damaged by the process.

Questions concerning his judgement have been raised.

Taking private flights to Moscow and Doha was judged to be within the rules - but is it wise for a man elected on a platform of renewing trust and faith in Fifa to accept such offers?

Doubts over his political nous were raised again this week after he was pictured laughing and joking while visiting Marco Polo del Nero, the head of the Brazilian football confederation and a man who has been indicted by US authorities over corruption claims.

Infantino hasn't signed his employment contract yet either - another matter which continues to weigh him down, given reports he rejected an initial salary offer for being too low.

Despite all this he can be expected to capitalise on being cleared by the ethics committee and relaunch his stuttering presidency. The question for many will be has lasting damage already been done?

# EXHIBIT 44

# Fifa president Gianni Infantino to be interviewed by ethics committee

14 July 2016




GETTY IMAGES

Infantino was elected president of football's world governing body in February, replacing the disgraced Sepp Blatter

**Richard Conway**

BBC Radio 5 live sports news correspondent

**Fifa president Gianni Infantino is to be interviewed by ethics investigators following allegations he breached the governing body's code of ethics.**

BBC Sport has learned Infantino will meet Robert Torres, a member of the investigatory chamber of the Fifa ethics committee.

The interview in Zurich - possibly as early as Friday - is part of a preliminary probe.

If there is sufficient evidence then a full investigation could be opened.

Under such circumstances Infantino could be suspended from his role for up to 90 days.

The allegations relate to a possible conflict of interest when using private jets laid on by a World Cup-bidding country; that he filled senior posts without checking people's eligibility for the role; and billing Fifa for mattresses, flowers, an exercise machine and personal laundry.

A Fifa spokesperson told BBC Sport: "The Fifa president has stated publicly he fully respects the independence and work of the ethics committee and that he

would provide, if required, whatever information necessary to facilitate any potential review by the committee.

"The president has made clear that he has acted appropriately and in accordance with Fifa's code of ethics."

Infantino is said to be "very confident" that no further action will be taken with sources close to the former Uefa secretary general describing the allegations as "absurd" and "baseless".

External legal counsel is said to have been hired by Fifa to provide an independent assessment of the claims against Infantino. It is believed to have concluded he has no case to answer.

The same sources have described the allegations as part of a "vendetta" against Infantino by unnamed people who have recently left Fifa. Documents, it is claimed, have been deliberately leaked in order to destabilise the man elected to **the top job in world football in February.**



01:55

Fifa president Infantino ready to implement reforms

Fifa has been hit by a spate of high profile departures in recent months.

**Domenico Scala resigned** as Fifa's head audit and compliance in May while the governing body's one time finance director and acting secretary general, Markus Kattner, was sacked that same month amid allegations of financial impropriety.

Kattner was fired after the discovery of a secret bonus scheme which paid him millions of dollars over a period of years.

A number of other employees have left, or are expected to leave, following a major restructuring within Fifa's Zurich headquarters.

A further 18 potential witnesses are understood to have been questioned as part of the preliminary probe into Infantino.

Torres is said to be leading the investigation given that the chairman of the ethics investigatory chamber, Cornel Borbely, and Infantino are both Swiss nationals.

The interview by investigators follows the leaking, to German media, of an internal Fifa memo.



Domenico Scala was Fifa's head of audit until he resigned in May amid Fifa's corruption crisis

Infantino was alleged by an unnamed Fifa insider to have used private jets during a trip to visit the 2018 and 2022 World Cup hosts Russia and Qatar, raising questions of a potential conflict of interest.

Fifa organised the flight to Moscow but an airline transfer to Doha was not available following a late change in the schedule by his Russian hosts.

Infantino and his staff then travelled by private jet, arranged by the Russians. The Gulf state in turn organised the return trip to Switzerland.

There have also been reports in Swiss and German media that Infantino, after attending the Champions League Final in Milan in May, flew on to Rome for an audience with the Pope. He then returned to Geneva.

01:43

Gianni Infantino: "We will restore the image of Fifa"

But sources say that flight will be argued not to be a breach of Fifa's code of ethics given it was a private arrangement with a family friend who is unconnected to football.

The leaked internal document also alleges that Infantino demanded Fifa hire an external driver, who then billed the governing body for driving Infantino's family and advisors around while he was abroad.

It also details costs authorised by Infantino of:

•£8,795 for mattresses at his home

•£6,829 on a stepper exercise machine

•£1,086 for a tuxedo

•£677 on flowers

•£132 on personal laundry

It also makes reference to how many of the candidates chosen by Infantino to fill senior posts had not passed the relevant eligibility checks, including the

new Fifa secretary general, Fatma Samoura.

But Infantino believes the case will be dismissed given the relevant facts.

For example, it's understood Infantino wanted a bed removed from an office space previously occupied by Sepp Blatter. The former Fifa president is understood to have been partial to an afternoon nap on occasion.

In its place Infantino asked for a step machine, with an expectation one would be brought in from Fifa's on-site gymnasium.

Instead, officials purchased a new one with the resultant invoice being used by Infantino's enemies, according to sources, to damage him.

The Swiss-Italian is also under pressure for failing to sign an employment contract, with reports of a dispute between him and Scala, who helped set pay levels, over his salary.

A spokesman for Fifa's investigatory chamber declined to comment "on possible preliminary investigations."

*Subscribe to the* **BBC Sport newsletter** *to get our pick of news, features and video sent to your inbox.*

## More on this story



**Add football news alerts in the app**



**How to get into football**

7 June 2019

## Around the BBC

**Football on the BBC**

**World Football Podcast**

# EXHIBIT 45

(https://www.insideworldfootball.com/)

STILL INTERESTED?

Ready to Work. Built to Play.
LG Electronics

Home (/) Americas Asia Europe FIFA (https://www.insideworldfootball.com/category/news/fifa/) Marketing

Finance (https://www.insideworldfootball.com/category/finance/) Match-fixing (https://www.insideworldfootball.com/category/match-fixing/)

Integrity (https://www.insideworldfootball.com/category/uncategorised/integrity/)

Performance (https://www.insideworldfootball.com/category/performance/)

26 August 2026 GMT:
21:21

# Infantino expense details unveil a new culture of spending at FIFA

9th June 2016

**By Paul Nicholson**



June 9 – FIFA seems to have become the gift that keeps on giving, not just to journalists in terms of stories, but especially to its new president Gianni Infantino, according to new information published today regarding his expense claims.

Much has already been written about Infantino being insulted at the $2 million salary offer made to him by former Audt and Compliance chief Domenico Scala, and of course Infantino's love of private jets – in particular one recently that ferried the Infantino family from the Champions League final to the Vatican to meet the Pope .

Now new detail has been published by German newspaper Frankfurther Allegmaine Zeitung (FAZ) showing that Infantino has potentially abused his expenses to make a number of private purchases.

As part of his package at FIFA Infantino is provided with a leased car costing $ 2,170 per month. In addition, he also has the right to a chauffeur driven car from FIFA's fleet. However, documents show he has also hired a second chauffeur driven car that has so far run up 211.5 hours, costing FIFA about SFr19,600.

FAZ says that in documents it has seen, the cost is questioned as during the time this cost was racked up Infantino was mainly traveling abroad.

The documents also talk of expense payments for various private purchases including a fitness machine for CHF 8883, mattresses for a furnished FIFA apartment for CHF 11 440, a tuxedo (CHF 1415), flowers (CHF 860 francs) and six pairs of football boots (CHF 1256.70).

Infantino, as FIFA President, does have a budgeted expense allowance of CHF 2,000 per month, though he would be expected to cover personal expenses himself.

Infantino was elected president of FIFA on a platform of reform with the sure-fire vote winning promise of handing out more of FIFA's cash to its member associations. At his first conference as president he then proceeded to dismantle the independence of the Ethics chambers – effectively putting himself in a controlling position – and began a process of bringing in his own cronies into key positions within the organisation.

The real question now seems to be not if Infantino will be referred to his own ethics committee but when. And then, obviously, whether it will be brushed under the carpet or whether he will be suspended while an 'independent' investigation is conducted. FIFA has suspended people for considerably weaker allegations of impropriety in the past.

The floodgates of damning information about how Infantino is conducting his rule at FIFA do not seem to have been shut – and it has been a pretty remarkable series of revelations and manoeuvres to date.

If Infantino was hoping that the start of the Euro 2016 Championships might provide a focus on football and away from FIFA House for a few weeks, then he probably shouldn't hold his breathe but perhaps expense a full sub aqua kit. This flood only seems to be rising.

Contact the writer of this story at paul.nicholson@insideworldfootball.com

Share Post Share

Follow us:

Google play App Store
(https://play.google.com/store/apps/details?id=com.app.p9378DE) (https://itunes.apple.com/us/app/insideworldfootb...=1&mt=8)

Home (/) Search (/search)

Sign up for our daily news bulletin (/register)

## Latest News

- Full Play's Hugo and Mariano Jinkis to admit paying millions in bribes, but will escape jail time (https://www.insideworldfootball.com/2026/08/26/full-plays-hugo-and-mariano-jinkis-to-admit-paying-millions-in-bribes-but-will-escape-jail-time/)
- Irish FA is 4th IFAB member to turn back on Infantino, saying 'time for change has come' (https://www.insideworldfootball.com/2026/08/26/irish-fa-is-4th-ifab-member-to-turn-back-on-infantino-saying-time-for-change-has-come/)
- Cypriot fury as Barca cross political lines with youth camp in Turkish-occupied north (https://www.insideworldfootball.com/2026/08/26/cypriot-fury-as-barca-cross-political-lines-with-youth-camp-in-turkish-occupied-north/)
- Former Bayern quartet buy into Estrela da Amadora's new ownership group (https://www.insideworldfootball.com/2026/08/26/former-bayern-quartet-buy-into-estrela-da-amadoras-new-ownership-group/)
- Street Child United makes World Cup breakthrough with a little help from Becks and U2 (https://www.insideworldfootball.com/2026/08/26/street-child-united-makes-world-cup-breakthrough-with-a-little-help-from-becks-and-u2/)

# EXHIBIT 46

# Ousted FIFA ethics prosecutor: 'Several 100 cases' ongoing

BY ROB HARRISAP GLOBAL SOCCER WRITER
Published 2:22 PM EDT, May 10, 2017

MANAMA, Bahrain (AP) — Hundreds of prosecutions of suspected wrongdoing by soccer officials will be affected by President Gianni Infantino firing FIFA's top judge and prosecutor.

The ousted investigator, Cornel Borbely, said Wednesday that the workload — heavier than even most FIFA critics imagined — of the ethics committee will be impeded by the firing that Infantino sprung on his ruling council a day earlier.

On Wednesday, Infantino declined to discuss the reasons for not handing new terms to Swiss prosecutor Borbely and German judge Hans-Joachim Eckert.

The FIFA leader also insisted its image had not been damaged by the fallout — despite widespread comparisons of him with President Donald Trump, who also fired a top investigator on Tuesday.

"We are positive," said Infantino, whose reputation for acquiring and wielding executive power matches that of predecessor Sepp Blatter.

Amid mounting criticism of the Infantino's purge of the men who have banned soccer's top officials in recent years, only one member of his council broke rank to publicly question the decision.

"I said in the meeting that we were satisfied with the work of both people," German federation president Reinhard Grindel said, referencing Eckert and Borbely. "I asked because the general secretary (Fatma Samoura) made a statement in the media a few weeks ago that they will support both. And so it is a decision of the president that he makes the proposal ... you have to ask Infantino why he made this proposal."

Only a day before Tuesday's council meeting, Grindel said he asked Samoura's office "if there were any announcements that Borbely and Eckert will be displaced and they said no, they had no information."

Eckert and Borbely said they discovered they were being removed from heading the two FIFA ethics chambers on their phones as they arrived in Bahrain on Tuesday for the FIFA Congress.

"First I was astonished, second I was disappointed because I am trying to ask myself, 'Have I done something wrong?'" Eckert said in an interview. "You think about yourself and I didn't find anything. I really don't know because nobody (from FIFA) speaks with me up to now."

The departing ethics officials said the process of bringing corrupt officials to justice will now stall as new ethics officials have to learn how to navigate the global FIFA structures. Borbely said his "removal was unnecessary and because of that political," and called it a "setback for the fight against corruption."

"We investigated several hundred cases and several hundred are still pending and ongoing at this moment." Borbely added at a joint news conference with Eckert. "Imagine where FIFA would be today without an ethics committee."

Current investigations include Russian Deputy Prime Minister Vitaly Mutko for links to covering up doping cases. A judgment in that case could remove Mutko from heading the 2018 World Cup organizing committee,

after he was already forced to cede his FIFA Council seat.



German soccer great Frank Beckenbauer and Olympic powerbroker Sheikh Ahmad al-Fahad al-Sabah of Kuwait are also under suspicion in cases of suspected fraud and bribery, respectively.

Eckert and Borbely have been with the ethics court since a revamp with greater independence in 2012, and have banned multiple officials during the biggest corruption crisis in FIFA's history, including disgraced leader Blatter and then-UEFA President Michel Platini in 2015.

"It's not easy to take Mr. Blatter or Mr. Platini out of their jobs," Eckert said. "You are thinking quite a long time, is it correct? Can we do (it)? Should we (do it)? It looks so easy and it is not easy."

FIFA said that its ruling council proposed Greek judge Vassilios Skouris and Colombian lawyer Maria Claudia Rojas for approval by the congress of all soccer nations on Thursday. Borbely said there's "no period of transition" to the new ethics leadership for the ongoing cases.

"They do not have the experience from Day 0," Borbely said. "You have to develop this practice, this knowhow. It's a question how long it takes for the new chamber to investigate these cases to the level that will bring the success."

FIFA vice president Victor Montagliani called Eckert and Borbely "unprofessional" for speaking out, though neither has ever broken ethics rules by speaking on the record about active cases.

"It's time to give someone else an opportunity," said Montagliani, who leads the CONCACAF confederation.

---

Rob Harris is at www.twitter.com/RobHarris and www.facebook.com/RobHarris

# EXHIBIT 47

# Fifa: Ousted ethics chiefs were investigating 'hundreds' of cases

10 May 2017




Hans-Joachim Eckert (pictured) and Cornel Borbely have served their four-year terms

**"Hundreds" of cases of alleged wrongdoing - some involving senior officials - were being looked into by Fifa's ethics committee before its main investigator and judge were ousted, the two have claimed.**

Football's world governing announced on Tuesday it will not reappoint investigator Cornel Borbely and ethics adjudicator Hans-Joachim Eckert.

At a news conference on Wednesday, they said their removal was a "setback for the fight against corruption" with knowledge of the cases being lost.

The pair had earlier said it "meant the de facto **end of Fifa's reform efforts".**

Borbely believes his removal was politically motivated.

"We investigated several hundred cases and several hundred are still pending and ongoing at the moment," Swiss Borbely said on Wednesday.

He also outlined how he believed his removal along with German judge Eckert was "not in Fifa's best interests and against good governance".

It "weakened and incapacitated" football's world governing body, adding that "Fifa's code of ethics is a dead letter".




Cornel Borbely has worked as a military tribunal prosecutor

World football's governing body launched a reform process following the **arrests and indictment of several officials** on bribery and corruption charges in 2015.

Borbely and Eckert have combined to ban numerous football officials in that time.

Last year the committee investigated - and cleared - Fifa president **Gianni Infantino of wrongdoing** related to his expenses and sacking of whistleblowers.

Eckert's tenure has not been without criticism, however. In 2014 his report which cleared Russia and Qatar of corruption in the 2018 and 2022 World Cup bids was **described as "erroneous and incomplete"** by Michael Garcia, who had spent two years investigating the claims for Fifa.

Borbely and Eckert will be replaced by Colombian prosecutor Maria Claudia Rojas and Greek judge Vassilios Skouris, who was head of the European Court of Justice for 12 years until 2015.

## How has Fifa responded?

Fifa released a statement on Wednesday in response to the claims of Borbely and Eckert, saying that they wanted to "better reflect the geographic and

gender diversity that must be a part of an international organisation like Fifa".

One senior Fifa official had previously said the pair are guilty of "hype".

"It's not like we replaced them with non-independent people," Fifa vice president Victor Montagliani told BBC Radio 5 live sports news correspondent Richard Conway.

"They were replaced by two independent people of very high quality and standards. And so with all due respect, and they may be disappointed that they wanted to continue in the role, there's a lot of chairmen of a lot of other committees that want to continue as well. But at the end of the day Fifa and any other organisation has the right to change people on the committees."

Montagliani added the decision to replace them was "absolutely not" politically motivated - and suggested the two had made it political by speaking out.

"It's been way overblown from a hype perspective. I'm a little uncomfortable when judges start speaking in the media, either during their tenureship or even after their tenureship. I think that is quite unprofessional," he continued.

"The work needs to be done in a very humble way.

"From a public standpoint these committees need to do their work, and quietly do their work, efficiently, judiciously and execute it. They've both done a very good job, they've done yeoman's work in terms of what they've done, a lot of hard work. I take my hat off to them but I think it's time to give someone else an opportunity."

Fifa council member Sunil Gulati refused to expand on why the council did not want the two to continue in their role when asked by BBC World Service's Mani Djazmi, but added: "I have great respect for them and think they are outstanding legal minds. The people that have been asked to step into these roles are very high quality."

## More on this story



**'Fifa reforms over' say ethics chiefs**

10 May 2017

# EXHIBIT 48

# Prosecutor urges case against FIFA president for private jet



BY GRAHAM DUNBAR
Updated 1:18 PM EDT, December 10, 2020

GENEVA (AP) — A special prosecutor in Switzerland recommends a criminal investigation is opened against FIFA President Gianni Infantino for using a private jet in 2017.

Prosecutor Stefan Keller said in a statement on his website on Thursday he sent "the results of his investigations to the federal prosecution office which will deal with the matter with its own resources."

Keller has no mandate to open his own criminal case.

The Swiss federal prosecution office said in a statement it had yet to receive Keller's documents, and confirmed it was "currently not conducting any criminal proceedings against FIFA President Gianni Infantino."

The special prosecutor wants Infantino investigated for disloyal management over using a FIFA-booked private jet to fly to Geneva from Suriname. He had been visiting member federations in the Caribbean.

FIFA's ethics committee closed its own examination in August after a formal complaint was filed about the flight.

Keller was appointed by Swiss lawmakers this year to examine complaints about contacts and meetings in 2016 and 2017 between Infantino and then-attorney general Michael Lauber

Infantino has said their meetings were conducted to discuss the Swiss investigation into FIFA business that was opened before he was elected in February 2016.

Lauber was ousted in fallout from the allegations and misconduct in his dealings with the oversight office monitoring federal prosecutors.

Keller said on Thursday he cannot open a criminal case about the flight because his brief does not cover a matter that does not involve Lauber.

—

More AP soccer: https://apnews.com/Soccer and https://twitter.com/AP_Sports



**GRAHAM DUNBAR**
Dunbar is an Associated Press sports news reporter in Geneva, Switzerland. He focuses on the governing bodies, institutions and politics of international sports.

# EXHIBIT 49

# Application to lift the immunity of Attorney General Michael Lauber and commencement of criminal proceedings against Gianni Infantino

**admin.ch**/en/nsb

Published on 30 July 2020

3001 Bern, 30.7.2020 - The Special Federal Public Prosecutor makes application to the competent parliamentary committees to grant the authority to conduct criminal proceedings against Attorney General Michael Lauber. At the same time, he commences criminal proceedings against FIFA President Gianni Infantino and the Chief Public Prosecutor of the Upper Valais, Rinaldo Arnold.

On 29th June 2020, the Supervisory Authority for the Office of the Attorney General (AB-BA) appointed Dr. iur. Stefan Keller, President of the Cantonal and Administrative Court of the Canton of Obwalden, as a Special Federal Public Prosecutor. His original task was to examine four requests for criminal proceedings that had been received against Attorney General Michael Lauber, FIFA President Gianni Infantino and other individuals. Since then, further requests for criminal proceedings have been made. Stefan Keller has now completed his examination of two such requests. He has reached the conclusion that, in connection with the meetings between Attorney General Michael Lauber and the FIFA President Gianni Infantino and the Chief Public Prosecutor of the Upper Valais, there are indications of criminal conduct. This concerns abuse of public office (Article 312 of the Swiss Criminal Code), breach of official secrecy (Article 320 of the Swiss Criminal Code), assisting offenders (Article 305 of the Swiss Criminal Code) and incitement to these acts. Additional criminal acts and the commencement of further proceedings remain reserved.

In accordance with Article 14 of the Swiss Accountability Act, the prosecution of criminal proceedings against members of the authorities elected by the Federal Assembly, pursuant to criminal acts in connection with their official duties, requires the approval of the competent committees of the Federal Assembly. This step is a precondition to the opening of criminal proceedings against Attorney General Michael Lauber.

The Special Federal Public Prosecutor therefore applies to the Immunity Committee of the National Council and the Legal Affairs Committee of the Council of States for the prosecution of criminal proceedings against Attorney General Michael Lauber. At the same time, Stefan Keller is commencing criminal proceedings against FIFA President Gianni Infantino and the Chief Public Prosecutor of the Upper Valais, Rinaldo Arnold, who do not enjoy immunity.

The presumption of innocence applies to Attorney General Michael Lauber, FIFA President Gianni Infantino and Chief Public Prosecutor Rinaldo Arnold. The Special Federal Public Prosecutor is independent in his activities. He is not available for comments to the media at the current stage of proceedings.

## Publisher

### Supervisory Authority for the Office of the Attorney General of Switzerland

ab-ba.admin.ch/

## Topics

# EXHIBIT 50

Gianni Infantino

This article is more than **6 years old**

# Fifa president Gianni Infantino faces Swiss criminal proceedings

- Federal public prosecutor finds 'indications of criminal conduct'
- Infantino has described investigation into meetings as 'absurd'




Gianni Infantino has previously described the formal complaints against him as 'absurd'. Photograph: Fabrice Coffrini/AFP via Getty Images

David Conn

Thu 30 Jul 2020 16.52 EDT

Prefer the Guardian on Google

The Swiss special federal public prosecutor has opened a criminal investigation into Fifa's president Gianni Infantino following inquiries into

meetings he had with the Swiss attorney general, Michael Lauber, and another law official, Rinaldo Arnold.

Infantino has said that he arranged the meetings shortly after he became president in February 2016, followed by one in 2017, to assist with Lauber's investigation into alleged corruption at Fifa during the tenure of the previous president, Sepp Blatter. However the prosecutor, Stefan Keller, proceeded with inquiries into the meetings, and in a statement, the Swiss federal council said Keller had concluded that there are "indications of criminal conduct" in connection with them.

The statement said: "This concerns abuse of public office (Article 312 of the Swiss Criminal Code), breach of official secrecy (Article 320 of the Swiss Criminal Code), assisting offenders (Article 305 of the Swiss Criminal Code) and incitement to these acts."

The statement added that Keller is seeking approval from the necessary Swiss parliamentary committees to open criminal proceedings against Lauber, who resigned last week after being accused of lying about the 2017 meeting, which he denied.

Both Lauber and Infantino have denied any wrongdoing. Arnold is understood to be a longstanding friend of Infantino's whom the Fifa president had asked to arrange a meeting with Lauber.

Infantino has repeatedly rejected allegations that there was anything wrong with him having the meetings, and described the complaints as "absurd" when asked about it at a Fifa council meeting last month. He insisted then that meeting with the Swiss attorney general was "perfectly legitimate" and "perfectly legal", saying it was "part of the fiduciary duties of the president of Fifa" given the volume of allegations being made against some previous Fifa figures and under investigation in Switzerland as well as the US.

The Fiver: sign up and get our daily football email.

Enter your email address

Sign up

We operate Google reCAPTCHA to protect our website and the Google Privacy Policy and Terms of Service apply.

In a combative statement issued by Fifa after the criminal investigation was announced, Infantino said: "It has been my aim from day one, and it remains my aim, to assist the authorities with investigating past wrongdoings at Fifa. Fifa officials have met with prosecutors in other jurisdictions across the world for exactly these purposes. People have been convicted and sentenced, thanks to Fifa's cooperation, and especially in the United States

of America, where our cooperation has resulted in over 40 criminal convictions. Therefore, I remain fully supportive of the judicial process, and Fifa remains willing to fully cooperate with the Swiss authorities for these purposes."

**Subscribe to Soccer with Jonathan Wilson, a weekly newsletter from one of the world's top soccer journalists.**

I'm lucky enough to have been able to turn a childhood soccer obsession into a 25-year career that has included 13 books, regular columns in the best publications in the world and regular namechecks on Ted Lasso.

Now, I'm writing a weekly newsletter about European football aimed at a US audience, and I hope you consider signing up for it. Each week, alongside my regular column on Saturdays, I'll be looking at the biggest stories from the weekend's action, along with issues affecting the global game.

Subscribers can expect it in their inbox every Monday. It's entirely free and quite straightforward to cancel, so why not subscribe now?



**Jonathan Wilson**
*Columnist*

Click here to sign up

# EXHIBIT 51

Learn more about LSEG



# Swiss prosecutors end proceedings against FIFA boss Infantino

By **Reuters**

October 26, 2023 6:25 AM EDT · Updated October 26, 2023

Aa



**[1/2]** FIFA president Gianni Infantino is seen after Spain won the Women's World Cup final, Stadium Australia, Sydney, Australia - August 20, 2023. REUTERS/Asanka Brendon Ratnayake/File Photo Purchase Licensing Rights

Oct 26 (Reuters) - Criminal proceedings against FIFA President Gianni Infantino over his dealings with former Swiss attorney general Michael Lauber have been closed, Swiss prosecutors said on Thursday, a decision Infantino hailed as a vindication of "the new FIFA".

Infantino was elected in 2016 to clean up world soccer body FIFA after it became embroiled in corruption scandals.

The Reuters Daily Briefing newsletter provides all the news you need to start your day. Sign up here.

However, Swiss authorities launched proceedings against Infantino himself in 2020 on suspicions of secrecy violations, abuse of office and aiding and abetting related to meetings he held with Lauber.

In ending the proceedings, prosecutors said their investigations had "invalidated" such suspicions.

Swiss-Italian Infantino, who had repeatedly denied any wrongdoing, said the decision was a "a full and clear victory for me, for the new FIFA and for justice."

"Indeed and with no surprise, the investigation fully and clearly confirms that I have always acted in a lawful and correct way, always defending exclusively the interests of FIFA and football," Infantino said.

Swiss authorities had been investigating contacts between Infantino and Lauber, who resigned as Swiss attorney general after a court concluded he covered up a meeting with the FIFA boss and lied to supervisors while his office investigated corruption at the football body.

The prosecutors said that their investigation had turned up no evidence that Infantino had "instrumentalised" the Office of the Attorney General of Switzerland "into unusual, inexplicable, erroneous or even criminal acts or omissions".

FIFA said they had noted the decision to close the proceedings "with extreme satisfaction".

Reporting by Rohith Nair in Bengaluru, additional reporting by Pearl Josephine Nazare; Editing by Toby Chopra

Our Standards: **The Thomson Reuters Trust Principles.**

Suggested Topics:

Soccer

Purchase Licensing Rights

## Read Next

Soccer
**Ronaldinho unsure of playing role after Ravenna arrival**
49 mins ago



Soccer
**Carrick praises Rashford's revival as Manchester United eye late signings**
2 hours ago



Soccer
**Heatwave-damaged Parc des Princes pitch forces PSG fixture switch**
3 hours ago



Soccer
**Chelsea boss Alonso gives little away on Fernandez future amid transfer talk**
4 hours ago



Feedback

## Sports >

# EXHIBIT 52

Exclusive news, data and analytics for financial market professionals LSEG



# Swiss drop impeachment of attorney general after he agrees to quit early

By Reuters

August 19, 2020 8:27 AM EDT · Updated August 19, 2020



[1/2] FILE PHOTO: Swiss Attorney General Michael Lauber gives a statement next to his spokesperson in the Swiss Federal Assembly in Bern, Switzerland, September 25, 2019. REUTERS/Denis Balibouse Purchase Licensing Rights

ZURICH (Reuters) - The Swiss parliament dropped its impeachment case against Attorney General Michael Lauber on Wednesday after he agreed to leave office early amid accusations that he bungled an investigation into corruption in world soccer.

Parliament's judicial committee, which in May launched the process of removing Lauber from office, said Lauber's exit at the end of August meant the impeachment process had become superfluous and would be closed.

Advertisement · Scroll to continue

Lauber had said he would formally step down at the end of January and shorten his notice period by five months, which the committee has now approved, heading off the first impeachment of a national officer in modern Switzerland.

Attorney general since 2012, Lauber called it quits last month after a court concluded he had covered up a meeting with FIFA head Gianni Infantino and lied to supervisors while his office investigated corruption surrounding soccer's governing body.

A special prosecutor is investigating both men over three undocumented meetings. They have denied any wrongdoing.

Lauber's two deputies will run the Office of the Attorney General until his replacement is selected. The judicial committee said it would propose a candidate during parliament's winter session.

Reporting by Michael Shields; Editing by Hugh Lawson

Feedback

# EXHIBIT 53

# Infantino using private jet in attempt to watch two World Cup matches per day

theguardian.com/football/2026/jun/16/infantino-private-jet-world-cup-matches

Matt Hughes — June 16, 2026




Gianni Infantino poses with the Qatar FA general secretary, Mansoor Mohammed Al-Ansari. Photograph: Marcio Machado/Fifa/Getty Images

This article is more than **2 months old**

This article is more than 2 months old

- Fifa president sets gruelling itinerary across tournament
- World Cup to generate about 9m tons of carbon dioxide

Gianni Infantino is planning to attend two World Cup games each day where possible for the rest of the tournament despite the huge distances involved.

The Fifa president has access to a private jet provided by Qatar Airways as a value-in-kind element of its sponsorship deal with the world governing body, which will come in useful as Infantino journeys across the United States, Canada and Mexico.

After attending the opening game of the tournament in Mexico City last Thursday, Infantino immediately flew on to Guadalajara for South Korea's victory against Czechia. The next day

he was in Los Angeles for the USA's 4-1 win against Paraguay, before taking in games in San Francisco and Vancouver on Saturday between Qatar and Switzerland and Australia and Turkey respectively.

Infantino did not attend a game on Sunday because he was in Miami to host a Fifa summit attended by representatives of their 211 member associations before returning to LA that evening to attend Iran's first game of the tournament against New Zealand.

Fifa sources have confirmed that Infantino will attempt to attend two matches each day as often as possible despite the gruelling schedule. The 56-year-old was able to go to almost all 64 games at the 2022 World Cup in Qatar because the longest distance between stadiums was 46 miles.

The current World Cup finals tournament spans four time zones and three countries, with the 16 stadiums up to 2,800 miles apart.

Infantino will travel far further than anyone else involved in the tournament. Of the teams, Bosnia and Herzegovina face the most arduous schedule during the group stage, travelling 3,144 miles from Toronto to Los Angeles to Seattle, as well as returning between games to their training camp in Salt Lake City.

As a result of the huge distances the New Weather Institute has described this World Cup as "the most polluting event ever", estimating that it will generate about 9 million tons of carbon dioxide equivalent. Air travel is responsible for about 7.7 million tons of that carbon estimate, more than four times that of the average for World Cups held from 2010 to 2022.

# EXHIBIT 54

# FIFA: Gianni Infantino secures backing to potentially extend presidency until 2031

The FIFA ruling body chaired by Mr Infantino confirmed today he was only now serving his first term as president, disregarding his first three years in power as counting towards term limits.

**Rob Harris**
Sports correspondent @RobHarris

Saturday 17 December 2022 05:34, UK




Advertisement

**Gianni Infantino has secured backing from the FIFA Council to potentially extend his presidency until 2031 - beyond the 12-year limit envisaged in reforms of the scandal-plagued football body he helped to draw up.**

The job running world football pays around $3m (£2.46m) annually and he is unopposed to be re-elected in March.

Sponsored link



Why Is Everyone Quitting Gmail?
Proton Mail



Men Over 40 Are Ditching the Blue Pill for This 7x Stronger Alternative!
get-hard-again.com

The FIFA ruling body chaired by Mr Infantino confirmed today he was only now serving his first term as president, disregarding his first three years in power as counting towards term limits.

After scandals that toppled Sepp Blatter and threatened the future of FIFA, Mr Infantino was elected in 2016 to complete the rest of his disgraced predecessor's term at a special election.

Mr Infantino was re-elected by the FIFA Congress in 2019 and that has now been decided - in a private meeting in Qatar - to count as his first term.

The Swiss-Italian will be re-elected for another term in March at the gathering of 211 member associations.

The former UEFA general secretary could then seek another four years running world football from 2027 to 2031 - giving him 15 years in the job.

## MORE FROM WORLD



Over 150 dead and hundreds missing in Nepal after flash floods



Nepal flooding latest: Dozens of Britons missing after deadly flash floods in Nepal as scale of destruction revealed



'I've never seen something like this': Videos from Nepal reveal scale and terror of floods

In December, the FIFA reform committee said that in future the president should serve "no more than three terms of four years (whether consecutive or not) for a maximum of 12 years."

Taking the last part of the sentence would mean Mr Infantino would have to leave office in 2028.

But at a news conference today in Qatar, Mr Infantino said the FIFA Council provided "clarification that concerns me".

He added: "The clarification with regards to my term of office. So currently I am in my first term of office and on March 16 when there is the election for the FIFA president in Kigali in Rwanda, my second term of office as FIFA president will start. There is a limit of three terms."



FIFA president Gianni Infantino shakes hands with David Beckham in the stands during the Qatar World Cup

A reason for the term limits was to prevent football leaders staying in power too long and creating political dependencies on the leader.

Mr Blatter was FIFA president for 17 years and predecessor Joao Havelange held the job for 24 years.



Mr Infantino had a position on the FIFA reform committee in his previous role as the head of the administration at the European governing body as UEFA general secretary.

His candidacy for the FIFA presidency was announced in October 2015 after the favourite - then UEFA president Michel Platini - was suspended.

Sponsored Links



**Nike T90 Jersey - blue - Youth Medium**

Nike T90 Jersey. A throwback to the early 2000's with curved panels of sweat-wickin…

Soccer.com



**Why Is Everyone Quitting Gmail?**

Proton Mail



**Men Over 40 Are Ditching the Blue Pill for This 7x Stronger…**

get-hard-again.com




**Intesa Sanpaolo Ends the Semester with a Profit of 5.6 Billion**

ASSOCIATED MEDIAS



**Experts Tested 17 Hearing Aids. The #1 Pick Isn't Sold at Costco or Best Buy**

hear.com

# EXHIBIT 55

Football All Iveson 15.12.2022

# Infantino could lead FIFA until 2031 as Council says first 39 months did not count towards term limits




Gianni Infantino's first 39 months in office will not count towards term limits ©Getty Images

The FIFA President is limited to three four-year terms in office and it had been previously understood that the 39 months between Infantino winning the Presidency at a 2016 Extraordinary Congress and being re-elected unopposed in 2019 constituted his first term.

Infantino completed the vast majority of a term initially won by disgraced predecessor Sepp Blatter.

However, FIFA's Governance, Audit and Compliance Committee now says it does not count as a term and that has been endorsed by the FIFA Council today.

It means Infantino - who is due to be re-elected unopposed in Rwanda next March - is officially approaching the end of term one and could still serve another two.

That frees up the Swiss-Italian official to lead FIFA until 2031 - a 15-year reign, despite the supposed limit of three four-year terms - should he be re-elected in 2027.

Today's Council meeting in Qatar also saw Morocco appointed to host the FIFA Club World Cup in 2023.



Morocco is set to host next year's Club World Cup - an event FIFA says will grow to 24 teams from 2025 ©Getty Images

The expanded 32-team FIFA Club World Cup is now due to begin in 2025 - four years later than planned.

A new FIFA World Series in March in even years has also been promised and would see teams from different continents facing off.

It was also confirmed that a 2030 men's World Cup host will be picked in 2024, along with the 2027 FIFA Women's World Cup host.

A host of the 2030 women's event is due to be selected in 2025.

The Council met on the sidelines of the ongoing men's World Cup in Qatar.

Argentina and defending champions France are due to meet in the final on Sunday (December 20).

A budget for the 2023-2026 cycle was approved by the Council, which heard FIFA's revenue at the year's end would tally $7.5 billion (£6.2 billion/€7.1 billion) - $1 billion (£821 million/€940 million) above projection.

Share article

## tags

Gianni Infantino | FIFA Council | FIFA | FIFA World Cup

## about the author



Ali Iveson

## recent news

View All




Islamabad gears up for South Asian Games inspection




Enhanced Games: $61.9 million financial black hole




The week in sanctions: Kyrgios tests positive, others learn fate

# EXHIBIT 56

Forbes Subscribe: Less than $2/wk

BREAKING | BUSINESS

# Infantino Offers Morocco 2030 World Cup Final In Exchange For Support, Report Says

By Antonio Pequeño IV Forbes Staff. Pequeño is a breaking news reporter wh... Follow Author

Published Aug 05, 2026, 01:23pm EDT, Updated Aug 05, 2026, 02:15pm EDT

1 Add Us On Google

LOADING VIDEO PLAYER...

FORBES' FEATURED VIDEO

ADVERTISEMENT

TOPLINE

FIFA president Gianni Infantino is offering Morocco the rights to host the 2030 World Cup final in exchange for supporting his reelection as FIFA president, according to The Times, extending the proposal as he faces calls to resign following a controversial plan to sell stakes in the World Cup.



FIFA President Gianni Infantino speaks at the Semafor World Economy 2026 summit on April 15, 2026 in Washington, D.C.
PHOTO BY ALEX WONG/GETTY IMAGES

## KEY FACTS

- Infantino wants a formal statement of support from Morocco, The Times reported, noting Saudi Arabia, which is typically one of his biggest supporters, has yet to endorse him.
- Infantino ordered key staff to an emergency meeting in Morocco this week "to try to rescue his presidency," according to The Times, with unnamed sources telling the outlet Infantino has promised the World Cup final will be hosted at the 115,000-seat Hassan II, an under-construction stadium in Casablanca, Morocco.
- Infantino has lost support from the English Football Association, the Welsh Football Association and more in his bid for reelection as FIFA president after the Union of European Football Associations, the European governing body, voted to boycott all FIFA competitions following Infantino's failed private equity plan.
- The 2030 World Cup is slated to be hosted by Spain, Portugal and Morocco, with the first three matches played in Uruguay, Argentina and Paraguay to celebrate the tournament's 100th anniversary.

ADVERTISEMENT




ADVERTISEMENT

#### CONTRA

Spanish Football Association president Rafael Louzán said at the start of this year Spain "will be the leader of the 2030 World Cup and the final of that World Cup will be here." Louzán has not changed his mind since, telling reporters this summer he has "no doubt whatsoever that there is no justification for Spain not to host the grand final of the Centenary World Cup."

#### WHAT TO WATCH FOR

FIFA's next presidential election is scheduled to take place in March 2027 in Morocco. Another term for Infantino would mark his fourth and final term as president.

#### KEY BACKGROUND

Infantino's scrapped World Cup plan sought to sell up to a 20% stake in the World Cup to private investors, generating an estimated $4.2 billion. Critics viewed the idea as a threat to FIFA's non-profit model in that it could heavily commercialize the World Cup and prioritize shareholders over the game of soccer. FIFA chief operating officer Kevin Lamour said last week staff were "deceived" by a lack of transparency around Infantino's plan and called it a "one-person" scheme. Several soccer governing bodies signaled they would vote against the idea. Infantino now faces backlash from the entities as well as mounting calls to resign, including from former Real Madrid and Barcelona star Luís Figo and U.K. Prime Minister Andy Burnham.

#### FURTHER READING

FIFA's Infantino Scrambles To Save Job After World Cup Equity Plan Backfires (Forbes)

Can Infantino Get 106 Votes For FIFA World Cup Plan? Here's How Members Are Leaning (Forbes)

**Got a tip? Share confidential information with Forbes.**

Editorial Standards | Reprints & Permissions

Find Antonio Pequeño IV on LinkedIn and X.

Follow Author

## Join The Conversation

Comments 1

One Community. Many Voices. Create a free account to share your thoughts. Read our community guidelines here.

See All Comments (1)

# EXHIBIT 57

Story by yahoo!sports

# FIFA claims Infantino has some board support amid calls for his resignation, denies report that he promised Morocco World Cup final in exchange for re-election support

TRANSFER WINDOW DEADLINE

Manchester City acquires Lille's Bouaddi

Arsenal verbally agree on club record transfer for Martinelli

Man United lands midfielder Baleba on reported fee of $95.4M

Premier League transfer needs: Who needs what in final week of summer window?

**Chris Cwik · Jason Owens**
Wed, Aug 5, 2026 · 4 min read

497

FIFA president Gianni Infantino is reportedly scrambling amid calls he should resign from his position. After multiple associations pulled support for Infantino, the FIFA president reportedly told Morocco it could host the 2030 World Cup final if it offers a statement of support for Infantino's re-election bid in 2027, per The Times.

Morocco is one of three countries — the other two being Spain and Portugal — set to host the 2030 World Cup. Earlier in 2026, Spain's FA president Rafael Louzán said the country will "be the leader of the 2030 World Cup and the final of that World Cup will be here," per The Times.

Infantino is said to be concerned that he has not received public support from Saudi Arabia, which has previously been among his strongest backers, per The Times. Because of that, Infantino is trying to rally support for his re-election bid. Saudi Arabia is set to host the 2034 World Cup.

Morocco has also been among Infantino's strongest allies in the years since he took over the role as FIFA's president.

## FIFA refutes report, claims support of Infantino by board members

FIFA denied the report of a quid pro quo offer from Infantino to Morocco in a statement on social media.

> *"It is false and misleading to claim the FIFA President has made any promise in relation to hosting the FIFA World Cup 2030 Final. A decision will be made by FIFA in due course."*

Morocco's FA has not issued a public response to the report.

FIFA also issued a separate news release touting a "constructive and positive meeting" in Morocco Wednesday among FIFA leadership in support of Infantino. Infantino reportedly called the emergency meeting Tuesday to address the mounting wave of criticism against himself and FIFA.

In the news release, FIFA stated that "the FIFA Secretary General and members of the FIFA Management Board in attendance reaffirmed their full support for FIFA President Gianni Infantino."

Other than FIFA secretary general Mattias Grafström, the statement did not clarify which board members were and were not in attendance at Wednesday's meeting.

## Waning support for Infantino

The report comes just days after the Welsh, Swedish and Serbian FAs said they would not support Infantino's re-election bid in 2027. The English FA also reportedly planned to pull its support of Infantino.

Infantino is up for re-election as FIFA's president in March 2027. No other candidate has come forward in opposition of Infantino yet.

Unrest and calls for Infantino's resignation have emerged following a leaked report suggesting Infantino wanted to sell stakes in the World Cup to private investors via a program it called FIFA Forward Enterprise (FFE). After an outpouring of disdain, which included UEFA boycotting the World Cup and other FIFA events, FIFA confirmed its intentions and then nixed the idea.

## FIFA issues warning to dissenters

FIFA addressed the FFE controversy in its news release and acknowledged "mistakes made." It also issued a stark warning against further criticism in the aftermath of the decision to withdraw the program.

**TOP SOCCER HEADLINES**

**Champions League draw: How it works, format, qualified teams, how to watch**

**Report: Concerns over Liverpool squad suitability for Andoni Iraola**

**Al Hilal and Arsenal reportedly agree to club-record transfer of Gabriel Martinelli**

**PFA reveal Premier League, WSL Teams of the Year – did the players get it right?**

> *"With the project withdrawn, it was agreed that FIFA will no longer tolerate any attacks on its integrity, good governance and due process and will take all necessary measures to protect and safeguard its name and reputation."*

The warning is in response to continued criticism of Infantino for his handling of the situation. Many governing bodies were apparently unaware of Infantino's ploy to sell stakes in the World Cup until the story leaked.

In a statement, UEFA described the proposal as a "shabby, back room, opaque deal" that Infantino tried to force through. Concacaf accused Infantino of failing to put football first, and urged a "comprehensive reckoning with this presidency."

Concacaf's request was apparently heard. In the days since its statement, Infantino has faced increasing pressure from those around the game. One of his biggest advisers, former U.S. Soccer president Carlos Cordeiro, resigned from FIFA over the proposal. With pressure mounting, it was reported Tuesday that Infantino called the emergency meeting with top advisers in Morocco.

Early Wednesday, former player, Arsenal manager and UEFA advisor Luís Figo called for Infantino to resign in a social media post.

Figo said Infantino "debased the office that he promised to elevate," and "lost the support of his senior staff, his closest advisers, the vast majority of people who devote their lives to this sport."

⊕ Add Yahoo Sports on Google

Terms and Privacy Policy Privacy Dashboard About Our Ads

# EXHIBIT 58

# *A Yearslong Effort to Woo Trump Culminates With the World Cup*

Gianni Infantino, the FIFA president, has unabashedly courted the president's favor. Soccer officials privately ask, who really benefits?

Listen · 18:37 min

 

**By Tariq Panja and Rebecca R. Ruiz**

Tariq Panja and Rebecca Ruiz have covered politics, business and corruption in world soccer for more than a decade.

June 9, 2026

For the past year, FIFA, the governing body of international soccer, has leased an office on the 17th floor of New York's Trump Tower that has sat all but empty. The rent goes to President Trump's family business, but soccer officials say the space sits largely idle.

Paying rent to the Trumps was the choice of Gianni Infantino, FIFA's president, who has made being close to Mr. Trump a top priority. He has lavished the president with praise, trophies and a medal. He has made pilgrimages to Mar-a-Lago, the Trump National Doral golf club and even the "Melania" documentary premiere.

Mr. Infantino has publicly boosted the president through impeachments and plummeting poll numbers.

It was all in service, Mr. Infantino's supporters say, of ensuring that the World Cup, which begins this week, goes off without a hitch. Mr. Trump could disrupt the games in any number of ways. Mr. Infantino, allies say, is handling a volatile president who responds to praise and gifts.

"He's straightforward in terms of what you need to do to manage the relationship," said Majed Al Sahib, a soccer official from Saudi Arabia who said that Mr. Infantino was being pragmatic.

FIFA officials are clear about what they want from the World Cup. They want a higher profile in the United States and more growth in the world's biggest consumer market. They also want to shed the reputation for corruption and cartoonish excess that led to Justice Department prosecutions.

Mr. Infantino failed to woo the Biden administration, former government officials said. But he found a receptive ear in Mr. Trump, who calls him "the king of soccer." A decade ago, soccer executives were terrified to travel to the United States, fearing they'd be arrested. Now, Mr. Infantino is an Oval Office regular.

Mr. Infantino presided over the previous two World Cups, in Russia and Qatar, and drew criticism for cozying up to autocrats in both countries. His amity with Mr. Trump has him once again defending his way of operating in what is supposed to be a politically neutral position.

"I think it is absolutely crucial for the success of a World Cup to have a close relationship with the president, with the government," Mr. Infantino said last year. "I have a lot of friends."

This World Cup will be a test of whether that friendship pays off.

A top FIFA official says he believes there is an unofficial understanding that the authorities will not conduct immigration enforcement outside of stadiums. (A FIFA spokesman denied any deal and said enforcement was up to the government. The Department of Homeland Security did not address the question.)

The Justice Department also recently dismissed long-running criminal charges as part of its FIFA investigation. Prosecutors said the case "doesn't fit within the administration's priorities."

And Mr. Trump seemed to defer to Mr. Infantino this spring on allowing Iranian players to come to the United States. “If Gianni said it,” the president said, “I’m OK.”

Still, Mr. Trump undercut Mr. Infantino recently by criticizing the high cost of tickets. And whatever reassurances may have been made on immigration, support staff for Iran’s national team was denied visas, along with a Somali referee.

Mr. Infantino’s coziness with the president also appears to be influencing FIFA in Trump-like ways that could outlast the tournament.

FIFA is exploring hotel deals that would license its name just as the Trump family has long done, according to three people familiar with the discussions. He has also expressed interest in launching a FIFA cryptocurrency, just as the Trumps have done.



Fans attending the announcement of the United States team roster in May. Part of what soccer officials want from the World Cup is a higher profile for the sport in the United States. Timothy A.Clary/Agence France-Presse — Getty Images

A FIFA spokesman said the organization was paying “market rent” in Trump Tower and that the office would be used during the World Cup.

Inside FIFA, many officials privately question whether this has all been in service of Mr. Infantino himself. He has accompanied Mr. Trump on state visits, sat center stage at the inauguration and has attended diplomatic events.

What does any of that, his critics ask, have to do with soccer?

Mr. Infantino declined to be interviewed. His yearslong campaign to curry favor with Mr. Trump, and the hand-wringing it has prompted, was described in dozens of interviews with FIFA insiders and others close to the two men. Some spoke on condition of anonymity to describe private conversations.

“Infantino thinks he’s the leader in the relationship,” said Sepp Blatter, the former FIFA president whose ouster at the height of the corruption scandal paved the way for Mr. Infantino’s ascension. “But nobody can lead Trump.”

## The First Meeting

The men first met in the Oval Office in the summer of 2018. The United States had just won the right, along with Canada and Mexico, to host the World Cup, and the mood was celebratory.

“You’re pretty famous, right?” Mr. Trump asked. “Pretty important and pretty famous.”

“Yeah,” Mr. Infantino replied. “It looks like it.”

Mr. Infantino, a lawyer and the son of an Italian immigrant who worked on Switzerland’s railways, had secured the FIFA presidency the same year that Mr. Trump was elected.

In that first White House meeting, he presented the president with a Trump jersey and a set of penalty cards that the men joked could be used on the news media.

"You are part of the FIFA team now," Mr. Infantino said.

It was a remarkable turnabout. Three years earlier, the Justice Department had unveiled an indictment detailing corruption in world soccer. Major brands did not renew their sponsorship deals, and the organization suffered financial losses.




Mr. Infantino meeting with Mr. Trump for the first time in the Oval Office and joking about penalty cards. Doug Mills/The New York Times

But if Mr. Infantino was eager to welcome the president onto FIFA's team, he quickly found himself on the Trump Team — a pretty important, pretty famous endorser of a president in the middle of an impeachment inquiry.

"Gianni, we're going to have to extend my second term," Mr. Trump said on the South Lawn in September 2019, as Mr. Infantino smiled beside him.

Months later, as lawmakers debated charges of obstruction and abuse of power against Mr. Trump, Mr. Infantino praised him before business leaders in Davos, Switzerland.

"You might wonder why the president of FIFA is introducing the president of the United States of America," Mr. Infantino said. He joked that it had been suggested that the two of them might be the most important people in attendance.

Soon, Mr. Infantino was back at the White House, this time as an unusual guest for the signing of the Abraham Accords, which established diplomatic ties between Israel and some Arab nations. He also arranged a "courtesy visit" with the attorney general, who was overseeing the FIFA cases.

"I am fully convinced," Mr. Infantino said after that meeting, "that the credibility and reputation of FIFA is being restored at the highest level."

Then came the 2020 election, and Mr. Infantino's fortunes changed.

## A Chilly Reception, and Then a Thaw

President Joseph R. Biden Jr. proved to be less welcoming to FIFA than his predecessor. There were no Oval Office greetings.

Administration officials said they had been wary of getting too close to a scandal-tainted organization. They saw no benefit in putting the president alongside Mr. Infantino.

"There was definitely a hands-off, keep-them-at-a-distance approach at the White House," said Caitlin Durkovich, a former National Security Council official who helped oversee World Cup planning. She said FIFA repeatedly tried to arrange meetings with top officials.

In interviews, FIFA officials said that Mr. Infantino had been trying to raise FIFA's profile. More practically, they said, he wanted people, when they Googled "FIFA," to find anything but stories about bribery and kickbacks.

But even an attempt to meet formally with Secretary of State Antony J. Blinken at the 2022 World Cup in Qatar fell flat, according to three people familiar with FIFA's efforts to arrange a meeting. Mr. Infantino's few interactions with American officials were mostly perfunctory and private, like a half-hour meeting with the national security adviser to address security and visa wait times.



Mr. Infantino, left, speaking with the foreign minister of Qatar while Antony J. Blinken, then secretary of state, watched a match at the 2022 World Cup in Qatar. Mr. Infantino sought a meeting with Mr. Blinken that never materialized. Patrick T. Fallon/Agence France-Presse — Getty Images

So when Mr. Trump won re-election in 2024, there was an opportunity to build on Mr. Infantino's foundation. And Mr. Trump seemed eager to pick up where they had left off.

Days before Mr. Trump's second inauguration, the men convened at Mar-a-Lago, the president's private club in South Florida, and flashed thumbs-up signs for a photo that Mr. Infantino posted to Instagram.

Mr. Trump thanked him by name at a victory rally. And Mr. Infantino had an elevated seat behind Mr. Trump at the inauguration.

Mr. Infantino eagerly promoted all of it, sounding at times like Mr. Trump's campaign partner. "Together we will make not only America great again, but also the entire world," he said.

Mr. Infantino, it seemed, had achieved everything he wanted: accolades, endorsements and a World Cup task force, proposed by Mr. Infantino himself, that gave FIFA a formal place among Mr. Trump's inner circle.

But soon it was clear that such closeness had drawbacks.

## 'Private Political Interests'

When the world's top soccer officials gathered in Paraguay for their annual meeting in May 2025, Mr. Infantino was on the other side of the globe, tagging along on Mr. Trump's state visit to Persian Gulf countries.

The trip had little to do with soccer, and when he finally arrived at the FIFA meeting, he was several hours late. European soccer officials walked out, protesting his prioritization of "private political interests."

"I felt that I needed to be there to represent football and all of you," Mr. Infantino told them.

It was then that behind-the-scenes grumbles exploded into view. FIFA is an unusual amalgam of 211 countries and territories, each with its own politics. Mr. Infantino's closeness to Mr. Trump had impressed some constituencies and alienated others.

"It's a matter of priorities, and at that moment Trump was the priority for Infantino," said David Goldblatt, author of "The Ball Is Round: A Global History of Football."

But Mr. Infantino was undeterred.




Mr. Trump and Mr. Infantino at the White House in 2025 with a trophy intended for the winner of the Club World Cup competition. Mr. Trump kept it, and FIFA commissioned another. Haiyun Jiang for The New York Times

One of his signature innovations was a 32-team tournament for the world's best professional teams: the Club World Cup. But when he plugged the event from the Oval Office, he suddenly credited Mr. Trump as a co-creator. (After Mr. Trump kept the original Tiffany & Company trophy, FIFA presented the winners with another.)

Then, on the eve of the tournament, U.S. Customs and Border Protection announced that agents would be "suited and booted ready to provide security for the first round of games."

Tournament officials panicked, terrified that immigration agents would arrest fans, according to three people who participated in planning discussions. Such a spectacle could deter attendance at the 2026 World Cup and potentially lead to a global backlash against FIFA.

By then, Mr. Infantino was living in Miami, in the president's orbit. His advisers strategized about asking Mr. Trump for a moratorium on immigration actions, both during the club matches and the World Cup.

While no one close to either man has indicated what, exactly, they discussed privately, FIFA officials said that Mr. Infantino pressed the immigration matter. Whether for that reason or not, the government's social media post was removed and ICE raids never materialized.

Soccer officials said they believed there was a similar understanding for the World Cup. But, as is often the case with Mr. Trump, nobody can say for sure.

The Department of Homeland Security, which oversees Immigration and Customs Enforcement, did not acknowledge any such agreement.

"U.S. Customs and Border Protection, in coordination with D.H.S. and other agencies, is dedicated to ensuring the safety and success of the FIFA World Cup," a D.H.S. spokesperson said.

By some measures, the club tournament represented a win for Mr. Infantino's strategy. He got an Oval Office platform, Ivanka Trump participated in the draw, immigration agents stayed away, and Mr. Trump attended the final match.

But it was also a reminder that when there is a limelight, Mr. Trump often seizes it for himself.




Mr. Infantino and Mr. Trump onstage during the Club World Cup final in New Jersey last year. Haiyun Jiang/The New York Times

Appearing onstage after the final whistle, Mr. Trump lingered longer than planned, upending meticulous choreography, confusing the winning team and standing squarely before the cameras during the trophy presentation. FIFA and Secret Service officials were alarmed, and fireworks were delayed because of the president's presence.

It went viral, with Mr. Trump basking in FIFA's moment.

# The FIFA Peace Prize

Oval Office visits are now routine for Mr. Infantino.

“Always happy to be here, at home, if I can say that,” he said last year.

“You *are* home,” Mr. Trump replied.

When Mr. Trump assembled dignitaries and business titans for a state dinner for Crown Prince Mohammed bin Salman of Saudi Arabia, Mr. Infantino was there.

“I think we should all support what he’s doing,” Mr. Infantino said at a business conference in Miami. “Because I think it’s looking pretty good.”

Mr. Infantino has sought to capitalize on access to Trump allies. Under his watch, FIFA discussed with former Treasury Secretary Steven Mnuchin an investment in a streaming service, according to a senior FIFA official. Nothing materialized, only because the venture was put on hold, according to a person who was part of the talks.

More recently, FIFA has explored hotel licensing deals with a prominent South Florida developer who is poised to develop the waterfront opposite Mar-a-Lago.

Mr. Infantino also lobbied for Mr. Trump to be awarded the Nobel Peace Prize, which the president has craved. When the award went to the Venezuelan politician María Corina Machado, Mr. Infantino had an idea.

Three weeks after the Nobel announcement, senior FIFA officials were told that Mr. Infantino wanted to announce a peace prize of his own. How long, they asked, did they have to work out the details — the criteria, for example, or the makeup of the nomination committee? Those questions went unanswered.

Some of the most senior officials were told straightaway whom the first honoree would be, according to a person with direct knowledge of the plans, who learned about the prize and its recipient on the same day.



Mr. Trump and Mr. Infantino attended the World Cup draw at the John F. Kennedy Center for the Performing Arts last December. FIFA had planned to have the event in Las Vegas but moved it to Washington. Tierney L. Cross/The New York Times

FIFA did not have time to consider what its prize would look like. But luckily, the father of an employee was a sculptor, and FIFA had in its collection of miscellany a miniature version of one of his pieces, according to two soccer officials. The trophy was in hand.

The FIFA Peace Prize was announced Nov. 5, with the award to be bestowed at the World Cup tournament draw a month later.

FIFA had planned to have that event in Las Vegas. But Paolo Zampolli, a longtime Trump ally serving as a presidential envoy, encouraged Mr. Infantino to reconsider.

"To move the president of the United States is a big process," he recalled saying. Last-minute events might prevent a trip to Las Vegas, he said, but a local venue would better assure his attendance. "You know how important FIFA is for us," Mr. Zampolli added. (FIFA said Mr. Zampolli had no influence over the choice.)

Mr. Infantino moved the event to the John F. Kennedy Center for the Performing Arts in Washington, teasing that the site might be called the Trump-Kennedy Center. Mr. Trump attended and, to nobody's surprise, was the first recipient of the FIFA Peace Prize. He received a certificate, a medal and the repurposed trophy.

Mr. Trump called it "truly one of the great honors of my life."

The award angered many soccer officials, who said that it had embarrassed FIFA and cast the organization as partisan.




The FIFA Peace Prize awarded to Mr. Trump. The trophy, co-produced by a FIFA employee's father, was spontaneously sourced from miscellany in FIFA's possession. Tierney L. Cross/The New York Times

Lise Klaveness, the president of Norway's soccer federation and a human rights lawyer, said the prize breached FIFA's rules on political neutrality. She announced that Norway would back an ethics complaint against Mr. Infantino.

Ms. Klaveness said in an interview that she recognized that FIFA needed "friendly relations" with the governments hosting World Cup games. But she said there needed to be "checks and balances," to keep FIFA from being used for political purposes.

Mr. Infantino, though, has worn his friendship with the president on his sleeve. And his head. At one public meeting, world leaders and delegates were given red "USA" baseball caps. Mr. Infantino happily donned his, emblazoned with the numbers 45-47, signifying the Trump presidencies.

This winter, as Mr. Infantino marked a decade in the job, he celebrated with a party at a Four Seasons hotel in Miami. Ivanka Trump and her husband, Jared Kushner, attended.

The celebration carried into spring, when Mr. Infantino announced at a soccer meeting in Vancouver that he would run for a third term. He argued that the organization had repaired its reputation and played a slide show that included Mr. Trump.

"We have definitely come a long way these last 10 years," he told soccer officials. FIFA, he said, was now "sitting at the top tables, in every aspect."

**Tariq Panja** is a global sports correspondent, focusing on stories where money, geopolitics and crime intersect with the sports world.

**Rebecca R. Ruiz** is an investigative reporter for The Times based in London.

---

A version of this article appears in print on , Section A, Page 1 of the New York edition with the headline: Years of Buttering Up Trump Ahead of World Cup

# EXHIBIT 59

Mother Jones

PRIVATE EQUITY JULY 30, 2026

# The Kushner-Backed FIFA Takeover Tearing the Soccer World Apart

*It's the story of everything, all over again.*

TIM MURPHY



Daniel Torok/White House/Planet Pix/Zuma

*Get your news from a source that's not owned and controlled by oligarchs. Sign up for the free* Mother Jones Daily.

**For a long time,** Gianni Infantino, the ubiquitous president of FIFA, and Jared Kushner, the businessman and Middle East peace envoy, have seemed inseparable. When the US was awarded a joint bid to host this year's men's World Cup, all the way back in 2018, Jared was quick to take credit. It was Jared who arranged Infantino's first meeting with Trump, at the White House in 2018, where the president flashed a red card at the assembled members of the press. They have had dinner together on the exclusive island in South Florida where President Donald Trump's son-in-law and his wife, Ivanka, now live. Infantino invited Kushner and his family to participate in the official draw for the 2025 Club World Cup and they currently serve together on Board of Peace. Kushner, according to *New York Magazine*, has done so many favors for the head of FIFA that he calls himself an "unpaid intern." But when Infantino had a plan to sell a stake in the world's game to private equity…well, he went to Josh.

Infantino, with help from JP Morgan, is proposing to sell an up-to-20-percent stake in FIFA's marketing and events business to a "geographically-diversified investor group" of investors helmed by Thrive Capital, the investment shop run by Jared's younger brother, Josh Kushner. Under the proposal, Thrive and its partners would raise $4.2 billion and FIFA's 211 member nations would each walk away with a

onetime $40 million payday. As it happens, those 211 associations are also the ones who are supposed to vote on this proposal. A simple majority is needed to pass, and without being too coy about it, money has historically proven to be a powerful motivator in FIFA politics. The proposal hit the world of soccer this week like a free kick to the face. The *Independent* called it "an existential threat to football." A source told the *Telegraph* it was a "nuclear bomb."

The proposal, which Infantino reportedly cooked up without much, if any, consultation from other high-ranking officials, also amounts to a potential golden parachute for the Swiss-Italian bureaucrat. Infantino would be term-limited after his expected re-election next year. According to the *The Athletic*, the deal would create a new position, analogous to an NFL commissioner, with pay in the range of roughly $60 million a year, and which Infantino would be expected to fill. If that were to happen, Infantino would end up making orders of magnitude more money out of this deal than the soccer federations it purports to enrich.

For the soccer world, this marks a dramatic escalation on two fronts. One of them is something you should care about if you care about soccer, and the other is something you should care about if you care about anything else. The first concerns a conflict between FIFA and its European confederation, UEFA, which is the hegemon of *club* soccer and also home to most of the world's top national teams, but which comprises a fraction of FIFA's voting membership. FIFA and UEFA have clashed in the past over similar cash grabs, and Infantino—despite hailing from Switzerland—has drawn much of his political support and financial backing from outside the continent. If the plan does fail, it will be because Europe was willing to use its substantial non-voting leverage to blow it up. On Thursday, after a hastily-arranged meeting, UEFA pledged to boycott all FIFA competitions not just until after this proposal is tabled, but until FIFA formally commits to never proposing anything like it again. It is not hyperbole to say it is a showdown over the entire structure of the sport.

But the other conflict goes beyond the game, to some familiar questions about finance and politics and power. This FIFA story resonates not because it has been proposed happening at FIFA but because the thing that is happening at FIFA is happening everywhere—investors swooping in to buy a stake in something that doesn't feel like it should really be anyone's to sell.

Not all private investment shops are the same, of course. Some of them are sell-off specialists. Some of them just bleed service-oriented professions and make them progressively worse. Some of them, indeed, inject much-needed capital in the right place at the right time. And some of them embed themselves in a venerable kind of place, in a put-together and normal-sounding way, until you wake up one day and realize it's becoming the kind of thing it was never meant to be. Aside from the extremely self-interested and not necessarily altruistic suits of Europe, that is the fear above all fears: Inviting private investment into your organization is a recipe for private investment dictating what your organization is and does. Maybe sometimes the result is "better marketing and streaming deals." But probably it's more tournaments, more teams, more *product*. The incentives change. The demands change. And the accumulated century-plus of tradition and joy and sweat equity becomes an asset on someone else's books.

FIFA has been synonymous with big, dubious deals for a long time, of course. But as I explained in a recent episode of Reveal, Infantino's FIFA marks a significant departure from the sort of corruption that defined the organization under his predecessor, Sepp Blatter.

In the old system, people handed out literal envelopes of money to people you've probably never heard of for TV rights to events you probably didn't watch. That was a very specific *kind* of corruption. There was a unique FIFA flair to it—a weird tri-state guy and a Trinidadian member of parliament and a bunch of former players and sportocrats hashing out deals in a literal underground chamber in a $250 million compound in a place in Zurich called "Dividend Hill." It is the kind of arrangement that could only exist in international soccer, and at a particular point in time, when the cash flows were growing at a rate that exceeded the sport's capacity to exploit it in an organized and notarized way. On balance, it was not a particularly good way of conducting business and the outcomes were scandalous but you have to admit that sometimes it was also pretty funny.

But FIFA under Infantino has become something different. The scandals aren't necessarily illegal nor are they happening in secret (even if the planning process for this was). The money is on a different level, and the people who want a piece of it are too. Before there was Josh Kushner and JP Morgan and a stake in the World Cup, there was Saudi Arabia's Public Investment Fund and SoftBank trying to do the same for the FIFA *Club* World Cup.

Infantino's FIFA has crossed the threshold from a sports story involving money and power to a money and power story involving sports, and the scandals of his tenure, while draped in a distinctive soccer-like gloss, have concerned the kinds of mergers and acquisitions that have disrupted seemingly every other sector as well. International soccer is an uniquely prominent front in a familiar battleground: A few

rich guys stepping in to extract value in perpetuity from something they didn't build, in exchange for an extremely unevenly distributed short-term windfall. Europe just might succeed in killing it off this time. But you'll experience it again soon enough wherever you are.


## WHAT'S INDEPENDENT JOURNALISM WORTH TO YOU?

Our news will always be free to read, watch, and listen to online. **But what is its value?**

Unbiased reporting on the issues that billionaire-owned newsrooms won't touch. Fearless research into the dark corners of government and corporations. Ferociously fact-checked news that focuses on the facts, and the facts alone.

It IS free for you and every reader, viewer, and listener to utilize. But it's not free for our team to make. **So, what's it worth to you?** Let us know by making a donation: **Make a one-time donation today to support this work. Or make a monthly sustaining donation to help us plan for the future.**

Whatever you choose, know that you're supporting more independent, investigative journalism in a time when we need it most.

One-Time | Monthly

$ | $ | $

Other Amount

Continue



## WHAT'S INDEPENDENT JOURNALISM WORTH TO YOU?

Our news will always be free to read, watch, and listen to online. **But what is its value?**

Unbiased reporting on the issues that billionaire-owned newsrooms won't touch. Fearless research into the dark corners of government and corporations. Ferociously fact-checked news that focuses on the facts, and the facts alone.

It IS free for you and every reader, viewer, and listener to utilize. But it's not free for our team to make. **So, what's it worth to you?** Let us know by making a donation: **Make a**

# EXHIBIT 60



ANALYSIS

# Donald Trump, Jared Kushner and the race to host the 2026 World Cup

By **Adam Crafton**

Nov. 4, 2024

Share article 192

In 2026, the United States will stage the men's World Cup for the first time in over three decades and this week, the world will learn whether Republican candidate Donald Trump or Democrat opponent Kamala Harris will be the nation's president during the tournament.

The bidding process and lobbying efforts for the 2026 World Cup, which will be co-hosted by neighbours Canada and Mexico, took place during Trump's previous presidency, from 2016-20, and as one of the most divisive politicians in U.S. history, he presented various complexities for the bid committee on the campaign trail.

The so-called United bid, comprised of senior figures from U.S., Canadian and Mexican soccer, launched its campaign formally in April 2017, with north African nation Morocco announcing a rival bid that August.

By then, Trump had pledged to build a “big, beautiful wall” between the United States and Mexico, and make Mexico pay for it, as a cornerstone of his successful 2016 presidential campaign. He had also signed an executive order that limited entry into the U.S. for refugees and banned foreign nationals from several predominantly Muslim countries entering the U.S. for 90 days. Then, as the World Cup bidding process intensified, potential voters were further disturbed to read widespread reports in the American media which claimed Trump had caused offence by asking why his country should accept immigrants from “s***hole” countries such as Haiti in the Caribbean and some African nations.

For the bidding team, this presented obvious challenges, most notably because the 2026 process was the first implementation of a one-member, one-vote system, meaning they were canvassing the support of the 211 nations who were members of FIFA, world football’s governing body. Even by June 2018, when the vote took place, the concept of a United bid appeared to be undermined by trade wars between Trump’s administration and its two neighbours, as the U.S. imposed tariffs on Mexican and Canadian steel and aluminium and the Mexicans hit back with tariffs on American agriculture. To further complicate matters, FIFA member associations were shaken up when U.S. federal prosecutors brought soccer’s world governing body crumbling to its knees, starting with the indictment of nine FIFA officials and five corporate executives for racketeering conspiracy and corruption in May 2015.

And yet, despite all of that, the United bid emerged successful in the vote at the FIFA Congress in the Russian capital Moscow at the beginning of the 2018 men’s World Cup.

The United bid secured the support of 134 member associations, while 65 voted for the Moroccan bid. Iran voted for "none of the above."




The United bid is announced as the winner in the race to host the 2026 World Cup Mike Hewitt – FIFA/FIFA via Getty Images

How, therefore, did the United bid navigate the choppiest of political terrains to emerge victorious? *The Athletic* has spoken to numerous sources involved with the bidding process on either side, all of whom wished to remain anonymous to protect relationships and owing to the sensitivity of their discussions. During our conversations, we learned:

- Jared Kushner, Trump's son-in-law, became the key contact in the White House for the United bid and, even as recently as this year, he remained key in securing the World Cup final for MetLife Stadium in New Jersey.
- Officials from the U.S. and Moroccan bids informally discussed the possibility of Morocco stepping away from the race, but the U.S. curtailed those conversations when they were asked to commit to supporting a future Morocco bid in return.
- Officials within the U.S. bid sought to actively downplay concerns about Trump's inflammatory rhetoric, attempting to persuade voters that either he did not reflect the bid, or that he did not mean exactly what he had said, or to reassure them by saying it was unlikely he would be president in 2026.

- The United bid became a joint effort with Mexico and Canada as officials felt a need to minimise the U.S. presence, partly because of concerns of any lingering hostility from FIFA due to the U.S. Department of Justice's clampdown but also due to fears that Trump may have alienated voters.
- Saudi Arabia became a strong ally of the United bid in the Middle East, and multiple trips were made by bid officials, including former United States Soccer Federation (USSF) president Carlos Cordeiro, as well as by Kushner. The Saudis were also seeking to enhance relations with FIFA to boost their own aspirations of future men's World Cup host nation status, which has now been all but secured for 2034.

Keep politics out of sport? When it comes to bids for major sporting events, that is neither likely nor realistic.

Political support for hosting a World Cup goes beyond vanity. It is, in fact, completely necessary. In an ideal world, FIFA desires unfettered visa access for competing players, staff from federations and fans who may wish to visit during the competition. It also requires guarantees from state departments including security, transport and commerce. FIFA, for example, is granted non-profit status in its home base of Switzerland, providing key tax exemptions despite driving billions in revenue, and it likes such goodwill to be extended when it takes its competitions around the world.

According to the Bid Evaluation Report for the 2026 World Cup, FIFA secured a full tax exemption for marketing, ticketing, hospitality and media revenues arising from the tournament from Mexico but only a "limited" one from Canada. In the case of the U.S., the bid report described a "close-to-full exemption" and stated that a letter of support had been sent from Trump on the matter, but this is not legally binding. It was, however, a significant statement within a FIFA bidding environment because the Moroccan bid had accepted FIFA's templated format for exemptions, meaning the U.S. were under pressure to match up.

The United bid knew it needed to develop strong ties with the White House. It leaned on Robert Kraft, the 83-year-old billionaire and owner of the NFL's New England Patriots and New England Revolution of Major League Soccer. Kraft was named honorary chairman of the bid. He had been a friend of Trump, a relationship Kraft has previously said grew closer following the death of his wife Myra in 2011. Kraft said in an interview with the New York Daily News that Trump attended the funeral and called him "once a week for the whole year" to check on his friend. Trump had also often attended the owner's suite at Gillette Stadium in Foxborough.

Trump would later praise Kraft for his "excellent advice" on the World Cup bid and Kraft used his contacts to engage Kushner, the husband of Trump's daughter Ivanka and a senior advisor to the president. Kushner ran a White House department named the Office of American Innovation and this was the connecting point for the bid.

When contacted last month by *The Athletic* in relation to the role of the White House in the bid and leveraging relationships, Trump's media advisor Jason Miller sent a text message in which he said: "That was all Jared." *The Athletic* attempted to contact Kushner via his fund Affinity Partners but received no comment on any points raised within this article.

Kushner hosted meetings at the White House with officials from the bid. A source present recalls: "He was asking, 'What do we need to do? How can we help?'."

He would later attend U.S. national team games in Qatar during the World Cup in 2022 and, even if he did not strike those involved as a passionate soccer fan, they realised Kushner grasped the sheer scale and importance of hosting a global soccer tournament.

Another person adds that Kushner and Trump "wanted it to be a victory for the administration, something to bring jobs and show they could deal-make with other countries".



Donald Trump, his daughter Ivanka Trump and her husband Jared Kushner Giorgio Viera/AFP via Getty Images

But Kushner's interest in the World Cup extended beyond the successful bid. Even after Trump left office in January 2021, he remained engaged on attempts by the New

York/New Jersey host committee to bring the World Cup final to MetLife Stadium. *The Athletic* can report for the first time here that Kushner, who grew up in New Jersey, helped to co-ordinate the final push to beat Jerry Jones and the AT&T Stadium in Arlington, Texas, to host the final.

In the weeks before the announcement in February, Kushner spoke with Gianni Infantino and also helped assemble a key meal attended by the FIFA president, the New Jersey governor Phil Murphy and some of New York's most prominent businessmen and dealmakers in a get-together regarded as key to getting it over the line. FIFA, Kushner and Murphy's office did not respond when contacted on the matter.

As for Kraft, he was commended in the Oval Office by Trump shortly after the 2026 World Cup was secured. During a visit by Infantino, in which the FIFA president told Trump, "You are part of the FIFA team now", Trump revealed that Kraft was the first person to approach him with the idea of supporting the bid. Kraft, for his part, has since had a reward of his own, with Gillette Stadium securing seven fixtures for the World Cup, including a quarter-final.

Yet his relationship with Trump has soured. In a recent radio appearance, he compared the Trump presidency to "being like having someone who's a drunk fraternity brother become (president)." He added that he had not spoken to Trump since January 6, 2021, when riots took place at the U.S. Capitol.

Infantino's relationship with Trump appeared to blossom, however. Infantino visited the Trump White House on three occasions, as well as playing golf with him in New Jersey and lunching with him at the World Economic Forum in Davos in January 2020. This was in the same week the U.S. Senate introduced ground rules for Trump's impeachment trial.

Introducing Trump at the Davos event, Infantino said: "President Trump is definitely a sportsman. I am lucky enough in my life to come across some of the most talented athletes in soccer. And President Trump is made of the same sort of fibre. He is a competitor. He wants to compete, he wants to win. He wants to show who is the best. He says actually what many think, but more importantly, he does, then, what he says." Trump thanked Infantino, saying: "You've been my great friend."

Infantino has not been granted similar photo opportunities within the Oval Office by Biden, but Infantino did hold a series of inter-agency meetings earlier this year with other senior administration figures ahead of the World Cup.



Gianni Infantino and Donald Trump meet at the White House in 2019 Win McNamee/Getty Images

Trump's reassurance on tax matters was not the only one he offered. In a letter dated May 2, 2018, and first reported by the New York Times, Trump wrote to Infantino and said he was confident that "all eligible athletes, officials and fans from all countries around the world would be able to enter the United States without discrimination".

For the bid team, this was a vital intervention, because member associations had been asking how exactly the U.S. intended to circumvent the fact that the nation's president had sought to limit travel from countries such as Iran, Libya, Syria, Yemen, Chad, North Korea and Venezuela. Iran have qualified for the past three World Cups.

The U.S. was never likely to sign up to all the visa waivers that FIFA truly desired — certainly not in the manner Qatar were prepared to do — but an indication of intent from the president went a long way to smoothing matters. Besides, even if the Trump administration had offered up full guarantees, there was no legal way to provide an assurance that it would not subsequently be changed by Congress or the next U.S. government.

DAILY PICK'EM Today 7:30 AM

Can you call the winner?

HUL DRAW MUN

2% Picked 7% Draw 91% Picked

3830 votes

A senior bid source explains: "It acknowledged what FIFA wanted, but it didn't provide an iron-clad guarantee. From the U.S. standpoint, it was, 'Listen, we can't sign these blanket guarantees'. We're going to soften them, respect the spirit but we're not going to be able to fully commit to what FIFA is wanting."

As it transpires, FIFA has raised repeated concerns over the past year with the U.S. government, including in official meetings involving Infantino at the White House, over worries supporters may be deterred from the 2026 men's World Cup due to excessive wait times to process visa applications to visit the country. The tournament begins in 584 days and it will be at least another 12 months before many countries will be assured of qualification, yet the wait times for U.S. visa interviews in two Mexican cities remain in excess of 250 days, while it is 710 days in the Colombian capital of Bogota and 455 days in the Ecuadorean capital of Quito. In the Turkish city of Istanbul it is a 713-day wait.

In some locations, those wait times have diminished due to renewed investment in processing, but FIFA remains concerned that the delays may undermine Trump's original reassurances.

The challenge for the United bid was to ensure the co-operation of Trump's White House yet minimise the impact of his more unpopular interventions. After controversially missing out to Qatar for the 2022 tournament, U.S. Soccer had raised the idea of another World Cup bid with advisors to President Obama before he left office in January 2017. While there was cautious support, the Obama White House, which had previously hosted the later deposed FIFA President Sepp Blatter as part of its pursuit of the 2022 edition, was anxious to avoid any repeat of photo opportunities in the Oval Office for FIFA representatives who may later become controversial figures.

GO DEEPER

Sepp Blatter, Michel Platini, 2m Swiss francs and the 'sports trial of the century'

The bid also conducted polling and research to test public support for hosting a World Cup, particularly amid FIFA's discredited reputation. The bid found support among men, women and younger age groups, as well as within a soccer-supporting community that tends to lean liberal-progressive.

Soon enough, Trump was in situ. One early decision was to bring Mexico and Canada into the bid. The motivation was two-fold. Firstly, there were fears the U.S. Department of Justice's role in bringing down FIFA executives may mean lingering resentment towards the U.S. among the FIFA electorate, while Trump's more incendiary comments also caused anxiety.

A source close to the bid recalls seeing significant protests at San Diego airport following Trump's executive order to introduce the travel ban and worrying it could derail the bid. Multiple people say that reassurance was needed for voting nations across the world. In some cases, members of the United bid would say Trump "did not really mean" what he was saying, referring to comments from several years before. On other occasions, they would simply tell the voters that Trump would not be president by 2026 in any case because, even if he secured consecutive terms, he would have been out of office by 2025. Nobody involved in the bid foresaw a scenario where Trump lost out on a second term but sought to gain re-election in 2024.

In public, the bid occasionally played up Trump's interest, partly on the instructions of Kraft, who insisted that the bid underline Trump's support for Mexico's involvement, but also because they needed Trump's co-operation with FIFA. When the United bid was launched at Freedom Tower in New York City, U.S. Soccer President Sunil Gulati said: "The president of the United States is fully supportive and encouraged us to have this joint bid." He added: "He is especially pleased that Mexico is a part of this bid and in the last few days we've gotten further encouragement on that. We are not at all concerned about some of the issues that other people may raise."



(Left to right) Canada Soccer president Victor Montagliani, Gulati and Mexican Football Federation president Decio de Maria present the bid in April 2017 Spencer Platt/Getty Images

The initial U.S. discussions with Mexico actually came through their relationship with Emilio Azcarraga, the chairman of the Mexican television channel Televisa, rather than directly with the Mexican Football Federation. Only this week, Azcarraga stepped down from his role at Televisa because he is under investigation by the U.S. Department of Justice in a FIFA-related issue, according to the company's report to Mexico's stock market.

In 2023, Televisa reached a $95million (£73m) settlement in a U.S. investor lawsuit which accused the group of bribing FIFA officials to secure the rights to four World Cup tournaments between 2018 and 2030. Televisa denied wrongdoing despite agreeing to settle.

According to those on the U.S. side, the Mexican bid members rarely, if ever, brought up the matter of Trump's comments about building a wall, but were insistent on one point: hosting the opening match of the World Cup, which was secured for the Azteca Stadium in Mexico City. Mexico and Canada agreed to be junior partners, taking 13 games apiece out of 104 matches during the first 48-team World Cup, leaving the U.S. with 75 per cent of the fixtures. Every game from the quarter-finals onwards is to be held in the U.S..




The combined effort helped frame the bid's narrative. As one source explains: "The worst thing would have been to go down the line of, 'the U.S. is the greatest country in the world, we deserve this, there is no choice, it is ours'."

The United bid's emotional appeal came in the alliance between three neighbours from the Americas but the core of the messaging was rational. The United bid book spoke of breaking "new records" in attendance and revenue. With ready-made state-of-the-art NFL stadiums, Cordeiro promised "the most profitable FIFA World Cup ever", targeting revenues of $14billion and profits for FIFA of nearly $11bn.

For the 211 member associations that receive funding from FIFA, this made for a logical and powerful pitch. Essentially, a rising tide could float all boats. The competition for the U.S. was also diminished owing to FIFA's rotation principle, meaning confederations must wait two cycles before hosting another World Cup. As such, Europe and Asia could not apply, given Russia and Qatar were due to host the 2018 and 2022 editions.

The only rival came from Africa, where Morocco had previously tried and failed to secure a World Cup in 1994, 1998, 2006 and 2010. In the formal FIFA evaluation reports, which assess stadiums, facilities, accommodation, transport, media markets, marketing potential, connectivity, ticketing and hospitality, its technical committee awarded Morocco 2.7 points out of five and highlighted "high" risks on stadiums, accommodation and transportation. The United bid, however, received four points out of five.

But the U.S. had been rated positively before, most notably for the 2022 edition, only to be stunned when Qatar's name was picked out of the envelope instead. Lobbying for votes would remain essential.

The battle between the U.S. and Morocco may not have intensified at all. During a FIFA Congress in 2017, an informal conversation took place between officials from both sides, in which the U.S. posited whether Morocco would go through with the bid.

The word they had back was the Moroccans would only drop out in the event the Americans agreed to offer support and endorsement for a Moroccan bid in future tournaments.

The U.S. officials were not prepared to agree, partly because there is no way to bind future administrations, but also because in 2017, there were some hefty likely contenders for the 2030 edition; with whispers about China and Saudi Arabia considering bids, while a pan-South American bid was also being prepared to mark the 100th anniversary of the World Cup's inaugural edition in Uruguay. As it turns out, the 2030 edition will now be held in Morocco, as well as Spain, Portugal, Uruguay, Argentina and Paraguay, in a six-nation and three-continent extravaganza, subject to a FIFA vote regarded as a formality in December.

As such, the U.S. bid got to work. For all of the questions about Trump, there were, one person says, some places that "would have voted for Morocco even if we had Martin Luther King or Gandhi as president". Morocco had hoped to sweep up the vote across Africa and the Middle East and any route to success required this to happen.

This, however, underestimated the strength of American geopolitical ties in the Gulf states in particular, as well as Kushner's burgeoning relationship with Saudi Arabia. According to reporting by Vanity Fair, Kushner "directly asked" the Saudi Crown Prince Mohammed bin Salman for his nation's support as early as the summer of 2017 during a visit to the country. The publication also said Kushner made the same request to the House of Khalifa in Bahrain. Both nations voted for the United bid.

Turki Al-Sheikh, the chairman of the General Entertainment Authority in Saudi Arabia and a close confidant of Bin Salman, told Bloomberg in June 2018: "They (the U.S.) knocked on our door from 2017, before everyone, and we don't close the door to allies. Our brothers in Morocco didn't ask for help for us on this issue until a month ago, and we'd given our word to the Americans."

The Saudis also appeared to facilitate support from the region. Around the same time, Al-Sheikh headed up a new regional bloc, called the South West Asian Football Federation, which for a while looked as though it may take on legitimacy from FIFA and rival the Asian confederation. The group included Pakistan, Sri Lanka, India, Nepal, Bangladesh, Saudi Arabia, Bahrain, Maldives, Yemen, Oman, Kuwait and the United Arab Emirates.

On two occasions, U.S. bid officials, led by Cordeiro, travelled to Riyadh to pitch to this group of nations. Of the 12 nations in the bloc, 10 ultimately supported the U.S. over

Morocco, with only Yemen and Oman siding with the African nation. The United bid also benefited from a Gulf split that developed during this time while Qatar's neighbours implemented a land, air and sea blockade against the state that was due to host the 2022 World Cup. Moroccan and Qatari relations appeared to remain intact, with Qatar's vote going Morocco's way, while those blockading Qatar leaned towards the United bid.

As for Trump, bid sources say the U.S. bid did not ask him to make direct appeals to voters, unlike when Obama was president. But he did become involved via his favourite medium as president: Twitter. The interventions were inflammatory.

On April 26, 2018, a couple of months before the vote, Trump wrote: "The U.S. has put together a STRONG bid w/ Canada and Mexico for the 2026 World Cup. It would be a shame if countries that we always support were to lobby against the U.S. bid. Why should we be supporting these countries when they don't support us (including at the United Nations)?"

The tweet was interpreted by many to be a veiled threat towards nations who rely on U.S. international aid or political support. In the case of World Cup voting, FIFA statutes forbid state intervention in football matters and decisions are supposed to be made by football executives, rather than government leaders. But the boundaries between the two can often blur.

Take, for example, a remarkable story from the U.S. bidding process for the 2022 World Cup, when Obama was president. A message was conveyed to the U.S. bid that Jacques Anouma, then an Ivorian member of the FIFA executive committee and financial advisor under the presidency of Laurent Gbagbo, wanted a phone call from the White House to their Ivorian counterparts. While the U.S. bid initially thought the matter to be solely football-related, it rapidly emerged that this was a time of unrest and violent clashes in the Ivory Coast, and Gbagbo would later be charged in connection with violence following a disputed election in 2010. The violence contributed to the deaths of 3,000 people. He went on trial at the International Criminal Court, denying all allegations, and was later acquitted. The White House at the time, however, were concerned that any phone call, even soccer-related, would be seen as a political endorsement.

Not everyone involved in the United bid was unhappy with Trump's intervention and several describe the Trump administration as "hugely supportive" of the bid. While they concede there were days they would wake up wondering what the president might say next, they also thought it was important for FIFA to see that Trump was engaged and wanted his country to host the tournament, even if his style was contentious.

The U.S. also sensed an opportunity to eat into Moroccan support within Africa, despite the confederation previously having committed to get behind Morocco. Trump made a second hint during a press conference in the White House Rose Garden alongside the Nigerian president, Muhammadu Buhari. Trump said: "I hope, all African countries and countries throughout the world, that we also will be supporting you and that they will likewise support us in our bid."




MetLife Stadium will host the 2026 World Cup final Al Pereira/Getty Images

Direct appeals were made by Gulati throughout the bidding process to the South African federation, which swung to the United bid, as well as 10 other African nations: Benin, Botswana, Cape Verde, Guinea, Lesotho, Liberia, Mozambique, Namibia, Sierra Leone and Zimbabwe.

"I recall United officials went to five southern African countries because there was 'intelligence' that said that they may not be pro-Morocco, even though there was a regional effort to lock up that sort of region," says one person who worked on the bid. "And so they flew all over Africa with personal diplomacy. Carlos Cordeiro had access to people and he deserves credit for that win, because a broad media-driven strategy was not going to be as effective as the personal diplomacy strategy."

Trump still managed to have a run-in with Namibia when, during a United Nations address, he twice referred to "Nambia", a state that does not exist. South Africa had called in U.S. officials to explain Trump's disparaging comments about Africa, while Ebba Kalondo, the Namibian spokeswoman for the African Union, told the Associated Press news agency that Trump's comment flew "in the face of all accepted behaviour". The Botswana government also condemned his comments. Yet South Africa, Namibia and Botswana all voted for the United bid.

Two notable swings came in Russia plumping for the United bid at the last moment, and even Venezuela, impacted by the travel ban, fell in line with South American federation CONMEBOL.

As for the United bid, they continued to make the point that this was not about the state of play in 2018. "This is about what's happening eight years from now," one person recalls. "Trump's almost certainly not going to be president eight years from now, was the view. We tried to carefully, appropriately separate ourselves."

Whether that will be so easy by the time the World Cup comes around will be determined by the outcome of this week's election.

*(Top photos: Getty; Joe Raedle/POOL/AFP, Oliver Contreras/Sipa/Bloomberg, Masashi Hara; design: Dan Goldfarb)*

**Adam Crafton** is a British journalist based in New York City, having relocated from London in 2024. He primarily covers soccer for The Athletic. In 2024, he was named the Sports Writer of the Year by the Sports' Journalist Association, after winning the Young Sports Writer of the Year award in 2018.

Tagged To: FIFA Men's World Cup, International Football, Premier League, Soccer, US Men's National Team

**TOP LEAGUE CONTENT**

# EXHIBIT 61

VANITY FAIR
SIGN IN | NEWSLETTER Subscribe

Get unlimited access to *Vanity Fair*, plus a free tote!
Subscribe now ›

KUSHNER 2026

# How Jared Kushner Helped Bring the 2026 World Cup to North America

"The narrative is O.A.I. is not competent and inexperienced. But this is an accomplishment," said one person familiar with the negotiations. "There's going to be a whole tournament here."



BY EMILY JANE FOX

JULY 15, 2018




Jared Kushner crosses the South Lawn of the White House on July 1, 2018. BY OLIVIER DOULIERY/AFP/GETTY IMAGES.

Last July, when the International Olympic Committee announced that Los Angeles would host the 2028 Olympic games, the Trump administration immediately seized on the political opportunities

MOST POPULAR

posed by the good fortune. Not only did the occasion mark the first time in some two decades that the games would be held on American soil, but Trump's predecessor, **Barack Obama,** had also publicly tried and failed to help Chicago host the 2016 Games. Moreover, Trump found in the I.O.C. exactly the sort of deference that he most cherishes. "Since his election, President Trump has been personally involved in helping to make L.A.'s bid a truly American bid," the committee noted in a statement, "and the White House Office of American Innovation and the U.S. Senate and House of Representatives have been true partners throughout."

The Office of American Innovation, of course, is **Jared Kushner's** treehouse within the West Wing—a small, enigmatic, nebulous coterie tasked with everything from solving Middle East peace to government I.T. The Office of American Innovation is generally derided as sort of a punch line within Washington, but Trump's decision to hand the White House's work for the Olympic bid to Kushner suggests his diminished faith in the rest of his organization. As one person familiar with the situation described to me, "Who else in the administration outside of that office could take a project from start to finish?"

**Hive**

Where Wall Street, Washington, and Silicon Valley meet.

Enter your e-mail

Your e-mail address

SIGN UP

By signing up you agree to our User Agreement and Privacy Policy & Cookie Statement. This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

Around the time of the Olympic success, a handful of interested parties, including Trump booster **Robert Kraft,** who owns the N.F.L.'s New England Patriots and Major League Soccer's New England Revolution, reached out to the president, urging him to get involved with an effort to bring the 2026 World Cup to North America. Trump agreed, and, again handed

POLITICS

RFK Jr.'s Family Doesn't Want Him to Run. Even They May Not Know His...

BY JOE HAGAN

ROYALS

Kate Middleton and Prince William Seek New Private Assistant

BY EVE BATEY



POLITICS

Where Do the Obamas Stand on Joe Biden? "If President Obama Was All...

BY KATE ANDERSEN BROWER

30%

the lift over to Kushner and O.A.I. Kushner headed a group of about five people—some from O.A.I., others from the White House Counsel's office and the Staff Secretary's office—to help lead the effort. Almost immediately, Kushner hopped on his first conference call to discuss what the administration could do to help.

WATCH NOW:




By that July, the United States Soccer Federation, along with the corresponding groups from Canada and Mexico, had already confirmed its intentions to bid for the games in North America, and had since become the overwhelming favorite on account of its advanced infrastructure, facilities, and transportation options. North America's chances were also buoyed by FIFA's effort to rotate the tournament around the world, blocking any of its six continental confederations from bidding if they had hosted a World Cup within the previous eight years. Since Russia and Qatar had locked up the games in 2018 and 2022, Asia and Europe were eliminated from consideration. By August, on the final day countries were allowed to announce their intentions, Morocco announced its intention to bid for the games.

40%

Morocco had previously sought the World Cup in 1994, 1998, 2006, and 2010, but had been passed over each time on account of skepticism about its infrastructure capacity and capital. In any year, it would seem like an overmatched competitor against

North America. But this year was different. The travel ban put in place by the Trump administration was not only politically appalling to members of the international community, but it might also restrict players from a couple of the countries likely to compete for spots in a tournament—a major consideration since the 2026 World Cup would increase to 48 teams. Several of Trump's public comments about North America's bid were also perceived as threats or undue pressure. In April, for example, he tweeted that it "It would be a shame if countries that we always support were to lobby against the U.S. bid. Why should we be supporting these countries when they don't support us?"

50%

A few days later, as he hosted Nigerian President **Muhammadu Buhari,** he told reporters at a press conference that "We will be watching very closely, and any help they can give us in that bid, we would appreciate." As such, countries like France, Belgium, and Russia threw their weight behind Morocco, and the 56 votes that come from Africa were expected to sway that way, too.

Undeterred, the bid committee went into a full-court press, traveling around the globe to meet with about 150 of the 211 FIFA federation. The committee started communicating to Kushner, according to the person familiar with the situation, about how he might be able to exert his increasing influence on the global stage. Last July, around the time when the White House was starting to dig into helping with the FIFA bid, Kushner took a surreptitious trip to Saudi Arabia where he spent considerable time with Crown Prince **Mohammad bin Salman,** invariably known as M.B.S. (The two reportedly stayed up until 4 A.M. in the morning in private conversations.) This person said that Kushner asked M.B.S. directly for Saudi Arabia's vote. He did the same with the House of Khalifa in Bahrain. "He was asking for a very large thing—to vote for the U.S. instead of a more natural partner, in Morocco," this person said. "And yet, they were very willing."

60%

Last month, Saudi Arabia announced it would back the U.S. "They knocked on our door from 2017 before everyone, and we don't close the door to allies," **Turki Al Alshikh,** head of the Saudi Sports Authority, said in an interview with Bloomberg TV in June. "Our brothers in Morocco didn't ask for help for us on this issue until a month ago, and we'd given our word to the Americans."

Kushner leaned on the relationships he'd developed in his NAFTA talks with both Mexico and Canada to make sure the other two countries were on track in putting their bid packages together. The person familiar with the situation said that Kushner also shepherded through the presidential decision memo —a crucial part of the package—that requires certain Cabinet secretaries to make guarantees to FIFA about what their agencies are willing to provide in way of support. The Department of Homeland Security, for instance, had to assure the committee that players would, in fact, be able to easily enter the country for the tournament. The Departments of State, Transportation, and Commerce had to make similar guarantees. President Trump also made entreaties to the committee, giving them his word that his immigration policy would not hinder travel to the U.S. for the World Cup. As *The New York Times* reported, the White House engaged in an interagency review that helped Trump craft a series of three letters sent to FIFA president **Gianni Infantino** earlier this year, assuring officials that his hard-line immigration policies would not restrict people coming into the country for the matches.

On June 13, in a vote conducted in—where else?—Moscow, North America won the bid, 134 to 65. Kushner and his team in the White House found out like everyone else did—after FIFA tweeted out the vote—before the committee made a call to the White House. In what has been a long year and a half for the O.A.I., it was a nice validation. "The narrative is O.A.I. is not competent and inexperienced. But this is an accomplishment. It's done. It is. It's not what can be, what might be. There's going to be a whole

70%

tournament here," the person familiar with the situation said. Kushner and the small team that worked on it together made a little pact to go together to a match in 2026, acknowledging that who knows where they will all be by then.


**Emily Jane Fox**
NATIONAL CORRESPONDENT

Emily Jane Fox is a national correspondent at *Vanity Fair* and a cohost of the podcast *Inside the Hive*. She is the best-selling author of *Born Trump* and a chronicler of characters from Washington to Manhattan to Hollywood (and sometimes other places too—you never know where characters will reveal… Read more

SEE MORE BY EMILY JANE FOX »


## READ MORE



PARTIAL FOOTBALL

### The Players to Watch in the Croatia vs. France World Cup Final

With Croatia's battlers taking on a swaggering France, the tournament's conclusion promises a rich clash of styles.

BY DAN ADLER



IVANKA

### "This One Is Going to Stick": Behind Ivanka's Silence on the Border...

People who know the First Daughter are baffled as to how she botched her messaging in such a major way. "She had a free pass on this one in particular," one adviser said. "The template was there, and the direction was so obvious."

BY EMILY JANE FOX



POLITICS

### A Template for Palestine—For a Postwar, Two-State Future

For two decades, Palestinian, Israeli, and American urban planners and power brokers have been envisioning a revitalized West Bank and Gaza. The war and its incalculable tragedies have made their efforts all the more urgent.

BY MARIE BRENNER



BUSINESS

### How Art Mogul Louise Blouin Lost Her Fabled Hamptons Estate

Louise Blouin lost La Dune, the Hamptons estate where she once entertained Prince Andrew and Calvin Klein, but she's not letting go quietly.

BY JENNIFER GOULD

# EXHIBIT 62



POWER

# Gianni's Game A Swiss bureaucrat is bringing the most profitable and politically tumultuous sporting event of all time to the U.S. And Trump loves it.

*By Andrew Rice, a features writer at New York Magazine*

5:00 A.M.

SAVE

Photo-Illustration: Joe Darrow; Photos: Getty Images

In late April, FIFA president Gianni Infantino convened soccer potentates from six continents in the Canadian city of Vancouver for a grandiose event, his organization's annual congress. Over several days, the delegates engaged in multilateral discussions of weighty matters: racism on the pitch, the disruptions of war, and the many controversies surrounding the World Cup, which will soon be held in the U.S., Canada, and Mexico. One afternoon, though, they all took a break to play a little tournament of their own on a pair of youth-size turf fields.

Infantino took the pitch for the first match in a royal-blue jersey and a pair of black Adidas cleats. The sun glinted off his bald head as he stretched. His team, representing FIFA's administration in Zurich, was taking on the African football confederation.

"How are you feeling about your chances?" I asked him on the sideline.

Infantino, who is wary of unstructured interactions with the press, narrowed his eyes and considered.

"Very good," he replied.

He had reason to feel confident. An attorney by profession, Infantino had reinforced his roster of sports bureaucrats with several very fit-looking retired stars, including three World Cup winners: Cafu (Brazil, 1994, 2002), Youri Djorkaeff (France, 1998), and Marco Materazzi (Italy, 2006). As coach, there was the familiar hawkish face of former Arsenal manager Arsène Wenger, who now works for Infantino as a FIFA executive. Having assembled all this firepower behind him, Infantino took his position at center forward for the opening kickoff. The African delegation's team, a comparatively portly bunch, passed the ball back to a midfielder, who then waited a deferential interval as Infantino trotted forward to very gingerly attempt a tackle.

Infantino had first staged one of these fantasy matches in Zurich, in the snow, immediately after his surprising ascension to FIFA's presidency in February 2016. At the time, the organization was reeling from the FBI bribery investigation that had brought down its previous leadership, and innocently kicking a ball around with a group of untarnished heroes was one way to show he was playing a new game. Since then, the exhibitions have become a regular event at FIFA gatherings — a ritual one British sports journalist described to me as "one of Infantino's cringeworthy innovations."

Those football purists with a grumpy view of Infantino — that is, most of them — cite a long list of his alleged offenses against the beautiful game. They say that during his presidency, Infantino has replaced one form of corruption — the kind that used to come in fat brown envelopes — with another form of compromise: a willingness to bow and scrape and debase his organization and the sport it represents in order to flatter power and gather it for himself. He has cozied up to Vladimir Putin, the host of the 2018 World Cup, proudly accepting the Russian Order of Friendship. He has courted the autocratic monarchs of the Middle East and the Persian Gulf petrodollars that have transformed professional soccer, overseeing the prior World Cup in Qatar and setting up the award of a future one to Saudi Arabia. And while this summer's matches, which begin on June 11, are spread across three nations, Infantino has latched himself tightly to one of his hosts in particular: Donald Trump.

For Trump's inauguration last year, Infantino was at a MAGA rally the day before, wearing a low-hanging red tie; and he was there, positioned over Trump's left shoulder, as he took the oath of office; and then there he was on Instagram, dressed in his tuxedo and thanking Trump for the hospitality, his

bushy eyebrows dancing with delight. “This is FIFA at the maximum of its respect,” Infantino said. Since then, he has reportedly visited the White House more than any actual head of state during this term, appearing at Trump’s side at events large and small: a Gaza peace summit in Egypt, the premiere of the documentary *Melania,* a UFC fight in Miami. Infantino took part in the first meeting of Trump’s amorphously defined Board of Peace, where he made sure to be photographed wearing a red baseball cap that read USA. After Trump complained about being spurned by the Nobel Committee, Infantino created a FIFA “Peace Prize” and awarded it in December to ... *guess who*? A few weeks later, Trump sent troops to Venezuela. Then he started a war with Iran.

On the surface, the alliance between MAGA and FIFA looks like an odd coupling. Infantino runs a globalist NGO that’s bringing a horde of foreigners here to play a game many red-blooded Americans find boring and effete. By some measures, this World Cup is likely to be the most profitable sporting event in history, but a large portion of the cost of staging it is being borne by the host nations and their taxpayers, while most of the revenues are flowing back to FIFA in Switzerland. Infantino often says that “football unites the world,” and you would think that Trump, a divider who always accuses international organizations of ripping us off, would absolutely hate all this. But Infantino has found a previously undiscovered place for soccer in Trump’s heart. The president refers to Infantino chummily by his first name, which he renders as “Johnny,” as if talking to Carson on the *Tonight Show* couch. Trump has shown himself capable of crushing the dreams of others with the flick of a thumb. But so far, what Johnny has asked for, Johnny has mostly received.

Infantino has billions of reasons to keep Trump on his team: As long as nothing too seriously disrupts FIFA’s plans, he can expect a cash bonanza from this tournament. The U.S. has not hosted a men’s World Cup since 1994, when we didn’t even have a real professional soccer league. The growth of the sport’s popularity here, along with our giant NFL stadiums stuffed with luxury-box amenities, presents FIFA with an unprecedented economic opportunity — one Infantino has shamelessly sought to exploit. He has enlarged the field for this tournament, going from 32 to 48 teams, which gives him 104 games to sell tickets to, ignoring warnings that it will result in mismatches. (Tiny nations like Cabo Verde and Curaçao have qualified and will meet Spain and Germany, respectively, in the group stages.) He has taken advantage of permissive laws on ticket reselling in the U.S., setting up a FIFA-authorized secondary market where the asking prices for the cheapest seats at many matches are more than $1,000. He has outraged traditionalists by adding features that seem designed for an American audience, like a Super Bowl–style halftime show that will interrupt the final, to be played in July at the Meadowlands. He has steamrollered over complaints that he is watering down the quality of the tournament, screwing normal fans and servicing oligarchs, and humiliating himself and his organization with his fawning behavior toward Trump. “There is no doubt that there are those within FIFA — and I’ve heard this in multiple places — that are very uncomfortable with how far he’s leaned into

this administration," said a former U.S. Soccer Federation official who is familiar with the inner workings of FIFA. "But if there is no meltdown, he is going to be untouchable."

The men's World Cup comes only once every four years, and FIFA's fortunes depend on its success. Its revenues for this four-year budget cycle are projected to reach $13 billion. And because the organization is — incredibly, to critics — incorporated as a nonprofit, much of that money will slosh downward through its 211 member national associations, each of which has an equal vote to elect FIFA's president. This, Infantino's allies say, is his vision of global equity: taking from the wealthy host nations, the thousand-dollar-ticket holders, the corporate sponsors, and the platforms that bring the action to 5 billion viewers and then redistributing the proceeds around the world, with a particular focus on smaller and poorer countries. His power center is among the people who run the sport in developing nations, who depend on FIFA's subsidies, which Infantino has greatly increased. So his African opponents in the friendly match were very friendly indeed.

Still, Team FIFA had to win the game on the field, and the Africans, uniformed in yellow, had a few retired players themselves. They scored first, and FIFA countered with Djorkaeff and Cafu testing the right side of the defense. The pros would occasionally work the ball to Infantino. ("He's our president and our friend," Materazzi, the standout defender and Zidane head-butt recipient, told me in a post-match interview. "We try to get him into the box. Why not?") Djorkaeff passed to his president on the left, and Infantino poked a shot that reached the keeper on about six bounces. After another FIFA player scored an equalizer, Infantino subbed off and squeezed a big swig from a water bottle, then posed for selfies with other dignitaries.

FIFA ended up being eliminated from the tournament and the host nation, Canada, won the final, beating a South American side that included a couple of famous Argentines. Afterward, the champions posed with a maple-leaf flag, and there at the center of the picture was Infantino, who had made a quick change into a red Canadian jersey. He was unabashed about putting himself in the middle of another team's victory celebration. When you're the president of world football, you can't lose.



**Infantino presents the FIFA Peace Prize to Donald Trump.** Photo: Michael Regan/FIFA via Getty Images

The first World Cup, in 1930, was staged in the only nation willing to take on its expense: Uruguay. The FIFA president who put it on, a Parisian named Jules Rimet, was a decorated veteran of the trenches of the First World War whose ideal of nonviolent national competition remains one of the founding principles of the tournament. Another, journalist Simon Kuper writes in his recent book *World Cup Fever*, is "The host pays." Starting in the 1970s, the tournament began to evolve into a revenue-generating commercial juggernaut. FIFA forged relationships with sponsors including Adidas and Coca-Cola and plastered the FIFA World Cup™ branding on all sorts of products you can now find crammed onto drugstore shelves. But as a Swiss nonprofit, the organization paid little tax. It operated in extreme secrecy. Major decisions were made by a multinational group of soccer bosses, known as the ExCo, that met in a windowless bunker inside FIFA's hilltop headquarters. "Places where people make decisions should only contain indirect light," explained Sepp Blatter, Infantino's immediate predecessor as president.

Blatter, a bumptious former public-relations executive, ruled FIFA for nearly two decades before he was brought down by a corruption scandal. He has voiced the suspicion that his ouster was engineered by the U.S. government as revenge for FIFA's shocking decision, in 2010, to reject its bid to host the World Cup in favor of Qatar. By the following year, the FBI was gathering evidence and uncovering a pattern of bribery related to the hosting decision for that and other World Cups, as well as many other dealings within the clubby world of football. The investigation culminated in a 2015 raid of a Zurich hotel where FIFA officials had gathered. The scandal had a large blast radius, eliminating most of Blatter's potential successors.

Infantino received the ball in space. The initial favorite in the presidential race, a Bahraini sheikh, was set back by allegations from human-rights groups, which he denied, of his involvement in the arrest and torture of athletes who had protested during the Arab Spring. Infantino campaigned as a reformer who would manage the organization's finances for the benefit

of all. "The money of FIFA is *your* money," he told delegates when they met for the election in Zurich.

Infantino prevailed at least in part because the American delegation threw its support to him at a critical moment and urged its allies to do the same. "U.S. Soccer is very much responsible for his rise," said Leander Schaerlaeckens, the author of a new book about the U.S. men's national team, *The Long Game*. "Did they anticipate what he would turn into? I suspect not."

Around the time of the election, one independent analyst described Infantino's campaign as "a mystery, and the man, a cipher." He happened to come from the same region of Switzerland as Blatter, but Infantino looked like a contrast to the imperious blowhard. He was considered a "capable lawyer," said one person involved in his election: a rule follower, a safe choice. He had worked at an academic institution called the International Centre for Sports Studies before serving as the dutiful second-in-command to a former French star who was then in charge of the European football federation. To the extent Infantino was known to the public, it was as the round-faced fellow who came on TV to pick plastic balls from a bowl to determine who would play whom in the Champions League, the European club competition.

The voters might have thought they were getting a bureaucrat, but Infantino soon showed that he considered himself a man of destiny. FIFA recently published a biography of its president, *Forward*, that tells his life story in terms that would make a Maoist propagandist blush. Italian journalist Alessandro Alciato writes that Infantino's father was a railway employee, and Gianni himself worked on trains when he was younger, learning that international borders could be like the doors connecting the cars and that in front was "the driver, leading to a world of opportunity and wonder." Infantino has had an itinerant existence, traveling the world and taking the game with him. He speaks Arabic, along with six other languages, and met his wife, who is Lebanese, when she was working for her country's football association. He recently became a citizen of Lebanon via special decree.

Before him, *Forward*'s author suggests, FIFA was "a complete and utter horror show." The old guard "drank their fill from the fountain of corruption and bent the rules to favor their own interests. Then Gianni Infantino arrived." When he took over the president's office, the first thing Infantino noticed as he walked in was an enormous safe set into the wall. He left it there as a reminder of past corruption and put green carpet over the building's expensive marble floors to keep everyone thinking of the grass pitch. Under his leadership, FIFA would be profit-motivated and honest about it, cutting out the criminal behavior. "Money used to change hands under the table," Infantino's biographer writes, now "it has moved in the open for all to see."

Over Infantino's ten years at the head of FIFA, he has more than doubled its revenues. Most of the growth has come from the men's tournament — although the women's World Cup has been setting records, too. (*Forward*

notes that Infantino's four daughters have inspired him to invest in developing the women's game worldwide.) His allies say the good that comes from FIFA's money is seen on the ground: a new training center in Andorra, a field lit by solar power in Vanuatu, a renovated national stadium in the capital of South Sudan, where 20,000 soccer fans once sang "Happy Birthday" to him. Infantino's critics say he uses a sophisticated patronage system as a way to build support for his rule and has stifled advocates for transparency and democracy inside the organization, making him tainted in his own way. They point out that the "fountain of corruption" might not be totally shut off: The New York *Times* recently reported that FIFA's ethics committee has been sitting on a complaint from a whistleblower claiming that Alejandro Dominguez, the South American federation head, siphoned off millions from a fund that, ironically, was meant to reimburse it for money stolen from it by previous administrators. (Dominguez did not respond to a request for comment from the *Times*.)

When confronted with criticisms of his leadership, Infantino has claimed to be the victim of "fake news" and called reporters "mean." Journalists covering the sport complain he rarely holds press conferences, preferring soft interviewers like the YouTuber IShowSpeed. He has guided FIFA through the two World Cups awarded under the previous regime, deflecting charges that he was helping Putin engage in "sportswashing" and ignoring calls to relocate the dubiously awarded Qatar tournament over concerns about human rights. This summer's men's World Cup, though, is the first one that Infantino has overseen from start to finish. In 2018, when the North American bidders were campaigning for FIFA's approval, they delivered to FIFA a thick book of plans that opened, in giant block letters, with the words UNITY, CERTAINTY, and OPPORTUNITY. Infantino appears to care about the last element most of all.

It was far from easy, though, to persuade FIFA to vote for an American-led bid for the World Cup. At the time, many in its leadership were seemingly still bitter about the FBI investigation. And far from expressing "unity," Trump was threatening Mexico, bullying Canada, and scaring the rest of the world. The first step for a tournament was to obtain the president's support, or at least his nonaggression. New England sports billionaire Robert Kraft, a Major League Soccer franchise owner and a Palm Beach pal, served as an emissary. Trump loves a great show, and was happy to help. He assigned the matter to his son-in-law and White House troubleshooter, Jared Kushner, telling him, "I want you to win." Kushner embarked on a campaign of soccer diplomacy, calling leaders including Prince Mohammed bin Salman of Saudi Arabia. MBS endorsed the bid, bringing with him a bloc of votes.

Trump intervened in the effort in his own way, tweeting that it would "be a shame if countries that we always support were to lobby against the U.S. bid" and twisting the arm of the Nigerian president in front of a group of reporters at the White House, telling him that he would be "watching very closely." He signed an official letter promising that fans of all nations would be welcome, his immigration policies aside. The bid committee had it laminated and pushed it across the table in meetings. The organizers also reportedly reassured wary overseas voters by telling them that, one way or

another, Trump would be out of office by 2026, either because he would lose the 2020 election or be reelected and term-limited; not even Trump considered a third scenario. He often said at the time that the only thing he regretted was not getting to enjoy the World Cup as president. Now he gets to hold the party. “It actually turned out pretty well,” said Kushner.

Infantino maintained a position of neutrality until the World Cup vote was cast. Only afterward did Kushner and Carlos Cordeiro, then the head of U.S. Soccer, arrange for him to meet Trump in the Oval Office. The two presidents got along splendidly. It turned out Trump had some history in common with FIFA. They had a record of doing business with dicta- tors. They shared a resentment of the FBI. (Christopher Steele, the former British spy, was a source for the Bureau’s FIFA investigation before he wrote the infamous Trump dossier.) And soccer had positive associations in Trump’s mind. He was there when the sport had its first fleeting wave of mass popularity in the U.S., back in the 1970s, when Pelé and the New York Cosmos were a hot ticket and he used to watch them play. (One of his friends owned the team.)

Infantino also knew how to work on Trump, just as he had known with Putin and the Qataris. In January 2020, as Trump was fighting impeachment over dealings with Ukraine, Infantino introduced him with praise at a dinner in Davos. “I am lucky enough in my life to come across some of the most talented athletes in soccer,” he said. “And President Trump is made of the same sort of fiber. He is a competitor. He wants to compete, he wants to win. He wants to show who is the best. He says actually what many think, but more importantly, he does, then, what he says.”

During Joe Biden’s term, Infantino found himself less welcome in the White House. He had not fully cleared the air of disrepute around FIFA. World Cup planning fell to an interagency task force that coordinated the government’s commitments and tried to push FIFA to bargain fairly with the cities it chose as host sites. But mere staff meetings did not satisfy FIFA officials, who tried to wheedle and maneuver for high-level access through their lobbyists in Washington. Infantino did end up meeting with national security adviser Jake Sullivan and gave him a soccer ball, but he never got into the Oval Office with Biden himself. “In part, it was because the president didn’t give a shit about soccer,” said a former Biden-administration official, “and in part it was because of the corruption.”

Infantino still had friends in the U.S., though. One was Cordeiro, a former Goldman Sachs executive who resigned his leadership position with U.S. Soccer in 2020 during a controversy over equal pay for the men’s and women’s national teams, only to rematerialize at the FIFA president’s side as a top adviser. Infantino also never stopped talking to Kushner, who moved to Miami after Trump left office. “He would come by to see me in Miami and ask for advice,” said Kushner. “Gianni’s become a friend, and if I can contribute with thoughts, ideas, connections, problem solving, then I’m happy to do it.” Infantino chose Miami as FIFA’s headquarters for its World Cup operations in early 2022. When it seemed Miami might not be selected to host matches, Kushner had Infantino, Miami’s mayor, and the son of

Dolphins owner Stephen Ross over for dinner at his home on Indian Creek Island and they worked it out. Kushner now jokes that he has done so much work for Infantino on preparations for the World Cup that he is basically "one of his unpaid interns."

By maintaining a line into Trump's world, Infantino positioned himself for the comeback. He showed up at Mar-a-Lago during the transition period after the 2024 election and posted a picture of himself next to Trump on Instagram, flashing a thumbs-up with a playful cocked eyebrow. Two months after taking office, Trump created a World Cup task force, which he chairs, that includes key members of his Cabinet. It is run day-to-day by Andrew Giuliani, the son of Rudy, who said Trump intends to integrate the World Cup into his larger celebration of the 250th anniversary of American independence. "The president looks at this event as an incredible way to celebrate American exceptionalism over our first 250 years," Giuliani said. That may sound contrary to the ideal of uniting the world, but Infantino has been more than happy to let the president make this World Cup part of his summer of MAGA.

When it came time for the draw, a preliminary step in which the qualified teams are placed into groups for the initial round-robin stage of competition, Infantino went along with Trump's desire to stage a gala event in Washington. The show turned into a celebration of the president. It was held at the Kennedy Center (which Trump would soon have his name tacked on to). Tenor Andrea Bocelli sang "Nessun Dorma," one of the president's favorites, and the Village People performed "YMCA." Infantino used the occasion to present Trump with the FIFA Peace Prize, invented just the month before. It came with a golden trophy, a symbolic sculpture in which zombielike hands appear to be clawing at the Earth from below, and a medal that Trump put around his own neck, calling this "truly one of the great honors of my life."

Even by FIFA's standards, the ceremony laid it on a bit thick, but for Infantino, it was more than just an attempt to please the president and promote his tournament. He has ambitions for his office that go far beyond traveling the world and giving out soccer balls. "He's trying to reposition FIFA rhetorically as this engineer for geopolitical relations," said Adam Beissel, a professor at Miami University who has written about Infantino. "He's at the IMF, he's at the World Bank, he's at the United Nations, he's at peace talks about Israel and Palestine." In partnership with the Board of Peace, FIFA has pledged to raise $75 million for Gaza's reconstruction, financing projects including a new Palestinian national stadium. Infantino's talk of uniting the world through sports can sound gauzy, sometimes soaring to absurd heights. ("Today I feel Qatari," he famously declared to the press ahead of that country's tournament. "Today I feel Arab. Today I feel African. Today I feel gay. Today I feel disabled. Today I feel a migrant worker.") But Trump has allowed him to feel like a real world leader.

At the FIFA congress in Vancouver, Infantino bustled from meeting to meeting at the convention center and a five-star hotel, surrounded by a retinue of aides in slim-cut blue suits and white Adidas sneakers. ("He is

really about moving quick," said someone familiar with his management style. "It's like, 'Let's go, let's go, let's go.'") But he couldn't quite outrun the critics who question the benefits of his special relationship with Trump. Some European delegations had walked out of the world congress in 2025, held in Paraguay, after Infantino showed up hours late for his keynote, having stuck too long with Trump on a presidential tour of the Middle East. This year, the former women's player who heads the Norwegian association told reporters that she was referring a complaint about Infantino's favor-currying with Trump to the organization's (toothless) ethics committee. At one point, a dogged Belgian reporter pursued him down a hallway, asking if he would heed Norway's call to abolish his own peace prize.

The congress itself, held in a giant convention hall overlooking the Vancouver Harbor, resembled an annual meeting of the United Nations General Assembly with match highlights. I was positioned on the press risers behind the members of the Saudi delegation in their robes and red-checked *ghutras*. Infantino sat at the center of a dais at the front of the room, surrounded by members of his inner council. The World Cup trophy would be repositioned on pedestals as he moved from his seat to the podium so it would always be in front of him. In his annual address, Infantino spoke of the game in quasi-religious terms. Referring to the delegates' tournament, he said, "We have to speak football, we have to live football, we have to practice — as we did yesterday as well — football." Even here, though, the faith had its limits.

There was uncertainty hanging over the participation of Iran's team, which is scheduled to play its first match on June 15 in Inglewood, California, creating a scenario in which it might be forced to compete inside a country with which it is at war. In his address, Infantino reiterated that "of course" the match would go forward "because we have to unite. We have to bring people together." But the shakiness of that vow was underscored when Iran's delegation was marked absent during the ceremonial roll call. Its representatives had been denied entry into Canada by the country's immigration officials. The highly choreographed meeting took an unscripted turn when Infantino called the Palestinian federation's president up to join his Israeli counterpart onstage and persistently tried to persuade them to shake hands, pleading that it was "to give hope to children." The Palestinian furiously rejected the handshake. "These are, of course, as we know, very complex matters," Infantino said awkwardly before forging on with the program. He closed with an announcement that surprised no one: He will be running for another four-year term in 2027.

After Infantino spoke in Vancouver, Trump was asked by reporters at the White House about FIFA's commitment to Iran. The president replied that Infantino was a "friend of mine" and a "piece of work" and that he would go along with allowing the team into the U.S. to play its matches if that was FIFA's plan. "Johnny's fantastic," Trump said. "He talked about it, and I said, 'You do whatever you want. You can have them. You don't have to have them.' Probably have a good team. Do they have a good team?" So long as an

uneasy cease-fire holds, it seems almost certain Iran will compete, and the current plan — reportedly dictated by the White House — is for its team to base itself in Tijuana, making short forays across the border for its matches in the U.S. Depending on its group-stage results, there is even a chance it could meet the U.S. team in a knockout match in Arlington, Texas. But if hostilities resume, no one knows what will happen. Trump's old friend Paolo Zampolli, the former model agent who introduced him to Melania, floated a proposal in his capacity as special U.S. diplomatic envoy: replacing Iran with Italy, which failed to qualify. But the Italian government rejected the suggested mulligan, and Infantino has refused to publicly discuss any backup plans, including Iran's request to play its games only in Canada or Mexico.

Pregame tension is a feature of every World Cup, as citizens of footballing nations agonize over the makeup of their rosters and worry that they've been placed in a dreaded "group of death." But this time around, the anxieties — like the tournament itself — have been supersized. Many teams are coming with political baggage from home. Kylian Mbappé, France's transcendent star, is fighting with his country's rising far-right party. Brazil's coach consulted Lula, its president, about whether to include the hobbled star Neymar on the roster. The team from the Democratic Republic of the Congo, where there is an Ebola outbreak, is in a quarantine bubble on orders from the White House. Haiti's team is coming even though most Haitians cannot because of a Trump-imposed travel ban. Fans of many other nations are staying away, deterred by the unwelcoming image of masked ICE agents on the streets. Governors and mayors are anxious that the tourism extravaganza they once expected is turning into a boondoggle — and everyone, everywhere, is blaming FIFA.

If one thing seems to really unite the world, however, it is a simple problem: Hardly anyone can afford to go to a game. On a rainy morning in Harlem's Little Senegal, a small audience of fans of many nations gathered at a bar to hear the soccer-mad New York City mayor address their frustration. "There are countless New Yorkers desperate to attend a World Cup match," Zohran Mamdani said. "Many of them have somehow found my number and asked me if I can help them." Now, reportedly with some reservations, FIFA was allowing the local host committee to release 1,000 tickets that would be sold for $50 apiece to New York residents chosen via a lottery. It was a small concession from FIFA — and a rare one, bestowed on New York alone among all the host cities.

The organizers who originally championed the idea of hosting this World Cup imagined it would be a festive and accessible event, accelerating soccer's long-predicted arrival as a top-tier professional sport in the U.S. But they've found themselves sidelined by Infantino's business strategy. "I think it's safe to say that the way it has gone is not the way that we envisioned it," says a participant in the group that put together the bid.

Attending a World Cup match can turn a casual follower into a fan for life, but FIFA's cost of entry is alienating. Tickets have been priced via a "dynamic" model that supposedly reflects demand, but the attorneys general

of New York and New Jersey have subpoenaed FIFA as they investigate suspicions the organization has created "fake scarcity." (FIFA declined to comment.) Speculators appear to have vacuumed up many and put them on FIFA's authorized resale site, where it takes an additional 30 percent cut. As of late May, it would cost you $954 to see the U.S. in its opener against Paraguay in Inglewood. (Sales have been sluggish.) If the Congolese players clear their Ebola quarantine, you could watch them play Uzbekistan in Atlanta for $224. If you had $2,512 to spare, you could see the aging Cristiano Ronaldo huff around the field against Colombia in Miami Gardens. The cheapest tickets for the final were around $8,000, and in April someone listed four tickets behind one of the goals for more than $2 million each. Infantino joked that if anyone bought them, he would bring them soda and a hot dog.

Otherwise, he has waved off affordability complaints, which have been especially harsh in countries where ticket scalping is illegal. "You cannot go to watch in the U.S. a college game, not even speaking about a top professional game of a certain level, for less than $300," Infantino said at a recent conference in Beverly Hills, sounding like someone who had not paid for a ticket to an MLS match lately.

In previous men's World Cups — including the successful 1994 tournament in the U.S. — FIFA's leadership in Zurich outsourced much of the organizational work to the hosts, who got to share in some of the proceeds from the matches. This time, Infantino decided that FIFA would be running the preparation process on its own, allowing it to tighten its control over all the revenue streams: tickets, concessions, major sponsorships, international broadcast rights. The localities hosting the matches can make back some money through fan "activation" events, like authorized outdoor watch parties, and local sponsorships, but otherwise have been left out of the game.

FIFA is juicing its profits further by offloading many of its costs, pressing the principle of "The host pays" to the limit by leaving the localities to cover security, transportation, and other expenses. This uneven relationship is partly the product of an extended selection process, conducted in the years after the tournament was awarded to North America, that forced cities to compete against one another and allowed FIFA to dictate one-sided commercial terms. Some of its demands showed its ludicrous self-importance: A person familiar with the negotiations said FIFA wanted the city of Philadelphia to move its Fourth of July celebration to another date so as not to overshadow a match. (A FIFA spokesman denies this was proposed, and Independence Day will proceed as scheduled.) The process culminated in a stadium showdown for the final that was won by MetLife in the Meadowlands. New Jersey's governor at the time, Phil Murphy, was also an owner of the New York Gotham women's team, and he wooed Infantino at a luncheon with other New York area leaders partly organized by Kushner. Murphy finished his second term earlier this year, and his wife, Tammy, now chairs the New York–New Jersey host committee's board. But some in New Jersey's government have buyer's remorse.

FIFA has dealt with its 16 host sites with its usual secrecy, but hundreds of pages of legal agreements between New Jersey's stadium authority and FIFA, obtained via a public-records request, offer a glimpse into how much all the host localities have committed. FIFA has full control of everything inside the stadium, including the field itself. (The authority has replaced MetLife's artificial turf with temporary grass and has reportedly spent nearly $16 million to meet FIFA's stringent stadium specifications.) Beyond the grounds, a "beautification" clause calls for "temporarily covering and decorating construction sites" that attendees might see on the way to the match. FIFA also controls the parking lots around the stadium and expects that the vast majority of ticket holders travel to games by shuttle buses or New Jersey Transit trains. The transportation plan calls for a part of Penn Station to be closed to commuters around match times to limit crowds. Originally, transportation was supposed to be provided for free, but FIFA ended up bowing to local authorities and allowing them to offset costs by charging for rides. In April, the news broke that Murphy's successor, Governor Mikie Sherrill, had introduced a $150 fee for train tickets. "FIFA should pay for the rides, but if they don't, I'm not going to let New Jersey commuters get taken for one," she said in a video. After some private sponsors stepped forward, the cost of the train trip was lowered to a mere $98.

New Jersey has reportedly spent more than $300 million on World Cup preparations since 2021. "Nobody knows how much this is going to cost," said Declan O'Scanlon, a Republican who sits on the budget committee of the state legislature and recently said at a hearing that he thinks "soccer sucks." Part of the resentment has to do with the feeling that the state is being treated as a junior partner to New York, which will get all the glory and the vast majority of hotel bookings. Then again, there may not end up being as many tourists as anticipated. The American Hotel and Lodging Association reports that 80 percent of respondents to a recent survey of hoteliers in host cities say bookings are running below expectations. In my New Jersey town, people who hoped to make a fortune by renting their houses say they have been disappointed by the dearth of interested sheikhs.

Many Europeans are either refusing to come in protest or afraid to. Vice-President J. D. Vance didn't help matters when he reminded World Cup visitors that they would "have to go home" afterward or else deal with ICE. The first-term promise of easy entry has turned into an onerous visa-approval process for fans of unlucky nationalities. Only in May did the Trump administration agree to waive a requirement that forced visitors from 50 nations to post a visa bond of up to $15,000. Infantino has reportedly considered asking Trump for a pause on harsh ICE enforcement, a Los Angeles union chapter representing stadium workers is threatening a strike if agents show up, and some Democratic officials have expressed worries about federal interference. But they have received no formal assurances from the White House. "This sycophantic behavior he's gotten into," said Peter Moore, a former chief executive of Liverpool who has criticized Infantino over ticket prices and other issues, "he's thinking that

this is going to allow the World Cup to be friction free. Nothing could be further from the truth."

Infantino has put some effort into peacemaking with his host cities. "This isn't brownnosing," said Quinton Lucas, the Democratic mayor of Kansas City, who has met with Infantino on several occasions, including a Super Bowl the Chiefs played in. "I've seen him work closely with and build strong relationships with progressive politicians in our country and our world, and I've seen him do it with very conservative ones. I think he is someone who understands flattery and engagement with officials." Lucas has embraced the World Cup and the positive attention it will bring to Kansas City. For its six matches, the city has extended its streetcar line and is mobilizing bus service that will get fans to Arrowhead Stadium for a minimal charge.

FIFA was not eager to authorize Mamdani's discount lottery because it wants to guard its tickets against discounting, but the mayor extracted its assent after making his argument for affordability to Infantino in a meeting. "City Hall's commitment to tackling the cost-of-living crisis," Mamdani told his audience at the bar, "extends to making it possible for every New Yorker to take part in the things that make us human: rest, joy, celebrating the French conceding from crosses in the box." After he finished speaking, Mamdani slid into a red banquette across from me and recounted his audience with the FIFA president. Infantino worked his charms, putting the mayor — whose own passion is for Arsenal — on a FaceTime call with Wenger, the team's legendary former manager. "Couldn't quite believe what was happening as it was happening," Mamdani said. Still, he said he was not so bedazzled that he was unable to separate his love of the game from his skepticism of FIFA.

"The commodification of passion, joy, of being a fan," Mamdani told me, "is something that is making what should be in-person experiences remote ones."

There is a school of thought that says the buildup to every World Cup is like this, filled with anxiety and acrimony until the opening whistle. When the players take over, Infantino will just be a face in the stands. This is not the first one to be played by warring nations — England and Argentina both came to the 1982 tournament, which coincided with their conflict over the Falkland Islands — and recent ones held in developing countries have been plagued by uncertainty surrounding the construction of necessary stadiums and infrastructure. Estimates of the number of migrant workers who died in Qatar's rush to complete its building projects run into the thousands. But four years later, all anyone really remembers about the last World Cup is watching Mbappé and Lionel Messi trade goals in the final. If this one features moments as glorious — and with 104 matches to pick from, that seems inevitable — then maybe all the killjoy critiques of the greed and gaudiness and cronyism of the organization that stages and benefits from it will be forgotten.

"The heart of our focus is how do we ensure that this passion, this magic, is something that we can extend to as many people as possible?" Mamdani told

me. A lucky few may score tickets, but many more will attend the FIFA-authorized watch parties at Rockefeller Center and the National Tennis Center in Queens as well as the 34 pop-up sites that Sherrill's administration is staging around New Jersey. Bars and restaurants that try the same thing without a license can expect to hear from Infantino's lawyers, but trademarks be damned — there will be countless unauthorized World Cup gatherings held all over the city and the country. The festivities will go on for 39 eventful days until the last two teams meet in the Meadowlands. And when the final whistle sounds, Infantino will be in the picture, down on the pitch, giving the trophy to the world champions. If it all goes as it did last year at the Club World Cup, a tournament FIFA held as a warm-up, Trump will be on the platform with him. The president hung around longer than expected at that celebration, and cameras appeared to capture him slyly sticking a winner's medal into his inside suit pocket.

*Want more stories like this one? **Subscribe now** to support our journalism and get unlimited access to our coverage. If you prefer to read in print, you can also find this article in the June 1, 2026, issue of* New York *Magazine.*

TAGS: POWER FIFA WORLD CUP 2026 SOCCER MORE

COMMENT

## THE Intelligencer FEED

6/1/2026 TREMENDOUS CONTENT

**Trump Thinks Dementia Test Proved His 'Extreme Intelligence'**

*By* MARGARET HARTMANN

Trump announced the results of his health exam at Walter Reed, revealing that he somehow aced an IQ test without even taking one.

6/1/2026 EARLY AND OFTEN

**Trump Abandons Toxic 'Anti-Weaponization' Slush Fund**

*By* ED KILGORE

Whether the motivation was backlash from Republicans in Congress or rulings from federal judges, the disastrous $1.776 billion slush fund is no more.

**MOST POPULAR**

1. **Knicks Diehards Wrestle With Attending Finals or Cashing In**
   *By* TOM KLUDT
2. **Platner Tries to Find Someone to Blame for Latest Scandal**
   *By* NIA PRATER
3. **The Big Little Penis Panic**
   *By* BROCK COLYAR
4. **6 Good Questions in Light of Platner's Sexting Scandal**
   *By* CHAS DANNER

# EXHIBIT 63

# Canada, Mexico and USA selected as hosts of the 2026 FIFA World Cup™

**English** - Other languages (3)

- **68th FIFA Congress designates the United Bid with 67 per cent of the 200 valid votes**
- **Supreme legislative body approves solid financial statements and budget for the 2019-2022 cycle**

The 2026 FIFA World Cup™ will be staged in Canada, Mexico and the United States. This Wednesday, 13 June, the 68th FIFA Congress convened in Moscow and designated the three countries as the hosts of football's most prestigious tournament, which by then will be played with 48 teams.

The United Bid received 134 of 200 votes cast, or 67 per cent. Morocco tallied 65 votes (33 per cent), and one single member association voted not to choose either of the two bids.

On the eve of the opening game of the 2018 FIFA World Cup™, the President of the Russian Federation Vladimir Putin made an appearance at the Expocentre and delivered a speech to the representatives of FIFA's member associations reiterating the country's readiness to welcome the world.

- **Financial results and budget for 2019-2022 approved**

The 68th FIFA Congress, among other decisions, ratified the 2017 Financial Report and approved the budget for the 2019-2022 cycle, with an unwavering focus on football development.

After having been presented with updated financial results which show that FIFA has currently contracted more than USD 6.1 billion in revenues – or 108 per cent of its full-cycle budget for 2015-2018 – the FIFA Congress approved the budget for the 2019-2022 cycle, which assumes a growth in revenue to USD 6.56 billion. Of this number, 70 per cent is already contracted. The budget for expenses is USD 6.46 billion, of which 80 per cent will be invested in football activities.

The budget for the FIFA Forward Programme will be increased by USD 667 million to a total of USD 1.746 billion. As a result, the investment in development & education increases by 41 per cent

compared to the current cycle.

The 69th FIFA Congress is scheduled for 5 June 2019, in Paris, on the eve of the opening match of the FIFA Women's World Cup™.

# EXHIBIT 64

# World Cup 2026: How US, Canada & Mexico won right to host tournament

13 June 2018




Three countries react to getting the World Cup 2026 bid

**Richard Conway ›**

BBC sports news correspondent

**The 2026 World Cup will have three host countries and be the biggest in history.**

The United States, Canada and Mexico have **seen off the challenge of Morocco** for the right to stage what will be the first running of a 48-team tournament.

Fifa looks set to land a hefty profit as the tournament returns to North America for the first time since 1994, while fans can look forward to a showpiece final in New York and a whole lot of travelling between venues.

So how did the 'United bid' land football's biggest tournament?

# Why did the vote take place now?



REUTERS

Russian President Vladimir Putin delivered a speech at Fifa's congress shortly before the vote took place

With eight years to go until the tournament kicks off, many asked why Fifa seemingly rushed to make this decision.

The answer came partly down to its finances.

The governing body has paid hefty legal bills in recent years following **the US-led investigation into corruption** by a number of executives.

The Russian World Cup has also failed to attract major sponsors and the Qatar edition in 2022 also promises to be tricky to navigate.

In speaking to congress on Wednesday, Fifa president Gianni Infantino said the organisation was "clinically dead" when he took over in 2016. In gaining election he promised to quadruple Fifa's income. With a year to go until he faces a re-election campaign, he needs to start finding some of that cash.

It's for these reasons that Infantino was believed to favour 'United 2026', considering organisers' claims it will amass a huge $14bn (£10.3bn) in revenues (delivering an $11bn profit for Fifa). It is a figure that Morocco has openly questioned and even Infantino has labelled "optimistic". Morocco promised a much more modest profit to Fifa of $5bn from revenues of $7.2bn.

**Can US, Canada and Mexico really get along?**

# How did we get here?




REUTERS

The 84,953-capacity MetLife Stadium in New York is set to host the 2026 World Cup final

The North American bid, for a time in 2017, looked as though it would be unopposed and a coronation was set to take place.

But, in the end, a longer period of time was allowed for rival offers to come forward, which Morocco duly did at the very last moment.

Backed by the London-based Vero Communications, a company with a long track-record of delivering bidding nations a winning strategy, Morocco attracted support.

In addition, there was rumoured to be a level of anti-US sentiment amongst some Fifa voters over President Donald Trump's **alleged derogatory comments concerning African countries** and the US travel ban which centres on a number of Muslim majority states.

There were concerns too over political interference on individual associations - the Trump administration's decision to introduce trade tariffs on the EU led to suggestions there could be a backlash, played out in 2026 tournament votes.

Insiders said the race was too close to call, with Morocco's strength prompting concern inside Fifa.

**A senior Fifa source alleged** in April that its president Gianni Infantino "encouraged" a taskforce evaluating the strengths and weaknesses of both bids to find evidence which could prevent Morocco from making it onto the ballot paper.

In the end, Morocco passed the critical evaluation test - but inspectors labelled its plans "high risk" due to a lack of infrastructure. It planned to spend $16bn to improve and build stadiums and transport networks.

The United bid scored significantly higher with no part of its proposal deemed high risk. It scored 402 out of 500 compared to Morocco's 275. The report concluded that the bids are "almost at the opposite ends of the spectrum".

## How did polling day work?

The World Cup 2026 vote took place close to the end of proceedings at Fifa's 68th annual congress in a Moscow exhibition centre.

Both bids got one final 15-minute chance to present to congress and then that was it, the talking and campaigning over.

Infantino hailed the vote as "historic" as for the first time, all members had the chance to determine the outcome.

World football's governing body has 211 members but only 200 cast eligible votes with some abstaining and others not being present. The result saw 134 select the 'United Bid', 65 opt for Morocco and one - Iran - state it wanted neither. Slovenia, Spain and Cuba abstained.

## Morocco - No fifth time lucky




A stadium in the Moroccan city of Oujda was one of the proposed new builds

Morocco have now bid for the World Cup five times and lost out on all five occasions.

This time around they tried to market the fact a World Cup on their soil would also be good for Europe given the continent's close proximity.

In their final presentation to congress, they also stressed that weapons were banned in their country and pressed home the fact stadiums would be far closer together than they will be in north America.

The north Africa country proposed staging games in 14 stadiums - nine of which need to be built - located in 12 cities, with the final in the 93,000-capacity Grand Stade de Casablanca.

# The United bid - A New York final



FIFA

The 23 potential World Cup 2026 venues in Canada, the United States and Mexico - 10 of the 17 USA cities will eventually be used

Fifa was believed to want a World Cup that will be less of a headache, for once, to organise. The United bid represents exactly that given almost all of its stadiums and infrastructure are in place.

The US - in 1994 - and Mexico - in 1970 and 1986 - have hosted the World Cup before, while Canada hosted the Women's World Cup in 2015.

Of the 16 host cities, 10 would be in the United States with the others split evenly between Canada and Mexico.

The final would be at the 84,953-capacity MetLife Stadium, which is home to NFL sides the New York Giants and the New York Jets.

But there may be some lengthy travelling involved as the distance between the most northern venue (Edmonton) and the most southern (Mexico City) is almost 3,000 miles. That compares to 1,900 miles in Russia (Kaliningrad to Ekaterinburg) this summer.

## Was the process less open to abuse now?




The potential venues in Morocco - there would have been 14 stadiums across these 12 cities

The decision to jointly award the 2018 and 2022 World Cups to Russia and Qatar respectively will go down in history as one of the most controversial moments in world football history.

A series of criminal investigations concerning the process are ongoing. Over half of the figures involved in the vote have since been banned from the sport or otherwise discredited.

Fifa eventually announced reforms to how World Cups would be awarded, ceding power from a small cabal of leading executives to the 211-member nation congress.

The intent was to stop political or financial factors influencing the vote. The reality has proven somewhat different but it does represent an advance from the old system which was open to flagrant abuse and collusion.

## More on this story

# EXHIBIT 65

# *World Cup 2026: United States, Canada and Mexico Win Bid to Be Host*

**By Tariq Panja and Andrew Das**

June 13, 2018

*See how this article appeared when it was originally published on NYTimes.com.*

MOSCOW — The bid to bring soccer's World Cup back to North America in 2026 was hatched in a Vancouver restaurant, announced in a New York City skyscraper and scrutinized by FIFA inspectors inside Mexico City's cavernous Azteca stadium.

It was sold in countless other cities — Jakarta and Bangkok, Copenhagen and Lisbon, Jidda and Johannesburg — by officials from the United States, Mexico and Canada soccer federations who had teamed up in an unprecedented effort to share the world's most-watched sporting event.

And on Wednesday in Moscow, the campaign finally ended when voters — persuaded by promises of record crowds, record revenues and, perhaps crucially, a record $11 billion in profit for FIFA, world soccer's governing body — awarded the hosting rights to the 2026 World Cup to a combined bid from the United States, Mexico and Canada. The three countries will bring the tournament to North America for the first time since 1994, with the majority of the matches, including the final, being held in the United States.

The North American bid routed its only challenger, Morocco, by a vote of 134 to 65, after which members of the winning delegation leapt out of their seats to embrace one another, pump their fists and celebrate the end of a frenzied few weeks of final lobbying.

Carlos Cordeiro, the president of U.S. Soccer, wiped away tears before making a short speech in which, with his voice trembling, he thanked FIFA's membership for "the incredible privilege" of hosting the World Cup.

"It was a very emotional moment for everyone," Cordeiro said later, recalling the devastation he felt in 2010 when the United States failed to secure the right to stage the 2022 World Cup, losing to Qatar in a much-criticized voting process.

The 2026 tournament will be one of firsts. It will be the first time the World Cup is hosted by three countries, the first time it has a 48-team format (up from 32 teams), and Wednesday's vote was the first of its kind to be decided by FIFA's entire membership. Of the tournament's 80 matches, 10 will be in Canada, 10 in Mexico and 60 in the United States — including every match from the quarterfinals to the final.

The last time the men's World Cup was held in North America was when the United States hosted it in 1994. It was held in Mexico in 1970 and 1986, and Canada has never hosted. It was unclear Wednesday whether all three nations would be granted automatic bids into the field, as is customary for the host nation; FIFA said there had been no final decision on the matter.

Leaders of the North American bid had been on the road since April, visiting voting nations around the globe. As the race entered its final stages, several top officials and bid staff members relocated to London, deeming it a better base camp from which to visit far-flung federations in Europe, Asia, the Middle East and southern Africa. At one point two weeks ago, Cordeiro and his staff traveled from Europe to Bangkok for a single meeting, returning the next day.

The extensive lobbying — bid leaders estimated they had met 150 of FIFA's 211 federation presidents in person — paid off. The North Americans rode to victory on a wave of support from the Americas, Europe and Asia, plus a few votes poached from Africa, whose regional soccer president, Ahmed Ahmed, issued a bombastic plea to his members on Tuesday urging them to vote for Morocco as a symbol of African unity.

“From a few days ago, we always had a clear path to victory,” Cordeiro said. Still, even he could not have anticipated some of the support that the North Americans ended up receiving, notably a vote from Russia.

After the months of meetings and arm-twisting, the hundreds of airline flights and the weeks in ever-changing hotels, a campaign that began last August when Morocco jumped into the race (on the final day countries could do so), ended in an instant: with a 15-second note and a brief announcement by the FIFA president, Gianni Infantino, that the combined bid had prevailed.

Moments later, and just a few hours after Russia’s president, Vladimir V. Putin, had welcomed the world to celebrate the 2018 World Cup, the North American soccer leaders took to the same stage to tell the world to celebrate with them in 2026.

The victory spared U.S. Soccer a second stunning defeat in less than a year; the United States men’s team is missing the World Cup this summer, its first absence since 1986. The American federation spent more than $6 million — out of a combined budget of about $8 million — to bring the World Cup back to North America, the culmination of an idea set in motion in a restaurant in Vancouver, British Columbia, seven years ago, according to Victor Montagliani, the head of Concacaf, the region’s governing body for soccer.

As delegates surged to congratulate the winners on Wednesday, Montagliani took a deep breath to consider the journey that had secured soccer’s biggest prize. He said he had conceived the plan while he was head of Canadian soccer, and managed to persuade Sunil Gulati, then the U.S. soccer president, to join in a potential joint offer after Canada staged a successful Women’s World Cup in 2015. Gulati, who was replaced by Cordeiro in February after declining to run for re-election, first secured the support of the chairman of the influential Mexican television channel Televisa, Emilio Azcárraga, and finally brought the Mexican soccer federation on board.

“I was so nervous sitting up there because you don’t have control over anything,” said Montagliani, who was seated on a raised dais with FIFA’s senior membership as the decision was announced Wednesday. “It’s like your little baby.”

The North Americans had offered FIFA’s member associations a ready-made World Cup; the 23 stadiums they suggested are all built, as is most of the infrastructure the expanded 48-team tournament will need: training sites, hotels, airports, rail lines.

And, like Morocco, the North Americans also had the full support of their governments. The nations’ so-called United Bid was a rare topic on which the presidents of the three countries found common cause, and the United States government, including President Trump, had mounted a stealthy shadow campaign to try to win over FIFA and its member federations.

The North American bid’s signature selling point, however, was delivered in a language FIFA members long have understood: revenue. The North Americans promised FIFA an $11 billion profit — a staggering sum that could mean tens of millions of dollars in development funds for each national association.

Morocco, which pledged a profit less than half as large as its rivals, criticized the focus on money over soccer until the bitter end.

“The United Bid is proposing an offer that is mainly a business proposal for football,” one Moroccan official, Moncef Belkhayat, said Monday. “Their offer is based on dollars, on profit, while Morocco is offering an offer that is based on passion for football.”

After the defeat, African officials gathered around their president, Ahmed, as he scanned the list of countries that did not vote for Morocco.

“We are hurting,” said Daniel Amokachi, a Nigerian former soccer player who had worked as an ambassador for the Moroccan bid. “You look at the countries from your continent that didn’t vote and you have blood Arab countries that supported a different nation. That’s where it hurts more.”

Yet there were serious concerns about Morocco's candidacy from the beginning, notably how the North African nation could cope with the massive undertaking of hosting the first 48-team World Cup. It would have needed to spend billions of dollars to build nine stadiums and to significantly renovate five others, and do it all in eight years — four fewer than the 12 FIFA gave to Qatar, which still has not finished the job of getting ready for the 2022 World Cup.

Then there were the hotels, the highways, the rail links and the facilities to host a tournament set to bring more than 1,100 players and millions of fans to North Africa; all would have needed to be built, at a cost of billions more.

Morocco, which has now lost five efforts to stage the tournament, vowed to press ahead and build the projects it presented to voters. "We managed this bid with a sporting spirit and we will continue our path in the same vein," said Moulay Hafid Elalamy, its millionaire bid chairman.

The final result was far more emphatic than it may have appeared in the last-gasp votes that played into the early hours of Wednesday morning. At one point, both bid teams arrived at the hotel housing Asian delegates shortly before 1 a.m., as rumors began to spread that the Moroccans might have gained some ground. The rumors were fueled by an announcement late Tuesday by the Netherlands soccer federation that it would back Morocco, contrary to what officials had told the North Americans as recently as last week.

The victory will also be celebrated privately by FIFA's leadership, which had given indications it preferred the surety — and the billions — to come by taking the tournament back to North America. A technical report, which Infantino, FIFA's president, repeatedly told voters to read, scored the winning bid far higher than Morocco's offer, which FIFA inspectors said had several high risk factors. Infantino's No. 2, Fatma Samoura, issued the same reminder just before voting began.

Infantino, who announced his plans to stand for a second term at an election next year, has been on a drive to raise the funds he needs to make good on promises to drastically increase the amount of funding he can deliver to national soccer

federations, the only voting constituency in the presidential election.

Cordeiro said the Americans also spoke to members about how a World Cup hosted by the North Americans would lead to a cash windfall for everyone. In Scandinavia last month, he said each federation could get as much as an extra $50 million should the 2026 World Cup meet its $11 billion profit target. “Let that sink in,” he told them.

By Wednesday, it was clear the message had been heard loud and clear.

**Corrected on June 13, 2018**: A news alert about the vote to host the tournament gave an incorrect distinction to the winner. It was the first time a joint bid from three countries was selected; it was not the first time any joint bid was selected.

We acknowledge mistakes in our reporting with corrections. If you spot an error, please let us know at corrections@nytimes.com. Learn more.

---

A version of this article appears in print on , Section B, Page 8 of the New York edition with the headline: North America 2026

# EXHIBIT 66

# North American trio beats Morocco to host 2026 World Cup

concordmonitor.com/2018/06/13/north-american-trio-beats-morocco-to-host-2026-world-cup-18171722

Rob Harris, Graham Dunbar

June 13, 2018




MOSCOW – North America will host the 2026 World Cup after FIFA voters overwhelmingly opted Wednesday for the financial and logistical certainty of a United States-led bid over a risky Moroccan proposal for the first 48-team tournament.

The soccer showpiece will return to the U.S. for the first time since 1994 after gaining 134 votes, while Morocco got 65 at the FIFA Congress in Moscow, where the 2018 tournaments starts on Thursday.

“Thank you for entrusting us with this privilege,” U.S. Soccer Federation President Carlos Cordeiro told the congress. “The beautiful game transcends borders and cultures.”

U.S. President Donald Trump tweeted after the victory : “Congratulations, – a great deal of hard work!”

While Trump has been feuding with Canadian Prime Minister Justin Trudeau over tariffs and policy after the G-7 meeting and with Mexican leaders about his proposed border wall, the heads of state are not heavily involved in this World Cup bid. Even if Trump wins re-election, his presidency would end before the 2026 World Cup.

The vote by national football federations was public, in contrast to secrecy surrounding the 2010 vote when FIFA's elected board members picked Russia to host in 2018 and Qatar in 2022, defeating the U.S.

The regional bid proved more appealing this time and the North Americans even collected 11 votes from Africa.

"The United bid was strong and if it was just the United States, I think Morocco would have beaten them," said Cameroon federation official Kevin Njomo, whose country voted for Morocco. "People have a soft spot for Mexico, especially looking at Mexico as a little bit under-developed and giving them a chance. Canada is a good tourist destination.

"But I think where it had the advantage was the World Cup would be more profitable in America and it is a capitalist world."

North America is optimistically promising to deliver $14 billion in revenue helped, while the tournament won't require major construction work required on the 16 planned stadiums, all of which already exist.

The U.S. proposed staging 60 out of the 80 games in 2026, when 16 teams will be added to the tournament, leaving Canada and Mexico with 10 fixtures each. But FIFA President Gianni Infantino suggested the split of games could change.

"They have made a decision among themselves but ultimately it will be up to FIFA to decide," Infantino said.

Morocco appeared too hazardous as a potential host when all 14 venues had to be built or renovated as part of a $16 billion investment in new infrastructure. The vote leaves Morocco reeling from a fifth failure in a World Cup hosting vote, with the continent's sole tournament coming in 2010 in South Africa.

Moroccan Prime Minister Saad Eddine El Othmani shared the national disappointment but tweeted his thanks to the bid organizers for "this common dream."

Moroccan sports journalist Omar Chraybi acknowledged that "technically speaking, it's understandable – the U.S. bid capacity surpasses Morocco's." Yet he didn't lose hope, saying, "The world still looks at Africa as an underdog, but we can't afford to give up."

While Morocco's combined tickets and hospitality revenue projected to be $1.07 billion, according to FIFA analysis, North America would generate $2 billion more.

Canada will host men's World Cup matches for the first time, while Mexico gets its first taste of the event since 1986.

"To have a message coming from football that says actually Mexico, Canada and the United States together can organize the biggest sporting and social event together," Infantino said. "It is a nice message."

The 87,000-capacity MetLife Stadium outside New York – home of the NFL's Giants and Jets – is proposed for the final. It's just miles from where federal prosecutors spearheaded an ongoing investigation into FIFA corruption. More than 40 soccer officials and businesses indicted, convicted or pleaded guilty.

The bribery scandal put the governing body on the brink, Infantino told the congress ahead of Wednesday's vote.

"FIFA was clinically dead as an organization," Infantino said, reflecting on his election in 2016 before announcing plans to another four-year term in 2019. "Two years later, FIFA is alive and well, full of joy and passion and with a vision for its future."

The North American victory suggests current FIFA leaders don't hold grudges against a country whose government has jailed corrupt sports leaders.

"When they help us fight against corruption, of course, we are pleased," Infantino said.

The North America bid also had to overcome concerns about the impact of policies from the Trump administration, including attempts to implement a ban on travel by residents of six majority-Muslim countries.

FIFA now has the final say on which cities are selected to host games and whether all three countries are guaranteed a place at the tournament. Victor Montagliani, the Canadian who leads CONCACAF, wants them to take three of the seven guaranteed qualification slots reserved for the region as host. Both the United States and Canada failed to qualify for this year's World Cup.

There is also a chance to send an eighth team via an inter-continental playoff. North America will host the six-team playoff tournament in November 2025 to decide the last two places in the 48-team lineup.

# EXHIBIT 67

Support the Guardian
Fund independent journalism with $15 per month
Support us →
Print subscriptions Newsletters Sign in
US
The Guardian



Sportblog
World Cup 2026

This article is more than **8 years old**

# Money talks for Fifa as Morocco pays price for Infantino's expansion plan

David Conn



Wed 13 Jun 2018 13.07 EDT

North American bid was the rational choice to host the 2026 World Cup but it is difficult to see less privileged countries ever getting the opportunity now




World Cup 2026: USA, Canada and Mexico joint bid wins vote to host tournament – video

Safe, rational and bountifully lucrative as the Fifa decision is to have the 2026 World Cup hosted by the US, Canada and Mexico, it is also disappointing for romantics fancying another tournament in Africa – and laced with contradictions, too.

Fifa's president, Gianni Infantino, looked opportunistically quick to immediately put himself forward for re-election next year, and he was followed by US president Donald Trump with a self-congratulatory tweet. Hosting World Cups and Olympic Games is openly a politicians' prestige-burnishing project now, not only for Russia's president Vladimir Putin or Qatar's Emir, seeking soft power from hosting in 2022.

There was a feeling before the world's football associations gathered at the Moscow congress that more might sentimentally favour Morocco's bid, but all the numbers were stacked in North America's favour. As the joint bid officially put it, it has 23 "fully built, occupied, and operational" stadiums already, "150 existing world-class training facilities, millions of hotel rooms, and advanced infrastructure". Most importantly flowing from that, of course, is a munificence of dollars promised from the tournament for Fifa, and therefore for the voting countries.

The projections of revenues from Morocco, all 14 of whose proposed stadiums would have had to be newly built or renovated, were half the $14bn now promised from TV and stuffed stands in the US, and that is a language all the Fifa family understands.

But it would be wrong to criticise this too readily as a basis for the decision, which England's FA voted for too, given that the Qatar vote was so ridiculed partly because the tiny Gulf emirate had no stadiums ready and has had to undertake a vast construction project.

The majority of the executive committee then, 15 of whose 22 members have since been found guilty or accused of corruption or ethics breaches (two more were already suspended), was derided and suspected for going against the "technical" assessment that Qatar was the least suitable country bidding. So the rationality of this decision has to be acknowledged, the congress of national FAs who now vote in the new system chose the bid assessed as far superior in the technical inspections.

Yet basing the decision on the US's financial and infrastructural superiority poses another important question, about whether any but the richest countries or those led effectively by dictators can now host sporting mega-events. Morocco came so far behind partly because Fifa's nations under Infantino awarded themselves an expansion of the 2026 World Cup, from 32 to 48 teams. The logistical requirements are so huge, needing so many stadiums and training camps, to host 80 matches and so many supporters, it is difficult to see Morocco, a serial bidder, or other less privileged countries, having the opportunity. The English FA, which lost its £21m bid to host the tournament which starts on Thursday will consider this expansion to be in its favour, as it ponders bidding again, for the 2030 tournament.

As for the contradictions, one was couched in the joyous statement by MLS, welcoming the vote as "a monumental step in our collective mission to further advance the game of soccer in North America". Fifa and the US football crowd have been promising for decades that the sport will crack America, and while the game's profile is certainly growing there, this is now the second World Cup granted in modern times to a country which has never fully embraced the world's most popular sport.

Sign up for The Recap, our weekly email roundup of editors' picks.

Most viewed


Man leaves young son on Mount Fuji before ascending Japan's highest peak


It's a miracle: Natalie Harp has turned Republicans into feminists
Arwa Mahdawi


40,000 bottles of eye drops across the US recalled over issues with sterility of product


'They're thinking about the likes': deadly TikTok motorway trend horrifies Ireland


Nebraska school district asks police to stop using shock gloves on students

Enter your email address

We operate Google reCAPTCHA to protect our website and the Google Privacy Policy and Terms of Service apply.

Then there is the fact of Fifa granting the World Cup to the US even as its Department of Justice continues to investigate football's financial corruption. It was always a complaint of Infantino's fallen predecessor, Sepp Blatter, that the US authorities levelled corruption allegations at Fifa in Zurich, when the wrongdoing the investigators found was mostly in the Americas. A chief culprit, the late Chuck Blazer, criminally filled his offshore bank accounts and evaded his taxes from his personal fiefdom – in Trump Tower. Now, with so many more dollars promised, Trump's US and Infantino's Fifa are good friends again.

**Subscribe to Soccer with Jonathan Wilson, a weekly newsletter from one of the world's top soccer journalists.**

I'm lucky enough to have been able to turn a childhood soccer obsession into a 25-year career that has included 13 books, regular columns in the best publications in the world and regular namechecks on Ted Lasso.

Now, I'm writing a weekly newsletter about European football aimed at a US audience, and I hope you consider signing up for it. Each week, alongside my regular column on Saturdays, I'll be looking at the biggest stories from the weekend's action, along with issues affecting the global game.

Subscribers can expect it in their inbox every Monday. It's entirely free and quite straightforward to cancel, so why not subscribe now?

**Jonathan Wilson**
*Columnist*



Click here to sign up →

## Sportblog

Two very different AFL draws show why stalemates still have a place in the game
6d ago | 85



Failure not an option as Ange Postecoglou gears up for biggest challenge yet alongside Ronaldo
12 Aug 2026



Future of Australian high jumping in good hands after teenager claims world U20 title
9 Aug 2026



Demons stun Dockers in extraordinary thriller to emerge as a bona fide premiership threat
9 Aug 2026 | 59



With and t wom enjoy crow
7 Aug 2



## More from Sports

Cycling
'I was rooting for Josh': Pogacar wins Vuelta opening stage with Tarling third
2h ago | 5



Track
Chinese robot runs 100m sprint quicker than Usain Bolt's world record
10h ago



Soccer
US soccer wants excitement after the World Cup – the Open Cup provides it
11h ago



Soccer
Messi fined for slapping opposition player in MLS game
10h ago



## Most viewed

# EXHIBIT 68

This is historical material "frozen in time". The website is no longer updated and links to external websites and some internal pages may not work.

REMARKS

# Remarks by President Trump, FIFA President Gianni Infantino, and U.S. Soccer President Carlos Cordeiro on the 2026 World Cup

Issued on: **August 28, 2018**

★ ★ ★

Oval Office

2:52 P.M. EDT

THE PRESIDENT: Well, thank you very much. We very much appreciate the fact that we have won a very important event: the World Cup in 2026. And we'll be hosting it along with Mexico and Canada. And it's a very special event. I think it's probably certainly one of the biggest, and maybe the biggest sporting event in the world.

And soccer has come such a long way. Soccer is a game — I guess you call it "football." But, over here, maybe at some point, they'll change the name. I'm not sure, but we'll see.

MR. INFANTINO: Let's see. Let's see. We can negotiate that.

THE PRESIDENT: But it's working very well either way. But I just want to thank Gianni Infantino for being here. He's the president of FIFA and a highly respected man. In fact, when my son heard he was going to be here, he said, "Dad, I'd like to meet him." So you're pretty famous, right? Pretty important and pretty famous.

MR. INFANTINO: Yeah, it looks like it.

THE PRESIDENT: He likes — my son, Barron, loves soccer. And soccer has to be one of the fastest-growing sports in the world. And the job you've done is really fantastic, Gianni. So thank you very much.

And I want to also pay my respect to Carlos Cordeiro, who — as president, in this country, of soccer — has been incredibly instrumental in helping us to get the World Cup. And he's worked so hard, so long. And they were calling me constantly to try to get me to come onboard, but it only took one call because when I heard "World Cup," I wanted to do it.

And again, we want to thank you. It's all signed up. It's all set to go. And it'll be a special event. I think it's going to be something, really, very special.

And, Gianni, maybe I'd ask you to say a few words, and then Carlos.

MR. INFANTINO: Definitely. Well, thanks. Thanks, President, for welcoming us here. It's a great honor to be here. And thanks for everything you are doing to support our sport as well. Obviously, 2026, the World Cup — biggest event — sporting event for sure, but probably even social event in the world.

We just had the World Cup in Russia. More than 4 billion viewers. The final only — over 1 billion viewers. It's massive. It's huge. So, in Russia, President, we said that you would organize the best World Cup ever. Right?

THE PRESIDENT: Right. Right.

MR. INFANTINO: And we did organize the best World Cup ever.

THE PRESIDENT: Right.

MR. INFANTINO: In the U.S., together with Canada and Mexico, we want to organize the greatest World Cup ever, if you agree.

THE PRESIDENT: Right, okay. Well, we'll do it.

MR. INFANTINO: And for this, we will work together and do whatever we can to make sure that this be a fantastic event. But I'm looking very, very much forward — and the world is looking that much forward to that.

THE PRESIDENT: It's very exciting. Everybody is talking about it, and it's very exciting.

And Carlos.

MR. CORDEIRO: Well, Mr. President, thank you for hosting us today. For my part, for my federation — the U.S. Soccer Federation for the United Bid representing the U.S., Canada, and Mexico — we are really very honored. Very honored. Deeply honored to be hosting this event in 2026. It's right around the corner. We have a lot for work to do, but we look forward to working with you and your administration.

Let me also thank you, Mr. President, for your help and support throughout the campaign — your written assurances and warranties. I think without out that we wouldn't have won quite such a convincing victory. So thank you very much for that.

THE PRESIDENT: Well, thank you, Carlos. And I have to also thank Bob Kraft, who I know that you were working very hard with. Bob originally called me and he said, "What do you think of the idea of trying to get the World Cup to the United States?" And I said, "I think we really like it." And then we got Canada, we got Mexico involved, and we're going to have a great partnership. And it's going to be very special. I look forward to it.

So let's see, 2026 — I won't be here. I won't be here. Maybe they'll extend the term because I know they'd love to see some — (laughter.) Because if they don't extend —

MR. INFANTINO: With good reason.

THE PRESIDENT: — the media is going to be very boring. It's going to be very boring. They'll all be out of business, I guess.

But we will — we will be there and it will be a very, very important and a very special event.

And I think, also, having it in the United States is very important for soccer.

MR. INFANTINO: It is. It is.

THE PRESIDENT: Especially in light of the fact that soccer has done so well.

MR. INFANTINO: Yeah, and it's growing.

THE PRESIDENT: Thank you, my friend. I appreciate it very much.

MR. CORDEIRO: Mr. President.

THE PRESIDENT: Thank you very much. I appreciate it.

MR. INFANTINO: Mr. President, I have a little —

Q Mr. President, do you think Google should be investigated?

MR. INFANTINO: — I have a little thing for you. Can I give it to you first?

THE PRESIDENT: Sure. I'd love that. Thank you.

MR. INFANTINO: Before the questions come.

Q I have a question for you, too.

MR. INFANTINO: Thank you.

Q Can I ask him a question?

MR. INFANTINO: Yeah.

Q So I want to know if you guys are discussing —

PRESIDENT TRUMP: What — excuse me. Excuse me.

MR. INFANTINO: One second.

THE PRESIDENT: Can you just hold it. Where are you from?

Q Brazil.

PRESIDENT TRUMP: Okay.

MR. INFANTINO: Soccer country.

Q We have the best team in the world. (Laughter.)

PRESIDENT TRUMP: Except it had a little problem last time.

Q A little bit.

PRESIDENT TRUMP: Okay.

Q No fair. It wasn't fair.

PRESIDENT TRUMP: Let me stand up, Gianni.

MR. INFANTINO: And you are part of the FIFA team now.

PRESIDENT TRUMP: That's good. That's good. Great. Thank you very much. That's very nice.

MR. CORDEIRO: And if I could get the U.S. jersey.

PRESIDENT TRUMP: Yes. Wow, look at that.

MR. INFANTINO: And no less with the President's name.

PRESIDENT TRUMP: That's pretty good. Thank you. Thank you, fellas. That's really very nice.

MR. INFANTINO: And one more thing that could be useful for you. You know, in soccer, we have referees, right?

PRESIDENT TRUMP: Right.

MR. INFANTINO: And they have cards. Yellow cards and red cards. Yellow card is a warning. And when you want to kick out someone — (inaudible). (Laughter.) Like this.

PRESIDENT TRUMP: That's true. That's true. Right? That's very good.

MR. INFANTINO: So this could be useful. I don't know.

PRESIDENT TRUMP: I like that.

MR. INFANTINO: That's for you.

PRESIDENT TRUMP: I like that.

MR. CORDEIRO: The next media session.

PRESIDENT TRUMP: Thank you very much. Thank you, Carlos. Congratulations.

Thank you very much, everybody. Thank you.

Q (Inaudible) with Mexico about paying for the wall?

PRESIDENT TRUMP: Yeah. The wall will be paid for very easily by Mexico. It will ultimately be paid for by Mexico.

Q Do you think that Google should be investigated?

PRESIDENT TRUMP: Yeah, I think Google has really taken advantage of a lot of people. And I think that's a very serious thing, and it's a very serious charge. I think what Google and what others are doing — if you look at what's going on at Twitter, if you look at what's going on in Facebook, they better be careful, because you can't do that to people. You can't do it.

We have tremendous — we have literally thousands and thousands of complaints coming in. And you just can't do that. And so I think that Google and Twitter and Facebook, they're really treading on very, very troubled territory. And they have to be careful. It's not fair to large portions of the population.

Okay. Thank you very much everybody.

END

3:00 P.M. EDT

# EXHIBIT 69

# President Trump meets with FIFA, U.S. Soccer chiefs at White House




USSF president Carlos Cordeiro presents U.S. President Donald Trump with a jersey. Photo by Chip Somodevilla/Getty Images

ESPN
Aug 28, 2018, 04:11 PM ET

Share

President Donald Trump met with the leaders of FIFA and the U.S. Soccer Federation in the Oval Office on Tuesday.

FIFA's Gianni Infantino and U.S. Soccer's Carlos Cordeiro visited the White House to discuss the 2026 World Cup, which the U.S. will be hosting alongside Canada and Mexico.

"We very much appreciate the fact that we have won a very important event -- the World Cup in 2026 -- and will be hosting it along with Mexico and Canada," Trump said as the media assembled after the meeting. "And it's a very special event, I think it's probably, certainly one of the biggest and maybe the biggest sporting event in the world and soccer's come such a long way.

"Soccer is a game, I guess you call it football, but over here maybe at some point they'll change the name, I'm not sure. But we'll see. It's working very well either way."

Trump thanked New England Revoution owner Robert Kraft for first bringing the World Cup bid to his attention and also praised Cordeiro, who was elected to the U.S. Soccer post in February, for being "incredibly instrumental in helping us get the World Cup."

"He's worked so hard, so long and they were calling me constantly to try and get me to come on board but it only took one call because when I heard World Cup, I wanted to do it," Trump said. "And, again, we want to thank you, it's all signed up, it's all set to go and it'll be a special event -- I think it's going to be something really very special."

Trump will not be in office in 2026, even if he wins a second term, though the president joked that perhaps his term could be extended.

"So, let's see, 2026? I won't be here. I won't be here. Maybe they'll extend the term because I know they'd love to see that," Trump said. "Because if they don't extend the media is going to be very boring, it's going to be very boring. They'll all be out of business I guess."

Earlier in the day, Trump had complained on Twitter of "rigged" media coverage, and he used a gift from Infantino to further his rhetoric.

The FIFA president gave Trump several tokens, including a referee's book with red and yellow cards. After listening to an explanation of how red cards are used to eject players from games, Trump picked it up and waved it at the journalists in the room.

"So this could be used for, I don't know, huh?" Infantino said.

Cordeiro then suggested: "The next media session."

*Information from The Associated Press was used in this report.*

# EXHIBIT 70

# Trump and Infantino: Club World Cup draw becomes a tale of two presidents




By **Adam Crafton**

Dec. 6, 2024 | Updated Jan. 14, 2026

Share article 172

It began with a music video, entitled Fiesta de Campeones (the Champions Party), with lyrics that told us, “Football unites the world” and, “It’s a FIFA party, we know how to celebrate.”

In a Telemundo studio in Miami, things started weird and rarely became any less surreal over almost two hours as FIFA oversaw the draw for its revamped Club World Cup competition, which will begin in the United States on June 15, 2025, and feature 32 club teams from all corners of the planet.

The opening salvo was produced by multiple Emmy and Grammy winner Emilio Estefan. “We live in a time where we need to reunite the world,” Estefan said, addressing a room largely comprised of male football executives, before adding: “We live in America, the best country in the world.” The room clapped.

Our spokesmen for the quest to reunite the world? First FIFA president Gianni Infantino and then a guest video he explained had arrived from a “very, very special friend and a big, big fan who would have loved to be with us today, but will be with us very soon”.

That, *of course*, would be the incoming U.S. president, Donald Trump.




President Trump appeared via guest video Giorgio Viera / AFP via Getty Images

Infantino told us that football has united the world through the men's World Cup since 1930 and the women's World Cup since 1991, but there has, he claimed, been "something missing", namely a competition to determine the best club team in the world. There is, we should say, still no sign of a specific date or location for a women's Club World Cup, only that FIFA said in May that it wants it to take place in 2026.

Back to the men. Infantino said "two, three, four million fans" will be coming to the U.S. for the tournament next summer and then he claimed four or five billion people will watch on TV. This would mean over half the world's population tuning into a tournament whose group-stage draw threw up some enticing ties (River Plate vs Inter Milan and Manchester City vs Juventus) but also games unlikely to capture the global imagination (think Auckland City vs Benfica, or Wydad vs Al Ain).

He did not explain how those numbers were estimated on Thursday and getting answers from Infantino is rarely possible. He also avoided the red carpet on this occasion — actually a green carpet, made of artificial turf, because football — so there was no opportunity to quiz FIFA's president on any aspect of this competition, most

notably the concerns raised by players over their mounting workload and the legal challenges from player unions faced over the scheduling of the tournament.

Or whether it was really fair that Inter Miami, as the winners of the MLS Supporters' Shield for the best regular-season record, were gifted the host place in the competition, rather than the winners of the MLS Cup. It appeared to many to be a way to shoehorn Lionel Messi into the tournament. No FIFA employees were made available for on-the-record questioning, in the same week that the organisation has attracted scrutiny over its evaluation of Saudi Arabia's World Cup bid for 2034, which will be coronated next week.

Infantino did, however, have plenty to say on stage. This is a tournament he appears to have made a personal mission but it has not always felt like it would actually happen. FIFA only named venues to host the tournament in the U.S. at the end of September and a broadcaster, DAZN, was only announced for the global media rights on Wednesday, the day before the draw. That $1billion (£800m) deal, making all matches free-to-air globally, put a spring in Infantino's step.

DAILY PICK'EM
Today 7:30 AM
Can you call the winner?
HUL
DRAW
MUN
2% Picked
7% Draw
91% Picked

3849 votes


TOP SOCCER STORIES



Liverpool, Newcastle and Kevin Keegan the catalyst



Revealed: The Premier League's best 'clutch' players - and why they are so precious



How Premier League clubs found new front of shirt sponsors after the ban on betting sponsors


We learned that we had Jared Kushner, Trump's son-in-law and seemingly a buddy of Infantino, to thank for the gold-plated trophy for the tournament, which also has Infantino's name engraved in two places on the ornament. Infantino explained that Kushner had suggested turning to Tiffany & Co for the design.

The iconic Brazilian forward Ronaldo joined Infantino to unveil the trophy. But Infantino was not finished there, because he then produced a golden key, a "FIFA key", that he said "opens the door to the hearts of the people". The key, it turned out, opens up the trophy.



Does Infantino hold the key to making the Club World Cup a success? Giorgio Viera / AFP via Getty Images

Trump and Infantino developed a bond during the U.S. joint bid with Mexico and Canada to host the 2026 World Cup, where Trump, during his first presidency, invited the FIFA president several times into his White House and provided a string of written commitments that helped swing the bid America's way.

Kushner became the point of reference at the White House for the bid team and *The Athletic* recently revealed how a lunch organised by Kushner for Infantino and New York City politicians and business executives this year helped secure the World Cup final for MetLife stadium. That relationship appeared warmer than ever as Kushner's wife — Trump's daughter Ivanka — and their son Theodore, made the ceremonial first pick of the draw. Yes, you did read that correctly.

Earlier, Trump's video message reserved great praise for Infantino. The FIFA president previously introduced Trump as a speaker at the World Economic Forum in Davos in January 2020. In the same week as the U.S. Senate introduced ground rules for Trump's impeachment trial, Infantino compared Trump to a sportsman, saying he is a "competitor" who "says actually what many think, but more importantly he does, then, what he says".

Perhaps Trump was rewarding that loyalty in this video. "He's a winner," Trump said of Infantino yesterday. "He's the president and I'm the president. We've known each other a long time and I'm so honoured to have this kind of a relationship because soccer is going through the roof. My son Barron is a tremendous soccer fan. He's actually a good player. I guess not *that* kind of good, but he's a very good player.

"We're going to be watching the World Cup also very soon and I was very responsible, along with Gianni, in getting it. It is going to be a fantastic thing."

While Infantino dodged media scrutiny, it was left to club officials to provide the sound bites. The Inter Miami owner Jorge Mas said "there is no controversy" over the award of a place to Inter Miami. The MLS commissioner Don Garber was more diplomatic, stressing it was FIFA's decision. He did, however, say, "It was smart." Garber added: "I am supportive of the decision that FIFA made, and I'm excited to put Miami and Seattle (Sounders) and for a global media deal to allow it to be shown around the world."

Garber went on to describe Messi's impact as the equivalent of "Taylor Swift meeting Michael Jackson meeting Pele". Mas said it would be an "honour" for the president of the United States to be at the opening game of the tournament, which will feature his side.




Lionel Messi's Inter Miami is one of two MLS representatives Chris Arjoon / AFP via Getty Images

As for the DAZN deal, the purported $1billion will be mostly shared among the clubs, along with sponsorship money. Only Hisense, AB InBev and Bank of America are on board for sponsorship, which leaves FIFA with work to do, particularly because Infantino was earlier aiming for up to $4bn in media rights, while *The Athletic* has reported that FIFA was hoping to sign up 10 sponsors, with targets of more than $100million per sponsor, and has been struggling to attract these numbers.

Many expect at least one major Saudi sponsor to come on board, while FIFA will hope the exposure of free-to-air broadcasting via DAZN raises sponsorship numbers.

This is still a tournament missing Arsenal, Liverpool, Manchester United, Barcelona and Milan, while Cristiano Ronaldo's Al Nassr did not qualify. There has been some speculation that the Saudi representatives Al Hilal may seek a special transfer window to move players within their league to further strengthen their chances in the tournament.

"This is not the time to talk about players," answered Esteve Calzada, the Al Hilal chief executive.

Is there a world where we could see Ronaldo move to Al Hilal for one more tournament on the global stage, competing against Messi? "It sounds like a science fiction," Calzada said. "Cristiano Ronaldo is not our player, so it's difficult to comment on that."

It is not only the Saudis who may seek reinforcements, as Mas said Miami are hoping MLS will further relax financial restrictions on their teams.

The Paris Saint-Germain president Nasser Al-Khelaifi, who also doubles up as the chair of the European Club Association (ECA), which represents the interests of Europe's leading sides, was enthusiastic about the tournament's prospects. "They signed yesterday an amazing TV deal. That's fantastic for the clubs, for the competition."




GO DEEPER

FIFA agrees Club World Cup broadcast deal with DAZN

He described the tournament as a crucial chance to grow PSG's brand in the U.S., saying it was the first time competitive European matches could be played on American soil.

As for the workload on players, Al-Khelaifi stressed the need for coaches to rotate their players, while he also implied that other nations might look at France and Germany, where the top flight has 18 teams rather than 20, and only have one

domestic cup competition. He said that while the Club World Cup represents an expansion of the calendar, it "generates" both on commercial and sporting terms.

For FIFA, therefore, a day of rare harmony. The challenge now, however, is how that revenue should be distributed within the clubs. "It will be a mosh pit," said one leading executive present, speaking anonymously to protect relationships. The ECA will be pushing for European sides, including Real Madrid, Chelsea, Manchester City, Inter Milan and Juventus, to be awarded the greatest slice of the pie as they will claim to be the value drivers of the tournament that sell tickets and attract eyeballs. FIFA's challenge is to work out how much should be guaranteed for participation and how much should be incentivised by success during the tournament.

It is not only Europe driving value, however, with Inter Miami's Mas stressing the revenue his team will bring. "It's a FIFA tournament. They'll determine it. What I can say is that Inter Miami will fill our stadiums. I can guarantee you that Leo Messi and Inter Miami, we will bring it."

One European club executive said to expect "equitable rather than equal" when it comes to sharing the cash between the continents.

In such circumstances, we must call upon a man who believes he can unite the world. Step forward, president Infantino.

*(Top photo: Brennan Asplen / Getty Images)*

# EXHIBIT 71

# FIFA president Gianni Infantino's name engraved on new Club World Cup trophy



By Dan Sheldon Nov 15, 2024 170

FIFA president Gianni Infantino's name has been engraved on the new Club World Cup trophy.

The revamped Club World Cup, a 32-team tournament, is taking place in the United States next summer. A gold-plated trophy, which was designed by FIFA and crafted by Tiffany & Co, was unveiled on Thursday, and the 54-year-old's name appears twice.

One of the inscriptions reads "founding president, Gianni Infantino", followed by his signature.

Another passage that mentions Infantino reads: "We are witness to a new age. The golden era of club football: the era of the FIFA Club World Cup. The pinnacle of all club competitions. Inspired by the FIFA president Gianni Infantino."

Although Infantino did not design the trophy, he would have had to approve it.

"The trophy had to be innovative, inclusive, ground-breaking and truly global, as this competition is," the FIFA president said in a statement when the gold-plated trophy was unveiled.

"The FIFA Club World Cup trophy — a remarkable equivalent to our iconic FIFA World Cup — is a revolutionary symbol of a bright, new future for club football, inspired by the most."

FIFA Club World Cup
@FIFACWC · Follow

The trophy is here! ✨

Crafted in collaboration with @TiffanyAndCo, this trophy will be awarded for the first time to the winners of the inaugural #FIFACWC taking place next year.

#TakeItToTheWorld

10%
20%




4:06 PM · Nov 14, 2024

4.3K Reply Copy link

Read 229 replies

Infantino's name and signature being engraved on the trophy is one step short of Jules Rimet, the FIFA president who created the World Cup in 1930, who had the whole trophy named after him.

FIFA say the trophy, which has a 24-carat gold-plated finish, will showcase "text and imagery that portray football's rich history" while displaying the name of all 211 of the governing body's member nations.

The Club World Cup will feature Chelsea and Manchester City from England, and Inter Miami from the U.S., along with 29 other teams from the six federations.

Only one spot is left and it will be determined by the winner — Atletico Mineiro or Botafogo — of the Copa Libertadores final on November 30.

Demand for the Club World Cup is yet to take off and, in September, Infantino had to call an emergency briefing with global television executives as he attempted to drum up interest.

The tournament will take place across 12 venues in 11 host cities in the U.S. between June 15 and July 13, 2025.

Teams will be seeded into pots and the draw will take place on December 5.



GO DEEPER

Messi at the Club World Cup makes sense - but how he got there is ridiculous

*(Jung Yeon-je/AFP via Getty Images)*

Get all-access to exclusive stories.

Subscribe to The Athletic for in-depth coverage of your favorite players, teams, leagues and clubs. Try a week on us.

Start Free Trial



Dan Sheldon is a football news reporter for The Athletic, covering Manchester City and Manchester United. He spent four years writing about Southampton FC, two of which were at the Southern Daily Echo. Follow Dan on Twitter @dansheldonsport

COMMENTS

# EXHIBIT 72

Fifa

This article is more than **1 year old**

# Fifa opens office in Trump Tower, deepening ties with US president

- Announcement follows Infantino appearances with Trump
- New York will be Fifa's second office in US




Gianni Infantino and Eric Trump announced the new office in an event on Monday evening. Photograph: Ira L Black/Fifa/Getty Images

Alexander Abnos

Tue 8 Jul 2025 10.43 EDT

Prefer the Guardian on Google

Fifa's relationship with the US president, Donald Trump, now has a physically tangible marker, with soccer's world governing body announcing it has opened an office in Trump Tower in New York City.

The announcement of the new office came on Monday evening, after Fifa placed the Club World Cup trophy on display in the lobby of the skyscraper in an event attended by several Fifa dignitaries including its president, Gianni Infantino, and the Brazilian great Ronaldo as well as Eric Trump, the son of the US president and executive vice-president of the Trump Organization.

"Fifa [is] a global organisation [and] to be global you have to be local, you have to be everywhere, so we have to be in New York," Infantino said. "Not just for the Fifa Club World Cup this year and the Fifa World Cup next year - we have to be in New York as well when it comes to where our offices are based. Thank you, Eric [Trump], thank you to everyone. Thanks, of course, to president Trump as well."

Fifa did not provide specifics on which staff or departments would be housed in New York. It is now a tenant of the company owned by the sitting US

president with the start of its biggest and most lucrative tournament next June.

It follows Fifa's opening in 2024 of an office in Miami, Florida, which houses the organization's legal division and some staff responsible for putting on the Club World Cup and next year's World Cup. Some staff from Fifa's global headquarters in Zurich were relocated to the US to work in Miami.

"On behalf of myself, on behalf of New York, on behalf of the Trump Organization and everybody that works in this building – we love you," Eric Trump said in remarks at the event. "We're honoured, we're excited about all the things that Fifa is doing."

The office opening continues efforts by Fifa and Infantino to appear publicly close to the US president, with Infantino describing his relationship with Trump as "absolutely crucial" in a February meeting with the International Football Association Board in February.

Infantino has since appeared with the US president at several public events, including at the Oval Office when announcing the creation of a World Cup task force. In that meeting, Infantino presented Trump with the Club World Cup trophy, which has continued to be on display in the Oval Office for all of the president's scheduled events in the space. Infantino was later present at the first public meeting of the World Cup taskforce, at which he was seated alongside Trump with vice-president JD Vance.

Free newsletter | Twice weekly

**Sign up to Soccer Desk**

Jonathan Wilson and Guardian journalists bring expert analysis and reporting on the biggest stories in soccer.

**Enter your email**

**Sign up**

Infantino also accompanied Trump to the Middle East this year – a trip that made him late for the Fifa congress in Paraguay, angering Fifa delegates who walked out of the gathering in protest. Uefa later accused Infantino of putting "private political interests" ahead of his Fifa responsibilities, and Human Rights Watch demanded that Infantino reveal the specific purpose and details of his trip, which he has yet to do.

"As president of Fifa my responsibility is to make decisions in the interests of the organisation," Infantino said at the congress, where he apologized for his tardyness. "I felt that I needed to be there to represent football and all of you."

**Subscribe to Soccer with Jonathan Wilson, a weekly newsletter from one of the world's top soccer journalists.**

I'm lucky enough to have been able to turn a childhood soccer obsession into a 25-year career that has included 13 books, regular columns in the best publications in the world and regular namechecks on Ted Lasso.

Now, I'm writing a weekly newsletter about European football aimed at a US audience, and I hope you consider signing up for it. Each week, alongside my regular column on Saturdays, I'll be looking at the biggest stories from the weekend's action, along with issues affecting the global game.

Subscribers can expect it in their inbox every Monday. It's entirely free and quite straightforward to cancel, so why not subscribe now?

# EXHIBIT 73

# President Donald J. Trump awarded “FIFA Peace Prize – Football Unites the World”

**English** - Other languages (4)

- **President Trump recognised for his tireless efforts to promote peace**
- **Inaugural award presented by FIFA President Gianni Infantino during the Final Draw for the FIFA World Cup 2026™**
- **FIFA Peace Prize to be awarded on an annual basis**

The President of the United States, Donald J. Trump, was presented with the inaugural “FIFA Peace Prize – Football Unites the World” by FIFA President Gianni Infantino during the Final Draw for the FIFA World Cup 2026™ at the iconic John F. Kennedy Center for the Performing Arts in Washington

DC.

President Trump received the FIFA Peace Prize award and a commemorative medal after having only yesterday welcomed the leaders of Congo DR and Rwanda to the American capital to sign a historic peace treaty. In addition, the US President, who was sworn in as the 47th President of the United States on 20 January 2025, played a pivotal role in establishing a ceasefire and promoting peace between Israel and Palestine, and he has also actively sought to end other conflicts.

President Donald J. Trump awarded “FIFA Peace Prize – Football Unites the World”

07:20 5 Dec 2025

The FIFA President commended President Trump’s tireless efforts to bring people together in a spirit of peace.

“This is what we want from a leader; A leader that cares about the people. We want to live in a safe world, in a safe environment. We want to unite – that’s what we do here today, that’s what we’ll do at the (FIFA) World Cup, Mr President,” Gianni Infantino said in presenting the award.

“You definitely deserve the first FIFA Peace Prize for your action, for what you have obtained in your

way, but you have obtained it in an incredible way. You can always count, Mr President, on my support, on the support of the entire football community – or “soccer” community – to help you make peace and make the world prosper all over the world.”

The FIFA Peace Prize award was sculpted by Azerbaijani artists Salhab Mammadov and Ali Ibadullayev, who have displayed their work at the United Nations in Geneva, Switzerland, among other venues, and is due to be bestowed annually to an individual in recognition of their extraordinary action for peace and, in doing so, helps to unite people across the globe.



# EXHIBIT 74

# FIFA introduces the FIFA Peace Prize - an award to recognise exceptional actions for peace and unity

**English** - Other languages (4)

- **“FIFA Peace Prize – Football Unites the World” to be bestowed on an annual basis**
- **First winner to receive the award from FIFA President Gianni Infantino on Friday, 5 December 2025**

FIFA has announced the introduction of the “FIFA Peace Prize – Football Unites the World” to reward individuals who have taken exceptional and extraordinary actions for peace and by doing so have united people across the world.

The “FIFA Peace Prize – Football Unites the World” will be bestowed on behalf of all football-loving people from all around the world - more than five billion of the world’s population. With their daily actions in and for football, all these people contribute to FIFA’s motto “Football Unites the World” as they unite girls and boys, women and men around passion, joy, hope and happiness and it is therefore only fitting that a special award recognises a special achievement.

FIFA.COM

Football Unites the World

The award will be presented to individuals who, through their unwavering commitment and their special actions, have helped to unite people all over the world in peace and consequently deserve a special and unique recognition. This prize will be bestowed annually, with the inaugural award to be presented by FIFA President Gianni Infantino on Friday, 5 December 2025 on the occasion of the Final Draw for the FIFA World Cup 26™ in Washington DC.

“In an increasingly unsettled and divided world, it’s fundamental to recognise the outstanding contribution of those who work hard to end conflicts and bring people together in a spirit of peace,” said FIFA President Gianni Infantino. “Football stands for peace, and on behalf of the entire global football community, the FIFA Peace Prize – Football Unites the World will recognise the enormous efforts of those individuals who unite people, bringing hope for future generations.”

# EXHIBIT 75

# Human Rights Watch questions FIFA over 'Peace Prize,' receives no response



DANIEL DUARTE / Getty Images

By **Adam Crafton**

Dec. 1, 2025 | Updated Dec. 6, 2025

FIFA has been sent a letter by Human Rights Watch requesting information about the process and criteria applied by soccer's world governing body ahead of handing out its inaugural peace prize during the draw for the 2026 World Cup this Friday.

On November 5, FIFA announced that the organisation would introduce a new award entitled "FIFA Peace Prize — Football Unites the World".

In a statement published by the FIFA website and on President Gianni Infantino's Instagram account, Infantino said: "In an increasingly unsettled and divided world, it's fundamental to recognise the outstanding contribution of those who work hard to end conflicts and bring people together in a spirit of peace. Football stands for peace, and on behalf of the entire global football community, the FIFA Peace Prize — Football Unites the World will recognise the enormous efforts of those individuals who unite people, bringing hope for future generations."

FIFA said the award will be handed out once per year but the inaugural prize will be presented by Infantino during the World Cup draw in Washington D.C. on Friday, December 5. They said it will go to individuals who have "helped to unite people all over the world in peace and consequently deserve a special and unique recognition".

The award was announced on the same day that Infantino was due to speak at the America Business Forum in Miami, where U.S. President Donald Trump also addressed an audience at the Kaseya Center.

Trump missed out on this year's Nobel Peace Prize, amid his claim to have ended eight wars since returning to office. In some of those instances, he has been praised by the warring parties, but his role is more disputed in others, while tensions and/or fighting have remained in several cases, according to analysis from the New York Times.

---

**WHAT YOU SHOULD READ NEXT**



Trump threatens World Cup host cities over 'safety' concerns as White House announces visa scheme for fans

In an extraordinary news conference, Trump warned host cities including Seattle and Los Angeles may lose their games over "safety" concerns.

---

Infantino wrote on Instagram on October 9 that Trump "definitely deserves the Nobel Peace Prize for his decisive actions" in the Israel-Gaza ceasefire. At the Kaseya Center, during his speech, Infanino was asked about Trump's chances of winning FIFA's Peace Prize and said: "You will see."

On Monday, *The Athletic* revealed that FIFA's announcement about the prize came as a surprise to the vast majority of the FIFA Council. The FIFA Council is comprised of 37 members, which is chaired by Infantino, as well as eight vice-presidents, and 28 other members elected by the member associations. Multiple sources familiar with the process, all of whom wished to remain anonymous to protect relationships, said the Council and FIFA's vice-presidents were not consulted or involved in the creation of a FIFA peace prize and that it was not discussed at the prior FIFA Council. They have also not had input into the selection criteria for deciding a recipient. Some found out via a media release.

Now, Human Rights Watch, the global human rights and advocacy organization, has written a letter to FIFA seeking more details. The letter, seen by *The Athletic*, was

written to Infantino on November 11, with a deadline of November 20 for a response. Human Rights Watch say they have not received one.

The letter asked five questions:

1. What are the formal criteria FIFA will use to evaluate nominees for the FIFA Peace Prize?

2. Will FIFA publish these criteria before the December 5 award ceremony?

3. How will FIFA identify and receive nominations for the prize? Can you share a list of the nominees?

4. Who will serve as judges or decision-makers in selecting the recipient, and what are their qualifications?

5. We note that FIFA adopted the UN Guiding Principles on Business and Human Rights and published a Human Rights Policy which guides FIFA's operations. How will human rights considerations factor into the selection of the FIFA Peace Prize recipient(s)?

A statement from Minky Worden, director of global initiatives at Human Rights Watch, added: "The Nobel Committee often awards its Peace Prize to leaders who champion democracy and human rights, including those whose sacrifices include years as political prisoners. Think of Martin Luther King, Jr., Nelson Mandela, and Liu Xiaobo of China—who died in state custody. But this so-called 'FIFA Peace Prize' seems to have no nominees, no criteria, no judges and no process. So it will also have no legitimacy."

President Trump is expected to attend the World Cup draw on Friday at the Kennedy Center, the performance arts venue he now chairs. During the FIFA Club World Cup draw in December 2024, Trump sent a message via videolink ahead of his inauguration the following month, while his grandson Theo and daughter Ivanka made the ceremonial first pick of the draw. Trump then played a central part in the trophy celebrations when Chelsea won the tournament in May.

FIFA has been approached for comment.

# EXHIBIT 76

# *FIFA's Leader Often Flatters Trump. Now, He's Awarded Him a Peace Prize.*

Gianni Infantino, head of soccer's governing body, has been ingratiating himself with the president to help ensure a successful 2026 World Cup.

Listen · 7:59 min



**By Tariq Panja and Luke Broadwater**

Dec. 5, 2025

See more of our coverage in your search results.

**Add The New York Times on Google ↗**

Not long after President Trump missed out on the Nobel Peace Prize that he openly campaigned for, his friend Gianni Infantino got to work.

Mr. Infantino, president of FIFA, soccer's global governing body, who had publicly lobbied for Mr. Trump to receive the peace prize, simply had his organization establish its own. The announcement of the "FIFA Peace Prize — Football Unites the World" was so hastily arranged that it surprised several of the body's most senior officials, including board members and vice presidents, according to four soccer executives briefed on the events.

On Friday, FIFA announced the award winner — Mr. Trump, of course — along with the draw for the 2026 men's World Cup finals.

"This is truly one of the great honors of my life," Mr. Trump said after receiving the prize.

Why FIFA established a peace prize owes less to sports and more to Mr. Infantino's efforts to ingratiate himself with Mr. Trump.

Mr. Infantino has lauded Mr. Trump at almost every opportunity, attending events that have little to do with soccer, handing over major FIFA trophies to Mr. Trump and presiding over FIFA's rental of office space in Trump Tower in New York two years after the organization opened a gleaming North American hub in Miami.

The Trump Tower office is empty much of the time, according to three of the executives and a fourth official, all of whom are familiar with how FIFA uses the space. They, like others cited in this article, requested anonymity to to discuss private FIFA matters. FIFA did not answer questions beyond saying that the organization paid "market rent" for the Trump Tower office space.

Friday's event was held at the John F. Kennedy Center for the Performing Arts in Washington, a public-private space whose leadership Mr. Trump has stacked with loyalists. Democrats have accused the Kennedy Center of giving FIFA a sweetheart deal to use the venue, a claim that the center has denied.

FIFA and Mr. Infantino have said that close relationships with the U.S. government and with Mr. Trump are vital to ensuring a successful World Cup. The tournament will be played mostly in the United States, with games also in Canada and Mexico, requiring elaborate coordination.



Trump Tower on Fifth Avenue in New York, where FIFA rents office space. Mark Abramson for The New York Times

Mr. Trump has welcomed Mr. Infantino into his orbit, recently calling him “my boy” and embracing the planning for the World Cup. Mr. Trump established a government task force run by Andrew Giuliani, son of his former personal lawyer Rudy Giuliani, to ensure the tournament goes smoothly.

As the Trump administration makes it more difficult for foreign travelers to obtain visas, a goal of the task force is to ensure visitors for the World Cup can enter quickly, officials have said. One initiative would prioritize visa appointments for World Cup ticket holders. (The past two World Cup hosts, Qatar and Russia, granted visa-free travel to ticket holders.)

Mr. Trump has also seized on the World Cup as a tool to wield influence, using the economic benefits that come with hosting a game as a political cudgel against Democratic politicians. He has threatened to pull World Cup matches from Boston,

for example, after clashing with its mayor.

A White House spokesman, Davis Ingle, said that Mr. Trump was “excited to attend” the draw and that the administration’s partnership with Mr. Infantino would deliver “one of the most iconic sporting events in history.”

The relationship between the American president and Mr. Infantino dates to Mr. Trump’s first term, when FIFA selected the United States to co-host the 2026 World Cup. A regular in the Oval Office, Mr. Infantino has also traveled thousands of miles to attend events with Mr. Trump. After touring the Persian Gulf with Mr. Trump in May, Mr. Infantino arrived hours late to FIFA’s own annual meeting in Paraguay, prompting European soccer leaders to walk out.

Praise and privileges are offered in both directions. Mr. Trump invited Mr. Infantino to Egypt in October to mark the Gaza cease-fire deal. He was the only sports official there.

“The president of FIFA — Gianni Infantino,” Mr. Trump exclaimed at a Miami business summit in November, adding, “Wow, Gianni, my boy. I didn’t know he was going to be here.”

Despite FIFA statutes mandating officials’ political neutrality, Mr. Infantino, who has described Mr. Trump as a “really close friend,” has also offered support for Mr. Trump’s agenda. “We should all support what he’s doing because I think it’s looking pretty good,” Mr. Infantino said at the gathering in Miami.

Miguel Maduro, a former head of governance at FIFA, said that while the organization valued good relationships with national leaders, Mr. Infantino went too far in lauding the president’s record.




Mr. Trump and Mr. Infantino joined the players of Chelsea for the celebrations after the team won the inaugural FIFA Club World Cup in New Jersey in July. Haiyun Jiang/The New York Times

“That is clearly, in my view, a violation of the duty of political neutrality imposed by FIFA’s code of ethics,” Mr. Maduro said. FIFA did not give a response to his criticism.

Mr. Infantino’s trips to the White House often end with his leaving a gift. During an August visit, he showed off a replica of the men’s World Cup trophy. Mr. Trump praised the “beautiful piece of gold,” then asked to keep it.

At that meeting, Mr. Trump announced that the World Cup draw would be held at the Kennedy Center. To prepare, FIFA is occupying the center for three weeks, prompting the cancellation of much of its lucrative holiday season schedule.

FIFA had been considering venues in Las Vegas and Nashville but pivoted to Washington after Mr. Infantino and Mr. Trump shared a suite at a soccer game in New Jersey in July, Mr. Giuliani told The Associated Press. The sports stars Wayne Gretzky and Tom Brady, who joined them, will also take part. FIFA invited the Village People, who sing the Trump anthem "Y.M.C.A.," to perform.

Details of the event contract suggested that FIFA would not pay to use the Kennedy Center, costing it millions of dollars in lost revenue. A Kennedy Center spokeswoman, Roma Daravi, said FIFA was paying $5 million in unspecified sponsorships and donating an additional $2.4 million.

The contract made no mention of those payments. Asked for comment, Ms. Daravi referred to a letter from the Kennedy Center president, Richard Grenell, which noted that FIFA was paying the event's total expenses rather than a rental fee. "A simple rental fee would not have been enough to cover the magnitude of the event," Mr. Grenell wrote.

In the sports world, the World Cup stands alone in scale. The complexity of the 2026 edition — 104 matches, the most in the tournament's 95-year history, staged across three countries — has required yearslong planning.

The World Cup task force, run out of the Department of Homeland Security, has more than a dozen staffers working with federal, state and local officials to coordinate efforts, a Trump administration official said. Every agency involved has had to submit a report about efforts to enhance security in the 11 U.S. host cities.

Mr. Trump has threatened to upend those plans with warnings about pulling games from cities he deems unsafe.



Lumen Field in Seattle was among the stadiums selected for 2026 World Cup matches. Mr. Trump has threatened to take away the city's hosting duties. Joe Nicholson/USA Today Sports, via Reuters

Mr. Infantino was drawn into the debate at the White House last month when Mr. Trump was asked about the election of Katie Wilson, a self-described socialist, as mayor of Seattle. The president said that if he saw "the sign of any trouble," he would push to take away the city's World Cup hosting duties.

"We'll say, 'Gianni, can I say we will move?'" Mr. Trump said. He added, "I don't think you're going to have this problem." Standing next to him, Mr. Infantino responded, "Safety and security is the No. 1 priority for a successful World Cup."

As for any peace accolades, Mr. Infantino may have been upstaged. The White House said this week that the U.S. Institute of Peace had been renamed for Mr. Trump.

**Tariq Panja** is a global sports correspondent, focusing on stories where money, geopolitics and crime intersect with the sports world.

**Luke Broadwater** covers the White House for The Times.

---

A version of this article appears in print on , Section A, Page 18 of the New York edition with the headline: President May Get His Peace Prize. From FIFA.

# EXHIBIT 77

# USA striker Balogun's one-game ban suspended after Trump intervention




GETTY IMAGES

Folarin Balogun has scored three goals for co-hosts United States at this World Cup

Adwaidh Rajan

BBC Sport journalist

5 July 2026

**Folarin Balogun is available to play for the United States in their World Cup last-16 tie against Belgium after his one-game ban was suspended by Fifa following an intervention by US President Donald Trump.**

The 25-year-old star striker, who is the US's top scorer at the tournament with three goals, was shown a straight red card for a foul on Bosnia-Herzegovina defender Tarik Muharemovic as the co-hosts **won their last-32 tie 2-0**.

Fifa said the automatic one-match ban would be suspended for a year. No reasoning behind the move was provided, beyond citing a rule which allows punishments to be suspended.

Trump thanked Fifa for "reversing a great injustice" in a post on Truth Social.

The BBC's US media partner CBS News confirmed that Balogun's reinstatement came after Trump called Fifa president Gianni Infantino on Thursday.

The Royal Belgian Football Association (RBFA) said it is "astonished" by Fifa's decision and is "investigating all potential options" in response.

"In line with article 27 of the Fifa disciplinary code, the implementation of the match suspension is suspended for a probationary period of one year," world governing body Fifa said in a statement.

"If Folarin Balogun commits another infringement of a similar nature and gravity during the probationary period, the suspension shall be revoked and the sanction enforced without prejudice to any additional sanction imposed for the new infringement."

CBS sources said Trump spoke to Infantino directly in a short conversation.

They spoke about the suspension, sources familiar with the call told CBS News.

Infantino told the president that Fifa's disciplinary committee would look into it, according to one of the sources.

Andrew Giuliani, the executive director of the White House's World Cup task force, also spoke to Infantino about the situation and Secretary of Commerce

Howard Lutnick was also in communication with FIFA.

Spokespeople for the White House, Lutnick and Giuliani did not immediately respond to CBS News' request for comment.'

Later Trump, a friend of Infantino, wrote on social media: "Thank you to Fifa for doing what was right, and reversing a great injustice! President DONALD J. TRUMP."




Goalscorer Balogun sent off for USA

USA forward Christian Pulisic said the squad learned the one-game ban had been suspended on the bus to training on Sunday and said Balogun was "super happy".

Pulisic added: "Just a big smile on his face and all of ours. The foul wasn't what it was, it was harsh."

The RBFA pointed out all previous red cards issued at this World Cup have automatically resulted in a suspension and that Fifa's decision is in "direct contradiction" of the competition regulations, which were "explicitly reaffirmed" by the governing body to all participating nations in May.

It added: "In order to safeguard the legitimate rights of all participating teams and to protect the fundamental principles of fair play in our sport, both at this Fifa World Cup and at future editions of the tournament, the RBFA is investigating all potential options."

**Balogun - the US World Cup star who wouldn't have been American under Trump's plan**

19 June

US Secretary of State Marco Rubio was among those who had demanded the decision be reviewed.

Asked about the USA's World Cup performance during a news conference, Rubio said: "It was great. They got screwed with that red card.

"There needs to be an appeal process for that. It's probably too late for that."

More broadly in the US, there has been much disquiet from fans about the red card for one of their star players. Many media outlets have questioned the decision and the way football applies its rules - in terms of having to leave the field of play after a red card, and then being banned for a future match.

Balogun has been a key figure for the US at the World Cup, scoring twice for Mauricio Pochettino's side as they began their campaign with a **4-1 win against Paraguay**.

The former Arsenal forward also opened the scoring against Bosnia before getting sent off in the 64th minute after a tussle with Muharemovic for a looping ball.

As Balogun attempted to shield the ball Muharemovic managed to get in front of him, and as the forward's boot returned to the ground it landed on the back of the Bosnian's ankle, causing it to twist.

Brazilian referee Raphael Claus brandished the red card after he was sent to the pitchside monitor to watch a super slow-motion replay of the incident by the video assistant referee (VAR).

According to Fifa regulations, a red card "automatically incurs suspension from the subsequent match" but the governing body "may impose additional match suspensions and other disciplinary measures".

During the group stages of the tournament, Qatar midfielder Assim Madibo had his one-match suspension **increased to five matches** for his foul on Canada's Ismael Kone, who was left with a broken leg.

But there is recent precedent for Fifa suspending a World Cup ban.

Portugal captain Cristiano Ronaldo was cleared to play in his country's opening match of the tournament despite his red card against the Republic of

Ireland during the World Cup qualifiers.

The 41-year-old was sent off **for an elbow to Dara O'Shea's back** during Portugal's 2-0 qualifying defeat in November and initially received a three-match ban.

But after sitting out a game against Armenia, Fifa suspended the remainder of the ban for a year on 25 November, allowing Ronaldo to feature in Portugal's opening two World Cup matches.

**Ronaldo and the World Cup reprieve: special treatment or justified?** ›

26 November 2025

**BBC offers 'Stay Up or Catch Up' for England v Mexico** ›

5 July

# Analysis - 'Question now is how decision was made'

**Dale Johnson** ›

Football issues correspondent

On Thursday, Balogun became the 12th player to receive a red card at this World Cup.

He will be the first not to serve a suspension.

Fifa's decision to, effectively, overturn his red card against Bosnia-Herzegovina is remarkable.

Unlike in the Premier League, there is no appeal process against a red card at the World Cup. It is a process intended to protect the integrity of the referee.

Many will point to Cristiano Ronaldo only serving one match of a three-game ban after being sent off for violent conduct in qualifying.

That is fair, but there are many examples of Fifa showing clemency before the start of a tournament.

This is different. This is a red card at the World Cup.

All of a sudden, the host nation's star player is available for a crucial knockout game. There was a media frenzy in the US to get it overturned.

And that means the real question now is, how was the decision made? Fifa is giving no details.

Trump has thanked Fifa on social media, saying a "great injustice" has been reversed.

Given the well established close relationship between the White House and Fifa, questions will be asked of the highly unusual decision in favour of the co-hosts.

Take Qatar's Madibo, sent off for a challenge that broke the leg of Canada midfielder Kone.

It looked like an unfortunate accident, but Madibo was given a five-match ban.

It leaves the impression that Fifa is making things up as it goes along.




09:19

Balogun scores and sees red as USA beat Bosnia

## Related topics

- Football
- FIFA World Cup 2026
- USA
- Belgium

# EXHIBIT 78

# USMNT's Balogun has red card suspended; Trump asked FIFA to review



ESPN News Services
Jul 5, 2026, 12:51 PM ET

Share Like 35.8K

FIFA on Sunday suspended the red card U.S. striker Folarin Balogun received in the team's match against Bosnia-Herzegovina in the round of 32, making him available to face Belgium in the round of 16 at the World Cup.

In a statement on its website, FIFA said: "By operation of Article 27 FDC, the implementation of the automatic match suspension for USA player Folarin Balogun is suspended for a probationary period of one [1] year."

EDITOR'S PICKS


Belgium furious at Balogun U-turn: It's April Fools'
Sam Borden


Pulisic: Balogun ban being lifted 'feels right'
Jeff Carlisle


Ream: USMNT a 'true representation of America'
Jeff Carlisle

ABC confirmed reports that President Donald Trump made a call to FIFA after the U.S. win over Bosnia-Herzegovina last week to ask FIFA president Gianni Infantino to review Balogun's red card.

Trump celebrated the red card reversal shortly after it was announced, posting on his social media network: "Thank you to FIFA for doing what was right, and reversing a great injustice!"

The U.S. plays Belgium on Monday night at 8 p.m. ET in Seattle, seeking to advance to its first World Cup quarterfinal appearance since 2002. The Americans lost in the round of 16 to Ghana in 2010, Belgium in 2014 and Netherlands in 2022. They failed to advance from the group stage in 2006 and didn't qualify for the 2018 tournament.

A statement by U.S. Soccer said: "We accept the decision of the Disciplinary Committee and are pleased that Folarin Balogun is eligible to compete tomorrow.

"Our full attention is focused on the Round of 16 match against Belgium in Seattle, and we look forward to the continued support of our amazing fans."

A red card calls for an automatic one-game suspension, but players learned of Balogun's availability when social media posts started popping up during the 10-minute bus ride Sunday from their hotel to training at the University of Washington.

"I think a lot of us thought it was AI at first," defender Chris Richards said. "We weren't sure if it was true or not."

Belgium's federation also put out a statement expressing its shock and said it was "investigating all potential options."

"The Royal Belgian Football Association is astonished by FIFA's decision to declare suspended United States player Folarin Balogun eligible to play in the USA-Belgium match on Monday, 6 July at 5:00 p.m. [Seattle time]," the statement read.

"FIFA bases its decision on Article 27 of the FIFA Disciplinary Code. This provision states that the FIFA Disciplinary Committee may decide to suspend the enforcement of a previously imposed disciplinary sanction.

"However, Article 66.4 of the same FIFA Disciplinary Code clearly provides that a red card [sending-off] automatically results in a suspension for the team's next match, as has been the case for all previous red cards issued during this FIFA World Cup.

"Furthermore, and irrespective of the above, the decision is in direct contradiction with the provisions of the FIFA World Cup 2026 Competition Regulations, as set out in Article 10.5: 'If a player or team official is sent off as a result of a direct or indirect red card [second caution], they will automatically be suspended from their team's subsequent match. In addition, further sanctions may be imposed.'"

Later on Sunday, U.S. coach Mauricio Pochettino talked about how the situation unfolded over the past few days, saying he was not involved as he focused on preparing the team for the Belgium game.

Balogun ban lifted; Trump asked FIFA to review
49d - ESPN News Services

New coach, same Reds: Iraola has work cut out for him as Liverpool struggle in opener
5h - Beth Lindop

Premier League VAR review: Did Liverpool deserve to be bailed out by penalty?
6h - Andy Davies

Szoboszlai scores pen, Liverpool-Newcastle draw
7h - ESPN News Services

Two late goals save Man City blushes in PL opener
10h - ESPN

USMNT's Pepi, Dest score in PSV's 5-1 rout
10h - ESPN

Raphinha stars as Barcelona thump Elche 5-0
3h - PA

González joins Al Qadsiah after Gotham FC exit
2h - Jeff Kassouf

Kane wins Germany award after 61-goal season
12h - Associated Press

Mourinho: Opponents, fans are 'bullying' Vini Jr.
1d - Alex Kirkland

Messi scores but Miami slumps to 4th loss in 5
23h - ESPN

New season, same streak: Viral Man United fan's haircut challenge continues
1d - ESPN

With Guéhi in midfield, Maresca makes transfer needs clear in Man City win
10h - Rob Dawson

Too soon to panic? Man United see problems exposed in Hull City defeat
1d - Rob Dawson

New season, new haircut: Erling Haaland ditches iconic long hair for new season
10h - ESPN

Transfer rumors, news: Nottingham Forest bid £70M for Igor Thiago
12h - ESPN

Men's transfer grades: Arsenal get a B for Konsa
2d - Sam Tighe

Breaking down 10 years of FC 100: Top countries, trends, all-time starting XI
3d - Nicholas Sorn

2026 FC 100: Kane, Yamal, Messi among best men's soccer players
6d - ESPN

UEFA boss Čeferin rules out FIFA presidency bid
2h - PA

Barça to again discuss new No. 9 after Elche win
2h - Sam Marsden

González joins Al Qadsiah after Gotham FC exit
2h - Jeff Kassouf

Raphinha, López both score brace as Barça kickstart campaign
2h - ESPN News Services

Raphinha stars as Barcelona thump Elche 5-0
3h - PA

Amorim wins first Serie A game with Milan 2-1 at Torino
3h - PA

Terms of Use Privacy Policy Your US State Privacy Rights Children's Online Privacy Policy Interest-Based Ads About Nielsen Measurement Your Privacy Choices Contact Us Disney Ad Sales Site Work for ESPN Corrections

GAMBLING PROBLEM? CALL 1-800-GAMBLER or 1-800-MY-RESET, (800) 327-5050 or visit gamblinghelplinema.org (MA). Call 877-8-HOPENY/text HOPENY (467369) (NY). Call 888-789-7777/visit ccpg.org (CT), or visit www.mdgamblinghelp.org (MD). 1-800-981-0023 (PR). 21+ and present in most states. (18+ DC/KY/NH/PR/WY). Void in ONT. Eligibility restrictions apply. Terms at draftkings.com/sportsbook. On behalf of Boot Hill Casino & Resort (KS). Pass-thru of per wager tax may apply in IL.

Copyright: © 2026 ESPN Enterprises, LLC. All rights reserved.



Folarin Balogun picked up a red card against Bosnia-Herzegovina. AP Photo/Ted S. Warren

"[It was a] normal process and of course the federation for sure was working really hard," Pochettino said. "[U.S. Soccer CEO] J.T. [Batson] and the whole federation were working on trying to defend our situation and that's it.

"I wasn't involved. I was focusing on trying to prepare the team to face to Belgium working in different [areas], working in trying to be focused and to play tomorrow with our best, in our best condition."

Pochettino was also asked Sunday if he was in favor of politicians lobbying FIFA over specific decisions and asking them to be reviewed.

"No, we cannot mix that. We cannot mix that," Pochettino said. "[Balogun] is a decision from the FIFA with the evidence that happened before.

"And that for me is very good for football is to celebrate because if some in the next game or the game that they are playing now and something unfair thing happen, you have the possibility to go and to reverse the decision. Decision that came from the VAR, from situation that is slow motion, that never is the reality of what happened on the pitch."

Balogun scored the U.S.'s opening goal in the 45th minute of its 2-0 win over Bosnia-Herzegovina on Wednesday. But he was then sent off in the 64th minute for what was deemed a bad challenge on defender Tarik Muharemovic.

On Friday, Balogun said he felt the decision was unfair given that he and Muharemovic were battling for position.

"If you played the game, you would understand there are scenarios that you simply can't avoid and it has to be taken into context when it's being reviewed," Balogun said.

U.S. Soccer did not make Balogun available for comment Sunday, but the Monaco striker posted a picture of himself on social media in front of U.S. fans and overlaid the image with music of Michael Jackson's pop single "Bad."

FIFA said its decision relied on Article 27 of the disciplinary committee rules.

"The judicial body may decide to fully or partially suspend the implementation of a disciplinary measure. By suspending the implementation of the sanction, the judicial body subjects the person sanctioned to a probationary period of one to four years," the rule states.

FIFA in November deferred the final two games of a three-match ban for Portugal's Cristiano Ronaldo for a red card against Ireland in a World Cup qualifier, allowing him to play at the start of the World Cup.

Argentina defender Nicolás Otamendi and Ecuador midfielder Moisés Caicedo in April had one-game bans deferred for red cards in qualifiers, also allowing them to be available for World Cup openers.

Brazil's Garrincha was ejected from a 1962 semifinal but allowed to play in the final against Chile after political pressure.

*Information from The Associated Press was used in this report. ESPN writer Jeff Carlisle also contributed.*

# EXHIBIT 79

# Only one official involved in decision to waive Folarin Balogun ban

**Mohammad al-Kamali, the chairman of Fifa's disciplinary committee, made ruling without any of the 17 other members asked to be involved in the case**



Balogun was shown a red card in the USA's game against Bosnia and was expected to be banned for the subsequent match against Belgium until Fifa intervened

PHIL NOBLE/REUTERS

Martyn Ziegler, Chief Sports Reporter

Sunday July 12 2026, 8.15pm BST, The Times

Listen • 3:52 min Share

The controversial decision to waive a ban for the USA striker Folarin Balogun was taken solely by the chairman of Fifa's disciplinary committee without any of the 17 other members asked to be involved in the case.

The chairman, Mohammad al-Kamali of the United Arab Emirates, made the decision on his own — despite the significance of the ruling. The verdict went against all previous World Cup disciplinary cases, where an automatic suspension is applied for a player who had received a red card, and raises more questions for Fifa.

Kamali handed Balogun a one-match ban but deferred it for a probationary period of a year. It allowed the USA's leading scorer, who had been sent off for serious foul play, which usually carries a two-match ban, to play in the host nation's round of 16 World Cup match against Belgium, which they lost 4-1.

## Top stories

1. **Win a luxury break in the Lake District worth up to £1,020 at Rothay Manor**
   Competition
2. **My hot divorcee summers: how solo midlife trips brought my mojo back**
   Inspiration
3. **Palace 'jaws were on the floor' after Prince Harry's judiciary attack**
   Royal family

The US president Donald Trump claimed credit for the lifting of the ban, saying he had called Fifa's president, Gianni Infantino about the red card. Kamali's ruling provoked a huge outcry, with Uefa calling it "”unprecedented, incomprehensible and unjustifiable".

Infantino has admitted Trump called him about the Balogun red card but insisted he told him an "independent judicial body" was overseeing the case which "would be decided in due course by the competent bodies".

Fifa did not respond when asked to comment by The Times about Kamali making the decision on his own without any other committee members involved.

Many previous Fifa disciplinary cases have also been decided by a single committee member, usually the deputy chairman, Jorge Palacio of Colombia, but according to published findings of more than 100 previous cases the chairman, Kamali, has not previously been the sole arbiter. More important cases often involve three committee members sitting together to make a decision.



Trump said that he had spoken to Infantino about the ban

GETTY IMAGES

Other senior figures in football have questioned why Fifa has declined to publish the written reasons for the Balogun decision, adding to the lack of transparency around the case, or even to explain why Balogun's ban was waived.

It is the first time since automatic suspensions for red cards were introduced to the World Cup that one has been lifted. Kamali refused to comment when asked about the case by the BBC on Saturday.

Infantino, meanwhile, has said Fifa will look at expanding the World Cup from 48 to 64 teams for the 2030 tournament. The proposal was made by the South American confederation, Conmebol, but has already been opposed by the presidents of Uefa, the Asian Football Confederation and Concacaf (north and central America and the Caribbean).

Infantino told the Swiss media outlet Bluewin: "That's definitely an issue that will be examined and discussed in the relevant committees after this World Cup. When organising a World Cup, it's important to organise it for the whole world — not just Europe and South America — but effectively the entire world.

"Every nation should be allowed to dream of participating in the World Cup. You can see that the quality of the teams is extremely high — and it's getting higher and higher, all over the world. If you don't give smaller countries a chance to participate in the World Cup, they'll lack the incentive to keep improving."

The proposal had been considered dead in the water but Infantino's revival of the idea is being seen by his political opponents as an example of the Fifa president going on the attack after the damage caused by the Balogun scandal.

This World Cup, hosted jointly by the US, Mexico and Canada, has 48 teams, 16 more than the 32 who competed at the previous World Cup in 2022. An expansion from 24 to 32 teams took place in 1998.

# EXHIBIT 80

# UEFA says FIFA 'crossed a red line' with Folarin Balogun red-card-ban U-turn

Adriana Garcia
Jul 6, 2026, 06:36 AM ET

Share Like 590

UEFA have strongly criticized FIFA's decision to suspend USMNT striker Folarin Balogun's red card, thus allowing the United States striker to be available for the World Cup round-of-16 match against Belgium.

Balogun, who is the USMNT's leading scorer at the tournament with three goals, was shown a straight red card for a foul on Bosnia-Herzegovina defender Tarik Muharemovic during their 2-0 win in the previous round.

FIFA said on Sunday that Balogun's automatic one-match ban would be suspended for a year, citing a rule which allows punishments to be suspended, much to UEFA's incredulity.

"We express our disbelief at such an unprecedented, incomprehensible and unjustifiable decision," Europe's football governing body said in a statement posted on their website.

"Yesterday's decision to suspend for a probationary period of a year the implementation of the one-match automatic suspension following the red card issued to the player Folarin Balogun crossed a red line."



There have been a number of strong reactions to FIFA's decision to suspend Folarin Balogun's one-match ban for his red card.
Jamie Squire/Getty Images

U.S. President Donald Trump posted a message on his social media platform -- Truth Social -- thanking FIFA "for doing what was right and reversing a great injustice!"

ABC confirmed reports that Trump had called FIFA last week to ask its president, Gianni Infantino, to review Balogun's red card. Belgium's federation expressed its shock at the red-card reversal and said it was "investigating all potential options."

UEFA said that FIFA, by making an exception with Balogun and doing so in the middle of the World Cup, has put the integrity of the game "at stake" and set a precedent.

"Football, like any other sports, relies on rules, which are the basis for fair, honest and transparent competition," the UEFA statement added. "Sometimes rules are open to interpretation. In this case not. A minimum automatic suspension of one match following a red card is not a discretionary option and does not require the decision of a competent body to be enacted.

"It is a principle embedded in regulations, which cannot be made subject to exceptions, let alone in the middle of a tournament where several other players have been in the same situation and regularly served their suspension.

- **Nobody benefits from FIFA letting Balogun off the hook -- not even the USMNT**

- **Thomas Tuchel jokes U.S. President Trump could lift Jarell Quansah red card ban**

"When the certainty of rules is no longer guaranteed by its guardians, the integrity of the game is at stake and the credibility of a competition is undermined.

"Equally, such decision creates a precedent in the ongoing tournament, where similar situations will now require an equal treatment, to the detriment of the competition."

FIFA also said on Monday in a second statement: "There are no provisions in the FIFA Disciplinary Code and the Regulations for the FIFA World Cup 26™, that prohibit the FIFA Disciplinary Committee from exercising its discretion under Article 27 of the FIFA Disciplinary Code."

In that same statement, FIFA clapped back at UEFA, saying that the review of "the legal consequences of red cards in football is nothing new in the modern game. For instance, in the majority of top-tier leagues belonging to UEFA-affiliated member associations - the overturning of red cards is a common disciplinary measure, yet this has never raised concerns about crossing any 'red line'. And again, it should be emphasised that in the decision under scrutiny, the red card was not overturned. Suspending the effects of a red card based on an explicit provision of the applicable regulations is a much more balanced measure."

The USMNT take on Belgium on Monday evening as both sides seek a place in the quarterfinals.

# EXHIBIT 81

Friday 17 July 2026, 21:00

President

# Gianni Infantino: FIFA World Cup 2026™ has 'exceeded all expectations'



English - Other languages (4)

- **FIFA President Gianni Infantino tells Trump Tower reception guests that FIFA World Cup 2026™ is "the greatest human, social and cultural event that mankind has ever witnessed"**
- **More than 6.6 million fans have attended matches, making this the best-attended FIFA World Cup™ in history**
- **U.S. President Donald Trump says competition has been "a tournament like no other"**

FIFA President Gianni Infantino has declared that the FIFA World Cup 2026™ has surpassed every expectation set for it and has been the "greatest FIFA World Cup of all time".

Speaking at a reception hosted at Trump Tower in New York, Mr Infantino praised the United States for their role in the success of the record-breaking tournament.

View this post on Instagram

"By all means, this (FIFA) World Cup has exceeded all expectations," the FIFA President told the gathering, which included FIFA Council members, representatives of FIFA Member Associations from around the world, as well as numerous FIFA Legends.

"This has not just been – and is not just – the greatest (FIFA) World Cup of all time. It is the greatest human, social and cultural event that mankind has ever witnessed and seen, and we are all part of it, and for this I thank you very much, Mr President," Mr Infantino said in comments directed to President Trump.

"Full stadiums, seven million people in the stadiums, tens of millions in the cities in America, in Canada, in Mexico, billions in front of their TV," added the FIFA President ahead of Sunday's final between Argentina and Spain at New York New Jersey Stadium.



Total attendance across FIFA World Cup 2026 has reached 6,665,825, already surpassing the combined total of the 2018 and 2022 editions (6,436,020) and eclipsing the previous single-tournament record of 3,587,538, set at USA 1994.

Average attendance stands at 65,351 per match, with a stadium occupancy rate of 99.7%, the highest in FIFA World Cup™ history.

President Trump echoed the FIFA President's assessment of the tournament. "This has been the most successful sporting event, maybe in the history of the world. It's been amazing," he said.



"This has been a tournament like no other, filled with fierce competition, unforgettable moments. This has really brought the world together. The 2026 FIFA World Cup has broken almost every record imaginable. This is the largest World Cup in history by far, by many times, actually, welcoming 16 additional teams."

President Trump also highlighted the attendance and viewership figures. "This has been by far the most-attended tournament in history. And that's the history of all sports. By the time the final whistle sounds on Sunday, nearly six billion (television) viewers will have watched this (FIFA) World Cup. That's a record by many, many times over."

He closed his remarks by congratulating the competing nations. "I want to congratulate every team that made the 2026 (FIFA) World Cup, one of the all-time greatest sporting events in history," he said, wishing Argentina and Spain good luck ahead of the final.



On Saturday, France face England in the bronze medal match in Miami, before Argentina meet Spain in the final in New York New Jersey and the FIFA President said that would be a special occasion.

"One country will be the world champion, but the world has already won, America has won, FIFA has won, and uniting the world in such a way as we did this summer, giving unforgettable experiences and memories to millions, to billions of people all over the world is something that we will take with us and cherish forever," said Mr Infantino.

### FIFA World Cup 2026 Final Reception




FIFA President Gianni Infantino, with President of the United States Donald J. Trump, along with FIFA Secretary General Mattias Grafström, pose for a photograph with FIFA Council Members.



**Related Topics**

Tournament Organisation | President | Organisation | FIFA World Cup 2026™ | CONCACAF

**President**

# EXHIBIT 82

Infantino: World Cup showed fans 'future of unity'
37d ESPN News Services

New coach, same Reds: Iraola has work cut out for him as Liverpool struggle in opener
6h Beth Lindop

Premier League VAR review: Did Liverpool deserve to be bailed out by penalty?
6h - Andy Davies

Szoboszlai scores pen, Liverpool-Newcastle draw
7h ESPN News Services

Two late goals save Man City blushes in PL opener
10h ESPN

USMNT's Pepi, Dest score in PSV's 5-1 rout
10h - ESPN

Raphinha stars as Barcelona thump Elche 5-0
3h PA

González joins Al Qadsiah after Gotham FC exit
2h Jeff Kassouf

Kane wins Germany award after 61-goal season
12h Associated Press

Mourinho: Opponents, fans are 'bullying' Vini Jr.
1d - Alex Kirkland

Messi scores but Miami slumps to 4th loss in 5
23h ESPN

New season, same streak: Viral Man United fan's haircut challenge continues
1d - ESPN

With Guéhi in midfield, Maresca makes transfer needs clear in Man City win
10h - Rob Dawson

Too soon to panic? Man United see problems exposed in Hull City defeat
1d - Rob Dawson

New season, new haircut: Erling Haaland ditches iconic long hair for new season
10h - ESPN

Transfer rumors, news: Nottingham Forest bid £70M for Igor Thiago
12h - ESPN

Men's transfer grades: Arsenal get a B for Konsa
2d - Sam Tighe

Breaking down 10 years of FC 100: Top countries, trends, all-time starting XI
3d Nicholas Sorn

2026 FC 100: Kane, Yamal, Messi among best men's soccer players
6d - ESPN

UEFA boss Čeferin rules out FIFA presidency bid
2h PA

Barça to again discuss new No. 9 after Elche win
2h Sam Marsden

González joins Al Qadsiah after Gotham FC exit
2h - Jeff Kassouf

Raphinha, López both score brace as Barça kickstart campaign
2h - ESPN News Services

Raphinha stars as Barcelona thump Elche 5-0
3h PA

Amorim wins first Serie A game with Milan 2-1 at Torino
3h PA

# FIFA president Infantino proclaims World Cup a success at U.N.

ESPN News Services
Jul 17, 2026, 06:40 PM ET

Share Like 147

NEW YORK -- FIFA President Gianni Infantino deemed the World Cup a success on Friday, again lauding President Donald Trump for his role in the event and saying the tournament achieved its mission of uniting people from all corners of the globe.

Infantino pointed to many numbers -- sold-out stadiums and big television ratings -- as proof that the biggest World Cup ever met expectations, as Trump nodded in approval.

"The American dream, Mr. President, came to reality," Infantino said as he stood alongside Trump in New York on Friday. "We united the world."







Trump hosted a reception at Trump Tower in Manhattan for Infantino and international soccer stars. Trump and Infantino spoke next to the golden trophy Trump plans to award to the winner of Sunday's final between Argentina and Spain.

As he often does in Trump's presence, Infantino was effusive in his praise: "You don't need people to compliment you, Mr. President, but this World Cup would not have been such an incredible success without you."

Trump called this World Cup "one of the all-time greatest sporting events in history," adding that the tournament galvanized more than just the sporting world.

"So good luck to Spain and Argentina on Sunday and may the best team win," Trump said.

Earlier Friday, Infantino spoke at the United Nations as part of a daylong session about how the game can be a catalyst for youth mental health. He brought one of the official game balls that will be used in Sunday's World Cup final between Argentina and Spain to the stage, calling it "a magic object which has the power to unite the world."

"We hear it many times, don't we, that we live in a divided world, that we live in an aggressive world, that there are so many things that divide us, that create us problems," Infantino said. "But we know as well, and if there is one thing, if there is one thing that this World Cup has shown us and is showing us, we know that there are many more things that bring us together than things that divide us."

This was the largest World Cup in history, with 48 teams qualifying and matches spread out over the U.S., Canada and Mexico. FIFA said stadiums have been basically full for each of the 102 matches played to date -- there are two remaining, the France-England game for third place in Miami Gardens, Florida, on Saturday, and then Sunday's final in East Rutherford, New Jersey.



FIFA president Gianni Infantino speaks to reporters in New York City two days before the World Cup final. Getty Images

Total attendance for the tournament will end up somewhere around 6.7 million -- a World Cup record, despite concerns months ago that high ticket prices and immigration issues would deter fans from coming to North America for the matches.

"We have seen millions of people coming together in the last month and a half to the United States, to Canada and to Mexico, but in every corner of the world, coming together in a peaceful way, in a joyful way, wanting to spend time together and wanting to celebrate a moment of community," Infantino said. "This is the strongest message ever and this is the message on which we have to build our future -- a future of community and a future of unity."

The tournament has not had any major security incidents, which some feared, but has featured geopolitical discomfort and controversy. The Iranian team had a tumultuous experience, narrowly being knocked out in the group stage while facing what it said were onerous travel restrictions as its country was at war with the U.S.

Infantino was criticized globally after FIFA lifted U.S. star Folarin Balogun's red-card suspension following urging from President Donald Trump, who described his role in that saga as "making a recommendation."

"Gianni made yet another of his good decisions," Trump said.

And the British government has urged FIFA to investigate Argentina's soccer team after players posed with a banner claiming sovereignty over the Falkland Islands after their semifinal win against England.

Infantino pledged to the U.N. that he and FIFA would "lend our full support" to youth mental health causes, saying that the topic should be taken seriously.

But he pointed to these matches as examples of how sport can be a bridge across language, cultural, political and other barriers.

"In two days, we will know if Spain or Argentina will be the world champion," Infantino said. "But what we know already, dear friends, is that football is not just the most popular sport in the world, but football has definitely become that common, that universal language that everyone speaks because everyone wants to come together."

*Information from The Associated Press was used in this report.*

## New season, same Liverpool: More work ahead to be Premier League contender again

# EXHIBIT 83

# FIFA intends to expand football development funding to over USD 10 billion subject to approval by FIFA Member Associations

**English** - Other languages (4)

- **If approved, football development in every corner of the world would benefit immediately from increased funding available to all 211 FIFA Member Associations (MAs): (i) An optional USD 20 million per MA in exceptional and immediate funding for special projects from the new FIFA Fast Forward Programme (FFFP), (ii) USD 20 million per MA in Forward funding for 2027-2030 (currently budgeted USD 8 million), (iii) USD 22 million per MA in Forward funding for 2031-2034, and (iv) USD 24 million per MA in Forward funding for 2035-2038**

- **This would be achieved via FIFA Forward Enterprise (FFE), a new FIFA-owned and controlled subsidiary consolidating FIFA's commercial and event operations; FIFA would retain sole control of FFE and exclusive authority over football governance, competitions, match calendar, and all regulatory and sporting decisions**
- **FFE would raise up to USD 4.2 billion later this year to fund FFFP, based on an initial equity valuation of USD 20 billion by carefully selecting long-term investors who will purchase minority, non-controlling interests in FFE. All net benefits of FFE will be reinvested back into football worldwide**
- **In full respect of FIFA's democratic and governance principles, the launch of this new structure is subject to the support of a majority of MAs and the relevant approvals of the FIFA Council**

In accordance with its mandate, the FIFA administration is exploring the concept of bringing together FIFA's commercial rights – spanning broadcast, sponsorship, ticketing, and licensing – with the operational delivery of FIFA tournaments through the creation of FIFA Forward Enterprise (FFE). A consultation process has begun following the receipt of a proposal that aims to unlock the full potential of FIFA's broadcast rights and sponsorships across all of its tournament portfolio in men's, women's and youth football.

Central to this would be a repositioning of FIFA Forward, FIFA's flagship development programme, which aims to increase funding per FIFA Member Association (MA) from USD 8 million to USD 20 million for the 2027-30 cycle and grow steadily thereafter cycle-on-cycle. This funding would support infrastructure, coaching, national teams, competitions, grassroots football and the women's game.

The process follows an address by FIFA President Gianni Infantino to the FIFA Council and FIFA Member Associations on the eve of the FIFA World Cup 2026 final in New York, where he reiterated his intention to "unleash the commercial potential and opportunity that FIFA has", a position that had already been outlined in his speech to the FIFA Congress in Vancouver, Canada, in April 2026.

"Football is the world's most popular sport and an extraordinary engine of human and social development," said FIFA President Gianni Infantino. "Parts of the game have turned that popularity into remarkable commercial value – and we celebrate that success and want it to continue, because it lifts the whole game. Our job is to make sure the rest of football grows with it: FIFA exists to support sustainable, inclusive development in every corner of the world.

"As its global governing body, FIFA is responsible for making sure the game reaches every corner of the world, and that the value it creates supports federations and communities everywhere. Our next stage of growth needs a structure built for it, one where the commercial side of the game operates as a focused, dedicated business, with its value shared more and better all around the world. Every FIFA Member Association should have an opportunity to seek a fair share of the available funding to shape its own future, deciding for itself rather than relying on others. This is about the democratisation of football worldwide.

"We intend to invest heavily even in the smallest or most remote parts of the footballing world, places that are too often passed over. Every FIFA Member Association, whatever its size, resources, or geographic location will have a voice and the opportunity to determine its own course. Football has become a truly global game and so the benefits must be felt globally."

**Growing the global game**

The impact of sustained development investment was already on display at this year's FIFA World Cup, where a decade of rising support through FIFA Forward helped debutant nations like Cabo Verde and Curaçao compete on football's biggest stage.



MEMBER ASSOCIATIONS

Cabo Verde celebrate historic FIFA World Cup™ qualification: "A small country with a big heart"

Many major sporting organisations, including continental and national football governing bodies and leagues, have restructured their commercial operations in similar ways in recent years, in pursuit of the same long-term goal – sustainable growth that can be reinvested in the sport itself.

Together with other existing FIFA programmes, these investments could bring FIFA's total planned development funding to more than USD 10 billion over the next four years, marking the largest such commitment ever made by any sports organisation. It is designed to widen access to the game, strengthen football infrastructure and opportunity worldwide, and ensure that every MA shares in the game's growth. FIFA will utilise this investment equally across every country, no matter its size or wealth or geographical location, for the benefit of all.




MEMBER ASSOCIATIONS

Curaçao united by football ahead of FIFA World Cup™ bow

The process follows the conclusion of the FIFA World Cup 2026, the most successful tournament in football's history. The energy generated across the tournament is precisely what this consultation process has been designed to sustain and build upon. This energy translated into extraordinary numbers – almost 16 million fans attended in the stadiums and fan festivals, and billions watched around the world via new channels and innovative forms of content.

**Reinvesting football's growth in every MA**

As part of FFE, FIFA would establish the FIFA Fast Forward Programme (FFFP), an optional mechanism that would allow MAs to unlock additional development funding. This would unlock new opportunities for projects such as stadiums and national training centres, and other long-term infrastructure that may otherwise sit beyond the reach of a single development cycle.

FIFA would offer each of the 211 MAs the opportunity to participate in FFFP to access up to USD 20 million in one-off capital. Participation would be entirely voluntary, and no MA would be required to participate.

The additional funding would be financed through FFE's planned initial capital raise of up to USD 4.2 billion. This would be based on an implied valuation of USD 20 billion. Any net benefits of FFE would be fully reinvested back into football.

**Long-term investment, with FIFA retaining full control**

In a similar way to other sports governing bodies with dedicated commercial subsidiaries, FIFA will invite third parties to make minority, non-controlling investments in FFE.

Any such investors would be selected against clear long-term, governance, and strategic criteria. They would represent a geographically diversified group that reflects the global nature of the game, acting as minority, long-term partners that could contribute capital and commercial expertise in support of FIFA's mission to grow the global game. FIFA would retain sole control of FFE via majority board representation and exclusive authority over football governance, competitions, the international match calendar and all regulatory and sporting decisions.

While FIFA regularly creates subsidiaries for specific ventures unilaterally, FIFA is now engaging the MAs and the FIFA Council in this instance given its strategic importance. In keeping with the democratic processes of FIFA, the FIFA administration will launch the new structure only if a majority of the MAs decide to support it, as well as approval of the required regulatory updates by the FIFA Council.

Subject to these final agreements and required approvals, Thrive Eternal, a permanent capital holding company, is expected to lead the proposed investor group for FFE. Greg Maffei, CEO of BANN Ventures and formerly President and CEO of Liberty Media during its acquisition and ownership of Formula One, has been a key commercial adviser and will remain involved in the establishment of FFE in this next phase.

As part of this process, J.P. Morgan has been engaged to work alongside FIFA, while other advisers such as OpenEconomics are engaging with prospective long-term investors. The process is focused on assembling a geographically diversified investor group that reflects the global nature of FIFA and the game; expressions of interest to date include investors from across every major region of the world: Europe, the Americas, Asia and Africa.

The FIFA President and the FIFA administration have a duty to control the development of this project. Outside investors will have only a minority stake in FFE and will not play any operational role. Equally, they are investing in a subsidiary of FIFA, and not in FIFA itself. For FIFA, nothing changes.

# EXHIBIT 84

# FIFA plans to sell a stake in the World Cup: How much for and why is Gianni Infantino doing it?



FIFA president Gianni Infantino has been working on the plan for months. Sam Hodde / Getty Images

By **Matt Slater**

July 28, 2026 | Updated July 29, 2026

Share article 615

FIFA has announced plans to sell a large minority stake in a new company that will run its main events, including the World Cup and Club World Cup, as part of a plan to triple the amount of development money it dishes out to its 211 member associations.

Under the proposals — which are subject to approval by a majority of those national associations and FIFA's 37-member council — a new entity called FIFA Forward

Enterprises (FFE) will take over all commercial operations, while FIFA remains the game's global governing body and retains a majority stake in FFE.

With elements of this plan starting to be reported by several media outlets earlier on Tuesday, FIFA was forced to rush out a press release that confirmed it was hoping to sell up to 21 per cent of FFE to private investors, with the intention of bringing in $4.2billion (£3.2bn) that could be immediately released to its member associations as part of a new funding stream called FIFA Fast-Forward Programme (FFFP).

The press release also confirmed that global bank JP Morgan has been FIFA's chief advisor on this project, with Thrive Eternal, a long-term investment vehicle set up by Joshua Kushner, the brother of Donald Trump's son-in-law Jared Kushner, "expected to lead the proposed investor group for FFE."

Under the plan, FIFA's total development funding would top $10bn over the next four years, with each member association allowed to draw an "optional" $20m each for "exceptional and immediate funding for special projects" from the new FFFP stream, which will be funded by the sale of the minority stake.

However, that is only the beginning of the proposed bonanza, as each member association would also get regular Forward Programme grants of $20m each, up from $8m, in the next four-year cycle. That will rise to $22m per nation for 2031-34 and $24m — three times the current amount — for 2035-38.

In a letter sent to associations, which *The Athletic* has seen, FIFA president Infantino says a decision on the proposal must be made by September 19 in order for any future funds to be available from January 1.

## Who is behind the plan?

Unsurprisingly, the idea is the brainchild of FIFA president Gianni Infantino, who has been working on it for months.

In FIFA's press release, Infantino described football as "an extraordinary engine of human and social development" and said it was the governing body's "responsibility" to make sure football's "remarkable commercial value" is shared more evenly around the global game.

"Our next stage of growth needs a structure built for it, one where the commercial side of the game operates as a focused, dedicated business, with its value shared more and better all around the world," said Infantino.

"Every FIFA member association should have an opportunity to seek a fair share of the available funding to shape its own future, deciding for itself rather than relying on others. This is about the democratisation of football worldwide."

In the letter, Infantino doubles down, stressing that he believes the opportunity presented by his proposal is a potential watershed moment.

**WHAT YOU SHOULD READ NEXT**



### How FIFA built a $10bn World Cup: 'A global mega-event with no parallel'

After the huge revenues of Qatar 2022, FIFA is waiting to count up to another staggering number following this year's edition

It is a pitch that will certainly win some support within an organisation where the majority of the national associations rely on FIFA grants for most of their income.

This, of course, is not the first time Infantino has tried to commercialise FIFA assets by bringing in external investment, having previously tried and failed in 2018 to use $25bn from the Saudi-backed, Japanese-based SoftBank to create an expanded Club World Cup and Global Nations League.

There have also been suggestions that FIFA was an early party to discussions about the creation of the European Super League in 2021, when JP Morgan was lined up to invest in the new competition, although Infantino later criticised the plan.

A FIFA spokesperson confirmed to *The Athletic* that JP Morgan will continue to advise the governing body on the project, with Rome-based consultancy OpenEconomics and BANN Ventures chief executive Greg Maffei also acting as advisors. Maffei was formerly president and CEO of Liberty Media during its purchase and ownership of Formula One.

In terms of potential investors, Apollo Sports Capital, the long-term sports investment vehicle set up by private-equity firm Apollo Global Management, is another likely backer.

*The Athletic* has contacted Apollo, JP Morgan and Thrive for comment.

## What has the reaction been?

Given some of the controversies during and before this summer's World Cup, the involvement of someone with a family connection to President Trump, such as Joshua Kushner, will raise eyebrows throughout the global game. European football's governing body UEFA has already expressed its opposition to the idea of selling the sport's most valuable assets to private investors and sovereign wealth funds.

"This crosses a line that football's governing institutions should never cross," UEFA said in a statement released shortly before FIFA confirmed the plan.

"UEFA takes it extremely seriously. So should every national football association. So should every stakeholder: leagues, clubs, players, supporters, governments and everyone who cares about the future of the game.

"The soul and governance of football are not assets to trade — especially with zero transparency as to who gains financially. None of us are the owners of football. It is not FIFA's to sell."

Hans-Joachim Watzke, vice-president of the German Football Association, told German sports magazine Kicker: "Many in European football see FIFA's plans as an absolute attack on football. I share this view. A line has been crossed here.

"If European football stands united against these plans, that carries a great deal of weight."

Concacaf, the confederation of North, Central America and the Caribbean, accused FIFA of a lack of consultation regarding the proposals.

“Concacaf was only made aware of this matter through media reports and, subsequently, via a media release,” a statement read. “We are deeply concerned by the lack of due process.”

The president of the French football federation, Philippe Diallo, expressed similar “very serious” concerns regarding the lack of consultation, saying the FFF wishes to “play its full part” in any upcoming discussions.

The Asian Football Confederation similarly said it was “disappointed that a matter of such significance entered the public domain before the AFC family had been afforded the opportunity to examine and discuss it through the appropriate and established governance channels.”



Kushner is close to FIFA's plans, and is also bidding for the Las Vegas NBA franchise with Bob Iger. Jamie McCarthy / Getty Images

La Liga boss Javier Tebas, a frequent critic of Infantino, argued the plans represented an "electoral campaign" ahead of the FIFA president standing for re-election in March. "He is the problem," Tebas added.

A spokesperson for the English FA, which is a FIFA member association, said: "We were completely unaware of this proposal and have no substantive details, including what the proposition actually is, and what conditions are attached. Based on the limited information, we are deeply concerned about the lack of process and governance to get to this point, and the apparent substance and principles involved."

"The World Cup is not a product," UK Prime Minister Andy Burnham, a keen football fan, posted on X. "It is the greatest competition in world sport, and it was never anyone's to sell. Dress the deal up however you like. Once you have sold a piece of it, you have sold out.

"Football belongs to the fans. It always has, and it always will."

**Joseph S Blatter**
@SeppBlatter · Follow

The close relationship between the FIFA President and the US President has reached a financial dimension that is deeply damaging football. No one has the right to sell our game. #GianniInfantino #DonaldTrump #FIFA #UEFA #USA #Sellout

1:56 PM · Jul 28, 2026

49.2K Reply Copy link

Read 1.1K replies

U.S. Congressman Jamie Raskin (D-Md.), who has requested Infantino appear before the House Judiciary Committee over FIFA's ties to the Trump administration, said: "Soccer fans were already priced out of the World Cup by FIFA's corrupt price gouging before—more oligarch corruption just means more corporate tarnishing of the beautiful game."

Many will agree with those sentiments but there will be just as many, perhaps more, who will point out that what FIFA is proposing is no different to the commercial entities that the likes of the French and Spanish leagues have created and sold stakes in to private-equity funds. The German and Italian leagues have been debating the same move for several years, too, and it is a strategy several other sports governing bodies and leagues have tried, most notably in Formula One and with golf's PGA Tour.

Infantino defended the idea on Wednesday in an interview with FIFA, the organisation he leads. In a five-minute video he said it was a "democratic process" and "strengthening the commercial side of the game is the natural next step in (FIFA's) evolution".

"FIFA obviously continues to govern football without any external interference," he added. "And the flagship tournament it organises, like the FIFA World Cup or the FIFA Women's World Cup, will always remain."

## Does FIFA need the money?

Even without external help, FIFA is making record sums of money. The four-year cycle that finished with this summer's expanded World Cup, and included last summer's 32-team Club World Cup, is expected to bring in $15bn (£11.3bn), beating the $13bn (£9.8bn) target and doubling the amount earned between 2019 and 2022.

It is a racing certainty that those sums will only go up if control of FIFA's portfolio of competitions is passed to an entity solely focused on monetising them, with a 64-team World Cup a very likely development, as well as an enlarged or more frequent (or both) Club World Cup, with similar moves on the women's side, too.

WHAT YOU SHOULD READ NEXT




Gianni Infantino's post-World Cup 'spreading hate' essay: A fact-check

Breaking down claims made by FIFA president Gianni Infantino as he addressed perceived criticism of the World Cup in an 887-word statement

Talk of such large sums of money has inevitably led some to speculate who will run FFE, with The Times of London claiming it will be Infantino himself and he will earn a similar salary to NFL Commissioner Roger Goodell, who was paid $64m (£48m) in

2021, the last year his earnings were disclosed. That would be a tenfold pay rise for the Swiss-Italian football administrator.

When asked if this was accurate, a FIFA spokesperson told *The Athletic*: “This has never been discussed. However, the FIFA president and administration will and must have leading roles in this entity — if approved — to always be in control of any FIFA subsidiary in accordance with the statutes and regulations for the benefit of FIFA member associations.”

## Who is Joshua Kushner?

Kushner, 41, is an American businessman and venture capitalist.

If you recognise the surname, it might well be because his brother Jared — husband of Trump’s daughter Ivanka — was the key contact in the White House for the 2026 World Cup bid and *The Athletic* reported he was crucial in securing the final for MetLife Stadium in New Jersey.

Joshua Kushner, however, is involved in sports in his own right — and has shown interest, alongside former Disney CEO Bob Iger, in the proposed Las Vegas NBA franchise. He is the founder of Thrive Capital, a venture capital firm initially backed by

PayPal cofounder Peter Thiel, who also has invested in the controversial Enhanced Games.

The New York Times reported he is close to his brother, but unlike Jared, is less public with his political affiliations, though he was heard in 2018 saying "we survived Donald Trump" when listing the year's challenges.

**Matt Slater** Based in North West England, Matt Slater is a senior sports news reporter for The Athletic UK. Before that, he spent 16 years with the BBC and then three years as chief sports reporter for the UK/Ireland's main news agency, PA.

Tagged To: WC26

## YOUR NEXT READ

## TOP LEAGUE CONTENT

# EXHIBIT 85

The New York Times | https://www.nytimes.com/2018/04/09/sports/soccer/fifa-club-world-cup.html

# *Mystery Consortium Is Said to Offer FIFA $25 Billion for Control of 2 Tournaments*

**By Tariq Panja**

April 9, 2018

The sheer size of the number stunned the room.

FIFA President Gianni Infantino told his top board last month that a fund of investors from the Middle East and Asia wanted to pay about $25 billion to buy an expanded version of FIFA's Club World Cup as well as the rights to a proposed global league for national teams.

According to several people with direct knowledge of the meeting, held in Bogotá, Colombia, last month, details of the offer were scant. Infantino did not reveal the identity of the investors to the assembled FIFA Council, though he said the group wanted a speedy decision on its offer.

Such an agreement would be unprecedented. FIFA has never sold control of its events to the highest bidder, and never to an investment fund.

The council rejected Infantino's request to push forward with the proposal, saying it needed more information. But the fact that Infantino would even entertain such a proposal illustrates global soccer's current state of flux. The sport's top clubs, its leading figureheads and deep-pocketed investors are dueling with one another to try to unearth new ways to capitalize on the world's most popular sport.

Selling the competitions to a third party would also represent a major shift in FIFA's business model, which relies on the sales of tickets, sponsorships and media rights for revenue. Under the proposal delivered to Infantino, the consortium would even decide where the new competitions are held.

The proposal could help Infantino, who was elected as president in 2016, on his quest to increase revenues and restore profits at FIFA, which were hurt by a major corruption scandal in 2015. He also wants to make good on a promise of a fourfold increase in development funds to FIFA's 211 member nations. He faces re-election next year.

But many members at the Bogotá meeting were frustrated by Infantino's lack of candor as they met at the cavernous Ágora Convention Center, according to the people, who spoke on the condition of anonymity because of the confidential nature of the meeting. Infantino said he had committed to a nondisclosure agreement, but he wanted the council's permission to push ahead to complete an agreement with the mystery group.

FIFA declined to comment Monday.

Few details are known about the potential deal, which would be for as many as three editions of the tournaments. But, according to the people with knowledge of the meeting, Infantino received a proposal earlier this year to bring the club tournament to China and Saudi Arabia, two nations that are committed to expanding their leisure and entertainment sectors.

At the FIFA Council meeting, members received a briefing on a proposal for an expanded Club World Cup, which is currently contested annually by the seven clubs who win their regional tournament. The briefing outlined plans for a quadrennial club tournament similar to the FIFA World Cup that would feature a minimum of 12 teams from Europe, home to sport's richest and most-popular clubs.

President Gianni Infantino pushed a $25 billion offer from a confidential consortium for the rights to two international tournaments, including a revamped Club World Cup. Jaime Saldarriaga/Reuters

The document, however, gave no hint of the $25 billion investors offered. Infantino delivered that information verbally.

European representatives were resistant because the competition could compete with the UEFA Champions League, the wildly popular club championship for Europe. A group of African council members also withheld support because it was frustrated that FIFA had not been more supportive of Morocco's 2026 World Cup bid.

At a news conference after the meeting, Infantino, without referencing his talks with the consortium, said discussions about the future of FIFA's club competitions would continue, and would be addressed at the next council meeting, in Moscow in June. The current Club World Cup is worth less than $100 million.

Europe's clubs and leagues complained to FIFA and to UEFA ahead of the March meeting about what they perceived as a lack of transparency and consultation over plans that would directly affect their operations. Sensing moves were afoot to

formalize a new competition without their approval, groups representing clubs and leagues sent letters to Infantino and to Aleksander Ceferin, the president of UEFA, who also has called for more discussions to take place.

“To be presented with FIFA’s ‘solution’ as a fait accompli and claim this to be consultation defies all definitions of best practice and good governance,” Richard Scudamore, the executive chairman of England’s Premier League, wrote to Infantino on March 9 after learning the FIFA Council might vote on expanding its club tournament. Scudamore was writing in his capacity as chairman of the World Leagues Forum, a consortium representing top leagues from four continents.

The European Club Association, a group representing more than 200 of the continent’s biggest clubs, rejected any plans to create a new club competition at its annual meeting in Rome last month. The E.C.A.’s president, Andrea Agnelli, who is also chairman of the Italian club Juventus, said the clubs wanted fewer games, in order to protect player health. He said no new tournaments could be created before 2024. Infantino wants to launch the new club event in 2021.

“When we think about the calendar going forward we must also take into consideration weeks when players can actually rest and or train,” Agnelli said last month.

FIFA has long coveted a worldwide club competition that would be as popular as the Champions League, which generates billions of dollars annually. UEFA will collect $15 billion during the current four-year cycle. FIFA will rely on the quadrennial World Cup for almost all of the roughly $5.5 billion it will collect during the same time period.

The national-team competition would include preliminary round, regional play and a final tournament featuring a handful of top teams.

Traditionally, sports organizations like FIFA and UEFA have been able to decide which tournaments and leagues players can participate in, though a European Union ruling against the International Skating Union late last year has led to concerns that the status quo could be upended by a rival with determination and

deep pockets. The E.U. said the skating body's prohibition against skaters taking part in a new unsanctioned event was an "extreme" restriction that served to protect its own commercial interests.

Some of Europe's top clubs have previously threatened to create their own competitions, though that has long been seen as a negotiating tactic to ensure they retain the largest share of Champions League revenues.

---

A version of this article appears in print on , Section B, Page 10 of the New York edition with the headline: Mystery Group Said to Offer $25 Billion in Unusual Bid for FIFA Events

# EXHIBIT 86

# Fifa set to meet over $25bn offer to launch two tournaments

23 April 2018




Gianni Infantino was elected president of Fifa in February 2016

**Richard Conway**
BBC Radio 5 live sports news correspondent

**Fifa is planning to hold a special meeting next month at which two lucrative tournaments could be given the go-ahead.**

Football's world governing body is said to have held "promising" consultations in recent weeks with regional confederations, individual football associations and leading clubs over the creation of a revamped Club World Cup and a new 'Nations League'.

The tournaments would generate $25bn (£17.9bn) in revenue.

A source close to the organisation told BBC Sport that if the governing body believes there is an appetite for the competitions, it will invite its ruling council members to an extraordinary session which will likely be held at its headquarters in Zurich and is tentatively scheduled for mid-May.

Europe's elite clubs have recently called for fewer matches, mandatory rest periods for players, and the alignment of confederation tournaments but Fifa officials are confident their proposals meet those demands and have held "positive" talks with top sides in recent days.

"Not everyone will agree with this but we want to give an opportunity to discuss the offer that has been made," said the source.

"The discussions so far have been promising. This is not about selling football. We have serious investors and the secure finances would be shared with everyone involved in the game."

## 48-team World Cup on horizon?

**Top stories**

LIVE La Liga: Espanyol hit back after Bellingham's Real Madrid opener
6.7k viewing

Spurs make nightmare start as Brentford hit three in easy win

Man Utd 'didn't look ready' - but hurting Carrick remains calm
1 hour ago

**Elsewhere on the BBC**



Puzzle lovers: Ludwig has brand-new conundrums to solve




Expansion is 21st Century move - Infantino

Attendees at Fifa's annual congress, which is being staged in Moscow this year on the eve of the World Cup, will be asked whether or not to approve a feasibility study to examine if the 2022 edition should be **expanded to 48 teams.**

The World Cup is already due to expand to 48 teams from the 2026 tournament, after **Fifa approved an expansion from 32 last year.**

Qatar won the right to host the 2022 event but has been mired in controversy and allegations of corruption ever since.

If approved, the study will examine if it is possible for Qatar to successfully host an additional 16 teams given the extra games and logistical challenges such a move would inevitably create.

The study would also seek to find answers to whether it could become a regional event with Qatar's neighbouring countries invited to stage some of the games.

Qatar has always insisted that it did nothing wrong when bidding for the tournament and, when the idea of 48 teams was first raised earlier this month by South American football associations, organisers said in a statement "we are confident in our ability to deliver a successful World Cup in 2022".

## Why does Fifa want to create new tournaments?




The World Cup's weirdest format changes

Fifa's leadership is not keen on two of its existing tournaments. It wants to reform and expand the Club World Cup, scrap the Confederations Cup - used as a warm-up by the World Cup hosts in the year before the tournament - and introduce a 'Nations League'.

In documents sent to confederation leaders, which have been seen by BBC Sport, Fifa says it wants to "[deepen] the relationship between fans and the game on a worldwide basis. This is clearly not happening with the existing Fifa Club World Cup and Fifa Confederations Cup."

## How would the Club World Cup be revamped?

The Club World Cup is held each December featuring seven teams. Fifa wants to expand the competition to 24 clubs and move it to June. It would be played every four years.




**Piece together the creation of the duck cake from Bluey**




**Florence Pugh stars in the 2016 dramatic tragedy**




**Can Andy Burnham end rough sleeping?**

**Elsewhere in Sport**



**Fab Four and Fleming on the phone - England's first-Test takeaways**



**Swaggering Arsenal want title attack, not defence**




**Sutton's opening weekend predictions v Courteeners frontman Liam Fray**



**How new-look Spurs are shaping up under De Zerbi**

- 24 teams from around the world would be split into eight groups of three.
- The winners would then progress to a knockout format. It would see the finalists play a maximum of five matches.

## How would the money be split?

There are four editions under consideration (2021, 2025, 2029, 2033). Each comes with a minimum financial guarantee of $3bn (£2.15bn).

## Where would it be played?

That is still to be decided.

But Fifa wants what it calls the "host market" to have a "strong appetite for football". In addition, there must be strong commercial potential, growth potential for clubs, Fifa and "football generally". Infrastructure will also be key and Fifa has not ruled out that the hosts will have to pay a fee.

## What are the plans for the Nations League?

European governing body Uefa and Concacaf (the confederation for North America, Central America and the Caribbean) already have plans in place to host their own Nations League.

Fifa wants to build on this and says it wants to create more opportunities for national teams to play meaningful games within the existing international match calendar.

It describes the format as operating "at confederation level, with different levels/divisions divided into groups of four teams, ensuring six games for each national team. The best teams would then qualify for a "Final 8" tournament (essentially up to three games) in the following year".

If approved, there would be a minimum financial guarantee of $1bn (£700m) for the rights of the first edition in 2020-21.

This would rise to $4bn (£2.87bn) for three further editions between that date and 2033.

## Where is the money coming from? And how would Fifa benefit?

Fifa's president Gianni Infantino told the organisation's ruling council members during a meeting in Colombia last month that investors from Asia, Europe and North America were promising $25bn in revenues if they could be involved with the creation of the new tournaments.

BBC Sport has been told there are no Chinese investors nor any direct links to business interests in Saudi Arabia.

A new company would be created between Fifa and the investors. Fifa would have a majority share with a 51% stake and, sources insist, would retain overall control on important decisions, including those of a sporting nature. It would also have the right to appoint half of the board members.

In documents seen by BBC Sport, Infantino has described the investors as "among the world's most solid". Their identity remains unknown due to a non-disclosure agreement signed between the relevant parties.

The investors have made, it is claimed, minimum guarantees which would amount to $25bn in revenue over a 12-year period (2021-2033).

The Nations League would account for $13bn (£9.3bn) of the total with the Club World Cup generating $12bn (£8.6bn).

The new company would make its money by commercialising the rights to the tournament.

Fifa is also promising not to financially benefit itself from the tournaments - it would instead redistribute all of what it makes, after costs, to football associations and the regional confederations. Some of the money from the Club World Cup would also be shared with national leagues, non-participating clubs and would also support costs for youth and women's tournaments.

## What else is being promised?

The consortium of investors is also promising $1bn (£700m) to develop Fifa's digital platform.

Internal documents detail plans to "distribute and commercialise" digital content and form part of Fifa's overall plan to enhance its digital offering to fans.




**Arsenal start title defence with comfortable win over Coventry**



**'Shambolic' - Stokes and Root question Ashes venues**



**Strained smiles and uncertainty - the strange end of LIV Golf 1.0**



**'Borderline Personality Disorder is my superpower'**



**Five things in EFL: Fallen giants and ambitious upstarts**



**Closer to retiring than changing teams - why Verstappen stayed at Red Bull**



**Premier League predictions 2026-27: BBC Sport pundits pick their top four**



## What happens now?

Regional confederation leaders are due to meet Fifa in Zurich this week. It's understood there are also talks ongoing with other football stakeholders as Fifa looks to build support. These discussions are said to have been "promising" so far and a meeting of Fifa's council could be held next month which would look to give approval to the plans, refine the formats of the tournaments (in particular the Nations League) and outline a shared overall strategy.

Fifa would then be able to finalise a deal with the investors but says the finer points would still need to be ironed out.

## This will have powerful opponents though?

The European Club Association (ECA), which represents most of the top sides on the continent, expressed concern recently over the fixture calendar. It wants fewer games, players to have more rest and greater consideration and alignment over regional tournaments.

"It is not about adding competition in this moment," ECA president Andrea Agnelli said in March. "To us the priorities are addressing the calendar post-2024."

Meetings with ECA member clubs have been held since then - agreement from them will be vital. Talks are said to have been "positive".

Fifa is looking to answer the questions raised by pointing, for example, to a reduction of playing days for the Club World Cup and working with the confederations on the Nations League plan.

The number of fixtures and time at tournaments is also something they feel has been considered. Under the new format for the Club World Cup, 31 games would be played over a total of 18 days. Fifa ultimately feels the proposals are for the benefit of the game as a whole - the job now is convince those whom it will impact within the sport.

### More on this story

**2026 World Cup bid 'fair' - Infantino**

26 March 2018

**How are World Cup favourites shaping up?**

28 March 2018

### Related internet links

**Match of the Day Facebook**

**Match of the Day Twitter**

**Fifa**

The BBC is not responsible for the content of external sites.

### Shorts












**Which supplements do athletes**



**Weekly sports quiz: Golds, photobombs and Community Shield**



**How will your club fare? Phil McNulty's Premier League predictions**



**Antonelli - the boy 'born in a garage' who started driving on dad's lap**



**Even the Queen could not watch - 10 years since Olympic hockey gold**

# EXHIBIT 87

Exclusive news, data and analytics for financial market professionals LSEG

Reuters World Business Markets Sustainability Legal Commentary Technology Investigations More My News Sign In Subscribe - $1/wk

# SoftBank among investors for $25 billion FIFA plan: report

By Reuters

April 12, 2018 4:57 AM EDT · Updated April 12, 2018




[1/2] FILE PHOTO: The logo of FIFA is seen in front of its headquarters in Zurich, Switzerland September 26, 2017. REUTERS/Arnd Wiegmann/File Photo Purchase Licensing Rights

(Reuters) - Japanese conglomerate SoftBank Group is part of a consortium of investors that are planning a $25 billion move to create international tournaments for soccer's governing body FIFA, the Financial Times has reported.

The report said the group, which includes investors from the United States, Saudi Arabia and China, were discussing proposals to expand the Club World Cup along with the creation of a new league competition for national teams.

Advertisement · Scroll to continue

The Club World Cup is an annual competition that sees seven clubs, usually winners of their continental tournaments, compete in a knock-out event. Spain's Real Madrid have won three of the last four editions.

The report said FIFA would have a 51 percent stake in the venture.

SoftBank declined to comment on the report.

The New York Times reported this week that FIFA President Gianni Infantino told his top board last month that a fund of investors from the Middle East and Asia wanted to pay about $25 billion to buy an expanded version of the Club World Cup as well as the rights to a proposed global league for national teams.

Reporting by Aditi Prakash in Bengaluru; Editing by Peter Rutherford

Our Standards: The Thomson Reuters Trust Principles.

Feedback

# EXHIBIT 88

# FIFA not transparent on 'surprise' competitions revamp - UEFA president

Gabriele Marcotti
May 25, 2018, 11:44 AM ET

Share

KIEV, Ukraine -- UEFA president Aleksander Ceferin says FIFA would have created problems of "transparency" and "good governance" by accepting a $25 billion offer from a yet-to-be-identified consortium of investors to organise two new tournaments -- a revamped 24-team Club World Cup and a Global Nations League.

FIFA president Gianni Infantino had championed the proposal at the FIFA Council meeting in Bogota, Colombia, in March, but said he was not at liberty to disclose who was behind it, nor did he reveal details of what it entailed. FIFA, he said, had been given 60 days to provide an answer.

"You can't even call it a proposal; it was one sentence in Bogota," Ceferin said, speaking exclusively to ESPN. "I must say we were all surprised, if not shocked. We were told there's a proposal, I can't tell you from who, I can't tell you exactly what, but it's a lot of money.

"I don't want to say that we don't want or we don't need to revamp the Club World Cup," he added. "I don't want to enter into discussions over whether we need a Global Nations League in this moment. The problem we had with this proposal -- and by we I mean European clubs, European leagues and UEFA, plus our colleagues from other confederations -- is that we were all elected because we made promises of good governance, promises of transparency... Do you think it's transparent if I say that I have an offer of $25bn but I can't tell you who is offering it and I can't tell you exactly anything about the deal but please decide because it's a lot money?"

Multiple media reports have identified the consortium as being led by Japan's SoftBank, with considerable backing from Arab and American investors. According to the New York Times, the proposal would have seen the creation of a joint venture -- with 51 percent owned by FIFA -- to organise and commercialise the two new tournaments for a period of 12 years.



FIFA president Gianni Infantino, left, and UEFA president Aleksander Ceferin, right, at a FIFA Congress in Bahrain in 2017. Getty

Ceferin said he and other FIFA officials were left in the dark on much of the proposal, to the point that he had to get his information through the media.

"Which is a bit strange since [as] you mention, I'm a vice-president of FIFA," he said.

The UEFA president said he was also concerned that Infantino met representatives of some of the world's top clubs at a private meeting in Zurich.

"It's one more problem," he said. "I don't think the world or European or Asian or African governing body can choose who participates in the competition. I don't think a governing body can speak only to the rich ones. How does it impact competitive balance? How can you say that some of the clubs are so important that you speak only to them?"

Ceferin rebuffed suggestions that fears the deal would hurt Champions League revenues motivated his reluctance to embrace the offer.

"It's wrong; it wouldn't have any impact," he said. "We want clear procedures, we want transparent procedures and, for me personally, I don't think we are allowed to sell our competition."

On Thursday, FIFA decided to shelve discussion on the proposal until after the World Cup. Asked directly why he believed Infantino tried to push through a decision with so little consultation and information, Ceferin would not be drawn.

"I don't want to enter into discussions of why it happened, but for me it was a surprise," he said. "We all want to do new things; we all want to shape the future of football, but to expect us to decide without knowing anything about a thing like that is at least naive."

## New season, same Liverpool: More work ahead to be Premier League contender again

Club World Cup offer left UEFA chief 'shocked'
8y - Gabriele Marcotti

New coach, same Reds: Iraola has work cut out for him as Liverpool struggle in opener
6h - Beth Lindop

Premier League VAR review: Did Liverpool deserve to be bailed out by penalty?
6h - Andy Davies

Szoboszlai scores pen, Liverpool-Newcastle draw
7h - ESPN News Services

Two late goals save Man City blushes in PL opener
10h - ESPN

USMNT's Pepi, Dest score in PSV's 5-1 rout
10h - ESPN

Raphinha stars as Barcelona thump Elche 5-0
3h - PA

González joins Al Qadsiah after Gotham FC exit
2h - Jeff Kassouf

Kane wins Germany award after 61-goal season
12h - Associated Press

Mourinho: Opponents, fans are 'bullying' Vini Jr.
1d - Alex Kirkland

Messi scores but Miami slumps to 4th loss in 5
23h - ESPN

New season, same streak: Viral Man United fan's haircut challenge continues
1d - ESPN

With Guéhi in midfield, Maresca makes transfer needs clear in Man City win
10h - Rob Dawson

Too soon to panic? Man United see problems exposed in Hull City defeat
1d - Rob Dawson

New season, new haircut: Erling Haaland ditches iconic long hair for new season
10h - ESPN

Transfer rumors, news: Nottingham Forest bid £70M for Igor Thiago
12h - ESPN

Men's transfer grades: Arsenal get a B for Konsa
2d - Sam Tighe

Breaking down 10 years of FC 100: Top countries, trends, all-time starting XI
3d - Nicholas Som

2026 FC 100: Kane, Yamal, Messi among best men's soccer players
6d - ESPN

UEFA boss Čeferin rules out FIFA presidency bid
2h - PA

Barça to again discuss new No. 9 after Elche win
2h - Sam Marsden

González joins Al Qadsiah after Gotham FC exit
2h - Jeff Kassouf

Raphinha, López both score brace as Barça kickstart campaign
2h - ESPN News Services

Raphinha stars as Barcelona thump Elche 5-0
3h - PA

Amorim wins first Serie A game with Milan 2-1 at Torino
3h - PA

# EXHIBIT 89

UEFA plans walkout over FIFA's plans - sources
8y - Gabriele Marcotti

New coach, same Reds: Iraola has work cut out for him as Liverpool struggle in opener
6h - Beth Lindop

Premier League VAR review: Did Liverpool deserve to be bailed out by penalty?
6h - Andy Davies

Szoboszlai scores pen, Liverpool-Newcastle draw
7h - ESPN News Services

Two late goals save Man City blushes in PL opener
10h - ESPN

USMNT's Pepi, Dest score in PSV's 5-1 rout
10h - ESPN

Raphinha stars as Barcelona thump Elche 5-0
3h - PA

González joins Al Qadsiah after Gotham FC exit
2h - Jeff Kassouf

Kane wins Germany award after 61-goal season
12h - Associated Press

Mourinho: Opponents, fans are 'bullying' Vini Jr.
1d - Alex Kirkland

Messi scores but Miami slumps to 4th loss in 5
23h - ESPN

New season, same streak: Viral Man United fan's haircut challenge continues
1d - ESPN

With Guéhi in midfield, Maresca makes transfer needs clear in Man City win
10h - Rob Dawson

Too soon to panic? Man United see problems exposed in Hull City defeat
1d - Rob Dawson

New season, new haircut: Erling Haaland ditches iconic long hair for new season
10h - ESPN

Transfer rumors, news: Nottingham Forest bid £70M for Igor Thiago
12h - ESPN

Men's transfer grades: Arsenal get a B for Konsa
2d - Sam Tighe

Breaking down 10 years of FC 100: Top countries, trends, all-time starting XI
3d - Nicholas Sorn

2026 FC 100: Kane, Yamal, Messi among best men's soccer players
6d - ESPN

UEFA boss Čeferin rules out FIFA presidency bid
2h - PA

Barça to again discuss new No. 9 after Elche win
2h - Sam Marsden

González joins Al Qadsiah after Gotham FC exit
2h - Jeff Kassouf

Raphinha, López both score brace as Barça kickstart campaign
2h - ESPN News Services

Raphinha stars as Barcelona thump Elche 5-0
3h - PA

Amorim wins first Serie A game with Milan 2-1 at Torino
3h - PA

# UEFA to walk out if FIFA forces vote on Club World Cup revamp - sources




FIFA president Gianni Infantino's proposal has met with resistance. Alexander Hassenstein - FIFA/FIFA via Getty Images

Gabriele Marcotti
Oct 25, 2018, 04:56 PM ET

Share

UEFA's nine representatives on the FIFA Council will walk out of Friday's meeting and boycott proceedings if FIFA president Gianni Infantino forces a vote on his proposal to organize a fully fledged summer Club World Cup and a new Nations League-style tournament, sources told ESPN.

Last-ditch attempts at mediation were unsuccessful Thursday night, when Infantino met with the presidents of FIFA's six continental confederations ahead of the meeting in Kigali, Rwanda, according to sources familiar with the situation.

FIFA'S FUTURE

Why the FIFA Council could change football forever
The FIFA Council meeting will discuss revamping the Club World Cup, but beneath the surface is a battle between FIFA and UEFA that could turn ugly.

European confederation UEFA is unhappy with the plans and feels there has not been enough consultation among stakeholders and that the project's financial backers have not been identified. FIFA say the backers, who are known to Infantino, included a nondisclosure agreement as part of the deal, worth a guaranteed $25 billion over 12 years, to organize both tournaments. Multiple news organizations have identified the backers as a consortium of Chinese, American and Saudi investors, operating via Japan's SoftBank. Neither FIFA nor SoftBank has denied this.

Infantino told The Associated Press and New York Times that "we have to think out of the box to think about new models to preserve football and the relevance of football and the structure of football."

UEFA is also annoyed at the news that the financial backers have said they will withdraw their offer if the proposal is not voted on Friday, seeing it as an attempt to strong-arm council members into supporting the proposal.

"Maybe [there is] some misunderstanding," Infantino said. "I don't know what the reasons are and I'm still confident that we will find the right kind of solution."

Infantino's plan is to replace the FIFA Confederations Cup -- played between national teams the year before the World Cup -- with a full-blown, 24-team Club World Cup to be held every four years starting in 2021. Along with this, Infantino has proposed a sort of "mini World Cup" every two years of eight national teams who would presumably qualify via different confederations.

The European Clubs Association (ECA) -- which represents the interests of major European clubs -- opposes the proposal, according to sources. And the World Leagues Forum -- a body representing leagues from around the world -- wrote to Infantino stating they were "firmly opposed to any decision at this stage" in a letter signed by Premier League chief executive Richard Scudamore, Bundesliga CEO Christian Seifert and Mexican Liga MX executive president Enrique Bonilla.

Sources say UEFA is working on an alternative proposal for a summer club competition in conjunction with Relevent Sports, which organizes the International Champions Cup competition in North America, Asia and Australia.

The prospect of an acrimonious split among football's top governing bodies that would have far-reaching implications for the sport appears very real.

# EXHIBIT 90

Fifa ● This article is more than 7 years old

# Fifa puts Club World Cup revamp on hold after European resistance

- Gianni Infantino wants annual expanded tournament in June
- Task force to be appointed to examine potential implications

David Conn
Fri 26 Oct 2018 09.21 EDT

Prefer the Guardian on Google



Gianni Infantino's controversial plans have angered leading European clubs and Uefa, who feel the tournament is a direct threat to the Champions League. Photograph: Cyril Ndegeya/AFP/Getty Images

The plans of Fifa's president, Gianni Infantino, to launch a lucrative new Club World Cup and Nations League have been delayed by intense European opposition, and a "task force" will be appointed to examine the implications for football globally.

Following reports that the Uefa president, Aleksander Ceferin, was threatening to lead a walkout of the Fifa council meeting in Kigali, Rwanda, on Friday if the proposals were voted through, overnight discussions resulted in agreement to appoint a task force and consult more widely on the implications.

Infantino had presented to the council the same proposals he had to shelve in May, for new formats of the tournaments, with the current Club World Cup replaced by a competition featuring more top European clubs. He said the plans were backed by investors prepared to pay $25bn for four of the tournaments to take place every four years from 2021, but has never identified the backers, citing a confidentiality agreement. Following widespread reports that the Japanese telecoms giant Softbank is the prime investor, backed by Saudi Arabia, which has invested in Softbank's "Vision" fund, Fifa has denied that any state funds, from Saudi Arabia or elsewhere, are involved.

Fifa stated in notes for the council that it "would not enter into a joint venture for this purpose whether directly or indirectly, with sovereign wealth funds of individual states".

Uefa fiercely objected to the proposals again, sharpened by Infantino's suggestion this time that a Club World Cup could be held every season. The European Club Association also remains strongly opposed, arguing that Infantino failed to consult properly on major changes to the football calendar which is fixed until 2024, and warning of an "institutional crisis" in a letter for Ceferin to take into the meeting.

The World Leagues Forum, which includes the Premier League, had also strongly objected, complaining in a letter to Infantino that Fifa was proposing to impose new demands on the football calendar with "urgency and recklessness".

Individual clubs had expressed support for revamping the Club World Cup, an annual Fifa tournament between continental champions which has held limited appeal. Infantino argues that Fifa should create a more attractive tournament, recommending a 24-team competition over two and a half weeks in mid-June. Fifa's proposals include paying some of the income in "solidarity" to national football associations, from the $12bn promised for the Club World Cup over 12 years, and $13bn for a new Nations League.

After the plans were presented to top Premier League and European clubs in April and May, promising more than £100m to each participating club, Real Madrid and Barcelona publicly expressed support and other clubs were positively interested. However, the ECA letter opposing the plans was signed by all 15 board members, who include the officials from the two Spanish clubs, Manchester United, Arsenal, Juventus and Bayern Munich. Concerns, acknowledged by Fifa, remain over the impact these new fortunes will have on competitive balance.

The task force will be directed by Fifa's bureau, made up of the six continental confederation presidents and Infantino, and will deliver its proposals at the next Fifa Council meeting in Miami on 14 March.

The Fifa council is also heading for a row with La Liga after publicly stating its opposition to proposals announced by the Spanish top flight in August to play an annual league match in the US.

That strategy, to expand La Liga's global support and try to close the financial gap with the Premier League, is intended to begin with a match on 26 January between Barcelona and Girona in Miami Gardens. The game needs permissions from the Spain and USA national football associations, and both continental confederations, Uefa and Concacaf. Fifa's approval is not formally required, but Infantino said the world governing body was opposed to one country's league matches being played elsewhere.

In a statement after the meeting, Fifa said: "The council emphasised the sporting principle that official league matches must be played within the territory of the respective member association."

However, La Liga responded by saying in a statement: "Should we receive official notification from Fifa that they prohibit the match, we will take the case to the Court of Arbitration for Sport (Cas) with urgency."

The Fifa council also agreed to significantly increase the payments to the 24 participating countries in the Women's World Cup next year, following complaints from players' unions at the huge disparity with the money in men's football. Prize money will be doubled to $30m.

The Fiver: sign up and get our daily football email.

Enter your email address

Sign up

We operate Google reCAPTCHA to protect our website and the Google Privacy Policy and Terms of Service apply.

**Most viewed**

- Man leaves young son on Mount Fuji before ascending Japan's highest peak
- It's a miracle: Natalie Harp has turned Republicans into feminists — Arwa Mahdawi
- 40,000 bottles of eye drops across the US recalled over issues with sterility of product
- 'They're thinking about the likes': deadly TikTok motorway trend horrifies Ireland
- Nebraska school district asks police to stop using shock gloves on students

# EXHIBIT 91

Friday 15 March 2019, 17:38

FIFA Council

# FIFA Council votes for the introduction of a revamped FIFA Club World Cup

English - Other languages (3)

- **Pilot edition of the 24-team tournament to be organised in June/July 2021**
- **Overhauled competition to occupy the international match calendar slot that corresponded to the FIFA Confederations Cup**

The FIFA Council approved the establishment of a new landmark club competition: a revamped, 24-team FIFA Club World Cup, the pilot edition of which will be held in June and July 2021. The decision was taken today, during the ninth meeting of FIFA's strategic and decision-making body, in Miami. There were 25 votes in favour of and seven against the proposal.

The revamped FIFA Club World Cup will be played during the international match calendar slot that corresponded to the FIFA Confederations Cup. In the 2021 pilot edition, the 24 teams will be split into eight groups of three teams each, with the group winners to qualify for the quarter-finals in a knockout format.

Further details – such as the proposed match schedule and the slot allocation for representatives of each confederation – will be discussed further and decided at a later stage.

The decision to overhaul the FIFA Club World Cup comes after a thorough consultation process that started in 2016 and involved the FIFA Council, the Football Stakeholders Committee, the Organising Committee for FIFA Competitions, the member associations at the Executive Football Summits, as well as bilateral discussions with professional football stakeholders.

The consultation process culminated in the work of a dedicated task force formed by FIFA and the six confederations. The task force held four meetings between November 2018 and February 2019 and, prior to the FIFA Council meeting in Miami, provided the members of FIFA's decision-making body with a detailed report on the technical and sporting elements linked to the organisation of a revamped FIFA Club World Cup. The subject was also at the centre of constructive dialogue between FIFA and UEFA, which will continue over the course of the upcoming months.

The task force was also asked to look into the various possibilities surrounding the introduction of a worldwide Nations League. In this regard, the task force's assessment is that there is still more work to be done before it can come to any conclusions and potentially make concrete proposals.

Therefore, the FIFA Council agreed to extend the mandate of the FIFA Task Force for Future Competitions to continue exploring the idea of a worldwide Nations League, with no specific time frame having been set at this stage.

## Related Documents

PDF
**FIFA Activity Report 2018**

PDF
**FIFA Governance Report 2018**

PDF
**FIFA Financial Report 2018**

**Related Topics**

Organisation | Organisation | FIFA Council

# EXHIBIT 92

# Statement on behalf of UEFA and its 55 national associations

Thursday, July 30, 2026

Media Releases

UEFA and its national associations will not participate in FIFA competitions.

UEFA and its 55 member associations stand as one. We unanimously and unequivocally reject FIFA's proposal to transfer ownership interests in the World Cup and other FIFA competitions to private investors.

The World Cup cannot be treated as an investment product. It is one of football's greatest sporting legacies. It has been built over generations by players, national teams and supporters across every continent. No part of it should ever be surrendered to private investors. The World Cup is not for sale.

It is both irresponsible and indefensible that a proposal of such significance for football was conceived in secret and brought to the brink of approval without any meaningful consultation with those entrusted with stewarding the game. This is not merely a profound failure of leadership, but an abdication of FIFA's duty as the custodian of world football.

National associations around the world are now presented with an ultimatum: accept the irreversible capture of football's greatest competitions or bear the consequences. This is not a "democratic decision", but governance by intimidation – an act of coercion unworthy of an institution entrusted with the stewardship of the global game.

But our opposition goes far beyond process.

The moment external investors acquire ownership interests in FIFA competitions, football changes forever. Commercial return becomes a permanent obligation. Investor expectations become a daily pressure. From that moment onwards, every decision on the international calendar, every decision on competition formats and every decision shaping the future of football is no longer driven by what best serves the game, but by what best serves shareholders.

This model has no place in world football. Football's future cannot be dictated by the expectations of those whose first duty is to maximise financial return. Nor can the interests of national associations, leagues, clubs, players and supporters become subordinate to investor returns. Football cannot mortgage its future for financial gain.

Europe's position is clear. We will never lend this model our legitimacy. No one has the moral authority to sell what they merely hold in trust for the next generation.

As a result of today's discussion, no UEFA national teams will participate in any FIFA competition for so long as these proposals remain alive, unless this proposal has been abandoned in its entirety and binding assurances have been given that FIFA will never again open its governance or competitions to private ownership.

Nobody should be in any doubt: UEFA and its national associations will oppose these plans with absolute determination.

There are moments when institutions are judged not by what they are prepared to accept, but by what they refuse to compromise. This is one of those moments.

Some things are simply too important to sell. The FIFA World Cup belongs to football. It always will. And so long as Europe has a voice, it will never be for sale.

---

© 1998-2026 UEFA. All rights reserved. Last updated: Thursday, July 30, 2026

## Selected for you

UEFA statement on The Times article

Further UEFA statement on FIFA plans

About

National associations

Running competitions

Development

Sustainability

News & media

# EXHIBIT 93



FIFA president Gianni Infantino in Washington, D.C. in January. Alex Wong / Getty Images

# Inside the week that shook Gianni Infantino, FIFA and the football world

By **Adam Crafton**, **James Horncastle**, **Megan Feringa** and **Dan Sheldon**

Aug. 2, 2026

Share article 371

The grand announcement was supposed to come on the eve of the World Cup final at the Waldorf Astoria in New York City, when FIFA president Gianni Infantino planned to unveil his plan to sell a stake in its competitions to private investors, including Joshua Kushner, the brother of Donald Trump's son-in-law Jared.

The previous evening, he held court alongside the U.S. president at Trump Tower. Infantino described the 2026 World Cup as "the greatest human, social and cultural event mankind has ever witnessed." In front of a room of billionaires, extended Trump family members and soccer federation executives, Infantino's grip on the sport appeared impregnable. He wrote on Instagram that he had already received pledges of support from more than 200 of the 211 member federations for re-election in 2027, having announced his candidacy in April, with the African, Asian and South American confederations unanimously backing him.

The World Cup may have been mired in the scandals of rejected visas, Trump interference and numerous statewide investigations into FIFA's ticketing practices, but it yielded $15billion (£11bn) in revenues, which had a muzzling effect on those who were uneasy with Infantino's leadership. He was so confident in his position that he ended the tournament without the customary closing press conference. Then, last Sunday, he went onto Instagram and lashed out against scrutiny and criticism of his leadership, accusing critics of "spreading hate" and telling them to "meditate, pray or watch a football match" instead of spending their energy worrying about FIFA.

One week on, Infantino's premiership is on the brink. The speed of his downfall has been extraordinary. His statement on Friday, pulling the plug on the FIFA Forward Enterprise, has not satisfied his fiercest critics. UEFA, accusing him of a "shabby, backroom deal," wants him gone, saying the FIFA leadership "has not only lost UEFA's confidence but also that of many other members of the football family." Concacaf soon followed, claiming FIFA's leadership had "stopped putting football first" and called for a "comprehensive reckoning with this presidency."

According to numerous sources, who wished to remain anonymous to protect relationships, Concacaf president Victor Montagliani, already a FIFA vice-president, is seriously considering challenging Infantino for the throne. Sources close to Montagliani declined to comment on his intentions, saying he is "round the clock" focused on the Concacaf response to the crisis. Nominations must be made by November for the spring elections. Other names will surely emerge. According to well-placed sources within UEFA, there is an increasing likelihood that any new leadership candidate to replace Infantino would come from outside Europe, with backing from

the European governing body, which would be prepared to coalesce around a unity candidate.

**Are FIFA really trying to sell the World Cup? An expert explains**

Chris Weatherspoon




On Saturday, allies and enemies came to the fore. Infantino received backing from the associations of Qatar and Morocco, two countries he has courted closely. Qatar hosted

the 2022 World Cup, and Morocco is vying to host the final in 2030. Lebanon also backed Infantino on Saturday night.

FIFA politics, however, is a numbers game and the 96 federations of Concacaf, which governs North American, Central American and Caribbean soccer, and UEFA do not equal a majority. If Infantino is to be deposed, those confederations will also need to remain unified while winning over nations from areas where Infantino has more support, notably Africa and South America, but also Asia and Oceania.

DAILY PLAY




Play Connections: Soccer Edition

Group soccer terms that share a common thread. A new puzzle is available each day.

Over the coming days and weeks, we will discover whether Infantino has the stomach for a prolonged fight. As the pressure grew in recent days, there was no impression internally that he was contemplating resignation. Instead, his discussions were about how he could backtrack from his clandestine plot while maintaining his position as president. But he is struggling for credibility.

Chief operating officer Kevin Lamour told the Associated Press that staff had been "deceived" by Infantino and that he would sleep better after speaking out on the matter, even if it cost him his job. "It is the project of one person," Lamour said. "The time has come for football political leaders to ask themselves the right questions and make the right decisions."




Concacaf president Victor Montagliani (right) is seriously considering challenging Gianni Infantino. Roberto Schmidt / AFP via Getty Images

European executives, who admire Lamour, a former UEFA executive, did not want him to resign because they wanted to retain a man they consider a voice of reason. Carlos Cordeiro, Infantino's advisor and the former U.S. Soccer Federation president, resigned on Friday and condemned the proposal as a "bad deal." Cordeiro's departure, while accompanied by a punchy statement, was perhaps less significant than it appeared at first glance.

His main function was to help the World Cup in North America run smoothly, liaising with the White House, and he was not even initially paid for his role with FIFA. A wealthy veteran of the investment banking world, he later agreed an annual salary of

$200,000, which his representative says was donated to a charitable foundation. Like many within FIFA's apparatus, Cordeiro stood by Infantino through some of the president's most controversial decisions, most notably the exploitative ticketing strategy for the World Cup and the inaugural FIFA Peace Prize for Trump, when Infantino blindsided his vice-presidents and FIFA council but faced no consequences.

Infantino's relationship with FIFA secretary-general Mattias Grafstrom has deteriorated, with sources inside and outside FIFA claiming the Swede was not involved when drawing up the plans to sell the stake and was unhappy to be cut out of discussions. He has been increasingly unimpressed by Infantino's decision-making over the past year, and several federation executives said they could not get their heads around the idea that the FIFA president would not involve his secretary-general in an idea of this magnitude. A FIFA spokesman said: "FIFA does not comment on speculation regarding internal relationships."

Should Infantino cling on, his capacity to enact change or further his ambitions will be hindered. Only a fortnight ago, he and Trump were publicly joking about expanding the World Cup to 64 teams, an idea proposed by CONMEBOL and increasingly supported by Infantino.

That concept, previously opposed by UEFA and Concacaf, will now be even more tricky to pull off. He faces challenges, too, from European clubs, who were furious to learn that some of FIFA's competition revenues — including the Club World Cup — could be sold off to outside investors.

DAILY PICK'EM Today 7:30 AM

Can you call the winner?

HUL DRAW MUN

2% Picked 7% Draw 90% Picked

4134 votes

FIFA's funding for the organization, participation and prize money of a future Club World Cup in 2029 is uncertain — the 2025 edition was bailed out when DAZN paid $1billion for the broadcast rights, a few months before a Saudi Arabian Public Investment Fund-owned company bought a stake in the broadcaster — while sources close to the discussions say nothing has been agreed between FIFA and leading European clubs on participation in a future tournament. They also say that a target fund of $250m in solidarity payments to clubs that did not compete in the 2025 tournament remains unpaid — with a formula not yet determined — while a debrief on what went well and badly in the States 12 months ago has still not happened.



Reece James holds the Club World Cup trophy, flanked by Donald Trump, in 2025. David Ramos / Getty Images

FIFA's commercial team has also encountered concern from sponsors, with at least one considering a public statement next week before the plan had been dropped, while executives at Bank of America, a FIFA sponsor for the World Cup and Club World Cup over the past year, would likely have been surprised to see Infantino seeking to do a deal with rival bank JP Morgan Chase.

As Infantino splinters away from FIFA's leadership team, it was noticeable to observers during the World Cup that he increasingly surrounded himself with wealthy friends, power players or former international footballers who are now designated as "FIFA Legends." Indeed, *The Athletic* has even been told by people with knowledge of the situation that Infantino has dispatched some of those FIFA legends to hold initial exploratory discussions with financial institutions in recent times, seeking to dazzle bankers with fame.

The purpose of Infantino's proposed external investment remains unclear to many. He and FIFA have said it was all about developing global football. Yet many do not

understand why a spin-off into a commercial for-profit entity was necessary when FIFA is sitting on billions in reserves.

Businesses usually only call for investment when in distress or when support is required for vast infrastructure projects. Infantino had put forward a solution without defining the problem that needed to be solved, which made it easy for opponents to tear apart. If Infantino wanted to increase rewards for member associations, it was within FIFA's gift to do so already.


**WHAT YOU SHOULD READ NEXT**



## How a World Cup 'charm bracelet' became this summer's must-have accessory

The free 'fan bands' — produced by the Bank of America — are now being resold for $100 or more


His critics advanced alternative theories. UEFA has accused him of "using our sport to enrich themselves and their friends." Several sources said he wanted to create a commissioner-style role for the new vehicle — an idea FIFA denied — and that he has been inspired by Trump's ability to network and make money. Several of those who have worked with him describe Infantino as being obsessed with the salaries earned

by U.S. sports league commissioners, who earn tens of millions of dollars per year — while he earns around $6m per year.

Infantino has also, in recent years, had aspirations to grow the FIFA brand, flirting with concepts such as FIFA-branded hotels and stadiums. He has been seeking to replicate the soft-approval powers the FIFA video game provided — that is, before FIFA's desire for an increased annual payment led to a parting of the ways with EA Sports, which now makes the EA FC game without the world governing body.

How FIFA lost their video game franchise

Tifo Football by The Athletic

Watch on

Suspicions about the FIFA Forward Enterprise plan only increased when the world found out that the lead external investor had the surname Kushner. Several leading executives were quietly furious about Infantino's extremely public courting of Trump in the lead-up to the World Cup, with FIFA paying rent to Trump's family business for office space in Manhattan. They gritted their teeth and bit their tongues when the FIFA president gifted Trump his peace prize. The news, however, that Infantino had agreed, via bank JP Morgan, to mortgage FIFA's future revenues to a fund owned by an extended family member of Trump was always going to be a tinderbox.

There was no open and public process to come to a valuation of a stake or auction to secure the most appropriate partner. A deck prepared by JP Morgan, seen by *The Athletic*, said FIFA requires "billions" to deepen engagement with fans and claimed the World Cup — referred to as "FIFA" on the deck — had been "under-monetized"

when compared to the NFL, NBA and Premier League, particularly given its huge viewing figures.

The Infantino relationship with the Kushner family goes back almost a decade, to Trump's first term in the White House when the U.S. was vying to secure the 2026 World Cup. Jared Kushner ran a White House department named the Office of American Innovation, which became the connecting point for the bid. Trump's media advisor at the time, Jason Miller, previously sent a text message that described the work as "all Jared." This included maximizing his burgeoning relationship with Saudi Arabia, with Vanity Fair reporting Kushner asked the Saudi Crown Prince Mohammed bin Salman "directly" for his nation's support as early as the summer of 2017 during a visit to the country, making the same request to the House of Khalifa in Bahrain. Both nations voted for the joint U.S.-Canada-Mexico bid.

Kushner's interest in the World Cup extended beyond Trump leaving office in January 2021. *The Athletic* has previously revealed Kushner, who grew up in New Jersey, helped coordinate the final push for MetLife Stadium to beat Jerry Jones and AT&T Stadium in Arlington, Texas, as final hosts. In the weeks before the announcement, largely decided by Infantino, Kushner spoke with the FIFA president and helped assemble a key meal also attended by New Jersey governor Phil Murphy and some of New York's most prominent businessmen and dealmakers in a get-together regarded as key to getting it over the line.

The FIFA president credited Jared Kushner with the idea of using Tiffany & Co for the design of the Club World Cup trophy, an ornament that ended up having Infantino's

name engraved in two places. Kushner's wife — Trump's daughter Ivanka — and their son Theodore also made the ceremonial first pick of the Club World Cup draw in Miami in December 2024.



Joshua Kushner, founder of Thrive Capital, helped lead an investor group bidding for a stake in FIFA. Kevin Dietsch / Getty Images

According to the Financial Times, the plan for Kushner's brother Joshua to invest in FIFA was first discussed at an Allen & Co conference last year in Sun Valley, where Kushner and Greg Maffei, the former boss of Formula 1 owner Liberty Media, talked through the concept and took it to Infantino. While talks had been ongoing for almost a year, the actual terms sheet was only signed in the past couple of weeks.

The possibility of the investment, and a possible Infantino pay cheque, perhaps helps explain the extent of FIFA's commercialization of this summer's World Cup, giving full proof of concept to potential investors. This included hydration breaks, which could help inflate future television rights deals through commercial breaks, record ticket prices, a FIFA platform to take commission from ticket resales and a half-time show in the final.

Infantino also seemed to buy into an American perspective on the importance of getting stars onto the field. FIFA showed elasticity in its rules to enable Lionel Messi's Inter Miami to play at last year's Club World Cup, while Cristiano Ronaldo and Folarin Balogun were among players whose bans were suspended to enable them to compete in the World Cup. Infantino insists he has no part in disciplinary processes.

The announcement about Kushner's proposed investment was ultimately delayed beyond the World Cup final weekend, but a source said that Infantino was already gossiping about the broad strokes of the plan to wealthy friends around the final, which is how some people believe the plan started to widen its web and leak. A source close to Kushner's firm, Thrive Capital, suggested the decision to delay the announcement was taken by Infantino, but it was expected to be rolled out during the past week.

In doing so, he lost control of the messaging and the delivery, because two British newspapers, The Times and The Financial Times, revealed the news on Tuesday morning, throwing a grenade into the rollout. Several of Infantino's most trusted media advisors were off work following the rigors of the World Cup. FIFA, Thrive and JP Morgan hired a London-based consultancy firm to assist on the rollout, while Concacaf and Cordeiro both used the same British public relations advisor. It became a full-blown public battle for football's future.

UEFA issued statements and called an emergency meeting. Its president, Aleksander Ceferin, is a longstanding antagonist of Infantino, opposed to almost everything the FIFA president has done over recent years. UEFA vice-president Laura McAllister spoke fourth during the meeting, and sources in the room say she was the first to talk about what comes next and the first to raise the need for a boycott. This idea received immediate support, while Norwegian federation president Lise Klaveness raised the "what if" stages of next steps and the need to do it properly, such as potentially calling an emergency meeting with UEFA and the FIFA council.




Norway FA president Lise Klaveness at a FIFA congress in Qatar four and a half years ago. Marcio Machado / Eurasia Sport Images / Getty Images

In total, 33 people spoke, and nobody at the meeting argued for more time to deliberate or for taking the money presented by FIFA. All were in unanimous agreement. "Everyone who spoke said it was not acceptable," Klaveness said in a press conference on Friday, saying federations felt unduly pressured by Infantino's 53-day window to sign off on the plan. "The word 'blackmail' was used." UEFA's leadership wants its nations to withdraw previous letters endorsing Infantino for another term, although some may question why it took so long for them to summon the courage.

Concacaf members had their own hours-long meeting on Wednesday lunchtime. The concept of private equity required an explanation at the start of the call, but there was widespread agreement that FIFA had failed to follow typical governance processes for an idea of this size. Concacaf nations vary in wealth and size, from the U.S. and Mexico to Haiti and Suriname, but they, too, rejected the plan, baffled by the lack of information and why it was necessary to sell a piece of the World Cup. Mexico's position appeared softer, later putting out an individual statement that appeared less closed to the concept.

Infantino faces a battle at the next election, and some figures believe he may seek to give the federations their promised $20m share from existing FIFA revenues and reserves, but UEFA and Concacaf are seeking to maintain control. Both confederations released statements on Saturday saying they would work with confederations to disperse money already sat in FIFA's bank accounts to member associations.

A spokesperson for the world governing body said it had "outlined FIFA's position in the statements of the previous days," and would not comment on "speculation regarding specific candidates for the president position." Asked about Infantino's plan, the statement added that "the responsibility and involvement of the relevant FIFA decision-making bodies is set out in the FIFA statutes and FIFA's regulatory framework."

As the week rolled on, the door became increasingly ajar for Montagliani, who has long been tipped as a contender to replace Infantino. But everyone expected it to be after 2031, when, if Infantino is re-elected, his fourth and final allowed term will end, rather than next year. Infantino is teetering, scrambling to secure public backers to preserve his status. He will hope that Africa and South America — both quiet this week — remain loyal, while it may be a case of seeing how Asia fractures for or against him that determines his future.

In his speech at a FIFA congress in Vancouver in April, Montagliani made several comments that, to some in the room, felt pointed at Infantino. In light of this week, it

appears even more pertinent.

“When leadership serves the sport, not itself, the impossible becomes possible,” he said. “Leadership is about service.”

We will soon find out if FIFA’s 211 federations want him to provide that service.

**Adam Crafton** | Football Writer

**James Horncastle** | Serie A Correspondent

**Megan Feringa** | Women's Football Writer

**Dan Sheldon** | Football Writer

Tagged To: Bundesliga, Champions League, FIFA Men's World Cup, International Football, La Liga, + more

## YOUR NEXT READ



Two women led the resistance to Infantino’s World Cup sell-off. That matters



Hamza Abdelkarim is the ‘humble’ 18-year-old Egyptian who scored two on his Barcelona debut




How do FIFA presidential elections work? Who can challenge Gianni Infantino?

## MOST SHARED



Argentina players, staff banned for combined 21 games after World Cup final brawl



Jannik Sinner withdraws from U.S. Open with right knee injury



# EXHIBIT 94

Sport

Sunday 2 August 2026

# Game over? As he scraps his 'shabby' World Cup sell-off deal, Infantino's job hangs by a thread

**On Monday Fifa's president launched his plan to offer a slice of global football riches to private investors. Five days later that plan was dead amid accusations of a 'shabby back-room deal' with Trump connections**




Rob Draper

Share

Not since delegates at Fifa's annual conference a decade ago were dragged away from the breakfast buffet at a five-star hotel in handcuffs, under arrest on the orders of the FBI accused of racketeering and fraud, has football's world governing body endured a week quite like this. At the centre of it all, on a dizzying journey from apparent impregnability to the brink of losing his job, has been its president, Gianni Infantino.

"I just don't see how he comes back from this," said one experienced executive from the Caribbean, Central and North American (Concacaf) region, a confederation which on Thursday resolved to reject Infantino's plans to sell off a stake in the World Cup, in what seemed

like a coordinated alliance with Europe's confederation Uefa and Asia's AFC.

Infantino's prospects of survival worsened further when England's Football Association said it "fully supported" a statement from Uefa that it had lost confidence in him as president and described his failed sell-off as a "shabby, back-room, opaque deal [which] he hatched and tried to force through".

Later, Concacaf issued a similarly excoriating statement which fell short of saying it had no confidence.

His humiliation was complete when he finally scrapped the proposal yesterday just five days after announcing it, saying the project had "created divisions" that are "no longer in the interest" of its original objective. He added: "As a result, this proposal will not proceed."

The week began with Swiss official Infantino releasing a bizarre 15-slide Instagram post urging critics "spending their time and energy hating us" to "take a moment to reflect, meditate, pray or watch a football match". It ended with the collapse of his Fifa Forward Enterprise, the controversial investment plan to sell off a stake in the World Cup that he had hoped to launch with backing from Joshua Kushner, President Trump's extended family through marriage.

While the money kept rolling in – last month's World Cup doubled turnover to £15bn – it had always been assumed the 211 football federations around the globe that make up Fifa would turn a blind eye to Infantino's increasingly authoritarian ways, even when he seemingly arranged for a red card to be suspended for the star US player Folarin Balogun during the World Cup after a phone call from Trump. (Infantino denied the allegation and said the decision was taken by an independent judicial committee.)

Yet demonstrating a capacity for self-destruction unmatched since 1991, when Gerald Ratner described his firm's sherry decanter as "total crap" and tanked his company, Infantino now has almost two-thirds of the football world against him and has seen his closest adviser, the former Goldman Sachs vice-chair Carlos Cordeiro, resigning, describing Infantino's plan to sell off a stake in the World Cup as "a bad deal for Fifa, a bad deal for football, and a bad deal for the long-term future of the game".

**Related articles:**

TV Guide: Windies aim to do Sobers proud as they face Pakistan again



'It's like a companion': AI robot army joins Burnham's planned revolution in elderly social care



Most damningly, Fifa's chief operating officer, Kevin Lamour, said what has been happening in the last few months at the organisation "defies belief and imagination", adding that senior staff had been "deceived" by Infantino, whom he accused of "a lack of trust, transparency, discernment and good governance". Lamour acknowledged he was doubtless signing a figurative death warrant but ended saying: "At least I'll sleep well tonight."

Unlike his boss. On Friday night, even the man Infantino has flattered and clung to like a limpet throughout this extraordinary year seemed to desert him. "Did Mr Infantino speak to you about his plan to sell a stake in the World Cup?" Trump was asked on Friday.

**Newsletters**
Choose the newsletters you want to receive

Daily Sensemaker
M T W T F S S

The Observer Daily
M T W T F S S

**The Puzzle Edit**
M T W T F S S

View more →

For information about how The Observer protects your data, read our Privacy Policy

"Who?" replied the president. "No. I never spoke to him about that."

Et tu, Donald? Only two weeks ago the two men bestrode the globe at the World Cup final, Infantino in his gleaming white trainers fussing over the president as they awarded the iconic trophy to Spain following a controversial but, financially, successful tournament.



It's a story that starts at the Sun Valley conference in Idaho, an annual event nicknamed "summer camp for billionaires" or "Greedfest" by critics, where self-proclaimed "masters of the universe", almost all from the US, hike in the mountains, bike and white-water raft while making plans for little people in Europe, South America and the global south.

It was there that Kushner – son of the convicted tax evader and witness tamperer Charles Kushner, currently Trump's ambassador to France (he speaks no French) and brother to Jared, married to Trump's daughter Ivanka – approached financier Greg Maffei.

As Maffei described it to the *Financial Times*, he and Kushner found some cool shade and discussed how they could carve up a 20% stake of the World Cup to guarantee future returns for themselves and co-investors from what appeared to be Fifa's golden goose. The take from Kushner, according to sources close to his investment firm Thrive Eternal and quoted by *Politico*, is that in a tech-dominated world "live sporting events will become an even hotter ticket". That, in essence, was the unique, genius idea from the private equity bros that justified Fifa ceding effective control of their crown jewels to private investors, coincidentally led by a man related by marriage to Trump.

The World Cup was marred by dynamic, excessive pricing – standard tickets went for thousands and some tickets to the final cost more than $100,000 (the most expensive final ticket at Qatar 2022 was $1,600). But Kushner and Maffei, who had spun off Formula One's commercial rights in a similar fashion in 2017, envisaged an ever increasing pot of money. In reality that could only have been funded by exorbitant ticket prices and a 64-team tournament hosted biennially in the US, where they could maximise revenue. Those details and a discussion of player welfare were markedly absent from the details.

"This is not selling the World Cup," Maffei told the *Financial Times* last week as his best-laid plans collapsed in ruins around him. "No one is trying to lever the game up or anything like that."

It seems a mystery, to Maffei, how anyone could have come to that conclusion when two US billionaires concocted their plot to leverage a beloved world institution, with historic roots in South America and

80%

Europe, and siphon off a share of its revenue to the family of Trump's in-laws, while potentially guaranteeing Infantino a multimillion-dollar permanent job, all conceived at a conference open only to a gilded elite… and had then tried to keep it secret before pressuring member associations to take it or leave it within seven weeks based on figures independent analysts considered well below market price.

When the news leaked last Tuesday, even soporific football federations were roused to anger. "Gobsmacked" was the reaction throughout the football world according to one. When the polite and excruciatingly diplomatic Asian Football Confederation opined it was "totally unacceptable" and threatened to "undermine the very foundations of continental football", Infantino must have known the game was up. In the language of the AFC, which is headed by Bahraini royal Sheikh Salman bin Ibrahim Al Khalifa, it was, said one, "the equivalent of them telling Infantino to fuck off".

Cordeiro was until last week Infantino's closest adviser and yet – incredibly given his banking experience at Goldman Sachs – was kept in the dark about the plan. As he has pointed out, an organisation with $4bn in reserves and record revenues hardly needed to outsource expertise in raising money. "Most troubling of all is the absence of answers to fundamental questions," Cordeiro said. "Why this deal? Why now? What oversight exists? Who benefits? Was there a competitive process? What governance will be in place? What will investors ultimately gain, and at what cost to football?"

As another Fifa delegate said last week: "How the hell have we got here? How did this happen? Who signed off the contracts? Fifa is a member organisation, process matters and no one – not even financial officers – seem to have been consulted. The key question we're all asking is: was this an unsolicited approach by Kushner to Infantino?" Fifa's Lamour seems to have answered that question. "To put it very clearly and directly: the project… is not a Fifa project. It is the project of one person."

What tipped Fifa members over the edge from bewilderment to apoplexy was Infantino's attempt to shore up his plan by sending them JP MorganChase's investor deck, a 25-page prospectus designed to convince them to buy into the project.

70%



Joshua Kushner, brother to Donald Trump's son in law

Not only were the figures, in the words of one, "a back-of-the-envelope embarrassing undervaluation" and the literary style "banal AI-generated slop", it was rife with American spellings, referred to the World Cup as "the Fifa", as is common in the US, and compared revenues to the vastly different NBA and NFL. It talked enthusiastically of "access to debt markets", which would seem a curious strategic pivot for an organisation with $4bn in the bank.

If banking elites had wanted to signal a colonial takeover of the world's most cherished sport, tone deaf did not begin to describe the JP MorganChase pitch, which said the project was led by Mary Erdoes, CEO of its asset and wealth management division. It's possible that the Illinois-raised daughter of an investment banker and Harvard Business School graduate is not culturally attuned to the mores of global football's urban subculture. Back in 2020, JP Morgan apologised when it tried something similar with the European Super League and vowed to "learn from this", a line that had European football executives mocking the bank's executives last week.

What comes in the aftermath of this car crash of a week for the US financial elites and Infantino? To oust the Fifa president, Concacaf, Uefa and AFC must agree on a unity candidate by November and persuade them to stand in March's election. Concacaf president Victor Montagliani, a Canadian who has cleaned up a confederation previously a byword for grotesque corruption, is best placed to be that person, though he is said to be focusing on his own re-election as head of his confederation next year.

Yet the repercussions continue. Fifa delegates still want to know how Kushner had such close access to Infantino and who agreed to the plan. "Why Joshua Kushner? How did he become the lead investor? Where was the tendering process? Who signed off JP Morgan's fees? Are they doing this for free? All these questions need to be answered," one prominent European official said.

Indeed. The week started with Infantino telling his critics the world needed "love, not hate; tolerance, not division; celebration, not mourning". On Tuesday it also needed a spin-off investment vehicle led by Infantino and the brother of Trump's son in law. By Friday night, not so much.

*What are your thoughts on this? Email us at letters@observer.co.uk*

*Photographs by Valeriano Di Domenico, dpa Picture Alliance GmbH via Avalon, Bloomberg*

Sport International Football Politics Fifa

THE OBSERVER

About

Contact us
Work with us
FAQs
Careers
About us
Editorial policy

Join

Culture Club
Events
Journalism school
Shop

Follow

The Observer

The Observer Magazine

The ObserverNew Review

The Observer Food Monthly

Copyright © 2025 Tortoise Media | Privacy Policy | Terms & Conditions

# EXHIBIT 95

The Big Read **Fifa**

# The week that shook football

How Fifa's proposal to open up the global game to investors unfolded — and invited a backlash that could yet topple its controversial president



Fifa president Gianni Infantino claimed his plan would unlock 'previously uncaptured commercial value' © FT montage/Getty Images

**Josh Noble**, **Samuel Agini** and **Arash Massoudi**

Published JUL 31 2026 | Updated AUG 1 2026, 04:08

On the eve of the World Cup final, the great and the good of football assembled in New York's Waldorf Astoria, Fifa's base during the five-week tournament. As torrential rain poured outside, rumours spread that Gianni Infantino, president of global football's governing body, was going to announce something big.

In the end, no announcement came, and focus soon switched to the match between Spain and Argentina, which Infantino would watch while seated next to US President Donald Trump.

But 10 days later, the FT revealed what Infantino had been intending to share: a plan to set up a new company housing Fifa's commercial interests and sell a stake in it to private investors. It was billed as a chance to bring billions of fresh dollars into the game, to be distributed to countries across the globe to grow the sport.

The delay in revealing the proposal had not come from Fifa, according to people familiar with the matter, but from Thrive Eternal, an investment fund controlled by Joshua Kushner, the tech investor and brother of Trump's son-in-law Jared Kushner. As the lead investor, he was concerned that the materials needed more work.

The response may have validated Kushner's caution. The high-stakes gambit has prompted a furious backlash within football and beyond, with political leaders in the US and Europe condemning the idea. Late on Friday Infantino abandoned it, saying it was "clear that the project has created divisions of a nature that, regardless of the level of support, are no longer in the interest of the objective set out in the first place".

Infantino's future as Fifa president — which had looked assured just days earlier — is now in doubt.

Fifa's World Cup revenues surged this year

Revenues, adj for inflation ($bn)




FINANCIAL TIMES

Source: FT research • 2026 estima

It has also pushed those working in football to confront a long-simmering question: at what point does the influence of private capital in the world's most popular sport become too much to bear? For many, a line in the sand has been drawn.

"The World Cup cannot be treated as an investment product," said Uefa, which runs the game in Europe. "It is one of football's greatest sporting legacies. It has been built over generations by players, national teams and supporters across every continent. No part of it should ever be surrendered to private investors."

**The plan that** has sparked such fury was hatched not in the halls of power at Fifa HQ in Zurich, but at the Allen & Co conference last year in Sun Valley.

It was there — at the exclusive, invite-only retreat — that Joshua Kushner and Greg Maffei began discussing the idea. Maffei, the former boss of Formula 1 owner Liberty Media, has known Kushner for years.



Fans watch the World Cup final at the Rockefeller Center in New York. The price of general admission to games soared for this year's tournament © Ryan Murphy/AFP/Getty Images

"I think he [Kushner] approached me because he said, 'Look, we've been thinking about this with Fifa and we know of your experience with F1,'" says Maffei, who had met Infantino when the Fifa chief attended a grand prix. "We actually pulled off into a little corner under some trees in the shade because it can get hot there. We talked for a while about a vision for what this could become."

Thrive Capital is focused on the tech sector but has a fund dedicated to "AI-proof" assets. In April, Kushner announced the launch of Thrive Eternal by buying a stake in the San Francisco Giants baseball team, but was quietly planning a much bigger move.

For nearly a year, Kushner had been working in secret on the plan, which would have seen him lead a consortium of investors who would buy a 20 per cent stake in a new vehicle at a $20bn valuation. Thrive declined to comment on this story.

The idea of hiving off a commercial arm and bringing in outside money has long been toyed with. In 2018, two years after Infantino became president, Fifa explored a plan backed by SoftBank to raise $25bn to create new global tournaments. That project ran aground due to the strength of opposition.



US President Donald Trump and Fifa's Infantino join the Spanish team celebrations on the pitch after their victory in the World Cup final © Odd Andersen/AFP/Getty Images

But since then, football's biggest showcase has become far more lucrative. Infantino told members during the 2026 World Cup held in the US, Canada and Mexico that revenue would surpass $15bn in the four-year cycle capped off by the event, up from projections of $13bn in the run-up and almost double the amount brought in from the Qatar World Cup in 2022.

This tournament was also a testing ground and shop front for new revenue-raising opportunities. Fifa introduced three-minute hydration breaks during matches, which broadcasters then used to generate hundreds of millions of dollars in additional advertising.

The World Cup final included a half-time show, which stretched the mid-game interval from the traditional 15 minutes to half an hour, a nod to the NFL's Super Bowl performance and its lucrative TV ad slots. VIP seats on the touchline were sold for $1mn, while the price of general admission soared.

To Infantino's allies, all of these changes offered proof that the World Cup has been under-commercialised and could bring in significantly more money in future if football's leaders embraced the opportunity. "Infantino understands that money is what drives everything," one major sports investor says. "He is formidable."

Infantino said this week that his plan would unlock "previously uncaptured commercial value", money that could then be used to improve pitches, strengthen national teams and get more children playing football. If it had been approved at a vote on September 19, each member association — which range in size from the tiny Atlantic island of Montserrat to India and China — that opted in would have received $20mn immediately through the investment plan, and have their annual payments more than doubled from $2mn to $5mn.

---

[illegible]

CONCACAF

3/3 ›

His allies believed there was support among the membership. The Indonesian football association told Sky News this week that it backed the plan.

“Too little of football’s growing commercial value reaches the parts of the game that need it most,” said Infantino this week. It was “a golden opportunity to turbocharge the development of the game globally”.

Football is no stranger to private money. Many of the world’s biggest clubs are owned by billionaires, private equity firms or sovereign wealth funds. Some of those that are still member-owned, including Real Madrid and Barcelona, have investment deals tied to other revenue streams, such as media rights, while the Spanish and French leagues both hived off their commercial operations and sold stakes to private equity — just as Fifa was attempting to do.

However, many such deals were agreed at a time of financial distress. Both the French and Spanish leagues sought outside capital during Covid-19, when gate receipts dropped to zero. A recent attempt to sell a stake in the German football league’s commercial arm resulted in widespread protests by fans. And for many, the World Cup is sacred.



Crowds gather in Port-au-Prince, Haiti, to watch the World Cup final. Critics question why Fifa needs to bring in outside investors after a hugely successful tournament © Clarens Siffroy/AFP/Getty Images

This includes Uefa, which has been embroiled in a long-running fight with the sport's global body. One former Fifa official describes it as a "perpetual war", and an increasingly personal one between Infantino and the Uefa president Aleksander Čeferin, who did not attend the World Cup final in protest against Fifa's decision to lift a ban on a US player after pressure from the White House.

Much of the criticism aimed at Fifa is about the process itself, with many unhappy about the short window of just 53 days to consider the proposals. Few outside Infantino's close circle were aware of the plans until they were revealed this week — Concacaf, which runs the game in North America, Central America and the Caribbean, was among those to say it first learnt of them through the media. "It was a very small circle of people, a team of ninjas," says one person who worked on the deal.

That secrecy has inflamed longstanding concerns about the way the Fifa president has often pushed schemes without wider consultation. "This is not the first occasion where major stakeholders have been confronted with significant initiatives after the direction of travel appears to have already been determined," said the Asian Football Confederation.

There has also been distaste at Infantino's efforts to cultivate ties with Trump. Last year, he invited the US president to personally hand the trophy to the winners of the Club World Cup, a Fifa tournament. In December, Infantino awarded the US president a new Fifa "peace prize", and agreed a strategic partnership with Trump's Board of Peace — a group to oversee the reconstruction of Gaza.



France's goalkeeper, Mike Maignan, jumps for the ball in the country's third-place play-off with England in Miami © Chandan Khanna/AFP/Getty Images

Critics of Fifa's approach question why it sees the need to bring in outside investors at all, especially so soon after a hugely successful World Cup.

"Fifa already has access to extraordinary financial resources. The organisation sits on billions of dollars in reserves and no debt," said Carlos Cordeiro in his letter resigning on Friday as a senior adviser to Infantino. "If member associations believe additional investment is needed to develop the game, Fifa already has the financial capacity to provide that support from its existing resources."

Many compare the project with the fate of the European Super League, a former project to launch a new competition outside the existing framework of club football. That plan died in under 48 hours after an outcry from fans and the threat of legal action from regulators and lawmakers.

Opponents were implacable. Uefa said that none of its 55 members would participate in any Fifa competitions until the plan was dropped and it received binding assurances that private investment is permanently off the table. Members of Concacaf are rapidly losing faith in Infantino's leadership, while the AFC has said this moment must be a "catalyst for strengthening institutional reform" at Fifa.

Some now expect Infantino to face a serious challenge at next year's presidential election, while others have discussed whether to call a vote of no confidence. British Prime Minister Andy Burnham on Friday called for him to step down.

Despite a bruising week that ended in failure, Infantino insists he will stay on. "Moving forward, my intent is to bring all interested parties back together in the coming days and weeks in the spirit of shared interest in our game," he said in his statement late on Friday.

But having sparked such widespread animosity, the Fifa president's future may soon be out of his hands.

Copyright The Financial Times Limited 2026. All rights reserved.

**Follow the topics in this article**

Football

# EXHIBIT 96

# Is football AI-proof? Why tech investors wanted a slice of the World Cup

bbc.com/news/articles/cd7l4e3v238o

Michael Race

August 8, 2026






Getty Images

Joshua Kushner runs the investment group behind the plan to buy a minority stake in the World Cup

Fifa has been forced to U-turn on plans to sell off a slice of the World Cup after fierce opposition, with threats of future boycotts and calls for the governing body's president, Gianni

Infantino, to quit.

But why were a group of tech investors interested in the World Cup in the first place, and are similar proposals in the future inevitable?

In a world in which AI could upend human recreation and pastimes, executives at Thrive Eternal, a spin-off of venture capital firm Thrive Capital, saw an opportunity to lead a group of investors to place cash in the biggest sporting competition on the planet.

The football World Cup was seen as the latest in a new strategy from the firm, which believes that sport will not only survive the AI revolution, but grow in value.

Run by Joshua Kushner, the brother of US Donald Trump's son-in-law and adviser Jared, Thrive mainly invests in technology companies developing artificial intelligence (AI) and it has been a major financial backer of OpenAI.

But in April this year, the New York City-based entity created the new investment arm Thrive Eternal in order to invest in areas that have "qualities that cannot be replicated by technology".

Sport is central to that strategy, and that is where football - and securing a minority stake in the World Cup under Fifa's proposed Forward Enterprise (FFE) - became an opportunity.

The view is that the tradition, cultural and identity aspects of football will protect the sport from being upended by AI compared with other forms of entertainment such as movies and music, which are already seeing the technology start to replace humans.

Professor Simon Chadwick has worked in the global sports industry for 30 years, including working with both fan groups, football clubs and governing bodies Fifa and Uefa.

He said investment interests and commercialisation in general meant a lot of decisions were being made on behalf of football and fans "in Wall Street and Silicon Valley".

"It is almost as though it's crept up on us and a lot of people haven't really thought about what's happening," he told the BBC.

While it raised governance questions for Fifa, he added: "Whether people like it or not, private equity investment in sport is happening."

Despite this summer's World Cup, hosted by the US, Canada and Mexico, providing a clear picture of World Cup commercialisation, the BBC understands talks over the FFE proposal involving Thrive started last year, with Greg Maffei, the former boss of Formula 1 owner Liberty Media, brought in as a commercial adviser.

Thrive also hired former Disney chief executive Bob Iger.

Thrive Eternal already invests in other sports. As part of its launch, it announced it had agreed to buy a chunk of the San Francisco Giants baseball team There are also reports the firm is eyeing up a bid for a new NBA franchise in Las Vegas.

It believes that such "iconic franchises and cultural institutions rooted in tradition, identity, and shared experience" will not just survive the AI revolution, but "will matter even more", according to its website.

Kushner and Thrive Eternal have remained silent on the Fifa investment plan and the subsequent fallout.

But a source close to the firm told the BBC the strategy behind the plan, which would have required the backing of Fifa's member associations, was that it would not be like a "typical investment fund looking for a speedy return on investment".

The source said investors preparing to stump up the $4.2bn (£3.1bn) initial investment were doing so with the view of not seeing any return for a "long period of time - decades", due to Thrive Eternal being structured as a holding company.

They higlighted had the FFE proposal been activated, it would have given each member association a stake worth as much as $91m each based on its $20bn valuation - stressing that the equity would be controlled by Fifa, not investors, and to sell part of that equity would have been down to individual member associations.

"The idea of outside investment...was to channel more resources upfront to countries that wouldn't typically get access to outside funding - so they could invest in things like stadiums and training to be able to develop their game domestically," the source said.

According to Fifa, the aim of FFE was "to separate the business of football from the governance of the sport".

In England, the business of football has exploded, especially since the establishment of the Premier League, so much so that the financial rules, transfer deals and boardroom gossip have become just as popular conversation topics between fans as the action on the pitch.

US investment in football is not new, and the amount of American dollars being poured into English and other European clubs has been growing broadly since the Glazer family bought Manchester United more than two decades ago.

But some question whether Fifa - and the World Cup - needed this cash injection.

Fifa has claimed the World Cup is "under-monetised", but hydration break adverts, dynamic ticket pricing and record broadcast and sponsorship rights have put the 2026 edition on track to generate record revenues.

The 48-team tournament and potential for an even bigger 64-team competition gives a view of further commercial opportunities. More countries equal more viewers, which equals more money.

Christina Philippou, an associate professor in accounting and sport finance at the University of Portsmouth, said the approach by Fifa to seek outward investment had been seen in other sports and by individual football clubs when cash flow had been a problem.

"Fifa are not in a position where they are desperate for money. In fact, they could very easily, with the money they already have, increase those payouts to the member associations. So there is no need to go external."

Thrive Eternal is understood to respect the decision to take the plan off the table, but it is clear that interest, with or not this specific investment group, remains focused on football.

# EXHIBIT 97

Industries | Sports

# Secret Talks With Kushner Led to FIFA's Controversial Sale Plans

By Giles Turner, Todd Gillespie, and Rebecca Torrence
July 30, 2026 at 4:00 AM UTC

Save  Translate

**Takeaways** by Bloomberg AI  Hide

- FIFA's plans to sell a stake in its new media division started with secret talks between FIFA boss Gianni Infantino and Joshua Kushner, a venture capitalist with family ties to President Donald Trump.
- The plan is to raise as much as $4.2 billion from a new holding company at Thrive and other external investors, but it's facing a fan backlash, with critics saying it will prioritize money, celebrity and power over what's best for the sport.
- FIFA's proposal has been condemned by politicians and powerful club members, with UEFA considering a boycott of FIFA events, and a top European Union official warning that the move could spark competition-law concerns.

The uproar roiling international football in the wake of FIFA's plans to sell a stake in its new media division got its start in secret talks last year, when the chief of the sport's international body met with Joshua Kushner, the venture capitalist with family ties to President Donald Trump.

The discussions between Kushner and FIFA boss Gianni Infantino focused on finding ways to help FIFA maximize revenue from its commercial assets, according to people familiar with the matter who asked not to be identified discussing private information. While the nonprofit rakes in cash every four years from the men's World Cup tournament – about $15 billion in 2026 – it loses money in off years.



Joshua Kushner *Photographer: Al Drago/Bloomberg*

Kushner, for his part, had invested indirectly in the sports industry in the past and was looking for new opportunities for his firm, known as Thrive.

FIFA was determined to find a way to better monetize its media rights and in early 2026 brought in JPMorgan Chase & Co. to work

out how to package them separately, develop the investor pitch and identify prospects who might want a piece, people familiar with the strategy said.

Now, as FIFA pursues a plan to raise as much as $4.2 billion from a new holding company at Thrive and other external investors, it's staring down a fan backlash. Just weeks after the end of the first men's World Cup in North America in three decades, football purists are decrying what they see as a cheapening of the beautiful game with interests that will prioritize money, celebrity and power over what's best for the sport. They point to former officials convicted of corruption and Infantino's embrace of Trump and his administration.



Gianni Infantino *Photographer: Carl Recine/Getty Images*

## Kushner, Kloss

A FIFA spokesperson didn't address questions about how the deal was formulated. Thrive and JPMorgan declined to comment.

Although primarily known for his venture capital investments and as the brother of Jared, Donald Trump's son-in-law, Joshua Kushner has maintained an indirect involvement in the sports industry for years. He became an investor in the National Basketball Association's Memphis Grizzlies around 2018. His wife, model Karlie Kloss, has been friends with David Beckham since a 2017 Adidas campaign, and the couple have been spotted in the stands supporting Inter Miami.



Joshua Kushner and Karlie Kloss *Photographer: David Paul Morris/Bloomberg*

That affinity for sports may now become a bigger part of Kushner's business strategy. Following a stellar performance for Thrive's venture capital firm, which has backed companies including OpenAI, Stripe and SpaceX, Kushner was eager to add new types of investments under the Thrive umbrella.

**Everybody's Business**
A weekly podcast that breaks down the questions we know you have about our increasingly confusing economy.
Listen now

JPMorgan brought experience in working on controversial football projects. Five years ago, it agreed to back Europe's breakaway Super League with €4 billion ($4.8 billion). The plan was to create a new competition that would guarantee games and revenue for the participating European clubs for years to come, but it backfired. Most of the teams pulled out – with fans, players and politicians decrying the idea.

This time around, the assumption among officials at FIFA, Thrive and JPMorgan was that the new plan wouldn't be as controversial as the Super League, according to people familiar with the matter. The Super League aimed to change the competitions themselves, while the new plan would seek to change how FIFA made money, one of the people said.

### PGA Comparison

The idea to raise capital against FIFA's major commercial and tournament operations has precedent in other sports. The PGA Tour, also a nonprofit, raised billions in 2024 by spinning off its commercial and media business, attracting major investors such as Steve Cohen and John W. Henry.

The talks among JPMorgan, Thrive and FIFA continued during the World Cup. While the event was wildly lucrative, political intervention tarnished the tournament. It began with Infantino awarding Trump the first-ever FIFA Peace Prize late last year, and continued with FIFA's decision to pause a US player's one-match ban after pressure from Trump.

Democrats in Washington were already vexed by Trump's relationship with Infantino and FIFA - one that critics said was an example of the president using the power of his office for personal financial gain.

The ranking Democrat on the House Judiciary Committee, Jamie Raskin of Maryland, wrote to Infantino on July 26, demanding documents, communications, visitor logs and a list of any things of value given by FIFA to Trump, his family and associates, or the family's real estate company.



Jamie Raskin *Photographer: Graeme Sloan/Bloomberg*

The FIFA plan to sell minority stakes suggested corruption, Raskin said in a statement, noting Kushner's links to Trump's family.

Asked for comment, White House spokesman Davis Ingle said that Trump's "bold vision and decisive leadership" helped ensure this year's World Cup "created a massive economic boost across host cities, and delivered a safe, secure and seamless experience for millions of fans and athletes."

"It will undoubtedly go down as one of the greatest and most successful sporting events in history," he added.

Jared Kushner served as a White House contact for the group pushing the bid for the US, Mexico and Canada to jointly host the 2026 World Cup, and in 2024 helped ensure that the final would be played at MetLife Stadium in New Jersey.




The game featuring Spain and Argentina at the MetLife Stadium in New Jersey. *Photographer: Al Bello/Getty Images*

Joshua Kushner, meanwhile, has supported Democratic causes and candidates in the past, including financially, and said he didn't vote for Trump in 2016.

## Live Sports

The new vehicle, called FIFA Forward Enterprise, would allow FIFA to put a market value on some of its most valuable commercial assets at a time when demand for premium live sports rights is high.

FFE would be valued at $20 billion, and the majority of the money generated by the entity would ultimately be distributed to FIFA's member associations through the FIFA Forward program, which provides funding for football development projects around the world.

A 25-page pitch deck assembled by FIFA and JPMorgan and sent to member associations said a "sweeping governance reform" had made FIFA stronger than ever and that the fundraising would fuel growth by providing long-term funding for development. It highlighted data showing that while World Cup games are among the world's most watched sporting events, annual revenue lags far behind other sports.

The presentation said that new investments could unlock money to allow for distributions of $20 million per member association over the next four-year cycle, up from $8 million in the latest cycle. The organization may also pay out up to an additional $20 million per member for major projects.

Kushner's firm was to be the cornerstone investor for the new project. By the start of the World Cup, he had launched Thrive Eternal, a holding company structured to make long-term investments in iconic names. Its initial limited partners are existing Thrive investors, according to the firm.

In April, Thrive Eternal struck an agreement to invest in Major League Baseball's San Francisco Giants. It has also hired investment bankers and discussed making a bid for the NBA expansion team in Las Vegas.

## 'Attack on the Sport'

FIFA's plan has come in for condemnation from politicians and powerful club members. UEFA, the group in charge of Europe's football associations and arguably as influential as FIFA, is considering a boycott of FIFA events.

"There is a strong consensus among the member associations on this matter," said Hans-Joachim Watzke, chairman of Borussia Dortmund and a major figure in German football. "If European football stands united in opposing these plans, it carries significant weight."

Watzke said he had held conversations with Aleksander Ceferin, the head of UEFA, over the past few days. "Many in European football view FIFA's plans as an outright attack on the sport," he added. "I share this view."



Aleksander Ceferin *Photographer: Julien De Rosa/AFP/Getty Images*

The move could spark competition-law concerns, according to a top European Union official.

"The relentless commercialization of football has become corrosive," EU sport and culture commissioner Glen Micallef said in a post on X. "It's threatening the things that made football the world's most popular sport."

FIFA shows no signs of reversing course. JPMorgan is preparing its pitch document to send to investors, while FIFA gave member associations a September deadline to support its plans or face a reduction in potential funding, according to people familiar with the matter.

*– With assistance from Sasha Draeger-Mazer, Abhinav Ramnarayan, Irene Garcia Perez, and Ted Mann*

Get Alerts for:

+ Giles Turner + Todd Gillespie + Rebecca Torrence

Save

Contact us:
Provide news feedback or report an error

Site feedback:
Take our Survey

Confidential tip?
Send a tip to our reporters

Before it's here, it's on the Bloomberg Terminal

**In this Article**

JPMorgan Chase & Co
351.79 ▲0.27%
Follow

Space Exploration Technologies Corp
108.37 [illegible]
Follow

Thrive Capital Management LLC
Private company

# EXHIBIT 98

# FIFA plans to sell stakes in $20 billion subsidiary to run World Cup, angering UEFA

reuters.com/sports/soccer/fifa-mulls-stake-sale-through-new-20-billion-entity-source-says-2026-07-28

Echo Wang, Rohith Nair July 28, 2026




0 seconds of 0 secondsVolume 0%

- Summary
- Companies

- Would sell minority non-controlling stakes of up to 20%
- FIFA says money would be invested in world sport
- Joshua Kushner's Thrive Eternal set to be lead investor
- UEFA leads critics of plan, says football 'not FIFA's to sell'

July 28 (Reuters) - FIFA said on Tuesday it plans to create a $20 billion subsidiary to run the World Cup and its other events and will offer stakes of up to 20% in it to external investors, a move that provoked a furious response from UEFA, who accused world soccer's governing body of putting the game's "soul" up for sale.

Under the plan, FIFA would establish FIFA Forward Enterprise (FFE) to oversee "commercial and event operations."

The Reuters Daily Briefing newsletter provides all the news you need to start your day. Sign up here.

Advertisement · Scroll to continue

FIFA, which just held a 48-team World Cup across the U.S., Canada and Mexico that was the biggest in the tournament's history, would retain control of the enterprise, but offer minority stakes in it to private investors to raise up to $4.2 billion.

A vehicle founded by Joshua Kushner, the brother of Jared Kushner, U.S. President Donald Trump's son-in-law, is expected to lead the proposed investor group, FIFA said.

The proposal deepens the divide between Switzerland-based FIFA and European soccer's governing body UEFA, with Europe positioning itself as the custodian of the game while FIFA, a not-for-profit organisation, remains focused on broadening access with financial largesse.

Advertisement · Scroll to continue

FIFA is one of the world's wealthiest sporting organisations, generating billions of dollars in revenue, largely from broadcasting rights, sponsorship and other commercial deals linked to the World Cup.

But it says this proposal can increase funds it provides to widen access to the sport and strengthen global participation, with all net benefits to be reinvested in the game.

"Football is the world's most popular sport and an extraordinary engine of human and social development," FIFA President Gianni Infantino said in a statement.

"Parts of the game have turned that popularity into remarkable commercial value – and we celebrate that success and want it to continue, because it lifts the whole game.

"Our job is to make sure the rest of football grows with it: FIFA exists to support sustainable, inclusive development in every corner of the world."

Advertisement · Scroll to continue

FIFA said it would retain sole control of the subsidiary as well as "exclusive authority" over football governance, competitions, the match calendar and all regulatory and sporting decisions.

## FIERCE CRITICISM FROM UEFA AND OTHERS

The proposal drew fierce criticism from UEFA, which said the proposal "crosses a line that football's governing institutions should never cross."

"UEFA takes it extremely seriously," it said in a statement. "So should every National Football Association. So should every stakeholder: leagues, clubs, players, supporters, governments and everyone who cares about the future of the game.

"The soul and governance of football are not assets to trade — especially with zero transparency as to who gains financially. None of us are the owners of football. It is not FIFA's to sell."

Relations have deteriorated between UEFA and FIFA in recent years, and UEFA President Aleksander Ceferin refused to attend the World Cup final following a series of disagreements over disciplinary procedures, refereeing logistics and match operations.

Item 1 of 3 Soccer Football - FIFA World Cup 2026 - Final - Spain v Argentina - New York/New Jersey Stadium, East Rutherford, New Jersey, U.S. - July 19, 2026 Pitch staff carry the FIFA logo on the pitch before the match REUTERS/Mike Segar/File Photo

**[1/3]**Soccer Football - FIFA World Cup 2026 - Final - Spain v Argentina - New York/New Jersey Stadium, East Rutherford, New Jersey, U.S. - July 19, 2026 Pitch staff carry the FIFA logo on the pitch before the match REUTERS/Mike Segar/File Photo Purchase Licensing Rights, opens new tab

A FIFA spokesperson said the proposal will soon be presented to the 211 member associations and the FIFA Council, which would be the sole final decision-makers on the matter.

FIFA said money from the capital raise would be used to establish an optional program that would allow member associations to access up to $20 million in one-off capital to be used for infrastructure, coaching, national teams, competitions, grassroots football and the women's game.

That would rise to $24 million by the 2035-2038 cycle.

Infantino, who is up for reelection as head of FIFA next year, said every member association should have the opportunity to seek a fair share of the available funding to shape its own future.

"This is about the democratisation of football worldwide," he said.

Britain's new Prime Minister Andy Burnham joined critics of the plan, saying on social media that the sport does not belong to investors.

"The World Cup is not a product. It is the greatest competition in world sport, and it was never anyone's to sell," Burnham wrote on X. "Dress the deal up however you like. Once you have sold a piece of it, you have sold out."

Richard Sheehan, a finance professor at the University of Notre Dame who studies the economics of sport, called the proposal a "money grab" from current FIFA leadership.

"From the perspective of a not-for-profit organization, theoretically raising money to make soccer available to everyone, this move is a farce," said Sheehan.

## EXTERNAL INVESTORS

FIFA is working with bankers at JPMorgan to bring in external investors, it said, adding that former Liberty Media CEO Greg Maffei has been involved as a commercial adviser.

Joshua Kushner-founded Thrive Eternal, a new investment strategy launched by venture capital firm Thrive Capital, is set to lead the investor group.

A permanent capital vehicle focused on making a small number of long-term investments in franchises and cultural institutions, Thrive Eternal took a minority stake in Major League Baseball's San Francisco Giants this year. Former Walt Disney (DIS.N), opens new tab CEO Bob Iger serves as an adviser.

Jared Kushner is not a potential investor, a source said.

JP Morgan and Joshua Kushner declined to comment. Maffei didn't immediately respond to a comment request.

"Outside investors will have only a minority stake in FFE and will not play any operational role," FIFA said. "Equally, they are investing in a subsidiary of FIFA, and not in FIFA itself. For FIFA, nothing changes."

Reporting by Echo Wang, Rohith Nair, Frank Pingue, Tommy Reggiori Wilkes, Sabrina Valle and Dawn Chmielewski; Editing by Ed Osmond and Rosalba O'Brien

Our Standards: The Thomson Reuters Trust Principles., opens new tab

# EXHIBIT 99

# Football leaders condemn Infantino's plan to sell FIFA World Cup to Trump associate

abc.net.au/news/2026-07-30/gianni-infantino-fifa-world-cup-sell-off-bid-explained/106976670

Luke Cooper July 30, 2026



Gianni Infantino has proposed selling off the global football governing body's events and competitions arm to private investors. *(Reuters: Dylan Martinez)*

Gianni Infantino's $US20 billion ($28.7 billion) proposal to sell stakes in FIFA's events and competitions arm to corporate investors has drawn condemnation from football's international organising confederations.

On Tuesday the FIFA president announced a bid to form a commercial subsidiary called FIFA Forward Enterprise (FFE) that would grant private buyers control over competitions including the World Cup and Club World Cup.

Amid immediate opposition from global football's most influential confederation, the Union of European Football Associations (UEFA), Infantino also set out a one-off $US20 million ($28.7m) funding boost for FIFA member nations who vote to approve the FFE bid.




The commercialisation, frequency and scale of the FIFA World Cup and other tournaments will be determined by investors if the deal is approved. *(Reuters: Mark J Rebilas)*

The announcements are the latest in a string of controversial decisions made by Infantino without consulting football's major stakeholders.

So, is it going to work and — if so — how? Here's what you should know.

## Firstly, what is the FIFA Forward Enterprise?

FIFA, a non-profit organisation, described the FFE as "a new FIFA-owned and controlled subsidiary consolidating FIFA’s commercial and event operations".

The governing body said it would retain control of the subsidiary and authority over football governance, competitions, match calendars and regulatory decisions.

Infantino said FIFA's hope was that the FFE could generate enough commercial revenue to raise $US20 million in additional funding by 2030 for the further development of "infrastructure, coaching, national teams, competitions, grassroots football and the women’s game" in member nations worldwide.

"Parts of [football] have turned [its] popularity into remarkable commercial value – and we celebrate that success and want it to continue, because it lifts the whole game," Mr Infantino said in a statement.

> "Our next stage of growth needs a structure built for it, one where the commercial side of the game operates as a focused, dedicated business, with its value shared more and better all around the world."

FIFA also highlighted how much money each of its 211 members could receive in the "FIFA Fast-Forward Program" initiative the FFE would financially bolster.

Instead of the currently-promised $US8 million ($11.5m) to be distributed during the 2027-30 World Cup commercial cycle, the FFE would generate $US20 million, then $US22 million ($31.6m) and $US24 million ($34.5m) in the following cycles, FIFA said.

If the FFE is approved, members could choose to take part in any additional financial opportunities created under the leadership of the subsidiaries' investors.

If it is rejected, members would only get a previously-promised $US10 million ($14.3m).

## Who are the private investors?

The effort is being bankrolled by Joshua Kushner, the brother of Jared Kushner, US President Donald Trump's son-in-law.



An investment firm owned by Joshua Kushner has been named by FIFA as a frontrunner to bankroll the FFE bid. *(Reuters: Brendan McDermid)*

Infantino said the bidding process would encourage "a pool of diverse international investors", although FIFA named Kushner's Thrive Eternal investment firm as the frontrunner.

On its website, Thrive says it "builds and invests in internet, software, and technology-enabled companies".

FIFA also said Greg Maffei, the CEO of Bann Ventures which develops healthcare, hotel, commercial and residential spaces, would become "a key commercial adviser" in the FFE's creation.

Maffei is the former president of Liberty Media, which acquired Formula One in 2017.

## How have confederations reacted?

UEFA was the first governing organisation to openly condemn Infantino's proposal.

"It is not FIFA's to sell," it said in a statement.

"The soul and governance of football are not assets to trade — especially with zero transparency as to who gains financially.

> "None of us are the owners of football."

The Asian Football Confederation (AFC) — which includes Australia and Middle Eastern nations as members — said it was not consulted about the proposal.

The Confederation of North, Central America and Caribbean Association Football (CONCACAF) said it was "deeply concerned by the lack of due process" surrounding the proposal, while the Confederation of African Football said it would host a meeting of members in the coming week to discuss the bid.

Football Australia only confirmed on Thursday that it had received notice from FIFA detailing the proposal.

"As this is the first time we have been made aware of the initiative, we are now working to understand the proposal in full," a statement said.

"We have requested further information from FIFA to properly assess the strategic, commercial, and governance implications of such a significant step."

## What happens next?

Infantino has set FIFA's members a deadline of September 19 for a decision to be made on the FFE.

The proposal's future is set in a game of numbers that will be determined by votes lodged by each of FIFA's 211 member nations.

While UEFA has been the most vocal confederation in opposing the FFE, it only represents 55 nations in Europe.

FIFA's Congress operates on a strict one vote principle applied to each member, meaning Infantino's push could still be approved with a majority vote of approval from the remaining 156 nations.

The equation could see smaller nations who have less access to overall FIFA finances compared to some of UEFA's larger European giants swayed by Infantino's funding offer.

## Why now, and what could investors gain?

Tim Harcourt, a UTS professor of sports economics and author of the Footynomics website, said while it was "unusual" for a global governing body to seek to sell its sport to private

investors, he was not surprised the proposal came less than a fortnight after the end of this year's FIFA World Cup.

"The World Cup surprised people [with] how well it went," he told the ABC.

"Nothing that potentially could have gone wrong in a World Cup happened. So, I think there's a lot of confidence right now in FIFA."



Donald Trump has previously flagged he would like to see the United States host an additional FIFA World Cup during his presidential term. *(Reuters: Dylan Martinez)*

Harcourt said he expected the FFE could lead to FIFA hosting more large-scale events such as the World Cup more frequently and on a bigger scale.

The FIFA World Cup is currently held every four years. This year's cup was expanded to include 48 nations for the first time, however Infantino has flagged the governing body is considering a 64-team event for the 2030 tournament.

Private investors could also champion more opportunities to cash in on advertisement potential, such as this year's controversial "hydration break" mid-match pauses, Harcourt said.

> "You have to be careful about control of the game, you have to be careful of corporate governance and you have to be careful of saturating the game,"

he said.

"The fact that the World Cup happens every four years … There's quite a nice balance.

"There's sort of natural life cycles in these things you don't want to play around with too much."

Harcourt suggested there may be an element of international politics playing into the FFE announcement.

Jared Kushner was one of the chief architects and negotiators of the Abraham Accords that were signed in 2020 between Israel, Bahrain and the United Arab Emirates.

The deals were brokered by the Trump administration as part of a broader push to integrate Israel more fully into the Middle East.

In the wake of the US war in Iran and the 2034 FIFA World Cup expected to be hosted by Saudi Arabia, Harcourt said "football diplomacy" could impact how the FFE takes shape.

If that link were to come to fruition, it would mark the latest alignment between Infantino and Trump after he created the FIFA peace prize that was awarded to the US president, and allowed Trump to intervene in a process that led to United States forward Folarin Balogun playing at the World Cup.

**ABC/Wires**

# EXHIBIT 100

# Fifa's sales pitch revealed: more tournaments, more debt ... but little mention of women's game

Fifa's 25-page sales deck makes case for World Cup plan

Reference made to doubling global tournaments

*Exclusive by* **Matt Hughes**

Thu 30 Jul 2026 10.19 EDT

Prefer the Guardian on Google

Fifa's sales pitch to persuade members to approve the sale of the World Cup's commercial rights clearly states that its plans for financial growth will be achieved by staging more tournaments, having higher ticket prices and debt financing.

A 25-page sales deck titled "Fifa Forward Enterprise Member Materials", that has been seen by the Guardian, makes the case for the creation of a new company to run Fifa's commercial operations, 20% of which would be sold to Joshua Kushner, a US investor who is the brother of Donald Trump's son-in-law, Jared Kushner.

The prospectus was produced by Fifa in conjunction with JP Morgan, the US bank that was also behind the failed European Super League breakaway five years ago.

In addition to the previously reported $20m (£15m) sign-up payment Fifa has offered to all 211 member associations, which could be made available as soon as January, the document projects that the four-year Fifa Forward payments would increase to $24m for each member by the 2035-39 cycle.

The sales deck makes clear that such growth will come from "a growing tournament portfolio", "third party sources of capital and debt financing", and prioritising "high yield" partnerships and events.

There is also a reference to more than doubling the number of global tournaments held each year, from 200 to 450, which if followed through would put a huge strain on player workload.

Staging the World Cup more frequently would be the most obvious way of raising revenue, with Gianni Infantino having previously proposed making it a biennial tournament five years ago.

The document also raises the prospect of TV coverage of the biggest events such as the World Cup being sold to subscription channels or streamers, by referring to a lan to "expand and optimize media rights monetization".

JP Morgan claims that Fifa is "undermonetized" but significantly makes comparisons with other sports leagues with the revenue figures based on club or franchise earnings, rather than with comparable governing bodies.

Fifa's stated annual revenue of $3.6bn therefore compares unfavourably with the NFL's compared revenue of $21.2bn, Major League Baseball's $13.1bn and the NBA's $12.5bn.

The document was sent to all 211 member associations on Wednesday night and immediately provoked a strong reaction.

One senior figure queried why Fifa, which has cash reserves of around $4bn and accumulated revenues of $15bn over the current four-year cycle, would need to take on debt.



Free newsletter | Every weekday

Sign up to Football Daily

Kick off your evenings with the Guardian's take on the world of football

**Enter your email**

Sign up

Another highlighted the odd comparison of a world governing body with private, member-run leagues, while JP Morgan's proposed timeline for completing the deal was also questioned.

According to the document “Investors will be given access to a term sheet and select materials” in August before a vote of Fifa members has taken place.

Significantly there is little mention of the investor group elsewhere in the prospectus, with no reference to its identity, projected returns or exit terms.

There is one more major omission in the document, as there is just one single reference to the women’s World Cup across its 25 pages.

Fifa was approached for comment.

The headline and text of this article were amended on 31 July 2026. An earlier version said there was no mention of women’s football in Fifa’s 25-page sales deck; in fact, there is one.

# EXHIBIT 101

# The Analysis Series: The reality of Infantino's "FIFA 4 Enterprise" plans compared to his sales pitch…

**theesk.org**/2026/07/30/the-analysis-series-the-reality-of-infantinos-fifa-4-enterprise-plans-compared-to-his-sales-pitch

By Paul Quinn July 30, 2026




On 28 July 2026, nine days after the World Cup final, FIFA announced the most consequential structural change to its commercial model in its history, drawing much condemnation from UEFA, politicians and fans alike.

Below I assess the proposal on its own terms, examine the financial architecture, and set out the governance and political critique. It is the clearest expression yet of the conversion of FIFA's commercial assets into electoral and political capital.

By way of contrast I include Infantino's sale's pitch

## What FIFA announced

Per FIFA's media release (28 July 2026), the administration is "exploring the concept" of consolidating FIFA's commercial rights, broadcast, sponsorship, ticketing and licensing, together with the operational delivery of all FIFA tournaments (men's, women's and youth) into FIFA Forward Enterprise (FFE), a new FIFA-owned and controlled subsidiary. FFE would raise up to $4.2bn "later this year" from minority, non-controlling investors at an implied equity valuation of $20bn, a stake of up to 20% approximately. FIFA says it would retain sole control

via majority board representation and exclusive authority over football governance, competitions, the international match calendar and all regulatory and sporting decisions, that investors would have no operational role, that "all net benefits of FFE will be reinvested back into football," and, in its own words, that "for FIFA, nothing changes." The consultation follows "the receipt of a proposal" from an undisclosed originator.

The headline of the release, however, is not the structure but the money offered to the electorate. The development-funding ladder is set out below.

| Funding line (per member association) | Amount | Basis |
|---|---|---|
| FIFA Fast Forward Programme (FFFP) — optional one-off capital | $20m | New; financed by the FFE capital raise |
| FIFA Forward, 2027–2030 cycle | $20m | vs $8m currently budgeted, a 150% uplift |
| FIFA Forward, 2031–2034 cycle | $22m | Stated intention |
| FIFA Forward, 2035–2038 cycle | $24m | Stated intention |
| **Total planned development funding, next four years** | **>$10bn** | **"Largest such commitment ever made by any sports organisation" (FIFA)** |

The proposed investor group is expected to be led by Thrive Eternal, a permanent-capital holding company launched by Thrive Capital, founded by Joshua Kushner, brother of Jared Kushner, President Trump's son-in-law, which this year took a minority stake in Major League Baseball's San Francisco Giants and counts former Disney CEO Bob Iger as an adviser.

Greg Maffei, CEO of BANN Ventures and formerly President and CEO of Liberty Media during its acquisition and ownership of Formula One, has been a key commercial adviser and will remain involved. J.P. Morgan is engaged as financial adviser, OpenEconomics is engaging prospective investors, and Fortune reports Apollo Sports Capital is in talks to join the group. Launch is conditional on the support of a majority of the 211 member associations and approval of regulatory updates by the FIFA Council.

**FIFA does not need the capital.** This is the first and most important analytical point. FIFA projects cycle revenue above $15bn and a cycle net profit above $1bn, holds financial assets above $5bn, and has just approved a 2027–2030 budget targeting more than $14bn. No funding gap exists that a $4.2bn equity raise is required to fill.

The raise is therefore not a financing decision; it is a political one, and the arithmetic proves it.

The FFFP offers each of the 211 member associations up to $20m in one-off capital: 211 × $20m = $4.22bn, almost exactly the size of the planned $4.2bn raise. On FIFA's own numbers, the entire proceeds of selling a permanent minority interest in its commercial enterprise would be consumed by a one-off cash distribution to the member associations, the same 211 members whose majority vote approves the structure, eight months before they re-elect the president in Rabat. FIFA is, in substance, capitalising a slice of its future commercial income in perpetuity to fund an immediate payment to its own electorate.

**The reinvestment claim cannot be squared with investor returns.** FIFA states that "all net benefits of FFE will be reinvested back into football." But minority investors deploying $4.2bn of permanent capital require a return, through dividends, preferred distributions, valuation growth and exit rights, or some combination. Whatever mechanism applies, value must ultimately flow out of football's commercial income to service that capital; the two statements are irreconcilable as written. None of the return mechanics, dividend policy, governance rights, exit provisions, any liquidation preference or IPO pathway — has been disclosed. UEFA's charge of "zero transparency as to who gains financially" is, on the published information, simply accurate.

**The valuation cuts both ways.** A $20bn implied equity value equates to roughly 1.3× the record 2023–2026 cycle revenue, or about 5× annualised revenue, for perpetual rights over the World Cup and FIFA's entire tournament portfolio. Against precedent transactions, Liberty Media's $8bn enterprise-value acquisition of Formula One in 2016, since worth multiples of that, a case can be made that $20bn under-prices a perpetual interest in football's crown-jewel inventory, meaning member associations would be selling cheaply.

The opposite case is that investors are paying a full multiple for cash flows attached to a politicised not-for-profit facing active EU competition proceedings. That both cases are arguable is itself the point: no independent valuation, fairness opinion or competitive process has been disclosed.

The precedents are also cautionary in the other direction, France's Ligue 1 sold 13% of its media business to CVC for €1.5bn in perpetuity and the deal is now widely regarded within French football as a strategic disaster; LaLiga's CVC arrangement (Impulso) remains contested by its biggest clubs. Notably, the Maffei/Liberty playbook was applied to a private commercial business; applying it to the game's global regulator is categorically different.

Infantino, having been forced to make public his plans, has come out fighting – below is his response both in video and transcript format.

There's been universal condemnation from UEFA, and strikingly our new British Prime Minister, Andy Burnham

**Andy Burnham**
@andyburnham

Let me say this very directly.

Football does not belong to investors. It belongs to the people who fill the stands and who stand on the touchline week in, week out, rain or shine.

The World Cup is not a product. It is the greatest competition in world sport, and it was never

Jul 28, 2026 · View on X

I'll be publishing a much more comprehensive analysis of where FIFA is in the next few days but the contrast between my analysis (above) and Infantino's sales pitch below is worthy of note.

### Infantino's sales pitch

### Transcript:

> Well, FIFA 4 Enterprise or FFE is actually a proposal, an offer, it's part of a democratic process, a consultation process, and above all it is an opportunity but not an obligation and as I said it kicks off the consultation process.
>
> If and only if it is approved by the majority of our 211 member associations and the FIFA Council it would be a FIFA-owned and controlled subsidiary consolidating FIFA's commercial and event operations.
>
> It would simply commercialise and organise all FIFA-owned competitions along with sponsorship brokers licensing a new venture for the benefit of FIFA's 211 member associations, however unlocking previously uncaptured commercial value.
>
> Too little of football's growing commercial value reaches the parts of the game that need it most. Capturing that value requires additional expertise, additional insight, distinct from governing and developing the sport.
>
> FIFA has been transformed over the past decade through sweeping governance reforms and a major expansion of development and competitions.
>
> Strengthening the commercial side of the game is the natural next step in this evolution.
>
> So we believe that the FFE proposal would unlock the sport's potential in every corner of the world across men's, women's and youth's football.

In the next forward cycle alone, distributions would rise from $8 million per MA to $20 million.

Additionally, each MA would also have the option to access a further $20 million through the FIFA Fast Forward programme, taking the potential funding to $40 million per MA for this next cycle.

It is a golden opportunity to turbo-charge the development of the game globally.

But again, it is just an offer, not an obligation, and we are having the fiduciary duty to do so and we are here to discuss it with everyone.

The fans remain the cornerstone of the beautiful game and the sport they watch and love will not change. FIFA obviously continues to govern football without any external interference and the flagship tournament it organises, like the FIFA World Cup or the FIFA Women's World Cup, will always remain.

More revenue returned to the member associations means more investment in better pitches, stronger national teams and more pathways for young girls and young boys everywhere in the world.

We care about everyone.

So the benefits of sustained investments are already visible.

A decade of raising support through FIFA Forward helped nations like Capo Verde, Curaçao, Jordan and Uzbekistan reach the FIFA World Cup for the very first time.

We want to help creating the next Capo Verdes.

Fans from the corners of these four countries of the world and many, many other fans from everywhere in the world would gain immeasurably from this game-changing potential because it will transform football in their countries.

But again, it is simply a choice for our members.

# EXHIBIT 102

SPORTS + SOCCER +

# FIFA Draws Fury Over Plan to Sell Stakes in World Cup

ADD TIME ON GOOGLE

by Miranda Jeyaretnam
REPORTER

Updated: JUL 30, 2026 6:30 AM ET • Published: JUL 29, 2026 6:30 AM ET

FIFA President Gianni Infantino and U.S. President Donald Trump in conversation after the award ceremony during the FIFA World Cup 2026 Final match between Spain and Argentina at New York New Jersey Stadium in East Rutherford, N.J., on July 19, 2026. *Alex Pantling—FIFA/Getty Images*

FIFA is considering selling a minority stake in the World Cup's commercial rights, a plan that critics say would turn soccer's biggest tournament into an investment asset and threaten to upend the sport.

FIFA said Tuesday that it will create a $20 billion subsidiary to house its commercial and event operations and offer external investors the opportunity to buy shares of up to 20% of the subsidiary. FIFA claims that offering minority interests to private investors would allow it to raise up to $4.2 billion that can be used to fund soccer development programs worldwide. FIFA says it would retain sole control of the enterprise and "exclusive authority" over its competitions, governance, and all regulatory and sporting decisions.

Recommended Stories

How Much the National Debt Grew Under Trump and Biden



11 Things to Say When Someone Dies Besides 'I'm Sorry'

Salmonella Egg Recall Is Now Class I, the FDA's Highest Risk Level

"Football is the world's most popular sport and an extraordinary engine of human and social development," FIFA President Gianni Infantino said in a statement. "Parts of the game have turned that popularity into remarkable commercial value—and we celebrate that success and want it to continue, because it lifts the whole game."

But the move has faced backlash from soccer officials, fans, and political leaders, who say it would overly commercialize the sport. Critics also fear that it could deepen FIFA's already-controversial ties with U.S. President Donald Trump through potential investors linked to his family. The proposal comes on the heels of the 2026 men's World Cup, which was co-hosted by the U.S. and brought in a record $12 billion in revenue for the organization.

"The soul and governance of football are not assets to trade—especially with zero transparency as to who gains financially," European soccer body UEFA said in a statement. The organization is reportedly planning to hold an emergency meeting this week to discuss plans to oppose the proposal, including a potential World Cup boycott.

Advertisement

"The close relationship between the FIFA President and the US President has reached a financial dimension that is deeply damaging football," posted Infantino's predecessor, former FIFA president Sepp Blatter, who was dogged by accusations of corruption and financial mismanagement during his tenure but has since become a vocal critic of his successor. "No one has the right to sell our game."

## Plan to bring in private investors

The commercial subsidiary, "FIFA Forward Enterprise" (FFE), would consolidate FIFA's commercial rights, including broadcast, sponsorship, ticketing and licensing, with the operational delivery of FIFA tournaments. The enterprise would raise capital from investors and significantly increase funding for FIFA's 211 member associations, according to FIFA's announcement. Revenue generated through FFE would also help finance increased development funding for its member associations, FIFA said. FFE has an initial implied equity valuation of $20 billion, estimated by J.P. Morgan.

Advertisement

The existing FIFA Forward program is budgeted to provide $8 million in development funds to each member association during the 2027-30 World Cup cycle. Under the proposal, the program would increase funding to $20 million each during the upcoming cycle, and to $22 million and $24 million each for the following four-year cycles through 2038.

Each member association would also be able to access an optional $20 million in one-off, immediate funding for special development projects through a new "FIFA Fast Forward Program." The funding could go toward infrastructure, coaching, national teams, competitions, grassroots football, and the women's game. That means, if the proposal is approved, member associations that opt into the voluntary program could get up to a total $40 million in funding for the upcoming cycle.

In its proposal to member associations, FIFA argued that the World Cup has been under-monetized compared to other sporting competitions, and that FFE would allow FIFA to separate its commercial operations from governance of the sport. FFE would remain a FIFA-controlled entity.

FFE would be managed by a dedicated team and board of directors, none of whom have been appointed yet, according to FIFA's website. "The proposal does not establish a future role or compensation package for any specific individual," FIFA said.

Bloomberg reported that the idea for FFE first arose last year during private discussions between Infantino and Joshua Kushner, the brother of Trump's son-in-law Jared Kushner. J.P. Morgan was reportedly brought in early this year to develop a way for FIFA to monetize its media rights and pitch it to potential investors.

Thrive Eternal, a company launched by Kushner, is expected to lead the investor group for FFE. Thrive is a permanent capital investment firm created earlier this year to buy and hold minority stakes in sports teams and other iconic brands.

Kushner does not have political ties to the Trump Administration. His most recent political donation was to the Obama Foundation, according to public records.

Advertisement

Investors in FFE would not have a seat on FIFA's Council or be able to vote in FIFA's congress. The Guardian also reported that investors would not receive dividends from the scheme. Instead, they would potentially realise a return if they sell their stake in future, the organization said.

"Outside investors will have only a minority stake in FFE and will not play any operational role," FIFA said in its announcement. "Equally, they are investing in a subsidiary of FIFA, and not in FIFA itself. For FIFA, nothing changes."

TIME has reached out to FIFA for comment. Thrive Capital, a venture capital firm founded by Kushner, said it did not have a comment to provide at this time.

# Soccer confederations, lawmakers criticize proposal

The outline of the proposed project was shared with FIFA's member associations in Manhattan on July 18, FIFA told the Associated Press. The final decision on the proposal will require majority support from FIFA's member associations and approval by the FIFA council.

Advertisement

FIFA began the official consultation process on Tuesday, and member associations will have until Sept. 19 to decide on the proposal. FFE is "part of a democratic process, a consultation process," Infantino said on Wednesday. "Above all, it is an opportunity but not an obligation."

"If, and only if, it is approved by the majority of our 211 member associations and the FIFA council, it would be a FIFA-owned and controlled subsidiary," he added.

If the proposal is approved, FFE would begin operating next year, according to FIFA.

But several of FIFA's confederations have criticized the fact that the proposal was announced publicly before the consultation process was launched.

Some critics have also argued that the proposed financial benefit through the voluntary program to member associations creates an incentive for them to accept the broader proposal.

"Today we have learned of FIFA's deadline to associations to support their proposals or have the one-off payout offer withdrawn. This says everything you need to know about this plan," UEFA, which represents 55 FIFA member associations, said in a Wednesday statement. FIFA said that member associations will not receive ownership stakes in FFE and that the proposed funding is not an equity allocation.

Advertisement

UEFA was not the only soccer body to express concern about the proposal. The European soccer confederation said that it has had "discussions with many stakeholders across the game" and that there is "significant and growing opposition to FIFA's scheme."

CONCACAF, the confederation that governs soccer in North America, Central America, and the Caribbean and that represents 35 of FIFA's member associations, said it was "deeply concerned by the lack of due process," including the fact that plans had been announced "before any discussion with the relevant governance bodies and stakeholders has taken place."

The Football Association, England's national football governing body, also said it was "deeply concerned about the lack of process and governance to get to this point, and the apparent substance and principles involved." FA Chair Debbie Hewitt is one of FIFA's eight vice-presidents.

The Asian Football Confederation also expressed concern about the proposal and said it was not consulted on it. The body, which represents 46 FIFA member associations, said it "is disappointed that a matter of such significance entered the public domain" before it was discussed "through the appropriate and established governance channels."

Advertisement

It's also not the first time that FIFA has faced backlash over a proposed commercial deal. In 2018, Infantino pursued a $25 billion deal with a consortium led by Japanese firm SoftBank that would finance an expanded Club World Cup and a new global Nations League. But the commercial package ultimately failed due to opposition. UEFA had raised concerns about transparency and said that the new competitions would threaten European tournaments.

Other sports organizations have also created separate commercial entities, including UEFA which has a joint venture with European Football Clubs to sell

commercial rights to certain competitions.

"Establishing subsidiaries is nothing new for FIFA," the organization said on its website.

The proposal comes as relations between UEFA and FIFA have strained. UEFA President Aleksander Čeferin skipped the World Cup final after disputes with FIFA over disciplinary procedures and match operations. UEFA said FIFA had "crossed a red line" when FIFA suspended the implementation of an automatic one-match ban for U.S. forward Folarin Balogun, who had received a red card after Trump's reported intervention.

Advertisement

Infantino, who is up for reelection as head of FIFA next year, has faced criticism from UEFA over his close ties to Trump and what critics say is a lack of transparency in FIFA's decision-making. Infantino was scrutinized after accompanying Trump on a Gulf tour instead of attending the start of the FIFA Congress in 2025, prompting a UEFA-led walkout.

Ahead of this year's World Cup, some European soccer officials and politicians called for fans to boycott the U.S. games, citing both Infantino's friendship with Trump and the Trump Administration's immigration and foreign policies. Infantino was also criticized for presenting Trump with a newly-created FIFA Peace Prize, and for opening a FIFA office in New York's Trump Tower, a property owned by the Trump Organization.

"FIFA, Donald Trump's favorite corrupt racketeering enterprise in world sports, is now going directly into business with the Trump family!" the House Judiciary Democrats posted on X. "Apparently the fake Peace Prize and giant lease with Trump Tower weren't enough—now Infantino performs a kickback hat trick by pursuing a multibillion-dollar deal with Jared Kushner's brother to sell ownership stakes in the World Cup to private investors."

Advertisement

The Democratic committee members said the proposal was an example of "more oligarch corruption" after FIFA's use of dynamic pricing helped push World Cup ticket prices to unprecedented levels. Earlier this week, the group of lawmakers called on Infantino to sit for an interview about "deceptive" ticket practices and alleged corruption between him and Trump.

Andy Burnham who became British Prime Minister earlier this month after Keir Starmer resigned, also criticized the proposal.

"Let me say this very directly. Football does not belong to investors. It belongs to the people who fill the stands and who stand on the touchline week in, week out, rain or shine," Burnham posted on X. "The World Cup is not a product. It is the greatest competition in world sport, and it was never anyone's to sell. Dress the deal up however you like. Once you have sold a piece of it, you have sold out.

"Football belongs to the fans. It always has, and it always will."


## Must-Reads from TIME

**FIFA's Infantino Scraps World Cup Investment Plan. But Is It Too Little, Too Late?**
READ MORE

**Does Pickle Juice Really Help Muscle Cramps?**
READ MORE

**Trump's FIFA Intervention Draws Global Backlash**
READ MORE

**Trump Storms Out of NBC Interview After Being Challenged on False Claims**
READ MORE

**Erling Haaland Has Already Won the World Cup**
READ MORE

**Stop Saying These 12 Things About Aging—Especially to Yourself**
READ MORE

# EXHIBIT 103

# $20 billion and $40 million per vote!: the secret document revealing Infantino's plan before the collapse

goal.com/en-in/news/usd20-billion-and-usd40-million-per-vote-the-secret-document-revealing-infantino-s-plan-before-the-collapse/blt03ae08bf1cdfea2d

Abdelmawgood Samir

August 7, 2026




ZUMA Press Wire

## Translated by

Intriguing details

French newspaper "L'Équipe" has revealed a confidential document prepared for FIFA's member associations, laying bare the details of the "FIFA Forward Enterprise" project that Gianni Infantino put forward at the end of last July, only to withdraw it days later under the weight of objections.

The document obtained by "L'Équipe" makes clear this was no spur-of-the-moment idea or hastily assembled proposal. It grew out of extensive financial and commercial work carried out with American investment bank "JP Morgan". Inside was an integrated blueprint for a huge commercial entity affiliated with FIFA, complete with financial models, an administrative structure and plans to grow revenues and redistribute them to the member associations.

**A company worth 20 billion dollars**

Running to around 25 pages, the document carries an internal title marking it as material for members of "FIFA Forward Enterprise". It sets out in detail the proposed structure of the new company, its sources of income and how it would operate.

At the heart of the project sat a commercial company that would gather and manage FIFA's various revenue-generating activities. That meant broadcasting and media rights, sponsorship contracts, ticket sales and hospitality services, and licensing and product rights, plus the organisation and running of the major tournaments, chief among them the World Cup and the Club World Cup.

The presentation valued the proposed company at around 20 billion dollars. FIFA planned to sell a minority stake of about 20% to private-sector investors, a move that would have handed the governing body around 4.2 billion dollars immediately.

Bringing in investors would not have handed them influence over sporting decisions. The vision stipulated that FIFA would retain the majority of the capital and a majority of the board seats, while keeping decisions on sporting governance, competitions and their scheduling, and sporting organisation under its exclusive control.

**40 million dollars for each association before the 2030 World Cup**

Restructuring FIFA's commercial activity was only part of it. The document also laid out huge financial incentives for the 211 national associations.

Under the proposed vision, the basic allocations of the "FIFA Forward" programme would rise from 8 million dollars to 20 million dollars for each association during the 2027-2030 cycle.

Associations could then claim an additional 20 million dollars immediately through the "Fast Forward" programme, taking the total potential funding for each association to 40 million dollars before the 2030 World Cup.

Nor did the increases stop there. The document set out a vision to raise funding to 22 million dollars during the 2031-2034 cycle, and then to 24 million dollars in the 2035-2038 cycle, bringing the total a single association could receive to around 86 million dollars over 12 years.

There was a catch. Full benefit from this financial package was tied to approval of the new structure, with 19 September 2026 set as the deadline for taking up the offer on the terms laid out in the plan.

**A project prepared months before the announcement**

The figures and projections tell their own story. "FIFA Forward Enterprise" was no quick response to the commercial success of the 2026 World Cup, but a project prepared in advance at an advanced institutional level.

Inside were financial models and growth estimates, a detailed vision of the company's structure, its sources of revenue and how profits would be reinvested, plus a plan to tap commercial sources the drafters described as valuable and which FIFA has not yet exploited to the full.

The plan also pushes for a sharper separation of commercial activity from the sporting side, leaning on specialist expertise and an investment vision relatively independent of the running of competitions and the development of football.

Preparation on this scale shows FIFA treated the project as a long-term institutional transformation, not merely a proposal to be kicked around the corridors of the associations.

**A swift announcement, and an even swifter withdrawal**

The project surfaced on 28 July 2026. It soon ran into widespread objections from across the football system, among them UEFA, the AFC and CONCACAF, alongside a number of European associations.

Internal turmoil followed. Carlos Cordeiro, the adviser close to Infantino, resigned, before the escalation peaked in the early hours of 1 August, when the FIFA president announced the withdrawal of the project.

Infantino justified the decision on the grounds that the initiative had caused divisions within the football system, running counter to the objective he had been chasing through it.

The document revealed by "L'Équipe" paints a very different picture of the project's scale. What surfaced at the end of July was no improvised idea or trial balloon, but a commercial plan whose details had been prepared in advance, one that included a vision for an entity worth 20 billion dollars, additional funding of tens of millions for each association, and the opening of the door to private investments worth billions of dollars.

# EXHIBIT 104

THE TEAM

Subscribe

THE TEAM

Advertisement



Soccer, Economy

# What is a commercial entity in soccer—the structure FIFA wants to create to sell shares in the World Cup?

This content is restricted to users located in France due to broadcasting rights, which have been acquired exclusively for that territory.




Launch: L'Équipe + Ligue 1+ starting at €14.99/month

All Ligue 1+ matches and all L'Équipe content, unlimited, in one place

Subscribe

Skip

profitable in a new company open to private equity funds. To gauge the magnitude of the shock, one must understand how such an arrangement works.

**Matias Archambeau**

Published on July 31, 2026, at 7:27 p.m.

Add L'Équipe to your favorite sources

In late July, FIFA launched one of the most sensitive projects of Gianni Infantino's presidency. The organization plans **to create a subsidiary called FIFA Forward Enterprise** (FFE), consolidate its most profitable commercial activities within it, and then sell approximately 20% of the company to private investors for $4.2 billion. In exchange, it promises to double the financial aid provided to its 211 member associations between 2027 and 2030.

***L'ÉQUIPE***

advertisement

The plan immediately sparked an outcry. UEFA, several confederations, and FIFPRO have condemned both the method and the substance of the proposal, going so far as to threaten a boycott of FIFA competitions

**Launch: L'Équipe + Ligue 1+ starting at €14.99/month**

L'EQUIPE + LIGUE 1+

All Ligue 1+ matches and all
L'Équipe content, unlimited, in one place

Soccer, FIFA

**Everything You Need to Know About Gianni Infantino's Plan to "Sell the World Cup"**



6 minutes

**How does a commercial company work?**

The principle is relatively simple. A federation or league spins off its most lucrative activities into a separate entity. Television rights, sponsorships, hospitality, and ticket sales are consolidated there to form a package that is easier to monetize. Once this entity is created, a portion of its equity can be opened up to investors. The sports organization retains control of the new company. In return, it immediately receives cash through the sale of a minority stake. Investors, for their part, are buying a share today in an asset expected to be worth more tomorrow. If the World Cup's commercial machine continues to grow, their stake will also increase in value. FIFA, however, has not specified how this profit would be redistributed.

World Cup

**Frédérique Reynertz, sports law attorney: "Every aspect of the World Cup is commercially overexploited"**




**L'ÉQUIPE**

advertisement




**Launch: L'Équipe + Ligue 1+ starting at €14.99/month**

All Ligue 1+ matches and all L'Équipe content, unlimited, in one place

Its future subsidiary would pool the revenue generated by the men's and women's World Cups, the Club World Cup, and several other competitions. The organization emphasizes one point: it assures that the FFE will remain *"permanently owned and controlled by FIFA*," with no changes to its governance. In other words, it would not be selling the World Cup, but rather a portion of the revenue it will generate in the future.

The goal is clear. By selling off about one-fifth of FFE, FIFA hopes to raise $4.2 billion. A portion of this sum would fund a dramatic increase in financial aid to national federations. Each federation could receive up to $40 million over four years, provided the plan is approved.

**A model already used in soccer**

Soccer is already familiar with this type of arrangement. In 2022, the Professional Soccer League (LFP) created its commercial company before selling 13% of it to the CVC fund in France for 1.5 billion euros. The goal was to quickly free up resources amid a crisis in television rights. Spain's La Liga followed a similar approach (10% of shares for 2.7 billion euros in 2021).

The difference, however, is significant. At that time, the LFP was seeking a financial lifeline. FIFA, on the other hand, is in excellent financial health. It forecasts nearly $15 billion in revenue for the 2023–2026 cycle—double that of the previous period. Several observers therefore believe that FIFA could have created this subsidiary without opening up its capital to private investors. This discrepancy fuels some of the questions surrounding the matter.

Soccer, FIFA

**Emmanuel Macron's former sports advisor condemns "completely unbridled financialization"**



**Launch: L'Équipe + Ligue 1+ starting at €14.99/month**

L'EQUIPE + LIGUE 1+

All Ligue 1+ matches and all L'Équipe content, unlimited, in one place

Criticism centers primarily on the approach. UEFA, several confederations, and FIFPRO, the players' union, feel they were not truly consulted before the project was unveiled. They also point to a very tight timeline, as the additional $20 million promised through the FIFA Fast Forward program would be reserved for federations that approve the reform by September 19.

This financial promise is also fueling a political debate. Each federation has one vote within FIFA. For the smaller federations, $40 million can sometimes represent several years' worth of operating funds. Opponents fear that this redistribution of funds could sway the vote and further strengthen the influence of Gianni Infantino, who has made development aid one of the hallmarks of his presidency.

Soccer

**How FIFA Is Facing Headwinds After the Plan to "Sell the World Cup"**



3 minutes

Finally, the plan raises a more symbolic question. An investment fund does not acquire a stake in a company out of charity. It expects a return on its investment. This fuels fears of an ever-increasing commercialization of competitions, with more matches, new formats, or additional advertising slots—such as the "refreshment breaks" during the 2026 World Cup, timed to coincide with commercial breaks on certain broadcasters' channels.

It is precisely this trend that the project's critics reject. Legally, FIFA maintains that it is not selling the World Cup. But for its opponents, opening up part of the World Cup's economic value to investors amounts to transforming the most

**Launch: L'Équipe + Ligue 1+ starting at €14.99/month**

L'EQUIPE + LIGUE 1+

All Ligue 1+ matches and all L'Équipe content, unlimited, in one place

**125 comments** **39**

Comment

React to this article

Comments are subject to moderation rules. Read the guidelines

*E* **elsa_63** Gérard Lopez would be the perfect candidate to lead FIFA in 2027!

100 Reactions 2 weeks Report

View 124 more comments

**Quick links**

© L'Équipe 24/24 - 2026

Back to top ∧

Legal Notices

Privacy Policy

Terms of Use

Accessibility

L'EQUIPE + LIGUE 1+

**Launch: L'Équipe + Ligue 1+ starting at €14.99/month**

All Ligue 1+ matches and all
L'Équipe content, unlimited, in one place

L'ÉQUIPE
publicité



Foot, Economie

# Qu'est-ce qu'une société commerciale dans le football, la structure que veut créer la FIFA pour vendre des parts de la Coupe du monde ?

Ce contenu est réservé aux utilisateurs situés en France en raison des droits de diffusion, acquis uniquement sur ce territoire.




Ces derniers jours, la FIFA a mis le monde du football en alerte en annonçant vouloir loger ses activités les plus rentables dans une nouvelle société ouverte à des fonds privés. Pour mesurer l'ampleur du choc, il faut comprendre comment fonctionne un tel montage.

**Matias Archambeau**
publié le 31 juillet 2026 à 19h27

L'ÉQUIPE
publicité

**chrono** → filtrer : football

17:52 Foot, Ligue des champions
Yaya Touré et le Slovan Bratislava arrachent...

17:43 Foot, Instances
L'UEFA veut la peau d'Infantino

17:39 Foot, Ligue des champions
Les chapeaux et le mode d'emploi du tirage ...

17:38 Foot, Ligue 1, PSG
Dembélé au repos, les raisons d'une décisio...

17:30 Foot, Serie A, AS Rome
Malen, le fermier devenu empereur

17:23 Foot, Ligue des champions, OL
Dhorasoo : «Les Lyonnais ne sont pas al...

17:17 Foot, Ligue des champions
«Allez l'OM !» : provocation de Guendou...

17:14 Foot, Ligue des champions
L'AEK Athènes et le Viking FK qualifiés

17:07 Foot, Liga
Intenable, Mbappé emmène le Real Mad...

L'ÉQUIPE
publicité



Fin juillet, la FIFA a lancé l'un des projets les plus sensibles de la présidence de Gianni Infantino. L'instance souhaite créer une filiale baptisée FIFA Forward Enterprise (FFE), y regrouper ses activités commerciales les plus rentables puis en céder environ 20 % à des investisseurs privés pour 4,2 milliards de dollars. En échange, elle promet de doubler les aides versées à ses 211 fédérations membres entre 2027 et 2030.

L'ÉQUIPE
publicité

Le projet a immédiatement suscité une levée de boucliers. L'UEFA, plusieurs confédérations et la FIFPRO dénoncent autant la méthode que le fond, au point d'agiter la menace d'un boycott des compétitions FIFA. Derrière cette bataille se cache une notion encore peu connue du grand public. Qu'est-ce qu'une société commerciale dans le football, et pourquoi son utilisation divise-t-elle autant ?

Fout, FIFA

**Tout comprendre du projet de Gianni Infantino de « vendre la Coupe du monde »**



6 minutes

## Comment fonctionne une société commerciale ?

Le principe est relativement simple. Une fédération ou une ligue isole ses activités les plus lucratives dans une structure distincte. Droits télévisés, sponsoring, hospitalités ou billetterie y sont regroupés afin de former un ensemble plus facile à valoriser. Une fois cette entité créée, une partie de son capital peut être ouverte à des investisseurs. L'institution sportive garde le contrôle de la nouvelle société. En contrepartie, elle empoche immédiatement des liquidités grâce à la cession d'une participation minoritaire. Les investisseurs, eux, achètent aujourd'hui une part d'un actif censé valoir plus demain. Si la machine commerciale de la Coupe du monde continue de grossir, leur participation prendra elle aussi de la valeur. La FIFA n'a toutefois pas détaillé la manière dont ce gain serait redistribué.

Coupe du monde

le journal




lire l'édition

Frédérique Reynertz, juriste en droit du sport : « Chaque recoin du Mondial est commercialement surexploité »






L'EQUIPE
publicité

Sa future filiale réunirait les revenus générés par la Coupe du monde masculine et féminine, le Mondial des clubs et plusieurs autres compétitions. L'instance insiste sur un point. Elle assure que FFE restera *« détenue et contrôlée de manière permanente par la FIFA »,* sans modification de sa gouvernance. Autrement dit, elle ne vendrait pas la Coupe du monde, mais une partie des gains qu'elle générera demain.

L'objectif est clair. En cédant environ un cinquième de FFE, la FIFA espère encaisser 4,2 milliards de dollars. Une partie de cette somme financerait une hausse spectaculaire des aides versées aux fédérations. Chacune pourrait toucher jusqu'à 40 millions de dollars sur quatre ans, à condition que le projet soit validé.

## Un modèle déjà utilisé dans le football

Le football connaît déjà ce type de montage. En 2022, la Ligue de football professionnel (LFP) a créé sa société commerciale avant d'en céder 13 % au fonds CVC en France contre 1,5 milliard d'euros. L'objectif était de dégager rapidement des ressources dans un contexte marqué par la crise des droits télévisés. La Liga espagnole avait suivi une logique comparable (10 % des parts pour 2,7 milliards d'euros en 2021).

La différence est pourtant de taille. À ce moment-là, la LFP cherchait alors une bouffée d'oxygène financière. La FIFA affiche, elle, une santé économique florissante. Elle prévoit près de 15 milliards de dollars de recettes sur le cycle 2023-2026, soit le double de la période précédente. Plusieurs observateurs estiment donc qu'elle aurait pu créer cette filiale sans ouvrir son capital à des investisseurs privés. Un décalage qui alimente une partie des interrogations.

Foot, FIFA

**L'ex-conseiller sport d'Emmanuel Macron dénonce une « financiarisation totalement débridée »**



4 minutes

accueil
chrono
2
directs
20
TV
le journal
jeux

## Pourquoi le projet est-il autant contesté ?

Les critiques portent d'abord sur la méthode. L'UEFA, plusieurs confédérations et la FIFPRO, le syndicat des joueurs, estiment ne pas avoir été réellement consultées avant la révélation du projet. Elles pointent aussi un calendrier très serré, puisque les 20 millions de dollars supplémentaires promis via le programme FIFA Fast Forward seraient réservés aux fédérations qui approuveraient la réforme avant le 19 septembre.

Cette promesse financière nourrit également un débat politique. Chaque fédération dispose d'une voix au sein de la FIFA. Pour les plus modestes, 40 millions de dollars représentent parfois plusieurs années de fonctionnement. Les opposants craignent que cette redistribution ne pèse sur le vote et ne renforce encore l'influence de Gianni Infantino, qui a fait de l'aide au développement l'un des marqueurs de sa présidence.

Foot

**Comment la FIFA est secouée par des vents contraires après le projet de « vendre la Coupe du monde »**

3 minutes



Enfin, le projet soulève une question plus symbolique. Un fonds d'investissement n'entre pas au capital d'une société par charité. Il attend un rendement. Ce qui alimente les craintes d'une commercialisation toujours plus poussée des compétitions, avec davantage de matches, de nouveaux formats ou d'espaces publicitaires supplémentaires, à l'image des pauses fraîcheur du Mondial 2026, calées sur les coupures pub de certains diffuseurs.

C'est précisément cette dérive que rejettent les détracteurs du projet. Juridiquement, la FIFA affirme ne pas vendre la Coupe du monde. Mais pour ses opposants, ouvrir à des investisseurs une partie de la valeur économique du Mondial revient à transformer la compétition la plus prestigieuse du football en pur actif financier.

Toute l'actualité du football →

**125 commentaires** **39 réactions**

ajouter un commentaire | réagir à l'article

Les commentaires sont soumis à des règles de modération. lire la charte

# EXHIBIT 105

# Senior FIFA executive says staff were deceived over Infantino's World Cup sell-off plan

AP apnews.com/article/cordeiro-infantino-fifa-executive-world-cup-4cff20f6e2dda925e6d5395b56dcf9ab

Graham Dunbar July 31, 2026

0 seconds of 0 secondsVolume 0%

1 of 4 |

FIFA President Gianni Infantino has proposed spinning off FIFA's commercial businesses, including World Cups and Club World Cups for men and women, into a $20 billion subsidiary with 20% owned by private investors.




2 of 4 |

FIFA President Gianni Infantino speaks during a news conference at the stadium in Mexico City, Wednesday, June 10, 2026, a day before the opening FIFA World Cup match between Mexico and South Africa. (AP Photo/Eduardo Verdugo, File)




3 of 4 |
UEFA's deputy general secretary Kevin Lamour, centre, looks on as he stands next to UEFA President Aleksander Ceferin, right, prior to the start of a Group F match between Turkey and Georgia at the Euro 2024 soccer tournament in Dortmund, Germany, Tuesday, June 18, 2024. K(AP Photo/Alessandra Tarantino, File)



4 of 4 |
President Donald Trump answers questions from reporters during a meeting with the White House task force on the 2026 FIFA World Cup in the Oval Office of the White House, Monday, Nov. 17, 2025, in Washington, as FIFA President Gianni Infantino, Secretary of State Marco Rubio and FIFA senior adviser Carlos Cordeiro listen. (AP Photo/Evan Vucci, file)

Leer en español

Add AP News on Google Add AP News as your preferred source to see more of our stories on Google.

120

GENEVA (AP) — FIFA's chief operating officer said its staff were deceived by their president Gianni Infantino's World Cup sell-off plan, and suggested on Friday the project must not go ahead.

Zurich-based executive Kevin Lamour all but invited Infantino to fire him in a statement to The Associated Press that defended his colleagues amid intense fallout from the FIFA boss' plan to sell stakes in future World Cup profits to private equity funds.

Lamour wrote that staff were “deceived” by Infantino’s lack of openness in planning the sale over recent months and “deserve better than contempt and intimidation.”

“It is the project of one person,” Lamour, a long-time colleague of Infantino at both FIFA and European soccer body UEFA, wrote. “Not only must this project not go ahead … but the time has now come for football political leaders to ask themselves the right questions and make the right decisions.”

Lamour’s statement came hours after Infantino’s senior adviser Carlos Cordeiro, a former Goldman Sachs banker who represented the soccer body on the White House Task Force for the World Cup, resigned and urged other senior FIFA staff to speak out.

“I cannot stand by while FIFA considers selling a stake in the World Cup,” Cordeiro wrote in a statement. The former U.S. Soccer Federation president said he was not included in talks about the plan backed by a New York investment fund created by Joshua Kushner.

“Let me be clear. I had no involvement in this proposal, and I oppose it unequivocally,” Cordeiro said. He called the $20 billion commercial subsidiary “a bad deal for football.”

Lamour did not resign the post he has held since 2024 but said he had a duty to his colleagues.

“And if that means I lose my job then so be it” the French official said. “I will understand and respect that decision. At least I’ll sleep well tonight.”

Lamour came to soccer from politics two decades ago as an aide to then-UEFA president Michel Platini. He often had an international role in soccer politics liaising with FIFA member federations in Africa and Asia who are weighing their own decisions about Infantino’s offers of $20 million each by a Sept. 19 deadline.

Cordeiro often joined Infantino on working visits to meet U.S. President Donald Trump at the White House in recent years.

“Football has been central to my life, and after more than 35 years in banking I understand both the value of this asset and the consequences of giving part of it away,” he said. “That is why this proposal should be rejected.”

Infantino has proposed spinning off FIFA’s commercial businesses — including World Cups and Club World Cups for men and women — into a $20 billion subsidiary with 20% owned by private investors. The “anchor investor,” described by FIFA, is Kushner, the younger brother of Trump’s son-in-law Jared Kushner.

“FIFA already has access to extraordinary financial resources. The organization sits on billions of dollars in reserves and no debt,” Cordeiro said. He noted FIFA’s revenue of $15 billion over the last four years tied to the men’s World Cup just ended.

“Against that backdrop, selling a permanent stake in football’s most valuable asset to raise $4.2 billion makes little sense. It is mortgaging football’s future without any compelling justification,” he said.

Cordeiro said he shared five years of working for FIFA alongside Infantino with “dedicated, principled people who care deeply about the game.”

“I hope they, too, will speak up,” he wrote, “because decisions of this magnitude should be made in the interests of football, not those who stand to profit from it.”

Infantino has been president of FIFA for more than 10 years and seemed sure to be re-elected unopposed next March. FIFA has set a Nov. 18 deadline for challengers to come forward.

Lamour was part of Infantino’s inner circle that campaigned for him to become the surprise winner of that FIFA presidential election in February 2016.

—

AP soccer: https://apnews.com/hub/soccer and AP World Cup coverage

# EXHIBIT 106

# *FIFA's Top Executives Were Given an Ultimatum to Sell Stake in the World Cup*

The day before the World Cup final, key FIFA figures faced a stunning demand to sign off on a multibillion-dollar privatization project.

Listen · 5:56 min



**By Tariq Panja**
Tariq Panja has covered FIFA for about two decades.

Aug. 6, 2026

The five men should have been in a celebratory mood. FIFA had just pulled off a World Cup that broke records on a number of fronts. Its spectacular culmination, the final, was a day away from kickoff.

But their mood was anything but jubilant. The men, a group of top directors known as the FIFA bureau of the management board, had been summoned to a hastily organized meeting at the Waldorf Astoria hotel in Manhattan, according to three people familiar with the discussions speaking on condition of anonymity because the talks were private. The directors had until midnight to sign off on a plan that threatened to change soccer forever and would almost certainly lead to a major schism among the sport's leaders.

The project purported to sell a 20 percent stake in FIFA to a group of investors led by Joshua Kushner, the brother of President Trump's son-in-law Jared Kushner. Such a move would put into private hands a portion of the World Cup, an event that has been run and controlled by FIFA, a nonprofit in Zurich, for 96 years.

The plans, drawn up over months amid great secrecy in conjunction with Joshua Kushner's fund Thrive Eternal and JPMorgan Chase, had been kept secret from all but fewer than a handful of soccer executives. The bureau's role was to review

significant financial transactions, but most of the five members had not heard about the plan, the three people said. They left the Waldorf Astoria with the impression that FIFA President Gianni Infantino, who wasn't present, would be furious if they stalled, the three people said.

Stunned, some of the bureau's members talked privately about their misgivings and the repercussions of saying no to a boss like Mr. Infantino, who wielded great power over their careers, according to one of the people.




Mattias Grafstrom, FIFA secretary general, left, in Philadelphia last month. He was among three "yes" votes for the privatization plan. Dylan Martinez/Reuters

Three members signed off on the agreement before the deadline, and two did not, the three people said. In favor were Secretary General Mattias Grafstrom, legal head Emilio Garcia and chief of staff Dan O'Toole; chief operating officer Kevin Lamour and finance head Thomas Peyer declined to back it.

With a majority vote, Mr. Infantino pressed ahead. The Times of London and the Financial Times reported Mr. Infantino's plan on July 28, triggering a wave of outrage around the world. Condemnation came from all corners of global soccer, with many high-powered figures declaring they had not been consulted. Several of Mr. Infantino's top deputies have since come forward to say they, too, had been blindsided.

FIFA declined to comment. The bureau's meeting on the Saturday before the World Cup final, and the pressure that was placed on its members to sign off on the project, have not been previously reported.

How it played out underscores the fact that Mr. Infantino had kept the idea from all but a tight inner circle, excluding many important figures inside FIFA, even as he developed the plan with Thrive Capital and JP Morgan. Of the five bureau members, only Mr. O'Toole, a young staff member handpicked by Mr. Infantino to work with the bankers on the plan, had any meaningful role on the project, the three people said. He had been working on it for months.

The bureau's approval was the first step in getting the plan over the line. FIFA's most important decisions typically go through a much larger group called the FIFA Council, which is made up of soccer leaders from around the world. They are not FIFA employees, but officials from member federations. Mr. Infantino, however, wanted to find a way to get the deal without that requirement, the three people said.

European soccer's governing body UEFA, a group made up of the continent's 55 soccer-playing nations, led the opposition that followed, threatening a boycott of all its teams from all FIFA events, including the World Cup. Similar regional bodies for Asia, North America and the Caribbean publicly offered their own criticism of the secretive process behind the plan and FIFA's rushed demands for them to sign off on it. Politicians, including the British prime minister, Andy Burnham, joined significant figures in the soccer world to denounce the plans.

Even though he had voted in favor, Mr. Grafstrom, who as FIFA's secretary general is the organization's top administrative official, described what had happened as "a sad and reproachable series of events" and attempted to draw a line separating the staff from Mr. Infantino.




Joshua Kushner, the brother of President Trump's son-in-law Jared Kushner, led a group of investors trying to make the deal with FIFA. Jemal Countess/Getty Images for Fortune Media

On July 31, Mr. Infantino abandoned the plan. On Wednesday, FIFA issued a joint communiqué to their members, signed by both Mr. Infantino and Mr. Grafstrom, apologizing for what had happened and promising to learn from it. That same day, Mr. Infantino held crisis talks with his senior staff in Morocco. The meeting started with two senior staffers calling for a show of support for their beleaguered boss, according to two of the people.

Mr. Infantino has shored up public support from several influential soccer federations, like those from Qatar and the United Arab Emirates, and many of the smaller ones that rely on millions of dollars from FIFA for their operations.

What Mr. Infantino said to persuade Mr. Grafstrom and other FIFA leaders to back him remains unclear. He has posted a picture of himself and Mr. Grafstrom grinning with their thumbs up on Instagram.

Despite those efforts, the crisis is not over. In a statement on Thursday, UEFA, the European soccer body, continued to threaten a boycott unless Mr. Infantino resigned.

**Tariq Panja** is a global sports correspondent, focusing on stories where money, geopolitics and crime intersect with the sports world.

---

A version of this article appears in print on , Section B, Page 1 of the New York edition with the headline: FIFA Leader Pushed Sale Of Cup Stake

# EXHIBIT 107

# Concacaf Statement Regarding the Proposed FIFA Forward Enterprise

**07/29/2026 - 7:04 AM**

"Concacaf was only made aware of this matter through media reports and, subsequently, via a media release.

We are deeply concerned by the lack of due process.

We share the disappointment of many within our region and the game that this level of detail has been designed and shared publicly before any discussion with the relevant governance bodies and stakeholders has taken place.

As leaders within football, we are the custodians of the game. Collectively, FIFA, the Confederations and every Member Association have a responsibility to always act in the best interests of the sport. Every decision we make must be guided by good governance, robust processes and long-term stewardship.

This is the framework within which Concacaf operates. We trust that all within the FIFA family will act in the same manner."

Concacaf

## RELATED STORIES




CONCACAF

Concacaf joins the Football Association of Ireland, Canada Soccer and UEFA Together for Women in Football Leadership Knowledge Exchange

# EXHIBIT 108

AFC

# AFC statement on the FIFA Forward Enterprise proposal

WED, 29 JULY, 2026

SHARE

**Kuala Lumpur: The Asian Football Confederation (AFC) has noted FIFA's announcement concerning the proposed establishment of FIFA Forward Enterprise (FFE).**

The AFC was not consulted on the proposal and is disappointed that a matter of such significance entered the public domain before the AFC family had been afforded the opportunity to examine and discuss it through the appropriate and established governance channels.

While the AFC recognises the importance of exploring innovative approaches that can strengthen the future of global football, initiatives of this scale and consequence must be founded upon the principles of good governance, transparency and meaningful consultation. Decisions that may reshape the commercial and financial future of the game require comprehensive prior engagement with Confederations, Member Associations and other relevant stakeholders before any proposal is made to the appropriate decision-making body(ies).

The AFC firmly believes that all stakeholders should be provided with sufficient information and adequate time to assess the proposal in full, including its governance, legal, commercial and strategic implications. Such a process is essential to ensuring that any decision reflects the collective interests of the global football community and reinforces confidence in FIFA's governance framework.

As one of global football's six Confederations, the AFC remains committed to the continued growth of world football.

AFC

# EXHIBIT 109

# FIFPRO Europe Statement: FIFA World Cup

fifpro.org/en/articles/2026/08/fifpro-europe-statement-fifa-world-cup

FIFPRO
100%
FIFPRO Europe has noted with deep concern the proposal to transform the FIFA World Cup and other FIFA competitions into investable assets for private capital, a move that would fundamentally and irreversibly reshape the incentives underpinning the competitions in which players work, compete and build their careers.

Given the proposal's potentially far-reaching implications for player welfare, the international match calendar and the future governance of the game, it is particularly troubling that a project of this magnitude has been developed largely behind closed doors and brought close to agreement without any meaningful engagement with those most affected. The decision to bypass the dialogue mechanisms **recently established between FIFA and FIFPRO** only reinforces these concerns.

The proposal also raises fundamental concerns about the future governance of world football and the integrity of the game. Stakeholder participation in FIFA's decision-making has always been limited. It must not now be displaced by commercial influence, allowing financial interests to outweigh the voices of those who play, support and sustain the game. FIFPRO Europe cannot – and will never – support such a model.

Within FIFA, neither FIFPRO nor players have a vote. Yet they will live with the consequences of these decisions long after the current FIFA leadership has moved on.

The responsibility now lies with FIFA to reconsider its proposal without further delay. Every national football association, meanwhile, carries a responsibility that extends far beyond today's financial returns or tomorrow's commercial projections.

Governments, public authorities, confederations, leagues, clubs and supporters also have a role to play in ensuring that football remains a public trust, not merely a commercial asset.

FIFPRO Europe stands ready to work with every institution and stakeholder committed to protecting both the interests of players and the long-term integrity of the game. Football's future deserves nothing less. And neither do the players who will shape it.

# EXHIBIT 110

SPORTS

# Top FIFA officials Wenger and Grafström distance themselves from Infantino's World Cup sell-off plan



1 of 3 | FIFA president Gianni Infantino, right, and Arsene Wenger, Chief Officer (FIFA) and former soccer coach arrive for the Women's Euro 2025 quarterfinals soccer match between Sweden and England at Stadion Letzigrund in Zurich, Switzerland. Read More

BY GRAHAM DUNBAR

Updated 6:17 PM EDT, August 4, 2026

Leer en español

GENEVA (AP) — Two senior FIFA executives — coaching great Arsène Wenger and CEO-like secretary general Mattias Grafström — distanced themselves Tuesday from their boss Gianni Infantino's failed plan to sell stakes in future World Cup profits to private investors.

Wenger said in a statement he knew nothing of the $20 billion plan and that it was "absolutely necessary" to drop the proposal, and Grafström sent an email to all FIFA staff — seen by The Associated Press — calling the last week a "sad and reproachable series of events." He also said it created "turmoil which is difficult to comprehend and accept."

Neither directly named Infantino or offered support for the now-embattled president.

Late Tuesday, media reports in Britain said Infantino would hold a crisis meeting with senior FIFA staff in Morocco on Wednesday, which the governing body hadn't confirmed.

The comments by Wenger and Grafström had echoes of the direct criticism from FIFA chief operating officer Kevin Lamour, who said Friday that staff had been "deceived" by Infantino's private equity plan, which provoked a furor in global soccer. Lamour called it the "project of one person" and said FIFA staff "deserve better than contempt and intimidation."

The three executives are respected and trusted figures among the 211 FIFA member federations who now hold sway over Infantino's grip on a presidency that looked unshakeable after the World Cup ended barely two weeks ago.

## UEFA legal threat to FIFA

Wenger, Grafström and Lamour also were named in a letter from UEFA's lawyers to Infantino among 18 executives whose data and communications should be retained as potential evidence.

"You do not need to worry," Grafström wrote Tuesday to the hundreds of FIFA staff based mostly in Zurich and Coral Gables, Florida. "I assure you that you as members of the administration, you will be defended and safeguarded from the political context we currently experience."

Wenger, who was hired by Infantino in 2019 and is FIFA's Chief of Global Football Development, said he was "not involved in this strategic plan and first became aware of the project through media reports."

Infantino withdrew his $20 billion proposal early Saturday after a furious backlash by global soccer officials, including European body UEFA warning of a boycott of all FIFA games and

events.

The plan would have created a subsidiary — known as FIFA Forward Enterprise (FFE) — to run the money-making parts of the not-for-profit soccer body's work: organizing tournaments like the World Cup, selling broadcasting and sponsorship rights, tickets and hospitality.

It proposed raising $4.2 billion from investors by selling stakes amounting to about 20% in FFE, based on an equity valuation of $20 billion. The "anchor investor" would have been Thrive Eternal, launched by Joshua Kushner, whose brother Jared Kushner is a son-in-law of U.S. President Donald Trump.

"The decision to withdraw the project was absolutely necessary and beyond question, because I firmly believe in an independent FIFA that serves our game with commitment, transparency, and integrity," Wenger wrote.

## Cash offers to FIFA members

FIFA's 211 member federations — already effective owners of the governing body as a nonprofit association under Swiss law — were offered $20 million each. The deadline to accept was Sept. 19.

They also were promised a doubling of their FIFA funding for the four years through 2030 to $20 million instead of the previously announced $10 million.

Infantino shared details of the project to FIFA management just one week after the July 19 final of the financially successful World Cup in North America that drove FIFA's revenues to $15 billion for the 2023-26 commercial cycle — almost double the income tied to the 2022 World Cup in Qatar.

Grafström, a long-time loyal aide to Infantino since their work together at UEFA, urged FIFA staff to "all continue being proud and happy" about the first 48-team World Cup.

"A sad and reproachable series of events — which were thankfully concluded with the FFE project permanently abandoned — for as much as we feel dismayed by them, should not overshadow this reality," he wrote.

Infantino came under even more pressure when former FIFA vice president Prince Ali bin Al Hussein criticized the soccer body's leadership on Tuesday, describing prize money withheld from his Jordan national team as a kind of blackmail.

## Infantino's ties to Trump

The World Cup in the United States, Canada and Mexico was judged a success on the field, though it had unprecedented issues linked to Infantino's close ally Trump, who received a specially created FIFA Peace Prize at the tournament draw in December.

During the tournament, Iran's team could not stay in the U.S. where it played three games, a Somali referee picked by FIFA was refused entry, and U.S. forward Folarin Balogun was allowed to play against Belgium despite a red card in his previous game.

"We have all been thrown into the middle of a turmoil, which is difficult to comprehend and accept, but, as secretary general, I urge you to remain focused on what has always united us," Grafström wrote. "I will continue to support our teams, our work and our mission every hour of every day for as long as my work is valued by those we serve."

## Waiting to hear from Infantino

Infantino has not commented in public on the schism in soccer since a FIFA statement early Saturday announcing that the proposal had been dropped. His official Instagram account has posted letters of support from several member federations, including 2030 World Cup co-host Morocco, Qatar and the United Arab Emirates.

Infantino has been president of FIFA for more than 10 years and had seemed sure to be re-elected unopposed next March in Morocco. FIFA has set a Nov. 18 deadline for challengers to come forward, with Sweden's soccer leader saying Monday that UEFA is seeking a rival candidate.

—

AP soccer: https://apnews.com/hub/soccer and AP World Cup coverage



**GRAHAM DUNBAR**

Dunbar is an Associated Press sports news reporter in Geneva, Switzerland. He focuses on the governing bodies, institutions and politics of international sports.

# EXHIBIT 111

# Ex-Arsenal boss Wenger was 'not aware' of Infantino's FIFA plan | World Cup News

aljazeera.com/sports/2026/8/4/ex-arsenal-boss-wenger-was-not-aware-of-infantinos-fifa-plan

Kevin Hand

August 4, 2026



FIFA executive Arsene Wenger, left, is vocal on many footballing matters but has only just broken his silence on the World Cup plans by Gianni Infantino, president of football's governing body [Martin Meissner/AP]

Published On 4 Aug 20264 Aug 2026

FIFA executive Arsene Wenger has distanced himself from President Gianni Infantino's failed plan to sell stakes in future World Cup profits to private investors and says it was "absolutely necessary" to drop the proposal.

Wenger's statement on Tuesday on the controversy came after a preservation letter from UEFA, confirmed to Al Jazeera by European football's governing body, was sent to FIFA, the world governing body.

Upon confirming the legal request was sent, UEFA said it would be making "no further comment at this stage".

The Associated Press news agency, however, has reported that it has seen a letter from lawyers representing UEFA that has named Wenger, the French coaching great, among 18 executives whose data and communications should be retained as potential evidence.

“I was not involved in this strategic plan and first became aware of the project through media reports,” said Wenger, who was hired by Infantino in 2019 and is FIFA’s chief of global football development.

The statement by the former Arsenal coach did not name Infantino and comes after a weeklong furore across world football.

“The decision to withdraw the project was absolutely necessary and beyond question, because I firmly believe in an independent FIFA that serves our game with commitment, transparency, and integrity,” Wenger wrote.

Infantino withdrew his $20bn proposal early on Saturday after a furious backlash by global football officials and organisations, including UEFA warning of a boycott of all FIFA games and events.

The plan would have created a subsidiary, known as FIFA Forward Enterprise (FFE), to run the money-making parts of the nonprofit football body’s work, including organising tournaments like the World Cup and selling broadcasting and sponsorship rights and tickets.

It proposed raising $4.2bn from investors by selling stakes amounting to about 20 percent in FFE, based on an equity valuation of $20bn.

Get instant alerts and updates based on your interests. Be the first to know when big stories happen.

The “anchor investor” would have been Thrive Eternal, launched by Joshua Kushner, whose brother, Jared Kushner, is a son-in-law of United States President Donald Trump.

FIFA’s 211 member federations – already the essential owners of the governing body as a nonprofit association under Swiss law – were offered $20m each. The deadline to accept was September 19.

They also were promised a doubling of their FIFA funding for the four years through 2030 to $20m instead of the previously announced $10m.

Infantino shared details of the project to FIFA management just one week after the July 19 final of the financially successful World Cup in North America that drove FIFA’s revenues to $15bn for the 2023-2026 commercial cycle, almost double the income tied to the 2022 World Cup in Qatar.

Wenger said his FIFA duties were to “oversee the data analysis of the game, the FIFA online training centre, the development of youth education through 60 academies across 60 countries where they are most needed, and youth competitions around the world”.

# EXHIBIT 112

Carlos Cordeiro

Connect ···

As a Senior Advisor to the FIFA President, a former banker, and a lifelong football fan, I cannot stand by while FIFA considers selling a stake in the World Cup.

Let me be clear: I had no involvement in this proposal, and I oppose it unequivocally. It is a bad deal for FIFA's Member Associations, a bad deal for football, and a bad deal for the long-term future of the game.

Football has been central to my life, and after more than 35 years in banking, I understand both the value of this asset and the consequences of giving part of it away. That is why this proposal should be rejected.

FIFA already has access to extraordinary financial resources. The organization sits on billions of dollars in reserves and no debt. The FIFA President himself has highlighted the $15 billion in revenue generated between 2022 and 2026. If Member Associations believe additional investment is needed to develop the game, FIFA already has the financial capacity to provide that support from its existing resources. Against that backdrop, selling a permanent stake in football's most valuable asset to raise $4.2 billion makes little sense. It is mortgaging football's future without any compelling justification.

Such economic success was not accidental. It was delivered by experienced football professionals who shattered FIFA's commercial records. Yet despite those achievements, FIFA is now being asked to believe that outside investors are needed to unlock greater value. I do not accept that proposition. The people who built this success have already demonstrated that FIFA possesses the expertise to continue growing both the game and its commercial future.

Most troubling of all is the absence of answers to fundamental questions. Why this deal? Why now? What oversight exists? Who benefits? Was there a competitive process? What governance will be in place? What will investors ultimately gain, and at what cost to football?

These questions remain largely unanswered, and yet Member Associations are being asked to make a decision of enormous consequence in barely 50 days or risk being left behind. That is not a responsible way to determine the future of the world's game.

This proposal has become a defining question for FIFA's future. After careful consideration, I can no longer continue in my role as Senior Advisor to the FIFA President. I have therefore resigned with immediate effect.

FIFA's responsibility is not to maximize commercial returns at any cost. It is to protect and strengthen football for future generations. When those principles come into conflict, football must come first.

It has been the privilege of a lifetime to serve FIFA for more than five years and to work alongside dedicated, principled people who care deeply about the game. I hope they, too, will speak up, because decisions of this magnitude should be made in the interests of football, not those who stand to profit from it.

Like Comment Repost Send

# EXHIBIT 113

# Infantino's senior advisor Cordeiro resigns following proposal to sell FIFA stake

By **Reuters**

July 31, 2026 5:46 AM EDT · Updated July 31, 2026



**[1/2]** Senior advisor to FIFA president Carlos Cordeiro attends a meeting of the FIFA Task Force at the White House in Washington, D.C., U.S., May 6, 2025. REUTERS/Kent Nishimura/File Photo Purchase Licensing Rights

July 31 (Reuters) - Carlos Cordeiro, senior advisor to FIFA president Gianni Infantino, resigned with immediate effect on Friday in protest at proposals to sell a stake in the World Cup, calling the plan "a bad deal for football".

Cordeiro, a former banker and ex-U.S. Soccer Federation vice president hand-picked to help grow world soccer for FIFA, announced his immediate resignation, saying he could not "stand by while FIFA considers selling a stake in the World Cup".

The Reuters Daily Briefing newsletter provides all the news you need to start your day. Sign up here.

FIFA had proposed creating a $20-billion subsidiary, FIFA Forward Enterprise (FFE), to run the World Cup and its other events, with a stake of up to 20% to be offered to external investors.

"Let me be clear: I had no involvement in this proposal, and I oppose it unequivocally," Cordeiro said in a statement.

"It is a bad deal for FIFA's Member Associations, a bad deal for football, and a bad deal for the long-term future of the game."

In his statement, Cordeiro questioned why FIFA would consider raising $4.2 billion by selling part of its "most valuable asset" when the organisation sits on billions of dollars in reserves and has no debt.

His resignation comes as FIFA's 211 member associations face pressure to decide on the controversial proposal by September 19, with Cordeiro saying they "risk being left behind" if they do not accept it.

"The FIFA President himself has highlighted the $15 billion in revenue generated between 2022 and 2026," Cordeiro added, saying FIFA already had the financial capacity to provide additional support to member associations from its existing resources.

"Against that backdrop, selling a permanent stake in football's most valuable asset to raise $4.2 billion makes little sense."

As senior advisor to the FIFA President, Cordeiro's remit was to "advise FIFA on new strategic initiatives to grow the game at all levels".

Announcing the appointment in 2021, Infantino had said: "Carlos is the right person to advise us as we modernise our regulatory framework and grow the sport in ways that advance football for men, women and youth across the globe."

Cordeiro built a long career in business and global investment banking in Europe, the Middle East and Africa (EMEA) and across Asia, advising governments and some of the world’s largest international companies.

Prior to joining U.S. Soccer, he was a vice chairman at Goldman Sachs and earned an MBA from Harvard Business School.

Reporting by Ossian Shine and Rohith Nair; Editing by Alex Richardson and Clare Fallon

Our Standards: **The Thomson Reuters Trust Principles.**

Suggested Topics:

Soccer

Purchase Licensing Rights

## Read Next

Soccer

**Pedro signs contract extension with Chelsea**

7 mins ago

Soccer

**Five children, two sets of twins ease Maddison's injury recovery**

2 hours ago

Soccer

**Arsenal hand promoted Coventry a lesson, not another crisis**

11 hours ago



Soccer

**Marseille secure 4-0 win over Strasbourg as Ligue 1 gets under way**

13 hours ago



# EXHIBIT 114

# FIFA Executive Says Blindsided by Infantino's Privatization Plan

**Published: Fri Jul 31 13:20:34 EDT 2026**

By Matt Townsend

(Bloomberg) --

FIFA Chief Operating Officer Kevin Lamour said he and staff were deceived by Gianni Infantino's plan to sell stakes in a proposed commercial unit to investors.

"It is the project of one person," Lamour told the Associated Press. It shouldn't go ahead and "the time has now come for football political leaders to ask themselves the right questions and make the right decisions."

Kevin Lamour
Photographer: Joosep Martinson/UEFA/Getty Images

This adds more opposition to Infantino's strategy to raise as much as $4.2 billion through an investment vehicle. It also points to brewing angst within FIFA. Earlier on Friday, Carlos Cordeiro, a senior adviser to Infantino, announced that he was quitting the organization in opposition.

FIFA announced the plan, aided by JPMorgan Chase & Co., earlier this week and after heavy criticism defended it on Friday. The organization said in a statement that it was not "selling football" and this would benefit its 211 member associations, which will have final say with a vote.

Lamour and FIFA didn't immediately respond to a request for comment.

Read More: FIFA Digs In on Privatization Plan After Backlash Spreads

--With assistance from Ira Boudway.

To contact the reporter on this story:
Matt Townsend in New York at mtownsend9@bloomberg.net

To contact the editors responsible for this story:
Giles Turner at gturner35@bloomberg.net
Michelle Fay Cortez, Matt Townsend

Bloomberg Law
© 2026 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

# EXHIBIT 115

# Fifa official sacked after Infantino plan criticism



Kevin Lamour was deputy general secretary at Uefa before joining Fifa in November 2024.

**Dan Roan >**
Sports editor

17 August 2026

**Fifa's chief operating officer Kevin Lamour has been sacked by the governing body, less than three weeks after he strongly criticised its president Gianni Infantino's aborted plan to sell stakes in competitions to private investors, BBC Sport has been told.**

In a statement, a Fifa spokesperson would only confirm that: "The working relationship between Fifa and Kevin Lamour as Chief Operating Officer has ended on 17 August 2026.

"Fifa thanks Kevin for his two years of service and wishes him the best of luck for the future."

Fifa's staff were informed of the news in an email by its secretary general Mattias Grafstrom on Monday evening, who told them the organisation and Lamour had "agreed to part ways".

Last month, Lamour described the controversial Fifa Forward Enterprise (FFE) plans as "the project of one person", and said "the time has now come for football political leaders to ask themselves the right questions and make the right decisions".

He added Fifa's own administration was "deceived" about the now abandoned project.

"Our mission - the mission of the hundreds of passionate, dedicated, and exemplary Fifa employees - is to serve football," he said.

"A president must bring people together, unite them, and inspire them. Today, we are experiencing the opposite."

Lamour acknowledged he had a duty of loyalty to his employer but also to "certain values" and supporting his colleagues.

"If that means I lose my job, then so be it," he added. "I will understand and respect that decision. At least I'll sleep well tonight."

Lamour joined Fifa in November 2024, having previously served as deputy general secretary at Uefa, and was two layers of management below Infantino.

## Top stories

LIVE La Liga: Espanyol hit back after Bellingham's Real Madrid opener
6.5k viewing

Spurs make nightmare start as Brentford hit three in easy win

Man Utd 'didn't look ready' - but hurting Carrick remains calm
1 hour ago

## Elsewhere on the BBC



Puzzle lovers: Ludwig has brand-new conundrums to solve

Earlier this month, Infantino received the backing of senior executives in a meeting in Morocco, but BBC Sport was told Lamour was not invited.

Lamour has been approached for comment.

In a letter sent to members of Fifa's Council, and seen by BBC Sport, Grafstrom wrote: "I would like to provide you with an important update regarding a change within the Fifa Administration.

"Following recent discussions, Fifa and our Chief Operating Officer Kevin Lamour have agreed to part ways.

"This decision was made after careful consideration and with great respect for Kevin, both personally and professionally... I felt it was important that I personally provide you this update and I would like to express my gratitude to Kevin for these contributions and for his work and commitment on behalf of Fifa on a daily basis. I wish Kevin all the best for the future."

Lamour sent a farewell note to Fifa staff following his departure in which he reminded them: "Please never forget that in life, it's not about doing what's easy; it's about doing what's right.

"The vast majority of you have understood this and put it into practice in your work. Every single day. So, hats off to you and my deepest respect.

"Fifa is going through a difficult period, but don't worry. Everything will be OK in the end. If it's not OK it's not the end."

**Scottish FA withdraws support for Fifa president Infantino**

5 days ago

## How did we get to this point?

Infantino is under increasing pressure following his proposal to create a new company - FFE - to manage the commercial and ticketing rights of all Fifa competitions, including World Cups.

FFE was aborted after Infantino's plan to sell 21% of the company to private investment companies received widespread criticism.

Uefa, Concacaf - who govern football in North and Central America and the Caribbean - and the Asian Football Confederation publicly opposed the plan, while Uefa threatened to boycott the World Cup if the plan went ahead.

Lamour criticised Infantino, while a senior adviser to Infantino, Carlos Cordeiro, resigned.

After the proposal was aborted, Uefa and Concacaf withdrew their support for Infantino when he stands for a fourth presidential term at the Fifa Congress in March next year.

Several Concacaf members including Mexico broke ranks with their confederation to offer their support for Infantino, while the confederations of Africa, South America and Oceania have backed Infantino.

On Monday the Scottish FA became the latest body to withdraw its support for Infantino, following England, Wales, Northern Ireland and the Republic of Ireland.

Football governance charity FairSquare said it had written to Fifa demanding Infantino not be allowed to stand for re-election.

## Timeline of events




BBC

## Related topics



Piece together the creation of the duck cake from Bluey




Florence Pugh stars in the 2016 dramatic tragedy




Can Andy Burnham end rough sleeping?

## Elsewhere in Sport



Fab Four and Fleming on the phone - England's first-Test takeaways



Swaggering Arsenal want title attack, not defence




Sutton's opening weekend predictions v Courteeners frontman Liam Fray



How new-look Spurs are shaping up under De Zerbi

# EXHIBIT 116

Learn more about LSEG



# What does Infantino's proposal to sell stakes in FIFA subsidiary entail?

By **Reuters**

July 29, 2026 2:20 PM EDT · Updated July 30, 2026

Aa




Feedback

Silhouette of Gianni Infantino, FIFA President, words "FIFA's $20B Enterprise" and rising stock graph are seen in this illustration taken, July 28, 2026. REUTERS/Dado Ruvic/Illustration Purchase Licensing Rights

July 29 (Reuters) - FIFA plans to create a $20 billion subsidiary to run the World Cup and its other events, offering stakes of up to 20% in FIFA Forward Enterprise to external investors, in a heavily

criticised proposal by president Gianni Infantino that would provide member associations with a dramatic increase in funding.

## WHAT IS BEING PROPOSED

FIFA wants to create FIFA Forward Enterprise (FFE) — a separate subsidiary that would bundle together all of FIFA's money-making activities (broadcast rights, sponsorship, ticketing, licensing, and event delivery) into one commercially-focused company.

> The Reuters Inside Track newsletter is your essential guide to global sports news. Sign up here.

## KEY NUMBERS

FIFA is valuing the new commercial venture at around $20 billion based on JPMorgan's estimate.

FIFA would sell a minority stake (up to 20%) to outside investors while keeping majority control. FIFA is working with bankers at JPMorgan to raise billions of dollars by bringing in external investors.

## FINANCIAL BENEFITS FOR MEMBER ASSOCIATIONS

If approved, each of the 211 member associations could unlock up to $40 million for the 2027-30 cycle: up to $20 million in a one-off Fast-Forward funding and $20 million in FIFA Forward development funding for the 2027-30 cycle.

This would continue increasing to $22m for the 2031-34 cycle and $24m for 2035-38.

Feedback

## HOW THE DECISION WORKS

Infantino says the decision on the new FFE subsidiary will be a fully democratic one and approval requires: (1) support from a majority (over 50%) of the 211 associations, and (2) FIFA Council sign-off.

## INFANTINO'S ULTIMATUM

According to a letter seen by The Times from Infantino to member associations, if the plan is rejected, associations will receive the much smaller pre-planned increase from the Forward Programme, worth roughly $10m per association for the next cycle, as part of a $2.7bn total package rather than $10bn.

"Should you wish to proceed, this USD 10bn package will become available as of 1 January 2027, ushering in the next phase of our journey together," Infantino wrote in the letter.

"In exchange, all that is required is your continued trust — everything else remains the same."

The one-off Fast-Forward funding will only be available to those member associations who decide to participate and make their decision by September 19, 2026.

### NO CHANGE TO FIFA GOVERNANCE MODEL

Infantino says that the rights and obligations of member associations and the retention of FIFA's existing governance structure will remain unchanged.

FIFA would retain a perpetual majority ownership of FFE, and would continue to have exclusive control over all competition-related matters.

### REACTION AND CRITICISM

FIFA announced the proposal on Tuesday, following media reports detailing the plan, leading to criticism from governing bodies who had not been consulted or made aware of Infantino's idea.

UEFA said the proposal "crosses a line that football's governing institutions should never cross," and "the soul and governance of football are not assets to trade — especially with zero transparency as to who gains financially. None of us are the owners of football. It is not FIFA's to sell."

After learning of Infantino's letter on Wednesday, UEFA released another statement.

"Today we have learned of FIFA's deadline to associations to support their proposals or have the one-off payout offer withdrawn," UEFA said.

"This says everything you need to know about this plan."

CONCACAF said they "share the disappointment of many within our region and the game that this level of detail has been designed and shared publicly before any discussion with the relevant governance bodies and stakeholders has taken place".

The English FA said they were "completely unaware of this proposal and have no substantive details, including what the proposition actually is, and what conditions are attached".

Infantino's predecessor Sepp Blatter told Reuters that "football belongs to no individual and to no institution. It belongs to the people".

"If FIFA were transferred into a profit-oriented corporate structure, it would lose its soul," he added, noting he would never have considered such a move while he was in charge.

Reporting by Trevor Stynes, additional reporting by Rohith Nair, editing by Pritha Sarkar

Our Standards: **The Thomson Reuters Trust Principles.**

Feedback

Suggested Topics:

# EXHIBIT 117

Notes

# 30. Reserves

**Association capital**

The association capital is CHF 5 million.

**Restricted reserves**

Pursuant to article 54 of the FIFA Statutes, FIFA has to balance out revenue and expenditure over the financial period and build up sufficient reserves to guarantee the fulfilment of its major duties. The purpose of the reserves is to protect FIFA against risks and unforeseen events, in particular in relation to the FIFA World Cup™. The financial dependency of FIFA on the FIFA World Cup, which takes place only every four years, needs to be considered, since the FIFA World Cup is FIFA's main revenue source.

The use of the reserves is generally restricted to FIFA's statutory duties such as the organisation of international competitions – in particular the FIFA World Cup – and the implementation of football-related development programmes.

In accordance with the budgetary principles approved by the Extraordinary Congress in December 2024, FIFA will reinvest all revenues from the FIFA Club World Cup™ 2025 to finance the event's operational expenses and to distribute funds to global club football. FIFA is currently in the process of implementing a solidarity scheme, which foresees that non-participating teams worldwide will receive a solidarity pot (capped at USD 250 million) and the remaining surplus will be earmarked as a buffer to protect the long-term future of the competition. In this context, FIFA has explicitly allocated USD 287.4 million of the restricted reserves to club football at the end of 2025. This will ensure that all revenues minus operational expenses from the FIFA Club World Cup 2025 are reinvested in club football.

Restricted reserves also include remeasurement gains and losses on the net post-employment benefit obligations.

**Translation reserves**

The translation reserves comprise all foreign currency differences arising from the translation of the financial statements of foreign operations.

**Cash flow hedge reserves**

The effective portion of the gain or loss on the hedging instrument is recognised in other comprehensive income in the cash flow hedge reserve.

**Fair value reserves of financial assets at FVOCI**

FIFA has certain debt investments measured at FVOCI for which changes in fair value are accumulated in these separate reserves. The accumulated changes in fair value are transferred to profit or loss when the investment is derecognised or impaired.

**Capital management**

FIFA was established in the legal form of an association in accordance with articles 60ff. of the Swiss Civil Code. Pursuant to article 2 of its Statutes, FIFA’s objective is to improve the game of football constantly and promote it globally in the light of its unifying, educational cultural and humanitarian values, particularly through youth and development programmes. FIFA is a non-profit organisation and is obliged to spend its results, reserves and funds for this purpose. As FIFA is an association, no dividends are paid.

In the event of the dissolution of FIFA, its funds shall not be distributed, but transferred to the supreme court of the country in which the headquarters are situated. The supreme court shall invest them in gilt-edged securities until the re-establishment of the federation.

FIFA’s goal is to maintain its solid reserve level in order to cover inherent risks in connection with the FIFA World Cup and to finance its non-profit activities, especially future development activities and other FIFA events.

# EXHIBIT 118

Sprott School of Business Carleton University | PARG Professional Accounting Research Group

**RESEARCH NOTE**

**#PARG 2026-71RN**

# FIFA (Fédération Internationale de Football Association)

An examination of finances

*François Brouard, DBA, FCPA, FCA*
*Adrian Movileanu*

June 2026

**Introduction**

FIFA stands for Fédération Internationale de Football Association (French for International Federation of Association Football). FIFA World Cup is a major event on worldwide scene. As the 2026 edition is coming to North America, it is worth looking at several perspectives. Finances of FIFA is an important dimension.

FIFA's financial architecture sits at the center of one of the world's most influential sporting ecosystems, yet it remains a subject of persistent scrutiny and debate. As the governing body responsible for organizing global competitions and distributing billions of dollars across national associations, FIFA operates within a complex network of revenue streams, expenses allocation, and accountability mechanisms.

The study aims to analyze key elements of FIFA's financial operations in its capacity as the primary organizer of the 2026 FIFA World Cup. Drawing on five years of financial data, it seeks to outline FIFA's financial profile and develop a deeper understanding of how the organization manages and allocates its resources. An appendix is included, providing a table of contents and an index of tables.

## Methodology

*Source of information*

This research note is based on publicly available information gathered through open-source documentation. Governance and financial data were obtained from the FIFA website and its associated publications. Because FIFA does not consolidate its financial statements and annual reports into a single PDF, the information is dispersed across multiple web pages. Accordingly, a tailored citation system is employed to reference specific sections of the material, as conventional page-based citations would have hindered efficient retrieval. Financial information in the research notes covers a five-year period (2021–2025). Data for the year 2021 was sourced from the financial statements published in 2022, as FIFA reports its prior-year results within the following year's statements. Detailed references from the selected years will help readers access FIFA's financial information more easily.

*Financial statements*

FIFA's annual financial report is built around a comprehensive suite of consolidated statements designed to provide a full picture of the organization's financial position. These include the *Consolidated Statement of Comprehensive Income*, which outlines revenues, expenses, and overall comprehensive income; the *Consolidated Balance Sheet*, which captures assets, liabilities, and reserves at year-end; the *Consolidated Cash Flow Statement*, detailing operating, investing, and financing cash movements; and the *Consolidated Statement of Changes in Reserves*, which tracks how FIFA's accumulated funds evolve over time. These core statements are supported by an extensive set of *Notes to the Consolidated Financial Statements*, often approaching forty references annually, offering detailed explanations, accounting policies, and breakdowns that enhance clarity and interpretability. The year-end is December 31.

The term "FIFA" is "used for the consolidated group, which represents the parent FIFA and its subsidiaries" (see research note on FIFA governance for a list). Because FIFA's competitions vary significantly from year to year, comparing revenues and expenses to the previous year does not yield meaningful insights. Financial performance is best assessed across the full four-year FIFA cycle. The consolidated financial statements are published in English, French and Spanish. If there is any divergence in the wording, the English text is authoritative. The organization's financial statements are audited by accounting firm PwC, reinforcing the credibility of the reporting process. Its annual financial reporting follows the principles and guidelines set out by International Financial Reporting Standards (IFRS).

This research note is one component of a wider series analyzing FIFA as an organization, alongside related notes addressing governance (PARG-2026-70RN), finances (PARG-2026-71RN), and the 2026 Men's FIFA World Cup (PARG-2026-72RN).

**FIFA Financial Context**

Research specifically focused on FIFA's financial dimension remains limited. Deloitte's (2025) *Annual Review of Football Finance* offers one of the few independent analyses relevant to the sector, though its emphasis lies on the European professional football market rather than on FIFA itself. PwC (2024) contributes additional insight through its guidance on how football organizations, including governing bodies, apply IFRS standards to common accounting issues such as revenue recognition, player contracts, and stadium-related transactions. Beyond technical accounting perspectives, Andrews and Harrington (2016) highlight broader structural concerns within global football. Their study shows that despite sport's substantial revenues, it faces persistent financial integrity challenges driven by inequality, limited transparency, and governance failures, problems that extend well beyond FIFA and point to the need for systemic reform across the football ecosystem.

According to FIFA (2026d) own account:

> "Transparency is a key component of FIFA's commitment towards good governance. FIFA publishes its annual financial report every year with full transparency, and in line with the International Financial Report Standards (IFRS). The report must be audited by its statutory auditor and approved by the FIFA Finance Committee, the FIFA Council and, finally, by the FIFA Congress.
>
> FIFA operates in a four-year cycle, with the FIFA World Cup™ being the crowning event in the fourth year, and is the main source of the organisation's revenues. FIFA revenues come from the sale of television broadcasting, marketing and licensing and hospitality rights and ticket sales. For the 2019-2022 financial period, FIFA revenue totalled to a new record of USD 7,568 million.
>
> This substantial financial achievement provides global football with a solid financial foundation from which to flourish. Under the new leadership of FIFA President Gianni Infantino, FIFA's investments in football development have reached an unprecedented level over the period of 2016-2022. With the increasing investment, FIFA successfully launched FIFA Forward Programme 1.0 and 2.0, the Football for Schools Programme, the FIFA Women's Football Development Programme, the FIFA COVID-19 Relief Plan, the Talent Development Scheme, and other football development programmes, and established the FIFA Foundation.
>
> With the significant increase in development funding since 2016, there is now much tighter scrutiny at all levels of the football world. Stringent financial controls are now in place to ensure that these funds are being used properly. All of the 211 Member Associations and six confederations receiving FIFA Forward funds undergo an annual central audit review performed by world-class independent auditors. The payment information of the FIFA Forward funds to FIFA's member associations, confederation and zonal/regional associations is published within FIFA's annual report."

### FIFA Financial Snapshot

FIFA operates on a four-year financial cycle aligned with the FIFA World Cup, its primary revenue source. Most of the FIFA's income, derived from broadcasting rights, sponsorships, licensing, and ticketing, is concentrated in the final year of each cycle, coinciding with the staging of the World Cup, while the preceding three years involve comparatively modest revenue but sustained operational and development spending. This structure creates a financial rhythm in which FIFA accumulates reserves during the tournament year and draws on them to fund global football development programs, administrative costs, and competitions in the interim years.

“The consolidated financial statements are presented in US dollars (USD), which is the reporting currency of FIFA.”; and “are prepared on a historical cost basis, except for derivative financial instruments and certain financial assets that are stated at fair value.” (FIFA, 2025-MAP Note B)

FIFA’s financial statements show that no prior-year adjustments were recorded during the reporting period. The organization did not identify any material errors or policy changes requiring restatement, and all comparative figures remain as originally published.

Table 1 summarizes FIFA’s financial position across assets, liabilities, reserves, revenue, and expenses. It shows that FIFA generated more than USD 1 billion in net income over a hybrid four-year cycle (2022–2025), a figure that will likely exceed the results of the next regular cycle (2023–2026). As of 31 December 2025, FIFA reports total assets of nearly USD 9.5 billion, supported by reserves approaching USD 2.7 billion.

Table 1 – FIFA – Financial summary (in thousands of US$)

| *Description (31 Dec)* | *2025 $* | *2024 $* | *2023 $* | *2022 $* | *2021 $* |
|---|---|---|---|---|---|
| Current assets | 6,750,232 | 4,377,867 | 3,911,996 | 5,286,340 | 3,876,480 |
| Non-current assets | 2,728,832 | 1,767,890 | 1,578,357 | 1,509,202 | 1,615,327 |
| *Total Assets* | **9,479,064** | **6,145,757** | **5,490,353** | **6,795,542** | **5,491,807** |
| Liabilities | 6,780,003 | 3,197,815 | 1,925,661 | 2,824,283 | 3,853,737 |
| Reserves | 2,699,061 | 2,947,942 | 3,564,692 | 3,971,259 | 1,638,070 |
| *Total liabilities and reserves* | **9,479,064** | **6,145,757** | **5,490,353** | **6,795,542** | **5,491,807** |
| | | | | | |
| Revenue | 2,661,404 | 482,666 | 1,169,649 | 5,769,213 | 766,488 |
| Expenses | (3,157,865) | (1,303,585) | (1,782,281) | (3,410,491) | (1,121,871) |
| *Results before taxes and financial result* | *(496,461)* | *(820,919)* | *(612,631)* | *2,358,722* | *(355,383)* |
| Taxes and financial result | 233,648 | 208,993 | (222,092) | 9,161 | 43,171 |
| *Net result* | *(262,813)* | *(611,926)* | *(390,538)* | *2,367,883* | *(312,212)* |
| Other comprehensive income | 13,932 | (4,824) | (16,029) | (34,694) | 69,454 |
| *Total comprehensive income* | **(248,881)** | **(616,750)** | ***(390,538)*** | ***2,367,883*** | ***(242,758)*** |

Source: FIFA (2025-FSSCI; 2025-FSBS; 2024-FSSCI; 2024-FSBS; 2023-FSSCI; 2023-FSBS; 2022-FSSCI; 2022-FSBS)

## FIFA Revenue and Expenses

*Revenue*

Table 2 presents a summary of revenue and Tables 3-8 includes detailed information on each type of revenue, namely television broadcasting rights, marketing rights, licensing rights, hospitality rights and ticket sales, other revenue, and other operating income.

Table 2 – FIFA – Summary of revenue (in thousands of US$)

| *Description (31 Dec)* | *Code* | *2025 $* | *2024 $* | *2023 $* | *2022 $* | *2021 $* |
|---|---|---|---|---|---|---|
| Revenue from television broadcasting rights | A | 1,044,451 | 39,141 | 267,220 | 2,958,352 | 123,119 |
| Revenue from marketing rights | B | 964,975 | 303,856 | 455,916 | 1,424,524 | 131,387 |
| Revenue from licensing rights | C | 97,380 | 47,731 | 181,177 | 270,397 | 180,202 |
| Revenue from hospitality rights and ticket sales | D | 410,496 | 0 | 80,157 | 929,016 | 12,172 |
| Other revenue | E | 106,373 | 82,407 | 126,814 | 62,072 | 85,621 |
| Other (operating) income | F | 37,729 | 9,531 | 58,365 | 124,852 | 233,987 |
| Total revenue | | **2,661,404** | **482,666** | **1,169,649** | **5,769,213** | **766,488** |

Source: FIFA (2025-FSCI; 2025-FSBS; 2025-REV; 2023-FSCI; 2023-FSBS; 2023-REV; 2022-FSBS; 2022-REV)

<u>Revenue from television broadcasting rights</u>

"Television broadcasting rights are granted primarily to TV stations and other broadcasting institutions. These rights are granted to broadcast the television signal of a specific FIFA event in a particular territory and during a defined period. Revenue from television broadcasting rights by region is recognised when the actual broadcasting of the event in question takes place and is contingent on the number of cumulative audience viewers. […] Global broadcasting revenue comprises extraterritorial broadcasting rights, such as streaming, in-flight or in-ship transmissions. Other broadcasting revenue mainly includes additional revenue for services during the events in order to fulfil FIFA's broadcasting obligations." (FIFA, 2025-N1)

"Revenue from broadcasting rights contracts, which include the right to broadcast other FIFA events, but excludes the FIFA World Cup™, the FIFA Women's World Cup™ and the FIFA Club World Cup™, is presented as Other FIFA event revenue. Such other FIFA events staged in 2025 were the FIFA Beach Soccer World Cup 2025™, the FIFA Futsal Women's World Cup 2025™, the FIFA U-17 World Cup 2025™, the FIFA U-17 Women's World Cup 2025™, the FIFA U-20 World Cup 2025™, the FIFA Arab Cup 2025™, the FIFA Youth Series 2025™, the FIFA Unites: Women's Series 2025™, the FIFA Intercontinental Cup 2025™, The Best FIFA Football Awards™ 2025 and FIFAe tournaments." (FIFA, 2025-N1)

Table 3 presents revenue from television broadcasting rights.

Table 3 – FIFA – Revenue from television broadcasting rights (in thousands of US$)

| *Description (31 Dec)* | Code | *2025 $* | *2024 $* | *2023 $* | *2022 $* | *2021 $* |
|---|---|---|---|---|---|---|
| Europe | | 436 | 587 | 44,682 | 1,030,880 | 2,179 |
| Asia and North Africa | | 5,232 | 4,363 | 63,824 | 875,120 | 46,888 |
| South and Central America | | 11,361 | 9,444 | 54,300 | 351,525 | 24,294 |
| North America and Caribbean | | 15,230 | 10,870 | 60,409 | 518,965 | 38,986 |
| Rest of the world | | 814 | 828 | 20,858 | 103,111 | 1,810 |
| Sub-total by region | | *33,073* | *26,092* | *244,073* | *2,879,602* | *114,157* |
| Global broadcasting revenue | | 1,000,786 | - | - | - | - |
| Other broadcasting revenue | | 2,870 | 2,143 | 17,983 | 75,416 | 2,246 |
| Other FIFA event revenue | | 77,222 | 10,906 | 5,164 | 3,334 | 6,716 |
| Total | A | **1,044,451** | **39,141** | **267,220** | **2,958,352** | **123,119** |

Source: FIFA (2025-N1; 2024-N1; 2023-N1; 2022-N1)

Revenue from marketing rights

"Marketing rights provide the FIFA Partners, FIFA World Cup Partners/FIFA Women's Football Partners/FIFA Club World Cup Partners, FIFA World Cup Sponsors/FIFA Women's World Cup Sponsors and FIFA Tournament Supporters/FIFA Official Suppliers with access to intellectual property by enabling them to enter a long-term strategic alliance with FIFA events, which also includes a set of predefined rights. These rights are further split into tangible and intangible rights. Revenue for tangible marketing rights is recognised when the event in question is broadcast, while the intangible marketing rights are recognised on a straight-line basis over the remaining contractual rights period for a particular event. Other marketing revenues relate to specific rights to promote certain other FIFA events." (FIFA, 2025-N2)

Table 4 presents revenue from marketing rights.

Table 4 – FIFA – Revenue from marketing rights (in thousands of US$)

| *Description (31 Dec)* | Code | *2025 $* | *2024 $* | *2023 $* | *2022 $* | *2021 $* |
|---|---|---|---|---|---|---|
| FIFA Partners | | 200,416 | 176,884 | 245,712 | 762,568 | 93,172 |
| FIFA World Cup Partners / FIFA Women's Football Partners / FIFA Club World Cup Partners | | 629,111 | 28,260 | 40,105 | 2,608 | 1,752 |
| FIFA World Cup Sponsors Partners / FIFA Women's Football Sponsors | | 70,806 | 56,991 | 121,428 | 534,527 | 30,078 |
| FIFA Tournament Supporters / FIFA Official Suppliers | | 36,267 | 13,346 | 20,296 | - | - |
| FIFA Regional Supporters | | - | - | - | 122,028 | 5,326 |
| FIFA National Supporters | | - | - | - | 2,793 | 1,059 |
| Other marketing revenues | | 28,375 | 28,375 | 28,375 | - | - |
| Total revenue | B | **964,975** | **303,856** | **455,916** | **1,424,524** | **131,387** |

Source: FIFA (2025-N2; 2024-N2; 2023-N2; 2022-N2)

Revenue from licensing rights

"Brand licensing rights are related to FIFA marks and brand elements in connection with FIFA World Cup™, FIFA Women's World Cup™ and FIFA Club World Cup™ products and other services. Licensing rights from products and services for other FIFA events in 2025 – the FIFA Beach Soccer World Cup 2025™, the FIFA Futsal Women's World Cup 2025™, the FIFA U-17 World Cup 2025™, the FIFA U-17 Women's World Cup 2025™, the FIFA U-20 World Cup 2025™, the FIFA Arab Cup 2025™, the FIFA Youth Series 2025™, the FIFA Unites: Women's Series 2025™, the FIFA Intercontinental Cup 2025™, The Best FIFA Football Awards™ 2025 and FIFAe tournaments – are presented as Other licensing rights." (FIFA, 2025-N3)

Table 5 presents revenue from licensing rights.

Table 5 – FIFA – Revenue from licensing rights (in thousands of US$)

| *Description (31 Dec)* | *Code* | *2025 $* | *2024 $* | *2023 $* | *2022 $* | *2021 $* |
|---|---|---|---|---|---|---|
| Brand licensing rights | | 200,416 | 47,034 | 178,292 | 268,139 | 178,573 |
| Other licensing rights | | 1,510 | 697 | 2,885 | 2,258 | 1,629 |
| Total revenue | C | **97,380** | **47,731** | **181,177** | **270,397** | **180,202** |

Source: FIFA (2025-N3; 2024-N3; 2023-N3; 2022-N3)

Revenue from hospitality rights and ticket sales

"Hospitality rights give the licensee the right to provide hospitality and ticketing services for selected FIFA competitions. Contractually determined fixed right fees are recognised in the period in which the respective event takes place. Revenue based on profit-share agreements is recognised once the profit share for the event has been determined by the licensee. Ticket sales in connection with the FIFA World Cup™, FIFA Women's World Cup™, FIFA Club World Cup™ or other FIFA events are recognised in the year in which the event takes place." (FIFA, 2025-MAP)

Table 6 presents revenue from hospitality rights and ticket sales.

Table 6 – FIFA – Revenue from hospitality rights and ticket sales (in thousands of US$)

| *Description (31 Dec)* | *Code* | *2025 $* | *2024 $* | *2023 $* | *2022 $* | *2021 $* |
|---|---|---|---|---|---|---|
| Revenue from hospitality rights – FIFA World Cup | | - | - | 23,742 | 242,900 | - |
| Revenue from hospitality rights – FIFA Club World Cup | | 150,000 | - | - | - | - |
| Revenue from hospitality rights – FIFA Women's World Cup | | - | - | 1,300 | - | - |
| Revenue from ticket sales rights – FIFA World Cup | | - | - | 13,009 | 685,881 | - |
| Revenue from ticket sales – FIFA Women's World Cup | | - | - | 42,106 | - | - |
| Revenue from ticket sales – FIFA Club World Cup | | 260,496 | - | - | - | - |
| Revenue from ticket sales – other FIFA events | | - | - | - | 235 | 12,172 |
| Total revenue | D | **410,496** | **0** | **80,157** | **929,016** | **12,172** |

Source: FIFA (2025-N4; 2024-N4; 2023-N4; 2022-N4)

Other revenue

"Other revenue is recognised in the reporting period in which the services are rendered. In 2025, this primarily stemmed from income related to the hosting and staging of the FIFA Intercontinental Cup 2025™ along with food and beverage sales as well as parking fees associated with the FIFA Club World Cup™ and the FIFA Quality Programme. The latter contains revenue in connection with testing programmes for footballs, football turf and goal-line technology." (FIFA, 2025-N5)

Table 7 presents other revenue.

Table 7 – FIFA – Other revenue (in thousands of US$)

| *Description (31 Dec)* | *Code* | *2025 $* | *2024 $* | *2023 $* | *2022 $* | *2021 $* |
|---|---|---|---|---|---|---|
| FIFA Club World Cup | | - | - | 75,544 | 26,080 | 26,567 |
| FIFA Quality Programme | | 21,917 | 12,787 | 20,474 | 11,133 | 17,386 |
| FIFA Intercontinental Cup | | 16,000 | 16,000 | - | - | - |
| Penalties / appeals | | 15,312 | 7,502 | 8,554 | 5,241 | 3,029 |
| Revenue from the sale of film and video rights | | 2,287 | 3,291 | 5,874 | 10,176 | 3,971 |
| FIFA Museum | | 9,038 | 8,386 | 7,576 | 5,163 | 2,539 |
| Olympic Football Tournaments | | - | 25,400 | - | - | 25,950 |
| Other operating revenue | | 41,839 | 9,041 | 8,792 | 4,279 | 6,179 |
| Total revenue | E | **106,373** | **82,407** | **126,814** | **62,072** | **85,621** |

Source: FIFA (2025-N5; 2024-N5; 2023-N5; 2022-N5)

Other operating income

"Other operating income includes host country contributions for the staging of the FIFA Club World Cup™, along with other sources of income, such as rental income." (FIFA, 2025-N6)

Table 8 presents other operating income.

Table 8 – FIFA – Other operating income (in thousands of US$)

| *Description (31 Dec)* | *Code* | *2025 $* | *2024 $* | *2023 $* | *2022 $* | *2021 $* |
|---|---|---|---|---|---|---|
| Other operating income | | 37,729 | 9,531 | 58,365 | 124,852 | 233,987 |
| Total revenue | F | **37,729** | **9,531** | **58,365** | **124,852** | **233,987** |

Source: FIFA (2025-N6; 2024-N6; 2023-N6; 2022-N6)
Note: "Other operating income includes host country contributions for staging particular FIFA events, along with other sources of income, such as rental income." (FIFA, 2023-N6)

*Expenses*

Expenses are grouped into categories covering football activities, administrative operations, other expenses, taxes and duties, and net financial income and costs. Table 9 provides a summary of the first three expenditure categories: football activities, administrative activities, and other expenses. Table 9 presents a summary of expenses.

Table 9 – FIFA – Summary of expenses (in thousands of US$)

| *Description (31 Dec)* | *Code* | *2025 $* | *2024 $* | *2023 $* | *2022 $* | *2021 $* |
|---|---|---|---|---|---|---|
| Competitions & Events | G | (2,043,118) | (285,817) | (746,622) | (2,005,358) | (234,380) |
| Development & Education | H | (748,045) | (702,459) | (681,618) | (1,038,113) | (554,763) |
| Football Governance | I | (51,445) | (48,414) | (58,045 | (40,278) | (43,877) |
| *Total football activities* | | *(2,842,508)* | *(1.036,690)* | *(1,486,285)* | *(3,083,749)* | *(833,020)* |
| FIFA Governance & Administration | J | (254,320) | (205,607) | (204,042) | (187,846) | (191,967) |
| Marketing & TV Broadcasting | K | (71,578) | (55,576) | (57,924) | (132,396) | (52,384) |
| *Total administrative activities* | | *(325,898)* | *(261,183)* | *(261,966)* | *(320,242)* | *(244,351)* |
| COVID-19 Relief Plan – grants (stage 3) | L | (500) | (1,000) | (1,500) | (6,500) | (44,500) |
| Expected credit (losses) /gains of receivables and contract assets | M | 11,141 | (4,712) | (32,530) | - | - |
| *Total other expenses* | | *10,641* | *(5,712)* | *(34,030)* | *(6,500)* | *(44,500)* |
| Total expenses | | **(3,157,865)** | **(1,303,585)** | **(1,782,281)** | **(3,410,491)** | **(1,121,871)** |

Source: FIFA (2025-FSSCI; 2024-FSSCI; 2023-FSSCI; 2022-FSSCI)

*Expenses from football activities*

Expenses related to football activities are divided into three areas:

- Competitions & Events
- Development & Education
- Football Governance.

Competitions & Events expenses

"Competitions & Events expenses are the outflow of economic benefits that arise in the ordinary activity of organising an event. Incurred costs related to the FIFA World Cup™, FIFA Women's World Cup™, FIFA Club World Cup™ and other FIFA events are deferred and recognised in profit or loss in the period in which the respective event takes place." (FIFA, 2025-MAP) Table 10 presents the Competitions & Events expenses.

Table 10 presents competitions & events expenses.

Table 10 – FIFA – Competitions & Events expenses (in thousands of US$)

| *Description (31 Dec)* | *Code* | *2025 $* | *2024 $* | *2023 $* | *2022 $* | *2021 $* |
|---|---|---|---|---|---|---|
| FIFA World Cup | | - | - | - | (1,831,193) | - |
| FIFA Club World Cup 2025 | | (1,780,683) | - | - | - | - |
| FIFA Women's World Cup Australia & New Zealand 2023 | | (21) | 1,116 | (498,721 | (498,721) | - |
| Other FIFA events | | (151,478) | (192,221) | (158,311) | (83,235) | (158,288) |
| FIFA Club Protection Programme | | (34,127) | (37,557) | (28,356) | (22,249) | (22,724) |
| Personnel expenses | | (69,609) | (51,073) | (55,949) | (61,137) | (47,885) |
| Depreciation of property and equipment | | (7,200) | (6,082) | (5,285) | (7,544) | (5,483) |
| Total expenses | G | **(2,043,118)** | **(285,817)** | **(746,622)** | **(2,005,358)** | **(234,380)** |

Source: FIFA (2025-N7; 2024-N7; 2023-N7; 2022-N7)

Development & Education expenses

"Development & Education expenses include all expenditures related to FIFA's statutory objectives to improve the game of football constantly and promote it globally in the light of its unifying, educational, cultural and humanitarian values as well as to further the development of women's football globally. An integral part of FIFA's development path is the FIFA Forward Programme, which provides 360-degree, tailor-made support for football development in each of FIFA's Member Associations and the six confederations. Following the successful implementation of FIFA Forward 1.0 and FIFA Forward 2.0, the third edition, FIFA Forward 3.0, came into force on 1 January 2023 and will run until 31 December 2026. The core principles, approach and procedures of the two previous successful iterations of the programme largely remain intact, whilst certain elements have been adapted to reflect the increase in the beneficiaries' entitlements along with the need for greater football development." (FIFA, 2025-MAP) Table 11 presents the Development & Education expenses.

Table 11 – FIFA – Development & Education expenses (in thousands of US$)

| *Description (31 Dec)* | *Code* | *2025 $* | *2024 $* | *2023 $* | *2022 $* | *2021 $* |
|---|---|---|---|---|---|---|
| FIFA Forward project costs – FIFA Member Associations | | (84,330) | (119,289) | (66,510) | (258,365) | (46,840) |
| FIFA Forward operational costs – FIFA Member Associations | | (269,550) | (235,400) | (263,750) | (211,000) | (211,000) |
| FIFA Forward travel and equipment costs – FIFA Member Associations | | (29,350) | (29,700) | (31,800) | (22,000) | (31,600) |
| FIFA Forward – confederations | | (90,000) | (90,000) | (90,000) | (72,000) | (72,000) |
| FIFA Forward – zonal /regional associations | | (14,250) | (16,250) | (16,250) | (13,000) | (13,000) |
| FIFA Forward – other football associations | | (2,800) | (2,800) | (1,200) | (1,800) | (1,200) |
| Football Development Fund | | - | - | - | (27,000) | - |
| Digital development services | | (64,323) | (53,325) | (36,456) | (52,583) | - |
| Technical development programmes | | (31,626) | (23,549) | (23,143) | (19,790) | (12,132) |
| Other projects | | (24,888) | (12,589) | (27,270) | (43,748) | (16,160) |
| Women's football promotion | | (18,309) | (9,729) | (15,545) | (8,410) | (3,283) |
| Refereeing | | (11,381) | (10,966) | (11,013) | (9,387) | (4,159) |
| FIFA Foundation | | (8,292) | (3,904) | (7,712) | (5,562) | (4,788) |
| Education | | (5,306) | (5,033) | (5,129) | (4,695) | (4,844) |
| Sustainability, human rights and safeguarding | | (4,689) | (3,424) | (3,584) | (7,605) | (1,153) |
| Audit and financial education | | (3,607) | (3,529) | (3,346) | (3,292) | (2,936) |
| Medicine and science | | (3,209) | (3,573) | (2,396) | (1,909) | (1,220) |
| FIFA Talent Development Scheme | | - | - | - | (209,550) | - |
| World Football Remission Fund | | - | - | - | - | (60,429) |
| *Total Development & Education programmes* | | *(665,900)* | *(623,060)* | *(605,134)* | *(971,696)* | *(486,744)* |
| FIFA Museum | | (7,265) | (8,155) | (8,705) | (6,177) | (4,666) |
| Personnel expenses | | (49,203) | (46,172) | (44,198) | (43,584) | (41,090) |
| Depreciation of property and equipment | | (25,677) | (25,072) | (23,581) | (16,656) | (22,263) |
| Total D&E expenses | H | **(748,045)** | **(702,459)** | **(681,618)** | **(1,038,113)** | **(554,763)** |

Source: FIFA (2025-N8; 2024-N8; 2023-N8; 2022-N8)

Football Governance expenses
"Football Governance expenses comprise all expenditure in relation to FIFA's statutory objective to govern association football and related matters. The costs mainly include the judicial bodies (Disciplinary, Ethics and Appeal Committees), plus the costs of the Football Tribunal, which includes the Players' Status Chamber, the Dispute Resolution Chamber and the Agents Chamber. It also includes expenses with regard to preventing match manipulation as part of the agreement with Sportradar, Players' Status proceedings as part of the Transfer Matching System and expenses related to the FIFA Clearing House." (FIFA, 2025-MAP)

Table 12 presents the Football Governance expenses.

Table 12 – FIFA – Football Governance expenses (in thousands of US$)

| *Description (31 Dec)* | *Code* | *2025 $* | *2024 $* | *2023 $* | *2022 $* | *2021 $* |
|---|---|---|---|---|---|---|
| Football governance bodies and third-party services | | (29,680) | (26,970) | (35,048) | (20,783) | (23,834) |
| Personnel expenses | | (21,285) | (20,835) | (21,923) | (17,713) | (18,295) |
| Depreciation of property and equipment | | (480) | (609) | (1,074) | (1,782) | (1,748) |
| Total FG expenses | I | **(51,445)** | **(48,414)** | **(58,045)** | **(40,278)** | **(43,877)** |

Source: FIFA (2025-N9; 2024-N9; 2023-N9; 2022-N9)

*Expenses from administrative activities*

Expenses related to administrative activities are divided into two categories:

- FIFA Governance & Administration
- Marketing & TV Broadcasting.

Governance & Administration expenses
"FIFA Governance & Administration expenses comprise all costs related to the governance of FIFA itself and are recognised in profit or loss as incurred. Expenses from administrative activities include, in particular, costs related to information technology, buildings and maintenance, communications, the annual FIFA Congress and committee meetings, and legal costs." (FIFA, 2025-MAP)

Table 13 presents the Governance & Administration expenses.

Table 13 – FIFA – Governance & Administration expenses (in thousands of US$)

| *Description (31 Dec)* | *Code* | *2025 $* | *2024 $* | *2023 $* | *2022 $* | *2021 $* |
|---|---|---|---|---|---|---|
| Legal costs | | (34,399) | (15,497) | (11,744) | (12,392) | (23,947) |
| Information technology | | (31,550) | (30,745) | (28,019) | (18,503) | (25,423) |
| Annual FIFA Congress and committees | | (29,846) | (22,152) | (26,731) | (19,486) | (3,446) |
| Communications | | 915,321) | (13,958) | (14,495) | (16,889) | (26,101) |
| Buildings and maintenance | | (10,136) | (10,864) | (5,609) | (6,079) | (7,116) |
| Other (including consultancy, Executive Offices, ERP costs, insurance and auditors' fees, VIK) | | (37,791) | (31,168) | (32,298) | (31,620) | (19,731) |
| Personnel expenses | | (91,498) | (78,054) | (81,909) | (76,083) | (80,771) |
| Depreciation of property and equipment | | (3,779) | (3,169) | (3,237) | (5,185) | (5,617) |
| Differences in 2022 numbers | | - | - | - | (1,609) | - |
| Total G&A expenses | J | **(254,320)** | **(205,607)** | **(204,042)** | **(187,846)** | **(191,967)** |

Source: FIFA (2025-N10; 2024-N10; 2023-N10; 2022-N10)
Note: difference between 2022 expenses in financial statements $187,846 and comparative number $186,237

## Marketing & TV Broadcasting expenses

"Marketing & TV Broadcasting expenses are costs incurred by the FIFA Partnerships & Media Division for the commercialisation of marketing and broadcasting rights, mainly costs relating to oversight of and assistance to Commercial Partners." (FIFA, 2025-MAP) Table 14 presents the Marketing & TV Broadcasting expenses.

Table 14 – FIFA – Marketing & TV Broadcasting expenses (in thousands of US$)

| *Description (31 Dec)* | *Code* | *2025 $* | *2024 $* | *2023 $* | *2022 $* | *2021 $* |
|---|---|---|---|---|---|---|
| Marketing rights | | (24,174) | (18,952) | (13,012) | (15,849) | (9,256) |
| Broadcasting and media rights | | (6,803) | (5,470) | (9,654) | (14,096) | (8,685) |
| Licensing rights | | (5,030) | (4,948) | (4,879) | (3,794) | (3,129) |
| Sales commission and other | | (3,275) | (647) | (6,833) | (72,309) | (4,257) |
| Personnel expenses | | (30,991) | (24,273) | (22,189) | (24,144) | (25,064) |
| Depreciation of property and equipment | | (1,305) | (1,286) | (1,357) | (2,204) | (1,993) |
| Total M&TV expenses | K | **(71,578)** | **(55,576)** | **(57,924)** | **(132,396)** | **(52,384)** |

Source: FIFA (2025-N11; 2024-N11; 2023-N11; 2022-N11)

### *Other expenses*

Other expenses are divided into two categories:
- COVID-19 Relief Plan grants (stage 3)
- expected credit losses or gains on receivables and contract assets.

## COVID-19 Relief Plan – grants (stage 3)

"In order to alleviate the impact of COVID-19 on the football world, FIFA set up a COVID-19 Relief Plan, which was approved by the FIFA Council on 25 June 2020. The relief plan consists of three stages, with stages 1 and 2 being linked to the existing

Forward Programme, and stage 3 providing further financial support via a system of grants and loans enabling FIFA Member Associations and confederations to tailor their use of the funds, thus helping to safeguard football from the adverse economic effects of COVID-19." (FIFA, 2025-MAP)

Table 15 presents the COVID-19 Relief Plan – grants (stage 3).

Table 15 – FIFA – COVID-19 Relief Plan – grants (stage 3) (in thousands of US$)

| *Description (31 Dec)* | *Code* | *2025 $* | *2024 $* | *2023 $* | *2022 $* | *2021 $* |
|---|---|---|---|---|---|---|
| COVID-19 Relief Plan – solidarity grants | | - | - | - | (2,000) | (22,000) |
| COVID-19 Relief Plan – women's football grants | | (500) | (1,000) | (1,500) | (4,500) | (22,500) |
| COVID-19 Relief Plan – confederation grants | | - | - | - | - | - |
| Total COVID expenses | L | **(500)** | **(1,000)** | **(1,500)** | **(6,500)** | **(44,500)** |

Source: FIFA (2025-N12; 2024-N12; 2023-N12; 2022-N12)

Expected credit (losses)/gains of receivables and contract assets

"Expected credit losses/(gains) of receivables and contract assets represent changes in impairments of overdue trade receivables and contract assets from contracts with customers as well as other receivables. In 2025, the gain was mainly due to FIFA receiving the payment of one significant receivable, which had been previously assessed to be in default and already provisioned for in 2023." (FIFA, 2025-N13)
"In 2023, FIFA considered one significant receivable to be in default when internal and external information indicated that FIFA was unlikely to receive the outstanding contractual amounts in full." (FIFA, 2025-N13)

Table 16 presents the Expected credit (losses)/gains of assets.

Table 16 – FIFA – Expected credit (losses)/gains of assets (in thousands of US$)

| *Description (31 Dec)* | *Code* | *2025 $* | *2024 $* | *2023 $* | *2022 $* | *2021 $* |
|---|---|---|---|---|---|---|
| Expected credit losses /(gains) of receivables and contract assets | | 11,141 | (4,712) | (32,530) | - | - |
| Total (losses)/gains | M | **11,141** | **(4,712)** | **(32,530)** | **-** | **-** |

Source: FIFA (2025-N13; 2024-N13; 2023-N13)

*Taxes and duties*

"FIFA was established in the legal form of an association in accordance with articles 60ff. of the Swiss Civil Code." "FIFA is a non-profit organisation and is obliged to spend its reserves for the above-mentioned purpose. FIFA is taxed in Switzerland according to the ordinary taxation rules applying to associations. The non-profit character of FIFA and the four-year accounting cycle are thereby taken into account. The subsidiaries are taxed according to the relevant tax legislation. This position includes all non-recoverable taxes and duties borne by FIFA and its subsidiaries." (FIFA, 2025-MAP)

"FIFA has assessed the potential impact of the OECD's Pillar Two Global Anti-Base Erosion (GloBE) rules, which introduce a global minimum tax from 2024 onward. For the year ending 31 December 2025, FIFA incurred losses or had an effective income tax rate of more than 15% in the relevant jurisdictions, and as such, no Pillar Two taxes are applicable. The group continues to assess its exposure to Pillar Two taxes and is monitoring developments in the application of these rules." (FIFA, 2025-MAP)
Table 17 presents the taxes and duties.

Table 17 – FIFA – Taxes and duties (in thousands of US$)

| *Description (31 Dec)* | *Code* | *2025 $* | *2024 $* | *2023 $* | *2022 $* | *2021 $* |
|---|---|---|---|---|---|---|
| Taxes and duties | | (6,443) | (903) | (495) | (22,716) | (1,591) |
| Total taxes and duties | - | **(6,443)** | **(903)** | **(495)** | **(22,716)** | **(1,591)** |

Source: FIFA (2025-N15; 2024-N15; 2023-N15; 2022-N14)

In some host or partner countries, FIFA seeks temporary tax exemptions tied to World Cup operations. For example, France recently rejected granting FIFA tax-free status for its Paris office, meaning FIFA employees there must pay standard social security contributions. By contrast, for the 2026 World Cup, FIFA obtained a substantial U.S. federal tax exemption under section 501(c)(3) of the US treasury's internal revenue code covering all 48 participating teams, thereby safeguarding tournament revenues, particularly for smaller football associations without double-taxation agreements, while Canada and Mexico had already granted full tax exemptions to all competing associations (Inside World Football, 2026; The Global Treasurer, 2026). These exemptions aim to ensure financial parity among teams and prevent tournament earnings from being eroded by host-country tax systems, but state and city taxes will still apply.

*Financial income and costs, net*

"Financial income comprises interest income from cash and cash equivalents, income from deposits and debt securities, foreign exchange gains, gains from financial assets at fair value through profit or loss and from debt securities at fair value through other comprehensive income (FVOCI). Financial costs consist of interest expenses on lease liabilities and from debt securities, foreign exchange losses, losses from financial assets at fair value through profit or loss and from debt securities at FVOCI as well as other financial expenses. Interest income is recognised in profit or loss using the effective interest rate method. Dividend income is recognised in profit or loss on the date that the dividend is declared." (FIFA, 2025-MAP)

"The overriding long-term objective of FIFA's investment strategy is to preserve the real value of its financial assets. In 2025, FIFA remained committed to sustaining a strong and reliable portfolio by exclusively selecting counterparties with good or very good credit ratings." (FIFA, 2025-N14) Table 18 presents the Financial income and costs (net).

Table 18 – FIFA – Financial income and costs, net (in thousands of US$)

| *Description (31 Dec)* | *Code* | *2025 $* | *2024 $* | *2023 $* | *2022 $* | *2021 $* |
|---|---|---|---|---|---|---|
| Interest income | | 118,413 | 128,277 | 124,403 | 51,060 | 29,669 |
| Foreign currency gains, net | | 238,216 | - | 144,907 | - | - |
| Gains from financial instruments at fair value through profit or loss, net | | - | 261,102 | - | 87,494 | 41,933 |
| Gains on sale of debt securities at amortised cost, net | | - | - | - | - | 13,594 |
| Other financial income | | 67 | 18 | 4 | 17 | 74 |
| *Total financial income* | | *356,696* | *389,397* | *269,314* | *138,571* | *85,270* |
| Interest expenses | | (10,000) | (14,973) | (11,764) | (19,755) | (21,590) |
| Foreign currency losses, net | | - | (150,113) | - | (75,468) | (13,337) |
| Losses from financial instruments at fair value through profit or loss, net | | (101,747) | - | (29,595) | - | - |
| Losses from debt securities at fair value through OCI, n | | (820) | (10,820) | (3,118) | (4,764) | (786) |
| Other financial expenses | | (4,038) | (3,595) | (2,248) | (6,707) | (4,795) |
| *Total financial costs* | | *(116,605)* | *(179,501)* | *(46,725)* | *(106,694)* | *(40,508)* |
| Total financial income / (costs) | - | **240,091** | **209,896** | **222,589** | **31,877** | **44,762** |

Source: FIFA (2025-N14; 2024-N14; 2023-N14; 2022-N13)

### *Other comprehensive income*

Other comprehensive income (OCI) for FIFA includes financial gains and losses that do not appear in its yearly profit but still affect its overall equity. These items often come from changes in the value of FIFA's investments, adjustments to employee benefit obligations, and differences caused by foreign currency movements. Because FIFA operates worldwide and holds large financial assets, these factors can shift from year to year. Looking at OCI helps show the broader financial risks and long-term stability of the organization.

Table 19 presents the other comprehensive income items.

Table 19 – FIFA – Other comprehensive income (in thousands of US$)

| *Description (31 Dec)* | *Code* | *2025 $* | *2024 $* | *2023 $* | *2022 $* | *2021 $* |
|---|---|---|---|---|---|---|
| *Items that will not be reclassified to profit or loss* | | | | | | |
| Remeasurements of post-employment benefit obligations | | 30,756 | (7,656) | (32,630) | 55,537 | 43,270 |
| *Items that may be subsequently reclassified to profit or loss* | | | | | | |
| Foreign currency translation differences | | 89 | (1,561) | 2,118 | (760) | (228) |
| Net gain/(loss) on cash flow hedges | | (19,094) | 6,302 | (5,587) | (13,884) | 35,894 |
| Net gain/(loss) on debt instruments at FVOCI | | 2,181 | (1,909 | 20,070 | (75,587) | (9,482) |
| Total other comprehensive income | - | **13,932** | **(4,824)** | **(16,029)** | **(34,694)** | **69,454** |

Source: FIFA (2025-FSSCI; 2024-FSSCI; 2023-FSSCI; 2022-FSSCI)

**FIFA Financial Position**

FIFA's financial position reflects a strong and stable organization, supported by large assets, manageable liabilities, and substantial reserves. Its assets, made up mainly of cash, receivables, and long-term investments, provide high liquidity and a solid base for funding global football activities. Liabilities, which include payables and contract obligations linked to upcoming events like the World Cup, remain well covered by available resources. FIFA's reserves form one of its strongest pillars, offering a financial buffer that helps the organization handle risks, support development programs, and maintain stability across its four-year revenue cycle.

FIFA is in a healthy and sustainable financial position.

*Current assets*

Table 20 presents a summary of current assets.

Table 20 – FIFA – Summary of current assets (in thousands of US$)

| *Description (31 Dec)* | code | *2025 $* | *2024 $* | *2023 $* | *2022 $* | *2021 $* |
|---|---|---|---|---|---|---|
| Cash and cash equivalents | AA | 1,180,219 | 496,196 | 391,924 | 1,708,102 | 832,089 |
| Receivables | BB | 1,270,574 | 577,644 | 220,946 | 357,850 | 398,985 |
| Derivative financial assets | CC | 5,944 | 94,650 | 8,174 | 10,696 | 41,328 |
| Financial assets | DD | 3,335,705 | 3,004,767 | 3,135,165 | 2,855,744 | 2,158,442 |
| Contract assets | EE | 298,501 | 41,180 | 53,722 | 195,227 | 88,723 |
| Prepaid expenses and accrued income | FF | 634,442 | 134,945 | 65,516 | 157,729 | 352,577 |
| Inventories | GG | 24,847 | 28,485 | 36,549 | 992 | 4,336 |
| Total current assets | | **6,750,232** | **4,377,867** | **3,911,996** | **5,286,340** | **3,876,480** |

Source: FIFA (2025-FSBS; 2024-FSBS; 2023-FSBS; 2022-FSBS)

Cash and cash equivalents

"Cash and cash equivalents comprise cash on hand, post and bank accounts, as well as call accounts and short-term deposits with an original maturity of three months or less." (FIFA, 2025-MAP)

Table 21 presents cash and cash equivalents.

Table 21 – FIFA – Cash and cash equivalents (in thousands of US$)

| *Description (31 Dec)* | *Code* | *2025 $* | *2024 $* | *2023 $* | *2022 $* | *2021 $* |
|---|---|---|---|---|---|---|
| Cash on hand, post and bank accounts | | 974,004 | 493,066 | 255,677 | 1,021,657 | 242,006 |
| Short-term deposits with maturities of up to 3 months | | 206,215 | 3,130 | 136,247 | 686,445 | 590,083 |
| Total | AA | **1,180,219** | **496,196** | **391,924** | **1,708,102** | **832,089** |

Source: FIFA (2025-N16; 2024-N16; 2023-N16; 2022-N15)

Receivables
"The majority of the open receivables from the sale of rights relate to contractual payments from non-streaming broadcasters and sponsors, as well as to ticketing and hospitality sales. FIFA receives payments from customers based on a billing schedule, as established in the contracts with customers. Account receivables are unconditional, as the instalments are non-cancellable and non-refundable once received." (FIFA, 2025-N17) Table 22 presents receivables.

Table 22 – FIFA – Receivables (in thousands of US$)

| *Description (31 Dec)* | *Code* | *2025 $* | *2024 $* | *2023 $* | *2022 $* | *2021 $* |
|---|---|---|---|---|---|---|
| Due from FIFA Member Associations and confederations | | 16,000 | - | - | - | - |
| Due from third parties | | 1,115,867 | 537,892 | 114,746 | 127,789 | 363,891 |
| Provision for bad debts | | (5,817) | (35,381) | (34,922) | (9,684) | (7,260) |
| *Total receivables from the sale of rights* | | *1,126,050* | *502,511* | *79,824* | *118,105* | *356,631* |
| Due from FIFA Member Associations and confederations | | 29,305 | 18,866 | 33,742 | 11,669 | 17,295 |
| Due from third parties | | 131,532 | 56,400 | 107,659 | 228,160 | 25,133 |
| Due from related parties | | - | - | - | - | 3 |
| Provision for bad debts | | (16,313) | (133) | (279) | (84) | (77) |
| *Total other receivables* | | *144,524* | *75,133* | *141,122* | *239,745* | *42,354* |
| Total Receivables (net) | BB | **1,270,574** | **577,644** | **220,946** | **357,850** | **398,985** |

Source: FIFA (2025-N17; 2024-N17; 2023-N17; 2022-N16)

Derivatives assets (current)
"FIFA uses derivative instruments to manage its foreign currency risk, which is the risk that the fair value or future cash flows of an exposure will fluctuate because of changes to foreign exchange rates. The group's exposure to that risk relates primarily to its operating activities (when contracts with customers or suppliers are denominated in foreign currency)." (FIFA, 2025-N32)

Derivatives designated as hedging instruments
"Foreign exchange forward contracts are designated as hedging instruments in cash flow hedges of forecast television broadcasting sales in EUR and GBP. These forecast transactions are highly probable. The total notional amount of the outstanding foreign exchange forward contracts, which are designated as hedge accounting, was USD 324.8 million (2024: USD 152.2 million). There is an economic relationship between the hedged items and the hedging instruments, as the terms of the foreign exchange forward contracts match those of the highly probable forecast transactions. Because the group does not hedge all of its revenue denominated in foreign currencies, the hedged item is identified as a proportion of the forecast transaction. The group has established a hedge ratio of 1:1 for the hedging relationships, as the underlying risk of the foreign exchange forward contracts is identical to the hedged risk. There are no material sources of ineffectiveness and, therefore, no ineffectiveness was recognised in the income statement." (FIFA, 2025-N32)

“In 2025, USD 0.6 million was transferred from the cash flow hedge reserves to contract liabilities (2024: USD 3.9 million). No transfer from the cash flow hedge reserves to the “Revenue from television broadcasting rights” line item was recognised in the consolidated statement of comprehensive income for 2025 (2024: no transfer).” (FIFA, 2025-N32)

Other derivative financial instruments

“Several financial investments were made in foreign currencies in 2025. The foreign exchange risk was hedged using swaps, forwards and options. The total notional value of the outstanding swaps, forwards and options as at 31 December 2025 amounted to USD 2,702 million (2024: USD 3,090.8 million). All other derivative financial instruments will mature in 2026. The derivative financial instruments are valued at fair market prices.” (FIFA, 2025-N32)

“In certain credit events only (such as defaults), derivative financial liabilities of USD 12.8 million could have been offset against derivative financial assets of USD 4.8 million and receivables of USD 18.1 million (and vice versa) as at 31 December 2025 under the agreements with the derivative counterparties (2024: derivative financial assets of USD 86.8 million could have been offset against derivative financial liabilities of USD 4.8 million and payables of USD 60.4 million and vice versa).” (FIFA, 2025-N32)

Table 23 presents derivatives assets (current).

Table 23 – FIFA – Derivatives assets (current) (in thousands of US$)

| *Description (31 Dec)* | *Code* | *2025 $* | *2024 $* | *2023 $* | *2022 $* | *2021 $* |
|---|---|---|---|---|---|---|
| Derivatives designated as hedging instruments – to mature in 1 year | | | | | | |
| Positive fair value | | 1,141 | 7,883 | 3,023 | 4,129 | 25,635 |
| Negative fair value | | 11,740 | - | 108 | - | 2,013 |
| Other derivatives financial instruments – to mature in 1 year | | | | | | |
| Positive fair value | | 4,803 | 86,767 | 5,151 | 6,567 | 15,693 |
| Negative fair value | | 12,814 | 4,786 | 80,948 | 102,970 | 17,662 |
| Total | CC | **5,944** | **94,650** | **8,174** | **10,696** | **41,328** |

Source: FIFA (2025-N32; 2024-N32; 2023-N31; 2022-N30)
Note: Positive fair value amounts are included in assets, and Negative fair value amounts are included in liabilities.

Financial assets (current)

“FIFA’s financial assets are invested in short-term and long-term bonds, equity investments, loans and deposits. Under stage 3 of the COVID-19 Relief Plan, loans are granted to FIFA Member Associations and confederations. FIFA Member Associations are able to apply for interest-free loans of up to 35% of their audited annual revenues, with a minimum loan of USD 0.5 million and a maximum loan of USD 5 million being available. These loans are initially recognised at fair value, i.e. the current value of the expected future cash flows discounted at a market-related interest rate.

FIFA holds a long-term investment ("Money market fund"), which qualifies as a structured entity under IFRS 12. The investment is classified as long-term based on management's intention to hold the fund units beyond 12 months, despite the short-term nature of the underlying instruments. The fund provides exposure to a diversified portfolio of money market instruments and operates under a predefined investment strategy. FIFA does not control the fund, and its involvement is limited to holding fund units. FIFA's maximum exposure to loss is limited to the carrying amount of the investment of USD 1,043.7 million, as it has no obligation to provide financial support to the fund." (FIFA, 2025-N23)

Table 24 presents financial assets (current).

Table 24 – FIFA – Financial assets (current) (in thousands of US$)

| *Description (31 Dec)* | *Code* | *2025 $* | *2024 $* | *2023 $* | *2022 $* | *2021 $* |
|---|---|---|---|---|---|---|
| Debt securities | | 1,918,491 | 2,369,755 | 2,428,086 | 1,700,159 | 1,219,394 |
| Deposits | | 373,842 | 493,853 | 584,095 | 314,395 | 310,775 |
| Equity investment funds | | 130,459 | 123,775 | 106,113 | 86,970 | 106,950 |
| Money market funds | | 892,148 | - | - | 736,743 | 513,681 |
| Loans to third parties | | 405 | 443 | - | - | - |
| Loans to FIFA Member Associations and confederations | | 20,360 | 16,941 | 16,871 | 17,477 | 7,642 |
| Total | DD | **3,335,705** | **3,004,767** | **3,135,165** | **2,855,744** | **2,158,442** |

Source: FIFA (2025-N23; 2024-N23; 2023-N23; 2022-N22)

Contract assets (current)

"Contract assets relate to FIFA's past performance under a contract for which the customer has not yet paid consideration or before payment is due, arising from differences between the timing of satisfaction of performance obligations, as described in Note E, and contractual payment schedules, which mostly occur over time. They are transferred to receivables when the right to receive payment becomes unconditional. Contract assets are regularly reviewed for impairment indicators." (FIFA, 2025-N19)

Per Note E on revenue recognition of the 2025 financial statements (FIFA, 2025-MAP, Note E):

"The main revenue streams for FIFA relate to the sale of the following:

- Television broadcasting rights
- Marketing rights
- Licensing rights
- Hospitality rights
- Ticket sales

The transaction price of a contract consists, in general, of fixed and variable consideration as well as, infrequently, non-cash components (value in kind).

*Nature of performance obligations*

The following is a description of the principal activities with which FIFA generates revenue:

*Television broadcasting rights* are granted primarily to TV stations and other broadcasting institutions. These rights are granted to broadcast the television signal of a specific FIFA event in a particular territory and during a defined period. The performance obligation is defined as the right to access intellectual property. Revenue related to television broadcasting rights is recognised over the rights period measured on the basis of the pattern of broadcasting of the contractual events.

*Marketing rights* provide the FIFA Partners, FIFA World Cup Partners/FIFA Women's Football Partners/FIFA Club World Cup Partners, FIFA World Cup Sponsors/FIFA Women's World Cup Sponsors and FIFA Tournament Supporters/FIFA Official Suppliers with access to intellectual property by enabling them to enter a long-term strategic alliance with FIFA events, which also includes a set of predefined rights. The performance obligations under marketing rights contracts consist of both tangible and intangible marketing rights, which are separated. The tangible rights include event-related media and advertising rights which result in revenue recognition as the contractual events are broadcast. The intangible right is attributed to the promise to benefit from a strategic association with FIFA's events, resulting in a straight-line recognition of revenue over the remaining contractual rights period for the particular event.

*Licensing rights* are granted to licensees to both associate the licensee with FIFA and FIFA competitions and to obtain the right to use FIFA marks and brand elements as a platform to brand its related products and services. As the licensee has access to intellectual property, the amount of revenue is recognised over the rights period and is further determined by categorising each licensing rights contract as follows:

1. For the right to consideration of fixed fees only, revenue is recognised over the rights period on the basis of fixed-fee amounts.
2. For the right to consideration of sales- or usage-based royalties with specified minimum guarantee amounts, FIFA assesses at each reporting date whether the royalty amounts to be received will exceed the contractual minimum guarantee threshold.
    A. If the sales-based royalty is not expected to clearly exceed the minimum guarantee threshold, revenue is recognised over the rights period measured on the basis of the fixed guaranteed consideration. Any royalties received in one period in excess of the minimum guarantee due are deferred and recognised only when total royalties received exceed the contractual minimum guarantee threshold.
    B. When FIFA has a reasonable expectation that royalty amounts to be received will clearly exceed the contractual minimum guarantee threshold,

fixed and variable considerations are estimated and revenue is recognised as the performance obligation is satisfied. The amount of revenue recognised for the reporting period is subject to the royalty constraint (i.e. cumulative revenue amounts cannot exceed cumulative royalty amounts).

*Hospitality rights* give the licensee the right to provide hospitality and ticketing services for selected FIFA competitions. Contractually determined fixed right fees are recognised in the period in which the respective event takes place. Revenue based on profit-share agreements is recognised once the profit share for the event has been determined by the licensee.

*Ticket sales* in connection with the FIFA World Cup™, FIFA Women's World Cup™, FIFA Club World Cup™ or other FIFA events are recognised in the year in which the event takes place.

*Other revenue* is recognised in the accounting period in which the services are rendered.

*Value-in-kind revenue* (non-cash consideration) consists of promises to receive pre-determined services and the delivery of goods to be used in connection with the FIFA World Cup, FIFA Women's World Cup, FIFA Club World Cup or other FIFA events. The revenue related to value-in-kind forms part of the overall consideration receivable and is recognised applying the same measure of progress as the performance obligation to which it relates. Value-in-kind consideration is measured at fair value."

Table 25 presents contract assets (current).

Table 25 – FIFA – Contract assets (current) (in thousands of US$)

| *Description (31 Dec)* | Code | *2025 $* | *2024 $* | *2023 $* | *2022 $* | *2021 $* |
|---|---|---|---|---|---|---|
| Contract assets (total) | | 300,065 | 43,981 | 56,632 | 192,947 | 69,113 |
| Contract assets (non-current) | | (2,255) | (3,548) | (3,699) | - | - |
| Contract assets (current) | | *297,810* | *40,433* | *52,933* | *192,947* | *69,113* |
| Contract cost assets | | 691 | 747 | 789 | 2,280 | 19,610 |
| Total | EE | **298,501** | **41,180** | **53,722** | **195,227** | **88,723** |

Source: FIFA (2025-N19; 2024-N19; 2023-N19; 2022-N18)

<u>Prepaid expenses and accrued income</u>

"Prepaid expenses primarily relate to deferred costs associated with the FIFA World Cup 2026™ and other events." (FIFA, 2025-N18)

Table 26 presents prepaid expenses and accrued income.

Table 26 – FIFA – Prepaid expenses and accrued income (in thousands of US$)

| *Description (31 Dec)* | *Code* | *2025 $* | *2024 $* | *2023 $* | *2022 $* | *2021 $* |
|---|---|---|---|---|---|---|
| Prepaid expenses | | 593,854 | 47,830 | 15,673 | 101,171 | 282,213 |
| Accrued income | | 40,588 | 87,115 | 49,843 | 56,558 | 70,364 |
| Total | FF | **634,442** | **134,945** | **65,516** | **157,729** | **352,577** |

Source: FIFA (2025-N18; 2024-N18; 2023-N18; 2022-N17)

Inventories

"As at 31 December 2025, inventories consisted of footballs purchased and stored for the Football for Schools Programme, intended for distribution to participating primary schools through the FIFA Member Associations. Under this initiative, FIFA has committed to provide football equipment to schools with the aim of making football more accessible to boys and girls worldwide." (FIFA, 2025-N20)

Table 27 presents inventories.

Table 27 – FIFA – Inventories (in thousands of US$)

| *Description (31 Dec)* | *Code* | *2025 $* | *2024 $* | *2023 $* | *2022 $* | *2021 $* |
|---|---|---|---|---|---|---|
| Held of distribution | | 24,847 | 28,485 | 36,549 | 992 | 4,336 |
| Total | GG | **24,847** | **28,485** | **36,549** | **992** | **4,336** |

Source: FIFA (2025-N20; 2024-N20; 2023-N20; 2022-N19)

*Non-current assets*

Table 28 presents a summary of non-current assets.

Table 28 – FIFA – Summary of non-current assets (in thousands of US$)

| *Description (31 Dec)* | code | *2025 $* | *2024 $* | *2023 $* | *2022 $* | *2021 $* |
|---|---|---|---|---|---|---|
| Property and equipment | HH | 260,904 | 259,271 | 272,477 | 272,835 | 289,224 |
| Intangible assets | II | 12,446 | 17,490 | 22,574 | 27,730 | 20,007 |
| Derivative financial assets | JJ | - | 5,087 | 3,923 | 8,126 | 5,195 |
| Financial assets | KK | 2,431,644 | 1,258,933 | 1,205,726 | 1,180,680 | 1,279,360 |
| Contract assets | LL | 2,255 | 3,548 | 3,699 | - | - |
| Prepaid expenses | MM | 19,243 | 221,084 | 69,958 | 19,831 | 21,541 |
| Investments in an associate and joint ventures | NN | 2,340 | 2,477 | - | - | - |
| Total non-current assets | | **2,728,832** | **1,767,890** | **1,578,357** | **1,509,202** | **1,615,327** |

Source: FIFA (2025-FSBS; 2024-FSBS; 2023-FSBS; 2022-FSBS)

Property and equipment

"The "Operational buildings" line item refers to the Home of FIFA, the FIFA Museum and two other buildings in Zurich. FIFA's management has assessed that the museum should not be considered a separate cash-generating unit (CGU) for the purposes of impairment testing. Residential apartments have been identified as a separate CGU. FIFA did not identify any triggering events for impairment and therefore did not recognise any impairment for property and equipment in 2025." (FIFA, 2025-N21)

"Property and equipment are stated at acquisition cost or at cost for right-of-use assets (as defined in Note J – Leases), less accumulated depreciation and impairment losses. Where parts of an item of property and equipment have different useful lives, they are accounted for as separate items of property and equipment. Repairs and maintenance costs are recognised in profit or loss as an expense as they are incurred. Depreciation is charged to profit or loss on a straight-line basis over the estimated useful lives of property and equipment. Depreciation is allocated to FIFA's key activity expenses. Land is not depreciated. The right-of-use assets are depreciated on a straight-line basis over the shorter of their estimated useful life and the lease term. The estimated useful lives are 20-50 years for operational buildings and three to 20 years for office and other equipment. For the accounting treatment of right-of-use assets, please also refer to Note J – Leases." (FIFA, 2025-MAP Note P) Table 29 presents property and equipment.

Table 29 – FIFA – Property and equipment (in thousands of US$)

| *Description (31 Dec)* | *Code* | *2025 $* | *2024 $* | *2023 $* | *2022 $* | *2021 $* |
|---|---|---|---|---|---|---|
| Operational buildings | | | | | | |
| Cost | | 451,182 | 420,635 | 433,818 | 412,870 | 411,543 |
| Accumulated depreciation | | (350,626) | (315,997) | (309,440) | (282,725) | (267,183) |
| *Net* | | *100,566* | *104,638* | *124,378* | *130,145* | *144,360* |
| Assets under construction | | | | | | |
| Cost | | 3,220 | 2,913 | 459 | 784 | 1,572 |
| Accumulated depreciation | | - | - | - | - | - |
| *Net* | | *3,220* | *2,913* | *459* | *784* | *1,572* |
| Land | | | | | | |
| Cost | | 14,276 | 14,276 | 14,276 | 14,276 | 14,276 |
| Accumulated depreciation | | - | - | - | - | - |
| *Net* | | *14,276* | *14,276* | *14,276* | *14,276* | *14,276* |
| Office and other equipment | | | | | | |
| Cost | | 58,843 | 54,576 | 52,482 | 51,541 | 50,877 |
| Accumulated depreciation | | (51,148) | (46,528) | (44,571) | (41,560) | (38,483) |
| *Net* | | *7,695* | *8,048* | *7,911* | *9,981* | *12,394* |
| Right-of-use assets | | | | | | |
| Cost | | 184,167 | 162,544 | 160,975 | 148,786 | 138,889 |
| Accumulated depreciation | | (49,020) | (33,148) | (35,522) | (31,137) | (22,267) |
| *Net* | | *135,147* | *129,396* | *125,453* | *117,649* | *116,622* |
| | | | | | | |
| Total Cost | | 711,698 | 654,944 | 662,010 | 628,257 | 617,157 |
| Total Accum. depreciation | | (450,794) | (395,673) | (389,533) | (355,422) | (327,933) |
| *Total Net* | | *260,904* | *259,271* | *272,477* | *272,835* | *289,224* |
| Total | HH | **260,904** | **259,271** | **272,477** | **272,835** | **289,224** |

Source: FIFA (2025-N21; 2024-N21; 2023-N21; 2022-N20)

Intangible assets

"Internally developed intangible assets, mainly comprising the initial set-up costs for the FIFA+ platform, had a carrying amount of USD 7.8 million as at 31 December 2025 (2024: USD 13.6 million), with a remaining amortisation period of one year. Acquired intangible assets mainly include FIFA's enterprise resource planning (ERP) system as well as other related software." (FIFA, 2025-N22) Table 30 presents intangible assets.

Table 30 – FIFA – Intangible assets (in thousands of US$)

| *Description (31 Dec)* | *Code* | *2025 $* | *2024 $* | *2023 $* | *2022 $* | *2021 $* |
|---|---|---|---|---|---|---|
| Assets under development | | | | | | |
| Cost | | 3,123 | 1,478 | - | 1,631 | 18,095 |
| Accumulated depreciation | | - | - | - | - | - |
| *Net* | | *3,123* | *1,478* | - | *1,631* | *18,095* |
| Internally developed | | | | | | |
| Cost | | 29,196 | 29,196 | 29,196 | 29,196 | - |
| Accumulated depreciation | | (20,410) | (15,571) | (9,732) | (3,893) | - |
| *Net* | | *7,786* | *13,625* | *19,464* | *25,303* | - |
| Acquired | | | | | | |
| Cost | | 15,134 | 14,260 | 13,585 | 10,237 | 10,237 |
| Accumulated depreciation | | (13,597) | (11,873) | (10,475) | (9,441) | (8,325) |
| *Net* | | *1,537* | *2,387* | *3,110* | *796* | *1,912* |
| | | | | | | |
| Total Cost | | 47,453 | 44,934 | 42,781 | 41,064 | 28,332 |
| Total Accum. depreciation | | (35,007) | (27,444) | (20,207) | (13,334) | (8,325) |
| *Total Net* | | *12,446* | *17,490* | *22,574* | *27,730* | *20,007* |
| Total | II | **12,446** | **17,490** | **22,574** | **27,730** | **20,007** |

Source: FIFA (2025-N22; 2024-N22; 2023-N22; 2022-N21)

Derivative financial assets

"FIFA uses derivative instruments to manage its foreign currency risk, which is the risk that the fair value or future cash flows of an exposure will fluctuate because of changes to foreign exchange rates. The group's exposure to that risk relates primarily to its operating activities (when contracts with customers or suppliers are denominated in foreign currency)." (FIFA, 2025-N32) Detailed description on derivative financial instruments are included with the current portion and Table 23.

Table 31 presents derivative financial assets.

Table 31 – FIFA – Derivative financial assets (in thousands of US$)

| *Description (31 Dec)* | *Code* | *2025 $* | *2024 $* | *2023 $* | *2022 $* | *2021 $* |
|---|---|---|---|---|---|---|
| Derivatives designated as hedging instruments – to mature in subsequent years | | | | | | |
| Positive fair value | | - | 5,087 | 3,923 | 8,126 | 5,195 |
| Negative fair value | | - | - | 170 | - | - |
| Other derivatives financial instruments – to mature in subsequent years | | | | | | |
| Positive fair value | | - | - | - | - | - |
| Negative fair value | | - | - | - | - | - |
| Total | JJ | **-** | **5,087** | **3,923** | **8,126** | **5,195** |

Source: FIFA (2025-N32; 2024-N32; 2023-N31; 2022-N30)

Note: Positive fair value amounts are included in assets, and Negative fair value amounts are included in liabilities.

Financial assets (non-current)
"FIFA's financial assets are invested in short-term and long-term bonds, equity investments, loans and deposits. Under stage 3 of the COVID-19 Relief Plan, loans are granted to FIFA Member Associations and confederations. FIFA Member Associations are able to apply for interest-free loans of up to 35% of their audited annual revenues, with a minimum loan of USD 0.5 million and a maximum loan of USD 5 million being available. These loans are initially recognised at fair value, i.e. the current value of the expected future cash flows discounted at a market-related interest rate. FIFA holds a long-term investment ("Money market fund"), which qualifies as a structured entity under IFRS 12. The investment is classified as long-term based on management's intention to hold the fund units beyond 12 months, despite the short-term nature of the underlying instruments. The fund provides exposure to a diversified portfolio of money market instruments and operates under a predefined investment strategy. FIFA does not control the fund, and its involvement is limited to holding fund units. FIFA's maximum exposure to loss is limited to the carrying amount of the investment of USD 1,043.7 million, as it has no obligation to provide financial support to the fund." (FIFA, 2025-N23)

Table 32 presents financial assets (non-current).

Table 32 – FIFA – Financial assets (non-current) (in thousands of US$)

| *Description (31 Dec)* | *Code* | *2025 $* | *2024 $* | *2023 $* | *2022 $* | *2021 $* |
|---|---|---|---|---|---|---|
| Debt securities | | 1,306,141 | 1,173, 839 | 1,109,591 | 1,079,325 | 1,172,679 |
| Equity investments | | 13,065 | - | - | - | - |
| Money market funds | | 1,043,713 | - | - | - | - |
| Loans to third parties | | 516 | 453 | - | - | - |
| Loans to FIFA Member Associations and confederations | | 68,209 | 84,641 | 95,350 | 100,571 | 106,681 |
| Loans to related parties | | - | - | 785 | 784 | - |
| Total | KK | **2,431,644** | **1,258,933** | **1,205,726** | **1,180,680** | **1,279,360** |

Source: FIFA (2025-N23; 2024-N23; 2023-N23; 2022-N22)

Contract assets (non-current)
"Contract assets relate to FIFA's past performance under a contract for which the customer has not yet paid consideration or before payment is due, arising from differences between the timing of satisfaction of performance obligations, as described in Note E, and contractual payment schedules, which mostly occur over time. They are transferred to receivables when the right to receive payment becomes unconditional. Contract assets are regularly reviewed for impairment indicators." (FIFA, 2025-N19) Detailed descriptions of contracts assets and note E are included with the current portion and Table 25.

Table 33 presents contract assets (non-current).

Table 33 – FIFA – Contract assets (non-current) (in thousands of US$)

| *Description (31 Dec)* | *Code* | *2025 $* | *2024 $* | *2023 $* | *2022 $* | *2021 $* |
|---|---|---|---|---|---|---|
| Contract assets (total) | | 300,065 | 43,981 | 56,632 | 192,947 | 69,113 |
| Contract assets (current) | | (297,810) | (40,433) | (52,933) | (192,947) | (69,113) |
| Total (non-current) | LL | **2,255** | **3,548** | **3,699** | **-** | **-** |

Source: FIFA (2025-N19; 2024-N19; 2023-N19; 2022-N18)

Prepaid expenses (non-current)

"Prepaid expenses primarily relate to deferred costs associated with the FIFA World Cup 2026™ and other events." (FIFA, 2025-N18)

Table 34 presents prepaid expenses (non-current).

Table 34 – FIFA – Prepaid expenses (non-current) (in thousands of US$)

| *Description (31 Dec)* | *Code* | *2025 $* | *2024 $* | *2023 $* | *2022 $* | *2021 $* |
|---|---|---|---|---|---|---|
| Prepaid expenses | | 19,243 | 221,084 | 69,958 | 19,831 | 21,541 |
| Total | MM | **19,243** | **221,084** | **69,958** | **19,831** | **21,541** |

Source: FIFA (2025-N18; 2024-N18; 2023-N18; 2022-N17)

Investment in an associate and joint ventures

"FIFA has a 49% interest in Host Broadcast Services (HBS) Ltd, which is one of the world's largest host broadcasters overseeing the global production and distribution of major sports events, classified as an associate. FIFA also has joint control over Football Technology Centre Ltd (FTC) as well as Football Development Ventures Ltd (FDVL). FTC is a joint venture with Hawk-Eye Innovations and was created for the development of automated technologies for the detection of factual football events on the pitch. The FDVL joint venture is located in Kigali, Rwanda, managing and operating the African Football League. Investment in the associate and the joint ventures are accounted for using the equity method as described in Note S – Investment in associates and joint ventures." (FIFA, 2025-N24)

Per Note S on investment in associates and joint ventures of the 2025 financial statements (FIFA, 2025-MAP, Note S):

> "FIFA holds an interest in an associate and joint ventures. An associate is an entity over which FIFA has significant influence but no control over financial and operating policy decisions. This is generally the case where FIFA holds between 20% and 50% of the voting rights. A joint venture is a type of joint arrangement whereby the parties that have joint control of the arrangement have rights to the net assets of the joint venture. Joint control is the contractually agreed sharing of control of an arrangement, which exists only when decisions about the relevant activities require the unanimous consent of the parties sharing control.
>
> Investment in associates or joint ventures is accounted for using the equity method, under which the investment is initially recognised at cost and adjusted thereafter to recognise FIFA's share of the post-acquisition profits or losses of the

associate or joint venture in other income, and FIFA's share of movements in other comprehensive income of the associate or joint venture in other comprehensive income. Dividends received or receivable from an associate or a joint venture are recognised as a reduction in the carrying amount of the investment. Unrealised gains on transactions between FIFA and its associate or joint venture are eliminated to the extent of FIFA's interest. Where necessary, accounting policies of the associate or joint venture have been changed to ensure consistency with the policies adopted by FIFA. [...]"

Table 35 presents investment in an associate and joint ventures.

Table 35 – FIFA – Investment in an associate and joint ventures (in thousands of US$)

| *Description (31 Dec)* | *Code* | *2025 $* | *2024 $* | *2023 $* | *2022 $* | *2021 $* |
|---|---|---|---|---|---|---|
| Interest in associates and joint ventures | | **2,340** | **2,477** | - | - | - |
| Total | NN | **2,340** | **2,477** | **-** | **-** | **-** |

Source: FIFA (2025-N24; 2024-N24; 2023-N24)

*Current liabilities*

Table 36 presents a summary of current liabilities.

Table 36 – FIFA – Summary of current liabilities (in thousands of US$)

| *Description (31 Dec)* | *code* | *2025 $* | *2024 $* | *2023 $* | *2022 $* | *2021 $* |
|---|---|---|---|---|---|---|
| Payables | OO | 223,921 | 207,415 | 81,802 | 653,434 | 100,437 |
| Contract liabilities | PP | 5,218,650 | 410,756 | 122,625 | 233,458 | 2,511,451 |
| Accrued expenses and Deferred income | QQ | 725,870 | 657,364 | 769,733 | 1,305,740 | 659,512 |
| Derivative financial liabilities | RR | 24,554 | 4,786 | 81,056 | 102,970 | 19,675 |
| Lease liabilities | SS | 14,150 | 11,808 | 9,236 | 10,063 | 8,938 |
| Total current liabilities | | **6,207,145** | **1,292,129** | **1,064,452** | **2,305,665** | **3,300,013** |

Source: FIFA (2025-FSBS; 2024-FSBS; 2023-FSBS; 2022-FSBS)

<u>Payables</u>

Table 37 presents payables.

Table 37 – FIFA – Payables (in thousands of US$)

| *Description (31 Dec)* | *Code* | *2025 $* | *2024 $* | *2023 $* | *2022 $* | *2021 $* |
|---|---|---|---|---|---|---|
| Due to FIFA Member Associations and confederations | | 65,434 | 67,301 | 23,376 | 377,979 | 49,071 |
| Due to related parties | | 1 | 6 | 125 | 391 | - |
| Due to third parties | | 158,486 | 140,108 | 58,301 | 275,064 | 51,366 |
| Total | OO | **223,921** | **207,415** | **81,802** | **653,434** | **100,437** |

Source: FIFA (2025-N25; 2024-N25; 2023-N24; 2022-N23)

Contract liabilities (current)

Detailed descriptions of contracts are included with the current portion of contract assets and Table 25.

Table 38 presents contract liabilities (current).

Table 38 – FIFA – Contract liabilities (current) (in thousands of US$)

| *Description (31 Dec)* | *Code* | *2025 $* | *2024 $* | *2023 $* | *2022 $* | *2021 $* |
|---|---|---|---|---|---|---|
| Contract liabilities as at 1 January | | 1,831,806 | 462,919 | 265,135 | 2,626,033 | 1,445,572 |
| Revenue recognised that was included in the contract liability balance at the beginning of the period | | (402,875) | (118,407) | (212,498) | (2,490,606) | (222,631) |
| Increases due to payments made or payments due, excluding amounts received as revenue during the period | | 3,974,278 | 1,487,294 | 410,282 | 129,708 | 1,403,092 |
| Contract liabilities as at 31 December | | 5,403,209 | 1,831,806 | 462,919 | 265,135 | 2,626,033 |
| Of which non-current | | (184,559) | (1,421,050) | (340,294) | (31,677) | (114,582) |
| Total current | PP | **5,218,650** | **410,756** | **122,625** | **233,458** | **2,511,451** |

Source: FIFA (2025-N27; 2024-N27; 2023-N26; 2022-N25)

Accrued expenses and Deferred income

Table 39 presents accrued expenses and deferred income.

Table 39 – FIFA – Accrued expenses and Deferred income (in thousands of US$)

| *Description (31 Dec)* | *Code* | *2025 $* | *2024 $* | *2023 $* | *2022 $* | *2021 $* |
|---|---|---|---|---|---|---|
| Development and relief programmes | | 538,500 | 546,758 | 620,561 | 700,887 | 501,607 |
| Event-related accrued expenses | | 95,254 | 31,425 | 62,325 | 487,545 | 72,819 |
| Other accrued expense | | 87,776 | 77,895 | 86,847 | 109,422 | 54,369 |
| Deferred income | | 4,340 | 1,286 | - | 7,886 | 30,717 |
| Total | QQ | **725,870** | **657,364** | **769,733** | **1,305,740** | **659,512** |

Source: FIFA (2025-N26; 2024-N26; 2023-N25; 2022-N24)

Derivative financial liabilities

Detailed descriptions of derivative financial instruments are included with the current portion of derivative assets and Table 23. Table 40 presents derivative financial liabilities.

Table 40 – FIFA – Derivative financial liabilities (in thousands of US$)

| *Description (31 Dec)* | *Code* | *2025 $* | *2024 $* | *2023 $* | *2022 $* | *2021 $* |
|---|---|---|---|---|---|---|
| Derivatives designated as hedging instruments – to mature in 1 year | | | | | | |
| Positive fair value | | 1,141 | 7,883 | 3,023 | 4,129 | 25,635 |
| Negative fair value | | 11,740 | - | 108 | - | 2,013 |
| Other derivatives financial instruments – to mature in 1 year | | | | | | |
| Positive fair value | | 4,803 | 86,767 | 5,151 | 6,567 | 15,693 |
| Negative fair value | | 12,814 | 4,786 | 80,948 | 102,970 | 17,662 |
| Total | RR | **24,554** | **4,786** | **81,056** | **102,970** | **19,675** |

Source: FIFA (2025-N32; 2024-N32; 2023-N31; 2022-N30)
Note: Positive fair value amounts are included in assets, and Negative fair value amounts are included in liabilities.

<u>Lease liabilities (current)</u>
“FIFA is a lessee and has contracts for various buildings, offices and other equipment as well as land that are accounted for by recognising a right-of-use asset and a lease liability. Set out below are the carrying amounts of FIFA’s right-of-use assets and lease liabilities as well as their movements during the period. For the carrying amounts of FIFA’s right-of-use assets […].” (FIFA, 2025-N29)

Per Note J on revenue recognition of the 2025 financial statements (FIFA, 2025-MAP, Note J):

> “FIFA is a lessee and holds leases for various buildings as well as offices, other equipment and land, all of which are recognised as right-of-use assets and lease liabilities.”
>
> *Right-of-use assets*
> “FIFA recognises right-of-use assets at the commencement date of the lease (i.e. the date on which the underlying asset is available for use). Right-of-use assets are measured at cost, less any accumulated depreciation and impairment losses, and adjusted for any remeasurement of lease liabilities. The cost of right-of-use assets includes the amount of lease liabilities recognised, initial direct costs incurred, and lease payments made at or before the commencement date, less any lease incentives received.”
>
> “Unless FIFA is reasonably certain of obtaining ownership of the leased asset at the end of the lease term, the recognised right-of-use assets are depreciated on a straight-line basis over the shorter of its estimated useful life and the lease term. Right-of-use assets are subject to impairment. FIFA presents right-of-use assets in property and equipment in the consolidated balance sheet.”

*Lease liabilities*
"At the commencement date of the lease, FIFA recognises lease liabilities measured at the present value of lease payments to be made over the lease term. In calculating the present value of lease payments, the group uses the incremental borrowing rate at the lease commencement date if the interest rate implicit in the lease is not readily determinable. After the commencement date, the amount of lease liabilities is increased to reflect the accretion of interest and reduced for the lease payments made."

*Short-term leases and leases of low-value assets*
"FIFA applies the short-term lease recognition exemption to all classes of underlying assets (i.e. those leases that have a lease term of 12 months or less from the commencement date and do not contain a purchase option). It also applies the lease of low-value assets recognition exemption to leases that are considered of low value. Lease payments on short-term leases and leases of low-value assets are recognised as expenses on a straight-line basis over the lease term."

Table 41 presents lease liabilities (current).

Table 41 – FIFA – Lease liabilities (current) (in thousands of US$)

| *Description (31 Dec)* | *Code* | *2025 $* | *2024 $* | *2023 $* | *2022 $* | *2021 $* |
|---|---|---|---|---|---|---|
| **Balance as at 1 January** | | 198,060 | 200,445 | 186,783 | 187,352 | 198,116 |
| Additions | | 3,023 | 21,477 | 8,087 | 11,293 | 4,822 |
| Changes from remeasurements | | - | 1,311 | (1,858) | - | - |
| Interest expenses | | 5,735 | 5,036 | 4,631 | 4,256 | 4,701 |
| Payments | | (18,731) | (16,867) | (14,060) | (14,114) | (14,379) |
| Foreign exchange effects | | 25,949 | (13,342) | 16,862 | (2,004) | (5,908) |
| Total | | *214,036* | *198,060* | *200,445* | *186,783* | *187,352* |
| Of which non-current | | (199,886) | (186,252) | (191,209) | (176,720) | (178,414) |
| **Balance as at 31 December** | SS | **14,150** | **11,808** | **9,236** | **10,063** | **8,938** |

Source: FIFA (2025-N29; 2024-N29; 2023-N28; 2022-N27)

*Non-current liabilities*

Table 42 presents a summary of non-current liabilities.

Table 42 – FIFA – Summary of non-current liabilities (in thousands of US$)

| *Description (31 Dec)* | *code* | *2025 $* | *2024 $* | *2023 $* | *2022 $* | *2021 $* |
|---|---|---|---|---|---|---|
| Contract liabilities | TT | 184,559 | 1,421,050 | 340,294 | 31,677 | 114,582 |
| Accrued expenses | UU | 88,543 | 205,184 | 225,543 | 238,272 | 22,856 |
| Post-employment benefit obligations | VV | 42,900 | 56,125 | 45,442 | 16,989 | 65,187 |
| Provisions | XX | 56,970 | 37,095 | 58,551 | 54,960 | 172,685 |
| Derivative financial liabilities | YY | - | - | 170 | - | - |
| Lease liabilities | ZZ | 199,886 | 186,252 | 191,209 | 176,720 | 178,414 |
| Total non-current liabilities | | **572,858** | **1,905,686** | **861,209** | **518,618** | **553,724** |

Source: FIFA (2025-FSBS; 2024-FSBS; 2023-FSBS; 2022-FSBS)

Contract liabilities (non-current)
Detailed descriptions of contracts are included with the current portion of contract assets and Table 25. Table 43 presents contract liabilities (non-current).

Table 43 – FIFA – Contract liabilities (non-current) (in thousands of US$)

| *Description (31 Dec)* | Code | *2025 $* | *2024 $* | *2023 $* | *2022 $* | *2021 $* |
|---|---|---|---|---|---|---|
| Contract liabilities as at 1 January | | 1,831,806 | 462,919 | 265,135 | 2,626,033 | 1,445,572 |
| Revenue recognised that was included in the contract liability balance at the beginning of the period | | (402,875) | (118,407) | (212,498) | (2,490,606) | (222,631) |
| Increases due to payments made or payments due, excluding amounts received as revenue during the period | | 3,974,278 | 1,487,294 | 410,282 | 129,708 | 1,403,092 |
| Contract liabilities as at 31 December | | 5,403,209 | 1,831,806 | 462,919 | 265,135 | 2,626,033 |
| Of which current | | (5,218,650) | (410,756) | (122,625) | (233,458) | (2,511,451) |
| Total non-current | TT | **184,559** | **1,421,050** | **340,294** | **31,677** | **114,582** |

Source: FIFA (2025-N27; 2024-N27; 2023-N26; 2022-N25)

Accrued expenses (non-current)
Table 44 presents accrued expenses (non-current).

Table 44 – FIFA – Accrued expenses (non-current) (in thousands of US$)

| *Description (31 Dec)* | Code | *2025 $* | *2024 $* | *2023 $* | *2022 $* | *2021 $* |
|---|---|---|---|---|---|---|
| Development and relief programmes | | 86,543 | 205,164 | 225,543 | 238,272 | 22,000 |
| Deferred income | | 2,000 | - | - | - | 856 |
| Total | UU | **88,543** | **205,184** | **225,543** | **238,272** | **22,856** |

Source: FIFA (2025-N26; 2024-N26; 2023-N25; 2022-N24)

Post-employment benefit obligations

"The post-employment benefit expenses of USD 25.7 million included in profit or loss are part of the total expenses from football activities and total expenses from administrative activities (2024: USD 22.3 million). As at 31 December 2025, the plan assets were invested in cash and cash equivalents of 2.1% (2024: 1.5%), debt instruments of 27.3% (2024: 33.6%), equity instruments of 39.6% (2024: 35.2%), real estate of 24% (2024: 23.8%) and other of 7% (2024: 5.9%). The expected contributions to be paid by the employer into the plan for 2026 are USD 15.2 million." (FIFA, 2025-N33)

Table 45 presents post-employment benefit obligations.

Table 45 – FIFA – Post-employment benefit obligations (in thousands of US$)

| *Description (31 Dec)* | | *2025 $* | *2024 $* | *2023 $* | *2022 $* | *2021 $* |
|---|---|---|---|---|---|---|
| At 1 January | + | 56,125 | 45,442 | 16,989 | 65,187 | 93,022 |
| Included in profit or loss: | | | | | | |
| – Current service cost | | 24,923 | 21,354 | 17,399 | 25,872 | 31,738 |
| – Plan amendments /curtailments | | 0 | 0 | (10,664) | 0 | 522 |
| – Interest expense/(income) | | 552 | 654 | 402 | 218 | 181 |
| – General administration costs | | 244 | 259 | 258 | 293 | 305 |
| – Exchange differences | | 6,911 | (3,397) | 3,272 | (2,169) | (2,390) |
| Sub-total | + | *32,630* | *18,870* | *10,667* | *24,214* | *30,356* |
| Remeasurements included in comprehensive income: | | | | | | |
| – Return on plan assets, excluding interest income | | (16,675) | (21,347) | (5,862) | 21,238 | (17,542) |
| – (Gain)/loss from change in demographic assumptions | | 0 | 0 | 84 | 0 | (18,560) |
| – (Gain)/loss from change in financial assumptions | | (24,365) | 31,290 | 36,482 | (76,734) | (8,504) |
| – Experience (gains)/loss | | 10,284 | (2,287) | 1,926 | (41) | 1,336 |
| Sub-total | +/- | *(30,756)* | *7,656* | *32,630* | *(55,537)* | *(43,270)* |
| Contributions and benefits paid: – Employer | - | (15,099) | (15,843) | (14,844) | (16,875) | (14,921) |
| At 31 December | VV | **42,900** | **56,125** | **45,442** | **16,989** | **65,187** |

Source: FIFA (2025-N33; 2024-N33; 2023-N32; 2022-N31)
Note: Amounts are the difference between Present value of obligation and Fair value of plan assets.

Provisions

"A provision is recognised when FIFA has a legal or constructive obligation as a result of a past event and it is probable that an outflow of economic benefits will be required to settle the obligation. If the effect is material, provisions are determined by discounting the expected future cash flows at a pre-tax rate that reflects current market assessments of the time, value of money and, where appropriate, the risks specific to the liability." (FIFA, 2025-MAP Note W)

Table 46 presents provisions.

Table 46 – FIFA – Provisions (in thousands of US$)

| *Description (31 Dec)* | *Code* | *2025 $* | *2024 $* | *2023 $* | *2022 $* | *2021 $* |
|---|---|---|---|---|---|---|
| Balance as at 1 January | | 37,095 | 58,551 | 54,960 | 172,685 | **185,768** |
| Provisions made during the year | | 19,536 | 4,125 | 7,734 | 1,484 | 4,001 |
| Provisions released during the year | | (1,227) | (11,554) | (7,934) | (120,622) | (8,325) |
| Provisions used during the year | | (3,209) | (4,680) | (415) | (1,058) | (546) |
| Exchange differences | | 4,775 | (9,347) | 4,206 | 2,471 | (8,213) |
| Balance as at 31 December | XX | **56,970** | **37,095** | **58,551** | **54,960** | **172,685** |

Source: FIFA (2025-N28; 2024-N28; 2023-N27; 2022-N26)

## Derivative financial liabilities (non-current)

Detailed descriptions of derivative financial instruments are included with the current portion of derivative assets and Table 23. Table 47 presents derivative financial liabilities (non-current).

Table 47 – FIFA – Derivative financial liabilities (non-current) (in thousands of US$)

| *Description (31 Dec)* | *Code* | *2025 $* | *2024 $* | *2023 $* | *2022 $* | *2021 $* |
|---|---|---|---|---|---|---|
| Derivatives designated as hedging instruments – to mature in subsequent years | | | | | | |
| Positive fair value | | - | - | - | - | - |
| Negative fair value | | - | - | 170 | - | - |
| Other derivatives financial instruments – to mature in subsequent years | | | | | | |
| Positive fair value | | - | - | - | - | - |
| Negative fair value | | - | - | - | - | - |
| Total | YY | **-** | **-** | **170** | **-** | **-** |

Source: FIFA (2025-N32; 2024-N32; 2023-N31; 2022-N30)
Note: Positive fair value amounts are included in assets, and Negative fair value amounts are included in liabilities.

## Lease liabilities (non-current)

Detailed descriptions of lease are included with the current portion of lease liabilities and Table 41. Table 48 presents lease liabilities (non-current).

Table 48 – FIFA – Lease liabilities (non-current) (in thousands of US$)

| *Description (31 Dec)* | *Code* | *2025 $* | *2024 $* | *2023 $* | *2022 $* | *2021 $* |
|---|---|---|---|---|---|---|
| Balance as at 1 January | | 198,060 | 200,445 | 186,783 | 187,352 | 198,116 |
| Additions | | 3,023 | 21,477 | 8,087 | 11,293 | 4,822 |
| Changes from remeasurements | | - | 1,311 | (1,858) | - | - |
| Interest expenses | | 5,735 | 5,036 | 4,631 | 4,256 | 4,701 |
| Payments | | (18,731) | (16,867) | (14,060) | (14,114) | (14,379) |
| Foreign exchange effects | | 25,949 | (13,342) | 16,862 | (2,004) | (5,908) |
| Total | | *214,036* | *198,060* | *200,445* | *186,783* | *187,352* |
| Of which current | | (14,150) | (11,808) | (9,236) | (10,063) | (8,938) |
| Balance as at 31 December | ZZ | **199,886** | **186,252** | **191,209** | **176,720** | **178,414** |

Source: FIFA (2025-N29; 2024-N29; 2023-N28; 2022-N27)

Contingent liabilities
"FIFA is currently involved in a number of legal disputes arising from its statutory objectives. In relation to the majority of these disputes, FIFA considers the possibility of any outflow in settlement to be remote, or no reliable estimate of the amount can be made. Therefore, FIFA has not recognised a provision in relation to these legal matters. The safeguarding of FIFA's interest in the ongoing legal matters and the protection against currently known legal risks will continue to generate some costs, which FIFA intends to limit to the strict minimum necessary." (FIFA, 2025-N34)

Capital commitments
"As at 31 December 2025, FIFA had no capital commitments (2024: FIFA had no capital commitments)." (FIFA, 2025-N35)

Related-party transactions
"The following persons are regarded as related parties: members of the Council, the President, the Secretary General and the key management personnel as well as their close family members. In 2025, short-term employee benefits for related parties amounted to USD 35.8 million (2024: USD 31.8 million). In addition to these short-term employee benefits, FIFA contributes to post-employment benefits. The pension expenses in 2025 amounted to USD 1.4 million (2024: USD 1.5 million). Further disclosures and information are available in the "Compensation" section of the FIFA Annual Report 2025." (FIFA, 2025-N36)

Consolidated subsidiaries
The list of 18 (in 2025) consolidated subsidiaries is included in the research note on governance.

"Noteworthy changes in 2025 included the foundation of FWWC27 LTDA to operate the FIFA Women's World Cup 2027™, the establishment of the Bureau Africain de la FIFA to promote the development of football in Africa, and the incorporation of FIFA Foundation USA, Inc. to function as a charitable entity within the United States with the broad purpose of using the power of football to effect positive change in society. FIFA's 51% ownership of the FIFA World Cup Qatar 2022 LLC subsidiary does not coincide with the economic result allocation, as the equity of the subsidiary is fully attributable to FIFA. No non-controlling interests are therefore disclosed in these consolidated financial statements." (FIFA, 2025-N37)

*Reserves*

"Reserves consist of association capital, restricted reserves for FIFA's statutory objectives, restricted reserves for club football, translation reserves, fair value reserves of financial assets at FVOCI and cash flow hedge reserves. As FIFA is an association, no dividends are paid. Based on article 54 of the FIFA Statutes, the revenue and expenditure of FIFA are managed so that they balance out over the financial cycle. FIFA's major duties in the future will be guaranteed through the creation of reserves.

Therefore, the net result for the year is allocated to the reserves. Such reserves are presented as restricted reserves in the balance sheet. In the event of the dissolution of FIFA, its funds shall not be distributed, but transferred to the supreme court of the country in which its headquarters are situated. The supreme court shall invest them in gilt-edged securities until the re-establishment of the federation." (FIFA, 2025-MAP Note X)

Different types of reserves (FIFA, 2025-N30) exist:

*Association capital*
"The association capital is CHF 5 million."

*Restricted reserves*
"Pursuant to article 54 of the FIFA Statutes, FIFA has to balance out revenue and expenditure over the financial period and build up sufficient reserves to guarantee the fulfilment of its major duties. The purpose of the reserves is to protect FIFA against risks and unforeseen events, in particular in relation to the FIFA World Cup™. The financial dependency of FIFA on the FIFA World Cup, which takes place only every four years, needs to be considered, since the FIFA World Cup is FIFA's main revenue source. The use of the reserves is generally restricted to FIFA's statutory duties such as the organisation of international competitions – in particular the FIFA World Cup – and the implementation of football-related development programmes.

In accordance with the budgetary principles approved by the Extraordinary Congress in December 2024, FIFA will reinvest all revenues from the FIFA Club World Cup™ 2025 to finance the event's operational expenses and to distribute funds to global club football. FIFA is currently in the process of implementing a solidarity scheme, which foresees that non-participating teams worldwide will receive a solidarity pot (capped at USD 250 million) and the remaining surplus will be earmarked as a buffer to protect the long-term future of the competition. In this context, FIFA has explicitly allocated USD 287.4 million of the restricted reserves to club football at the end of 2025. This will ensure that all revenues minus operational expenses from the FIFA Club World Cup 2025 are reinvested in club football. Restricted reserves also include remeasurement gains and losses on the net post-employment benefit obligations." (FIFA, 2025-N30)

*Translation reserves*
"The translation reserves comprise all foreign currency differences arising from the translation of the financial statements of foreign operations." (FIFA, 2025-N30)

*Cash flow hedge reserves*
"The effective portion of the gain or loss on the hedging instrument is recognised in other comprehensive income in the cash flow hedge reserve." (FIFA, 2025-N30)

*Fair value reserves of financial assets at FVOCI*
"FIFA has certain debt investments measured at FVOCI for which changes in fair value are accumulated in these separate reserves. The accumulated changes in fair value are transferred to profit or loss when the investment is derecognised or impaired." (FIFA, 2025-N30)

*Capital management*
"FIFA was established in the legal form of an association in accordance with articles 60ff. of the Swiss Civil Code. Pursuant to article 2 of its Statutes, FIFA's objective is to improve the game of football constantly and promote it globally in the light of its unifying, educational cultural and humanitarian values, particularly through youth and development programmes. FIFA is a non-profit organisation and is obliged to spend its results, reserves and funds for this purpose. As FIFA is an association, no dividends are paid. In the event of the dissolution of FIFA, its funds shall not be distributed, but transferred to the supreme court of the country in which the headquarters are situated. The supreme court shall invest them in gilt-edged securities until the re-establishment of the federation. FIFA's goal is to maintain its solid reserve level in order to cover inherent risks in connection with the FIFA World Cup and to finance its non-profit activities, especially future development activities and other FIFA events." (FIFA, 2025-N30)

Table 49 presents reserves.

Table 49 – FIFA – Reserves (in thousands of US$)

| *Description (31 Dec)* | *code* | *2025 $* | *2024 $* | *2023 $* | *2022 $* | *2021 $* |
|---|---|---|---|---|---|---|
| Association capital | | 4,104 | 4,104 | 4,104 | 4,104 | 4,104 |
| Cash flow hedge reserves | | (6,124) | 12,970 | 6,668 | 12,255 | 26,139 |
| Foreign currency translation reserves | | 201 | 112 | 1,673 | (445) | 315 |
| Fair value reserves of financial assets at FVOCI | | (62,162) | (64,343) | (62,434) | (82,504) | (6,917) |
| Restricted reserves for FIFA's statutory objectives | | 2,475,622 | 2,995,099 | 3,614,681 | 4,037,849 | 1,614,429 |
| Restricted reserves for club football | | 287,420 | - | - | - | - |
| Total reserves | - | **2,699,061** | **2,947,942** | **3,564,692** | **3,971,259** | **1,638,070** |

Source: FIFA (2025-FSBS; 2024-FSBS; 2023-FSBS; 2022-FSBS)

## Post-balance-sheet events

"The FIFA Council authorised the issue of these consolidated financial statements on 19 March 2026. Up to this date, no other events have occurred since 31 December 2025 that would require any adjustment to the carrying amount of FIFA's assets and liabilities as at 31 December 2025 and/or disclosure. The consolidated financial statements for 2025 will be submitted to the FIFA Congress for approval on 30 April 2026." (FIFA, 2025-N38)

### Compensation and employees

*Personnel expenses*

“In 2025, personnel costs amounted to USD 338.4 million. FIFA continues to invest in a highly skilled and diverse workforce to support its strategic objectives and global operations. The organisation remains committed to providing its employees with modern work environments and advanced digital tools that foster collaboration, innovation and efficiency. Overall, personnel expenses increased mainly due to the FIFA Club World Cup 2025™ and the associated need for more resources as well as due to the strengthening of the Swiss franc against the US dollar in 2025.” (FIFA, 2025-N33)

Table 50 presents the personnel expenses.

Table 50 – FIFA – Personnel expenses (in thousands of US$)

| *Description (31 Dec)* | *2025 $* | *2024 $* | *2023 $* | *2022 $* | *2021 $* |
|---|---|---|---|---|---|
| Wages and salaries | 246,613 | 157,542 | 227,616 | 327,476 | 151,251 |
| Social benefit costs | 49,265 | 36,361 | 28,294 | 39,116 | 45,308 |
| Other employee benefit costs | 30,035 | 14,922 | 14,443 | 29,792 | 6,190 |
| Other | 12,464 | 12,109 | 12,243 | 11,585 | 10,356 |
| Total personnel expenses | **338,377** | **220,934** | **282,596** | **407,969** | **213,105** |
| Of which | | | | | |
| – Competitions & Events – general | 69,609 | 51,073 | 55,949 | 61,137 | 47,885 |
| – Competitions & Events – directly attributable to the FIFA World Cups | 0 | 527 | 56,428 | 185,308 | - |
| – Competitions & Events – directly attributable to the FIFA Club World Cups | 75,791 | - | - | - | - |
| – Development & Education | 49,203 | 46,172 | 44,198 | 43,584 | 41,090 |
| – Football Governance | 21,285 | 20,835 | 21,923 | 17,713 | 18,295 |
| – FIFA Governance & Administration | 91,498 | 78,054 | 81,909 | 76,083 | 80,771 |
| – Marketing & TV Broadcasting | 30,991 | 24,273 | 22,189 | 24,144 | 25,064 |

Source: FIFA (2025-N33; 2024-N33; 2023-N32; 2022-N31)

*Retirement benefit plan for employees*

“FIFA has established a retirement benefit plan in Switzerland for all of its employees through an insurance company. This Swiss plan is governed by the Swiss Federal Law on Occupational Retirement, Survivors’ and Disability Pension Plans (BVG), which stipulates that pension plans are to be managed by independent, legally autonomous units. The assets of the pension plan are held within a separate foundation and cannot revert to the employer. Pension plans are overseen by a regulator as well as by a state supervisory body. FIFA participates in a Swiss “Sammelstiftung”, which is a collective foundation administrating the pension plan of various unrelated employers. The pension plan has reinsured all demographic risks and fully transferred the investment activities to the insurance company.

The most senior governing body of the collective foundation is the Board of Trustees, which manages the pension fund in compliance with the statutory provisions, the articles of association of the foundation and the directives of the supervisory authority. The plan's governing body (Occupational Benefits Fund Commission) is composed of an equal number of employer and employee representatives. The plan is funded by employee and employer contributions and has certain defined benefit characteristics, such as the interest guaranteed on the savings and the conversion of the savings at the end of working life into a life-long pension annuity. The employee's contributions are determined based on the insured salary and range from 5% to 9% of the insured salary, depending on the selection of the scale by the beneficiary. The employer's contributions must be at least equal to those of the employee. If the plan becomes underfunded, various measures can be adopted, such as lowering the interest credit rate, reducing benefits or increasing the employer and employee contributions.

If an employee leaves FIFA or the plan before reaching retirement age, the law provides for the transfer of the vested benefits to the new plan. These vested benefits comprise the employee's and the employer's contributions plus interest, the money originally brought into the pension plan by the beneficiary and an additional legally stipulated amount. On reaching retirement age, the plan participant may decide whether to withdraw the benefits in the form of an annuity or (entirely or partly) as a lump-sum payment. The pension law requires pension annuities to be adjusted for inflation, depending on the financial condition of the plan." (FIFA, 2025-N33)

*FIFA Council members and FIFA senior management*

"According to the rules and principles in place for 2025, the FIFA Council Senior Vice-President and Vice-Presidents who are also confederation presidents each receive a net annual compensation of USD 300,000 (USD 300,000 in 2024). FIFA Council Vice-Presidents who are not confederation presidents and FIFA Council members each receive a net annual compensation of USD 250,000 (USD 250,000 in 2024). The net compensation may vary depending on the taxation situation of the individual Council member. Some Council members voluntarily waived some or all of their compensation during their term of appointment. Each member also receives a daily allowance while on duty of USD 250, or USD 150 if FIFA covers breakfast and lunch or dinner. Under the FIFA Compensation, Expenses and Benefits Regulations for Senior Officials, FIFA covers the employer's and employee's social security contributions. Withholding taxes are deducted from the compensation and paid directly by FIFA to the tax authorities. FIFA does not cover social security contributions or taxes that may also be due in the Council member's country of residence." (FIFA, 2025c)

Table 51 presents FIFA Council members and FIFA senior management compensation.

Table 51 – FIFA Council members and FIFA senior management

| *Description (USD)* | *Without pension contributions* | *With pension contributions* |
|---|---|---|
| FIFA Council members | 12,273,711 | 12,273,711 |
| FIFA management* | 23,498,175 | 24,865,890 |
| Total | **35,771,886** | **37,139,60** |

Source: FIFA (2025c)
Note: (* As at 31 December 2025, the FIFA management comprised the President, the Secretary General and the ten Chief Officers. FIFA management members ending or starting their employment during the year were compensated on a pro-rata basis.)

*FIFA President and FIFA Secretary General*

Table 52 presents FIFA President and FIFA Secretary General compensation.

Table 52 – FIFA President and FIFA Secretary General

| | *Gross salary (base)* | *Gross salary (variable)* | *Flat-rate allowances* |
|---|---|---|---|
| FIFA President Gianni Infantino | CHF 2,600,000 | CHF 2,200,000 | CHF 24,000 |
| | *USD 3,128,761* | *USD 2,647,413* | *USD 28,881* |
| FIFA Secretary General Mattias Grafström | CHF 1,560,000 | CHF 840,000 | CHF 24,000 |
| | *USD 1,877,256* | *USD 1,010,830* | *USD 28,881* |

Source: FIFA (2025c)
Note: Salary paid in Swiss Franc (CHF). Conversion in USD for comparison at an average rate 0.831. "The gross salary (variable) awarded in 2025 will be paid in 2026. The amounts listed above are before taxes payable by the President and the Secretary General. FIFA contributes to the Swiss social charges, pension fund, accident insurance and other contractual employee benefits for both the President and the Secretary General."

*FIFA committees*

"The chairpersons, deputy chairpersons and all members of independent committees and the independent members of all standing committees receive flat-rate compensation as outlined below. The members of the Governance, Audit and Compliance Committee and of the investigatory chamber of the Ethics Committee receive annual compensation of USD 15,000. The members of the other independent committees, the re-elected independent members of the Standing committees and the members of all Football Tribunal chambers receive annual compensation of USD 7,500, with the exception of the independent members of the Compensation Sub-Committee, who receives annual compensation of USD 35,000.

In addition to the annual flat-rate compensation paid to the chairpersons and deputy chairpersons, the members of independent committees and independent members of all FIFA Standing committees are granted a daily allowance while on duty of USD 250, or USD 150 if FIFA covers breakfast and lunch or dinner. Members who do not receive annual compensation are granted a daily allowance while on duty of USD 300, or USD 200 if FIFA covers breakfast and lunch or dinner. In addition, members of FIFA's

committees may be separately compensated for special assignments given to them by the respective committee. No bonuses of any kind are granted." (FIFA, 2025c)

*Governance, Audit and Compliance Committee*

"The total costs of the Governance, Audit and Compliance Committee in 2025 were USD 726,323, which includes remuneration, daily allowances, travel/transport, accommodation, meals and staff-related costs." (FIFA, 2025c)

*Judicial bodies*

"The total costs of FIFA's judicial bodies in 2025 were USD 4,348,160, which includes remuneration, daily allowances, travel/transport and security, accommodation and meals, freelance contractors, translation/interpreting, printed materials, IT hardware/software and communications, legal consultancy and staff-related costs." (FIFA, 2025c) Table 53 presents judicial bodies compensation.

Table 53 – FIFA – Judicial bodies (USD)

| *Committees* | *Total USD* |
|---|---|
| Ethics Committee | 1,955,765 |
| Disciplinary Committee | 1,243,421 |
| Appeal Committee | 1,148,974 |

Source: FIFA (2025c)
Note: Conversion of Swiss Franc (CHF) in USD for comparison at an average rate 0.831.

*FIFA committee chairpersons and deputy chairpersons*

Table 54 presents the annual compensation of FIFA committee chairpersons and deputy chairpersons.

Table 54 – FIFA committee chairpersons and deputy chairpersons compensation (USD)

| *Committees* | *Chairperson* | *Deputy chairperson* |
|---|---|---|
| Appeal Committee | 160,000 | 26,000 |
| Disciplinary Committee | 160,000 | 26,000 |
| Dispute Resolution Chamber | 160,000 | 75,000 |
| Ethics – Adjudicatory chamber | 215,000 | 53,000 |
| Ethics – Investigatory chamber | 250,000 | 75,000 |
| Governance, Audit and Compliance | CHF 250,000 (USD 300,842) | 75,000 |
| Players' Status Chamber | 140,000 | 15,000 |
| Referees | 215,000 | 7,500 |

Source: FIFA (2025c)

*Number of employees*

Table 55 presents the number of employees.

Table 55 – FIFA – Number of employees in 2025

| *Responsibility* | *Full-time employees* | *Gender Male* | *Gender Female* | *Average age* | *Nationalities* |
|---|---|---|---|---|---|
| FIFA (Zurich/Paris) | 693 | 59% | 41% | 42 | 62 |
| FIFA Americas Inc | 83 | 48% | 52% | 37 | 22 |
| FIFA Museum | 69 | 57% | 43% | 42 | 42 |
| FIFA Development AG | 27 | 79% | 21% | 39 | 23 |
| FIFA World Cup 26 | 979 | 52% | 48% | 45 | 40 |
| FIFA Women's World Cup 2027 | 55 | 33% | 67% | 42 | 1 |
| Bureau Africain de la FIFA | 5 | 60% | 40% | 43 | 4 |
| Total | 1911 | | | | |

Source: FIFA (2025e)

**Financial risk management**

"FIFA is exposed to currency and interest risks as well as credit, liquidity and equity price risks in the course of its normal operations." (FIFA, 2025-N31)

<u>Credit risk</u>

"The revenue from television and marketing rights is received from large multinational companies and public broadcasters. Part of the outstanding revenue is also covered by bank guarantees. Additionally, the contracts include a default clause, whereby the contract terminates as soon as one party is in default. In the event of a default, FIFA is not required to reimburse any of the services or contributions received. FIFA is also entitled to replace terminated contracts with new marketing or broadcasting agreements.

Material credit risks could arise if several parties were unable to meet their contractual obligations. FIFA's management monitors the credit standing of the Commercial Partners very closely on an ongoing basis. Given their overall good credit ratings and the high diversification of the portfolio of Commercial Partners, the management believes that this scenario is unlikely to occur.

The vast majority of cash and cash equivalents are held with bank and financial institution counterparties with a rating equivalent to "A-1" or higher in S&P ratings. Fixed-income investments with residual terms to maturity of 12 months or less are only executed with borrowers with a short-term rating of "A-2" or higher. Investments in bonds are only executed in listed, tradable bonds issued by borrowers with a "BBB-" rating or higher. Derivative financial instruments are executed only with counterparties with high credit ratings. The carrying amount of the financial assets represents the maximum exposure to credit risk." (FIFA, 2025-N31)

Equity price risk
"FIFA's exposure to equity price risk arises from equity investments held by the group classified as at fair value through profit or loss. FIFA manages its price risk arising from equity securities through diversification. As at 31 December 2025, the exposure to equity investments was USD 143.5 million (2024: USD 123.8 million). If the fair values of the equity investments had increased/(decreased) by 10%, the impact on the net result would have been USD +14.4 million or USD -14.4 million, respectively (2024: USD +12.4 million or USD -12.4 million)." (FIFA, 2025-N31)

Interest rate risk
"Interest rate risks arise from changes in market interest rates, which could affect the group's profit or loss or equity. Since the interest rates of most term deposits and debt securities are fixed, there is only limited exposure to cash flow interest rate risk. FIFA's interest rate risk exposure therefore mainly arises from changes in the fair value of such fixed-rate debt instruments measured at FVOCI and FVTPL. As at 31 December 2024 and 31 December 2025, there was no interest rate risk arising from financing transactions because FIFA is self-financed." (FIFA, 2025-N31)

Foreign currency risk
"FIFA's functional currency is USD because the majority of its cash flows are denominated in USD. Exposure to foreign currency exchange rates arises from transactions denominated in currencies other than USD.

FIFA receives foreign currency cash inflows in the form of revenue from the sale of certain rights denominated in currencies other than USD, such as EUR, GBP and CHF. On the other hand, FIFA has substantial costs, especially employee costs and operating costs in connection with FIFA's offices in Zurich, denominated in CHF and other currencies. The Controlling & Strategic Planning Subdivision regularly forecasts the liquidity and foreign exchange requirements. If any foreign currency risks are identified, FIFA uses derivative products to hedge this exposure (see also Note 32).

As at 31 December 2025, FIFA was exposed to the following foreign exchange fluctuation risks:

- If the CHF had gained 10% against the USD as at 31 December 2025, the impact on the net result would have been USD +6.6 million (2024: USD +3.1 million). [CHF is the currency code for Swiss Franc.]
- If the EUR had gained 10% against the USD as at 31 December 2025, the impact on the net result would have been USD +2.3 million (2024: USD +0.8 million). [EUR is the currency code for Euro.]
- If the GBP had gained 10% against the USD as at 31 December 2025, the impact on the net result would have been USD +0.6 million (2024: USD +0.7 million). [GBP is the currency code for British pound sterling.]
- If the ZAR had gained 10% against the USD as at 31 December 2025, the impact on the net result would have been USD +0.1 million (2024: USD +0.2 million). [ZAR is the currency code for South African Rand.]

- If the QAR had gained 10% against the USD as at 31 December 2025, the impact on the net result would have been USD +0.2 million (2024: USD +0.2 million). [QAR is the currency code for Qatari Riyal.]

This fluctuation analysis can be applied using the same method in reverse (a decrease of 10%). It only shows the effect from a risk management perspective and not realised gains or losses." (FIFA, 2025-N31)

Fair value measurements of assets and liabilities
"When measuring the fair value of an asset or a liability, the group uses observable market data as far as possible. Fair values are categorised into different levels in a fair value hierarchy based on the inputs used in the valuation techniques as follows:

1. Level 1: quoted prices (unadjusted) in active markets for identical assets or liabilities.
2. Level 2: inputs other than quoted prices included in Level 1 that are observable for the asset or liability, either directly (i.e. as prices) or indirectly (i.e. derived from prices).
3. Level 3: inputs for the asset or liability that are not based on observable market data (unobservable inputs).

If the inputs used to measure the fair value of an asset or a liability are categorised in different levels of the fair value hierarchy, then the fair value measurement is categorised in its entirety at the lowest level input that is significant to the entire measurement." (FIFA, 2025-N31)

**Budget 2027-2030 (four-year cycle)**

The FIFA budget for the 2027-2030 four-year cycle was approved at the 76th FIFA Congress in Vancouver on April 30, 2026 (FIFA, 2026e). The 2023–2026 FIFA budget (FIFA, 2024) is offered as a comparison. The revised 2023–2026 FIFA budget, originally approved at the 73rd FIFA Congress in March 2023, was updated in 2025 to incorporate the newly introduced FIFA Club World Cup 2025 and to align more closely with the 11 strategic goals outlined in *Football Unites the World*. The updated budget also reflects more recently approved competitions and is based on the International Match Calendars in effect during its preparation.

"The cycle-on-cycle revenue growth continues to maintain FIFA's commitment to reinvest its revenues in football. The investment budget for the 2027-2030 cycle will increase in step with the revenue budget, totalling USD 13,900 million and producing a result before taxes and financial result of USD 100 million. FIFA plans to reinvest more than 89% of its budgeted investments in the game to significantly boost global football development." (FIFA, 2026e)

*Revenue*

“The revenue for the 2027-2030 cycle is budgeted to be higher than for the 2023-2026 period, and more than three times higher than the revenue budgeted for the 2011-2014 cycle. By the end of 2025, more than USD 3.6 billion had already been contractually secured for the upcoming cycle, putting FIFA in a strong position to meet its four-year revenue target.” (FIFA, 2026e)

Table 56 presents the 2027-2030 budget for the revenue.

Table 56 – FIFA – 2027-2030 budget - Revenue (in millions of US$)

| *Description* | *2023-2026 $ Budget** | *2027-2030 $ Budget* | *%* | *Variance* |
|---|---|---|---|---|
| Television broadcasting rights | 4,264 | 6,064 | 43% | |
| Marketing rights | 2,846 | 4,592 | 33% | |
| Licensing rights | 400 | 458 | 3% | |
| Hospitality rights and ticket sales | 3,097 | 2,659 | 19% | |
| Other revenue and income | 393 | 227 | 2% | |
| Revenue from FIFA Club Word Cup 2025 | 2,000 | - | - | |
| Total | **13,000** | **14,000** | 100% | **+1,000** |

Source: FIFA (2024; 2026e) * 2023-2026 budget revised in 2025

“The total budgeted revenue from the sale of <u>television broadcasting rights</u> for the 2027-2030 cycle amounts to USD 6,064 million. In particular, the FIFA World Cup 2030™ will feature centenary celebrations to mark the inaugural tournament held in 1930, bringing added historical significance and global attention, and making it an even more attractive event for broadcasters.” (FIFA, 2026e)

“The total budget for <u>marketing rights</u> sales amounts to USD 4,592 million, of which 36% had already been contracted by 31 December 2025. FIFA’s global commercial partnership model offers a diverse range of packages, providing brands with greater flexibility and more opportunities to engage with global football and the game’s most iconic events. This also includes tailored partnerships focused specifically on women’s football.” (FIFA, 2026e)

“The budgeted revenue from the sale of <u>licensing rights</u> amounts to USD 458 million for the cycle, mainly in the area of brand licensing, where FIFA receives royalty-based income payments. It is expected that licensing rights targets will exceed the previous cycle budget.” (FIFA, 2026e)

“The budget for <u>hospitality rights and ticket sales</u> amounts to USD 2,659 million. The FIFA World Cup 2030 will span six countries across three continents, with Morocco, Portugal and Spain hosting the tournament, and centenary celebration matches taking place in Argentina, Paraguay and Uruguay. This once-in-a-century edition is sure to be an unforgettable celebration of football’s power to unite the world.” (FIFA, 2026e)

“The other revenue and income budget is USD 227 million and will be generated from the FIFA Quality Programme, the Olympic Football Tournaments, the sale of video rights, the FIFA Museum, penalties and appeals, rental income and other sources of income.” (FIFA, 2026e)

*Investments (Expenses)*

Table 57 presents the 2027-2030 budget for the investments (instead of calling them expenses) totaling USD 13,900 million.

Table 57 – FIFA – 2027-2030 budget - Investments (in millions of US$)

| *Description* | *2023-2026 $ Budget** | *2027-2030 $ Budget* | *%* | *Variance* |
|---|---|---|---|---|
| Competitions & Events | 7,597 | 8,117 | 58% | |
| Development & Education | 3,860 | 3,987 | 29% | |
| Football Governance | 216 | 329 | 2% | |
| FIFA Governance & Administration | 896 | 1,087 | 8% | |
| Marketing & TV Broadcasting | 331 | 380 | 3% | |
| Total | **12,900** | **13,900** | 100% | **+1,000** |

Source: FIFA (2024; 2026e) *2023-2026 budget revised in 2025

Competitions & Events

“The FIFA World Cup 2030™ will be the biggest event of the 2027-2030 cycle, and the event budget amounts to USD 3,303 million. In December 2024, all 211 FIFA Member Associations convened virtually for an Extraordinary FIFA Congress, during which Morocco, Portugal and Spain were appointed as hosts. Additionally, to commemorate the tournament’s centenary, three celebratory matches will be held in Argentina, Paraguay and Uruguay.” (FIFA, 2026e) Table 58 presents the 2027-2030 budget for investments in the FIFA World Cup 2030.

Table 58 – FIFA – Investments in the FIFA World Cup 2030 (in millions of US$)

| *Description* | *2027-2030 $ Budget* | *%* |
|---|---|---|
| Operational expenses | 905 | 27% |
| Distribution to PMAs, clubs and hosts | 1,223 | 37% |
| TV operations | 337 | 10% |
| Workforce | 296 | 10% |
| Other FIFA World Cup items | 244 | 7% |
| ICT | 98 | 3% |
| Stadiums and training sites | 88 | 3% |
| Team services | 77 | 2% |
| Marketing right delivery | 35 | 1% |
| Total | **3,303** | 100% |

Source: FIFA (2026e)

"Brazil will host the FIFA Women's World Cup 2027™ from 24 June to 25 July 2027, becoming the first South American nation to stage the tournament. The 2027 edition will mark the tenth instalment of the Women's World Cup and will feature 32 nations competing for the title. The FIFA Club World Cup 2029™, the second edition of FIFA's new flagship men's club tournament, will bring together the world's top teams once again in a highly competitive format. In addition, the FIFA Women's Club World Cup™ will debut in 2028, marking a historic step forward in the development and visibility of the women's game at the club level.

Table 59 presents the 2027-2030 budget for investments in the FIFA Women's World Cup 2027.

Table 59 – FIFA – Investments in the FIFA Women's World Cup 2027 (in millions of US$)

| *Description* | *2027-2030 $ Budget* | *%* |
|---|---|---|
| Operational expenses | 183 | 23% |
| Distribution to PMAs, clubs and hosts | 344 | 43% |
| TV operations | 47 | 6% |
| Workforce | 83 | 10% |
| Other FIFA Women's World Cup items | 59 | 7% |
| ICT | 24 | 3% |
| Stadiums and training sites | 20 | 3% |
| Team services | 33 | 4% |
| Marketing right delivery | 7 | 1% |
| Total | **800** | |

Source: FIFA (2026e)

In addition to these competitions, the budget also encompasses a wide range of other tournaments and events organised by FIFA. These also include the FIFA Intercontinental Cup™, the FIFA Arab Cup™, the FIFA Series™, the FIFA Futsal World Cup™ (for men and women), the FIFA Beach Soccer World Cup™ and the FIFA Women's Champions Cup™. Furthermore, the budget accounts for U-20, U-17 and U-15 youth tournaments for both boys and girls, the FIFA Youth Series™, eFootball competitions and the Olympic Football Tournaments. Together, these events reflect FIFA's ongoing commitment to promoting football in all its forms and across all regions." (FIFA, 2026e)

Development & Education

"The record-breaking investment in FIFA Forward 4.0, for the benefit of FIFA's 211 Member Associations, the confederations and zonal/regional associations and other associations, amounts to USD 2,700 million for the full cycle. This next stage of the programme will see the funds that were earmarked under Forward 3.0 increase by a substantial 20%." (FIFA, 2026e)

"In line with its Statutes, FIFA aims to balance its revenue and expenditure across the financial cycle while maintaining sufficient reserves to guarantee the fulfilment of its major duties. FIFA continuously monitors the financial outlook for the 2023-2026 cycle, and in this context, also plans to review the accrual accounting policy applicable to its upcoming development programmes." (FIFA, 2026e)

"In addition to Forward 4.0, FIFA will continue to support the Talent Development Scheme with the aim of helping FIFA Member Associations reach their full potential and ensuring that all talented players are given the chance to develop and be discovered. In addition, FIFA will support the new FIFA Arena Programme, which aims to expand access to the game by installing 1,000 mini-pitches in underserved urban and rural areas worldwide. This initiative is designed to create more playing opportunities for children and to support grassroots football development on a global scale." (FIFA, 2026e)

Football Governance
"These expenditures are in relation to FIFA's statutory objective to govern association football and related matters. This category includes costs for FIFA's judicial bodies, the Football Tribunal (Players' Status Chamber, Dispute Resolution Chamber, Agents Chamber), match manipulation prevention through Sportradar, Transfer Matching System proceedings and the FIFA Clearing House. Furthermore, FIFA is committed to investing in a training compensation system for women's football to encourage the development of youth players, protect the investment of training clubs and contribute to the competitive balance and sustainability of women's football." (FIFA, 2026e)

FIFA Governance & Administration
"These expenses comprise all costs related to the governance of FIFA itself. Expenses from administrative activities include, in particular, costs related to information technology, buildings and maintenance, communication, the annual FIFA Congress and committee meetings, and legal costs." (FIFA, 2026e)

Marketing & TV Broadcasting
"These expenses primarily support the commercialisation of rights for FIFA's main events. This includes oversight, support and promotional efforts to ensure that Commercial Partners can fully leverage the rights granted to them." (FIFA, 2026e)

### Conclusion

The analysis of FIFA's recent financial data shows a governing body whose revenues and expenditures remain closely tied to the World Cup cycle. The organization continues to generate strong income through broadcasting, sponsorships, and event-related activities, while also managing the substantial costs required to deliver a global tournament.

Overall, the findings clarify how FIFA structures its finances and allocates resources in preparation for the 2026 World Cup. This research provides a streamlined view of FIFA's financial operations and highlights the ongoing importance of transparency and effective financial management within the organization. A more comprehensive and detailed analysis will be required to fully understand the underlying financial dynamics and to draw more definitive conclusions about FIFA's long-term operational patterns.

**References**

FIFA Sources

*Year 2022*


FIFA (2022-AR). *FIFA Annual Report 2022*. https://publications.fifa.com/en/annual-report-2022/

FIFA (2022-Financials). *2022 Financials Highlights*. https://publications.fifa.com/en/annual-report-2022/finances/2019-2022-cycle-in-review/2022-financial-highlights/

**Consolidated financial statements**

FIFA (2022-FS). FIFA 2022 Financial statements. https://publications.fifa.com/en/annual-report-2022/finances/finance/consolidated-statement-of-comprehensive-income-2022/

FIFA (2022-FSSCI). *FIFA Consolidated statement of comprehensive income*. https://publications.fifa.com/en/annual-report-2022/finances/finance/consolidated-statement-of-comprehensive-income-2022/

FIFA (2022-FSBS). *FIFA Consolidated balance sheet*. https://publications.fifa.com/en/annual-report-2022/finances/finance/balance-sheet-2022/

FIFA (2022-FSCFS). *FIFA Consolidated cash flow statement*. https://publications.fifa.com/en/annual-report-2022/finances/finance/cash-flow-statement-2022/

FIFA (2022-FSSCR). *FIFA Consolidated statement of changes in reserves*. https://publications.fifa.com/en/annual-report-2022/finances/finance/changes-in-reserves-2022/

FIFA (2022-Notes). *FIFA Notes to the consolidated financial statements*. https://publications.fifa.com/en/annual-report-2022/finances/finance/notes-2022/

**Notes to the consolidated financial statements**

FIFA (2022-MAP). *Significant accounting policies*. https://publications.fifa.com/en/annual-report-2022/finances/finance/notes-2022/significant-accounting-policies-2022/

**Notes to the consolidated statement of comprehensive income (N1-N14)**

FIFA (2022-N1). *1. Revenue from television broadcasting rights*. https://publications.fifa.com/en/annual-report-2022/finances/finance/notes-2022/1-revenue-from-television-broadcasting-rights-2022/

FIFA (2022-N2). *2. Revenue from marketing rights*. https://publications.fifa.com/en/annual-report-2022/finances/finance/notes-2022/2-revenue-from-marketing-rights-2022/

FIFA (2022-N3). *3. Revenue from licensing rights*. https://publications.fifa.com/en/annual-report-2022/finances/finance/notes-2022/3-revenue-from-licensing-rights-2022/

FIFA (2022-N4). *4. Revenue from hospitality rights and ticket sales*. https://publications.fifa.com/en/annual-report-2022/finances/finance/notes-2022/4-revenue-from-hospitality-accommodation-rights-2022/

FIFA (2022-N5). *5. Other revenue*. https://publications.fifa.com/en/annual-report-2022/finances/finance/notes-2022/5-other-revenue-2022/

FIFA (2022-N6). *6. Other income*. https://publications.fifa.com/en/annual-report-2022/finances/finance/notes-2022/6-other-income-2022/

FIFA (2022-N7). *7. Competitions & Events*. https://publications.fifa.com/en/annual-report-2022/finances/finance/notes-2022/7-competitions-and-events-2022/
FIFA (2022-N8). *8. Development & Education*. https://publications.fifa.com/en/annual-report-2022/finances/finance/notes-2022/8-development-and-education-2022/
FIFA (2022-N9). *9. Football Governance*. https://publications.fifa.com/en/annual-report-2022/finances/finance/notes-2022/9-football-governance-2022/
FIFA (2022-N10). *10. FIFA Governance & Administration*. https://publications.fifa.com/en/annual-report-2022/finances/finance/notes-2022/10-fifa-governance-and-administration-2022/
FIFA (2022-N11). *11. Marketing & TV Broadcasting*. https://publications.fifa.com/en/annual-report-2022/finances/finance/notes-2022/11-marketing-and-tv-broadcasting-2022/
FIFA (2022-N12). *12. COVID-19 Relief Plan – grants (stage 3)*. https://publications.fifa.com/en/annual-report-2022/finances/finance/notes-2022/12-covid-19-relief-plan-grants-stage-3-2022/
FIFA (2022-N13). *13. Financial income and financial costs, net*. https://publications.fifa.com/en/annual-report-2022/finances/finance/notes-2022/13-financial-income-costs-2022/
FIFA (2022-N14). *14. Taxes and duties*. https://publications.fifa.com/en/annual-report-2022/finances/finance/notes-2022/14-taxes-and-duties-2022/

**Notes to the consolidated balance sheet (N15-N28)**

FIFA (2022-N15). *15. Cash and cash equivalents*. https://publications.fifa.com/en/annual-report-2022/finances/finance/notes-2022/15-cash-and-cash-equivalents-2022/
FIFA (2022-N16). *16. Receivables*. https://publications.fifa.com/en/annual-report-2022/finances/finance/notes-2022/16-receivables-2022/
FIFA (2022-N17). *17. Prepaid expenses and accrued income*. https://publications.fifa.com/en/annual-report-2022/finances/finance/notes-2022/17-prepaid-expenses-and-other-accrued-income-2022/
FIFA (2022-N18). *18. Contract assets*. https://publications.fifa.com/en/annual-report-2022/finances/finance/notes-2022/18-contract-assets-2022/
FIFA (2022-N19). *19. Inventories*. https://publications.fifa.com/en/annual-report-2022/finances/finance/notes-2022/19-inventories-2022/
FIFA (2022-N20). *20. Property and equipment*. https://publications.fifa.com/en/annual-report-2022/finances/finance/notes-2022/20-property-and-equipment-2022/
FIFA (2022-N21). *21. Intangible assets*. https://publications.fifa.com/en/annual-report-2022/finances/finance/notes-2022/21-intangible-assets-2022/
FIFA (2022-N22). *22. Financial assets*. https://publications.fifa.com/en/annual-report-2022/finances/finance/notes-2022/22-financial-assets-2022/
FIFA (2022-N23). *23. Payables*. https://publications.fifa.com/en/annual-report-2022/finances/finance/notes-2022/23-payables-2022/
FIFA (2022-N24). *24. Accrued expenses and deferred income*. https://publications.fifa.com/en/annual-report-2022/finances/finance/notes-2022/24-accrued-expenses-and-deferred-income-2022/
FIFA (2022-N25). *25. Contract liabilities*. https://publications.fifa.com/en/annual-report-2022/finances/finance/notes-2022/25-contract-liabilities-2022/
FIFA (2022-N26). *26. Provisions*. https://publications.fifa.com/en/annual-report-2022/finances/finance/notes-2022/26-provisions-2022/
FIFA (2022-N27). *27. Leases*. https://publications.fifa.com/en/annual-report-2022/finances/finance/notes-2022/27-leases-2022/

FIFA (2022-N28). *28. Reserves*. https://publications.fifa.com/en/annual-report-2022/finances/finance/notes-2022/28-reserves-2022/

**Other disclosures (N29-N36)**

FIFA (2022-N29). *29. Financial risk management*. https://publications.fifa.com/en/annual-report-2022/finances/finance/notes-2022/29-financial-risk-management-2022/

FIFA (2022-N30). *30. Hedging activities and derivative financial instruments*. https://publications.fifa.com/en/annual-report-2022/finances/finance/notes-2022/30-hedging-activities-and-derivative-financial-2022/

FIFA (2022-N31). *31. Personnel expenses*. https://publications.fifa.com/en/annual-report-2022/finances/finance/notes-2022/31-personnel-expenses-2022/

FIFA (2022-N32). *32. Contingent liabilities*. https://publications.fifa.com/en/annual-report-2022/finances/finance/notes-2022/32-contingent-liabilities-2022/

FIFA (2022-N33). *33. Capital commitments*. https://publications.fifa.com/en/annual-report-2022/finances/finance/notes-2022/33-capital-commitments-2022/

FIFA (2022-N34). *34. Related-party transactions*. https://publications.fifa.com/en/annual-report-2022/finances/finance/notes-2022/34-related-party-transactions-2022/

FIFA (2022-N35). *35. Consolidated subsidiaries*. https://publications.fifa.com/en/annual-report-2022/finances/finance/notes-2022/35-consolidated-subsidiaries-2022/

FIFA (2022-N36). *36. Post-balance-sheet events.* https://publications.fifa.com/en/annual-report-2022/finances/finance/notes-2022/36-post-balance-sheet-events-2022/

*Year 2023*

FIFA (2023-AR). *FIFA Annual Report 2023*. https://inside.fifa.com/official-documents/annual-report/2023

FIFA (2023-Financials). *FIFA Financials*. https://inside.fifa.com/official-documents/annual-report/2023/financials

**Consolidated financial statements**

FIFA (2023-FS). FIFA 2023 Financial statements. https://inside.fifa.com/official-documents/annual-report/2023/financials/2023-financial-statements

FIFA (2023-FSSCI). *FIFA Consolidated statement of comprehensive income*. https://inside.fifa.com/official-documents/annual-report/2023/financials/2023-financial-statements/consolidated-statement-of-comprehensive-income

FIFA (2023-FSBS). *FIFA Consolidated balance sheet*. https://inside.fifa.com/official-documents/annual-report/2023/financials/2023-financial-statements/consolidated-balance-sheet

FIFA (2023-FSCFS). *FIFA Consolidated cash flow statement*. https://inside.fifa.com/official-documents/annual-report/2023/financials/2023-financial-statements/consolidated-cash-flow-statement

FIFA (2023-FSSCR). *FIFA Consolidated statement of changes in reserves*. https://inside.fifa.com/official-documents/annual-report/2023/financials/2023-financial-statements/consolidated-statement-of-changes-in-reserves

FIFA (2023-Notes). *FIFA Notes to the consolidated financial statements*. https://inside.fifa.com/official-documents/annual-report/2023/financials/2023-financial-statements/notes

FIFA (2023-REV). *Revenue*. https://inside.fifa.com/official-documents/annual-report/2023/financials/2023-financials-in-review/2023-revenue

**Notes to the consolidated financial statements**

FIFA (2023-MAP). *Material accounting policies*. https://inside.fifa.com/official-documents/annual-report/2023/financials/2023-financial-statements/notes/material-accounting-policies

**Notes to the consolidated statement of comprehensive income (N1-N15)**

FIFA (2023-N1). *1. Revenue from television broadcasting rights*. https://inside.fifa.com/official-documents/annual-report/2023/financials/2023-financial-statements/notes/1-revenue-from-television-broadcasting-rights

FIFA (2023-N2). *2. Revenue from marketing rights*. https://inside.fifa.com/official-documents/annual-report/2023/financials/2023-financial-statements/notes/2-revenue-from-marketing-rights

FIFA (2023-N3). *3. Revenue from licensing rights*. https://inside.fifa.com/official-documents/annual-report/2023/financials/2023-financial-statements/notes/3-revenue-from-licensing-rights

FIFA (2023-N4). *4. Revenue from hospitality rights and ticket sales*. https://inside.fifa.com/official-documents/annual-report/2023/financials/2023-financial-statements/notes/4-revenue-from-hospitality-rights-and-ticket-sales

FIFA (2023-N5). *5. Other revenue*. https://inside.fifa.com/official-documents/annual-report/2023/financials/2023-financial-statements/notes/5-other-revenue

FIFA (2023-N6). *6. Other income*. https://inside.fifa.com/official-documents/annual-report/2023/financials/2023-financial-statements/notes/6-other-income

FIFA (2023-N7). *7. Competitions & Events*. https://inside.fifa.com/official-documents/annual-report/2023/financials/2023-financial-statements/notes/7-competitions-and-events

FIFA (2023-N8). *8. Development & Education*. https://inside.fifa.com/official-documents/annual-report/2023/financials/2023-financial-statements/notes/8-development-and-education

FIFA (2023-N9). *9. Football Governance*. https://inside.fifa.com/official-documents/annual-report/2023/financials/2023-financial-statements/notes/9-football-governance

FIFA (2023-N10). *10. FIFA Governance & Administration*. https://inside.fifa.com/official-documents/annual-report/2023/financials/2023-financial-statements/notes/10-fifa-governance-and-administration

FIFA (2023-N11). *11. Marketing & TV Broadcasting*. https://inside.fifa.com/official-documents/annual-report/2023/financials/2023-financial-statements/notes/11-marketing-and-tv-broadcasting

FIFA (2023-N12). *12. COVID-19 Relief Plan – grants (stage 3)*. https://inside.fifa.com/official-documents/annual-report/2023/financials/2023-financial-statements/notes/12-covid-19-relief-plan-grants-stage-3

FIFA (2023-N13). *13. Expected credit losses of receivables and contract assets*. https://inside.fifa.com/official-documents/annual-report/2023/financials/2023-financial-statements/notes/13-expected-credit-losses

FIFA (2023-N14). *14. Financial income and financial costs, net*. https://inside.fifa.com/official-documents/annual-report/2023/financials/2023-financial-statements/notes/14-financial-income-and-costs-net

FIFA (2023-N15). *15. Taxes and duties*. https://inside.fifa.com/official-documents/annual-report/2023/financials/2023-financial-statements/notes/15-taxes-and-duties

**Notes to the consolidated balance sheet (N16-N30)**

FIFA (2023-N16). *16. Cash and cash equivalents*. https://inside.fifa.com/official-documents/annual-report/2023/financials/2023-financial-statements/notes/16-cash-and-cash-equivalents

FIFA (2023-N17). *17. Receivables*. https://inside.fifa.com/official-documents/annual-report/2023/financials/2023-financial-statements/notes/17-receivables

FIFA (2023-N18). *18. Prepaid expenses and accrued income*. https://inside.fifa.com/official-documents/annual-report/2023/financials/2023-financial-statements/notes/18-prepaid-expenses-and-accrued-income

FIFA (2023-N19). *19. Contract assets*. https://inside.fifa.com/official-documents/annual-report/2023/financials/2023-financial-statements/notes/19-contract-assets

FIFA (2023-N20). *20. Inventories*. https://inside.fifa.com/official-documents/annual-report/2023/financials/2023-financial-statements/notes/20-inventories

FIFA (2023-N21). *21. Property and equipment*. https://inside.fifa.com/official-documents/annual-report/2023/financials/2023-financial-statements/notes/21-property-and-equipment

FIFA (2023-N22). *22. Intangible assets*. https://inside.fifa.com/official-documents/annual-report/2023/financials/2023-financial-statements/notes/22-intangible-assets

FIFA (2023-N23). *23. Financial assets*. https://inside.fifa.com/official-documents/annual-report/2023/financials/2023-financial-statements/notes/23-financial-assets

FIFA (2023-N24). *24. Payables*. https://inside.fifa.com/official-documents/annual-report/2023/financials/2023-financial-statements/notes/24-payables

FIFA (2023-N25). *25. Accrued expenses and deferred income*. https://inside.fifa.com/official-documents/annual-report/2023/financials/2023-financial-statements/notes/25-accrued-expenses-and-deferred-income

FIFA (2023-N26). *26. Contract liabilities*. https://inside.fifa.com/official-documents/annual-report/2023/financials/2023-financial-statements/notes/26-contract-liabilities

FIFA (2023-N27). *27. Provisions*. https://inside.fifa.com/official-documents/annual-report/2023/financials/2023-financial-statements/notes/27-provisions

FIFA (2023-N28). *28. Leases*. https://inside.fifa.com/official-documents/annual-report/2023/financials/2023-financial-statements/notes/28-leases

FIFA (2023-N29). *29. Reserves*. https://inside.fifa.com/official-documents/annual-report/2023/financials/2023-financial-statements/notes/29-reserves

**Other disclosures (N31-N38)**

FIFA (2023-N30). *30. Financial risk management*. https://inside.fifa.com/official-documents/annual-report/2023/financials/2023-financial-statements/notes/30-financial-risk-management

FIFA (2023-N31). *31. Hedging activities and derivative financial instruments*. https://inside.fifa.com/official-documents/annual-report/2023/financials/2023-financial-statements/notes/31-hedging-activities-and-derivative-financial-instruments

FIFA (2023-N32). *32. Personnel expenses*. https://inside.fifa.com/official-documents/annual-report/2023/financials/2023-financial-statements/notes/32-personnel-expenses

FIFA (2023-N33). *33. Contingent liabilities*. https://inside.fifa.com/official-documents/annual-report/2023/financials/2023-financial-statements/notes/33-contingent-liabilities

FIFA (2023-N34). *34. Capital commitments*. https://inside.fifa.com/official-documents/annual-report/2023/financials/2023-financial-statements/notes/34-capital-commitments

FIFA (2023-N35). *35. Related-party transactions*. https://inside.fifa.com/official-documents/annual-report/2023/financials/2023-financial-statements/notes/35-related-party-transactions

FIFA (2023-N36). *36. Consolidated subsidiaries*. https://inside.fifa.com/official-documents/annual-report/2023/financials/2023-financial-statements/notes/36-consolidated-subsidiaries

FIFA (2023-N37). *37. Post-balance-sheet events.* https://inside.fifa.com/official-documents/annual-report/2023/financials/2023-financial-statements/notes/37-post-balance-sheet-events

*Year 2024*

FIFA (2024). *Revised 2023-2026 budget.* https://inside.fifa.com/official-documents/annual-report/2024/financials/revised-2023-2026-budget

FIFA (2024-AR). FIFA Annual Report 2024. https://inside.fifa.com/official-documents/annual-report/2024

FIFA (2024-Financials). FIFA Financials. https://inside.fifa.com/official-documents/annual-report/2024/financials

**Consolidated financial statements**

FIFA (2024-FS). FIFA 2024 Financial statements. https://inside.fifa.com/official-documents/annual-report/2024/financials/2024-financial-statements

FIFA (2024-FSSCI). *FIFA Consolidated statement of comprehensive income*. https://inside.fifa.com/official-documents/annual-report/2024/financials/2024-financial-statements/consolidated-statement-of-comprehensive-income

FIFA (2024-FSBS). *FIFA Consolidated balance sheet***.** https://inside.fifa.com/official-documents/annual-report/2024/financials/2024-financial-statements/consolidated-balance-sheet

FIFA (2024-FSCFS). *FIFA Consolidated cash flow statement*. https://inside.fifa.com/official-documents/annual-report/2025/financials/2025-financial-statements/consolidated-cash-flow-statement

FIFA (2024-FSSCR). *FIFA Consolidated statement of changes in reserves*. https://inside.fifa.com/official-documents/annual-report/2025/financials/2025-financial-statements/consolidated-statement-of-changes-in-reserves

FIFA (2024-Notes). *FIFA Notes to the consolidated financial statements*. https://inside.fifa.com/official-documents/annual-report/2024/financials/2024-financial-statements/notes

**Notes to the consolidated financial statements**

FIFA (2024-MAP). *Material accounting policies*. https://inside.fifa.com/official-documents/annual-report/2024/financials/2024-financial-statements/notes/material-accounting-policies

**Notes to the consolidated statement of comprehensive income (N1-N15)**

FIFA (2024-REV). *Revenue*. https://inside.fifa.com/official-documents/annual-report/2024/financials/2024-financials-in-review/2024-revenue

FIFA (2024-N1). *1. Revenue from television broadcasting rights*. https://inside.fifa.com/official-documents/annual-report/2024/financials/2024-financial-statements/notes/1-revenue-from-television-broadcasting-rights

FIFA (2024-N2). *2. Revenue from marketing rights*. https://inside.fifa.com/official-documents/annual-report/2024/financials/2024-financial-statements/notes/2-revenue-from-marketing-rights

FIFA (2024-N3). *3. Revenue from licensing rights*. https://inside.fifa.com/official-documents/annual-report/2024/financials/2024-financial-statements/notes/2-revenue-from-marketing-rights

FIFA (2024-N4). *4. Revenue from hospitality rights and ticket sales*. https://inside.fifa.com/official-documents/annual-report/2024/financials/2024-financial-statements/notes/4-revenue-from-hospitality-rights-and-ticket-sales

FIFA (2024-N5). *5. Other revenue*. https://inside.fifa.com/official-documents/annual-report/2024/financials/2024-financial-statements/notes/5-other-revenue

FIFA (2024-N6). *6. Other income*. https://inside.fifa.com/official-documents/annual-report/2024/financials/2024-financial-statements/notes/6-other-income

FIFA (2024-N7). *7. Competitions & Events*. https://inside.fifa.com/official-documents/annual-report/2024/financials/2024-financial-statements/notes/7-competitions-and-events

FIFA (2024-N8). *8. Development & Education*. https://inside.fifa.com/official-documents/annual-report/2024/financials/2024-financial-statements/notes/8-development-and-education

FIFA (2024-N9). *9. Football Governance*. https://inside.fifa.com/official-documents/annual-report/2024/financials/2024-financial-statements/notes/9-football-governance

FIFA (2024-N10). *10. FIFA Governance & Administration*. https://inside.fifa.com/official-documents/annual-report/2024/financials/2024-financial-statements/notes/10-fifa-governance-and-administration

FIFA (2024-N11). *11. Marketing & TV Broadcasting*. https://inside.fifa.com/official-documents/annual-report/2024/financials/2024-financial-statements/notes/11-marketing-and-tv-broadcasting

FIFA (2024-N12). *12. COVID-19 Relief Plan – grants (stage 3)*. https://inside.fifa.com/official-documents/annual-report/2024/financials/2024-financial-statements/notes/12-covid-19-relief-plan-grants-stage-3

FIFA (2024-N13). *13. Expected credit losses of receivables and contract assets*. https://inside.fifa.com/official-documents/annual-report/2024/financials/2024-financial-statements/notes/13-expected-credit-losses

FIFA (2024-N14). *14. Financial income and financial costs, net*. https://inside.fifa.com/official-documents/annual-report/2024/financials/2024-financial-statements/notes/14-financial-income-and-costs-net

FIFA (2024-N15). *15. Taxes and duties*. https://inside.fifa.com/official-documents/annual-report/2024/financials/2024-financial-statements/notes/15-taxes-and-duties

**Notes to the consolidated balance sheet (N16-N30)**

FIFA (2024-N16). *16. Cash and cash equivalents*. https://inside.fifa.com/official-documents/annual-report/2024/financials/2024-financial-statements/notes/16-cash-and-cash-equivalents

FIFA (2024-N17). *17. Receivables*. https://inside.fifa.com/official-documents/annual-report/2024/financials/2024-financial-statements/notes/17-receivables

FIFA (2024-N18). *18. Prepaid expenses and accrued income*. https://inside.fifa.com/official-documents/annual-report/2024/financials/2024-financial-statements/notes/18-prepaid-expenses-and-accrued-income

FIFA (2024-N19). *19. Contract assets*. https://inside.fifa.com/official-documents/annual-report/2024/financials/2024-financial-statements/notes/19-contract-assets
FIFA (2024-N20). *20. Inventories*. https://inside.fifa.com/official-documents/annual-report/2024/financials/2024-financial-statements/notes/20-inventories
FIFA (2024-N21). *21. Property and equipment*. https://inside.fifa.com/official-documents/annual-report/2024/financials/2024-financial-statements/notes/21-property-and-equipment
FIFA (2024-N22). *22. Intangible assets*. https://inside.fifa.com/official-documents/annual-report/2024/financials/2024-financial-statements/notes/22-intangible-assets
FIFA (2024-N23). *23. Financial assets*. https://inside.fifa.com/official-documents/annual-report/2024/financials/2024-financial-statements/notes/23-financial-assets
FIFA (2024-N24). *24. Investment in an associate and joint ventures*. https://inside.fifa.com/official-documents/annual-report/2024/financials/2024-financial-statements/notes/24-investment-in-an-associate-and-joint-ventures
FIFA (2024-N25). *25. Payables*. https://inside.fifa.com/official-documents/annual-report/2024/financials/2024-financial-statements/notes/25-payables
FIFA (2024-N26). *26. Accrued expenses and deferred income*. https://inside.fifa.com/official-documents/annual-report/2024/financials/2024-financial-statements/notes/26-accrued-expenses-and-deferred-income
FIFA (2024-N27). *27. Contract liabilities*. https://inside.fifa.com/official-documents/annual-report/2024/financials/2024-financial-statements/notes/27-contract-liabilities
FIFA (2024-N28). *28. Provisions*. https://inside.fifa.com/official-documents/annual-report/2024/financials/2024-financial-statements/notes/28-provisions
FIFA (2024-N29). *29. Leases*. https://inside.fifa.com/official-documents/annual-report/2024/financials/2024-financial-statements/notes/29-leases
FIFA (2024-N30). *30. Reserves*. https://inside.fifa.com/official-documents/annual-report/2024/financials/2024-financial-statements/notes/30-reserves

**Other disclosures (N31-N38)**

FIFA (2024-N31). *31. Financial risk management*. https://inside.fifa.com/official-documents/annual-report/2024/financials/2024-financial-statements/notes/31-financial-risk-management
FIFA (2024-N32). *32. Hedging activities and derivative financial instruments*. https://inside.fifa.com/official-documents/annual-report/2024/financials/2024-financial-statements/notes/32-hedging-activities-and-derivative-financial-instruments
FIFA (2024-N33). *33. Personnel expenses*. https://inside.fifa.com/official-documents/annual-report/2024/financials/2024-financial-statements/notes/33-personnel-expenses
FIFA (2024-N34). *34. Contingent liabilities*. https://inside.fifa.com/official-documents/annual-report/2024/financials/2024-financial-statements/notes/34-contingent-liabilities
FIFA (2024-N35). *35. Capital commitments*. https://inside.fifa.com/official-documents/annual-report/2024/financials/2024-financial-statements/notes/35-capital-commitments
FIFA (2024-N36). *36. Related-party transactions*. https://inside.fifa.com/official-documents/annual-report/2024/financials/2024-financial-statements/notes/36-related-party-transactions
FIFA (2024-N37). *37. Consolidated subsidiaries*. https://inside.fifa.com/official-documents/annual-report/2024/financials/2024-financial-statements/notes/37-consolidated-subsidiaries

FIFA (2024-N38). *38. Post-balance-sheet events.* https://inside.fifa.com/official-documents/annual-report/2024/financials/2024-financial-statements/notes/38-post-balance-sheet-events

*Year 2025*

FIFA (2025a). *FIFA Governance*. https://inside.fifa.com/official-documents/annual-report/2025/governance

FIFA (2025b). *FIFA Governance Committees*. https://inside.fifa.com/official-documents/annual-report/2025/governance/fifa-committees

FIFA (2025c). *FIFA Governance Compensation*. https://inside.fifa.com/official-documents/annual-report/2025/governance/compensation

FIFA (2025d). *FIFA Governance Council*. https://inside.fifa.com/official-documents/annual-report/2025/governance/fifa-council

FIFA (2025e). *FIFA statistics*. https://inside.fifa.com/official-documents/annual-report/2025/around-fifa/fifa-statistics

FIFA (2025-AR). FIFA Annual Report 2025. https://inside.fifa.com/official-documents/annual-report/2025

FIFA (2025-Financials). FIFA Financials. https://inside.fifa.com/official-documents/annual-report/2025/financials

**Consolidated financial statements**

FIFA (2025-FS). FIFA 2025 Financial statements. https://inside.fifa.com/official-documents/annual-report/2025/financials/2025-financial-statements

FIFA (2025-FSSCI). *FIFA Consolidated statement of comprehensive income***.** https://inside.fifa.com/official-documents/annual-report/2025/financials/2025-financial-statements/consolidated-statement-of-comprehensive-income

FIFA (2025-FSBS). *FIFA Consolidated balance sheet***.** https://inside.fifa.com/official-documents/annual-report/2025/financials/2025-financial-statements/consolidated-balance-sheet

FIFA (2025-FSCFS). *FIFA Consolidated cash flow statement*. https://inside.fifa.com/official-documents/annual-report/2025/financials/2025-financial-statements/consolidated-cash-flow-statement

FIFA (2025-FSSCR). *FIFA Consolidated statement of changes in reserves*. https://inside.fifa.com/official-documents/annual-report/2025/financials/2025-financial-statements/consolidated-statement-of-changes-in-reserves

FIFA (2025-Notes). *FIFA Notes to the consolidated financial statements*. https://inside.fifa.com/official-documents/annual-report/2025/financials/2025-financial-statements/notes

**Notes to the consolidated financial statements**

FIFA (2025-MAP). *Material accounting policies*. https://inside.fifa.com/official-documents/annual-report/2025/financials/2025-financial-statements/notes/material-accounting-policies

**Notes to the consolidated statement of comprehensive income (N1-N15)**

FIFA (2025-REV). *Revenue*. https://inside.fifa.com/official-documents/annual-report/2025/financials/2025-financials-in-review/2025-revenue

FIFA (2025-N1). *1. Revenue from television broadcasting rights*. https://inside.fifa.com/official-documents/annual-report/2025/financials/2025-financial-statements/notes/1-revenue-from-television-broadcasting-rights
FIFA (2025-N2). *2. Revenue from marketing rights*. https://inside.fifa.com/official-documents/annual-report/2025/financials/2025-financial-statements/notes/2-revenue-from-marketing-rights
FIFA (2025-N3). *3. Revenue from licensing rights*. https://inside.fifa.com/official-documents/annual-report/2025/financials/2025-financial-statements/notes/3-revenue-from-licensing-rights
FIFA (2025-N4). *4. Revenue from hospitality rights and ticket sales*. https://inside.fifa.com/official-documents/annual-report/2025/financials/2025-financial-statements/notes/4-revenue-from-hospitality-rights-and-ticket-sales
FIFA (2025-N5). *5. Other revenue*. https://inside.fifa.com/official-documents/annual-report/2025/financials/2025-financial-statements/notes/5-other-revenue
FIFA (2025-N6). *6. Other income*. https://inside.fifa.com/official-documents/annual-report/2025/financials/2025-financial-statements/notes/6-other-income
FIFA (2025-N7). *7. Competitions & Events*. https://inside.fifa.com/official-documents/annual-report/2025/financials/2025-financial-statements/notes/7-competitions-and-events
FIFA (2025-N8). *8. Development & Education*. https://inside.fifa.com/official-documents/annual-report/2025/financials/2025-financial-statements/notes/8-development-and-education
FIFA (2025-N9). *9. Football Governance*. https://inside.fifa.com/official-documents/annual-report/2025/financials/2025-financial-statements/notes/9-football-governance
FIFA (2025-N10). *10. FIFA Governance & Administration*. https://inside.fifa.com/official-documents/annual-report/2025/financials/2025-financial-statements/notes/10-fifa-governance-and-administration
FIFA (2025-N11). *11. Marketing & TV Broadcasting*. https://inside.fifa.com/official-documents/annual-report/2025/financials/2025-financial-statements/notes/11-marketing-and-tv-broadcasting
FIFA (2025-N12). *12. COVID-19 Relief Plan – grants (stage 3)*. https://inside.fifa.com/official-documents/annual-report/2025/financials/2025-financial-statements/notes/12-covid-19-relief-plan-grants-stage-3
FIFA (2025-N13). *13. Expected credit losses of receivables and contract assets*. https://inside.fifa.com/official-documents/annual-report/2025/financials/2025-financial-statements/notes/13-expected-credit-losses
FIFA (2025-N14). *14. Financial income and financial costs, net*. https://inside.fifa.com/official-documents/annual-report/2025/financials/2025-financial-statements/notes/14-financial-income-and-costs-net
FIFA (2025-N15). *15. Taxes and duties*. https://inside.fifa.com/official-documents/annual-report/2025/financials/2025-financial-statements/notes/15-taxes-and-duties

**Notes to the consolidated balance sheet (N16-N30)**

FIFA (2025-N16). *16. Cash and cash equivalents*. https://inside.fifa.com/official-documents/annual-report/2025/financials/2025-financial-statements/notes/16-cash-and-cash-equivalents
FIFA (2025-N17). *17. Receivables*. https://inside.fifa.com/official-documents/annual-report/2025/financials/2025-financial-statements/notes/17-receivables

FIFA (2025-N18). *18. Prepaid expenses and accrued income*. https://inside.fifa.com/official-documents/annual-report/2025/financials/2025-financial-statements/notes/18-prepaid-expenses-and-accrued-income

FIFA (2025-N19). *19. Contract assets*. https://inside.fifa.com/official-documents/annual-report/2025/financials/2025-financial-statements/notes/19-contract-assets

FIFA (2025-N20). *20. Inventories*. https://inside.fifa.com/official-documents/annual-report/2025/financials/2025-financial-statements/notes/20-inventories

FIFA (2025-N21). *21. Property and equipment*. https://inside.fifa.com/official-documents/annual-report/2025/financials/2025-financial-statements/notes/21-property-and-equipment

FIFA (2025-N22). *22. Intangible assets*. https://inside.fifa.com/official-documents/annual-report/2025/financials/2025-financial-statements/notes/22-intangible-assets

FIFA (2025-N23). *23. Financial assets*. https://inside.fifa.com/official-documents/annual-report/2025/financials/2025-financial-statements/notes/23-financial-assets

FIFA (2025-N24). *24. Investment in an associate and joint ventures*. https://inside.fifa.com/official-documents/annual-report/2025/financials/2025-financial-statements/notes/24-investment-in-an-associate-and-joint-ventures

FIFA (2025-N25). *25. Payables*. https://inside.fifa.com/official-documents/annual-report/2025/financials/2025-financial-statements/notes/25-payables

FIFA (2025-N26). *26. Accrued expenses and deferred income*. https://inside.fifa.com/official-documents/annual-report/2025/financials/2025-financial-statements/notes/26-accrued-expenses-and-deferred-income

FIFA (2025-N27). *27. Contract liabilities*. https://inside.fifa.com/official-documents/annual-report/2025/financials/2025-financial-statements/notes/27-contract-liabilities

FIFA (2025-N28). *28. Provisions*. https://inside.fifa.com/official-documents/annual-report/2025/financials/2025-financial-statements/notes/28-provisions

FIFA (2025-N29). *29. Leases*. https://inside.fifa.com/official-documents/annual-report/2025/financials/2025-financial-statements/notes/29-leases

FIFA (2025-N30). *30. Reserves*. https://inside.fifa.com/official-documents/annual-report/2025/financials/2025-financial-statements/notes/30-reserves

**Other disclosures (N31-N38)**

FIFA (2025-N31). *31. Financial risk management*. https://inside.fifa.com/official-documents/annual-report/2025/financials/2025-financial-statements/notes/31-financial-risk-management

FIFA (2025-N32). *32. Hedging activities and derivative financial instruments*. https://inside.fifa.com/official-documents/annual-report/2025/financials/2025-financial-statements/notes/32-hedging-activities-and-derivative-financial-instruments

FIFA (2025-N33). *33. Personnel expenses*. https://inside.fifa.com/official-documents/annual-report/2025/financials/2025-financial-statements/notes/33-personnel-expenses

FIFA (2025-N34). *34. Contingent liabilities*. https://inside.fifa.com/official-documents/annual-report/2025/financials/2025-financial-statements/notes/34-contingent-liabilities

FIFA (2025-N35). *35. Capital commitments*. https://inside.fifa.com/official-documents/annual-report/2025/financials/2025-financial-statements/notes/35-capital-commitments

FIFA (2025-N36). *36. Related-party transactions*. https://inside.fifa.com/official-documents/annual-report/2025/financials/2025-financial-statements/notes/36-related-party-transactions

FIFA (2025-N37). *37. Consolidated subsidiaries*. https://inside.fifa.com/official-documents/annual-report/2025/financials/2025-financial-statements/notes/37-consolidated-subsidiaries

FIFA (2025-N38). *38. Post-balance-sheet events.* https://inside.fifa.com/official-documents/annual-report/2025/financials/2025-financial-statements/notes/38-post-balance-sheet-events

*Year 2026*

FIFA (2026a). *Member Association*. https://inside.fifa.com/en/associations

FIFA (2026b). *Committees*. https://inside.fifa.com/organisation/committees

FIFA (2026c). *FIFA Council, Independent Committees and Standing Committees*. April 22, 39p. https://digitalhub.fifa.com/m/2b56eea96eb01c65/original/FIFA-Council-Independent-Committees-and-Standing-Committees.pdf

FIFA (2026d). *Divisions - Finances*. https://inside.fifa.com/organisation/divisions/finances

FIFA (2026e). *2027-2030 budget.* https://inside.fifa.com/official-documents/annual-report/2025/financials/2027-2030-budget

FIFA World Cup 2026 (2026). *FIFA World Cup 2026*. https://www.fifa.com/en/tournaments/mens/worldcup/canadamexicousa2026

Other Sources

Andrews, M., Harrington, P. (2016). *Off Pitch: Football's Financial Integrity Weaknesses, and How to Strengthen Them*, John F. Kennedy School of Government or of Harvard University, HKS Faculty Research Working Paper Series, RWP16-009, March, 241p. https://www.hks.harvard.edu/publications/pitch-footballs-financial-integrity-weaknesses-and-how-strengthen-them

Deloitte (2025). *Taking the corner - Annual Review of Football Finance 2025*, Deloitte Sports Business Group UK, June, 54p. https://www.deloitte.com/content/dam/assets-shared/docs/industries/technology-media-telecommunications/2025/deloitte-annual-review-of-football-finance-2025.pdf

Inside World Football (2026). *FIFA secures federal tax exemptions of World Cup nations*, April 29. https://www.insideworldfootball.com/2026/04/29/fifa-secures-federal-tax-exemptions-world-cup-nations/

PwC (2024). *Accounting for typical transactions in the football industry – IFRS Accounting Standards guide*, PwC UK, January, 51p. https://viewpoint.pwc.com/dt/gx/en/pwc/industry/football/accounting-for-typical/assets/PWC_accounting_for_typical_transactions_in_the_football_industry_v4.pdf

The Global Treasurer (2026). *FIFA Secures Last-Minute Federal Tax Breakthrough for 2026 World Cup Teams*, April 30. https://www.theglobaltreasurer.com/2026/04/30/fifa-secures-last-minute-federal-tax-breakthrough-for-2026-world-cup-teams/

## ABOUT THE AUTHORS

**François Brouard**, DBA, FCPA, FCA is a Full professor in the Sprott School of Business, Carleton University, founding director of the Sprott Centre for Social Enterprises / Centre Sprott pour les entreprises sociales (SCSE/CSES), director of the Professional Accounting Research Group (PARG) and co-director of Philab Ontario.
francois.brouard@carleton.ca

**Adrian Movileanu** is a referee, player and lifelong football enthusiast whose analytical approach combined with years of meticulous planning, research, and logistics preparation has him ready to attend his fourth World Cup this summer.
adrian@soccerinfo365.com

[suggestion for citing the research note: Brouard, François, Movileanu, Adrian (2026). *FIFA (Fédération Internationale de Football Association) – An examination of finances*, PARG #2026-71RN, Research Note, Professional Accounting Research Group (PARG), Sprott School of Business, Carleton University, June 7, 63p.]

Copyright © 2026, François Brouard and Adrian Movileanu
*The views presented in this document do not represent official positions of the Professional Accounting Research Group (PARG), Sprott School of Business, or Carleton University.*

*CAUTION: This research note is based on publicly available financial data, and all figures are presented for informational and analytical purposes only. While care has been taken to ensure accuracy, the data and interpretations provided should not be relied upon as definitive financial guidance or used as the sole basis for decision-making. Users of this information remain fully responsible for verifying figures independently and for any conclusions or actions derived from this analysis.*

**PARG research notes**
Professional Accounting Research Group (PARG)
Sprott School of Business, Carleton University
(available at https://sprott.carleton.ca/parg/videos-notes-papers-and-briefs)

Research notes on FIFA (June 2026)
PARG #2026-70RN, *FIFA - An examination of governance*
PARG #2026-71RN, *FIFA - An examination of finances*
PARG #2026-72RN, *2026 Men's FIFA World Cup - An examination of a major event*

Note: FIFA maintains trademark protection (™) over the names of all its events and products.

**Appendix – Table of contents and index of tables**


| *Table #* | *Description* | *Code* | *Page* |
|---|---|---|---|
| | **Introduction** | | 1 |
| | **Methodology** | | 2 |
| | **FIFA Financial Context** | | 3 |
| | **FIFA Financial Snapshot** | | 4 |
| 1 | Financial summary | - | 4 |
| | **FIFA Revenue and Expenses** | | 5 |
| 2 | Summary of revenue | A-F | 5 |
| 3 | Revenue from television broadcasting rights | A | 6 |
| 4 | Revenue from marketing rights | B | 6 |
| 5 | Revenue from licensing rights | C | 7 |
| 6 | Revenue from hospitality rights and ticket sales | D | 7 |
| 7 | Other revenue | E | 8 |
| 8 | Other operating income | F | 8 |
| 9 | Summary of expenses | G-M | 9 |
| 10 | Competitions & Events expenses | G | 9 |
| 11 | Development & Education expenses | H | 10 |
| 12 | Football Governance expenses | I | 11 |
| 13 | Governance & Administration expenses | J | 12 |
| 14 | Marketing & TV Broadcasting expenses | K | 12 |
| 15 | COVID-19 Relief Plan – grants (stage 3) | L | 13 |
| 16 | Expected credit (losses)/gains of assets | M | 13 |
| 17 | Taxes and duties | - | 14 |
| 18 | Financial income and costs, net | - | 15 |
| 19 | Other comprehensive income | - | 15 |
| | **FIFA Financial Position** | | 16 |
| 20 | Summary of current assets | AA-GG | 16 |
| 21 | Cash and cash equivalents | AA | 16 |
| 22 | Receivables | BB | 17 |
| 23 | Derivatives assets (current) | CC | 18 |
| 24 | Financial assets (current) | DD | 19 |
| 25 | Contract assets (current) | EE | 21 |
| 26 | Prepaid expenses and accrued income | FF | 22 |
| 27 | Inventories | GG | 22 |
| 28 | Summary of non-current assets | HH-NN | 22 |
| 29 | Property and equipment | HH | 23 |
| 30 | Intangible assets | II | 24 |
| 31 | Derivative financial assets | JJ | 24 |
| 32 | Financial assets (non-current) | KK | 25 |
| 33 | Contract assets (non-current) | LL | 26 |
| 34 | Prepaid expenses (non-current) | MM | 26 |

| *Table #* | *Description* | *Code* | *Page* |
|---|---|---|---|
| 35 | Investments in an associate and joint ventures | NN | 27 |
| 36 | Summary of current liabilities | OO-SS | 27 |
| 37 | Payables | OO | 27 |
| 38 | Contract liabilities (current) | PP | 28 |
| 39 | Accrued expenses and Deferred income | QQ | 28 |
| 40 | Derivative financial liabilities | RR | 29 |
| 41 | Lease liabilities (current) | SS | 30 |
| 42 | Summary of non-current liabilities | TT-ZZ | 31 |
| 43 | Contract liabilities (non-current) | TT | 31 |
| 44 | Accrued expenses (non-current) | UU | 31 |
| 45 | Post-employment benefit obligations | VV | 32 |
| 46 | Provisions | XX | 33 |
| 47 | Derivative financial liabilities (non-current) | YY | 33 |
| 48 | Lease liabilities (non-current) | ZZ | 33 |
| - | Contingent liabilities | - | 34 |
| - | Capital commitments | - | 34 |
| - | Related-party transactions | - | 34 |
| - | Consolidated subsidiaries | - | 34 |
| 49 | Reserves | - | 36 |
| | Post-balance-sheet events | - | 36 |
| | **Compensation and employees** | | 37 |
| 50 | Personnel expenses | - | 37 |
| 51 | FIFA Council members and FIFA senior management | - | 39 |
| 52 | FIFA President and FIFA Secretary General | - | 39 |
| 53 | FIFA – Judicial bodies | - | 40 |
| 54 | FIFA committee chairpersons and deputy chairpersons | - | 40 |
| 55 | FIFA – Number of employees in 2025 | - | 41 |
| | **Financial risk management** | | 41 |
| | **Budget 2027-2030 (four-year cycle)** | | 43 |
| 56 | FIFA – 2027-2030 budget - Revenue | - | 44 |
| 57 | FIFA – 2027-2030 budget - Investments | - | 45 |
| 58 | FIFA – Investments in the FIFA World Cup 2030 | - | 45 |
| 59 | FIFA – Investments in the FIFA Women's World Cup 2027 | - | 46 |
| | **Conclusion** | | 48 |
| | **References** | | 49 |
| | **About the authors** | | 61 |
| | **Appendix – Table of contents and index of tables** | | 62 |

# EXHIBIT 119



# Spectacular Deficits and Record Revenues: FIFA's financial cycles are a winning strategy

Francois Brouard, *Carleton University*

The 2026 FIFA World Cup has kicked off across North America. FIFA, the governing body that organizes it, is widely seen as a prosperous organization. After all, it governs the world's most popular sport and its most prestigious event. It's regarded as a machine generating billions of dollars.

But that perception is not the case because of one key factor: FIFA's financial model operates on four-year cycles centred on the World Cup. Under this model, the years without a World Cup almost always result in a deficit.

As a full professor of accounting and taxation at Carleton University's Sprott School of Business, I examine FIFA's model and financial statements.

## Net profit per year or per cycle?

FIFA's recent financial statements show losses of several million dollars in 2023 (US$390 million), 2024 (US$616 million) and 2025 (US$248 million), for a cumulative loss of US$1.25 billion over these three years.

The years leading up to the World Cup are characterized by limited revenue. Major contracts are primarily finalized in the year of the World Cup, along with massive investments in soccer activities and development, as well as recurring administrative expenses.

Extrapolating from the 2022 results, when the World Cup was held in Qatar, the 2026 World Cup is expected to be profitable. Estimates suggest over US$1 billion in net profits over the four-year cycle leading up to 2026.

## The highly profitable World Cup

FIFA derives most of its revenue from the World Cup. For example, in 2025, television broadcasting rights generated US$1 billion in revenue, compared to nearly US$3 billion in 2022, the year of the tournament in Qatar.

The same trend was true for marketing rights (US$1 billion compared to nearly US$1.5 billion in 2022), licensing rights (US$97 million compared to over US$270 million in 2022) and revenue from hospitality and ticketing rights (US$410 million versus nearly US$1 billion in 2022).

The same scenario is expected for 2026, only better. Revenue is expected to exceed US$10.9 billion, **a historic high**. This compares favourably with the US$7 billion in revenue from the 2022 World Cup in Qatar and the US$5.3 billion from the 2018 tournament in Russia.

This 2026 World Cup, which will be the largest in history, marks a major turning point. Co-hosted by Canada, Mexico and the United States, it is backed by an extremely lucrative North American market.

The expanded tournament will feature 48 teams (up from 32 in previous tournaments) and 104 matches (up from 64 in 2022), and will garner unprecedented global visibility.

## FIFA’s assets: A solid safety net

Even during periods of deficit, FIFA is far from being in financial trouble.

It has a strong cash position designed to absorb cyclical fluctuations. It holds significant financial assets, strategic reserves and diversified investments in global soccer development.

As of Dec. 31, 2025, cash and cash equivalents totalled more than US$1 billion, with US$974 million in cash and bank accounts and more than US$206 million in time deposits with maturities of less than three months.

Financial assets total more than US$5 billion, including US$3.3 billion in current assets and US$2.4 billion in non-current assets. These assets include debt securities, deposits, mutual funds, money market funds, equity investments and loans.

Strategic reserves total nearly US$2.7 billion and include the association’s capital of over US$4 million and special reserves dedicated to FIFA’s statutory objectives and club soccer, amounting to over US$2.5 billion.

These assets and reserves are specifically intended to absorb years of deficit and ensure the organization’s financial stability. They play an essential role in

maintaining day-to-day operations, meeting long-term commitments and preserving investment capacity, even when revenues fluctuate.

By building a solid financial cushion, the organization protects itself against unforeseen events and ensures the continuity of its services without compromising its mission. One might even wonder if the cushion is too comfortable.

## Long-term strategy

The losses recorded by FIFA from 2023 to 2025 should not be viewed as a sign of weakness, but rather as a logical and expected consequence of its financial model.

The organization operates on a four-year cycle. In the years leading up to the World Cup, it is traditionally in the red due to the massive investments required to prepare the tournament, develop infrastructure, support member associations and fund global programs.

According to projections, FIFA is expected to record more than US$1 billion in net profit over the 2023–26 four-year cycle, confirming the strength of its business model.

Thanks to solid assets, substantial financial reserves and sustained investment capacity, FIFA is one of the most powerful sports organizations in the world today. Its model, based on cycles of investment and return, allows it not only to ensure its financial stability but also to continue supporting the development of soccer on a global scale.

In this sense, temporary deficits are no cause for alarm, but are evidence of a well-managed, long-term strategy that continues to strengthen soccer's dominant position on the international sports and economic stage.

**Francois Brouard**, Full Professor Accounting and Taxation / Professeur titulaire comptabilité et fiscalité, Sprott School of Business, ***Carleton University***

This article is republished from **The Conversation** under a Creative Commons license. Read the **original article**.

## Sprott School of Business

Contact the Sprott School of Business

**Carleton University acknowledges the location of its campus on the traditional, unceded territories of the Algonquin Anishinàbeg nation**

1125 Colonel By Drive, Ottawa, ON, K1S 5B6, Canada

Contact us by **phone** or **email**

Carleton University

Privacy Policy Accessibility © Copyright 2026

# EXHIBIT 120

# World Cup: FIFA chief Gianni Infantino offers £30m incentive for members to back controversial private investment plans

skysports.com/football/news/11095/13568022/world-cup

Rob Harris July 29, 2026




Gary Neville, Andy Burnham, the FA and more react to Gianni Infantino's World Cup sale plan

Gianni Infantino has given football associations until September 19 to back his plan to sell off part of FIFA to private investors with a £30.1m ($40m) incentive to accept, a letter has revealed.

FIFA announced on Tuesday that it was seeking to launch FIFA Forward Enterprise (FFE), which would bring together the sale of FIFA's commercial rights - including broadcasting, sponsorship, ticketing and licensing - with the operational delivery of its tournaments.

Under the proposal, FIFA would raise up to £3.1bn ($4.2bn) from external investors by selling minority, non-controlling stakes in FFE, which it says would be valued at around £15bn ($20bn).

The governing body says its plans - which need approval from member associations - could deliver more than £7.53bn ($10bn) in "football development funding" over the next four years.

- **World Cup 2030: Dates, schedule, hosts, stadiums and how qualification works**
- **World Cup latest news**
- **Saudi Arabia to host 2034 World Cup**

The FIFA president, in correspondence sent only to the 211 member associations after his secret plans were leaked and met with fierce opposition from UEFA, raised the subject of finances that would be available from January.

He warned that countries will have access to much less cash for development projects, grassroots football and national teams if they do not back selling off more than 20 per cent of a new commercial spin-off to oversee World Cups.

Infantino said the launch of FFE needs more than 50 per cent of members to back the plans, along with his ruling council.

He wrote: "Should neither condition be satisfied, FIFA will continue as planned with the Forward Programme 4.0 … meaning approximately £7.5m ($10m) per MA [member association] for the next cycle."

Infantino raised the prospect that associations that do not back his plans could miss out on the cash if the majority of the world endorses the venture.




Play Video - 'Football belongs to supporters' - Burnham slams FIFA World Cup plan

Prime Minister Andy Burnham disagrees with FIFA's attempts to bring in private investment for the World Cup

He wrote: "A singular and unique funding opportunity only for those Member Associations who wish to participate, with their decision to be made by September 19 2026 so we can plan ahead and with funds to be available immediately as of January 1 2027."

The letter raises the financial stakes, with FIFA previously saying on Tuesday that the new venture would provide access to funding of £15m ($20m) from 2027 to 2030 - a figure that has now doubled.

Infantino wrote: "This entity will be fully focused on one target objective; generating as much value as possible for FIFA's Member Associations."

But FIFA has not commented on how much Infantino stands to benefit financially from delivering a £15bn ($20bn) venture - and how he could stay on beyond 2031 when term limits require him to relinquish the presidency if re-elected next year.




Play Video - Could the World Cup be boycotted due to FIFA seeking private investment?

Sky News sports correspondent Rob Harris raises the prospect of the World Cup being boycotted due to FIFA's attempts to bring in private investment

## Threat of a boycott and 'deep concern' from the FA

UEFA, European football's governing body, issued a furious statement on Tuesday, saying the proposals "crossed a line".

An emergency virtual meeting of UEFA's 55 member associations will take place on Thursday to discuss opposition to FIFA's controversial idea and *Sky Sports News* understands there is a willingness to use the threat of a boycott if Infantino pushes ahead with the plans.

Prime Minister Andy Burnham voiced his criticism on Tuesday evening, saying on X: "Football does not belong to investors. It belongs to the people who fill the stands and who stand on the touchline week in, week out, rain or shine."

Twitter This content is provided by Twitter, which may be using cookies and other technologies. To show you this content, we need your permission to use cookies. You can use the buttons below to amend your preferences to enable Twitter cookies or to allow those cookies just once. You can change your settings at any time via the Privacy Options.
Enable Cookies Allow Cookies Once
On Wednesday morning, an FA spokeswoman added: "We were completely unaware of this proposal and have no substantive details, including what the proposition actually is, and what conditions are attached.

"Based on the limited information, we are deeply concerned about the lack of process and governance to get to this point, and the apparent substance and principles involved.

"When the proposal is shared in the full and transparent way now promised by FIFA, we will make our views clear, and comment further."

The Football Association of Wales (FAW) later said it had "not yet received any substantial details from FIFA concerning the reported proposals.

"Consequently, the FAW is concerned that such matters have become public prior to being shared with FIFA's Member Associations. We await receipt of FIFA's full proposal before commenting further on this matter."

An Irish FA spokesperson said:"Like others, we have yet to receive any meaningful detail on these proposals. From what we have seen so far, we have questions about both the way it has emerged and the issues it raises.

"Once FIFA provides the full proposal, as it has indicated it will, we will review it carefully before commenting further."

*Sky Sports News* has contacted the Scottish FA for comment.

Later on Wednesday, the European Leagues - an association that represents over 1,000 clubs in 31 countries across the continent - released a statement also condemning FIFA's plans.

The Premier League - which is a founding member of the European Leagues - backed the stance, saying it "fully supports this statement".

## 'None of us are the owners of football'

Relations between UEFA and FIFA were already under severe strain, with UEFA president Aleksander Ceferin not attending the World Cup final in protest at a series of FIFA governance issues, including its handling of the Folarin Balogun case.

But the way the plans emerged, as well as the proposal itself, provoked fresh fury on Tuesday, with FIFA not raising the landmark strategy during meetings with football associations in New York on the eve of the World Cup final.

It is understood the FA was completely unaware of the plans - first reported in the *Financial Times* and *The Times*.

UEFA said in a statement after those reports emerged that the "soul and governance of football are not assets to trade".

"This crosses a line that football's governing institutions should never cross. UEFA takes it extremely seriously. So should every National Football Association.

"So should every stakeholder: leagues, clubs, players, supporters, governments and everyone who cares about the future of the game.

"The soul and governance of football are not assets to trade - especially with zero transparency as to who gains financially. None of us are the owners of football. It is not FIFA's to sell."

UEFA added: "Having held discussions with many stakeholders across the game, UEFA knows there is significant and growing opposition to FIFA's scheme. FIFA cannot continue to use our sport to enrich themselves and their friends. We can grow the game correctly. It's time to prioritise associations, clubs, leagues, players and fans."

LaLiga president Javier Tebas said: "FIFA's competitions and commercial rights are not Infantino's personal property. Anyone who mixes politics, discipline, money and power without transparency is not fit to lead anything. Infantino is not the solution to FIFA's governance problems."

## 'Remarkable commercial value' in football - FIFA explains proposal

FIFA later moved to clarify the proposed new structure, with a spokesperson saying it was beginning a consultation process after receiving a proposal that is currently under review.

FIFA confirmed to *Sky Sports News* that JP Morgan is acting as financial advisor on the project, with Thrive Capital - whose chief executive is Josh Kushner, brother of Donald Trump's son-in-law Jared - expected to lead the proposed investor group.




Play Video - Infantino: 2026 World Cup the greatest human cultural event ever witnessed

Gianni Infantino labels the 2026 World Cup as the greatest of all time

FIFA insists it would retain sole control over football governance, competitions, the international match calendar and all sporting and regulatory decisions, with any outside investment in a FIFA subsidiary rather than FIFA itself.

Infantino said the proposal would help "democratise football worldwide" and ensure more of the game's commercial success is reinvested into development projects around the globe.




Play Video - Record revenue for FIFA, but has the World Cup been a success?

Sky Sports News chief correspondent Kaveh Solhekol looks back at the World Cup and debates whether it will be regarded as a success

"Football is the world's most popular sport and an extraordinary engine of human and social development," said Infantino.

"Parts of the game have turned that popularity into remarkable commercial value - and we celebrate that success and want it to continue, because it lifts the whole game ... our next stage of growth needs a structure built for it, one where the commercial side of the game operates as a focused, dedicated business, with its value shared more and better all around the world."

The governing body also dismissed suggestions that Infantino could become chief executive of the new entity when his final term as president ends, saying such a move has "never been discussed".

But FIFA said both the president and the administration would need to play leading roles in any new entity to ensure FIFA retains control of any subsidiary in line with its statutes and regulations and for the benefit of member associations.




Play Video - World Cup 2026 in Numbers!

How many goals, red cards and penalties? Take a look at the World Cup in 2026 in numbers

FIFA is a not-for-profit organisation owned by the 211 associations that make up its membership. As an association of associations, it enjoys a tax-free status in Switzerland, where it is based.

Its revenue for the 2022-26 cycle is expected to be $15bn (£11.26bn), the majority of which comes from TV rights, sponsorship and ticket and hospitality sales from the men's World Cup this summer.

The next World Cup is the women's tournament in Brazil next year.

## What happens to Infantino if plans collapse?

Sky Sports News correspondent Kaveh Solhekol breaks down Gianni Infantino's latest plans after the World Cup

*Latest from Sky Sports News' Kaveh Solhekol:*

"It's shocking how nothing is shocking any more. I should be surprised but I'm not surprised at all. I've just come back from the World Cup. According to FIFA, it was the most successful World Cup ever. They made more money than they know what to do with. Fans were paying outrageous prices for tickets.

"Gianni Infantino and those close to him have looked at this and said, 'this is the future.' One way to make sure you have more tournaments like the one you've just had is to set up a subsidiary of FIFA that will look after FIFA's tournaments and to invite private investors to invest in that company.

"In the short term, there's going to be a big pot of money potentially available for the 211 member associations of FIFA.

"The big question is, are they going to accept what Infantino is proposing? What happens to Infantino if these plans collapse? Are we seeing a tipping point on the horizon where a lot of people in football are saying they don't like the way Infantino has been running football?

"I think there is such a groundswell of opposition to these plans that if I had to put money on it, I think they won't succeed. It reminds me of what happened to the European Super League where plans came out, there was outrage and pretty quickly the plans didn't come to fruition.

"Infantino knows everyone has got a price. FIFA have written to all 211 member associations and have said you have until September 19 to accept this plan. If you do, there is going to be a pot of £7.5bn for us to share. If you don't, that pot will drop from £7.5bn to £2bn.

"How many of these member associations are going to turn down that money?"




[Play Super 6!]
[Play Super 6 for a chance to win £250k! Enter for free.]

# EXHIBIT 121

# Infantino's FIFA future in jeopardy after private equity gamble backfires

reuters.com/sports/soccer/infantinos-fifa-future-jeopardy-after-private-equity-gamble-backfires-2026-08-01

Ian Ransom, Kokkai Ng

August 1, 2026



0 seconds of 0 secondsVolume 0%

Summary

- Infantino suffers blow as FIFA scrap World Cup stake sale plans
- Critics question close relationship with U.S. President Donald Trump
- Re-election hopes dented but too early to write off Infantino

Aug 1 (Reuters) - FIFA president Gianni Infantino, hitherto untouchable at the helm of soccer's global governing body, suffered a crushing blow on Friday when his bold reach for private equity riches was brought to an end in the face of a ferocious backlash.

A FIFA statement, attributed to Infantino, conceded that the proposal to create a commercial entity to run the World Cup and other tournaments, 20% of which would be sold to private investors, was divisive and dead in the water.

The Reuters Daily Briefing newsletter provides all the news you need to start your day. Sign up here.

Advertisement · Scroll to continue

The concession ended three days of civil war in the football world which peaked when Europe's UEFA, the richest and most influential of soccer's six regional confederations, announced a boycott of all FIFA events until the proposal was ditched.

The plan was Infantino's baby and its demise less than two weeks after the most lucrative World Cup in history has left the 56-year-old Swiss administrator isolated at the top of an organisation he had been planning to run for another 4-1/2 years.

"A week ago, Infantino's riding high and was almost certain to get elected overwhelmingly because he's run against such a financially successful tournament," Victor Matheson, professor of economics at the College Of The Holy Cross in Massachusetts, told Reuters.

"That's all in jeopardy now."

Advertisement · Scroll to continue

Before the World Cup, Infantino's re-election for a fourth term at the FIFA Congress in Morocco in March had looked like a slam dunk with no rival candidates in the frame.

The picture has shifted radically after three days during which even the most loyal confederations raged at the lack of consultation over the proposal, and Infantino faced accusations of selling the soul of the game.

After FIFA doubled down on the plan on Friday with a statement that reiterated the promise of millions of dollars of new funding for national federations, some of those closest to Infantino distanced themselves from it.

Senior adviser Carlos Cordeiro resigned in protest calling it "a bad deal for football", while FIFA Chief Operating Officer Kevin Lamour alleged staff had been "deceived" by Infantino and described the proposal as a "project of one person".

Advertisement · Scroll to continue

## EXASPERATED BY LEADERSHIP STYLE

Infantino, who took over at FIFA in 2016 after a corruption scandal had ended Sepp Blatter's 17-year reign as president, had frequently exasperated those around him with his independent leadership style, sources told Reuters.

His authority and ability to keep FIFA's coffers full, though, had previously been strong enough to allow him to recover from his missteps.

He backed down from a plan promising 25 billion dollars in private investment for the Club World Cup in 2018 after strong opposition from UEFA.

He sailed through a storm of outrage over his defence of Qatar as the 2022 World Cup host and his bizarre pre-tournament speech in which he declared: "Today, I feel gay. Today, I feel disabled. Today I feel a migrant worker."

This week's gambit, however, backfired spectacularly.

Infantino failed to build any consensus and key stakeholders knew nothing of the plan until FIFA's rushed announcement on Tuesday when details leaked to newspapers.

Soccer Football - 50th Ordinary UEFA Congress - Brussels Expo, Brussels, Belgium - February 12, 2026 FIFA president Gianni Infantino speaks during the event REUTERS/Benoit Tessier/File Photo Purchase Licensing Rights, opens new tab

They were kept in the dark as Infantino met investors and chose Joshua Kushner-founded Thrive Capital, a firm with close familial links to U.S. President Donald Trump, to lead the proposed investor group.
For the Asian Football Confederation, it was a "totally unacceptable" dismissal of the usual protocols and the 47-member body on Friday called for institutional reform at FIFA.

## CLOSE RELATIONSHIP WITH TRUMP

Infantino's close relationship with Trump was already under scrutiny after FIFA awarded the U.S. President its inaugural Peace Prize last December.
Jim Boyce, a former FIFA vice-president who knew Infantino when the Swiss worked at UEFA, suggested Infantino's head might have been turned by his proximity to political power.
"I think what has happened here is that fame appears to have gone a little bit to Gianni's head and his relationship with Donald Trump during that World Cup is nothing more than astounding," the Northern Irishman told the BBC this week.
At the World Cup, Trump said he had called Infantino to ask for U.S. player Folarin Balogun's suspension for a red card to be rescinded so he could play in a knockout match.
That Balogun was ultimately allowed to play after a ruling by FIFA's independent disciplinary body did nothing to dispel the perception that Trump was interfering with football matters through Infantino.
"It didn't help that you had a Kushner involved in this whole thing," Sports Marketing analyst Bob Dorfman told Reuters.
"Especially what was going on during the World Cup with Balogun and Trump. To have a Trump relative involved in this only made the whole thing much worse."
Trump said on Friday that he did not speak with Infantino about the proposal to sell stakes in the World Cup.

## TOO EARLY TO WRITE OFF INFANTINO

Although rival candidates are now almost certain to emerge before the presidential election, it is probably too early to write off even a wounded Infantino if he decides to run.
The stake sale proposal was always aimed squarely at the 211 national soccer federations who will vote, many of which rely on FIFA funding to make ends meet and have done well under Infantino's patronage.
Infantino would need a two-thirds majority in the first round or a simple majority in subsequent rounds to extend his presidency until 2031 and Dorfman said a note of contrition might just do

the trick.

"I know that's not in his manner to do things like that but maybe he has to start apologising a little bit and say: 'Maybe I handled this wrong'."

Reporting by Ian Ransom, Aadi Nair and Kokkai Ng; additional writing by Nick Mulvenney, editing by Clare Fallon

Our Standards: The Thomson Reuters Trust Principles., opens new tab

# EXHIBIT 122

# FIFA insists 'nobody is selling football', pushes ahead with consultation plan despite backlash




The Gianni Infantino-led world governing body of football insisted it would press ahead with the consultation period. Carl Recine/Getty Images



By **Colin Millar** and **Chris Weatherspoon**

July 31, 2026

FIFA has insisted "nobody is selling football" after criticism of its decision to launch a consultation on selling stakes in a World Cup commercial entity to private investors.

The world governing body of football stopped short of saying it would be withdrawing the plan and instead reaffirmed its commitment to press ahead with the consultation period.

It comes as the Asian Football Confederation (AFC) joined the European confederation UEFA and Concacaf, the confederation of North, Central America and the Caribbean, in rejecting FIFA's notion of selling stakes in the World Cup.

*The Athletic* reported FIFA president Gianni Infantino's future leadership of the organisation was questioned during the meetings of UEFA and Concacaf on Thursday.

UEFA and Concacaf released statements rejecting the plans following their respective meetings, with UEFA announcing that all 55 European members would boycott all FIFA competitions unless the proposals were abandoned.

The AFC, Concacaf and UEFA make up 137 of the 211 FIFA member associations.

On Friday, FIFA responded to say it "acknowledges and respects feedback and concern aired in public" but was pressing on with its proposals, adding that the body "reaffirms its commitment to an open and democratic consultation".

---

**WHAT YOU SHOULD READ NEXT**



UEFA's World Cup boycott explained — and what happens next?

At a meeting on Thursday, European nations agreed to boycott men's and women's World Cups unless FIFA's private investment plans are shelved

---

It said FIFA Forward Enterprises (FFE), the new entity which would take over FIFA's commercial operations, "has been proposed solely to ensure that all FIFA member associations (MAs) have the opportunity to take meaningful ownership of the commercial opportunity of football in their respective countries, and that this does not come at the cost of either the spirit or the governance of FIFA or football itself."

It added: "Nobody is selling football. This is not something FIFA would ever entertain.

"Everyone has the right to express their opposition and to seek further clarification but no single entity can claim to represent all 211 MAs around the world."

On Friday, United States president Donald Trump, who has forged a close relationship with Infantino, said that the FIFA president had not spoken to him about the proposal.

FIFA has also confirmed that if MAs are opposed to the FFE plan but the proposal passes, those opposed will still receive $20million (£14.9m) each in the 2027-30 cycle (followed by $22m in 2031-34 and $24m in 2035-38), irrespective of whether any stake in FFE is sold to private investors.

However, if that MA agrees to the FFE proposal, it will receive $40million in 2027-30, with the subsequent payments to remain the same.

Notably, FIFA's statement indicated, and *The Athletic* has since confirmed, that the proposal directly ties the creation of FFE to an accompanying sell-off to external investors.

There is nothing stopping FIFA from creating FFE as a new, focused commercial entity and retaining 100 per cent of it; one source told The Athletic that was "eminently feasible". Revenues would, at least theoretically, improve by the hiving out of commercial and events operations, and member payments would improve as a result, regardless of whether any sell-off took place.

But that is not FIFA's proposal. It is not either-or. Members will have to vote for the creation of FFE and its partial sell-off, or decline to see FFE introduced at all. It is a crucial distinction.

## What has the AFC said?

Asian football's governing body, the AFC, said on Friday it "stands in solidarity" with counterparts UEFA and Concacaf over objections to FIFA's plans.

The AFC expressed "serious concerns" over the process and said of suggestions of a boycott of the World Cup: "Football should never have been placed in such a position."

It was a damning statement, attacking the "unprecedented divisions" which had been created in the sport's governing bodies and cast doubt on the potential for FFE to pass through FIFA's membership. "Any proposal that risks undermining the unity and universal character of the competition must be reconsidered," the AFC added.

The AFC then went further, express concerns beyond FEE. "The AFC considers this issue extends far beyond a single proposal," it continued. "Rather, it has exposed

fundamental weaknesses in FIFA's consultation and decision-making processes that must now be addressed. While the AFC notes FIFA's latest clarification on the proposal, the central concerns surrounding governance, institutional process and meaningful consultation remain unanswered."

It continued: "The primary objective for world football must be to ensure that decisions of such magnitude are being developed through processes that are anchored on transparency and command the confidence of the football community.

"This is not the first occasion where major stakeholders have been confronted with significant initiatives after the direction of travel appears to have already been determined. Such an approach undermines confidence in FIFA's governance framework and diminishes the authority of its statutory bodies. No subsequent consultation process, however well intentioned, can replace early engagement with the appropriate FIFA bodies and the football family.

"The AFC believes this moment must become a catalyst for strengthening institutional reform. While every FIFA MA must have the opportunity to consider and determine proposals affecting the future of world football, meaningful democracy is not measured solely by the opportunity to vote. It begins with transparent governance, timely consultation, informed deliberation and genuine participation throughout the decision-making process."

# What has CONMBEBOL said?

CONMEBOL, South America's football confederation, issued a statement later on Friday. It did not directly address the statements made by the other three confederations or directly say that it rejected the plans, but said that financial and commercial decisions "must always serve the interests of football and never take precedence over its essence."

It added that it had sought "additional information and clarifications from FIFA" over the scheme and its impact.

"Football always comes first," the statement read.

"Since CONMEBOL became aware of FIFA's proposal regarding the FFE project, and in accordance with its institutional procedures, it initiated a consultation process with its member associations and convened a meeting of its Council for the sole purpose of analyzing and evaluating the proposal with the responsibility and rigor that the matter requires.

"To that end, CONMEBOL requested additional information and clarifications from FIFA regarding various aspects of the scope, structure, governance, and potential impact of the FFE project.

"CONMEBOL calls for unity across the entire football family and urges that football always be placed above any other interest."

# What is new in FIFA's statement?

*Analysis by The Athletic's football finance expert Chris Weatherspoon*

FIFA's tying of FFE's very creation to the immediate partial sell-off to private investors is a key distinction that has broadly been missed to date.

FIFA has several subsidiaries already, and there's nothing stopping them shifting commercial operations into FFE without a member vote. The proposal put forward states that, even without the $4.2billion expected from an equity sale, running events under a standalone, focused entity like FFE would generate big sums for members: $4.2bn (separate to the equity proceeds) in 2027-30, $4.6bn in 2031-34 and $5.1bn in 2035-38.

Whether those sums are realistic without the arrival of external expertise is uncertain. One source familiar with FIFA's thinking has told *The Athletic* that some of those increased revenues would be derived from bringing onboard new parties and commercially-focused staff.

Without them, FFE would just be comprised of existing staff in a new entity; there'd be a limit to how far revenues could improve. Still, that focus should engender some improvements, and there's also nothing stopping FIFA just hiring better staff if they really think the current lot aren't maximising turnover.

But it is now clear the latter isn't an option anyway. FIFA's proposal to members is absolute: FFE with an accompanying stake sale, or no FFE at all.

**Are FIFA really trying to sell the World Cup? An expert explains**
Chris Weatherspoon

That is important to the calculus here as FIFA are, in effect, saying they won't make a move toward revenue maximisation without getting approval to sell a stake, and it is the latter which has caused global consternation. Members who say no to the sale would also be, in effect, saying no to an internal shift toward better commercial performance.

FIFA could set FFE up, improve processes and retain ownership without external stakeholders. That would be similar to what has happened elsewhere, like at UC3 under UEFA, who have come out so strongly against this.

Instead, FFE, and thus the full multi-million dollar uplift — not just that one-off $20m from the equity sale — now being offered to members over the next 12 years lives or dies on whether those same members agree to sell a slice of the game.

## What exactly has happened and what was the initial proposal?

On Tuesday, it was revealed that FIFA wanted to set up a new private entity — FIFA Forward Enterprise — to manage the commercial operations of its showpiece events, including the World Cup. As part of the plans, FIFA announced it was looking to sell a 21 per cent minority stake in FFE to outside investors. FIFA said the company was valued at $20billion (£14.8bn) by global bank JPMorgan Chase.

Thrive Capital, a company founded by Joshua Kushner, brother of U.S. President Donald Trump's son-in-law Jared Kushner, is expected to head up the proposed investor group.

To entice its 211 member associations, FIFA president Gianni Infantino said they would be in line to receive $40million in FIFA's next four-year cycle if they backed this plan. He then gave them just 53 days to support the proposals — or miss out on the potential windfall.

For the scheme to go through, however, FIFA needs a majority of its 211 member associations and approval from the 37 members of the FIFA Council.

Coming just weeks after the conclusion of a World Cup dogged by controversy — including extortionate ticket prices, commercial breaks in each half dressed up as hydration breaks, President Trump intervening to overturn a red card shown to

United States striker Folarin Balogun, and a surreal first ever half-time show in the final — and following Infantino's extraordinary Instagram meltdown, the proposals have only intensified criticism of FIFA and its boss.

*Tom Burrows*



FIFA president Gianni Infantino arrives at the World Cup final Florencia Tan Jun/Getty Images

## Why is UEFA against it?

As soon as the plans became public, UEFA issued a swift and scathing response, saying they "cross a line that football's governing institutions should never cross".

It went on to say how "the soul and governance of football are not assets to trade — especially with zero transparency as to who gains financially. None of us are the owners of football. It is not FIFA's to sell".

UEFA and its 55 member associations later gathered for a virtual meeting on Thursday, with more than 40 of them speaking out against the proposals. The body later put out an uncompromising new statement, saying no UEFA national teams would take part in any FIFA competition until the proposals were shelved.

"Some things are simply too important to sell," it added. "The FIFA World Cup belongs to football. It always will. And so long as Europe has a voice, it will never be for sale."

UEFA taking such a strong stance puts Infantino in a very sticky spot.

*Tom Burrows*

**Colin Millar** | Senior Editor

**Chris Weatherspoon** | Football Finance Writer

---

# EXHIBIT 123




NOTA DE PRENSA SUN 12.12.2021 | NOTA DE PRENSA

# LaLiga and CVC sign agreement to set project Boost LaLiga ("LaLiga Impulso") in motion

The collaboration becomes effective after the LaLiga General Assembly ratified the agreement with a large majority. Boost LaLiga is a historic milestone and precedent-setting agreement for LaLiga, its clubs and the sector as a whole.

Nota de Prensa
SUN 12.12.2021

LaLiga and global investment fund CVC have today signed a strategic agreement setting in motion Boost LaLiga ("LaLiga Impulso"), the project to boost the global growth of LaLiga and its clubs.

The signing on Sunday follows ratification with a large majority of Boost LaLiga by the LaLiga General Assembly on Friday with 37 of 42 clubs voting in favour.

The agreement between LaLiga and CVC will see the league and clubs receive a total of €1.994 billion which will be used for technology, innovation, internationalisation, and sporting growth initiatives.

The pioneering agreement between LaLiga and CVC sets a precedent for other European leagues and the wider sports and entertainment industry, a sector full of passion, excitement, and dynamism, but in constant flux and in need of adapting to new growth opportunities. LaLiga aspires to be a global leader with the best content, digital presence, and strong data collection and analysis allowing for direct interaction with fans through all available channels and with a particular focus on younger and international audiences.

Boost LaLiga will allow LaLiga and its clubs to adapt to the modern day demands of the sector with the backing of CVC, a partner with extensive experience. The agreement has been signed with LaLiga valued at a historic €24.25 billion by leading independent experts Rothschild & Co and Duff & Phelps. LaLiga was advised by Uría Menéndez, KPMG, and Bibium Capital, while CVC was advised by Latham & Watkins, Two Circles, and Oliver & Ohlbaum.

LaLiga President Javier Tebas said: "This agreement is a historic milestone not just for LaLiga but also for football and sport in general. LaLiga and its clubs now have the best partner possible to successfully pre-empt and navigate changes on the horizon and I believe that we are setting a precedent for other leagues in Europe and around the world to follow."

LATEST NEWS

Most read | Most viewed

LALIGA EA SPORTS becomes the first national football competition to ro...

LALIGA returns to ESPN on August 15 for the 2026/27 season, after leading all...

Disney+ and DAZN become the new home of LALIGA EA SPORTS in...

MIGU becomes LALIGA's exclusive new media partner in mainland Chin...

LALIGA launches Tech Powerhouse 2026, a new observatory focusing on...

SEE MORE NEWS

Nick Clarry, managing partner and head of Sports, Media & Entertainment at CVC, said: "We are truly grateful for the trust that LaLiga and its clubs have placed in us. LaLiga is the top sports competition in Spain and one of the leading competitions in the world. We are excited to help in this new phase for the long-term benefit of fans, players and the competition."

The injection of nearly €2 billion commits participating clubs to allocating up to 70% of the funds to investments linked to infrastructure, international development, brand and product development, talent acquisition, communication strategy, innovation and technology, and a content development plan for digital platforms and social media. Up to 15% can be used to sign players, with the remaining 15% for reducing debt.

© LALIGA - 2021

## RELATED VIDEOS

MATCHDAY 20
RMA 4 1 VAL
LALIGA EA SPORTS
FRI 05.07.2024 | LALIGA XTRA CLIPS - ARCHIVE
**Top Gk Saves of the Regular Season**
SHARE

MATCHDAY 32
ATM 2 1 ESP
LALIGA EA SPORTS
FRI 05.07.2024 | LALIGA XTRA CLIPS - ARCHIVE
**Top Gk Saves of the 2021-22 Regular Season**
SHARE

MATCHDAY 12
ELC 1 2 RMA
LALIGA EA SPORTS
SUN 30.06.2024 | LALIGA XTRA CLIPS - ARCHIVE
**Top Assists of the 2021-22 Regular Season**
SHARE

MATCHDAY 3
VAL 3 0 ALA
LALIGA EA SPORTS
THU 27.06.2024 | LALIGA XTRA CLIPS - ARCHIVE
**Top Goals of the 2021-22 Regular Season**
SHARE

## RELATED GALLERIES

LALIGA HYPERMOTION
SUN 15.05.2022 | GALLERIES
**Enjoy the best photos from matchday 40 of LaLiga SmartBank**
SHARE

LALIGA Genuine Moeve
THU 24.03.2022 | FOUNDATION
**The presentation of the new LaLiga Genuine Santander season**
SHARE

LALIGA HYPERMOTION
SUN 06.03.2022 | GALLERIES
**Gallery: Matchday 30 of LaLiga SmartBank 2021/22**
SHARE

LALIGA EA SPORTS
FRI 11.02.2022 | GALLERIES
**Gallery: Matchday 24 of LaLiga Santander 2021/22**
SHARE

# EXHIBIT 124

# LaLiga clubs receive the first payment from Boost LaLiga

**sportsvenuebusiness.com**/2022/01/25/laliga-clubs-receive-the-first-payment-from-boost-laliga

SportsV January 25, 2022

- January 25, 2022
- Categories: Home News, Industry News, News, Press Releases

**LaLiga clubs have received a financial injection of €400m, the first part of the €1.994bn investment agreed in the Boost LaLiga project, this month. This is a strategic agreement, endorsed by 90% of LaLiga clubs, which links the CVC investment fund with LaLiga and its clubs with the aim of achieving global growth.**

The clubs can now start implementing the development plans that have previously been submitted to **LaLiga** and which will allow them to speed up their modernisation.

The plans developed by clubs had to allocate 70% of the investment to infrastructure, international development, brand and product development, communication strategy, innovation and technology plans, and a content development plan for digital platforms and social networks, with up to an additional 15% available for player registration, and the remaining 15% for financial debt.

### Next steps

As of February 1, a new holding company – **LaLiga Group** – will be formed, to which the bulk of LaLiga's activity will be transferred, and in which **CVC** will hold an 8% stake for the next 50 years. At that time, LaLiga clubs will receive a further €298m.

This is the first step in a 50-year strategic project that will catapult LaLiga and its clubs to new levels across the world. The alliance with **CVC** represents the addition of an industry partner with extensive global experience in the sports industry, bringing long-term capital and expertise to help LaLiga and its clubs grow globally at a time when there are great challenges and uncertainty within the entertainment industry.




### Boost LaLiga

LaLiga and global investment fund CVC signed a strategic agreement back in December setting in motion Boost LaLiga ("LaLiga Impulso"), the project to boost the global growth of LaLiga and its clubs.

The signing of the agreement followed ratification with a large majority of Boost LaLiga by the LaLiga General Assembly, with 37 of 42 clubs voting in favour.

The agreement between LaLiga and CVC will see the league and clubs receive a total of €1.994 billion which will be used for technology, innovation, internationalisation and sporting growth initiatives.

The pioneering agreement between LaLiga and CVC sets a precedent for other European leagues and the wider sports and entertainment industry, a sector full of passion, excitement and dynamism, but in constant flux and in need of adapting to new growth opportunities. LaLiga aspires to be a global leader with the best content, digital presence and strong data collection and analysis allowing for direct interaction with fans through all available channels and with a particular focus on younger and international audiences.

Boost LaLiga will allow LaLiga and its clubs to adapt to the modern day demands of the sector with the backing of CVC, a partner with extensive experience. The agreement has been signed with LaLiga valued at a historic €24.25 billion by leading independent experts **Rothschild & Co** and **Duff & Phelps**. LaLiga was advised by **Uría Menéndez, KPMG** and **Bibium Capital**, while CVC was advised by **Latham & Watkins, Two Circles** and **Oliver & Ohlbaum**.

**LaLiga President Javier Tebas** said:

> **This agreement is a historic milestone not just for LaLiga but also for football and sport in general. LaLiga and its clubs now have the best partner possible to successfully pre-empt and navigate changes on the horizon and I believe that we are setting a precedent for other leagues in Europe and around the world to follow.**

**Nick Clarry, Managing Partner & Head of Sports, Media & Entertainment** at **CVC**, said:

> **We are truly grateful for the trust that LaLiga and its clubs have placed in us. LaLiga is the top sports competition in Spain and one of the leading competitions in the world. We are excited to help in this new phase for the long-term benefit of fans, players and the competition.**

The injection of nearly €2 billion commits participating clubs to allocating up to 70% of the funds to investments linked to infrastructure, international development, brand and product development, talent acquisition, communication strategy, innovation and technology, and a content development plan for digital platforms and social media. Up to 15% can be used to sign players, with the remaining 15% for reducing debt.

***© LaLiga – 2022***

**Sports Venue Business organises ALSD International, EMEA's leading event & community focused on increasing revenue through New Builds, Renovations & Service Expansions via Premium Seating, Hospitality, F&B,**

**Architecture & Design, Fan Experience and Technology on behalf of the Association of Luxury Suite Directors.**




**The 2021 hybrid edition was hosted by Liverpool Football Club and featured a high-level conference, an exhibition showcasing industry-leading products & services, as well as networking events at Everton's Goodison Park and M&S Bank Arena. The 2022 event will be announced in the coming weeks!**

***#ALSDInternational* – Europe's leading event for the Premium Seat & Sports Hospitality sector**

***#ALSD* – Leading the Premium Seat sector for the last 30 years**

## Promote Your Business

LinkedIn®

# EXHIBIT 125

# The art of the failed deal

A short(ish) note on why $20bn valuation assigned to FFE is scandalous.

NIKOLA VUKOVIĆ, CFA
AUG 01, 2026

32 2 Share

Type your email... Subscribe

If you thought that with the ending of the World Cup, and no major football competitions in play, we will have a couple of quiet weeks, Gianni Infantino has ensured that it's anything but!

After backlash FIFA has now scraped its diabolical plan to set up a new FIFA Forward Enterprise ("FFE"), a subsidiary holding commercial rights, and to sell a stake in FFE to private investors, led by Josh Kushner's Thrive Capital.

Nikola Vuković, CFA
The Guardian just won caption of the year.



[illegible] Donald Trump that he is not part of the Spanish national team.

I won't pontificate about why this is wrong and not needed, and the lack of due process, you've probably already seen that all over the internet. This is a short(ish) note on why **$20bn valuation assigned to FFE is scandalous.**

---

## Valuation math

Valuation: $20bn

Minority stake sale: 21% for $4.2bn

Use of proceeds: $20m x 211 = $4.2bn

$20m one-off payment in early 2027 to each of FIFA's 211 member associations

FIFA revenue 2023-2026 cycle: $15bn

- 2026 Men's World Cup: $12.3bn (82%)
- 2025 Men's Club World Cup: $2.1bn (14%)
- 2023 Women's World Cup: $570m (4%) (broke even)

For comparison purposes we need to look at valuation multiple on annual basis. For 2023-2026 cycle that is:

$20bn / ($15bn / 4) = **5.3x Revenue multiple**

How do I feel about using Revenue, and not EBITDA or Earnings multiples? Not great, but given that many sports teams and leagues fail to consistently generate positive operating cash flows, the industry has adopted Revenue multiples.

---

## Growth

> One of the most common mistakes I see people make when analysing valuations, both in PE and public markets, is **looking at multiples, without also looking at the growth rates.**

Companies that grow faster attract premium valuation multiples. And with the good reason!

In the 2019 – 2022 Qatar cycle FIFA generated $7.6bn revenue.

With $15bn generated in this cycle, that is **100% or 2x growth over 4 years**. Of course, this big increase is partly because the World Cup was in America.

Growth: 100% over 4 years

---

## Different business models

FIFA World Cup is structurally different from individual teams and leagues.

**Frequency and cash flow:** World Cup is an episodic, quadrennial global mega-event. FIFA runs a deficit for three years, and then covers everything with one month of World Cup. Teams and domestic leagues generate steady, year-round or seasonal income.

Having said that, FIFA is diversifying its revenue with Women's World Cup and Men's Club World Cup, held in non-WC years.

**Assets light model:** Teams own physical assets (i.e. stadiums, training grounds) and player contracts that hold market value. The World Cup is **asset light business**; it does not own venues and has no contracted players – its value is derived purely from commercial rights and its role as a global custodian of football.

**Operating costs:** Teams and leagues manage and cover their own operating costs. For the World Cup, the host nations absorb majority of the infrastructure and staging costs. FIFA's biggest cost is the cost of running tournaments (operational costs + prize money). Over the last four years budget for competitions was $7.6bn, with $3.8bn for 2026 World Cup.

---

## Comps

Arguably the most difficult part in market approach valuation is picking the right comparables. This is even trickier when it comes to sports properties.

Given the discussed structural difference teams and leagues are not the closest comps. Especially, European football clubs, which are bottomless money pits, and face threat of relegation. Two more relevant comparables are:

- LaLiga and CVC (2021): €2bn for 8.2% stake in the LaLiga's broadcasting and sponsorship revenue for 50 years, implying €24.3bn valuation on €2bn revenue or **12x Revenue**
- PGA Tour and Fenway led consortium (2025): **$1.5bn** for **11.6%** stake in the PGA Tour at a **$12.9bn** valuation on **$1.45bn** revenue or **8.9x Revenue**

Even if the sports teams' valuations are not like for like comps, given the scarcity of transactions it's worth looking at them.

- MLS teams are valued at **9.2x Revenue**
- NWSL teams are valued at **9.8x Revenue**
- 32 Top Non-MLS football clubs are valued at **4.9 Revenue**

**Value-to-Revenue Multiples for Sports Leagues**

| | Average Value | Average Revenue | Average Value-to-Revenue Multiple |
|---|---|---|---|
| WNBA | $427M | $31.5M | [illegible] |
| | $5.51B | $408M | [illegible] |
| NFL | $7.13B | $692M | 10.3 |
| | $184M | $18.7M | 9.8 |
| | $767M | $82.7M | 9.2 |
| | $2.1B | $248M | 8.4 |
| | $3.42B | $450M | 7.6 |
| | $3.17B | $438M | 7.2 |
| | $2.33B | $474M | 4.9 |

represents the world's 32 most valuable non-MLS soccer clubs.

Sportico

Interestingly, the WNBA teams trade at the highest multiples, because in its 30th season the league is still viewed as a young, growing league… well at least by those who are buying those teams!

> What is one thing that almost all of these sporting properties share? That **they have not doubled revenue over the last 4 years. And FIFA has.**

## What are the biggest selling points for sports investing?

Scarcity. Fandom. Impact and relevance. Growth.

Can any other competition better the World Cup with these?

The FIFA World Cup is the biggest sporting event on earth. It is in the league of its own. It's one of one.

If anything, **it should carry 50% premium to other sporting properties.** And Gianni has tried **to sell it at a 50% discount!**

*If we indeed apply a 50% premium,* ***at 15x to 16x Revenue, FFE valuation would be $60bn. Or 3x the valuation set up by Gianni Infantino.***

Effectively, Infantino has tried to do a quick and dirty on the world of football, and sell a stake in FIFA and World Cup to Trump's inner circle at a massive discount.



## The art of the failed deal

Artificial deadlines, pressure tactics, and brown envelopes are all staples of the Art of the deal. Gianni may soon learn that getting taken to the cleaners is often the price of the failed one.

Thanks for reading,

Nikola

Thanks for reading **Sportfolio**! Subscribe for free to receive new posts and support my work.

Type your email... Subscribe

32 Likes · 7 Restacks

**Discussion about this post**

Comments Restacks

© 2026 Nikola Vuković · Privacy · Terms · Collection notice
Substack is the home for great culture

# EXHIBIT 126

ANALYSIS

# Breaking down FIFA's stake sale, how it compares to other sports and whether it's necessary

The World Cup trophy in a glass case

FIFA are proposing the sale of 20 per cent of a new subsidiary Juan Mabromata/AFP via Getty Images

By **Chris Weatherspoon**

July 30, 2026

Share full article 92

The news on Tuesday, first reported by the Financial Times, that FIFA is preparing to sell off part of its commercial operations spread shock and outrage across the sporting world.

Football's world governing body plans to sell a 21 per cent slice in FIFA Forward Enterprise (FFE), a new subsidiary under which commercial operations and events — such as the World Cup, which, as detailed recently by *The Athletic*, is the key driver in FIFA's finances — will be consolidated. The intention is to raise $4.2billion (£3.2bn) from outside investors and the narrative quickly formed: FIFA wants to sell (part of) the World Cup.

The rebukes have been swift. By Wednesday night, three of the six confederations under FIFA's hand had criticised the move, as had several member associations — none of whom were apparently consulted before plans broke into the public domain. Shows of support have been a minority act.

Money, as ever with FIFA and football generally, is central to the plot. But what, exactly, is FIFA proposing under these plans? How do they compare to other sports and other entities within football? And why all the controversy?

## What is the financial model being proposed by FIFA?

As is often the case, FIFA led its argument on this with big numbers. FFE is designed to be a specific, purpose-built entity, maximising FIFA's take from commercial and events operations.

Citing valuation forecasts carried out by JP Morgan Chase, a global bank, FIFA reckons FFE will be worth $20billion. Of that, it hopes to raise $4.2bn via an equity sale — hence the 21 per cent stake on offer to external investors.

**Are FIFA really trying to sell the World Cup? An expert explains**
Chris Weatherspoon




FIFA needs the majority of its 211 member associations to sign off on its plan, alongside the 37-person FIFA Council (which president Gianni Infantino sits atop), but the carrot to those associations isn't the mere $4.2billion in proposed proceeds.

Instead, FIFA is offering $10billion in development funding over the next four-year cycle, spanning 2027-30. It is a huge uplift. In the ongoing 2023-26 cycle, $3.86bn was budgeted for development purposes, a figure that was only previously set to increase by $127m under the original 2027-30 budget.

**FIFA's proposal promises an extraordinary increase in 'development' spending**
Development and education expenditure, 2007 to 2030




**Note:** Forward programme expenditure is included within 'development and education'.
**Source:** FIFA annual reports and statements
The Athletic

Those latter figures include all development funds, not just the sums doled out under FIFA's Forward programme. It is that programme that FIFA notably spearheaded Tuesday's announcement with, saying this plan's approval would ensure "football development in every corner of the world would benefit immediately from increased funding available to all 211 member associations".

Conspicuous by their absence in both that announcement and a follow-up 'frequently asked questions' (FAQs) document published by FIFA on Wednesday were the six continental confederations, with no clarity given on what might fall due to them under the new financial model. They each receive $15million annually, or $60m over the four-year cycle, but FIFA's statements only made room for what the 211 member associations — who, crucially, will vote on whether or not to sell off a slice of FFE — will get.

What they will get is quite a lot of money.

When he was elected in 2016, one of Infantino's big promises was to send much more money to every nation under the FIFA banner, and he has firmly followed through on it.

Before his election, nations received around $3million each over every four-year cycle. Forward 1.0 (2016-18) increased that to $3.75m; Forward 2.0 (2019-22) almost doubled it to $6m. Forward 3.0, in operation until the end of 2026, confers at least $8m in entitlements across the cycle and, for 2027-30, Forward 4.0 budgeted to send members just under $10m each.

This proposal blows those figures out of the water.

**FIFA's proposal would generate a huge increase in member payments**
Forward programme payments to member associations, actual and proposed, 2016-38




**Note:** 2027-30 includes one-off 'Fast-Forward' payment. Includes only operational and project-based Forward payments. Member associations with low revenues also currently receive travel and equipment grants not shown here. Does not include Forward programme payments to confederations and other associations.
**Source:** FIFA annual reports and statements

To the 211 members, FIFA is proposing payments of $40million *each* over the next four years. That is comprised of $20million under Forward 4.0 and a further $20m under an optional new programme named FIFA Fast-Forward.

Multiply that second $20million by 211 members, and you get to the $4.2bn FIFA hope to generate from an equity sale. Fast-Forward has caused even greater consternation following the revelation it can only be tapped by those members who confirm their wish to participate by September 19.

As Fast-Forward is funded by the equity sale, agreeing to participate in it is akin to agreeing to the equity sale. Those who fail to opt in by that date won't be offered the funds. UEFA, in a statement on Wednesday afternoon, declared: "This says everything you need to know about this plan."

A byproduct of the news leaking before FIFA could put a proposal out themselves is that it left several matters uncertain. Wednesday's FAQs document sought to address those.

For one, how does a $4.2billion equity sale translate to $10bn in development funding?

That $10billion comprises a mix of new and existing funds — $4.2bn would be generated from the sale of a 20 per cent stake in FFE, but FIFA's logic goes that simply by creating FFE, it will generate greater revenues even than the $15bn they now expect from the 2023-26 cycle.

A professionalised commercial business, demarcated from governing football, would, its executives theorise, bring in even bigger bucks. As much as $2.7billion was already budgeted for FIFA's Forward programme in 2027-30. Under new proposals, that amount would increase to at least $4.2bn, being that $20m due to each member association (in reality, the

sum will be even greater, as confederations and zonal/regional associations receive payment under Forward too).

FIFA reckons increased revenues generated by creating FFE will cover those increased Forward payments not just in the next cycle but beyond too. In 2031-34, member payments are proposed to rise to $22million over four years; in 2035-38, the figure rises again, to $24m. In all, across the next three cycles, FIFA believes FFE will ensure members receive $86m under Forward, or almost five times the $17m they've each been entitled to under the programme in its first decade of existence.

Even without the proposed equity sale, FIFA believes hiving off commercial and event operations into a standalone, focused entity will generate $4.2billion in Forward payments in 2027-30, $4.6bn in 2031-34 and $5.1bn in 2035-38.

Those are enormous sums, particularly for the many members who already rely on FIFA for a majority of their revenues. In tiny Mauritius in the Indian Ocean, for example, non-FIFA turnover in 2025 was just $0.4million. Assuming that figure remained unmoved and the Mauritian FA participated in Fast-Forward and received all $20m in 2027, alongside $5m from Forward 4.0, this proposal would mean 98 per cent of its revenue would be attributable to FIFA.

Notably, however, in the rush to sell the project to member associations, little thought appears to have been given to the confederations and the zonal and regional associations who also enjoy Forward funding.

Wednesday's FAQs confirmed the $10billion development pot was comprised of: $4.22bn to the 211 members via Forward 4.0, $4.22bn to the 211 members via Fast-Forward, and the remaining $1.56bn "comes from FIFA's other existing development programmes".

FIFA's original 2027-30 budget allocated $1.287bn to those which, if that hasn't now changed, leaves just $273m to be doled out to the confederations and others who have previously received Forward funds but haven't been factored into the new $4.22bn figure. That appears problematic: in the current 2023-26 cycle, the six confederations were entitled to $360m and the other associations to $76m, a combined figure which is $163m higher than the $273m seemingly remaining in the $10bn pot.

## How does it compare to elsewhere in sport? And what would investors get?

One justification offered up for FIFA's plan is a simple one: everyone else is doing it.

Look at, say, Formula 1, or rugby union in England or, heck, even across world football. La Liga sold off future rights to private equity firm CVC in exchange for more than €2billion in 2021 (more than $2.4bn; £1.7bn then). UEFA, one of FIFA's chief critics, jointly runs UC3, a venture set up to manage the commercial interests of its European competitions.

There are nuances to each of those examples and reasons they aren't exactly comparable with this, not least that in the case of UC3 none of it has been sold off to private investors. There's also the point that some sporting bodies have never really made any play toward benevolence or ensuring global inclusivity. F1 is a nakedly commercial and capitalistic enterprise, from which only a small crop of private owners benefit.

In contrast, FIFA is, by definition and law, a not-for-profit entity, one that according to its own statutes, exists to "improve the game of football constantly and promote it globally in the light of its unifying, educational, cultural and humanitarian values". Which are definitely words being uttered with relish in private equity boardrooms the world over.

FIFA's not-for-profit status confers various benefits, including a low tax rate. Across the past decade — so not even including the huge profit it has forecast for 2026 — FIFA's pre-tax surplus of $1.241billion generated a tax charge of $66m, or an effective rate of just five per cent.

**FIFA has made huge sums, even before this year's World Cup**

Four-year cycle surpluses, 2003 to 2022




**Source:** FIFA annual reports

The Athletic

It is unclear how an obviously commercial entity like FFE would fit into FIFA's existing structure. FIFA pays no dividends, but what exactly would investors in FFE get in return, if not a share of future profits? FIFA has stressed the stake sale would grant no control to new investors, but there has to be something coming the other way.

In Wednesday's FAQs, FIFA included answers to that very quandary, but they weren't at all convincing. In return for their $4.2bn, investors would "hold a stake in FFE itself, which they could sell during future tender processes overseen by FIFA."

Yet what, exactly, would such value accretion be based on if a stakeholder receives no dividends or obvious financial benefit from being involved in the first place? Particularly, when, as those FAQs reiterated, investors would hold a "non-controlling" stake, no seat on the FIFA Council, no vote in FIFA's congress, and "no role in decisions on matters such as the World Cup's format, frequency, expansion, or any other sporting or regulatory matter". A price of $4.2bn for a stake that grants zero control, no apparent remuneration and a nebulous promise it will be even more attractive in the future? Sign me up.

## Why has this proven so controversial?

For one, the unilateral nature of it. FIFA and Infantino have embarked upon the process of putting this plan into motion without, apparently, seeking the thoughts of any of its 200-plus members, many of whom have now expressed dismay at what they view as a lack of due process.

A source close to FIFA's thinking on the matter, who asked to be kept anonymous to protect relationships, offered that there was a bit of a double-edged sword in play. On the one hand, if FIFA presented the idea to members with little detail behind it, it would be viewed as unserious; on the other, as has happened, relatively well-advanced plans being made without consultation are viewed by some as a *fait accompli*.

That is open to interpretation, though the identification of a frontrunner among would-be investors even before any member associations were consulted has hardly helped FIFA's cause. Similarly, documentation seen by *The Athletic* which states any investor is required to complete transfer of funds by the end of October rather hints at a desire to rush the process through rather than take a considered, inclusive approach.

Nor has the identity of that frontrunner aided matters. After six weeks — and the rest — of cosying up to United States President Donald Trump, the news someone in Trump's extended orbit was the likeliest investor in FFE merely, for some, added to the growing list of examples of Infantino prostrating himself and football in exchange for favour.

That someone is Joshua Kushner, who heads up the investment vehicle, Thrive Eternal, that is "expected to lead the proposed investor group for FFE".

Kushner is the brother of Jared, Donald Trump's son-in-law, and it didn't take too long for a relational line to be drawn. Sources on the Thrive side have told *The Athletic* that brotherhood does not mean identical views are held and, indeed, Joshua Kushner, through Thrive Capital, donated $250,000 to a Democratic group during the 2024 election cycle and his wife, Karlie Kloss, has been a frequent donor to Democratic candidates.

Infantino's bonhomie toward Trump will, though, rightly or wrongly, obscure much of that.

That is not the main controversy. The World Cup, for all its ills, is a global event and controlled, for now, by an organisation that is not, at least officially, beholden to private interests. Selling a slug of it off to the highest bidder changes that formula irrevocably.

There's also the point of who truly stands to benefit from this. As *The Athletic*'s Matt Slater points out, running FFE could be a possible future role for Infantino himself.

Joshua Kushner is the founder of Thrive Capital Kevin Dietsch/Getty Images

Member associations might hoover up a huge increase in funding, but already there are concerns about how transparently the World Cup money is spent — FIFA says lots about who gets what under Forward, but public disclosures from member associations are in many cases lacking. The rush to talk up how much more each member can get hardly inspires confidence that transparency is improving.

FIFA believes FFE, irrespective of any equity sale, will enable the body to reap greater reward from broadcast rights and the like, but to what end? Inviting private investment to the table hardly points football in the direction of philanthropy; they will want their money back and more besides. Private capital and global development, which FIFA repeatedly cites itself as an important player in, tend not to be bedfellows.

Why, exactly, does FIFA even need this extra $4.2billion from external investors? By its own proposal, FIFA expects FFE to ensure ever-improving revenues over the long term, with the proceeds from an equity sale merely being used to give member associations a one-off $20m bounty.

One source familiar with FIFA's thinking, who asked to be kept anonymous to protect relationships, told *The Athletic* that, irrespective of an equity sale, setting up FFE had "separation and focus" in mind, and that it was "eminently feasible" FFE could be set up and retained 100 per cent by FIFA. It begs the important question of why FIFA and Infantino even feel the need to bring external investment on board for a once-off payment, if an in-house refocusing could, by itself, confer long-term benefits.

Based on those FAQs, FIFA reckons the one-off Fast-Forward payments are needed to "unlock and turbocharge long-term development projects that would otherwise be out of reach within a single FIFA Forward cycle". The sudden urgency is curious given FIFA signed off on a much smaller Forward

budget less than a year ago, and the apparent haste could easily have been aided by still forming FFE but not ramping up Forward 4.0 payments. The conditions attached to obtaining the $20million Fast-Forward fund cast significant doubt on the true intention of creating that new programme.

For some within football, the proposal is unpalatable. Condemnations arrived in rapid succession. But actions speak far louder than words — and the true vote is yet to be held.

# EXHIBIT 127

# FINANCIAL REPORT 2014

FIFA

65th FIFA Congress | Zurich, 28 and 29 May 2015

# FIFA'S PERFORMANCE IN THE 2011-2014 FINANCIAL PERIOD AT A GLANCE

## Development projects
Football development projects totalling USD 1,052 million (2007-2010: USD 794 million)

## Operational success
Positive net result of USD 338 million

## Investment in football
72% (= USD 3,869 million) of overall expenditure directly invested into football

## Financial prudence
Reserves at solid level of USD 1,523 million

## Commercial success
Record revenues of USD 5,718 million (2007-2010: USD 4,189 million)

## 2014 FIFA World Cup™ Legacy Fund
USD 100 million granted to Brazil to ensure sustainable football development

## **INCOME STATEMENT 2011-2014** (USD MILLION)




## **BALANCE SHEET AS AT 31 DECEMBER 2014** (USD MILLION)

| **Assets** | **2,932** | **Liabilities and reserves** | **2,932** |
| --- | --- | --- | --- |
| Current assets | 2,128 | Current liabilities | 1,314 |
| Non-current assets | 804 | Non-current liabilities | 95 |
| | | Reserves | 1,523 |

## REVENUE 2011-2014




100% = USD 5,718 million

## EXPENSES 2011-2014




100% = USD 5,380 million

# FINANCIAL REPORT 2014

FIFA

65th FIFA Congress | Zurich, 28 and 29 May 2015




01 **FOREWORDS** 4

FIFA President 6

Chairman of the Finance Committee 8

Chairman of the Audit and Compliance Committee 10

02 **FACTS & FIGURES 2011-2014** 12

Overview 14

Income statement 16

Balance sheet 20

Budget comparison 22

03 **FACTS & FIGURES 2014** 26

Income statement 28

04 **2015-2018 PERIOD** 30

Detailed budget for 2016 32



# CONTENTS 2014


05 **SPECIAL TOPICS** 34
2014 FIFA World Cup Brazil™ 36
Develop the game 46
Asset management report 50

06 **FIFA GOVERNANCE REPORT** 52
FIFA Governance Report 54

07 **ANNEXE 2014** 84
Consolidated financial statements 2014 86
Auditor's report 138

08 **ANNEXE 2011-2014** 140
Consolidated financial statements 2011-2014 142
Auditor's report 146
Audit and Compliance Committee report 147



# FOREWORDS 01



As the biggest global sporting event of the year kicked off, fans gathered on the Copacabana and around the world to celebrate what would become a sun-soaked and spectacular 2014 FIFA World Cup Brazil™.



**"THE FIFA WORLD CUP WAS A VERITABLE FOOTBALLING SUCCESS, CONCLUDING THE 2011-2014 FINANCIAL PERIOD ON A GREAT HIGH."**

FIFA PRESIDENT 6
CHAIRMAN OF THE FINANCE COMMITTEE 8
CHAIRMAN OF THE AUDIT AND COMPLIANCE COMMITTEE 10



## DEAR MEMBERS, DEAR FRIENDS OF FOOTBALL,

It is a pleasure to present you with FIFA's Financial Report for 2014, the year of the FIFA World Cup™ in Brazil. Our flagship event was a truly unforgettable tournament. From the first kick of the ball to the last, fans around the world were hit by football fever. It was a veritable footballing success that concluded the 2011-2014 financial period on a great high.

Most of FIFA's revenue comes from the FIFA World Cup™, the financial success of which provides global football with a solid foundation from which to flourish. FIFA redistributes the majority of this revenue back into football through investment in development programmes, international football tournaments, football governance and the organisation of the next FIFA World Cup™, which cumulatively will exceed USD 3.8 billion in investments during the 2015-2018 budgetary cycle.

In order to help ensure a positive and lasting impact for all of Brazil, USD 100 million of the revenue from the 2014 FIFA World Cup™ was invested into a legacy fund. The fund will be used to promote development in areas such as infrastructure, women's and youth football, and healthcare and social programmes in underprivileged communities, with a special focus on the 15 states that were not home to one of the 2014 FIFA World Cup™ Host Cities.

As we embark on a new commercial cycle, we have many reasons to be optimistic, having already made good progress in securing or extending a number of new or existing partnership agreements. The healthy capitalisation for our organisation, as well as solid levels of turnover, puts us in a very secure position from both a financial and operational perspective, protecting the future of the FIFA World Cup™, the many other tournaments we stage and global football development.

I would like to pay tribute to the work of former FIFA Senior Vice-President Julio Grondona, who passed away last year. Mr Grondona chaired the FIFA Finance Committee with dedication and commitment between 1999 and 2014 – overseeing a period of growth and success for global football and for FIFA. We are confident that FIFA Senior Vice-President Issa Hayatou, as the new chair of the committee, will continue this work with distinction.

For the Game. For the World.

Joseph S. Blatter
FIFA President



**"WE ARE ENSURING THAT THE SUCCESS OF THE FIFA WORLD CUP IS SHARED THROUGHOUT THE FOOTBALL COMMUNITY."**

FIFA PRESIDENT 6
CHAIRMAN OF THE FINANCE COMMITTEE 8
CHAIRMAN OF THE AUDIT AND COMPLIANCE COMMITTEE 10

## DEAR MEMBERS OF THE FOOTBALL COMMUNITY,

With packed stadiums and a total of 171 goals, the 2014 FIFA World Cup Brazil™ could not have been better. The football on display during the group phase was highly entertaining, and the knockout stages could hardly have been tenser, with eight of the 16 matches being decided after extra time or on penalties. Brazil really did deliver "a Copa das Copas", or simply translated: "the World Cup of all World Cups".

Beyond providing the sporting highlight of the 2011-2014 tournament cycle, the FIFA World Cup™ ensured the cycle was also successful from the financial perspective. This success allowed us to once again increase the participant contributions paid to the member associations participating in the tournament and the clubs that released the players to USD 476 million, up 13.3% from USD 420 million in 2010.

An increase has also been applied to the participant contributions at the many other tournaments that FIFA organises, as well as to the level of investment we are making in the Financial Assistance Programme and other football and social development initiatives we run around the world. In total, USD 900 million has been allocated for such initiatives for the 2015-2018 budgetary cycle, ensuring the success of the FIFA World Cup™ is shared throughout the football community.

We are also investing USD 2,153 million in the next edition of the FIFA World Cup™, for which preparations are now well underway. As this figure demonstrates, we will leave no stone unturned in our efforts to offer another spectacular event to fans across the globe.

With so many ongoing and planned investments, it is my pleasure to report that we were able to conclude the 2014 financial year with a surplus of USD 141 million, increasing our equity reserves to USD 1,523 million, up 6.4% from 2013.

On behalf of the Finance Committee, I look forward to presenting our positive results to you in greater detail at the 65th FIFA Congress in Zurich.

Issa Hayatou
Chairman of the Finance Committee



**“2014 SAW CONTINUED PROGRESS BEING MADE IN THE STRENGTHENING OF FIFA’S INTERNAL PROCESSES AND STANDARDS.”**

## DEAR SIR OR MADAM,

As we near the two-year anniversary of FIFA's governance reform process, I am pleased to report that improvements continue to be made in the way FIFA is run.

From the strengthening of the oversight functions within the organisation, such as the establishment of the committee I was elected to chair, to the implementation of important new internal regulations, directives and guidelines and the enhancement of internal control mechanisms, the governance reform process has led to many improvements in the area of good governance.

These achievements were built on in 2014, which saw a number of important measures being adopted. For example, a new compensation policy was established by FIFA's Compensation Sub-Committee, regulating the compensation of FIFA's President as well as its Executive Committee, Secretary General and key management personnel. In accordance with FIFA's Organisation Regulations, the Sub-Committee is composed of the chairs of the Audit and Compliance Committee and the Finance Committee, who jointly appoint a third, independent member.

Another important measure that was adopted in 2014 was the policy with regard to FIFA's upcoming presidential election, which ensures that the electoral process is conducted in a fair and transparent manner. It is of course crucial that we maintain the public's trust in a process of such importance for the future of FIFA.

In addition to the above, various audits were and are still being conducted in relation to certain FIFA World Cup™ operations in order to ensure that expenditure was made and documented appropriately and in line with the respective policies. The responsible use of funds is of crucial importance and such audits allow us to obtain a clear and comprehensive picture of FIFA's expenditure.

Along with the successful conclusion of the 2011-2014 budgetary cycle, I would like to express my satisfaction with the continued progress made in the strengthening of FIFA's internal processes and standards throughout the course of 2014. As far as good governance is concerned, I am convinced that we remain on the right track.



Domenico Scala
Chairman of the Audit and Compliance Committee



# FACTS & FIGURES 2011-2014

# 02



Brazil opened their campaign full of hope and determination. This spirit is typified here by Neymar, Brazil's most popular player, in the match against Cameroon.

OVERVIEW

# INCOME STATEMENT AND DEVELOPMENT OF RESERVES

This chapter provides an overview of the key annual figures for the 2011-2014 financial period and a comparison with the figures from the previous period (2007-2010).

The following conclusions can be drawn for the 2011-2014 financial period:

- The **2014 FIFA World Cup Brazil™** was a major success from a sporting, organisational and financial perspective. Overall, FIFA recorded a positive **four-year result** of **USD 338 million**. This result is based on **total revenue** of **USD 5,718 million** and **total expenditure** of **USD 5,380 million**.
- **Revenue** significantly increased compared to the previous four-year period as a result of higher income from the sale of rights, particularly in the area of marketing and television. Furthermore, FIFA has accounted for the income from ticketing rights, which in previous cycles was directly transferred to the Local Organising Committee.
- **Expenditure** also increased in comparison with the previous period, mainly due to higher investments in football development projects worldwide, increased costs for the organisation of the 2014 FIFA World Cup Brazil™ and additional tasks and duties performed by FIFA in its function as the governing body of world football. All in all, **72%** of the overall expenditure **was invested directly in football**.
- **Systematic cost control** assisted in managing the costs effectively throughout the four-year cycle. Costs exceeding the expense budget were attributable to higher costs in relation to the organisation of the 2014 FIFA World Cup Brazil™ as well as additional investments in football development, as based on the good results, FIFA was in a position to distribute higher funds back to its members.
- FIFA's **reserves** were further strengthened and stood at **USD 1,523 million** on 31 December 2014. This is in line with the decision by the FIFA Congress to only moderately increase the reserves in the 2011-2014 cycle. FIFA's level of reserves remains solid. Having sufficient reserves is of great importance to FIFA's financial independence and to its ability to react to unexpected events.

OVERVIEW 14
INCOME STATEMENT 16
BALANCE SHEET 20
BUDGET COMPARISON 22



## INCOME STATEMENT 2007-2010 AND 2011-2014 (USD MILLION)




## DEVELOPMENT OF RESERVES 2007-2014 (USD MILLION)




Due to rounding, numbers presented throughout this Financial Report may not add up precisely to the totals provided and percentages may not precisely reflect the absolute figures.

INCOME STATEMENT

# REVENUE 2011-2014

This chapter provides an overview of **total revenue** for the 2011-2014 financial period. The detailed financial statements for 2014 are shown on pages 86-137 of the annexe. At the FIFA Congress in Zurich in 2011, it was decided that renowned international audit company KPMG would be asked to audit FIFA's financial statements for the 2011-2014 financial period. **KPMG's reports** can be found in the annexe on pages 138 and 146. The report from the **Audit and Compliance Committee** is on page 147.

**Total revenue** amounted to **USD 5,718 million**, comprised of event-related revenue, other operating income and financial income.

In terms of **event-related revenue** of **USD 5,137 million**, USD 2,484 million was attributable to the sale of television rights, of which the lion's share – USD 2,428 million – was for the 2014 FIFA World Cup Brazil™. The second-biggest source of income was the sale of marketing rights worth USD 1,629 million, of which USD 1,580 million was generated by the FIFA World Cup™. The sale of hospitality rights generated USD 185 million and licensing rights USD 115 million. Other event-related income was made up primarily of revenue from ticketing and the FIFA Club World Cup, which was matched, however, by comparable costs.

The **other operating income** of **USD 271 million** was attributable, in particular, to income of USD 162 million from brand licensing and USD 55 million from the FIFA Quality Programme.

FIFA's **financial income** of **USD 310 million** was the result of the conservative investment strategy and was primarily made up of interest income of USD 43 million, income from financial assets of USD 34 million and foreign currency gains of USD 233 million.

OVERVIEW 14
INCOME STATEMENT 16
BALANCE SHEET 20
BUDGET COMPARISON 22



## REVENUE 2011-2014 (USD MILLION)

### OTHER OPERATING INCOME (5%)

| | |
|---|---|
| • Brand licensing | 162 |
| • FIFA Quality Programme | 55 |
| • Match levies | 13 |
| • Other (rental income, FIFA archive film rights) | 41 |
| **Total** | **271** |

### FINANCIAL INCOME (5%)

| | |
|---|---|
| • Foreign currency gains | 233 |
| • Income from financial assets | 34 |
| • Interest income | 43 |
| **Total** | **310** |




### EVENT-RELATED REVENUE (90%)

| | | |
|---|---|---|
| • TV broadcasting rights | | 2,484 |
| – 2014 FIFA World Cup™ | 2,428 | |
| – Other FIFA events | 56 | |
| • Marketing rights | | 1,629 |
| – 2014 FIFA World Cup™ | 1,580 | |
| – Other FIFA events | 49 | |
| • Hospitality rights | | 185 |
| • Licensing rights | | 115 |
| • Other | | 724 |
| **Total** | | **5,137** |

FIFA PARTNERS 2011-2014

INCOME STATEMENT

# EXPENSES 2011-2014

**Total expenditure** amounted to **USD 5,380 million**, arising from event-related expenses, development-related expenses, other operating expenses, football governance, exploitation of rights, and financial expenses. In total, **72% of overall expenditure was invested directly in football**.

Of the **event-related expenses** of **USD 2,817 million**, USD 2,224 million was related to the 2014 FIFA World Cup Brazil™, with the majority spent on participant contributions (USD 476 million), the contribution to the 2014 FIFA World Cup Organising Committee Brazil (2014 LOC) (USD 453 million) and TV production costs (USD 370 million). Further details on the World Cup can be found on page 36 of this report. The 23 other competitions organised by FIFA in the 2011-2014 period accounted for expenses of USD 505 million.

FIFA spent a total of **USD 1,052 million** or **20%** of overall expenditure on **development projects**, allocating USD 538 million to the Financial Assistance Programme (FAP), which included, due to the financial success of the 2011-2014 period, an extraordinary FAP payment of USD 261 million to all its member associations and the confederations (see also page 46), USD 123 million to the *Goal* Programme and USD 391 million for other development projects.

The **other operating expenses** of **USD 861 million** were mainly made up of personnel costs of USD 397 million for the four-year cycle. The average number of employees during the year ending 31 December 2014 was 474.

**Football governance expenses** of **USD 232 million** covered the organisation of all committees and FIFA Congresses (USD 131 million) and legal matters (USD 101 million).

The **USD 84 million** for the **exploitation of rights** included the fulfilment of contractual obligations in relation to marketing, TV and media rights as well as licensing.

**Financial expenses** of **USD 334 million** were primarily made up of foreign exchange losses, which were partly offset by corresponding foreign exchange gains.

OVERVIEW 14
INCOME STATEMENT 16
BALANCE SHEET 20
BUDGET COMPARISON 22

## EXPENSES 2011-2014 (USD MILLION)

### FOOTBALL GOVERNANCE (4%)

| | |
|---|---|
| • Committees and Congresses | 131 |
| • Legal matters | 101 |
| **Total** | **232** |

### EXPLOITATION OF RIGHTS (2%)

| | |
|---|---|
| • Broadcasting and media rights | 52 |
| • Marketing | 23 |
| • Licensing | 9 |
| **Total** | **84** |

### FINANCIAL EXPENSES (6%)

| | |
|---|---|
| • Foreign currency loss | 324 |
| • Interest expenses | 6 |
| • Loss from financial assets | 4 |
| **Total** | **334** |




72% for FIFA events and development

### OTHER OPERATING EXPENSES (16%)

| | |
|---|---|
| • Personnel | 397 |
| • Communications | 114 |
| • Buildings and maintenance | 76 |
| • Taxes and duties | 75 |
| • Depreciation | 54 |
| • Other (e.g. IT, travel, logistics, reception) | 145 |
| **Total** | **861** |

### EVENT-RELATED EXPENSES (52%)

| | |
|---|---|
| • 2014 FIFA World Cup™ | 2,224 |
| • FIFA Club Protection Programme | 88 |
| • Other FIFA events | 505 |
| **Total** | **2,817** |

### DEVELOPMENT-RELATED EXPENSES (20%)

| | |
|---|---|
| • Financial Assistance Programme (FAP) – member associations | 214 |
| • Extraordinary FAP payments | 261 |
| • *Goal* Programme | 123 |
| • PERFORMANCE | 65 |
| • Financial Assistance Programme (FAP) – confederations | 63 |
| • Confederation development programmes | 60 |
| • Refereeing Assistance Programme (RAP) | 40 |
| • Football for Hope | 40 |
| • Other (e.g. education, women's football, Football for Health, solidarity projects) | 186 |
| **Total** | **1,052** |

# BALANCE SHEET AND DEVELOPMENT OF RESERVES

As at 31 December 2014, FIFA's **balance sheet** totalled **USD 2,932 million**, with **reserves** of **USD 1,523 million**. The increase in FIFA's reserves arose from the annual result of USD 141 million and the impact of the other comprehensive income of USD -50 million.

FIFA thus retains a **solid level of reserves**. The increase in reserves is attributable to the financial success of the 2011-2014 financial period, particularly the staging of the 2014 FIFA World Cup Brazil™ according to plan, the realisation of the planned income, and the effective management of the cost budget.

Art. 73 of the **FIFA Statutes** states that:
- The revenue and expenditure of FIFA shall be managed so that they **balance out** over the financial period.
- FIFA's major duties in the future shall be guaranteed through the **creation of reserves**.

FIFA met these statutory requirements in the 2011-2014 financial period. The creation of sufficient reserves for the future is of major strategic importance to FIFA, particularly given its financial dependence on the FIFA World Cup™ and the fact that it is almost impossible to find cancellation insurance to cover an event of such magnitude.

The specific **amount of reserves required** cannot, in principle, be given as an absolute value, but rather depends on FIFA's overall costs and the associated operational risks during a four-year period. FIFA's current reserves correspond to approximately **one-third** of total costs for the period.

Having sufficient reserves is of great importance to FIFA's **financial independence** and to its ability to react to **unexpected events**.

OVERVIEW 14
INCOME STATEMENT 16
BALANCE SHEET 20
BUDGET COMPARISON 22

## BALANCE SHEET AS AT 31 DECEMBER 2014 (USD MILLION)

| Assets | 2,932 |
|---|---|
| **Current assets** | **2,128** |
| • Cash and cash equivalents | 1,083 |
| • Receivables | 181 |
| • Financial assets | 677 |
| • Other current assets | 187 |
| **Non-current assets** | **804** |
| • Property and equipment | 197 |
| • Financial assets | 580 |
| • Investment properties | 27 |

| Liabilities and reserves | 2,932 |
|---|---|
| **Current liabilities** | **1,314** |
| • Payables | 66 |
| • Accrued exp. and def. income | 1,215 |
| • Derivative financial liabilities | 33 |
| **Non-current liabilities** | **95** |
| **Reserves** | **1,523** |

## DEVELOPMENT OF RESERVES (USD MILLION)



# ANALYSIS OF REVENUE FOR 2011-2014

FIFA's **accounting system** is based on **International Financial Reporting Standards (IFRS)**. As IFRS is not suitable for budgeting and daily cost control on account of its many technical rules and regulations, the budget is drawn up on a cash basis before being approved by the Congress.

A **transition from IFRS is necessary** in order to enable the actual revenue to be compared with the cash budget. Hence, from the total amount of revenue according to IFRS, an adjustment was made for the revenue that could not be included for a budget comparison. The resultant cash-in component was then compared with the budget.

In order to carry out a budget comparison, **USD 484 million** in **non-cash items** had to be adjusted from the overall revenue of USD 5,718 million for the 2011-2014 period, leading to a cash-in component of USD 5,234 million. The non-cash items consisted, in particular, of parts of the financial income and value-in-kind revenue, which were not taken into account in the cash budget.

The FIFA Congress passed a **revenue budget** of USD 3,800 million for the 2011-2014 period, which **was exceeded** by **USD 1,434 million**. This extra revenue was mainly due to the additional income from ticketing sales from the 2014 FIFA World Cup Brazil™ and the FIFA Confederations Cup 2013, which was accounted for on a gross basis. In addition, thanks to the very successful sale of the TV, marketing and licensing rights for the 2014 FIFA World Cup Brazil™, further contracts were concluded. This success underscores the huge appeal of FIFA's flagship tournament.

OVERVIEW 14
INCOME STATEMENT 16
BALANCE SHEET 20
BUDGET COMPARISON 22

## REVENUE 2011-2014: COMPONENTS (USD MILLION)




## REVENUE 2011-2014: BUDGET COMPARISON (USD MILLION)



# ANALYSIS OF EXPENSES FOR 2011-2014

The basic principle described for the analysis of revenue also applies to expenditure.

A **transition from IFRS is necessary** in order to enable the actual expenses to be compared with the cash budget. Hence, from the total amount of expenses according to IFRS, an adjustment was made for the expenses that could not be included for a budget comparison. The resultant cash-out component was then compared with the budget.

In order to carry out a budget comparison, **USD 984 million** in **non-cash items** had to be adjusted from the overall expenses of USD 5,380 million for the 2011-2014 period, leading to a cash-out component of USD 4,396 million. The non-cash items consisted, in particular, of financial expenses, value-in-kind transactions, depreciation and accruals.

The FIFA Congress passed an **expense budget** of USD 3,700 million for the 2011-2014 period, which **was exceeded** by **USD 696 million**. The excess was attributable, in particular, to additional investments in the area of development during the four-year cycle and additional costs for the 2014 FIFA World Cup Brazil™ (for further details on the FIFA World Cup™ expenses, see page 37).

OVERVIEW 14
INCOME STATEMENT 16
BALANCE SHEET 20
BUDGET COMPARISON 22

## EXPENSES 2011-2014: COMPONENTS (USD MILLION)




## EXPENSES 2011-2014: BUDGET COMPARISON (USD MILLION)




11



The football was of an extremely high quality right from the start. Here in the Greece v. Côte d'Ivoire group match, Didier Drogba shows plenty of fighting spirit as he tussles for the ball with Sokratis Papastathopoulos. However, Greece prevailed in the end after converting a late penalty to win 2-1.

# INCOME STATEMENT FOR 2014

This chapter provides an overview of the **income statement** for **2014**. The detailed financial statements are shown on pages 86 to 137.

FIFA ended the year 2014 with a **net result** of **USD 141 million**. Revenue of USD 2,096 million was recorded, compared with expenses of USD 1,955 million. The revenue and expenses relating to additional FIFA events are listed in the income statement when the event takes place. **FIFA's competitions** and the **2014 FIFA World Cup Brazil™** in particular had a significant impact on revenue and expenditure in the 2014 financial year.

**Revenue** was comprised of event-related revenue of USD 1,910 million, other operating income of USD 78 million, and financial income of USD 108 million.

**Expenses** were comprised of event-related expenses of USD 902 million, development-related expenses of USD 509 million, football governance expenses of USD 67 million, exploitation of rights of USD 35 million, other operating expenses of USD 285 million, and financial expenses of USD 157 million. Overall, **72% of total expenditure was invested directly in football**.

## INCOME STATEMENT 2014 (USD MILLION)




## INCOME STATEMENT 2014 (USD MILLION)

| | |
|---|---|
| **Revenue** | **2,096** |
| Event-related revenue | 1,910 |
| Other operating income | 78 |
| Financial income | 108 |
| **Expenses** | **1,955** |
| Event-related expenses | 902 |
| Development-related expenses | 509 |
| Football governance | 67 |
| Exploitation of rights | 35 |
| Other operating expenses* | 285 |
| Financial expenses | 157 |
| **Result** | **141** |

* including expenses for personnel, depreciation, taxes and duties
(shown separately in the consolidated statement of comprehensive income p. 88)



# 04

## 2015-2018 PERIOD



Glorious weather, stadiums packed with colourfully dressed fans and superb matches all combined to make the 2014 FIFA World Cup Brazil™ a resounding success. The Estádio Nacional in Brasília saw Argentina reach the semi-finals with a 1-0 victory over Belgium.

DETAILED BUDGET FOR 2016

# REVENUE AND INVESTMENTS IN 2016

The detailed budget for 2016 has been approved by the FIFA Finance Committee and the FIFA Executive Committee and it now requires ratification by the 2015 FIFA Congress.

The detailed budget for 2016 is based on the four-year budget for 2015-2018 and takes account of the expected distribution of revenue and investments during the four-year period 2015-2018.

Case 1:26-mc-25872-XXXX Document 1-1 Entered on FLSD Docket 08/27/2026 Page 1059 of 1357



## BUDGET 2016: REVENUE (USD MILLION)




## BUDGET 2016: INVESTMENTS (USD MILLION)

| | |
|---|---|
| **Development** | **220** |
| • FAP – member associations | 55 |
| • FAP – confederations | 33 |
| • *Goal* Programme and infrastructure | 58 |
| • Technical development (e.g. youth, women, beach soccer, futsal, grassroots) | 21 |
| • Special projects (solidarity funds & development services) | 13 |
| • Refereeing Assistance Programme (RAP) | 10 |
| • PERFORMANCE | 8 |
| • Medicine & science (e.g. Football for Health, doping matters, Medical Conference) | 7 |
| • Education (e.g. CIES, internationalisation, ETH support) | 5 |
| • Football for Hope | 5 |
| • Member associations (e.g. governance, extranet, leagues & clubs) | 4 |
| • Other (e.g. international matches, EU matters) | 1 |
| **Exploitation of rights** | **18** |
| • Broadcasting & media rights | 13 |
| • Licensing rights | 3 |
| • Marketing rights | 2 |
| **Football governance** | **65** |
| • Annual FIFA Congress and committees | 36 |
| • Transfer Matching System (TMS) | 11 |
| • Early Warning System | 6 |
| • INTERPOL | 2 |
| • Judicial bodies | 2 |
| • Other (e.g. CAS, FIFA brand, security) | 8 |




| | |
|---|---|
| **2018 FIFA World Cup™** | **185** |
| • Local organisation | 62 |
| • FIFA Club Protection Programme | 30 |
| • TV production | 28 |
| • Ticketing and IT | 23 |
| • World Cup insurance | 8 |
| • Competition management (e.g. preliminary competition) | 6 |
| • Financial platform services | 2 |
| • Local office costs | 2 |
| • Other (e.g. media, new media, inspections, marketing, TV) | 24 |
| **Other FIFA events** | **107** |
| • FIFA Club World Cup | 23 |
| • FIFA U-20 Women's World Cup | 16 |
| • FIFA U-17 Women's World Cup | 15 |
| • Olympic Football Tournaments Rio 2016 | 14 |
| • FIFA Futsal World Cup | 13 |
| • Preparation 2022 FIFA World Cup™ | 2 |
| • Other (e.g. FIFA Ballon d'Or, FIFA Interactive World Cup, Blue Stars/FIFA Youth Cup) | 24 |
| **Operational matters and services** | **220** |
| • Human resources (e.g. personnel, Home of FIFA events, recruiting activities) | 101 |
| • Buildings and maintenance (incl. FIFA World Football Museum) | 31 |
| • Communication | 29 |
| • Information technology (e.g. hardware, software) | 13 |
| • SG's Office (e.g. uniforms, project management, protocol) | 4 |
| • Other (e.g. logistics, production, reception, travel, taxes, insurance, finance-related matters) | 42 |





A typically action-packed scene from a pulsating 2014 FIFA World Cup Brazil™: Lionel Messi duels with Ron Vlaar in the Netherlands v. Argentina semi-final.

2014 FIFA WORLD CUP BRAZIL™

# FINANCIAL OVERVIEW

The 2014 FIFA World Cup Brazil™ was a huge success, a fact that was reflected by its financial result.

The figures shown here refer to FIFA's income statement for the entire financial period from 2011 to 2014. Financial matters in relation to the 2014 FIFA World Cup Organising Committee Brazil (2014 LOC) are shown on page 38.

The 2014 FIFA World Cup™ generated **total revenue** of **USD 4,826 million** for FIFA and incurred **total expenses** of **USD 2,224 million**.

**Total revenue** for the 2014 FIFA World Cup Brazil™ cycle comprised, in particular, income from the sale of TV rights of USD 2,428 million, marketing rights of USD 1,580 million, ticketing rights of USD 527 million, hospitality rights of USD 184 million and licensing rights of USD 107 million.

USD 453 million of the **total expenses** was a direct financial contribution to the 2014 FIFA World Cup Organising Committee Brazil. Furthermore, USD 358 million was spent on prize money, USD 48 million on preparation costs, USD 42 million on the lodging and travel costs of the participating member associations, and USD 70 million on club benefits. In addition, FIFA made USD 100 million available for the 2014 FIFA World Cup™ Legacy Fund in Brazil. TV production accounted for USD 370 million and costs for ticketing, IT solutions and hospitality activities amounted to USD 157 million.

An **expense budget** of USD 1,385 million had been drawn up and approved for the 2014 FIFA World Cup Brazil™. Total costs amounted to USD 2,224 million and included USD 365 million in non-cash items (e.g. value-in-kind-transactions and accruals). The cash-relevant costs therefore came to a total of USD 1,859 million and exceeded the cash budget by USD 474 million, mainly due to FIFA's contribution to the 2014 FIFA World Cup™ Legacy Fund in Brazil, additional TV production costs, increases in prize money and preparation costs and additional funding for the 2014 FIFA World Cup Organising Committee Brazil (gross effect).

## 2014 FIFA WORLD CUP™: REVENUE (USD MILLION)

| | |
|---|---|
| **Revenue 2011-2014** | **4,826** |
| TV rights | 2,428 |
| Marketing rights | 1,580 |
| Ticketing | 527 |
| Hospitality rights | 184 |
| Licensing rights | 107 |

## 2014 FIFA WORLD CUP™: EXPENSES (USD MILLION)

| | |
|---|---|
| **Expenses 2011-2014** | **2,224** |
| Contributions to the Local Organising Committee | 453 |
| TV production | 370 |
| Prize money | 358 |
| Ticketing, IT solutions & hospitality | 157 |
| 2014 FIFA World Cup™ Legacy Fund | 100 |
| Value-in-kind | 95 |
| Benefits for clubs | 70 |
| Preparation cost payments to participating member associations | 48 |
| Marketing costs | 46 |
| Team lodging and travel | 42 |
| Legal & financial matters | 36 |
| Insurance | 28 |
| Preliminary competition | 20 |
| FIFA Fan Fest™ | 18 |
| Refereeing matters | 14 |
| Other (e.g. goal-line technology, digital, media) | 369 |

| **Prize money** | |
|---|---|
| Winner | 35 |
| Runners-up | 25 |
| Third place | 22 |
| Fourth place | 20 |
| 5th-8th place (each) | 14 |
| 9th-16th place (each) | 9 |
| 17th-32nd place (each) | 8 |
| **Total** | **358** |

2014 FIFA WORLD CUP BRAZIL™

# LOCAL ORGANISING COMMITTEE

The **2014 FIFA World Cup Organising Committee Brazil** (2014 LOC) was mandated to implement all local operational aspects of the 2014 FIFA World Cup™. **The funding of the 2014 LOC was entirely covered by FIFA**. The final approved budget of the 2014 LOC amounted to USD 478 million. As a result of foreign exchange fluctuations, savings as well as shifts of responsibilities between FIFA and the 2014 LOC, the effective costs of the 2014 LOC amounted to only **USD 453 million**.*

The majority of the 2014 LOC's expenses of USD 453 million were spent on the direct expenses for the main events, namely the FIFA World Cup™ (47%) and the FIFA Confederations Cup (12%). The Final Draw for the 2014 FIFA World Cup™ accounted for 2% and the Preliminary Draw for less than 1% of the overall expenditure. 23% was attributable to all costs for permanent and temporary staff, and the remaining 15% to other event-related costs.

A breakdown of the 2014 LOC's expenses into the LOC functions shows that USD 102 million (23%) was spent on personnel, USD 64 million (14%) on transportation, USD 48 million (10%) on 2014 LOC offices, and USD 45 million (10%) on security. Other major cost items were USD 39 million (9%) on ancillary events, USD 33 million (7%) on stadium operations, USD 27 million (6%) on IT & telecom, USD 17 million (4%) on medical, USD 14 million (3%) on hospitality & protocol, and USD 14 million (3%) on competition & training sites. The rest of the LOC operations such as marketing & advertising, media & broadcast, insurance, and catering accounted for the remaining costs of USD 50 million (11%).

In addition to covering the operational expenses of the FIFA World Cup™, FIFA also made a substantial contribution of **USD 100 million to the 2014 FIFA World Cup™ Legacy Fund** (see page 42).

* According to the local regulations in Brazil, the 2014 LOC is not expected to be closed within the next 5 to 8 years. Consequently, the figures shown on the next page are provisional, considering a reasonable estimate of the dismantling costs. The 2014 accounts also remain subject to audit.

2014 FIFA WORLD CUP BRAZIL™ 36
DEVELOP THE GAME 46
ASSET MANAGEMENT REPORT 50

## 2014 LOC: EXPENSES BY EVENT




## 2014 LOC: EXPENSES BY FUNCTION



2014 FIFA WORLD CUP BRAZIL™

# TICKETING

Demand for the 2014 FIFA World Cup Brazil™ was unprecedented, with over 11,000,000 tickets requested and **3,144,613 tickets sold (99.2% of the purchasable inventory).** The success of sales was reflected in the high matchday attendance, which averaged 98.3%, making Brazil 2014 one of the most successful FIFA World Cup™ tournaments in recent history.

**Over 2.1 million tickets (69%) were sold directly to the general public**, of which two-thirds were Brazilian residents. Whilst 10% of all tickets were sold to supporters and Ticket Allocation Groups of the 32 Participating Member Associations, 9% of the tickets were sold to hospitality ticket holders and 7% to Commercial Affiliates.

As required by Brazilian law, FIFA introduced **concessionary prices for** domestic Brazilian customers who were **elderly, students or members of the *Bolsa Familia*** (Brazilian social welfare programme), enabling them to purchase over 307,000 tickets at half-price. As was also the case in South Africa, FIFA offered a fourth ticket category exclusively for domestic residents, with tickets for group-stage matches costing BRL 60 (approx. USD 30) in this category.

FIFA fully met its obligation to make at least 300,000 **Category 4 tickets available to domestic Brazilian fans** – a total of 491,408 tickets (16%) were sold to this customer group across all 64 matches.

Furthermore, FIFA supported a governmental programme to invite ***Bolsa Familia* schoolchildren** as well as local fans to attend matches at the 2014 FIFA World Cup Brazil™ through the provision of 50,000 complimentary tickets. The same number of tickets was also **provided by FIFA to the construction workers** of the 12 stadiums on a complimentary basis.

Given the importance and sensitivity of the ticketing operation, a **comprehensive audit** has been performed by **Ernst & Young**. The scope of this audit was: 1. Ticket sales reporting, 2. Internal control framework, and 3. Compliance with FIFA ticketing policy. According to Ernst & Young, there were **no negative findings or cases of non-compliance.**

2014 FIFA WORLD CUP BRAZIL™ 36
DEVELOP THE GAME 46
ASSET MANAGEMENT REPORT 50

## TOTAL TICKET SALES BY CATEGORY




## TOTAL TICKET SALES BY CUSTOMER GROUP



# 2014 FIFA WORLD CUP™ LEGACY FUND

As part of FIFA's aim to provide development for football to the host country of the FIFA World Cup™, FIFA approved the **2014 FIFA World Cup™ Legacy Fund**.

Through this fund, with an amount of **USD 100 million**, Brazil will continue to benefit from the tournament for years to come.

The objective of the legacy fund is to **ensure a social benefit along with a football impact** across the country. The fund (60%) will support infrastructure development in the 15 non-host cities (states) for the 2014 FIFA World Cup™. Furthermore, 15% of the fund will be used for youth football development, 15% for women's football development, 4% for medical prevention and public health projects, and 4% for social programmes for underprivileged communities. All 27 states will benefit from these development programmes and activities. The remaining 2% is allocated to general administrative costs, as well as to management and control.

In order to kick-start the legacy programme, **the first project was launched in the city of Belém**. This project consisted of constructing of four football pitches and changing rooms at the CEJU training facility of the Federação Paraense de Futebol. The 2014 FIFA World Cup™ Legacy Fund investment in the project was approximately **USD 2.6 million** and it is expected to be completed in April 2015. The following amounts have also been allocated from the legacy fund: USD 800,000 for Bola Para Frente and USD 600,000 for a Football for Health programme.

**The 2014 FIFA World Cup™ Legacy Fund** will be managed in accordance with the terms and conditions described in the 2014 FIFA World Cup™ Legacy Fund Agreement signed by FIFA Secretary General Jérôme Valcke and Brazilian FA (CBF) President Marco Polo Del Nero in December 2014 and in line with the **General Regulations for FIFA Development Programmes**. The projects and activities will be implemented by the CBF in coordination with FIFA. The reporting mechanism will include **annual activity reporting and an audit of the funds utilised**, with information regularly published on the CBF website.

The projects supported through the 2014 FIFA World Cup™ Legacy Fund are part of several legacy initiatives launched by FIFA in connection with the 2014 FIFA World Cup™.

1. Launch of the 2014 FIFA World Cup™ Football Legacy Project at CEJU in Belém, Brazil on 6 July 2014.

2. A football turf pitch under construction in Belém, Brazil.

# SPECIAL TOPICS

# 05

2014 FIFA WORLD CUP BRAZIL™ 36
DEVELOP THE GAME 46
ASSET MANAGEMENT REPORT 50




1



2

# FIFA CLUB PROTECTION PROGRAMME

In May 2012, the 62nd FIFA Congress in Budapest approved the **FIFA Club Protection Programme** on behalf of the member associations.

Under the FIFA Club Protection Programme, clubs are compensated if their players are injured while on duty with senior men's representative "A" teams for matches listed in the international match calendar.

After the conclusion of the programme for the 1 September 2012 to 31 December 2014 period, the following can be noted:

- A total of **129 cases** were **reported** and processed during the period in which the programme was in place.
- 79 cases (61%) were in relation to players selected for a representative team from the UEFA region, whereas 20 cases (16%) concerned the CONMEBOL region.
- In 114 cases (88%), the players were under contract with a club in the UEFA region, whereas in eight cases (6%), they were contracted to a club in the CONCACAF region.
- A total of approximately **EUR 39 million** was paid out in **compensation** to clubs (including the anticipated payments until the injured players are able to resume playing).
- EUR 30.2 million (77%) was paid out for players selected for a representative team from the UEFA region, with EUR 5.1 million (13%) for teams from the CONMEBOL region.
- EUR 38.6 million (98%) was paid out for players that were under contract with a club in the UEFA region.

Clubs and associations therefore made significant use of the FIFA Club Protection Programme, relieving the clubs concerned of the financial burden.

Given the resounding success of the programme, the FIFA Executive Committee has decided to **extend the programme to cover the 1 January 2015 to 31 December 2018 period**. The programme will now also cover clubs for **women's representative "A" team matches** if their players are injured while on duty for matches listed in the international match calendar. The extent of coverage provided by the programme remains unchanged.

2014 FIFA WORLD CUP BRAZIL™ 36
DEVELOP THE GAME 46
ASSET MANAGEMENT REPORT 50

## OVERVIEW OF PAYMENTS (IN EUR MILLION)

TOTAL PAYMENTS; BROKEN DOWN BY CONFEDERATION OF PLAYER'S ASSOCIATION

| TOTAL | UEFA | CONMEBOL | CONCACAF | CAF | AFC | OFC |
|---|---|---|---|---|---|---|
| 39.4 | 30.2 | 5.1 | 2.5 | 1.5 | 0.1 | 0.0 |

ASSOCIATIONS WITH HIGHEST PAYMENTS BROKEN DOWN BY PLAYER'S ASSOCIATION

| Germany | Netherlands | Italy | England | France |
|---|---|---|---|---|
| 4.2 | 3.7 | 3.5 | 3.3 | 2.6 |

TOTAL PAYMENTS BROKEN DOWN BY CONFEDERATION OF CLUB

| TOTAL | UEFA | CONMEBOL | CONCACAF | CAF | AFC | OFC |
|---|---|---|---|---|---|---|
| 39.4 | 38.6 | 0.0 | 0.6 | 0.1 | 0.1 | 0.0 |

ASSOCIATIONS WITH HIGHEST PAYMENTS BROKEN DOWN BY ASSOCIATION OF CLUB

| England | Spain | Italy | Germany | France |
|---|---|---|---|---|
| 13.2 | 7.9 | 4.9 | 4.3 | 3.6 |

## TOTAL CASES

| BROKEN DOWN BY ASSOCIATION OF PLAYER | Number of cases per association | Total cases |
|---|---|---|
| Germany | 11 | 11 |
| Italy | 7 | 7 |
| England, Switzerland | 5 | 10 |
| Belgium, Chile, Korea Republic, Netherlands, Uruguay | 4 | 20 |
| Brazil, Bulgaria, Czech Republic, France, Guatemala, Paraguay, Peru, Poland, Spain, USA | 3 | 30 |
| Argentina, Armenia, Belarus, Denmark, Ghana, Israel, Mexico, Northern Ireland, Portugal, Republic of Ireland, South Africa | 2 | 22 |
| Australia, Canada, Cape Verde Islands, Colombia, Congo DR, Costa Rica, Côte d'Ivoire, Croatia, Egypt, Estonia, Georgia, Greece, Honduras, Hungary, Jamaica, Japan, Liberia, FYR Macedonia, Morocco, Nigeria, Norway, Panama, Romania, Scotland, Slovakia, Sweden, Team GB, Turkey, Wales | 1 | 29 |
| **Total:** | | **129** |

| BROKEN DOWN BY ASSOCIATION OF CLUB | Number of cases per association | Total cases |
|---|---|---|
| England | 27 | 27 |
| Germany | 17 | 17 |
| Italy | 16 | 16 |
| Spain | 14 | 14 |
| France, Netherlands | 7 | 14 |
| Switzerland | 4 | 4 |
| Belgium, Mexico, Russia, USA | 3 | 12 |
| Belarus, Denmark, Guatemala, Israel, Korea Republic, Turkey | 2 | 12 |
| Albania, Bulgaria, Chile, Greece, Hungary, Japan, Morocco, Peru, Poland, Portugal, Scotland, Sweden, South Africa | 1 | 13 |
| **Total:** | | **129** |

DEVELOP THE GAME

# DEVELOPMENT WORK 2011-2014

Although 2014 was mostly about the FIFA World Cup™ in Brazil, FIFA's development activities continued apace and in line with FIFA's strategy to develop football for all and everywhere in the world: financial assistance, infrastructure and football facilities, expertise, education and donating sports equipment. Overall, **during the 2011-2014 cycle, a record total of over USD 1,052 million was invested in football development**.

USD 214 million of this total was invested through the **Financial Assistance Programme (FAP)**. The FAP is still one of FIFA's main programmes, enabling every member association around the world to finance development projects and football activities, and many more simply to carry out their work. Over the same period, the six confederations received financial assistance amounting to USD 123 million, which was used for activities in various areas including competitions.

Furthermore, thanks to the financial success of the 2011-2014 cycle, FIFA also gave each member association an **extraordinary FAP payment** of USD 1,050,000 as well as USD 7 million to each confederation, which amounted to a total of USD 261,450,000 for football development at local level and included support for the cost of participating in FIFA's competitions.

The ***Goal* Programme** that was established by FIFA in 1999 enabled 200 projects (at USD 500,000 each) to be funded during the 2011-2014 cycle. FIFA has supported 700 *Goal* projects across 205 member associations since the creation of the *Goal* Programme. These projects have had a very positive impact, most notably in terms of technical infrastructure development at associations, improving technology, strengthening administration, developing youth and women's competitions and professionalising football. More than ever, educational and training activities are a cornerstone of FIFA's development work, with more than 2,000 courses and seminars held on various topics from 2011 to 2014 (training, refereeing, women's football, grassroots football, futsal, beach soccer, administration, etc.).

1. MONTSERRAT: Boys' football training session at a FIFA development site.
2. GREENLAND: Football training session at a FIFA development site.
3. CANADA: LIVE YOUR GOALS festival in Edmonton.
4. BHUTAN: FIFA development project site.

2014 FIFA WORLD CUP BRAZIL™ 36
DEVELOP THE GAME 46
ASSET MANAGEMENT REPORT 50






1




2



3



4

Several crucial activities – seminars with the 209 member associations, dedicated governance and management activities, support for member associations with their statutes – based around FIFA's reforms, financial governance and new development regulations were organised in the last few years.

Finally, new programmes were created during the 2011-2014 cycle to respond to member associations' requirements, including **the MA Extranet** (information platform for member associations), **PERFORMANCE** (football management programme), **the Challenger Programme** (tailor-made assistance programme for the poorest member associations), the **FIFA Win-Win Programme** (programme to foster revenue creation in member associations) and the **Connect** programme (worldwide registration of all football stakeholders and unique ID platform).

2014 FIFA WORLD CUP BRAZIL™ 36
DEVELOP THE GAME 46
ASSET MANAGEMENT REPORT 50

## DEVELOPMENT-RELATED EXPENSES 2011-2014 (USD MILLION)

| | |
|---|---|
| FAP – member associations (incl. audits & education) | 214 |
| Extraordinary FAP payments to MAs & confederations | 261 |
| FAP – confederations | 63 |
| Contributions to confederations | 60 |
| *Goal* Programme | 123 |
| PERFORMANCE | 65 |
| Football for Hope | 40 |
| Refereeing Assistance Programme (RAP) | 40 |
| Education | 21 |
| Solidarity projects | 19 |
| Challenger Programme | 16 |
| Football for Health (F-MARC) | 16 |
| Women's football | 13 |
| Other projects | 101 |
| **Total** | **1,052** |

## DEVELOPMENT-RELATED EXPENSES 1995-2014 (USD MILLION)




* Extraordinary FAP payments

ASSET MANAGEMENT REPORT

# SOLID RESULT ACHIEVED

The overriding, long-term investment objective is the **preservation of the real value** of FIFA's assets, and not attempting to maximise returns (while accepting the ensuing risks and fluctuations). According to the FIFA Asset Management Regulations, returns must be in line with the market, in relation to the risk incurred. The investment portfolio is divided into **liquid assets** (investment periods of less than one year) and **bonds** (investment periods of more than one year). The apportionment into liquid assets and bonds is made firstly on the basis of liquidity needs, and secondly on the basis of the yield forecasts of the duration and credit-rating strategy, updated at quarterly intervals. This is specified in the **FIFA Asset Management Regulations**.

2014 held a number of things in store for market participants:

- Interest rates dropped, particularly in the USD market, contrary to expectations. The ten-year US Treasury bond fell from 3% at the start of the year to 2.18% at the end of the year. Although there are indications that at least short-term interest rates are recovering from the low level since the financial crisis of recent years to reach a rate acceptable for investors, it cannot be expected that investment interest will increase significantly.
- Looking back at 2014 in terms of currencies, the recovery of the USD can be highlighted together with the (in some cases, drastic) devaluation of the BRL and RUB.
- There was also a fall in inflation as well as in inflation expectations.

FIFA's Asset Management Regulations, which are focused on liquidity, on protection against cancellation by counterparties, and the avoidance of risks not appropriate for the market, once again achieved a **risk-appropriate result that was above the benchmark**.

Once again, particularly in terms of liquidity, returns were increased due to hedged investments in CHF, with the counterparty risk also kept low as the majority of counterparties for these investments are Swiss banks with state guarantees. The proportion of inflation-protected bonds in the portfolio was moderately increased at the end of the year under review as part of a systematic increase, and the implementation of the defined strategy will continue in this regard. A number of five- to ten-year bonds were also acquired.

Overall, the **investment strategy** once **again proved its worth** in the year under review.

2014 FIFA WORLD CUP BRAZIL™ 36
DEVELOP THE GAME 46
ASSET MANAGEMENT REPORT 50

## ASSET MANAGEMENT STRATEGY AND CURRENT STATUS
(IN PER CENT)




**100% = USD 2,239 million**
**(fair value as at 31.12.2014)**

## DETAILS ON CURRENT INVESTMENT PORTFOLIO
(INVESTMENT PORTFOLIO PROFILE BY COUNTERPARTY)




**100% = USD 1,762 million**
**(fair value as at 31.12.2014)**





The final in Rio de Janeiro's Estádio do Maracanã saw the tournament's two strongest teams, Germany and Argentina, fight to the very end to achieve supremacy. This snapshot of Bastian Schweinsteiger and Rodrigo Palacio has an almost balletic quality.

# 1. ORGANISATION OF FIFA

FIFA is committed to achieving and demonstrating the highest standards of governance. FIFA's Executive Committee continues to review the organisation's framework and practices to ensure that they meet the interests of the world of football and other stakeholders. Based on the targets set by the Executive Committee, the FIFA administration implements and maintains the highest standards of transparent financial reporting in association football and sport in general. We take the management of our finances extremely seriously and we remain committed to operating as a transparent and accountable organisation that aims to set an example to others. The FIFA governance report describes the structures, rules and processes that are in place to provide for effective governance by FIFA's Executive Committee and the FIFA administration.

The Fédération Internationale de Football Association (FIFA) is an association registered in the Commercial Register in accordance with art. 60 ff. of the Swiss Civil Code. FIFA's headquarters are located in Zurich, Switzerland. FIFA is the world governing body of association football.

## 1.1. FIFA Statutes

The Statutes and the regulations governing their application represent the "constitution" of FIFA and world football. These documents and the key values of authenticity, integrity, performance and unity underpin FIFA's mission: to develop the game, touch the world and build a better future.

According to the Statutes, FIFA's objectives are as follows:

- to improve the game of football constantly and promote it globally in the light of its unifying, educational, cultural and humanitarian values, particularly through youth and development programmes;
- to organise its own international competitions;
- to draw up regulations and provisions and ensure their enforcement;
- to control every type of association football;
- to safeguard the integrity of matches and competitions and prevent abuse of the game.

FIFA also vigorously combats racism and discrimination of any kind, promotes friendly relations between every person and organisation involved in the game, and obliges them to observe the Statutes, regulations and the principles of fair play. FIFA also provides the necessary institutional means to resolve disputes. The Regulations Governing the Application of the Statutes and the Standing Orders of the Congress are an integral part of the Statutes.

### 1.2. Members

Members of FIFA are those associations that are responsible for organising and supervising football in a country. Only one association is recognised in each country. Members belonging to the same continent have formed the following confederations, which are recognised by FIFA (the confederations themselves are not members of FIFA):
a) Confederación Sudamericana de Fútbol – CONMEBOL
b) Asian Football Confederation – AFC
c) Union des associations européennes de football – UEFA
d) Confédération Africaine de Football – CAF
e) Confederation of North, Central American and Caribbean Association Football – CONCACAF
f) Oceania Football Confederation – OFC

All members have the following rights:
- to take part in the FIFA Congress;
- to draw up proposals for inclusion in the agenda of the Congress;
- to nominate candidates for the FIFA presidency and vote in the relevant elections;
- to take part in competitions organised by FIFA;
- to take part in FIFA's assistance and development programmes;
- to exercise all other rights arising from the FIFA Statutes and other regulations.

The obligations of the members include:
- to fully comply with the Statutes, regulations, directives and decisions of FIFA bodies at any time as well as the decisions taken by the Court of Arbitration for Sport (CAS) passed on appeal on the basis of art. 66 par. 1 of the FIFA Statutes;
- to take part in competitions organised by FIFA;
- to pay their membership subscriptions;
- to ensure that their own members comply with the Statutes, regulations, directives and decisions of FIFA bodies;
- to convene its supreme and legislative body at regular intervals, at least every two years;
- to ratify statutes that are in accordance with the requirements of the FIFA Standard Statutes;
- to create a referees committee that is directly subordinate to the member;
- to respect the Laws of the Game;
- to manage their affairs independently and ensure that their own affairs are not influenced by any third parties;
- to comply fully with all other duties arising from the FIFA Statutes and other regulations.

### 1.3. FIFA Congress

The FIFA Congress is the supreme and legislative body of FIFA, and is made up of all the member associations. The Congress assembles every year and performs the following key activities:

- decides whether to admit, suspend or expel a member;
- holds responsibility for amending the Statutes, the Regulations Governing the Application of the Statutes and the Standing Orders of the Congress;
- approves the activity report;
- receives the report from the Audit and Compliance Committee;
- approves the financial statements and the budget;
- appoints the auditors;
- elects or dismisses the President and/or the female member of the Executive Committee;
- installs or dismisses the vice-presidents and the other members of the Executive Committee;
- elects or dismisses the chairmen, deputy chairmen and the members of the Audit and Compliance Committee and the judicial bodies;
- votes on the designation of the host country of the FIFA World Cup™ final competition.

Each member has one vote in the Congress and is represented by its delegates. Only the members present are entitled to vote; voting by proxy or by letter is not permitted.

The FIFA Executive Committee decides the venue of the FIFA Congress. In 2014, the Congress took place in São Paulo, Brazil, as during the World Cup year, the FIFA Congress takes place in the host country before the start of the FIFA World Cup™. In an election year (the next election year is 2015), the FIFA Congress takes place in Zurich, where FIFA's headquarters are located.

### 1.4. FIFA President

The President represents FIFA legally. He proposes the guidelines for FIFA's overall strategy and is primarily responsible for:

- implementing the decisions passed by the FIFA Congress and the Executive Committee through the General Secretariat;
- supervising the work of the General Secretariat;
- managing relations between FIFA and the confederations, members, political bodies and international organisations;
- proposing the appointment or dismissal of the Secretary General;
- presiding over the FIFA Congress, the Executive and Emergency Committee meetings and those committees of which he has been appointed chairman.

| Name | Residence | Nationality | Position | Since |
|---|---|---|---|---|
| Joseph S. BLATTER | Zurich, Switzerland | Switzerland | FIFA President | 1998 |

**Joseph S. Blatter** was born on 10 March 1936 in the Swiss town of Visp. He gained a master's degree in Business Administration and Economics from the Faculty of Law at Lausanne University. In the summer of 1975, Mr Blatter began working at FIFA as Director of Technical Development Programmes. In 1981, the Executive Committee appointed the multilingual Blatter as the new Secretary General and in 1990 promoted him to Chief Executive Officer (CEO). At the end of March 1998, the direct support and the interest manifested by numerous member associations from all the confederations prompted him to stand at the 1998 FIFA Congress presidential election as their candidate. On 8 June 1998, Joseph S. Blatter was elected as the eighth FIFA President. Joseph S. Blatter was re-elected for a second term on 29 May 2002 in Seoul. On 31 May 2007, Joseph S. Blatter was confirmed, by acclamation, in the position for a third term of office and he was elected for a fourth term on 1 June 2011.

# 2. COMMITTEES

## 2.1. The FIFA Executive Committee

### 2.1.1. Composition and powers

The FIFA Executive Committee is the executive body. It consists of 25 members: one President, elected by the Congress, eight vice-presidents, elected by the confederations and installed by the Congress, one female member of the Executive Committee, elected by the Congress, and 15 other members, elected by the confederations and installed by the Congress. In addition, the 2013 Congress decided to co-opt two additional women to the Executive Committee for a one-year term. Both co-opted members were re-elected at the 2014 Congress.

The Executive Committee passes decisions on all cases that do not come within the sphere of responsibility of the Congress or are not reserved for other bodies by law or under the Statutes. The Executive Committee has, in particular, the following specific duties: it supervises the activities of FIFA bodies, with the exception of the FIFA Congress, the Audit and Compliance Committee and the FIFA judicial bodies; it lays down guidelines for FIFA's overall strategy, including marketing strategy guidelines; it approves the budget and financial statements drawn up by the FIFA Secretary General to be submitted to the FIFA Congress for approval; it approves the FIFA President's decisions regarding the foundation, liquidation and restructuring of and essential changes to subsidiaries as well as acquiring and selling holdings in companies.

Furthermore, the Executive Committee has the following powers:
- to appoint the chairmen, deputy chairmen and members of the standing committees with the exception of those of the Audit and Compliance Committee, who are elected by the Congress;
- to appoint the delegates from FIFA to The International Football Association Board (IFAB);
- to appoint or dismiss the Secretary General on the proposal of the President;
- to decide the places and dates of the final competitions of FIFA tournaments and the number of teams taking part from each confederation (except for decisions on the host country of the FIFA World Cup™ final competition, which is voted on by the Congress);
- to approve the FIFA Organisation Regulations.

The Executive Committee meets at least twice a year in accordance with the FIFA Statutes, however in general it meets four times a year. During the reporting period, the Executive Committee held four meetings:
- Meeting no. 30 in Zurich, 20 to 21 March 2014
- Meeting no. 31 in São Paulo, 7 June 2014
- Meeting no. 32 in Zurich, 25 to 26 September 2014
- Meeting no. 33 in Marrakech, 18 to 19 December 2014

The table below shows the details of each individual Executive Committee member, including their attendance at the relevant meetings.

| Name | Residence | Nationality | Position | Since | Meetings attended |
|---|---|---|---|---|---|
| Joseph S. BLATTER | Zurich, Switzerland | Switzerland | FIFA President | 1998 | 4/4 |
| Issa HAYATOU | Yaoundé, Cameroon | Cameroon | Senior Vice-President* | 2014 | 4/4 |
| Ángel María VILLAR LLONA | Madrid, Spain | Spain | Vice-President | 1998 | 4/4 |
| Michel PLATINI | Nyon, Switzerland | France | Vice-President | 2002 | 4/4 |
| David CHUNG | Auckland, New Zealand | Papua New Guinea | Vice-President | 2011 | 4/4 |
| HRH Prince Ali BIN AL HUSSEIN | Jabal Amman, Jordan | Jordan | Vice-President | 2011 | 4/4 |
| Jim BOYCE | Carrickfergus, Northern Ireland | Northern Ireland | Vice-President | 2011 | 4/4 |
| Jeffrey WEBB | Loganville, USA | Cayman Islands | Vice-President | 2012 | 4/4 |
| Eugenio FIGUEREDO | Montevideo, Uruguay | Uruguay | Member | 2013 | 4/4 |
| Michel D'HOOGHE | Bruges, Belgium | Belgium | Member | 1988 | 4/4 |
| Senes ERZIK | Istanbul, Turkey | Turkey | Member | 1996 | 4/4 |
| Worawi MAKUDI | Bangkok, Thailand | Thailand | Member | 1997 | 4/4 |
| Marios LEFKARITIS | Limassol, Cyprus | Cyprus | Member | 2007 | 4/4 |
| Jacques ANOUMA | Abidjan, Côte d'Ivoire | Côte d'Ivoire | Member | 2007 | 4/4 |
| Rafael SALGUERO | Guatemala City, Guatemala | Guatemala | Member | 2007 | 4/4 |
| Hany ABO RIDA | Cairo, Egypt | Egypt | Member | 2009 | 4/4 |
| Vitaly MUTKO | Moscow, Russia | Russia | Member | 2009 | 3/4 |
| Mohamed RAOURAOUA | Algiers, Algeria | Algeria | Member | 2011 | 3/4 |
| Theo ZWANZIGER | Altendiez, Germany | Germany | Member | 2011 | 4/4 |
| Marco Polo DEL NERO | São Paulo, Brazil | Brazil | Member | 2012 | 4/4 |
| Sunil GULATI | New York, USA | USA | Member | 2013 | 4/4 |
| Shk. Salman Bin Ebrahim AL KHALIFA | Manama, Bahrain | Bahrain | Member | 2013 | 4/4 |
| Jilong ZHANG | Beijing, China PR | China PR | Member | 2011 | 4/4 |
| Lydia NSEKERA | Bujumbura, Burundi | Burundi | Member | 2012 | 4/4 |
| Luis BEDOYA | Bogotá, Colombia | Colombia | Member | 2014 | 2/4 |
| Moya DODD | Sydney, Australia | Australia | Co-opted member for special tasks | 2013 | 4/4 |
| Sonia BIEN-AIME | Providenciales, Turks and Caicos Islands | Turks and Caicos Islands | Co-opted member for special tasks | 2013 | 4/4 |

**Vice-President since 1990*

There have been changes to the composition of the Executive Committee as follows:

| Name | Replaced by |
|---|---|
| Julio H. GRONDONA* | Luis BEDOYA |

* *† 30 July 2014*

#### 2.1.2. Significant business connections of Executive Committee members with FIFA or its subsidiaries

The board members of FIFA's subsidiaries include the key management personnel of FIFA and in addition, representing the executive bodies, at least one Executive Committee member is appointed on the boards.

Except for the transactions disclosed in Note 31 to the consolidated financial statements of FIFA, there are no further business connections between individual Executive Committee members, including companies or organisations represented by them, and FIFA.

### 2.2. Standing committees and judicial bodies

#### 2.2.1. Function and composition

Standing and ad-hoc committees advise and assist the FIFA Executive Committee in fulfilling its duties. FIFA currently has 26 standing committees.

The chairmen and deputy chairmen of the standing committees are members of the Executive Committee with the exception of those of the Audit and Compliance Committee, who may not belong to the Executive Committee. The members of each standing committee are designated by the Executive Committee on the proposal of the members of FIFA, the President of FIFA or the confederations. The chairman, deputy chairman and members of the Audit and Compliance Committee are elected by the Congress. The chairmen, deputy chairmen and the members of the standing committees are designated for a term of office of four years. Members may be reappointed and may also be relieved of their duties at any time, although the chairman, deputy chairman and members of the Audit and Compliance Committee may only be relieved of their duties by the Congress. The composition, specific duties and powers of the individual committees are stipulated in the FIFA Organisation Regulations.

1.+2. Opening ceremony and 64th FIFA Congress in São Paulo.


FIFA
ORDEM E PROGRESSO
1


64TH FIFA CONGRESS 2014
10 AND 11 JUNE
SÃO PAULO
FIFA
FIFA
2

| Standing committees | Chair | Nationality | Since |
|---|---|---|---|
| Finance Committee | Issa HAYATOU | Cameroon | 2014 |
| Audit and Compliance Committee | Domenico SCALA | Italy / Switzerland | 2012 |
| Organising Committee for the FIFA World Cup™ | Michel PLATINI | France | 2014 |
| Organising Committee for the FIFA Confederations Cup | Vitaly MUTKO | Russia | 2012 |
| Organising Committee for the Olympic Football Tournaments | Shk. Salman Bin Ebrahim AL KHALIFA | Bahrain | 2013 |
| Organising Committee for the FIFA U-20 World Cup | Jeffrey WEBB | Cayman Islands | 2013 |
| Organising Committee for the FIFA U-17 World Cup | Rafael SALGUERO | Guatemala | 2012 |
| Committee for Women's Football and the FIFA Women's World Cup™ | Lydia NSEKERA | Burundi | 2013 |
| Organising Committee for the FIFA U-20 Women's World Cup | David CHUNG | Papua New Guinea | 2012 |
| Organising Committee for the FIFA U-17 Women's World Cup | Hany ABO RIDA | Egypt | 2012 |
| Futsal Committee | Worawi MAKUDI | Thailand | 2013 |
| Beach Soccer Committee | Marco Polo DEL NERO | Brazil | 2012 |
| Committee for Club Football | Jacques ANOUMA | Côte d'Ivoire | 2012 |
| Organising Committee for the FIFA Club World Cup | Mohamed RAOURAOUA | Algeria | 2013 |
| Referees Committee | Jim BOYCE | Northern Ireland | 2013 |
| Football Committee | Michel PLATINI | France | 2012 |
| Medical Committee | Michel D'HOOGHE | Belgium | 1999 |
| Players' Status Committee | Theo ZWANZIGER | Germany | 2012 |
| Legal Committee | Ángel María VILLAR LLONA | Spain | 2007 |
| Committee for Fair Play and Social Responsibility | HRH Prince Ali BIN AL HUSSEIN | Jordan | 2012 |
| Media Committee | Sunil GULATI | USA | 2013 |
| Associations Committee | Senes ERZIK | Turkey | 2011 |
| Marketing and TV Committee | Marios LEFKARITIS | Cyprus | 2012 |
| Strategic Committee | Joseph S. BLATTER | Switzerland | 2009 |
| Development Committee | Issa HAYATOU | Cameroon | 2012 |
| Security and Integrity Committee | Jilong ZHANG | China PR | 2013 |

The judicial bodies of FIFA are the Disciplinary Committee, the Ethics Committee and the Appeal Committee. The chairmen, deputy chairmen and other members of the judicial bodies are elected by the Congress and may not be members of the Executive Committee or of a standing committee. The responsibilities and function of the judicial bodies are stipulated in the FIFA Disciplinary Code and the FIFA Code of Ethics.

| Judicial bodies | Chair | Nationality | Since |
|---|---|---|---|
| Disciplinary Committee | Claudio SULSER | Switzerland | 2013 |
| Ethics Committee – investigatory chamber | Cornel BORBÉLY | Switzerland | 2014 |
| Ethics Committee – adjudicatory chamber | Hans-Joachim ECKERT | Germany | 2012 |
| Appeal Committee | Larry MUSSENDEN | Bermuda | 2007 |

### 2.2.2. Independence and integrity

A candidate for the office of chairman or deputy chairman of the Audit and Compliance Committee or of either of the two chambers of the Ethics Committee shall not be considered **independent** if, at any time during the four years preceding his term, he or any family member (spouse, children, stepchildren, parents, siblings, domestic partner, parents of spouse/domestic partner and siblings and children of domestic partner):

- held any paid position or material contract (directly or indirectly) with FIFA and/or any member, confederation, league or club (including any of their affiliated companies/organisations);
- was employed by FIFA's outside legal counsel or by FIFA's auditor (and was engaged in auditing FIFA);
- held any paid or voluntary position with a non-profit organisation to which FIFA and/or any member, confederation, league or club makes annual payments in excess of USD 100,000.

The investigatory chamber of the Ethics Committee reviews, at least annually, that the independence criteria are met by the candidates for the offices of chairman and deputy chairman, or by the incumbent chairman and deputy chairman of the Audit and Compliance Committee. The Audit and Compliance Committee conducts the reviews as set out above in respect of the candidates for the offices of chairmen and deputy chairmen, or the incumbent chairmen and deputy chairmen of both chambers of the Ethics Committee.

The candidates for the offices of the President, vice-presidents and members of the Executive Committee, the chairman, deputy chairman and members of the Audit and Compliance Committee and the chairmen, deputy chairmen and members of the judicial bodies are subjected to an **integrity check** prior to their election.

The integrity check for the candidates for the offices of President, members of the Executive Committee, chairman, deputy chairman and members of the Audit and Compliance Committee, and chairmen, deputy chairmen and members of the judicial bodies is conducted by the investigatory chamber of the Ethics Committee.

The integrity check for the candidates for the offices of chairmen, deputy chairmen and members of both chambers of the Ethics Committee is conducted by the Audit and Compliance Committee.

The integrity check for the candidates for the offices of the vice-presidents and the other members of the Executive Committee is conducted by the respective confederation prior to their election in accordance with the standards established in the FIFA Organisation Regulations. The respective confederation shall provide the FIFA General Secretariat with the result of the integrity check conducted by the confederation for its information. The integrity check shall be conducted again prior to a re-election or extension of the mandate. Further provisions governing the integrity check are stipulated in the FIFA Organisation Regulations.

**2.2.3. Finance Committee**

The Finance Committee monitors FIFA's financial management and advises the Executive Committee on financial matters and asset management. It analyses the FIFA budget and the financial statements prepared by the Secretary General and submits them to the Executive Committee for approval.

In addition to the chairman and the deputy chairman, the Finance Committee consists of four members, and each confederation has one seat. The Finance Committee advises and assists the FIFA Executive Committee on FIFA's financial matters. The committee's main duties are as follows:

- to monitor the financial management of FIFA;
- to advise the FIFA Executive Committee on financial matters and asset management;
- to examine the budget and annual statements drawn up by the FIFA Secretary General and to either approve or reject them;
- to present the approved budget and approved annual statements to the FIFA Executive Committee for approval;
- to deal with other matters relating to FIFA's finances.

| Name | Residence | Nationality | Position | Since | Meetings attended |
|---|---|---|---|---|---|
| Issa HAYATOU | Yaoundé, Cameroon | Cameroon | Chairman | 2014 | 3/4 |
| David CHUNG | Auckland, New Zealand | Papua New Guinea | Deputy chairman | 2014 | 4/4 |
| Jeffrey WEBB | Loganville, USA | Cayman Islands | Member | 2012 | 4/4 |
| Eugenio FIGUEREDO | Montevideo, Uruguay | Uruguay | Member | 2014 | 2/4 |
| Marios LEFKARITIS | Limassol, Cyprus | Cyprus | Member | 2007 | 4/4 |
| Shk. Salman Bin Ebrahim AL KHALIFA | Manama, Bahrain | Bahrain | Member | 2013 | 4/4 |

There have been changes to the composition of the Finance Committee as follows:

| Name | Replaced by |
|---|---|
| Julio H. GRONDONA* | Eugenio FIGUEREDO |

** † 30 July 2014*

### 2.2.4. Audit and Compliance Committee

The Audit and Compliance Committee is responsible for the oversight of financial and compliance matters. In this regard, it ensures the completeness and reliability of the financial accounting and reviews the financial statements, the consolidated financial statements and the external auditor's report. It furthermore advises and assists the FIFA Executive Committee in monitoring FIFA's financial and compliance matters, and also reviews the effectiveness of risk management.

The chair, deputy chair and the members may not belong to the FIFA Executive Committee for independence reasons. The FIFA Congress elects the chair, deputy chair and the members for a period of office of four years. The members may be reappointed or relieved of their duties. In addition to the chair and the deputy chair, the committee consists of a maximum of eight members.

The current chairman and deputy chairwoman both have extensive experience in the area of finance in various industries. All members are knowledgeable and experienced in financial and/or regulatory and legal matters. One member, Mr S. Patel, has relevant qualifications and experience by virtue of being a partner of a major accounting firm.

The committee meets whenever pending matters so require. The chairman periodically meets separately with the appropriate directors of FIFA and the external auditor. The FIFA Congress may delegate further duties to the committee at any time, in addition to the duties set out below. The chairman of the committee reports annually to the FIFA Congress and, on request by the FIFA Executive Committee, informs the FIFA President and the FIFA Executive Committee about the committee's work, either orally or in writing. The FIFA

Congress may remove any member of the committee. Failure to attend committee meetings is especially regarded as a reason for relieving a member of their duties.

With regard to operational matters, the committee's main duties are as follows:
- to monitor the internal control environment;
- to annually review the effectiveness of risk assessment, risk management and the internal control system;
- to review reports and the effectiveness of internal auditing;
- to deal with other matters relating to the monitoring of FIFA's finances;
- to review the external auditor's reports in order to ensure that appropriate action is taken if shortcomings have been detected in internal controls or procedures;
- to review, at least annually, tax matters, including the status of income tax reserves and governmental tax audits and developments in this area.

With regard to financial reporting matters, the committee's main duties are as follows:
- to ensure the accuracy of the financial statements and other published financial information;
- to ensure compliance with the applicable accounting standards;
- to work with the external auditors in order to ensure that the audits of the annual financial statements are being carried out properly;
- to review major issues regarding accounting policies and financial statement presentations, including any significant changes or applications of accounting principles;
- to advise the FIFA Finance Committee and the FIFA Executive Committee on the approval of the financial statements;
- to monitor and review related-party transactions at least annually.

With regard to compliance matters, the committee's main duties are as follows:
- to review the status of FIFA's compliance with the law and the FIFA Internal Rules relating to compliance;
- to review FIFA employees' compliance with the law and the rules of ethics and with the relevant FIFA Internal Rules;
- to review the processes and procedures relating to the FIFA Secretary General's monitoring of FIFA employees' compliance with the rules of ethics and with the relevant FIFA Internal Rules;
- to review the FIFA Internal Rules relating to compliance with regard to their effectiveness;
- to review and assess the external auditor's qualifications and independence;
- to take note of all non-audit-related services to be provided by the external auditor and any fees for such services. The chairman of the committee may take note of any such services in advance of the committee's regular meetings;
- to issue guidelines regarding compliance matters;
- to make recommendations regarding any changes, amendments, and modifications to the FIFA Internal Rules relating to compliance;

- to review any major legislative and regulatory developments that may have a significant impact on FIFA;
- to handle cases of alleged non-compliance;
- to fulfil the duties relating to the integrity check process.

| Name | Residence | Nationality | Position | Since | Meetings attended |
|---|---|---|---|---|---|
| Domenico SCALA | Oberwil, Switzerland | Italy / Switzerland | Chairman | 2012 | 4/4 |
| Sindisiwe MABASO-KOYANA | Pretoria, South Africa | South Africa | Deputy chairwoman | 2013 | 4/4 |
| Allan HANSEN | Middelfart, Denmark | Denmark | Member | 2012 | 4/4 |
| Rajesh PATEL | Ba, Fiji | Fiji | Member | 2012 | 4/4 |
| Richard K. LAI | Hagatna, Guam | Guam | Member | 2012 | 4/4 |
| Romer OSUNA | Luque, Paraguay | Bolivia | Member | 2012 | 2/4 |
| Suketu PATEL | Victoria, Seychelles | Seychelles | Member | 2012 | 2/4 |
| Canover WATSON* | Grand Cayman, Cayman Islands | Cayman Islands | Member | 2013 | 2/4 |

* *temporarily left the committee*

**2.2.5. Ethics Committee**

The function of the Ethics Committee is governed by the FIFA Code of Ethics (cf. section 8.2). The Ethics Committee is divided into an investigatory chamber and an adjudicatory chamber.

The Ethics Committee may pronounce the sanctions described in the FIFA Statutes, the FIFA Code of Ethics and the FIFA Disciplinary Code on officials, players and match and players' agents.

The investigatory chamber may investigate potential breaches of provisions of the FIFA Code of Ethics on its own initiative and *ex officio* at its full and independent discretion.

The chairman of the investigatory chamber may initiate preliminary investigations at his own discretion and at any time.

| Name | Residence | Nationality | Position | Since | Meetings attended |
|---|---|---|---|---|---|
| Hans-Joachim ECKERT | Aufhausen/Berg, Germany | Germany | Chairman of adjudicatory chamber | 2012 | 1/1 |
| Cornel BORBÉLY | Wetzikon, Switzerland | Switzerland | Chairman of investigatory chamber* | 2015 | 1/1 |
| Alan John SULLIVAN | Sydney, Australia | Australia | Deputy chairman of adjudicatory chamber | 2013 | 1/1 |
| Robert TORRES | Hagatna, Guam | Guam | Member of investigatory chamber | 2012 | 0/1 |
| Jorge Iván PALACIO | Bogotá, Colombia | Colombia | Member of investigatory chamber | 2012 | 1/1 |
| Noël LE GRAËT | Paris, France | France | Member of investigatory chamber | 2012 | 0/1 |
| Ahmed YAHYA | Nouakchott, Mauritania | Mauritania | Member of investigatory chamber | 2012 | 1/1 |
| Vanessa ALLARD | Grand Cayman, Cayman Islands | Trinidad & Tobago | Member of investigatory chamber | 2013 | 0/1 |
| Nicholas DAVIDSON | Christchurch, New Zealand | New Zealand | Member of investigatory chamber | 2013 | 1/1 |
| Juan Pedro DAMIANI | Montevideo, Uruguay | Uruguay | Member of adjudicatory chamber | 2012 | 1/1 |
| Abdoulaye Makhtar DIOP | Dakar, Senegal | Senegal | Member of adjudicatory chamber | 2012 | 0/1 |
| Yngve HALLEN | Oslo, Norway | Norway | Member of adjudicatory chamber | 2012 | 1/1 |
| Jack KARIKO | Port Moresby, Papua New Guinea | Papua New Guinea | Member of adjudicatory chamber | 2012 | 0/1 |
| Chi LIU | Beijing, China PR | China PR | Member of adjudicatory chamber | 2013 | 1/1 |
| Alan ROTHENBERG | Beverly Hills, USA | USA | Member of adjudicatory chamber | 2013 | 0/1 |

**Deputy chairman of investigatory chamber from 2013 to 2015*

The following member left the Ethics Committee during the reporting period:

| Name | Replaced by |
|---|---|
| Michael J. GARCIA | Cornel BORBÉLY |

The Ethics Committee consists of a chairman, a deputy chairman and a specific number of other members. The composition of the Ethics Committee should respect the fair distribution of positions and take account of the member associations. The Ethics Committee is to be composed in such a way that the members, together, have the knowledge, abilities and specialist experience that is necessary for the due completion of their tasks. The chairmen

and deputy chairmen of both chambers are qualified to practise law. The term of office is four years. The members may be re-elected or relieved of their duties at any time, although they may only be relieved of their duties by the Congress. The chairmen and deputy chairmen of both chambers of the Ethics Committee shall fulfil the independence criteria as described in art. 12 of the Standing Orders of the Congress.

Duties and competence of the investigatory chamber:
1. The investigatory chamber shall investigate potential breaches of provisions of the FIFA Code of Ethics on its own initiative and *ex officio* at its full and independent discretion.
2. If the investigatory chamber deems that there is no *prima facie* case, it may close the case without referring it to the adjudicatory chamber.
3. In the event of a *prima facie* case, the investigatory chamber shall open investigation proceedings and conduct appropriate inquiries. The chamber shall examine aggravating and mitigating circumstances equally.
4. The investigatory chamber shall inform the parties that investigation proceedings have been opened after a *prima facie* case has been found. Limited exceptions to this rule may be made for safety and security or if such disclosure would interfere with the conduct of the investigation.
5. Once the investigation has been completed, the investigatory chamber shall prepare a final report on the investigation proceedings and forward this together with the investigation files to the adjudicatory chamber, and one or more members of the investigatory chamber shall present the case before the adjudicatory chamber if a hearing is conducted. If a recommendation is made for sanctioning, the relevant party's sanctionable conduct and possible rule breaches are to be indicated in the final report.
6. If proceedings have been closed, the investigatory chamber may reopen the investigation if new facts or evidence come to light that suggest a potential breach.

Duties and competence of the adjudicatory chamber:
1. The adjudicatory chamber shall review the investigation files forwarded by the investigatory chamber and decide whether to close proceedings or to adjudicate the case.
2. The adjudicatory chamber may at any time return the investigation files to the investigatory chamber and instruct it to expand the investigation and/or add to the final report.
3. The adjudicatory chamber may undertake further investigations.
4. The adjudicatory chamber shall send the final report together with the investigation files to the parties and ask for their submissions.

5. As part of the adjudicatory process, the adjudicatory chamber may also rule on breaches of provisions of the FIFA Disciplinary Code which concern morally or ethically incorrect conduct.

### 2.2.6. Compensation Sub-Committee

The chairman of the Finance Committee, the chairman of the Audit and Compliance Committee and one independent member (within the meaning of art. 12 par. 1 of the Standing Orders of the Congress), to be jointly appointed by the two chairmen, form the Compensation Sub-Committee.

The Compensation Sub-Committee's main duties are as follows:

- to define the Compensation Rules, which shall define the competent body and proper proceedings for determining the compensation as well as the principles and components of the compensation;
- to determine the compensation of the FIFA President, the members of the FIFA Executive Committee, the FIFA Secretary General and FIFA management;
- to draft the contract of the FIFA President. This contract shall be signed on behalf of FIFA by the chairman of the Finance Committee and the FIFA Secretary General. The employment contract of the FIFA Secretary General shall be signed on behalf of FIFA by the FIFA President and the chairman of the Finance Committee;
- to monitor compliance with the Compensation Rules.

| Name | Residence | Nationality | Position | Since | Meetings attended |
|---|---|---|---|---|---|
| Issa HAYATOU | Yaoundé, Cameroon | Cameroon | Chairman of Finance Committee | 2014 | 1/2 |
| Domenico SCALA | Oberwil, Switzerland | Italy / Switzerland | Chairman of Audit & Compliance Committee | 2013 | 2/2 |
| Jean-Pierre PEDRAZZINI | Cologny, Switzerland | Switzerland | Independent member | 2013 | 1/2 |

There have been changes to the composition of the Compensation Sub-Committee as follows:

| Name | Replaced by |
|---|---|
| Julio H. GRONDONA* | Issa HAYATOU |

** † 30 July 2014*

FIFA GOVERNANCE REPORT

# 3. GENERAL SECRETARIAT

The General Secretariat carries out all of the administrative work of FIFA under the direction of the Secretary General. The Secretary General is the chief executive of the General Secretariat and is appointed on the basis of an agreement governed by private law.

The Secretary General is responsible for:

- implementing decisions passed by the Congress and Executive Committee in compliance with the President's directives;
- managing and keeping FIFA's accounts properly;
- compiling the minutes for the meetings of the Congress, Executive Committee, Emergency Committee and standing and ad-hoc committees;
- maintaining FIFA's correspondence;
- managing relations with the confederations, members and committees;
- organising the General Secretariat;
- appointing and dismissing staff working in the General Secretariat;
- signing decisions on behalf of any FIFA committee, provided that no other ruling exists in the relevant regulations.

The President appoints the managerial staff (directors) in the General Secretariat on the proposal of the Secretary General.

The detailed duties, powers and responsibilities of the FIFA General Secretariat and FIFA employees are regulated by the FIFA Internal Organisational Directives (InOD), based on the FIFA Statutes.

# 4. KEY MANAGEMENT PERSONNEL

### FIFA Secretary General

Frenchman Jérôme Valcke was appointed Secretary General by the FIFA Executive Committee on 27 June 2007. Mr Valcke joined FIFA in the summer of 2003, as the Director of Marketing & TV.

Nationality: France
Date of birth: 6 October 1960
Mother tongue: French
Other languages: English, German, Spanish

**Professional career**

Jérôme Valcke has worked with several different companies during his career. He began working for Canal+ as a journalist in 1984 and became Assistant Director of its sports department in 1991. Canal+ then put him in charge of its new Sport+ channel in 1997, a post he held until 2002, when Sport+ became part of the merger that produced Sportfive. He worked as Chief Operating Officer at the new entity for a year, before joining FIFA as Director of Marketing & TV in June 2003.

The General Secretariat is the administrative body led by the following key management personnel:

| Name | Nationality | Position | Since |
|---|---|---|---|
| Joseph S. BLATTER | Switzerland | President | 1998 |
| Jérôme VALCKE | France | Secretary General | 2007 |
| Dr Markus KATTNER | Germany/ Switzerland | Deputy Secretary General / Director of Finance & Administration | 2003 |
| Christine BOTTA | Switzerland | Director of the Executive Office of the President | 2008 |
| Walter DE GREGORIO | Switzerland | Director of Communications & PA | 2011 |
| Niclas ERICSON | Sweden | Director of TV | 2003 |
| Mustapha FAHMY | Egypt | Director of Competitions | 2010 |
| Ralf MUTSCHKE | Germany | Director of Security | 2012 |
| Martin SCHLATTER | Switzerland | Managing Director of the FIFA World Football Museum | 2014 |
| Fred SCHWENTER | Switzerland | Director of HR & Corporate Services | 2014 |
| Thierry REGENASS | Switzerland | Director of MA & Development | 2008 |
| Marco VILLIGER | Switzerland | Director of Legal Affairs | 2007 |
| Thierry WEIL | France | Director of Marketing | 2007 |

FIFA GOVERNANCE REPORT

# 5. COMPLIANCE AND CONTROL

### 5.1. FIFA Compliance Unit

The FIFA Compliance Unit is the body to which FIFA has entrusted its compliance function, assuming responsibility for risk assessment, the Internal Control System, internal audit tasks and compliance management tasks. The FIFA Compliance Unit's oversight is based on two key management personnel – the Director of the Finance & Administration Division and the Director of the Legal Affairs Advisory Division. As a consequence, the FIFA Compliance Unit reports to the FIFA Secretary General and to the chairman of the FIFA Audit and Compliance Committee.

The FIFA Compliance Unit monitors and supports FIFA employees to comply with the law and the rules of ethics and the relevant FIFA Internal Rules. The Compliance Unit focuses particularly on identifying, assessing, advising on, monitoring and reporting legal, reputational and loss risks resulting from a violation of such laws and rules (compliance risks).

The FIFA Compliance Unit has the following duties, powers and responsibilities:

- to handle, investigate and submit (with a proposal for appropriate measures to be implemented) to the FIFA Secretary General cases of alleged non-compliance by FIFA team members (except for the FIFA Secretary General);
- to support the FIFA Secretary General and the FIFA Audit and Compliance Committee when requested to do so with regard to the fulfilment of their responsibilities regarding compliance;
- to research legal and regulatory developments relevant to FIFA and regularly inform the FIFA Secretary General, the FIFA Audit and Compliance Committee and, where appropriate, other officials and FIFA employees about such developments;
- to provide legal advice to, instruct and educate FIFA employees in the area of compliance;
- to review at any time any organisational unit of FIFA regarding matters of compliance with a view to recognising, assessing and preventing compliance risks;
- to report cases regularly (or, in the event of an emergency, immediately) to the FIFA Secretary General.

In order to fulfil its duties, powers and responsibilities, the FIFA Compliance Unit has unrestricted right of access to and inspection of any organisational unit of FIFA.

Within the FIFA Compliance Unit, the Director of the Finance & Administration Division is responsible for all operational and financial reporting matters and the Director of the Legal Affairs Advisory Division for all legal matters. The two directors are collectively responsible for all other matters.

The members of the FIFA Compliance Unit may assign members of their staff in the Finance & Administration Division and the Legal Affairs Advisory Division to the FIFA Compliance Unit.

### 5.2. Internal Control System

FIFA's Internal Control System (ICS) is based on the internationally recognised COSO framework covering operations, financial reporting and compliance. The documentation of the controls is an important part of the ICS (art. 728a of the Swiss Code of Obligations), as otherwise the effectiveness of the controls cannot be demonstrated. The existence of the ICS is audited by the external auditors on a yearly basis.

FIFA GOVERNANCE REPORT

# 6. SUBSIDIARIES

FIFA has subsidiaries in four countries and a network of independent local tournament organising committees serving in the respective country in which the event takes place. The financial statements of the subsidiaries are included in the consolidated financial statements from the date that control commenced until the date that control ceased. Details can be found in Note 32 of the consolidated financial statements.

# 7. COMPENSATION

The compensation of the FIFA President, the members of the Executive Committee, the Secretary General and the key management is set by the Compensation Sub-Committee. No parties other than this committee have the right to define the compensation of the aforementioned individuals.

The annual remuneration of the Executive Committee corresponds to a fixed amount. There is no variable compensation for the Executive Committee members.

The Compensation Sub-Committee has decided to conduct an independent executive benchmarking analysis to serve as a basis for evaluating the current salary levels of FIFA's senior management (particularly the President and Secretary General). In early 2014, the mandate for this analysis was given to an independent, external company that specialises in HR and compensation issues.

In order to evaluate the salary level, comparable data was collected as part of a global best-practice market analysis (benchmarking) in which basic salaries and short- and long-term variable salary components were all taken into account. Two reference groups (A and B) were then defined, consisting of global companies to provide as much comparability to FIFA as possible.

Reference group A consisted of the most important companies in the areas of communications, advertising, media and consumer goods, of companies with a brand of global recognition, and of FIFA's marketing partners.

Reference group B consisted of companies with a similar turnover to FIFA that operate in the areas of communications, advertising, media and consumer goods and also have a brand of global recognition.

In doing so, specific recommendations from Ethos (Ethos, 2012 Executive Remuneration in the 100 Largest Companies Listed in Switzerland, January 2014) in relation to the structure of salary payments were considered and then compared to the current situation at FIFA.

The executive benchmarking analysis revealed that the current salary levels of FIFA's senior management are within the range of the two reference groups, and that FIFA meets the majority of Ethos' recommendations.

Members of the standing committees and the judicial bodies receive daily allowances when they meet. The chairmen and deputy chairmen of the standing committees and judicial bodies receive daily allowances and additional compensation reflecting their workload.

FIFA GOVERNANCE REPORT

# 8. RULES & REGULATIONS

### 8.1. Code of Conduct

FIFA has developed a Code of Conduct which has been fully endorsed by the Congress and applies to all members of the FIFA family: officials (all board members, committee members, referees and assistant referees, coaches, trainers and any other persons responsible for technical, medical and administrative matters at FIFA, a confederation, association, league or club), FIFA employees, players, member associations, members of associations, match officials, players' agents and match agents as defined in the FIFA Statutes.

The FIFA Code of Conduct defines the most important values and principles for behaviour and conduct. In summary, the Code of Conduct requires that all who are bound by this Code act with the utmost integrity and objectivity, and in compliance with the Code, the spirit of the law and FIFA's policies at all times.

### 8.2. Code of Ethics

The FIFA Code of Ethics, approved by the FIFA Executive Committee on 17 July 2012, applies to conduct that damages the integrity and reputation of football and in particular to illegal, immoral and unethical behaviour. The code focuses on general conduct within association football that has little or no connection with action on the field of play. All officials and players as well as match and players' agents are bound by the FIFA Code of Ethics. The code also incorporates detailed provisions on its organisation and procedures.

FIFA has also created a Code of Ethics e-learning tool designed to help football officials across the 209 member associations become more familiar with the provisions of the Code of Ethics and ensure, therefore, the necessary compliance. Published on FIFA's official website, FIFA.com, the e-learning tool provides an overview of the scope of the Code of Ethics, the consequences of violating it, and a review of the Rules of Conduct.

### 8.3. FIFA Organisation Regulations

The FIFA Organisation Regulations govern the organisation of FIFA, based on the FIFA Statutes, and regulate (i) the duties, powers and responsibilities of FIFA bodies listed in art. 21 of the FIFA Statutes (with the exception of the Congress) and members of those bodies, as well as (ii) certain aspects of the judicial bodies listed in art. 61 of the FIFA Statutes.

## 8.4. FIFA Internal Organisation Directives

The FIFA Internal Organisation Directives (InoD) govern the internal organisation of FIFA, based on the FIFA Statutes, and regulate the duties, powers and responsibilities of (i) the FIFA General Secretariat and (ii) FIFA employees. FIFA employees are furthermore subject to the provisions contained in the relevant employment contracts governing their duties, powers and responsibilities.

## 8.5. Other regulations

Laws

- Laws of the Game 2014/2015
- Beach Soccer Laws of the Game
- Futsal Laws of the Game 2014/2015

FIFA tournament regulations

- Regulations for the Olympic Football Tournaments Rio de Janeiro 2016
- Regulations for the FIFA U-17 World Cup Chile 2015
- Regulations for the FIFA Beach Soccer World Cup Portugal 2015
- Regulations for the FIFA Women's World Cup Canada 2015™
- Regulations for the FIFA U-20 World Cup New Zealand 2015
- Regulations for the FIFA U-20 Women's World Cup Canada 2014
- Regulations for the 2014 FIFA World Cup Brazil™
- Media and Marketing Regulations for the Final Competition of the 2014 FIFA World Cup Brazil™
- Regulations for the Youth Olympic Football Tournaments Nanjing 2014
- Regulations for the FIFA U-17 Women's World Cup Costa Rica 2014
- Regulations for the FIFA Club World Cup Morocco 2014

FIFA Development regulations

- General Regulations for FIFA Development Programmes
- *Goal* Programme Regulations
- FIFA Financial Assistance Programme (FAP) Regulations
- PERFORMANCE Regulations
- Women's Football Development Programmes and Guidelines 2015-2018
- FIFA Course Catalogue
- Regulations for the adidas *Goal* ball project
- FIFA Win-Win Programme Regulations
- Challenger Programme Regulations

Miscellaneous regulations

- Application form for participating in an international match or competition
- Application form for hosting an international match or competition
- Regulations Governing International Matches
- FIFA Public Viewing Exhibition Licence (All Territories Except Colombia)
- FIFA Regulations for Non-Commercial Public Viewing Exhibitions (Territory: Colombia)
- FIFA Commercial Public Viewing Exhibition Licence (Territory: Colombia)
- FIFA Public Viewing Exhibition Licence (All Territories Except Mexico)
- FIFA Commercial Public Viewing Exhibition Licence (Territory: Mexico)
- FIFA Regulations for Non-Commercial Public Viewing Exhibitions (Territory: Mexico)
- Football Stadiums: Technical recommendations and requirements – 5th Edition
- Regulations on the Organisation of Refereeing in FIFA Member Associations
- Regulations Governing the Admission of Associations to FIFA
- Equipment Regulations
- Guide to Artificial Lighting for Football Pitches
- FIFA Stadium Safety and Security Regulations
- Regulations on Working with Intermediaries
- FIFA Anti-Doping Regulations
- FIFA Regulations on Gender Verification
- Regulations Governing the Award of FIFA Orders of Merit
- Data Protection Regulations

Transfers, players' status, clubs, agents regulations

- Rules Governing the Procedures of the Players' Status Committee and the Dispute Resolution Chamber
- Regulations on the Status and Transfer of Players
- Technical Bulletin – FIFA Club Protection Programme
- Club Licensing Regulations
- Commentary on the Regulations for the Status and Transfer of Players
- Players' Agents Regulations
- Annexe 6 of the Regulations on the Status and Transfer of Players: Rules for the Status and Transfer of Futsal Players
- Match Agents Regulations

Others

- Electoral Regulations for the FIFA Presidency
- Standard Cooperation Agreement
- National Dispute Resolution Chamber (NRDC) – Standard Regulations
- Standard Electoral Code
- FIFA Disciplinary Code

All regulations can be found on FIFA.com.

### 8.6. Related-party considerations

FIFA has adopted a related-party policy, which shall ensure full compliance with required disclosures of related parties and related-party transactions in accordance with International Financial Reporting Standards (IFRS). Furthermore, the policy governs the financial transparency of all transactions on a day-to-day basis.

The FIFA Related-Party Policy defines the applicability and the definition of related parties. Further internal regulations support this policy, such as the Code of Ethics and various regulations for development activities. Furthermore, the FIFA Procurement Guidelines regulate the bidding requirements and relevant procedures. All significant contracts require a sign-off on related-party considerations by the project leader. Based on these guidelines, a professional and transparent procurement procedure is systematically applied based on objective criteria.

FIFA GOVERNANCE REPORT

# 9. CAPITAL AND RESERVES

The association capital is CHF 5 million.

FIFA was established in the legal form of an association pursuant to articles 60 ff. of the Swiss Civil Code. FIFA is a non-profit organisation and is obliged to spend its results, reserves and funds based on its objective to improve the game of football and promote it globally, particularly through youth and development programmes. As FIFA is an association, no dividends are paid.

FIFA balances out revenue and expenditure over the financial period and has to build up sufficient reserves to guarantee the fulfilment of its major duties. The purpose of the reserves is to protect FIFA against risks and unforeseen events, in particular in relation to the FIFA World Cup™. The financial dependency of FIFA on the FIFA World Cup™, which takes place every four years, needs to be considered, since the FIFA World Cup™ is FIFA's main revenue source. In addition, the restricted reserves cover FIFA's future non-profit activities, such as development programmes and other FIFA events. The use of the reserves is restricted to FIFA's statutory duties such as the organisation of international competitions, in particular the FIFA World Cup™, and implementation of football-related development programmes.

If FIFA is disbanded, its assets shall be transferred to the supreme court of the country in which its headquarters are situated. It shall hold these assets in trust as *bonus pater familiae* until FIFA is re-established.

# 10. EXTERNAL AUDIT

The external auditors are appointed by the FIFA Congress. On 1 June 2011, the 61st FIFA Congress reappointed KPMG as auditors for the 2011-2014 four-year period. The auditors shall be appointed for a period of four years according to art. 74 of the FIFA Statutes. This mandate may be renewed. The external auditors are responsible for auditing the annual consolidated financial statements of FIFA and submit an audit report to the FIFA Congress. Roger Neininger, Licensed Audit Expert and Auditor in Charge, has served for the existing auditing mandate since 1 June 2011.

The annual audit plan is presented to the FIFA Audit and Compliance Committee for approval on a yearly basis. All further ad-hoc work performed by auditors is subject to the Procurement Guidelines as well as the approval of the Audit and Compliance Committee's chairman.

FIFA GOVERNANCE REPORT

# 11. INFORMATION POLICY

Detailed information on FIFA's activities can be found in various reports and documents published by FIFA. Many of these documents and reports are also available in electronic format and retrievable for several years on FIFA's official website, FIFA.com. FIFA's archives located in the FIFA headquarters are open to academic researchers and members of the media.

FIFA's website, FIFA.com, contains information such as:
- Annual FIFA Financial Reports
- Annual Activity Reports
- Sustainability Strategy for the 2014 FIFA World Cup™
- Background papers on various topics
- Various publications (e.g. brochures, books, etc.)

Laws and regulations can be found on FIFA.com under the section "About FIFA" > "Official Documents". The internet, where FIFA has set a benchmark with its FIFA.com website, plays a crucial role in communication. FIFA's official website offers unique coverage of world football and FIFA competitions as well as comprehensive information on FIFA as an organisation. FIFA.com is available in the four official FIFA languages (English, German, French and Spanish), as well as Arabic and Portuguese.

**Contact:**
Fédération Internationale de Football Association
FIFA-Strasse 20, P.O. Box, 8044 Zurich, Switzerland
T: +41 (0)43 222 7777, F: +41 (0)43 222 7878
en.fifa.com





Images that were flashed around the world: the German team hold the coveted trophy aloft following their 1-0 win after extra time in a thrilling final against Argentina.

# CONSOLIDATED FINANCIAL STATEMENTS ACCORDING TO INTERNATIONAL FINANCIAL REPORTING STANDARDS (IFRS) AS AT 31 DECEMBER 2014


| | Page |
|---|---|
| **Consolidated statement of comprehensive income** | **88** |
| **Consolidated balance sheet** | **89** |
| **Consolidated cash flow statement** | **90** |
| **Consolidated statement of changes in reserves** | **91** |


## NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS


| | | |
|---|---|---|
| **Significant accounting policies** | | **92** |
| A | General information and statement of compliance | 92 |
| B | Basis of presentation | 92 |
| C | Basis of consolidation | 94 |
| D | Foreign currency | 94 |
| E | Income statement | 95 |
| F | Revenue recognition | 95 |
| G | Event-related expenses | 96 |
| H | Development-related expenses | 97 |
| I | Operating lease payments | 97 |
| J | Financial expenses and financial income | 97 |
| K | Taxes and duties | 98 |
| L | Cash and cash equivalents | 98 |
| M | Derivatives | 98 |
| N | Hedging | 99 |
| O | Receivables | 99 |
| P | Property and equipment | 99 |
| Q | Investment properties | 100 |
| R | Non-derivative financial assets | 100 |
| S | Non-derivative financial liabilities | 101 |
| T | Impairment | 101 |
| U | Interest-bearing liabilities | 101 |
| V | Employee benefit obligations | 102 |
| W | Provisions | 102 |
| X | Reserves | 102 |
| Y | Use of estimates and judgments | 103 |

| **Notes to the consolidated statement of comprehensive income** | | **104** |
|---|---|---|
| 1 | Revenue from television broadcasting rights | 104 |
| 2 | Revenue from marketing rights | 105 |
| 3 | Revenue from licensing rights | 106 |
| 4 | Revenue from hospitality rights | 106 |
| 5 | Other event-related revenue | 106 |
| 6 | Event-related expenses | 107 |
| 7 | Other operating income | 109 |
| 8 | Development-related expenses | 109 |
| 9 | Football governance | 112 |
| 10 | Exploitation of rights | 112 |
| 11 | Personnel expenses | 113 |
| 12 | Other operating expenses | 117 |
| 13 | Financial income | 118 |
| 14 | Financial expenses | 118 |
| 15 | Taxes and duties | 119 |

| **Notes to the consolidated balance sheet** | | **120** |
|---|---|---|
| 16 | Cash and cash equivalents | 120 |
| 17 | Receivables | 120 |
| 18 | Prepaid expenses and accrued income | 121 |
| 19 | Property and equipment | 122 |
| 20 | Investment properties | 123 |
| 21 | Financial assets | 124 |
| 22 | Payables | 124 |
| 23 | Accrued expenses and deferred income | 125 |
| 24 | Provisions | 126 |
| 25 | Reserves | 126 |

| **Other disclosures** | | **128** |
|---|---|---|
| 26 | Financial risk management | 128 |
| 27 | Hedging activities and derivative financial instruments | 133 |
| 28 | Legal matters and contingent liabilities | 135 |
| 29 | Capital commitments | 135 |
| 30 | Operating leases | 135 |
| 31 | Related-party transactions | 136 |
| 32 | Consolidated subsidiaries | 137 |
| 33 | Post-balance-sheet events | 137 |


These consolidated financial statements are published in English, German, French and Spanish. If there is any divergence in the wording, the English original text is authoritative.

## CONSOLIDATED STATEMENT OF COMPREHENSIVE INCOME

| in TUSD | Note | 2014 | 2013 |
|---|---|---|---|
| **Event-related revenue** | | | |
| Revenue from television broadcasting rights | 1 | 742,638 | 629,980 |
| Revenue from marketing rights | 2 | 465,084 | 412,772 |
| Revenue from licensing rights | 3 | 54,230 | 25,696 |
| Revenue from hospitality rights | 4 | 110,637 | 47,163 |
| Other event-related revenue | 5 | 537,368 | 104,494 |
| **Total event-related revenue** | | **1,909,957** | **1,220,105** |
| **Event-related expenses** | | | |
| FIFA World Cup™ expenses | 6 | –788,040 | –559,441 |
| FIFA Club Protection Programme | 6 | –34,024 | –36,071 |
| Other FIFA event expenses | 6 | –79,448 | –161,296 |
| **Total event-related expenses** | | **–901,512** | **–756,808** |
| **Event-related gross result** | | **1,008,445** | **463,297** |
| Other operating income | 7 | 77,828 | 83,040 |
| Development-related expenses | 8 | –509,024 | –182,906 |
| Football governance | 9 | –66,809 | –60,299 |
| Exploitation of rights | 10 | –35,282 | –20,423 |
| Personnel expenses | 11 | –115,286 | –101,998 |
| Depreciation | 19–20 | –13,627 | –12,383 |
| Other operating expenses | 12 | –120,778 | –84,163 |
| Taxes and duties | 15 | –36,190 | –17,163 |
| **Operating result before financial items** | | **189,277** | **67,002** |
| Financial income | 13 | 108,244 | 82,848 |
| Financial expenses | 14 | –156,791 | –77,877 |
| **Net result for the year** | | **140,730** | **71,973** |
| | | | |
| **Other comprehensive income** | | | |
| **Items that will not be reclassified to the income statement** | | | |
| Remeasurements of post-employment benefit obligations | 11 | –18,434 | 12,263 |
| **Items that may be subsequently reclassified to the income statement** | | | |
| Effective portion of changes in fair value of hedging instruments | 27 | 3,541 | –10,395 |
| Net change in fair value of hedging instruments transferred to the income statement | 27 | 4,503 | 6,167 |
| Foreign currency translation differences | | –38,994 | –5,089 |
| **Total other comprehensive income** | | **–49,384** | **2,946** |
| **Total comprehensive income for the year** | | **91,346** | **74,919** |
| | | | |
| **Net result for the year** | | **140,730** | **71,973** |
| Allocation to restricted reserves | | –140,730 | –71,973 |
| **Result for the year after allocation** | | **0** | **0** |

## CONSOLIDATED BALANCE SHEET

| in TUSD | Note | 31 Dec 2014 | 31 Dec 2013 |
|---|---|---|---|
| **Assets** | | | |
| Cash and cash equivalents | 16 | 1,083,069 | 1,245,004 |
| Receivables | 17 | 181,098 | 264,212 |
| Derivative financial assets | 27 | 6,654 | 8,138 |
| Financial assets | 21 | 677,258 | 673,205 |
| Prepaid expenses and accrued income | 18 | 179,527 | 232,785 |
| **Current assets** | | **2,127,606** | **2,423,344** |
| Property and equipment | 19 | 196,846 | 157,615 |
| Investment properties | 20 | 26,889 | 0 |
| Financial assets | 21 | 580,367 | 583,859 |
| **Non-current assets** | | **804,102** | **741,474** |
| **Total assets** | | **2,931,708** | **3,164,818** |
| **Liabilities and reserves** | | | |
| Payables | 22 | 66,115 | 117,278 |
| Derivative financial liabilities | 27 | 32,959 | 16,556 |
| Accrued expenses and deferred income | 23 | 1,214,981 | 1,403,738 |
| **Current liabilities** | | **1,314,055** | **1,537,572** |
| Accrued expenses and deferred income | 23 | 78,420 | 183,062 |
| Derivative financial liabilities | 27 | 742 | 1,171 |
| Provisions | 24 | 15,593 | 11,461 |
| **Non-current liabilities** | | **94,755** | **195,694** |
| **Total liabilities** | | **1,408,810** | **1,733,266** |
| Association capital | 25 | 4,104 | 4,104 |
| Hedging reserve | 27 | 3,541 | –4,503 |
| Translation reserves | | –44,152 | –5,158 |
| Restricted reserves | 25 | 1,559,405 | 1,437,109 |
| **Reserves** | | **1,522,898** | **1,431,552** |
| **Total liabilities and reserves** | | **2,931,708** | **3,164,818** |

## CONSOLIDATED CASH FLOW STATEMENT

| in TUSD | Note | 2014 | 2013 |
|---|---|---|---|
| Net result for the year | | 140,730 | 71,973 |
| Depreciation | 19–20 | 13,627 | 12,383 |
| Net financial result | 13–14 | 48,547 | –4,971 |
| Other non-cash items | | 9,767 | 19,678 |
| Taxes and duties | 15 | 36,190 | 17,163 |
| | | | |
| Decrease in receivables | | 83,114 | 11,094 |
| Decrease in prepaid expenses and accrued income | | 53,258 | 70,338 |
| (Decrease)/Increase in payables | | –51,162 | 50,534 |
| Changes in fair value of derivatives | | 17,458 | –3,878 |
| (Decrease)/Increase in accrued expenses and deferred income | | –311,833 | 363,271 |
| Increase/(Decrease) in provisions | 24 | 4,133 | –2,930 |
| Taxes and duties paid | | –34,049 | –6,163 |
| **Net cash provided by operating activities** | | **9,780** | **598,492** |
| Purchase of property and equipment | 19 | –52,611 | –4,096 |
| Investment in financial assets | 21 | –638,507 | –941,414 |
| Repayments of financial assets | 21 | 632,507 | 485,938 |
| Interest received | 13 | 22,115 | 4,431 |
| Income from investments in financial assets | | 6 | 6,028 |
| Purchase of investment property | 20 | –27,136 | 0 |
| **Net cash used in investing activities** | | **–63,626** | **–449,113** |
| Interest paid | 14 | –2,436 | –2,583 |
| **Net cash used in financing activities** | | **–2,436** | **–2,583** |
| **Net (decrease)/increase in cash and cash equivalents** | | **–56,282** | **146,796** |
| | | | |
| **Cash and cash equivalents as at 1 January** | **16** | **1,245,004** | **1,125,366** |
| Effect of exchange rate fluctuations | | –105,655 | –27,158 |
| Net (decrease)/increase in cash and cash equivalents | | –56,282 | 146,796 |
| **Cash and cash equivalents as at 31 December** | **16** | **1,083,067** | **1,245,004** |

## CONSOLIDATED STATEMENT OF CHANGES IN RESERVES

| in TUSD | Association capital | Hedging reserve | Translation reserves | Restricted reserves | Total |
|---|---|---|---|---|---|
| **Balance as at 1 January 2013** | **4,104** | **–275** | **–69** | **1,352,873** | **1,356,633** |
| Effective portion of changes in fair value of hedging instruments | 0 | –10,395 | 0 | 0 | –10,395 |
| Net change in fair value of hedging instruments transferred to the income statement | 0 | 6,167 | 0 | 0 | 6,167 |
| Remeasurements of post-employment benefit obligations | 0 | 0 | 0 | 12,263 | 12,263 |
| Foreign currency translation differences | 0 | 0 | –5,089 | 0 | –5,089 |
| **Total other comprehensive income** | **0** | **–4,228** | **–5,089** | **12,263** | **2,946** |
| Net result for the year | 0 | 0 | 0 | 71,973 | 71,973 |
| **Total comprehensive income for the year** | **0** | **–4,228** | **–5,089** | **84,236** | **74,919** |
| **Balance as at 31 December 2013** | **4,104** | **–4,503** | **–5,158** | **1,437,109** | **1,431,552** |

| in TUSD | Association capital | Hedging reserve | Translation reserves | Restricted reserves | Total |
|---|---|---|---|---|---|
| **Balance as at 1 January 2014** | **4,104** | **–4,503** | **–5,158** | **1,437,109** | **1,431,552** |
| Effective portion of changes in fair value of hedging instruments | 0 | 3,541 | 0 | 0 | 3,541 |
| Net change in fair value of hedging instruments transferred to the income statement | 0 | 4,503 | 0 | 0 | 4,503 |
| Remeasurements of post-employment benefit obligations | 0 | 0 | 0 | –18,434 | –18,434 |
| Foreign currency translation differences | 0 | 0 | –38,994 | 0 | –38,994 |
| **Total other comprehensive income** | **0** | **8,044** | **–38,994** | **–18,434** | **–49,384** |
| Net result for the year | 0 | 0 | 0 | 140,730 | 140,730 |
| **Total comprehensive income for the year** | **0** | **8,044** | **–38,994** | **122,296** | **91,346** |
| **Balance as at 31 December 2014** | **4,104** | **3,541** | **–44,152** | **1,559,405** | **1,522,898** |

# NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

## SIGNIFICANT ACCOUNTING POLICIES

### A GENERAL INFORMATION AND STATEMENT OF COMPLIANCE

The Fédération Internationale de Football Association (FIFA), domiciled in Zurich, Switzerland, is an international non-governmental, non-profit organisation in the form of an association according to Swiss law. FIFA consists of 209 associations affiliated to six confederations. FIFA's principal mission is to promote the game of association football in every way it deems fit. FIFA uses its reserves in pursuit of its principal mission.

FIFA prepares the consolidated financial statements in accordance with International Financial Reporting Standards (IFRS).

Based on the FIFA Statutes, the financial period of FIFA is four years and begins on 1 January in the year following the final competition of the FIFA World Cup™. While these consolidated financial statements cover the period from 1 January 2014 to 31 December 2014, FIFA's current financial reporting cycle extends from 1 January 2011 to 31 December 2014.

### B BASIS OF PRESENTATION

The consolidated financial statements are presented in US dollars (USD), which is the functional currency of FIFA.

The consolidated financial statements are prepared on a historical cost basis, except that the following assets and liabilities are stated at fair value: derivative financial instruments and certain financial assets.

**New and amended standards and interpretations adopted by FIFA**
The following standards and interpretations came into effect in 2014:
- Offsetting Financial Assets and Financial Liabilities (Amendments to IAS 32)
- Investment Entities (Amendments to IFRS 10, IFRS 12 and IAS 27)
- Recoverable Amount Disclosures for Non-Financial Assets (Amendments to IAS 36)
- Novation of Derivatives and Continuation of Hedge Accounting (Amendments to IAS 39)
- IFRIC 21 Levies

None of these standards and interpretations had a significant influence on FIFA's consolidated financial statements for 2014.

**New and amended standards and interpretations not yet adopted**

A number of new standards and amendments to standards and interpretations are effective for annual periods beginning after 1 January 2015, and have not been applied in preparing these consolidated financial statements.

New standards:

- IFRS 14 Regulatory Deferral Accounts, effective 1 January 2016. Planned application by FIFA in the reporting year 2016.
- IFRS 15 Revenue from Contracts with Customers, effective 1 January 2017. Planned application by FIFA in the reporting year 2017.
- IFRS 9 Financial Instruments, effective 1 January 2018. Planned application by FIFA in the reporting year 2018.

Revisions and amendments of standards and interpretations:

- Defined Benefit Plans: Employee Contributions (Amendments to IAS 19), effective 1 July 2014. Planned application by FIFA in the reporting year 2015.
- Annual Improvements to IFRSs 2010-2012 Cycle, effective 1 July 2014. Planned application by FIFA in the reporting year 2015.
- Annual Improvements to IFRSs 2011-2013 Cycle, effective 1 July 2014. Planned application by FIFA in the reporting year 2015.
- Accounting for Acquisitions of Interests in Joint Operations (Amendments to IFRS 11), effective 1 January 2016. Planned application by FIFA in the reporting year 2016.
- Clarification of Acceptable Methods of Depreciation and Amortization (Amendments to IAS 16 and IAS 38), effective 1 January 2016. Planned application by FIFA in the reporting year 2016.
- Bearer Plants (Amendments to IAS 16 and IAS 41), effective 1 January 2016. Planned application by FIFA in the reporting year 2016.
- Equity Method in Separate Financial Statements (Amendments to IAS 27), effective 1 January 2016. Planned application by FIFA in the reporting year 2016.
- Sale or Contribution of Assets between an Investor and its Associate or Joint Venture (Amendments to IFRS 10 and IAS 28), effective 1 January 2016. Planned application by FIFA in the reporting year 2016.
- Annual Improvements to IFRSs 2012-2014 Cycle, effective 1 January 2016. Planned application by FIFA in the reporting year 2016.
- Investment Entities: Applying the Consolidation Exception (Amendments to IFRS 10, IFRS 12 and IAS 28). Planned application by FIFA in the reporting year 2016.
- Disclosure Initiative (Amendments to IAS 1). Planned application by FIFA in the reporting year 2016.

None of the above listed standards and interpretations are expected to have a significant effect on the consolidated financial statements of FIFA, except for the following:

On 28 May 2014, the International Accounting Standards Board (IASB) published IFRS 15 Revenue from Contracts with Customers, the product of a major joint project between the IASB and the US Financial Accounting Standards Board (FASB). IFRS 15 replaces the existing standard IAS 18 Revenue, IAS 11 Construction Contracts and some revenue-related interpretations and establishes a new control-based revenue recognition model. This changes the basis for deciding whether revenue is to be recognised over time or at a point in time and expands and improves disclosures about revenue. IFRS 15 is effective for

reporting periods beginning on or after 1 January 2017. FIFA is currently assessing potential impacts of the new standard and its application.

## C BASIS OF CONSOLIDATION

The term "FIFA" is hereafter also used for the consolidated group, which represents FIFA and its subsidiaries.

Subsidiaries are all entities over which FIFA has control. FIFA controls an entity when FIFA is exposed to, or has rights to, variable returns from its involvement with the entity and has the ability to affect those returns through its power over the entity. Subsidiaries are fully consolidated from the date on which control is transferred to the group. They are deconsolidated from the date that control ceases. The individual subsidiaries included in this consolidation are shown in Note 32. The non-controlling interests are immaterial.

Intra-group balances and transactions and any unrealised gains arising from intra-group transactions are eliminated in preparing the consolidated financial statements. Unrealised losses are eliminated in the same way as unrealised gains, but only to the extent that there is no evidence of impairment.

## D FOREIGN CURRENCY

**a) Foreign currency transactions and balances**
Transactions in foreign currencies are converted at the foreign exchange rate ruling on the date of the transaction. Monetary assets and liabilities denominated in foreign currencies on the balance sheet date are converted at the foreign exchange rate ruling on that date. Foreign exchange differences arising from conversion are recognised in the income statement.

**b) Financial statements of foreign subsidiaries**
For FIFA's foreign subsidiaries, assets and liabilities including fair value adjustments arising on consolidation are converted into USD at the foreign exchange rate ruling on the balance sheet date. The revenue and expenses of foreign subsidiaries are converted into USD at the average foreign exchange rates of the period. Exchange differences arising from conversion of the accounts of foreign subsidiaries are recognised in other comprehensive income.

The following USD exchange rates have been used:

| | 31 Dec 2014 | Average 2014 | 31 Dec 2013 | Average 2013 |
|---|---|---|---|---|
| CHF | 1.0012 | 1.0851 | 1.1148 | 1.0699 |
| EUR | 1.2161 | 1.3331 | 1.3793 | 1.3262 |
| GBP | 1.5567 | 1.6482 | 1.6485 | 1.5723 |
| BRL | 37.6775 | 42.7260 | 42.4115 | 46.9777 |
| RUB | 1.8248 | 2.7018 | 3.0483 | 3.1653 |

## E INCOME STATEMENT

The consolidated income statement has the following elements: event-related revenue, event-related expenses, other operating income, development-related expenses and other operating expenses. This structure reflects FIFA's objectives to improve the game of football constantly and promote it globally, particularly through youth and development programmes. Event-related revenue and expenses are directly related to the organisation and realisation of the FIFA World Cup™ and other FIFA events. For accounting purposes, FIFA defines other FIFA events as all other football events, such as the FIFA Women's World Cup™, FIFA Confederations Cup, FIFA Club World Cup, FIFA U-20 World Cup, FIFA U-17 World Cup, FIFA U-20 Women's World Cup, FIFA U-17 Women's World Cup, Olympic Football Tournaments, FIFA Futsal World Cup, FIFA Beach Soccer World Cup, Blue Stars/FIFA Youth Cup and FIFA Interactive World Cup.

## F REVENUE RECOGNITION

Event-related revenue primarily relates to the sale of the following rights:

- Television broadcasting rights
- Marketing rights
- Licensing rights
- Hospitality rights

Under these revenue-generating contracts, FIFA receives either fixed royalty payments or royalties in the form of guaranteed minimum payments plus additional sales-based payments (profit share). Such revenue elements are only recognised if it is likely that FIFA will receive additional payments.

Revenue directly related to the FIFA World Cup™ event is recognised in the income statement using the percentage-of-completion method, if it can be estimated reliably. The stage of completion of the FIFA World Cup™ event is assessed as incurred evenly over the project preparation period, which is four years. While this generally applies to fixed royalty and guaranteed minimum payments, additional sales-based revenue (profit share) is included in the percentage-of-completion method only when the amount is likely and can be measured reliably.

Revenue from hospitality rights is recognised in the income statement using the percentage-of-completion method, if it can be estimated reliably. If it is not considered probable that the economic benefit from hospitality rights will flow to FIFA, such revenue is recognised in line with payments received.

Ticket sales in connection with the FIFA Confederations Cup Brazil 2013 and the 2014 FIFA World Cup Brazil™ are recognised in the year the event takes place, whereas the ticket sales of the FIFA Confederations Cup South Africa 2009 and the 2010 FIFA World Cup South Africa™ have not been recognised since the 2010 FIFA World Cup Organising Committee South Africa was the beneficiary of the net revenue.

Revenue from rendering of services is recognised in the accounting period in which the services are rendered.

Revenue relating to other FIFA events is deferred during the preparation period and is recognised in the income statement when the event takes place.

FIFA receives value-in-kind revenue from several Commercial Affiliates. This value-in-kind revenue consists of predetermined services and delivery of goods to be used in connection with the 2014 FIFA World Cup Brazil™ or other FIFA events. The revenue is recognised when the services/goods have been received and the equivalent costs are accounted for in the same period as an event-related expense.

## G EVENT-RELATED EXPENSES

Event-related expenses are the gross outflow of economic benefits that arise in the ordinary activity of organising an event.

Since FIFA organises the FIFA World Cup™ event over a period of four years, expenses relating to the event are recognised based on the stage of completion of the event, as determined for event-related revenue recognition purposes. The costs of the event are estimated based on the approved budgets of all event-related projects and include an estimation uncertainty.

During the four-year preparation period, differences between event-related expenses recognised and event-related expenses incurred are presented as event-related accrued expenses and deferred expenses respectively.

Expenses relating to other FIFA events are deferred during the preparation period, consistent with the treatment of related revenues, and are recognised in the income statement in the period in which the event takes place.

## H DEVELOPMENT-RELATED EXPENSES

FIFA gives financial assistance to member associations and confederations in return for past or future compliance with certain conditions relating to their activities. During the four-year period under review, FIFA is providing each member association and confederation with funds under the Financial Assistance Programme (FAP). The *Goal* Programme provides member associations with specific funding for tailor-made projects. The expenses are recorded in the income statement once FIFA has approved the project in question.

For other development projects, expenses are recognised as incurred.

## I OPERATING LEASE PAYMENTS

Payments made under operating leases are recognised in the income statement on a straight-line basis over the term of the respective lease.

## J FINANCIAL EXPENSES AND FINANCIAL INCOME

Financial income comprises interest income from interest-bearing receivables and debt securities, foreign exchange gains, gains on derivatives that are not accounted for as hedging instruments and gains arising from a change in the fair value of financial assets at fair value through profit or loss. Financial expenses consist of interest on financial liabilities, foreign exchange losses, losses on derivatives not accounted for as hedging instruments and losses arising from a change in the fair value of financial assets at fair value through profit or loss.

Interest income is recognised in the income statement using the effective interest rate method. Dividend income is recognised in the income statement on the date that the dividend is declared.

## K TAXES AND DUTIES

FIFA was established in the legal form of an association pursuant to articles 60ff. of the Swiss Civil Code. Pursuant to article 2 of its Statutes, FIFA's objective is to improve the game of football constantly and promote it globally, particularly through youth and development programmes. FIFA is a non-profit organisation and is obliged to spend its reserves for the above-mentioned purpose.

FIFA is taxed in Switzerland according to the ordinary taxation rules applying to associations. The non-profit character of FIFA and the four-year accounting cycle are thereby taken into account. The subsidiaries are taxed according to the relevant tax legislation.

This position includes all non-recoverable taxes and duties borne by FIFA or its subsidiaries.

Therefore, a reconciliation of the effective tax rate to the consolidated result before tax would not be meaningful. Consequently, this reconciliation has not been carried out. No taxes are recognised in other comprehensive income.

## L CASH AND CASH EQUIVALENTS

Cash and cash equivalents comprise cash on hand, post and bank accounts, as well as call accounts and short-term deposits with an original maturity of 90 days or less.

## M DERIVATIVES

FIFA uses derivative financial instruments to hedge its exposure to foreign exchange rate risks arising from operating and investing activities. FIFA does not hold or issue derivative financial instruments for trading purposes. However, derivatives that do not qualify for hedge accounting are accounted for as trading instruments.

Derivatives are initially recognised at fair value. Subsequent to initial recognition, all derivatives are also stated at fair value. Gains and losses on remeasurement of derivatives that do not qualify for hedge accounting are recognised in the income statement immediately.

The fair value of forward exchange contracts is their market price at the balance sheet date, being the present value of the quoted forward price.

## N HEDGING

Where a derivative financial instrument hedges the exposure to variability in future cash flows from highly probable forecast transactions, the effective part of any gain or loss on remeasurement of the hedging instrument is recognised directly in the hedging reserve. The ineffective part of any gain or loss is recognised in the income statement immediately.

Gains or losses on a hedging instrument are reclassified from the hedging reserve in the same period in which the hedged forecasted cash flows affect profit or loss.

When a hedging instrument or hedge relationship is terminated but the hedged transaction is still expected to occur, the cumulative gain or loss recognised in the hedging reserve remains in the hedging reserve and is recognised in accordance with the above policy. If the hedged transaction is no longer expected to occur, the cumulative gain or loss recorded in the hedging reserve is recognised in the income statement immediately.

## O RECEIVABLES

Receivables from the sale of rights and other receivables are stated at amortised cost, which equals nominal value for short-term receivables less any allowance for doubtful debts. Allowances are made for specific known doubtful receivables.

Accounts receivable and payable are offset and the net amount is presented in the balance sheet when FIFA has a legally enforceable right to offset the recognised amounts and the transactions are intended to be settled on a net basis.

## P PROPERTY AND EQUIPMENT

Property and equipment are stated at acquisition cost less accumulated depreciation and impairment losses. Where parts of an item of property and equipment have different useful lives, they are accounted for as separate items of property and equipment. Repairs and maintenance costs are recognised in the income statement as an expense as they are incurred.

Depreciation is charged to the income statement on a straight-line basis over the estimated useful lives of property and equipment. Land is not depreciated. The estimated useful lives are as follows:

| | |
|---|---|
| Operational buildings | 20-50 years |
| Office and other equipment | 3-20 years |

## Q INVESTMENT PROPERTIES

Investment properties are measured using the cost model, i.e. stated at acquisition cost less accumulated depreciation and impairment losses. Any gain or loss on disposal of investment properties (calculated as the difference between the net proceeds from disposal and the carrying amount of the item) is recognised in profit or loss.

Depreciation is charged to the income statement on a straight-line basis over the estimated useful lives of investment properties. Land is not depreciated. The estimated useful lives of investment properties are 40 years.

## R NON-DERIVATIVE FINANCIAL ASSETS

FIFA classifies non-derivative financial assets into the following categories: loans and receivables, financial assets at fair value through profit or loss, and held-to-maturity financial assets.

FIFA's long-term investment objective is the real preservation of the value of its financial assets for the respective four-year budget period. As such, the respective debt securities purchased from 2011 onwards are classified as held to maturity.

Loans and receivables are those created by FIFA when providing money or services to third parties. Initially, they are recognised at fair value plus any directly attributable transaction costs. Subsequently, they are measured at amortised cost using the effective interest method less impairment losses.

Marketable equity securities are classified as at fair value through profit or loss. Such financial assets are measured at fair value with changes thereto recognised in profit or loss.

If FIFA has the positive intent and ability to hold debt securities to maturity, then such financial assets are classified as held to maturity. They are measured at amortised cost using the effective interest method less impairment losses.

Any debt or equity security that does not have a quoted market price in an active market and for which fair value cannot be reliably measured is stated at cost less impairment losses.

Financial assets and liabilities are offset and the net amount is presented in the balance sheet when FIFA has a legally enforceable right to offset the recognised amounts and the transactions are intended to be settled on a net basis.

## S NON-DERIVATIVE FINANCIAL LIABILITIES

Non-derivative financial liabilities such as payables are measured at amortised cost, which equals nominal value for short-term payables.

## T IMPAIRMENT

The carrying amounts of FIFA's property and equipment, investment properties and financial assets measured at amortised cost are reviewed at each balance sheet date to determine whether there is any indicator of impairment. If any such indication exists, the non-financial asset's recoverable amount, being the greater of its fair value less costs of disposal and its value in use, is estimated. An impairment loss is recognised in the income statement whenever the carrying amount of an asset or its cash-generating unit exceeds the respective recoverable amount.

A financial asset measured at amortised cost is impaired if there is objective evidence of impairment as a result of an event that occurred after initial recognition, and that event (i.e. default by a debtor) has an impact on the estimated future cash flows of that asset. An impairment loss in respect of such financial asset is calculated as the difference between its carrying amount and the present value of the estimated future cash flows discounted at the asset's original effective interest rate. Losses are recognised in profit or loss and reflected in an allowance account against loans and receivables or held-to-maturity investment securities.

When an event occurring after the impairment was recognised causes the impairment loss to decrease, the decrease is reversed through profit or loss.

## U INTEREST-BEARING LIABILITIES

Interest-bearing liabilities are recognised initially at fair value, less attributable transaction costs. Subsequent to initial recognition, interest-bearing liabilities are stated at amortised cost with any difference between cost and redemption value being recognised in the income statement over the borrowing term using the effective interest rate method.

## V EMPLOYEE BENEFIT OBLIGATIONS

The Swiss pension plan is accounted for as a defined benefit plan. The financial impact of this plan on the consolidated financial statements is determined in accordance with the projected unit credit method and applying actuarial assumptions based on best estimates at the balance sheet date.

Actuarial gains and losses on the post-employment obligation, comprising the effects of changes in assumptions and experience adjustments, as well as the difference between the theoretical and the actual income from plan assets, are recognised in other comprehensive income. Costs relating to the administration of the pension plan are recognised in other personnel expenses.

## W PROVISIONS

A provision is recognised when FIFA has a legal or constructive obligation as a result of a past event and it is probable that an outflow of economic benefits will be required to settle the obligation. If the effect is material, provisions are determined by discounting the expected future cash flows at a pre-tax rate that reflects current market assessments of the time, value of money and, where appropriate, the risks specific to the liability.

## X RESERVES

Reserves consist of association capital and restricted reserves, as well as a hedging reserve and translation reserves. As FIFA is an association, no dividends are paid.

Based on article 73 of the FIFA Statutes, the revenue and expenditure of FIFA shall be managed so that they balance out over the financial period. FIFA's major duties in the future shall be guaranteed through the creation of reserves. Therefore, the net result for the year is allocated to the reserves. Such reserves are presented as restricted reserves in the balance sheet.

In the event of the dissolution of FIFA, its funds shall not be distributed, but transferred to the supreme court of the country in which the headquarters are situated. The supreme court shall invest them in gilt-edged securities until the re-establishment of the federation.

## Y USE OF ESTIMATES AND JUDGMENTS

The preparation of financial statements requires management to make judgments, estimates and assumptions that affect the application of accounting policies and the reported amounts of assets, liabilities, income and expenses. Actual results may differ from these estimates. The consolidated financial statements of FIFA include estimates and assumptions that could influence the financial statements of subsequent financial years. Estimates and underlying assumptions are reviewed on an ongoing basis. Revisions to accounting estimates are recognised in the period in which the estimate is revised and in any future periods affected.

In particular, information about significant areas of estimation, uncertainty and critical judgments in applying accounting policies that have the most significant effect on the amount recognised in the financial statements are described in the following notes:

- Note 6 Event-related expenses: accounting estimates and judgments
- Note 11 Personnel expenses: accounting estimates and judgments

A number of FIFA's accounting policies and disclosures require the measurement of fair values. When measuring the fair value of an asset or a liability, the group uses observable market data as far as possible. Fair values are categorised into different levels in a fair value hierarchy based on the inputs used in the valuation techniques as follows:

- Level 1: quoted prices (unadjusted) in active markets for identical assets or liabilities.
- Level 2: inputs other than quoted prices included in Level 1 that are observable for the asset or liability, either directly (i.e. as prices) or indirectly (i.e. derived from prices).
- Level 3: inputs for the asset or liability that are not based on observable market data (unobservable inputs).

If the inputs used to measure the fair value of an asset or a liability might be categorised in different levels of the fair value hierarchy, then the fair value measurement is categorised in its entirety in the same level of the fair value hierarchy as the lowest level input that is significant to the entire measurement.

# NOTES TO THE CONSOLIDATED STATEMENT OF COMPREHENSIVE INCOME

## 1 REVENUE FROM TELEVISION BROADCASTING RIGHTS

| in TUSD | 2014 | 2013 |
|---|---|---|
| **Revenue from television broadcasting rights – FIFA World Cup™** | | |
| – Europe | 295,662 | 302,639 |
| – Asia and North Africa | 218,247 | 152,158 |
| – South and Central America | 97,050 | 92,650 |
| – North America and the Caribbean | 58,812 | 63,952 |
| – Rest of the world | 22,828 | 14,800 |
| – Other revenues | 108,888 | 1,606 |
| – Sales commission | –65,162 | –26,700 |
| **Total revenue from television broadcasting rights – FIFA World Cup™** | **736,325** | **601,105** |
| Other FIFA events | 6,313 | 28,875 |
| **Total revenue from television broadcasting rights** | **742,638** | **629,980** |

### Other revenue

Other revenue primarily contains the service revenues from broadcasters for the 2014 FIFA World Cup Brazil™.

A substantial part of the income from television broadcasting rights is denominated in EUR. The majority of the contractually agreed revenue in currencies other than USD is hedged. The revenue is decreased by the amount of TUSD 12,916 (2013: decrease by TUSD 6,807) to reflect the effect of hedge accounting (see also Note 27).

### Sales commission

The broadcasting rights in certain countries, especially in parts of Africa and parts of Asia, are sold in cooperation with agencies.

### Other FIFA events

The revenue from the television broadcasting rights for other FIFA events includes the revenue from the sale of television broadcasting rights and services offered to the broadcasters in connection with the FIFA U-20 Women's World Cup Canada 2014 and the FIFA U-17 Women's World Cup Costa Rica 2014.

## 2 REVENUE FROM MARKETING RIGHTS

| in TUSD | 2014 | 2013 |
|---|---|---|
| **Revenue from marketing rights – FIFA World Cup™** | | |
| – FIFA Partners | 177,125 | 177,125 |
| – FIFA World Cup Sponsors | 131,004 | 131,343 |
| – National Supporters | 45,993 | 46,016 |
| – FIFA Fan Fest™ | 6,920 | 6,922 |
| – Value-in-kind transactions | 105,079 | 46,304 |
| – Sales commission | –4,435 | –4,075 |
| **Total revenue from marketing rights – FIFA World Cup™** | **461,686** | **403,635** |
| Other FIFA events | 3,398 | 9,137 |
| **Total revenue from marketing rights** | **465,084** | **412,772** |

### Value-in-kind transactions

FIFA receives value-in-kind revenue from several Commercial Affiliates. This value-in-kind revenue consists of predetermined services and delivery of goods to be used in connection with the 2014 FIFA World Cup Brazil™, other FIFA events or development activities. The revenue is recognised when the services/goods have been received and the equivalent costs are accounted for in the same period as an event-related or development-related expense. In 2014, the value of the services or goods received amounted to TUSD 105,078 (2013: TUSD 46,304).

### Other FIFA events

The revenue from other FIFA events includes National Supporter payments in connection with the FIFA U-20 Women's World Cup Canada 2014 and the FIFA U-17 Women's World Cup Costa Rica 2014. The majority of these payments are transferred to the Local Organising Committees. The relevant costs are shown as event-related expenses (Note 6).

## 3 REVENUE FROM LICENSING RIGHTS

| in TUSD | 2014 | 2013 |
|---|---|---|
| FIFA World Cup™ | 53,735 | 24,441 |
| Other FIFA events | 1,542 | 1,736 |
| Sales commission | –1,047 | –481 |
| **Total revenue from licensing rights** | **54,230** | **25,696** |

The revenue from licensing rights includes the minimum guarantee payments and additional royalty payments in connection with the sale of licensed products of the 2014 FIFA World Cup Brazil™.

## 4 REVENUE FROM HOSPITALITY RIGHTS

| in TUSD | 2014 | 2013 |
|---|---|---|
| FIFA World Cup™ | 110,637 | 46,363 |
| Other FIFA events | 0 | 800 |
| **Total revenue from hospitality rights** | **110,637** | **47,163** |

Due to the huge success of the hospitality programme and based on the underlying agreement, FIFA is entitled to an additional payment in the amount of USD 61 million for the 2014 FIFA World Cup Brazil™.

## 5 OTHER EVENT-RELATED REVENUE

| in TUSD | 2014 | 2013 |
|---|---|---|
| Revenue from the FIFA Club World Cup | 40,000 | 40,000 |
| Revenue from the Olympic Football Tournaments London 2012 | 0 | 2,202 |
| Match levies from qualifying competitions | 1,086 | 5,495 |
| Penalties/appeals from qualifying competitions | 3,998 | 3,890 |
| Ticketing | 476,585 | 50,124 |
| Various event-related revenue | 15,699 | 2,783 |
| **Total other event-related revenue** | **537,368** | **104,494** |

The FIFA Club World Cup was hosted by the Moroccan Football Association. FIFA appointed Dentsu as the exclusive promoter and producer of the event.

The 2014 ticketing revenue relates to the FIFA World Cup™ whilst the 2013 ticketing revenue relates to the FIFA Confederations Cup.

## 6 EVENT-RELATED EXPENSES

| in TUSD | 2014 | 2013 |
|---|---|---|
| FIFA World Cup™ | 788,040 | 559,441 |
| FIFA Club Protection Programme | 34,024 | 36,071 |
| Other FIFA events | 79,448 | 161,296 |
| **Total event-related expenses** | **901,512** | **756,808** |

### Expenses related to the 2014 FIFA World Cup™

| in TUSD | 2014 | 2013 | 2012 | 2011 | Total |
|---|---|---|---|---|---|
| FIFA World Cup™ | 788,040 | 559,441 | 448,339 | 427,944 | 2,223,764 |

The accumulated expenses incurred in connection with the 2014 FIFA World Cup Brazil™ amount to USD 2,224 million.

The 2014 FIFA World Cup Organising Committee Brazil (2014 LOC) received financial support from FIFA in the amount of USD 453 million.

TV production (USD 370 million) includes the cost for the production of the TV signal in the 12 venues but also the costs of the International Broadcasting Centre, located in Rio de Janeiro.

The prize money paid out to the 32 participating member associations amounted to USD 358 million, of which the winner of the final received a total amount of USD 35 million.

Due to the success of the event, FIFA decided to contribute USD 100 million to the 2014 FIFA World Cup™ Legacy Fund.

### Accounting estimates and judgments

Expenses related to the 2014 FIFA World Cup Brazil™ are recognised based on the stage of completion of the event. Event-related expenses for the whole four-year period must be estimated in order to calculate the stage of completion. This is achieved by regular, systematic reviews of every event-related project. Identifiable cost overruns or cost savings are included in the cost estimate for the event. The effect of a change in the estimate of the overall FIFA World Cup™ costs is accounted for as a change in accounting estimate and therefore affects the period in which the change is made and any subsequent periods. While the 2014 FIFA World Cup Brazil™ is over, the final allocation of cost incurred is in several respects still subject to final negotiations and therefore the respective accruals include estimation uncertainties (see note 23).

### FIFA Club Protection Programme

Under the FIFA Club Protection Programme, clubs will be compensated for injuries due to an accident sustained by their players while on duty with senior men's representative "A" teams for matches on dates listed in the international match calendar for the period between 1 September 2012 and 31 December 2014. FIFA has decided to provide compensation up to a maximum amount for losses incurred by the football club during the period that the football player is temporarily totally disabled. Costs for the FIFA Club Protection Programme are costs for FIFA and are recognised in the year they are incurred.

## Expenses related to other FIFA events

| in TUSD | 2014 | 2013 |
|---|---:|---:|
| FIFA Club World Cup Morocco 2014 | 23,378 | 0 |
| FIFA U-20 Women's World Cup Canada 2014 | 19,271 | 0 |
| FIFA U-17 Women's World Cup Costa Rica 2014 | 17,682 | 0 |
| Youth Olympic Football Tournaments Nanjing 2014 | 1,890 | 0 |
| FIFA U-20 World Cup Turkey 2013 | 1,829 | 22,974 |
| FIFA Club World Cup Morocco 2013 | 974 | 24,393 |
| FIFA Confederations Cup Brazil 2013 | 592 | 69,787 |
| FIFA Beach Soccer World Cup Tahiti 2013 | 164 | 10,765 |
| FIFA U-17 World Cup UAE 2013 | 36 | 22,230 |
| Blue Stars/FIFA Youth Cup | 1,376 | 1,389 |
| Other events | 12,256 | 9,758 |
| **Total expenses related to other FIFA events** | **79,448** | **161,296** |

The expenses for the other FIFA events are generally incurred and recognised in the year when the event takes place. The expenses related to other FIFA events include financial support for the Local Organising Committee, prize money, travel and accommodation costs of the FIFA officials and the participating teams and other expenses. Some of the expenses are incurred as value-in-kind transactions.

## 7 OTHER OPERATING INCOME

| in TUSD | 2014 | 2013 |
|---|---|---|
| FIFA Quality Programme | 15,228 | 12,600 |
| Income from sale of film and video rights | 9,937 | 5,782 |
| Brand licensing | 43,998 | 58,129 |
| Rental income | 1,430 | 929 |
| Match levies from friendly matches | 2,773 | 1,956 |
| Other | 4,462 | 3,644 |
| **Total other operating income** | **77,828** | **83,040** |

FIFA Quality Programme contains the revenue in connection with the test programmes for footballs and football turf. Brand licensing relates to licences granted to use the brand "FIFA".

## 8 DEVELOPMENT-RELATED EXPENSES

| in TUSD | 2014 | 2013 |
|---|---|---|
| Financial Assistance Programme (FAP) – member associations | 54,369 | 53,673 |
| Financial Assistance Programme (FAP) – confederations | 15,000 | 15,000 |
| Extraordinary FAP payments | 261,450 | 0 |
| Confederation development programmes | 15,001 | 15,000 |
| *Goal* Programme | 36,634 | 27,295 |
| PERFORMANCE | 15,316 | 22,780 |
| Football for Hope | 18,073 | 7,123 |
| Refereeing Assistance Programme (RAP) | 12,750 | 9,154 |
| Challenger Programme | 16,370 | 0 |
| Football for Health (F-MARC) | 3,117 | 3,723 |
| Education | 5,354 | 5,353 |
| Women's football | 2,996 | 2,137 |
| Solidarity projects | 8,750 | 1,964 |
| Other projects | 43,844 | 19,704 |
| **Total development-related expenses** | **509,024** | **182,906** |

### Financial Assistance Programme (FAP)

FAP is a financial aid programme under which USD 1 million is granted to each member association and USD 10 million to each confederation during the four-year cycle to improve their administrative and technical infrastructure (see accounting policy H. Development-related expenses). FIFA grants this assistance for projects that fulfil the following objectives:

- Develop and implement a modern, efficient and functional administrative or sports infrastructure;
- Facilitate the recruitment, training and remuneration of administrative and technical staff employed by the member association;
- Promote youth football;
- Provide basic and further training for member association members, as well as others seconded to the member associations for administrative and technical duties;
- Promote technical and sports development;
- Support member associations in arranging and taking part in official football competitions.

All member associations and confederations have to provide FIFA with an audited financial statement every year. Additionally, FIFA arranges a central audit of 40 member associations and one confederation each year through its statutory auditors KPMG to verify that all financial assistance payments are in compliance with the FAP Regulations. As at 31 December 2014, funds committed but not yet paid out amounted to USD 13.6 million (2013: USD 14.2 million).

### Extraordinary FAP payments

Due to the financial success of the 2014 FIFA World Cup Brazil™, FIFA was in a position to increase the Financial Assistance Programme funding with extraordinary payments. The first payment of USD 156.75 million to all 209 member associations and USD 42 million to the confederations was announced at the FIFA Congress in June 2014. The second payment of USD 62.7 million to all 209 member associations was approved by the members of the Executive Committee and the Finance Committee in December 2014. The total extraordinary financial support amounts to USD 261.45 million of which USD 58.5 million was paid in 2014. The FAP Regulations and the General Regulations for FIFA Development Programmes as described above also apply to the extraordinary FAP payments. This means that the usage of the funds by the member associations and the confederations is restricted to the purposes defined in the regulations and is also subject to external audits.

### Confederation development programmes

For the 2011-2014 cycle, each of the six confederations is granted additional financial support of USD 2.5 million per year. The use of these funds must be in compliance with the FAP Regulations. In addition, this programme is also subject to local and central audits as described above.

### *Goal* Programme

*Goal* is a development programme created by FIFA for the benefit of member associations. *Goal* offers funding for tailor-made projects to meet the individual needs of the member associations in the following areas:

- Administration – setting up national and regional associations, including team and office equipment;
- Training – administration, coaching, refereeing, sports medicine;
- Youth football – training youth team coaches, regional and national youth training centres and football schools, talent promotion;
- Infrastructure – the renovation and construction of football pitches, physical training and tuition centres, office buildings.

The maximum amount that can be awarded per project is limited to USD 500,000.

### PERFORMANCE

The main objective of the programme is to strengthen and enhance football leadership and management systems, enabling the member associations to better organise, professionalise and commercialise their activities in order to become more efficient, accountable and self-sustaining.

### Refereeing Assistance Programme (RAP)

The Refereeing Assistance Programme includes several programmes to support the education of referees, for example through various seminars and courses.

### Challenger programme

27 member associations benefited from a football turf project financed under the Challenger programme.

### Solidarity projects

FIFA granted a total of USD 8.75 million to member associations that were hit by natural disasters and disease outbreaks (flood, hurricanes, Ebola outbreak, etc.).

### Football for Hope

Football for Hope supports programmes all over the world that combine football and social development. This includes funding and equipment, as well as projects that offer training, capacity building and know-how exchange on topics such as monitoring and evaluation, curriculum development and communication. Each year, Football for Hope supports many new programmes that specifically address social challenges in local communities. Since its inception, Football for Hope has supported more than 100 programmes in over 50 countries.

### Education

FIFA supports the International Centre for Sports Studies (CIES) at the University of Neuchâtel and the ETH Zurich Foundation in Switzerland with yearly financial contributions.

### Women's football

In 2014, some 15,000 girls and women took part in 143 festivals all over the world, including Bhutan, Fiji, Peru and Uganda. FIFA also staged 53 coaching workshops and supported 43 women's leagues. Overall, 259 projects were devoted to the women's game in 2014.

### Football for Health (F-MARC)

Football for Health includes various programmes in the medical field such as medical research, doping control and the "FIFA 11 for Health" programme.

## 9 FOOTBALL GOVERNANCE

| in TUSD | 2014 | 2013 |
|---|---|---|
| Committees and Congress | 35,514 | 32,561 |
| Legal matters | 31,295 | 27,738 |
| **Total football governance** | **66,809** | **60,299** |

The costs for committees and the Congress comprise the costs incurred in connection with the 64th FIFA Congress in São Paulo, Brazil, which took place in June 2014, plus the costs of the meetings of the 26 standing committees and three FIFA judicial bodies (Disciplinary Committee, Appeal Committee and Ethics Committee). The cost for travel and accommodation of the committee members as well as of the official delegates of the 209 member associations, the six confederations and guests for the FIFA Congress are paid by FIFA.

## 10 EXPLOITATION OF RIGHTS

| in TUSD | 2014 | 2013 |
|---|---|---|
| Marketing | 12,475 | 6,469 |
| Broadcasting and media rights | 21,022 | 10,984 |
| Licensing | 1,785 | 2,970 |
| **Total exploitation of rights** | **35,282** | **20,423** |

The costs for exploitation of rights reflect the costs incurred by the FIFA TV & Marketing Division for the commercialisation of marketing and broadcasting rights.

## 11 PERSONNEL EXPENSES

| in TUSD | 2014 | 2013 |
|---|---|---|
| Wages and salaries | 88,559 | 75,957 |
| Social benefit costs | 17,944 | 16,985 |
| Other employee benefit costs | 3,157 | 2,401 |
| Other | 5,626 | 6,655 |
| **Total personnel expenses** | **115,286** | **101,998** |

The average number of employees during the year ending 31 December 2014 was 474 (2013: 452).

FIFA has established a retirement benefit plan in Switzerland for all of its employees through an insurance company. This Swiss plan is governed by the Swiss Federal Law on Occupational Retirement, Survivors' and Disability Pension Plans (BVG), which stipulates that pension plans are to be managed by independent, legally autonomous units. The assets of the pension plan are held within a separate foundation and cannot revert to the employer. Pension plans are overseen by a regulator as well as by a state supervisory body.

FIFA participates in a Swiss "Sammelstiftung", which is a collective foundation administrating the pension plan of various unrelated employers. The pension plan of FIFA is fully segregated from those of other participating employers. The pension plan has re-insured all demographic risks and fully transferred the investment activities to the insurance company.

The most senior governing body of the collective foundation is the Board of Trustees. All governing and administration bodies have an obligation to act in the interest of the plan participants.

The plan's governing body (FIFA pension fund committee) is composed of an equal number of employer and employee representatives. The plan is funded by employee and employer contributions and has certain defined benefit characteristics such as the interest guaranteed on the savings and the conversion of the savings at the end of the working life into a life-long pension annuity. The employee's contributions are determined based on the insured salary and range from 5% to 9% of the insured salary depending on the selection of the scale by the beneficiary. The employer's contributions are predetermined at 9% of the insured salary.

If an employee leaves FIFA or the plan before reaching retirement age, the law provides for the transfer of the vested benefits to the new plan. These vested benefits comprise the employee's and the employer's contributions plus interest, the money originally brought in to the pension plan by the beneficiary and an additional legally stipulated amount. On reaching retirement age, the plan participant may decide whether to withdraw the benefits in the form of an annuity or (entirely or partly) as a lump-sum payment. The pension law requires adjusting pension annuities for inflation depending on the financial condition of the plan.

The insurance premiums are reviewed on an annual basis – accordingly FIFA is regularly exposed to potential premium increases. Furthermore, there is a risk that the insurance company cancels the insurance policy which may lead to higher future premiums.

## Movement in the post-employment benefit obligation over the year 2014

| in TUSD | Present value of obligation | Fair value of plan assets | Net post-employment benefit obligation |
|---|---|---|---|
| **At 1 January 2014** | **140,768** | **–121,957** | **18,811** |
| **Included in profit or loss:** | | | |
| – Current service cost | 9,631 | 0 | 9,631 |
| – Plan amendments | 238 | 0 | 238 |
| – Interest expense / (income) | 2,804 | –2,437 | 367 |
| – General administration costs | 0 | 184 | 184 |
| – Exchange differences | –16,744 | 13,137 | –3,607 |
| **Total** | **–4,071** | **10,884** | **6,813** |
| **Remeasurements:** | | | |
| – Return on plan assets, excluding interest income | 0 | –573 | –573 |
| – (Gain) / loss from change in financial assumptions | 26,849 | 0 | 26,849 |
| – Experience (gains) / losses | –7,842 | 0 | –7,842 |
| **Total** | **19,007** | **–573** | **18,434** |
| **Contributions:** | | | |
| – Plan participants | 3,037 | –3,037 | 0 |
| – Employer | 0 | –6,986 | –6,986 |
| – Benefit payments | –3,682 | 3,682 | 0 |
| **Total** | **–645** | **–6,341** | **–6,986** |
| **At 31 December 2014** | **155,059** | **–117,987** | **37,072** |
| | | | |
| **Thereof** | | | |
| – Due to active members | 145,202 | | |
| – Due to pensioners | 9,858 | | |

The net post-employment benefit obligation is included in and presented as part of the accrued expenses. The post-employment benefit expense included in profit or loss is part of personnel expenses.

Since the investment risks arising from the plan are reinsured with a life insurance company, the plan assets consist of receivables from the insurance company.

The expected contributions to be paid by the employer into the plan for 2015 are TUSD 6,575.

## Movement in the post-employment benefit obligation over the year 2013

| in TUSD | Present value of obligation | Fair value of plan assets | Net post-employment benefit obligation |
|---|---|---|---|
| **At 1 January 2013** | **132,885** | **–107,100** | **25,785** |
| **Included in profit or loss:** | | | |
| – Current service cost | 10,509 | 0 | 10,509 |
| – Interest expense / (income) | 2,376 | –1,930 | 446 |
| – General administration costs | 0 | 197 | 197 |
| – Exchange differences | 4,487 | –3,567 | 920 |
| **Total** | **17,372** | **–5,300** | **12,072** |
| **Remeasurements:** | | | |
| – Return on plan assets, excluding interest income | 0 | –453 | –453 |
| – (Gain) / loss from change in demographic assumptions | –6,065 | 0 | –6,065 |
| – (Gain) / loss from change in financial assumptions | –5,992 | 0 | –5,992 |
| – Experience (gains) / losses | 247 | 0 | 247 |
| **Total** | **–11,810** | **–453** | **–12,263** |
| **Contributions:** | | | |
| – Plan participants | 2,730 | –2,730 | 0 |
| – Employer | 0 | –6,783 | –6,783 |
| – Benefit payments | –409 | 409 | 0 |
| **Total** | **2,321** | **–9,104** | **–6,783** |
| **At 31 December 2013** | **140,768** | **–121,957** | **18,811** |
| | | | |
| **Thereof** | | | |
| – Due to active members | 130,964 | | |
| – Due to pensioners | 9,804 | | |

### Principal actuarial assumptions

| | 31 Dec 2014 | 31 Dec 2013 |
|---|---|---|
| Discount rate | 1.10% | 2.00% |
| Future salary increases | 2.00% | 2.00% |
| Future pension increases | 0.50% | 0.50% |
| Inflation rate | 1.00% | 1.00% |

Assumptions regarding future mortality as set forth below are set based on Swiss BVG/LLP 2010 mortality tables, which include generational mortality rates allowing for future projections of increasing longevity.

| | 31 Dec 2014 | 31 Dec 2013 |
|---|---|---|
| **Longevity at age 63/62 for current pensioners:** | | |
| – male | 23.26 | 23.16 |
| – female | 26.81 | 26.71 |
| **Longevity at age 63/62 for employees retiring 20 years after the end of the reporting period** | | |
| – male | 25.06 | 24.99 |
| – female | 28.56 | 28.48 |

### Sensitivity of the post-employment benefit obligation to changes in the weighted principal assumption at 31 December 2014

| | Impact on post-employment benefit obligations | | |
|---|---|---|---|
| | Change in assumption | Increase in assumption | Decrease in assumption |
| Discount rate | 0.25% | Decrease 4.88% | Increase 5.27% |
| Future salary increases | 0.25% | Increase 0.37% | Decrease 0.36% |
| Future pension increases | 0.25% | Increase 2.4% | Decrease 2.29% |

### Sensitivity of the post-employment benefit obligation to changes in the weighted principal assumption at 31 December 2013

| | Impact on post-employment benefit obligations | | |
|---|---|---|---|
| | Change in assumption | Increase in assumption | Decrease in assumption |
| Discount rate | 0.25% | Decrease 3.95% | Increase 4.26% |
| Future salary increases | 0.25% | Increase 0.33% | Decrease 0.32% |
| Future pension increases | 0.25% | Increase 1.90% | Decrease 1.80% |

The above sensitivity analyses are based on a change in an assumption while holding all other assumptions constant. In practice, this is unlikely to occur, and changes in some of the assumptions may be correlated. When calculating the sensitivity of the post-employment benefit obligation to significant actuarial assumptions, the same method (present value of the defined post-employment obligation calculated with the projected unit credit method at the end of the reporting period) has been applied as when calculating the net post-employment benefit obligation recognised within the balance sheet.

The weighted average duration of the post-employment benefit obligation is 14.29 years (2013: 11.98 years).

### Accounting estimates and judgments

The rates and parameters applied above are based on past experiences. Future developments in capital and labour markets could make adjustments of such rates necessary, which could significantly affect the calculation of the net post-employment benefit obligation.

## 12 OTHER OPERATING EXPENSES

| in TUSD | 2014 | 2013 |
|---|---|---|
| Information technology | 15,984 | 7,103 |
| Building and maintenance | 31,853 | 21,762 |
| Communications | 37,361 | 30,793 |
| Other | 35,580 | 24,505 |
| **Total other operating expenses** | **120,778** | **84,163** |

Part of the increase in expenses for buildings and maintenance is related to costs with regard to the FIFA World Football Museum, which do not qualify for capitalisation.

## 13 FINANCIAL INCOME

| in TUSD | 2014 | 2013 |
|---|---|---|
| Interest income from cash and cash equivalents | 20,946 | 10,269 |
| **Total interest income** | **20,946** | **10,269** |
| Foreign currency gains | 73,404 | 60,656 |
| **Total foreign currency gains** | **73,404** | **60,656** |
| Income from financial assets at fair value | 6 | 5 |
| Income from held-to-maturity investments | 13,888 | 11,918 |
| **Total income from financial assets** | **13,894** | **11,923** |
| **Total financial income** | **108,244** | **82,848** |

Foreign currency gains and losses mainly result from the valuation of net assets denominated in foreign currencies such as CHF, BRL, EUR and RUB.

## 14 FINANCIAL EXPENSES

| in TUSD | 2014 | 2013 |
|---|---|---|
| Interest expenses | 1,462 | 3,552 |
| **Total interest expenses** | **1,462** | **3,552** |
| Foreign currency loss | 154,814 | 71,073 |
| **Total foreign currency loss** | **154,814** | **71,073** |
| Loss from financial assets at fair value | 247 | 302 |
| Loss from held-to-maturity investments | 268 | 2,950 |
| **Total expenses from financial assets** | **515** | **3,252** |
| **Total financial expenses** | **156,791** | **77,877** |

## 15 TAXES AND DUTIES

| in TUSD | 2014 | 2013 |
|---|---|---|
| Taxes and duties | 36,190 | 17,163 |
| **Total taxes and duties** | **36,190** | **17,163** |

FIFA is taxed according to the Swiss taxation rules for associations. Pursuant to these taxation rules, the statutory financial statements are the basis for taxation. In FIFA's statutory financial statements, the character of a non-profit organisation, the obligation to spend the net result, reserves and funds on the development of football, the long-term perspective of development projects, the four-year accounting cycle and the financial risks inherent to FIFA's core event, the FIFA World Cup™, are duly considered (see also Note 26, Financial risk management). FIFA's restricted reserves are reviewed on a regular basis to assess whether they are commercially justified as per applicable tax laws. The amount of taxes and duties recognised in 2014 and 2013 is explained by the recognition of estimated tax consequences based on the increased level of restricted reserves.

FIFA's subsidiaries are taxed based on the applicable local tax laws.

This position includes all non-recoverable taxes and duties borne by FIFA or its subsidiaries. The majority of taxes and duties are paid to tax authorities in Switzerland.

There are no tax loss carry-forwards.

# NOTES TO THE CONSOLIDATED BALANCE SHEET

## 16 CASH AND CASH EQUIVALENTS

| in TUSD | 31 Dec 2014 | Weighted average interest rate | 31 Dec 2013 | Weighted average interest rate |
|---|---|---|---|---|
| Cash on hand, post and bank accounts | 712,731 | | 771,091 | |
| Call account and short-term deposits with maturities of up to 3 months | 370,338 | | 473,913 | |
| **Total cash and cash equivalents** | **1,083,069** | **0.22%** | **1,245,004** | **0.31%** |

The short-term deposits have an average maturity of 34 days (2013: 73 days).

## 17 RECEIVABLES

| in TUSD | 31 Dec 2014 | 31 Dec 2013 |
|---|---|---|
| **Receivables from exploitation of rights** | | |
| – Due from third parties | 163,958 | 215,835 |
| – Provisions for bad debts | –2,928 | –5,204 |
| **Total receivables from exploitation of rights** | **161,030** | **210,631** |
| **Other receivables** | | |
| – Due from member associations and confederations | 11,065 | 12,997 |
| – Due from related parties | 118 | 257 |
| – Due from third parties | 10,347 | 20,050 |
| – Provisions for bad debts | –1,462 | –1,574 |
| **Total other receivables** | **20,068** | **31,730** |
| **Short-term loans** | | |
| – Due from third parties | 0 | 21,851 |
| **Total short-term loans** | **0** | **21,851** |
| **Total receivables, net** | **181,098** | **264,212** |

The majority of the open receivables from the exploitation of rights relates to contractual payments from broadcasters and sponsors for the 2018 FIFA World Cup™, which are due in 2015.

### Provisions for bad debts

| in TUSD | 2014 | 2013 |
|---|---|---|
| **Provisions for bad debts** | | |
| Balance as at 1 January | 6,778 | 3,880 |
| Use | –4,860 | 0 |
| Additions | 2,508 | 2,909 |
| Foreign exchange effect | –36 | –11 |
| **Balance as at 31 December** | **4,390** | **6,778** |

### Ageing structure of receivables

| in TUSD | 31 Dec 2014 | 31 Dec 2013 |
|---|---|---|
| **Receivables** | | |
| Not due | 156,993 | 249,107 |
| Overdue – less than 30 days | 10,071 | 4,529 |
| Overdue – less than 60 days | 3,086 | 8,114 |
| Overdue – more than 60 days | 15,338 | 9,240 |
| **Total receivables** | **185,488** | **270,990** |

## 18 PREPAID EXPENSES AND ACCRUED INCOME

| in TUSD | Note | 31 Dec 2014 | 31 Dec 2013 |
|---|---|---|---|
| **Accrued income** | | | |
| – 2014 FIFA World Cup™ | 1–4 | 76,025 | 145,964 |
| – Other FIFA events | 1–5 | 3,000 | 921 |
| – Other accrued income | | 5,299 | 6,466 |
| **Total accrued income** | | **84,324** | **153,351** |
| **Prepaid expenses** | | | |
| – 2014 FIFA World Cup™ | 6 | 7,378 | 10,876 |
| – 2018 FIFA World Cup™ | | 39,750 | 28,750 |
| – Other FIFA events | 6 | 37,060 | 30,479 |
| – Development programmes | 8 | 251 | 2,082 |
| – Other prepaid expenses | | 10,764 | 7,247 |
| **Total prepaid expenses** | | **95,203** | **79,434** |
| **Total prepaid expenses and accrued income** | | **179,527** | **232,785** |

## 19 PROPERTY AND EQUIPMENT

| in TUSD | Operational buildings | Buildings under construction | Land | Office and other equipment | Total |
|---|---|---|---|---|---|
| **Cost** | | | | | |
| Balance as at 1 January 2013 | 227,922 | 0 | 15,124 | 22,458 | 265,504 |
| Acquisitions | 117 | 0 | 0 | 3,979 | 4,096 |
| **Balance as at 31 December 2013** | **228,039** | **0** | **15,124** | **26,437** | **269,600** |
| Acquisitions | 15 | 52,394 | 0 | 202 | 52,611 |
| **Balance as at 31 December 2014** | **228,054** | **52,394** | **15,124** | **26,639** | **322,211** |
| **Accumulated depreciation** | | | | | |
| Balance as at 1 January 2013 | 85,605 | 0 | 0 | 13,998 | 99,603 |
| Depreciation | 11,155 | 0 | 0 | 1,227 | 12,382 |
| **Balance as at 31 December 2013** | **96,760** | **0** | **0** | **15,225** | **111,985** |
| Depreciation | 11,007 | 0 | 0 | 2,373 | 13,380 |
| **Balance as at 31 December 2014** | **107,767** | **0** | **0** | **17,598** | **125,365** |
| **Net carrying amount** | | | | | |
| As at 1 January 2013 | 142,317 | 0 | 15,124 | 8,460 | 165,901 |
| As at 31 December 2013 | 131,279 | 0 | 15,124 | 11,212 | 157,615 |
| **As at 31 December 2014** | **120,287** | **52,394** | **15,124** | **9,041** | **196,846** |

The class "operational buildings" includes the Home of FIFA, FIFA House and three other buildings in Zurich. The capitalised costs for the class "buildings under construction" are related to the FIFA World Football Museum.

## 20 INVESTMENT PROPERTIES

| in TUSD | Operational buildings | Land | Office and other equipment | Total |
|---|---|---|---|---|
| **Cost** | | | | |
| Balance as at 1 January 2013 | 0 | 0 | 0 | 0 |
| **Balance as at 31 December 2013** | **0** | **0** | **0** | **0** |
| Acquisitions | 23,807 | 2,080 | 1,249 | 27,136 |
| **Balance as at 31 December 2014** | **23,807** | **2,080** | **1,249** | **27,136** |
| **Accumulated depreciation** | | | | |
| Balance as at 1 January 2013 | 0 | 0 | 0 | 0 |
| **Balance as at 31 December 2013** | **0** | **0** | **0** | **0** |
| Depreciation | 162 | 0 | 85 | 247 |
| **Balance as at 31 December 2014** | **162** | **0** | **85** | **247** |
| **Net carrying amount** | | | | |
| As at 31 December 2013 | 0 | 0 | 0 | 0 |
| **As at 31 December 2014** | **23,645** | **2,080** | **1,164** | **26,889** |

On 28 October 2014, FIFA acquired the Hotel Ascot in Zurich, which is classified as an investment property.

The fair value of the investment properties as per 31 December 2014 corresponds in substance to the disclosed carrying amount. This fair value estimate is determined by FIFA based on the highest and best use of the property. The highest and best use refers to the use of a property that would maximise the value of the property and can differ from the actual or planned use.

## 21 FINANCIAL ASSETS

| in TUSD | 31 Dec 2014 | 31 Dec 2013 |
|---|---|---|
| Debt securities | 140,188 | 440,951 |
| Deposits | 537,070 | 232,254 |
| **Current financial assets** | **677,258** | **673,205** |
| Debt securities | 569,325 | 570,666 |
| Equity securities | 1,042 | 1,289 |
| Other | 10,000 | 11,904 |
| **Non-current financial assets** | **580,367** | **583,859** |
| **Total financial assets** | **1,257,625** | **1,257,064** |

Based on the investment policy implemented in 2011, some of the financial assets are invested in short- and long-term bonds.

## 22 PAYABLES

| in TUSD | 31 Dec 2014 | 31 Dec 2013 |
|---|---|---|
| – Due to member associations and confederations | 29,374 | 38,583 |
| – Due to related parties | 2,518 | 2,097 |
| – Due to third parties | 34,223 | 76,598 |
| **Total payables** | **66,115** | **117,278** |

## 23 ACCRUED EXPENSES AND DEFERRED INCOME

| in TUSD | Note | 31 Dec 2014 | 31 Dec 2013 |
|---|---|---|---|
| **Accrued expenses** | | | |
| – 2014 FIFA World Cup™ | 6 | 304,799 | 768,485 |
| – Other FIFA events | 6 | 6,954 | 18,819 |
| – Development programmes | 8 | 440,951 | 119,257 |
| – Other accrued expenses | | 105,757 | 79,524 |
| **Total accrued expenses** | | **858,461** | **986,085** |
| **Deferred income** | | | |
| – 2014 FIFA World Cup™ | 1–3 | 0 | 403,519 |
| – 2018 FIFA World Cup™ | 1–3 | 326,886 | 0 |
| – Other FIFA events | 1–3 | 8,548 | 6,966 |
| – Other deferred income | | 21,086 | 7,168 |
| **Total deferred income** | | **356,520** | **417,653** |
| **Total accrued expenses and deferred income – current** | | **1,214,981** | **1,403,738** |
| **Deferred income – non-current** | | | |
| – 2018 FIFA World Cup™ | 1–3 | 0 | 134,342 |
| – 2022–2026 FIFA World Cup™ | 1–3 | 78,420 | 48,720 |
| **Total deferred income – non-current** | | **78,420** | **183,062** |
| **Total accrued expenses and deferred income** | | **1,293,401** | **1,586,800** |

## 24 PROVISIONS

| in TUSD | 2014 | 2013 |
|---|---|---|
| **Balance as at 1 January** | **11,461** | **14,391** |
| Provisions made during the year | 4,525 | 844 |
| Provisions used during the year | –393 | –422 |
| Adjustments | 0 | –3,352 |
| **Balance as at 31 December** | **15,593** | **11,461** |

The provisions cover the future costs of the pension plan for members of the FIFA Executive Committee. An annual pension payment will be made to all long-serving FIFA Executive Committee members retiring. Under this retirement plan, Executive Committee members receive pension payments if they have served as a member of the committee for eight or more years. The pension is paid for up to a maximum of the number of years that the member served on the committee. Only the FIFA Executive Committee members may benefit from this scheme. Family members or relatives of the Executive Committee member are not entitled to receive any payments. The retirement payments start in the financial year following retirement.

There are no other legal or constructive obligations that require the establishment of provisions.

## 25 RESERVES

### Association capital

The association capital is CHF 5 million.

### Hedging reserve

The hedging reserve comprises the effective portion of the cumulative net change in the fair value of cash-flow hedging instruments where the hedged transaction has not yet occurred (see Note 27).

### Restricted reserves

Pursuant to articles 2 and 73 of the FIFA Statutes, FIFA has to balance out revenue and expenditure over the financial period and has to build up sufficient reserves to guarantee the fulfilment of its major duties.

The purpose of the reserves is to protect FIFA against risks and unforeseen events, in particular in relation to the FIFA World Cup™. The financial dependency of FIFA on the FIFA World Cup™, which takes place only every four years, needs to be considered, since the FIFA World Cup™ is FIFA's main revenue source. In addition, the restricted reserves cover future non-profit activities of FIFA, such as development programmes and other FIFA events.

The use of the reserves is restricted to FIFA's statutory duties such as the organisation of international competitions, in particular the FIFA World Cup™, and implementation of football-related development programmes.

Restricted reserves include remeasurement gains and losses on the net post-employment benefit obligation.

### Translation reserves

The translation reserves comprise all foreign currency differences arising from the translation of the financial statements of foreign operations.

### Capital management

FIFA was established in the legal form of an association pursuant to articles 60ff. of the Swiss Civil Code. Pursuant to article 2 of its Statutes, FIFA's objective is to improve the game of football constantly and promote it globally, particularly through youth and development programmes. FIFA is a non-profit organisation and is obliged to spend its results, reserves and funds for this purpose. As FIFA is an association, no dividends are paid.

In the event of the dissolution of FIFA, its funds shall not be distributed, but transferred to the supreme court of the country in which the headquarters are situated. The supreme court shall invest them in gilt-edged securities until the re-establishment of the federation.

FIFA's goal is to maintain its solid reserve level until the end of the 2015-2018 cycle in order to cover inherent risks in connection with the FIFA World Cup™ (see also Note 26) and to finance the non-profit activities, especially the future development activities and other FIFA events.

# 26 FINANCIAL RISK MANAGEMENT

## a) Accounting classifications and fair value measurements

| 31 December 2014 | | Carrying amount | | | | | | | Fair value | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| in TUSD | Note | Held for trading | Fair value hedging instruments | Held-to-maturity | Loans and receivables | Financial liabilities at FV through P&L | Other financial liabilities | Total | Level 1 | Level 2 | Level 3 | Total |
| **Financial assets measured at fair value** | | | | | | | | | | | | |
| Derivative financial assets – cash flow hedges | 27 | 0 | 3,541 | 0 | 0 | 0 | 0 | 3,541 | | 3,541 | | 3,541 |
| Derivative financial assets – swaps | 27 | 3,113 | 0 | 0 | 0 | 0 | 0 | 3,113 | | 3,113 | | 3,113 |
| Equity securities | 21 | 1,042 | 0 | 0 | 0 | 0 | 0 | 1,042 | 1,042 | | | 1,042 |
| **Total** | | **4,155** | **3,541** | **0** | **0** | **0** | **0** | **7,696** | | | | **7,696** |
| **Financial assets not measured at fair value** | | | | | | | | | | | | |
| Cash and cash equivalents | 16 | 0 | 0 | 0 | 1,083,069 | 0 | 0 | 1,083,069 | | | | 1,083,069 |
| Receivables | 17 | 0 | 0 | 0 | 181,098 | 0 | 0 | 181,098 | | | | 181,098 |
| Deposits | 21 | 0 | 0 | 0 | 537,070 | 0 | 0 | 537,070 | | | | 537,070 |
| Debt securities | 21 | 0 | 0 | 709,513 | 0 | 0 | 0 | 709,513 | 718,920 | | | 718,920 |
| Others | 21 | 0 | 0 | 0 | 10,000 | 0 | 0 | 10,000 | | | | 10,000 |
| Accrued income | 18 | 0 | 0 | 0 | 84,324 | 0 | 0 | 84,324 | | | | 84,324 |
| **Total** | | **0** | **0** | **709,513** | **1,895,561** | **0** | **0** | **2,605,074** | | | | **2,614,481** |
| **Financial liabilities measured at fair value** | | | | | | | | | | | | |
| Derivative financial liabilities – swaps | 27 | 0 | 0 | 0 | 0 | 33,701 | 0 | 33,701 | | 33,701 | | 33,701 |
| **Total** | | **0** | **0** | **0** | **0** | **33,701** | **0** | **33,701** | | | | **33,701** |
| **Financial liabilities not measured at fair value** | | | | | | | | | | | | |
| Payables | 22 | 0 | 0 | 0 | 0 | 0 | 66,115 | 66,115 | | | | 66,115 |
| Accrued expenses | 23 | 0 | 0 | 0 | 0 | 0 | 858,461 | 858,461 | | | | 858,461 |
| **Total** | | **0** | **0** | **0** | **0** | **0** | **924,576** | **924,576** | | | | **924,576** |

Fair value disclosure: financial assets at fair value through profit or loss are traded in active markets and the fair value is based on unadjusted quoted market prices on the balance sheet date (Level 1). Derivatives used for hedging activities are not traded in active markets and the fair value on the balance sheet is determined by using valuation techniques (Level 2) with observable market data. No transfer was made between Level 1 and Level 2 in the financial years 2013 and 2014. FIFA has not disclosed the fair values for financial instruments such as short-term receivables and payables, because their carrying amounts are a reasonable approximation of fair value.

| 31 December 2013 in TUSD | Note | Carrying amount: Held for trading | Carrying amount: Fair value hedging instruments | Carrying amount: Held-to-maturity | Carrying amount: Loans and receivables | Carrying amount: Financial liabilities at FV through P&L | Carrying amount: Other financial liabilities | Carrying amount: Total | Fair value: Level 1 | Fair value: Level 2 | Fair value: Level 3 | Fair value: Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Financial assets measured at fair value** | | | | | | | | | | | | |
| Derivative financial assets – cash flow hedges | 27 | 0 | 1,091 | 0 | 0 | 0 | 0 | 1,091 | | 1,091 | | 1,091 |
| Derivative financial assets – swaps | 27 | 7,047 | 0 | 0 | 0 | 0 | 0 | 7,047 | | 7,047 | | 7,047 |
| Equity securities | 21 | 1,289 | 0 | 0 | 0 | 0 | 0 | 1,289 | 1,289 | | | 1,289 |
| **Total** | | **8,336** | **1,091** | **0** | **0** | **0** | **0** | **9,427** | | | | **9,427** |
| **Financial assets not measured at fair value** | | | | | | | | | | | | |
| Cash and cash equivalents | 16 | 0 | 0 | 0 | 1,245,004 | 0 | 0 | 1,245,004 | | | | 1,245,004 |
| Receivables | 17 | 0 | 0 | 0 | 264,212 | 0 | 0 | 264,212 | | | | 264,212 |
| Deposits | 21 | 0 | 0 | 0 | 232,254 | 0 | 0 | 232,254 | | | | 232,254 |
| Debt securities | 21 | 0 | 0 | 1,011,617 | 0 | 0 | 0 | 1,011,617 | 1,010,051 | | | 1,010,051 |
| Others | 21 | 0 | 0 | 0 | 11,904 | 0 | 0 | 11,904 | | | | 11,904 |
| Accrued income | 18 | 0 | 0 | 0 | 153,351 | 0 | 0 | 153,351 | | | | 153,351 |
| **Total** | | **0** | **0** | **1,011,617** | **1,906,725** | **0** | **0** | **2,918,342** | | | | **2,916,776** |
| **Financial liabilities measured at fair value** | | | | | | | | | | | | |
| Derivative financial liabilities – cash flow hedges | 27 | 0 | 5,593 | 0 | 0 | 0 | 0 | 5,593 | | 5,593 | | 5,593 |
| Derivative financial liabilities – swaps | 27 | 0 | 0 | 0 | 0 | 12,134 | 0 | 12,134 | | 12,134 | | 12,134 |
| **Total** | | **0** | **5,593** | **0** | **0** | **12,134** | **0** | **17,727** | | | | **17,727** |
| **Financial liabilities not measured at fair value** | | | | | | | | | | | | |
| Payables | 22 | 0 | 0 | 0 | 0 | 0 | 117,278 | 117,278 | | | | 117,278 |
| Accrued expenses | 23 | 0 | 0 | 0 | 0 | 0 | 986,085 | 986,085 | | | | 986,085 |
| **Total** | | **0** | **0** | **0** | **0** | **0** | **1,103,363** | **1,103,363** | | | | **1,103,363** |

## b) Financial risk management

Exposure to currency and interest risks as well as credit and liquidity risks arises in the course of FIFA's normal operations.

### Credit risk

In line with FIFA's marketing and TV strategy, FIFA sold the television broadcasting rights in the key markets for the final competitions of the 2010 and 2014 FIFA World Cups™ directly to broadcasters.

The revenue from television and marketing rights is received from large multinational companies and public broadcasters. Part of the outstanding revenue is also covered by bank guarantees. Additionally, the contracts include a default clause, whereby the contract terminates as soon as one party is in default. In the event of a Commercial Affiliate defaulting, FIFA is not required to reimburse any of the services or contributions received. FIFA is also entitled to replace terminated contracts with new marketing or broadcasting agreements.

Material credit risks could potentially arise if several Commercial Affiliates were unable to meet their contractual obligations and if FIFA was unable to find a replacement in due time. The FIFA management monitors the credit standing of Commercial Affiliates very closely on an ongoing basis. Given their good credit ratings and the high diversification of the Commercial Affiliates portfolio, the FIFA management believes that this scenario is very unlikely to occur.

Fixed-income investments with residual terms to maturity of 12 months or less are only executed with borrowers with a short-term rating of "A-3" or higher. Investments in bonds are only executed in listed, tradable bonds issued by borrowers with a "BBB-" rating or higher. Derivative financial instruments are executed only with counterparties with high credit ratings.

### Interest rate risk

FIFA is exposed to fluctuations in interest rates on its term placements in fixed-term deposits. Since the interest rate of all term deposits is fixed at year-end, there is no direct interest rate exposure. Some debt securities are linked to LIBOR. Therefore, a certain exposure on future cash inflows due to possible changes in interest rates exists. This interest rate risk is assessed as low.

As at 31 December 2014 and 2013, there was no interest rate risk arising from financing transactions because FIFA is fully self-financed.

### Foreign currency risk

FIFA's functional currency is the USD because the majority of its cash flows are denominated in USD. Exposure to foreign currency exchange rates arises from transactions denominated in currencies other than USD, especially in EUR, CHF, GBP and BRL.

FIFA receives foreign currency cash inflows in the form of revenue from the sale of certain rights denominated in EUR, GBP or CHF. On the other side, FIFA has substantial costs, especially employee costs and operating costs in connection with FIFA's offices in Zurich, denominated in CHF, while no major costs are expected in EUR or GBP. A substantial part of the costs in connection with the 2014 FIFA World Cup Brazil™ were denominated in BRL. The Controlling & Strategic Planning Department regularly forecasts the liquidity and foreign exchange requirements up to the 2018 FIFA World Cup™. If any foreign currency risks are identified, FIFA uses forward currency exchange contracts and derivative products to hedge this exposure (see also Note 27).

As at 31 December 2014, FIFA is exposed to the following foreign exchange fluctuation risks:

- If the EUR had gained (lost) 10% against the USD as at 31 December 2014, the net result would have been USD 13.6 million higher (lower).
- If the CHF had gained (lost) 10% against the USD as at 31 December 2014, the net result would have been USD 17.4 million higher (lower).
- If the BRL had gained (lost) 10% against the USD as at 31 December 2014, the net result would have been USD 10.8 million higher (lower).
- If the RUB had gained (lost) 10% against the USD as at 31 December 2014, the net result would have been USD 1.3 million higher (lower).

This fluctuation analysis only shows the effect from an accounting perspective and not realised gains or losses.

### Positions exposed to foreign currency risk as at 31 December 2014

| in thousands | CHF | EUR | RUB | BRL |
|---|---|---|---|---|
| Cash and cash equivalents | 761,961 | 91,897 | 697,880 | 325,524 |
| Receivables | 89,306 | 40,944 | 0 | 6,049 |
| Financial assets | 21,397 | 0 | 0 | 20,717 |
| **Total assets in foreign currency** | **872,664** | **132,841** | **697,880** | **352,290** |
| Payables | 16,743 | 770 | 0 | 98,513 |
| Accrued expenses and deferred income | 2,380 | 15 | 0 | 64,182 |
| **Total liabilities in foreign currency** | **19,123** | **785** | **0** | **162,695** |
| **Net exposure in foreign currency** | **853,541** | **132,056** | **697,880** | **189,595** |

### Positions exposed to foreign currency risk as at 31 December 2013

| in thousands | CHF | EUR | BRL |
|---|---|---|---|
| Cash and cash equivalents | 20,232 | 112,530 | 447,201 |
| Receivables | 28,543 | 31,165 | 49,988 |
| Prepaid expenses and accrued income | 0 | 0 | 19,235 |
| Exposure from applying percentage-of-completion method | 0 | 153,321 | 27,032 |
| Financial assets | 186,132 | 4,000 | 165,135 |
| **Total assets in foreign currency** | **234,907** | **301,016** | **708,591** |
| Payables | 16,074 | 7,243 | 28,578 |
| Accrued expenses and deferred income | 21 | 0 | 113,890 |
| Exposure from applying percentage-of-completion method | 1,497 | 55,534 | 234,949 |
| **Total liabilities in foreign currency** | **17,592** | **62,777** | **377,417** |
| **Net exposure in foreign currency** | **217,315** | **238,239** | **331,174** |

### Liquidity risk

As at 31 December 2014 and 2013, FIFA was fully self-financed. Additionally, FIFA has access to contractual or secured short-term credit facilities in the amount of CHF 173 million, guaranteed by its own properties, which could be used to cover any additional liquidity needs.

### Maturity of financial liabilities

| | 31 December 2014 | | | 31 December 2013 | | |
|---|---|---|---|---|---|---|
| in TUSD | 90 days | 1 year or less | More than a year | 90 days | 1 year or less | More than a year |
| Payables – associations and confederations | 0 | 29,374 | 0 | 0 | 38,583 | 0 |
| Payables – related parties | 2,518 | 0 | 0 | 2,097 | 0 | 0 |
| Payables – third parties | 34,223 | 0 | 0 | 76,598 | 0 | 0 |
| Derivative financial liabilities | 0 | 32,959 | 742 | 0 | 16,556 | 1,171 |
| **Total** | **36,741** | **62,333** | **742** | **78,695** | **55,139** | **1,171** |

### Cancellation risk

FIFA's financial position depends on the successful staging of the FIFA World Cup™ because almost all contracts with Commercial Affiliates are related to this event. In the event of cancellation, curtailment or abandonment of the FIFA World Cup™, FIFA would run the risk of potentially being exposed to legal claims.

At its meeting on 24 October 2008, the Executive Committee decided to insure against the risk of postponement and/or relocation of the FIFA World Cups™. The risks covered include natural catastrophe, accidents, turmoil, war, acts of terrorism, non-participation of teams and epidemic diseases. The cancellation of the event is not covered by the insurance and would need to be covered by FIFA's own financial resources.

For the 2018 FIFA World Cup™, the maximum insurance volume is USD 900 million to cover FIFA's additional costs in case of postponement and/or relocation of the event.

## 27 HEDGING ACTIVITIES AND DERIVATIVE FINANCIAL INSTRUMENTS

FIFA uses foreign currency derivatives and forwards to hedge the exposure on revenue from TV rights denominated in EUR or GBP. Depending on the expected needs based on the forecast, the revenue is converted into CHF. Furthermore, parts of the 2018 FIFA World Cup Organising Committee Russia (2018 LOC) funds are hedged to the extent a conversion into RUB is needed.

FIFA uses hedge accounting in accordance with IFRS to reduce the volatility of earnings and event-related costs. All transactions are classified as "cash flow hedge". All hedging transactions are expected to be highly effective, as the amount, the currency and the maturity of the underlying and hedging transaction are identical.

As of 31 December 2014, FIFA has hedged part of the 2018 LOC funding in connection with the 2018 FIFA World Cup Russia™ in RUB in the amount of RUB 610 million.

Several financial investments were made in foreign currency in 2014. The foreign exchange risk has been hedged using swaps. The total notional value of the outstanding swaps as at 31 December 2014 amount to USD 700 million. The derivative financial instruments are valued at fair market prices.

| | 31 December 2014 | | 31 December 2013 | |
|---|---|---|---|---|
| **in TUSD** | **Positive fair value** | **Negative fair value** | **Positive fair value** | **Negative fair value** |
| **Cash flow hedges** | | | | |
| – effective in the next year | 3,541 | 0 | 1,091 | 5,593 |
| **Other derivative financial instruments** | | | | |
| – effective in the next year | 3,113 | 32,959 | 7,047 | 10,963 |
| – effective in the following years | 0 | 742 | 0 | 1,171 |
| **Total** | **6,654** | **33,701** | **8,138** | **17,727** |
| **whereof** | | | | |
| **– recognised in hedging reserve** | **3,541** | **0** | **0** | **4,503** |

The effective part of the hedge transactions has been recognised in the hedging reserve. As at 31 December 2014, there is no significant ineffectiveness. From the previous year's hedging reserve, an amount of TUSD 4,503 (2013: TUSD 6,167) was transferred to profit or loss. The revenue from television broadcasting has been decreased by TUSD 12,916 (2013: TUSD 6,807). The difference reflects the change in fair value of the hedging instruments between the beginning of the year and the settlement date.

Whilst the majority of all derivative financial instruments will mature in 2015, TUSD 742 will be effective as per 2016.

For derivative transactions entered resulting in financial assets and liabilities subject to enforceable master netting arrangements or similar arrangements, each agreement between FIFA and the counterparty may allow for net settlement of the relevant financial assets and liabilities. In general, under such agreements the amounts owed by each counterparty on a single day in respect of all transactions outstanding in the same currency are aggregated into a single net amount that is payable by one party to the other.

### The following table sets out the carrying amounts of recognised financial instruments that are subject to the above agreements:

| in TUSD<br>31 Dec 2014 | Gross and net amounts of financial instruments in the balance sheet | Related financial instruments that are not offset | Net amount |
|---|---|---|---|
| **Financial assets** | | | |
| Derivatives | | | |
| – Forward exchange contracts used for hedging | 3,541 | 0 | 3,541 |
| – Other forward exchange contracts | 3,113 | –265 | 2,848 |
| **Total** | **6,654** | **–265** | **6,389** |
| **Financial liabilities** | | | |
| Derivatives | | | |
| – Other forward exchange contracts | –33,701 | 265 | –33,436 |
| **Total** | **–33,701** | **265** | **–33,436** |

| in TUSD<br>31 Dec 2013 | Gross and net amounts of financial instruments in the balance sheet | Related financial instruments that are not offset | Net amount |
|---|---|---|---|
| **Financial assets** | | | |
| Derivatives | | | |
| – Forward exchange contracts used for hedging | 1,091 | –568 | 523 |
| – Other forward exchange contracts | 7,047 | –2,167 | 4,880 |
| **Total** | **8,138** | **–2,735** | **5,403** |
| **Financial liabilities** | | | |
| Derivatives | | | |
| – Forward exchange contracts used for hedging | –5,593 | 568 | –5,025 |
| – Other forward exchange contracts | –12,134 | 2,167 | –9,967 |
| **Total** | **–17,727** | **2,735** | **–14,992** |

## 28 LEGAL MATTERS AND CONTINGENT LIABILITIES

FIFA is a defendant in various court cases. The management is of the opinion that the outcomes of these proceedings will have no effect on FIFA's financial statements other than those accounted for therein.

## 29 CAPITAL COMMITMENTS

As at 31 December 2014, FIFA has no capital commitments other than those in connection with the construction of the FIFA World Football Museum (2013: none).

## 30 OPERATING LEASES

| in TUSD | 31 Dec 2014 | 31 Dec 2013 |
|---|---|---|
| Maturity 1 year | 7,937 | 1,032 |
| Maturity 1–5 years | 25,153 | 184 |
| Maturity > 5 years | 108,823 | 0 |
| **Total** | **141,913** | **1,216** |

FIFA has entered into leasing contracts for buildings, vehicles and office equipment. Rental contracts with a notice period longer than 12 months are taken into account when calculating future obligations.

In 2014, a total amount of TUSD 7,665 (2013: TUSD 676) was recognised as an expense in the income statement for operating leases. The increase compared to the previous year is attributed to entering into the lease contract for the premises of the FIFA World Football Museum.

## 31 RELATED-PARTY TRANSACTIONS

### Identity of related parties

FIFA as an association has 209 members. The member associations affiliated to FIFA also form confederations. Additionally, from FIFA's perspective, the following persons are regarded as related parties: members of the Executive Committee, the Finance Committee and other key management personnel.

### Transactions with related parties

Each member of FIFA must pay an annual subscription fee, currently CHF 300, and for every international match – including friendly matches, tournaments and all the matches of the Olympic Football Tournaments – played between two international "A" teams, the member association of the country in which the match is being played pays a share of the gross receipts from the match to FIFA. Revenue from international matches totalled USD 3.8 million in 2014 (2013: USD 7.5 million).

FIFA makes yearly contributions to the member associations and confederations (FAP, *Goal* Programme and other development programmes) to support their efforts in promoting and developing football in their region (see Note 8). These development expenses totalled USD 509 million in 2014 (2013: USD 182.9 million). The development expenses accrued as at 31 December 2014 totalled USD 440.9 million (2013: USD 119.3 million).

FIFA organises the FIFA World Cup™ and other FIFA events. In connection with these competitions, FIFA offers financial support to Local Organising Committees and compensates teams for travel and accommodation expenses. For the FIFA World Cup™, the qualifying teams also receive a subsidy to cover the cost of their preparations. In 2014, FIFA paid USD 358 million in prize money (2010: USD 348 million) to the participating associations and USD 231.7 million (2013: USD 128 million) to the 2014 FIFA World Cup Organising Committee Brazil (2014 LOC).

The total financial support allocated to Local Organising Committees for other FIFA events amounted to USD 12.7 million (2013: USD 16.2 million). The total payments for teams and confederations for other FIFA events amounted to USD 23.6 million (2013: USD 51.2 million).

FIFA paid USD 6 million (2013: USD 5.6 million) to other related parties for rendering of services. The transactions were performed at arm's length.

FIFA has outstanding receivables from related parties amounting to USD 21.1 million (2013: USD 25.2 million), while outstanding payables total USD 31.8 million (2013: USD 40.7 million).

### Key management personnel

Members of the Executive Committee, the Finance Committee and the FIFA management, in particular the directors, are regarded as key management personnel. In 2014, short-term employee benefits of USD 39.7 million were paid to the key management personnel (2013: USD 36.3 million). In addition to these short-term employee benefits, FIFA contributes to defined post-employment benefit plans. The pension expenses in 2014 amounted to USD 2.2 million (2013: USD 2.3 million).

## 32 CONSOLIDATED SUBSIDIARIES

| | Location of incorporation | Activity | Ownership interest 2014 | Ownership interest 2013 |
|---|---|---|---|---|
| FIFA Travel GmbH | Zurich, Switzerland | Travel agency | 100% | 100% |
| Early Warning System GmbH | Zurich, Switzerland | Service company | 95% | 95% |
| FIFA Transfer Matching System GmbH | Zurich, Switzerland | Service company | 95% | 95% |
| FIFA Beach Soccer S.L. | Barcelona, Spain | Event management | 70% | 70% |
| 2010 FIFA World Cup Ticketing (Pty) Ltd | Nasrec, South Africa | Ticket sales | 100% | 100% |
| FIFA World Cup South Africa (Pty) Ltd | Nasrec, South Africa | Service company | 100% | 100% |
| FIFA World Cup Brazil Assessoria Ltda | Rio de Janeiro, Brazil | Service company | 100% | 100% |
| FIFA World Football Museum AG | Zurich, Switzerland | Museum | 100% | 100% |
| 2014 FIFA World Cup Venda de Ingressos Ltda | Rio de Janeiro, Brazil | Ticket sales | 100% | 100% |
| FIFA Ticketing AG | Zurich, Switzerland | Ticket sales | 100% | 100% |
| Hotel Ascot GmbH | Zurich, Switzerland | Hotel industry | 100% | - |

## 33 POST-BALANCE-SHEET EVENTS

The FIFA Executive Committee authorised the issue of these consolidated financial statements on 20 March 2015. Up to this date, no events have occurred since 31 December 2014 that would require any adjustment to the carrying amounts of FIFA's assets and liabilities as of 31 December 2014 and/or disclosure.

The consolidated financial statements for 2014 will be submitted to the FIFA Congress for approval on 29 May 2015.

KPMG

# REPORT OF THE STATUTORY AUDITOR TO THE FIFA CONGRESS

### Report of the statutory auditor on the consolidated financial statements

As statutory auditor, we have audited the accompanying consolidated financial statements of Fédération Internationale de Football Association (FIFA), which comprise the consolidated statement of comprehensive income, consolidated balance sheet, consolidated cash flow statement, consolidated statement of changes in reserves and notes (pages 86-137) for the year ended 31 December 2014.

### FIFA Executive Committee's Responsibility

The FIFA Executive Committee is responsible for the preparation and fair presentation of the consolidated financial statements in accordance with International Financial Reporting Standards (IFRS) and the requirements of Swiss law. This responsibility includes designing, implementing and maintaining an internal control system relevant to the preparation and fair presentation of consolidated financial statements that are free from material misstatement, whether due to fraud or error. The FIFA Executive Committee is further responsible for selecting and applying appropriate accounting policies and making accounting estimates that are reasonable in the circumstances.

### Auditor's responsibility

Our responsibility is to express an opinion on these consolidated financial statements based on our audit. We conducted our audit in accordance with Swiss law and Swiss Auditing Standards as well as International Standards on Auditing. Those standards require that we plan and perform the audit to obtain reasonable assurance whether the consolidated financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the consolidated financial statements. The procedures selected depend on the auditor's judgment, including the assessment of the risks of material misstatement of the consolidated financial statements, whether due to fraud or error. In making those risk assessments, the auditor considers the internal control system relevant to the entity's preparation and fair presentation of the consolidated financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control system. An audit also includes evaluating the appropriateness of the accounting policies used and the reasonableness of accounting estimates made, as well as evaluating the overall presentation of the consolidated financial statements. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

### Opinion

In our opinion, the consolidated financial statements for the year ended 31 December 2014 give a true and fair view of the financial position, the results of operations and the cash flows in accordance with International Financial Reporting Standards (IFRS) and comply with Swiss law.

### Report on other legal requirements

We confirm that we meet the legal requirements on licensing according to the Auditor Oversight Act (AOA) and independence (article 728 CO) and that there are no circumstances incompatible with our independence.

In accordance with article 728a paragraph 1 item 3 CO and Swiss Auditing Standard 890, we confirm that an internal control system exists, which has been designed for the preparation of consolidated financial statements according to the instructions of the FIFA Executive Committee.

We recommend that the consolidated financial statements submitted to you be approved.

KPMG AG

| | |
|---|---|
| Roger Neininger<br>Licensed Audit Expert<br>Auditor in Charge | Alex Fähndrich<br>Licensed Audit Expert |

Zurich, 20 March 2015



ANNEXE 2011-2014

08



A spectacular fireworkdisplay in the Estádio do Maracanã brings the 2014 FIFA World Cup Brazil™ to a stunning conclusion.

## CONSOLIDATED INCOME STATEMENT 2011-2014

| in TUSD | 2011 | 2012 | 2013 | 2014 | Total 2011–2014 |
|---|---|---|---|---|---|
| **Event-related revenue** | | | | | |
| Revenue from television broadcasting rights | 550,286 | 560,852 | 629,980 | 742,638 | 2,483,756 |
| Revenue from marketing rights | 381,245 | 370,099 | 412,772 | 465,084 | 1,629,200 |
| Revenue from licensing rights | 12,475 | 23,061 | 25,696 | 54,230 | 115,462 |
| Revenue from hospitality rights | 15,111 | 12,000 | 47,163 | 110,637 | 184,911 |
| Other event-related revenue | 28,927 | 52,605 | 104,494 | 537,368 | 723,394 |
| **Total event-related revenue** | **988,044** | **1,018,617** | **1,220,105** | **1,909,957** | **5,136,723** |
| **Event-related expenses** | | | | | |
| FIFA World Cup™ expenses | –427,944 | –448,339 | –559,441 | –788,040 | –2,223,764 |
| FIFA Club Protection Programme | 0 | –18,368 | –36,071 | –34,024 | –88,463 |
| Other FIFA event expenses | –160,658 | –103,037 | –161,296 | –79,448 | –504,439 |
| **Total event-related expenses** | **–588,602** | **–569,744** | **–756,808** | **–901,512** | **–2,816,666** |
| **Event-related gross result** | **399,442** | **448,873** | **463,297** | **1,008,445** | **2,320,057** |
| Other operating income | 52,356 | 58,846 | 83,040 | 77,828 | 272,070 |
| Development-related expenses | –182,900 | –177,554 | –182,906 | –509,024 | –1,052,384 |
| Football governance | –51,893 | –52,697 | –60,299 | –66,809 | –231,698 |
| Exploitation of rights | –15,174 | –13,020 | –20,423 | –35,282 | –83,899 |
| Personnel expenses | –88,937 | –91,203 | –101,998 | –115,286 | –397,424 |
| Depreciation | –13,182 | –14,441 | –12,383 | –13,627 | –53,633 |
| Other operating expenses | –66,295 | –65,345 | –84,163 | –120,778 | –336,581 |
| Taxes and duties | –4,866 | –17,052 | –17,163 | –36,190 | –75,271 |
| **Operating result before financial items** | **28,551** | **76,407** | **67,002** | **189,277** | **361,237** |
| Financial income | 29,841 | 89,214 | 82,848 | 108,244 | 310,147 |
| Financial expenses | –22,430 | –76,898 | –77,877 | –156,791 | –333,996 |
| **Net result for the year** | **35,962** | **88,723** | **71,973** | **140,730** | **337,388** |

## AGGREGATED CONSOLIDATED INCOME STATEMENT 2011-2014

| in TUSD | 2011–2014 | 2007–2010 |
|---|---|---|
| **Event-related revenue** | | |
| Revenue from television broadcasting rights | 2,483,756 | 2,447,943 |
| Revenue from marketing rights | 1,629,200 | 1,097,006 |
| Revenue from licensing rights | 115,462 | 70,777 |
| Revenue from hospitality rights | 184,911 | 120,500 |
| Other event-related revenue | 723,394 | 153,885 |
| **Total event-related revenue** | **5,136,723** | **3,890,111** |
| **Event-related expenses** | | |
| FIFA World Cup™ expenses | –2,223,764 | –1,297,980 |
| FIFA Club Protection Programme | –88,463 | 0 |
| Other FIFA event expenses | –504,439 | –415,389 |
| **Total event-related expenses** | **–2,816,666** | **–1,713,369** |
| **Event-related gross result** | **2,320,057** | **2,176,742** |
| Other operating income | 272,070 | 172,044 |
| Development-related expenses | –1,052,384 | –794,337 |
| Football governance | –231,698 | –201,157 |
| Exploitation of rights | –83,899 | –91,323 |
| Personnel expenses | –397,424 | –251,389 |
| Depreciation | –53,633 | –59,519 |
| Other operating expenses | –336,581 | –394,390 |
| Taxes and duties | –75,271 | –3,135 |
| **Operating result before financial items** | **361,237** | **553,536** |
| Financial income | 310,147 | 127,165 |
| Financial expenses | –333,996 | –49,438 |
| **Net result for the year** | **337,388** | **631,263** |

## CONSOLIDATED BALANCE SHEET

| in TUSD | 31 Dec 2014 | 31 Dec 2010 |
|---|---|---|
| **Assets** | | |
| Cash and cash equivalents | 1,083,069 | 1,609,436 |
| Receivables | 181,098 | 218,039 |
| Derivative financial assets | 6,654 | 19,344 |
| Financial assets | 677,258 | 30,173 |
| Prepaid expenses and accrued income | 179,527 | 39,842 |
| **Current assets** | **2,127,606** | **1,916,834** |
| Property and equipment | 196,846 | 189,244 |
| Investment properties | 26,889 | 0 |
| Intangible assets | 0 | 1,084 |
| Derivative financial assets | 0 | 9,734 |
| Financial assets | 580,367 | 27,909 |
| **Non-current assets** | **804,102** | **227,971** |
| **Total assets** | **2,931,708** | **2,144,805** |
| **Liabilities and reserves** | | |
| Payables | 66,115 | 179,485 |
| Derivative financial liabilities | 32,959 | 0 |
| Accrued expenses and deferred income | 1,214,981 | 668,368 |
| **Current liabilities** | **1,314,055** | **847,853** |
| Accrued expenses and deferred income | 78,420 | 0 |
| Derivative financial liabilities | 742 | 0 |
| Provisions | 15,593 | 16,816 |
| **Non-current liabilities** | **94,755** | **16,816** |
| **Total liabilities** | **1,408,810** | **864,669** |
| Association capital | 4,104 | 4,104 |
| Hedging reserve | 3,541 | 26,338 |
| Translation reserves | –44,152 | 0 |
| Restricted reserves | 1,559,405 | 1,249,694 |
| **Reserves** | **1,522,898** | **1,280,136** |
| **Total liabilities and reserves** | **2,931,708** | **2,144,805** |

## Basis of preparation

The financial information for the four-year period ended 31 December 2014 has been compiled as follows:

Presentation of the consolidated income statements (excluding other comprehensive income) 2011 to 2014 as reported in the audited financial statements 2011, 2012, 2013 and 2014; aggregation to cumulative income statement for the four-year period.

Presentation of the aggregated consolidated income statements 2007 to 2010 as presented in the financial information for the four-year period ended 31 December 2010. The presentation of the aggregated consolidated income statement 2007 to 2010 has been adjusted to the presentation used in 2011 to 2014.

Consolidated balance sheet as of 31 December 2014 as reported in the audited financial statement for the year ended 31 December 2014.

Consolidated balance sheet as of 31 December 2010 as reported in the audited financial statement for the year ended 31 December 2010; except for income taxes which are included in accrued expenses and deferred income and except for currency translation adjustments, restricted reserves and the net result for the four-year period which are summarised in the line item "total restricted reserves".

Each of the consolidated financial statements used to compile the financial information for the four-year period ended 31 December 2014 have been prepared in accordance with the International Financial Reporting Standards (IFRS). Changes in IFRS within this four-year period have not retroactively been applied to earlier years of the four-year period.

The financial information for the four-year period ended 31 December 2014 does not contain all primary statements and the disclosures required by International Financial Reporting Standards (IFRS). Reading such financial information, therefore, is not a substitute for reading the audited financial statements of FIFA for each of the four years ended 31 December 2011, 2012, 2013 and 2014, respectively.

KPMG

# INDEPENDENT ASSURANCE REPORT TO THE FIFA CONGRESS ON THE CONSOLIDATED FINANCIAL INFORMATION OF FIFA FOR THE FOUR YEARS ENDED 31 DECEMBER 2014, BASED ON ARTICLE 73 OF THE FIFA STATUTES

We were engaged by the FIFA Executive Committee to provide reasonable assurance on the compilation of the consolidated financial information containing the consolidated income statements for each of the four years ended 31 December 2011, 2012, 2013 and 2014, respectively, the aggregated consolidated income statement for the four-year period ended 31 December 2014 and the consolidated balance sheet as of 31 December 2014. The consolidated financial information is derived from the annual consolidated financial statements of FIFA for each of the four years ended 31 December 2011, 2012, 2013 and 2014, respectively, which were audited by us.

The FIFA Executive Committee is responsible for the consolidated financial information including adoption of the applicable financial reporting framework.

Our responsibility is to carry out a reasonable assurance engagement and to express an opinion on the compilation of such consolidated financial information based on the work performed.

We conducted our work in accordance with the International Standard on Assurance Engagements 3000, Assurance Engagements Other Than Audits or Reviews of Historical Financial Information. This standard requires that we plan and perform the engagement to obtain reasonable assurance about whether the consolidated financial information has been properly compiled, in all material respects, on the basis stated and that such basis is consistent with the basis of preparation and the accounting principles set out in the notes to the annual consolidated financial statements for each of the four years ended 31 December 2011, 2012, 2013 and 2014, respectively.

In our opinion, the consolidated financial information has been properly compiled, in all material respects, on the basis stated and such basis is consistent with the basis of preparation and the accounting principles set out in the notes to the annual consolidated financial statements for each of the four years ended 31 December 2011, 2012, 2013 and 20114 respectively.

KPMG AG

Roger Neininger | Alex Fähndrich

Zurich, 20 March 2015

CONSOLIDATED FINANCIAL STATEMENTS 2011-2014 142
AUDITOR'S REPORT 146
AUDIT AND COMPLIANCE COMMITTEE REPORT 147

# AUDIT AND COMPLIANCE COMMITTEE REPORT TO THE FIFA CONGRESS

In our function as the Audit and Compliance Committee of FIFA, we have assessed the consolidated financial statements (consolidated statement of comprehensive income, consolidated balance sheet, consolidated cash flow statement, consolidated statement of changes in reserves and notes to the consolidated financial statements) of the Fédération Internationale de Football Association for the period from 1 January 2014 to 31 December 2014. We confirm that we fulfil the independence criteria as defined in article 36 of the FIFA Statutes. According to article 36 of the FIFA Statutes, it is our responsibility to ensure the completeness and reliability of the financial accounting and to review the consolidated financial statements and the external auditors' report. We have assessed the 2014 financial statements through:

- Examination of the audit reports of the external auditors;
- Examination of the 2014 Comprehensive Auditor's Report to the Executive Committee;
- Discussion of the financial statements during the meetings of the Audit and Compliance Committee in the presence of the Deputy Secretary General and the external auditors.

We have reviewed the consolidated income statement and balance sheet for the four-year period ending 31 December 2014 based on article 73 of the FIFA Statutes. The statement agrees with the IFRS financial statements for 2011-2014, which have been audited by KPMG and approved by the FIFA Congress.

We have also assessed the accounting principles used, significant estimates made and the overall presentation of the financial statements. We believe that our assessment provides a reasonable basis for our opinion. Furthermore, we confirm that we have had unrestricted and complete access to all the relevant documents and information necessary for our assessment.

In addition, we advised and assisted the Executive Committee in monitoring FIFA's financial and compliance matters and monitored compliance as set out in the FIFA Organisation Regulations.

On this basis, we recommend that the FIFA Congress approve the consolidated financial statements for 2014.

For the Audit and Compliance Committee

Domenico Scala
Chairman

Zurich, 16 March 2015

MIX
Paper from responsible sources
FSC® C007938
FSC www.fsc.org

**Financial Report 2014**
Official publication of the
Fédération Internationale de Football Association

**Publisher**
Fédération Internationale de Football Association

**President**
Joseph S. Blatter

**Secretary General**
Jérôme Valcke

FIFA-Strasse 20, P.O. Box, 8044 Zurich, Switzerland
T: +41 (0)43 222 7777, F: +41 (0)43 222 7878, FIFA.com

**Photos**
FIFA Archive, FIFA via Getty Images, FIFA/foto-net/Kurt Schorrer, imago stock&people GmbH

**Graphic design/layout**
Sven Müller Design, 82319 Leutstetten/Munich, Germany

**Printing**
Zofinger Tagblatt AG, Switzerland

The reproduction of articles – even partially – is prohibited unless permission has been sought from the editors and a reference is made to the source (copyright: FIFA).
Permission to reproduce photos must be sought from the individual photo agencies concerned.

The FIFA logo is a registered trademark.

# COMMITTEES

**FIFA executive bodies**
- Executive Committee
- Emergency Committee

**FIFA standing committees**
- Finance Committee
- Audit and Compliance Committee
- Strategic Committee
- Organising Committee for the FIFA World Cup™
- Organising Committee for the FIFA Confederations Cup
- Organising Committee for the Olympic Football Tournaments
- Organising Committee for the FIFA U-20 World Cup
- Organising Committee for the FIFA U-17 World Cup
- Committee for Women's Football and the FIFA Women's World Cup™
- Organising Committee for the FIFA U-20 Women's World Cup
- Organising Committee for the FIFA U-17 Women's World Cup
- Futsal Committee
- Beach Soccer Committee
- Committee for Club Football
- Organising Committee for the FIFA Club World Cup
- Referees Committee
- Football Committee
- Medical Committee
- Development Committee
- Players' Status Committee
- Legal Committee
- Committee for Fair Play and Social Responsibility
- Media Committee
- Associations Committee
- Marketing and TV Committee
- Security and Integrity Committee

**FIFA judicial bodies**
- Disciplinary Committee
- Appeal Committee
- Ethics Committee

**Other FIFA bodies**
- FIFA Medical Assessment and Research Centre
- Dispute Resolution Chamber
- Task Force Against Racism and Discrimination
- Compensation Sub-Committee

# FIFA ORGANISATION CHART



# MEMBER ASSOCIATIONS

A
- Afghanistan
- Albania
- Algeria
- American Samoa
- Andorra
- Angola
- Anguilla
- Antigua and Barbuda
- Argentina
- Armenia
- Aruba
- Australia
- Austria
- Azerbaijan

B
- Bahamas
- Bahrain
- Bangladesh
- Barbados
- Belarus
- Belgium
- Belize
- Benin
- Bermuda
- Bhutan
- Bolivia
- Bosnia and Herzegovina
- Botswana
- Brazil
- British Virgin Islands
- Brunei Darussalam
- Bulgaria
- Burkina Faso
- Burundi

C
- Cambodia
- Cameroon
- Canada
- Cape Verde Islands
- Cayman Islands
- Central African Republic
- Chad
- Chile
- China PR
- Chinese Taipei
- Colombia
- Comoros
- Congo
- Congo DR
- Cook Islands
- Costa Rica
- Côte d'Ivoire
- Croatia
- Cuba
- Curaçao
- Cyprus
- Czech Republic

D
- Denmark
- Djibouti
- Dominica
- Dominican Republic

E
- Ecuador
- Egypt
- El Salvador
- England
- Equatorial Guinea
- Eritrea
- Estonia
- Ethiopia

F
- Faroe Islands
- Fiji
- Finland
- France

G
- Gabon
- Gambia
- Georgia
- Germany
- Ghana
- Greece
- Grenada
- Guam
- Guatemala
- Guinea
- Guinea-Bissau
- Guyana

H
- Haiti
- Honduras
- Hong Kong
- Hungary

I
- Iceland
- India
- Indonesia
- Iran
- Iraq
- Republic of Ireland
- Israel
- Italy

J
- Jamaica
- Japan
- Jordan

K
- Kazakhstan
- Kenya
- Korea DPR
- Korea Republic
- Kuwait
- Kyrgyzstan

L
- Laos
- Latvia
- Lebanon
- Lesotho
- Liberia
- Libya
- Liechtenstein
- Lithuania
- Luxembourg

M
- Macau
- FYR Macedonia
- Madagascar
- Malawi
- Malaysia
- Maldives
- Mali
- Malta
- Mauritania
- Mauritius
- Mexico
- Moldova
- Mongolia
- Montenegro
- Montserrat
- Morocco
- Mozambique
- Myanmar

N
- Namibia
- Nepal
- Netherlands
- New Caledonia
- New Zealand
- Nicaragua
- Niger
- Nigeria
- Northern Ireland
- Norway

O
- Oman

P
- Pakistan
- Palestine
- Panama
- Papua New Guinea
- Paraguay
- Peru
- Philippines
- Poland
- Portugal
- Puerto Rico

Q
- Qatar

R
- Romania
- Russia
- Rwanda

S
- Samoa
- San Marino
- São Tomé e Príncipe
- Saudi Arabia
- Scotland
- Senegal
- Serbia
- Seychelles
- Sierra Leone
- Singapore
- Slovakia
- Slovenia
- Solomon Islands
- Somalia
- South Africa
- South Sudan
- Spain
- Sri Lanka
- St. Kitts and Nevis
- St. Lucia
- St. Vincent and the Grenadines
- Sudan
- Suriname
- Swaziland
- Sweden
- Switzerland
- Syria

T
- Tahiti
- Tajikistan
- Tanzania
- Thailand
- Timor-Leste
- Togo
- Tonga
- Trinidad and Tobago
- Tunisia
- Turkey
- Turkmenistan
- Turks and Caicos Islands

U
- Uganda
- Ukraine
- United Arab Emirates
- Uruguay
- US Virgin Islands
- USA
- Uzbekistan

V
- Vanuatu
- Venezuela
- Vietnam

W
- Wales

Y
- Yemen

Z
- Zambia
- Zimbabwe

**Fédération Internationale de Football Association**
FIFA-Strasse 20 P.O. Box 8044 Zurich Switzerland
T: +41 (0)43 222 7777 F: +41 (0)43 222 7878 FIFA.com

# EXHIBIT 128

# FIFA'S TRANSFORMATION




**28 February 2020** – Over the last four years, FIFA has come a very long way in restoring transparency and trust. The organisation's governance, as well as its financial and business performance, have undergone substantial transformation. After a change of leadership, a series of statutory reforms and the adoption of financial, commercial and good governance best practices, FIFA has successfully turned from a toxic organisation in perilous financial condition into a solid and modern brand.

**Revenue targets secured and exceeded**

Despite the biggest crisis in FIFA's history and the resulting virtual standstill in sales activities during 2016, record figures in all areas were achieved in the 2015–2018 cycle.

USD 6.421bn was received in revenue during the 2015-2018 cycle, which was 28% over the initial budget of 5bn, a figure that was approved at the 2014 FIFA Congress.

**All-time high in reserves**

At the end of the 2015-2018 cycle, FIFA's reserves reached a new high of USD 2.74bn, 80% up on the 2011–2014 cycle. The amount of USD 1.25bn from the reserves will be reinvested in football development, with a substantial part being allocated to women's football.

**Enhanced control of money flows**

Financial governance was strengthened in all areas to ensure the highest level of transparency for all money inflows and outflows. The IFRS 15 accounting standard was adopted in 2016, with a restatement of 2015 to ensure the full cycle was accounted under the same standards and to allow comparability. The budget approach, in line with the IFRS accounting principles, was also adopted to allow full and direct budget analysis with actual figures. Improved processes and controls were finally established in relation to procurement, accounts payable, payroll, receipts and accounts receivable.

**Fourfold increase in FIFA's football development entitlements**

FIFA has invested a total of USD 1.67bn in development and education, of which USD 1.079bn in the newly created Forward Programme, resulting in a fourfold increase in development entitlements. This all started in 2016. FIFA has not only brought its investment in football development to new heights, but has also implemented a comprehensive oversight mechanism, including a full audit of Forward funds, to ensure that resources are used transparently, judiciously and effectively.

(SOURCE: FIFA.com)

← Previous Next →

Other News ›

South African teams open their account a... 04 July 2025

Thread with caution at WAFCON – Motau 01 July 2025

SAFA responds to Lucas Radebe talk 27 November 2023

Crouses win big in opening day of 2023... 17 October 2023

Stage set for the 2023 Sasol League Nation... 16 October 2023

Ellis announces Banyana squad for... 04 October 2023

South African U15 National team report... 02 October 2023

SAFA hosts Referees Development group... 21 September 2023

08 July 2023

08 July 2023

# EXHIBIT 129

Case 1:26-mc-25872-XXXX Document 1-1 Entered on FLSD Docket 08/27/2026 Page 1182 of 1357

FIFA

2019-2022 cycle in review

# 2019-2022 BUDGET COMPARISON

## FIFA OUTPERFORMED ITS CYCLE BUDGET DESPITE THE GLOBAL COVID-19 PANDEMIC

An outstanding four-year net result was achieved for the 2019-2022 cycle with an elevenfold increase compared with the budgeted figure. All revenue categories exceeded their budget targets and administrative costs were kept to a minimum so that maximum resources could be allocated to football development.

In line with its strategic 2.0 vision to increase football development funds and allow its international tournaments to flourish, FIFA established the initial 2019-2022 budget with a full-cycle revenue budget of USD 6,560 million and an investment budget of USD 6,460 million, as approved at the 2018 FIFA Congress. However, in 2020, COVID-19 severely disrupted football at all levels, and the non-staging of the FIFA Confederations Cup had a significant effect on FIFA’s revenue and expenses in the cycle. Accordingly, FIFA revised its full-cycle budget by reducing the revenue budget to USD 6,440 million and the investment budget to USD 6,340 million, as approved at the 2020 FIFA Congress.

This section compares the revised budget with the actuals for the full 2019-2022 cycle.

# 2019-2022 revenue

Total revenue for 2019-2022 amounted to USD 7,568 million, of which 45% came from broadcasting rights, 24% from marketing rights, 10% from licensing rights, 13% from hospitality rights and tickets, and 8% from other revenue and income. All revenue categories exceeded their budget targets, producing a 18% increase in the full-cycle revenue compared to the budgeted target.

Revenue from **television broadcasting rights** of USD 3,426 million exceeded the full-cycle budget by USD 126 million (4%). Of the five main sales territories, the European territory delivered the most substantial part of the revenue of USD 1,061 million, USD 73 million over the budget level.

Revenue from **marketing rights** for the full cycle totalled USD 1,795 million, outperforming the budget by USD 29 million (2%), mainly thanks to the outstanding sales performance of the FIFA World Cup Qatar 2022™ sponsorships. All 14 slots for FIFA Partner and FIFA World Cup Sponsor categories were sold out and 18 Regional Supporters were signed, resulting in an unprecedented marketing revenue in the 2019-2022 cycle.

USD 769 million was generated from **licensing rights**, USD 166 million (28%) above budget. This outstanding result was driven primarily by a strong performance in branding licensing rights, which are related to FIFA marks and brand elements in connection with FIFA World Cup™ products and other services.

**Hospitality and ticket sales** totalled USD 949 million, or USD 441 million over budget. This figure includes revenue from the FIFA Woman's World Cup France 2019™ (USD 8 million), the FIFA Arab Cup 2021™ (USD 12 million) and the FIFA World Cup Qatar 2022. The latter accounted for by far the biggest share at USD 929 million.

Gate revenues from the FIFA World Cup Qatar 2022 benefited from strong demand for both ticket and hospitality packages, with an average attendance rate of 96.3% for the final tournament. In total, budgets were surpassed by 87%. More details and a summary of the Qatar 2022™ ticketing statistics can be found under **2019-2022 revenue**.

**Other revenue and income** exceeded the budget by USD 366 million, mainly due to contributions from the country staging the FIFA World Cup Qatar 2022 (USD 123 million)

and the FIFA Arab Cup 2021 (USD 77 million), an award to FIFA by the United States Department of Justice that was paid into the newly created World Football Remission Fund (USD 60 million), break fees relating to contract cancellations, income from the Olympic Football Tournaments and gains on sales of investment properties.

## Actual versus budget (USD million)

| in MUSD | Actual | Budget | Variance to Budget |
|---|---|---|---|
| Revenue from television broadcasting rights | 3,426 | 3,300 | 126 |
| Revenue from marketing rights | 1,795 | 1,766 | 29 |
| Revenue from licensing rights | 769 | 603 | 166 |
| Revenue from hospitality rights and ticket sales | 949 | 508 | 441 |
| Other revenue and income | 629 | 263 | 366 |
| Total | 7,568 | 6,440 | 1,128 |





# 2019-2022 expenses

FIFA's total investments for the 2019-2022 cycle amounted to USD 6,302 million, slightly below the budget figure of 6,340 million. Two main factors influenced the investment budget. Firstly, total investments in football were further increased to a total of USD 5,266 million, exceeding the budget by 4%. At the same time, FIFA streamlined its administrative and commercial activities (USD 1,036 million), which accounted for a 18% reduction compared to the budget, or a total of USD 224 million.

Expenses for **Competitions & Events** amounted to USD 2,542 million, USD 35 million below budget.

The FIFA World Cup Qatar 2022™ was a great success from both an organisational and a cost-efficiency point of view. FIFA took on certain host-country activities, leading to additional investments in the tournament, which were mainly offset by host country contributions.

The highlight of 2021 was the delivery of a successful inaugural FIFA Arab Cup™ in Qatar in December, a key test event for the following year's FIFA World Cup™. The expenses for the FIFA Arab Cup were offset in the form of host country contributions.

As a consequence of the COVID-19 pandemic, some of FIFA's youth tournaments scheduled for 2020 and 2021 had to be cancelled. In addition, with the FIFA Club World Cup 2022™ and the Best FIFA Football Awards™ 2022 both being postponed to 2023, the expenses for those events were shifted from 2022 to 2023.

In 2022, FIFA benefited from the release of provisions in connection with cost savings relating to the 2018 FIFA World Cup Russia™ and the 2014 FIFA World Cup Brazil™.

## Actual versus budget (USD million)

| in MUSD | Actual | Budget | Variance to Budget |
|---|---|---|---|
| **FIFA World Cup™** | **1,831** | **1,656** | **-175** |
| FIFA U-17 Women's World Cup India 2022™ | 16 | 21 | 5 |
| FIFA U-20 Women's World Cup Costa Rica 2022™ | 16 | 22 | 6 |

| in MUSD | Actual | Budget | Variance to Budget |
|---|---|---|---|
| FIFA World Cup™ intercontinental play-off matches | 2 | 0 | -2 |
| Youth Olympic Games | 0 | 2 | 2 |
| FIFA Arab Cup 2021™ | 86 | 0 | -86 |
| FIFA Futsal World Cup Lithuania 2021™ | 16 | 22 | 6 |
| Olympic Football Tournaments Tokyo 2020 | 12 | 20 | 8 |
| FIFA Beach Soccer World Cup Russia 2021™ | 6 | 7 | 1 |
| Cancelled Youth tournaments | 0 | 103 | 103 |
| FIFA Women`s World Cup France 2019™ | 155 | 157 | 2 |
| FIFA U-17 World Cup Brazil 2019™ | 26 | 26 | 0 |
| FIFA U-20 World Cup Poland 2019™ | 24 | 24 | 0 |
| FIFA Beach Soccer World Cup Paraguay 2019™ | 6 | 6 | 0 |
| FIFA Club World Cup™ | 67 | 86 | 19 |
| FIFA eFootball tournaments | 34 | 39 | 5 |
| The Best FIFA Football Awards™ | 13 | 30 | 17 |
| Blue Stars/FIFA Youth Cup™ | 2 | 3 | 1 |
| FIFA events from previous cycles | –211 | –92 | 119 |
| Value-in-kind and other | 162 | 140 | -22 |
| **Other FIFA events** | **432** | **616** | **184** |
| **FIFA Club Protection Programme** | **80** | **109** | **29** |
| **Personnel expenses** | **178** | **179** | **1** |
| **Depreciation of property and equipment** | **21** | **17** | **-4** |
| **Competitions & Events** | **2,542** | **2,577** | **35** |

Expenses for **Development & Education** amounted to USD 2,577 million, USD 213 million higher than the budget for the 2019-2022 cycle.

The global pandemic left its mark on FIFA's signature development programme, FIFA Forward 2.0 – not in terms of available funds but in the speed of project implementation. The full-cycle budget of USD 1,746 million for 2019-2022 has been expensed for the benefit of FIFA's 211 member associations, the six confederations and the zonal/regional associations, with unused funds accrued for subsequent use by the respective beneficiary. With a total of USD 1,719 million in expenses relating to the Forward Programme and the establishment of a specific Football Development Fund with an allocation of USD 27 million, the USD 1,746 million of funds earmarked by FIFA under Forward for football development remains fully available for those who will benefit from the programme.

In 2022, FIFA launched its innovative Talent Development Scheme, offering bespoke assistance to member associations to help them achieve their full potential and continuing the measures taken to reduce the disparity in the level of football between different regions of the world. The total amount earmarked for this programme includes a kick-off fund of USD 10 million as well as implementation funds of USD 200 million.

Also in 2022, FIFA further invested in its new FIFA+ platform as part of its endeavours to make football truly global and inclusive, thus underpinning its core mission to expand and develop football globally.

In 2021, FIFA was awarded a sum of USD 60 million in the form of the World Football Remission Fund, which will be invested to help finance football-related projects with a positive community impact. This amount, awarded and recognised as income, has been offset by corresponding development expenses under the Development & Education category.

| in MUSD | Actual | Budget | Variance to Budget |
|---|---|---|---|
| FIFA Forward programme and Football Development Fund | 1,746 | 1,746 | 0 |
| FIFA Talent Development Scheme | 210 | 0 | -210 |
| Other projects | 80 | 78 | -2 |
| World Football Remission Fund | 60 | 0 | -60 |
| Digital Development Services | 53 | 0 | -53 |
| Technical development programmes | 52 | 84 | 32 |
| Refereeing | 30 | 42 | 12 |

| in MUSD | Actual | Budget | Variance to Budget |
|---|---|---|---|
| Women's football promotion | 22 | 57 | 35 |
| Education | 19 | 21 | 2 |
| FIFA Foundation | 17 | 34 | 17 |
| Audit and financial education | 11 | 12 | 1 |
| Sustainability, human rights and safeguarding | 10 | 8 | -2 |
| WHO solidarity fund | 10 | 10 | 0 |
| Medicine and science | 5 | 9 | 4 |
| **FIFA Museum** | **21** | **26** | **5** |
| **Personnel expenses** | **150** | **148** | **-2** |
| **Depreciation of property and equipment** | **81** | **89** | **8** |
| **Development & Education** | **2,577** | **2,364** | **-213** |

Expenses for **Football Governance** stood at USD 147 million, USD 8 million more than the budget for the 2019-2022 cycle.

Investments in football governance bodies and third-party services exceeded the budget, mainly driven by the launch of the Fund for Football Players and increased investment in the FIFA Clearing House for its go-live in 2022.

| in MUSD | Actual | Budget | Variance to Budget |
|---|---|---|---|
| Football Governance bodies and third-party services | 67 | 52 | -15 |
| Personnel expenses | 72 | 79 | 7 |
| Depreciation of property and equipment | 8 | 8 | 0 |
| **Football Governance** | **147** | **139** | **-8** |

**FIFA Governance & Administration** achieved cost savings of USD 158 million across all departments, mainly through reduced travel activities and holding many more virtual

conferences for meetings, including the FIFA Congresses in 2020 and 2021 as well as FIFA Council and committee meetings. Further savings were made in personnel expenses, legal costs, communications and information technology. FIFA remains committed to keeping Governance & Administration expenses as low as possible so that maximum resources can be dedicated to football development.

| in MUSD | Actual | Budget | Variance to Budget |
|---|---|---|---|
| Information technology | 91 | 103 | 12 |
| Communications | 83 | 88 | 5 |
| Legal costs | 59 | 67 | 8 |
| Annual FIFA Congress and committees | 54 | 90 | 36 |
| Buildings and maintenance | 26 | 28 | 2 |
| Expected credit losses of receivables and contract assets | 3 | 0 | -3 |
| Other | 77 | 133 | 56 |
| Personnel expenses | 347 | 389 | 42 |
| Depreciation of property and equipment | 27 | 27 | 0 |
| FIFA Governance & Administration | 767 | 925 | 158 |

FIFA spent USD 269 million in commercialising **Marketing & TV Broadcasting** rights, which was USD 66 million below budget. These significant cost savings were primarily due to the launch of digital activities in marketing rights and a reduction in sales commissions in the area of TV broadcasting rights.

| in MUSD | Actual | Budget | Variance to Budget |
|---|---|---|---|
| Marketing rights | 47 | 82 | 35 |
| Broadcasting and media rights | 33 | 27 | -6 |
| Licensing rights | 12 | 13 | 1 |
| Sales commission and other | 82 | 113 | 31 |

| in MUSD | Actual | Budget | Variance to Budget |
|---|---|---|---|
| Personnel expenses | 87 | 93 | 6 |
| Depreciation of property and equipment | 8 | 7 | -1 |
| **Marketing & TV Broadcasting** | **269** | **335** | **66** |

**+9%**

Additional football investments in Development & Education versus budget

**+0,000**

Net result versus full-cycle budget (USD million)

**+1,128**

Record revenue versus full-cycle budget (in USD million)

**-00%**

Actual FIFA Governance & Administration expenses versus budget

# EXHIBIT 130

INSIDE WORLD FOOTBALL

(https://www.insideworldfootball.com/)

≡

22 August 2026 GMT: 20:53

# FIFA posts $7.6bn record revenue for 2019-22 cycle and promises $11bn bonanza for 2023-26

15th February 2023



**By Paul Nicholson**

February 15 – FIFA has reported record-breaking revenue $7.6 billion for the 2019-2022 cycle and is forecasting a massive revenue increase of $4.560 million to a total of $11,000 million for the 2023-2026 cycle which culminates in the expanded 48 team World Cup hosted in the US, Canada and Mexico.

FIFA is reliant on its men's World Cup to underpin its activities for the full four year cycle and the Qatar 2022 World Cup year delivered $5.769 billion, a record for FIFA that exceeded the 2018 amount by 24%.

Of that record revenue figure in 2022, a total of $3.404 billion was paid out, of which 59% went to organising and staging the Qatar 2022 World Cup other FIFA events.

"The net result for 2022 came to $2.368 million, which offset the structurally negative results in the first three years of the cycle, leading to a net result of $1.187 billion for the full 2019-2022 cycle, which was more than 11 times higher than the budgeted net result," said FIFA in its Annual Report 2022.

FIFA said its total assets were $6.796 million at the end of 2022, 85% of which were in the form of cash and cash equivalents and financial assets. FIFA's reserves hit a new high of $3.971 million, 45% higher than the level at the end of the 2015-2018 cycle.




(https://www.insideworldfootball.com/app/uploads/2023/02/Screenshot-2023-02-15-at-01.57.00.png)

In a somewhat peculiar explanation of the economic success of the cycle, FIFA president Gianni Infantino said: "FIFA's unprecedented investment in football is the result of our solid financial transparency and stands as a concrete example of how we are aiming to make football truly global."

What was more logical was his assertion that "the resounding success of the FIFA World Cup 2022 in Qatar has been key to the organisation's ability to fulfil its mission in relation to our member associations and the world of football, despite the multiple challenges we faced during the past cycle, not least the COVID-19 pandemic."




(https://www.insideworldfootball.com/app/uploads/2023/02/Screenshot-2023-02-15-at-01.57.46.png)

**God Bless America**

The big win for FIFA in the 2023-26 budget comes via a massive predicted increase in 2026 hospitality and ticket sales to a record budget level of $3.097 billion as the co-hosted World Cup 2026 visits 16 host cities and big capacity, state-of-the-art stadia. This is a huge $2.59 billion increase on the Qatar 2022 World Cup.

Those with longer memories will remember that in the bidding Qatar beat the US to the 2022 hosting. Qatar broke records, but by how much further would those records have been broken if FIFA had stuck to its principle of rotation around the federations and awarded the 2022 World Cup to the bidding Concacaf nation.

| | Budget 2023-2026 | Variance |
|---|---|---|
| TV broadcasting rights | 4,264 | +964 |
| Marketing rights | 2,693 | +927 |
| Licensing rights | 669 | +66 |
| Hospitality rights and ticket sales | 3,097 | +2,589 |
| Other revenue and income | 277 | +14 |
| **Total** | [illegible]00 | +4,560 |

Illustration

(https://www.insideworldfootball.com/app/uploads/2023/02/Screenshot-2023-02-15-at-05.29.30.png)

FIFA has brought ticketing and hospitality sales in-house and dropped its previous rights fee model where FIFA's hospitality services were outsourced.

FIFA is also predicting a more modest increase in revenue from TV broadcasting rights to $4.264 billion (up by $964 million) with 43% of the television rights sales already contracted.

Marketing rights sales (big sponsorships) is forecast to rise to $2.693 million, a jump of $`927 million as FIFA transitions to a geography that is more sponsor friendly and doesn't come with baggage of multiple human rights issues which are a very cold shower for global sponsors and their brand image. FIFA said 21% had already been contracted as at 31 December 2022.

FIFA said it is budgeting $3.839 billion to deliver the 2026 World Cup. It is spending $435 million on the 2023 Women's World Cup that is being co-hosted by Australia and New Zealand.

Investment budget for the FIFA World Cup 2026™ (USD million)




(https://www.insideworldfootball.com/app/uploads/2023/02/Screenshot-2023-02-15-at-06.14.28.png)

In 2024 FIFA will launch its 32-team Club World Cup. No revenue or expense budgets were provided for the new 4-year event.

That new event was not the only omission from the new cycle's financial modelling. "The creation of a new FIFA Women's Club World Cup, a new FIFA Futsal Women's World Cup and the expansion of the Women's Olympic Football Tournament from 12 to 16 teams are not considered in the current version of the budget," said FIFA.

Contact the writer of this story at paul.nicholson@insideworldfootball.com

Share Post Share

# EXHIBIT 131

**Infantino's threat to football: Back me or miss - Daily Telegraph, The/The Sunday Telegraph: Web Edition Articles (London, England) - July 29, 2026 - page 1**

July 29, 2026 | Daily Telegraph, The/The Sunday Telegraph: Web Edition Articles (London, England) | Tom Morgan, Sports News Correspondent

Gianni Infantino, the under-pressure Fifa president, has given member nations a 53-day deadline to back his plans to sell stakes in the World Cup or face a 75 per cent reduction in potential funding.

In a letter sent to all 211 member associations by the Fifa president, Infantino has promised riches of up to $10bn (£7.5bn) to be made accessible as early as January 1, 2027, and he has also offered access to as much as $40m through his new “Fifa Forward Enterprise” proposal.

However, Infantino has warned that any members who oppose his private investment plan will be cut out of the new funding model should it still get waived through by associations. Such a move would create a two-tier funding system across world football and risk completely shifting the balance of financial power within the sport.

Infantino’s latest move was immediately condemned by Uefa, which claimed that the backlash against Fifa was “growing”.

Decision time

In the letter, seen by Telegraph Sport, Infantino set associations a deadline of September 19 to decide whether they will agree to his plan to sell between 20 per cent and 30 per cent of Fifa’s commercial rights to private investors.

Infantino wrote: “The decision on whether or not to proceed with this proposal belongs entirely to you.

“Should you wish to proceed, this $10bn package will become available as of January 1, 2027, ushering in the next phase of our journey together. In exchange, all that is required is your continued trust – everything else remains the same.

“Should you wish to retain the status quo and reject this proposal, we still have our planned expansion of the Forward programme of $2.7bn as previously presented, which will continue to improve and develop our game. We will continue to do great things together.”

The emergence of Infantino’s proposals, which appear to have progressed without any knowledge by the majority of Fifa’s members, including the Football Association, has triggered a fierce backlash across the globe.

However, Infantino claimed that the vote will be “a fully democratic decision in the hands of the member associations” and will require a majority to pass.

He added: “In keeping with our democratic principles, the implementation of Fifa Forward Enterprise will be entirely conditional on the following two steps:

“1) The support by way of participation of a majority (>50 per cent) of Fifa Member Associations in the process by the deadline stipulated.

“2) The express approval by the Fifa Council to enact the requisite adjustments to the Forward Programme.”

‘Pure bribery’

Opponents have reacted with fury to the letter, with one figure telling The Times that it is “pure bribery”.

Infantino’s letter also highlighted the increase in Fifa funding during his time as president since he replaced the disgraced Sepp Blatter in February 2016. Members received around £2.26m each in the 11 years under Blatter before Infantino came to power, with the same period from 2027 offering riches of more than £64m if

they back his sell-off plans.

Infantino said: "The proposal, if implemented, would see member associations benefitting from the following resulting increases in Forward funding:

"1) Fifa Forward – $20m (£15m) per (member association) for the cycle starting January 1, 2027 allocated equally to all 211 member associations.

"This would continue to increase cycle-on-cycle; $22m for 2031-2034, $24m for 2035-2038, and so forth. It will be financed through guaranteed payments from the increased revenues unlocked via this newly established, commercially focused entity.

"2) Fifa Fast-Forward (a new programme) – $20m per (member association) as a singular and unique funding opportunity only for those member associations who wish to participate, with their decision to be made by September 19, 2026 so we can plan ahead and with funds to be available immediately as of January 1, 2027.

"It will be financed by Fifa liquidating a minority portion of its share in Fifa Forward Enterprise to carefully selected long-term external investors without ceding control of any kind.

"In total for the upcoming cycle starting as of January 1, 2027 each member association will have the possibility to access up to $40m per member association under this proposal.

"Over a 12-year, three-cycle period, this would represent cash payments of c. $86m ($40m plus c.$22m plus c.$24m) compared to the $3m received over the same time period before my election. So a very significant increase from $3m per member association to $86m per member association in the same period."

Backlash

Uefa lead criticism to the threat of reduced potential funding for those who do not fall in line. In a statement it said: "Today we have learned of Fifa's deadline to associations to support their proposals or have the one-off payout offer withdrawn. This says everything you need to know about this plan.

"But having held discussions with many stakeholders across the game, Uefa knows there is significant and growing opposition to Fifa's scheme. Fifa cannot continue to use our sport to enrich themselves and their friends. We can grow the game correctly. It's time to prioritise associations, clubs, leagues, players and fans."

Oliver Brown

Football must be saved from megalomaniac Infantino

© Telegraph Media Group Holdings Limited 2026

# EXHIBIT 132

# Further UEFA statement on FIFA plans

Wednesday, July 29, 2026

Media Releases




Today we have learned of FIFA's deadline to associations to support their proposals or have the one-off payout offer withdrawn. This says everything you need to know about this plan.

But having held discussions with many stakeholders across the game, UEFA knows there is significant and growing opposition to FIFA's scheme. FIFA cannot continue to use our sport to enrich themselves and their friends. We can grow the game correctly. It's time to prioritise associations, clubs, leagues, players and fans.

# EXHIBIT 133

Story by

# Gianni Infantino was eyeing a $30 million salary in scrapped FIFA World Cup





Photo by Dominik Bindl/Getty Images

**Ishaan Bhattacharya**
Sun, Aug 2, 2026 · 2 min read

77

**FIFA President Gianni Infantino was forced to withdraw his 'FIFA Forward Enterprise' project, a privatisation strategy for the World Cup which would have led to a big payday for Infantino.**

Infantino is under major pressure after his plans for the FFE collapsed in the face of massive backlash from member confederations.

ADVERTISEMENT

With the plan being forced to stand down, whistleblowers are claiming to reveal details on how this would have personally enriched Infantino.

## Whistleblowers claim Gianni Infantino was eyeing a $30 million salary for FFE

Martyn Zeigler of The Times, who was the first to reveal Infantino's plans for the FFE project, has revealed that whistleblowers have told him that Infantino eyed a $30 million

salary plus bonuses to lead the new commercial entity.

Despite being a non-profit, FIFA pays its President a 4.8 million Swiss franc salary. That's a rich figure, but Infantino was allegedly eyeing a much bigger payday through his plans of privatising the World Cup.

ADVERTISEMENT

Infantino publicly claimed that he would not personally enrich himself from the project, but Zeigler's whistleblowers have made the exact opposite assertion.

This deal has already been blasted by UEFA as a 'shabby, back-room deal' and an attempt to 'sell football'. As a result, UEFA is now pushing for a leadership change at FIFA.



**Photo by Catherine Ivill – AMA/Getty Images**

Infantino's plans would have given each FIFA member association upwards of $20 million as a one-time developmental investment, but despite that allure, most confederations opposed this plan as a united front and got Infantino to scrap it.

If it went through, it's hard to see Infantino ever relinquishing power in FIFA, personally enriching himself and his partners, who would use their financial stake to protect his position.

ADVERTISEMENT

Most member nations would also be allied with Infantino after receiving their first payment, so it might have been the best thing for this plan to get leaked and shut down before it could even be formally proposed.

**Read more:**

- Alexi Lalas gives new nickname to English soccer team as they close in on another MLS signing

# EXHIBIT 134

# Gianni Infantino had $30M salary plan before World Cup sale plans imploded

**FIFA president Gianni Infantino was set to earn a reported $30 million per year through the FIFA Forward Enterprise (FFE) scheme, only for the proposal to be scrapped following widespread condemnation**

Comments 0

SPORT By**Aaron Morris** Senior Sports Reporter
07:00 ET, 02 Aug 2026Updated 07:03 ET, 02 Aug 2026



(Image: Chris Brunskill/Fantasista, Getty Images)

Gianni Infantino was on track for a $30 million payday through FIFA's Forward Enterprise (FFE) scheme, but the proposals sparked fierce opposition. UEFA and the FA were quick to slam the plan, which aimed to sell stakes in the World Cup to private investors.

Article continues below

Member associations even threatened to boycott the tournament if it got the go-ahead. According to the Times, Infantino was set to pocket tens of millions through the FFE scheme, which has now been shelved. UEFA says they've lost confidence in FIFA's leadership, despite the plans being scrapped.

A statement from the European football governing body read: "We cannot keep going on like this with secret schemes on fast track timescales, cooked up by faceless individuals and of dubious benefit to the game. We must identify those responsible and hold them to account.

READ MORE: Travis Kelce 'dad bod' goes viral but Chiefs practice footage alleviates concerns
READ MORE: Aaron Rodgers finally opens up on family reunion in 'incredible' interview

"It is right that, in the coming days and weeks, UEFA will work with its associations and in close cooperation with other confederations to reflect on how this happened and devise a plan to make sure that it cannot occur again. That review should be thorough and fundamental.", reports the Express.

"No option should be off the table. The current FIFA leadership has not only lost UEFA's confidence, but also that of many other members of the football family."
The English FA also backed UEFA's stance, with a spokesperson for the organization stating: "We fully support UEFA's position. It is time for a full and robust review of FIFA's leadership and governance to ensure that the global game is run transparently, for the benefit of all 211 member nations and with the long-term stewardship of football at its heart."

**Get More of Our News on Google**

Set The Mirror US as a 'Preferred Source' to get quicker access to the news you value.

Add as a preferred source on Google



FIFA will not move forward with the plan (Image: Getty)

CONCACAF, meanwhile, has demanded a "comprehensive reckoning" of Infantino's presidency, declaring: "It is a symptom of leadership that has stopped putting football first. This recent unilateral and egregious act of poor governance and leadership follows a pattern of missteps and similar behaviour."
While Infantino insisted that the FFE concept was merely a consultation exercise, sources close to the scheme suggest the real goal was for the FIFA president to take on the role of chief executive or

commissioner. This would have locked in an annual salary of roughly £22.2m for him, not including bonuses.
FIFA refutes suggestions that such an arrangement was ever on the table. A statement from Infantino said: "The FFE project was intended to provide a basis for further strengthening our FIFA member associations and our sport worldwide, especially in those countries where support is most needed.
READ MORE: Sophie Cunningham question prompts Indiana Fever press conference shut down
READ MORE: Davis Riley suffers Eminem gaffe even though Rocket Classic contender 'loves' famous rapper
"And, as we said from the outset, to do this only if a majority of the member associations were in support and always subject to a consultation process with them, the FIFA council, the confederations and wider stakeholders.
"Having listened carefully to all the views, it has become clear that the project has created divisions of a nature that, regardless of the level of support, are no longer in the interest of the objective set out in the first place.
Article continues below
"Our purpose has always been - and will always be - to unite and improve. As a result, this proposal will not proceed. Moving forward, my intent is to bring all interested parties back together in the coming days and weeks in the spirit of shared interest in our game, and with the objective to continue growing football everywhere, particularly in those countries that mostly need our support."

**ENJOYED THIS STORY?**

Choose The Mirror US as a 'Preferred Source' on Google News for quick access to the news you value.

Add as a preferred source on Google

Follow The Mirror US:

Facebook X (Twitter) Instagram Comments 0

# Conversation

Start the conversation

Commenting is subject to our house rules.

ALL COMMENTS NEWEST

Start the conversation

Powered by viafoura

# EXHIBIT 135

SPORTS

# FIFA details Infantino's $6M pay deal with 33% increase in bonus after 2025 Club World Cup




Giovanni Vincenzo Infantino, president of FIFA, tries out a USA hat during a Board of Peace meeting at the U.S. Institute of Peace, Thursday, Feb. 19, 2026, in Washington. (AP Photo/Mark Schiefelbein)
Read More



BY GRAHAM DUNBAR
Updated 4:03 PM EDT, March 19, 2026
Leer en español

GENEVA (AP) — FIFA President Gianni Infantino got a 33% increase in his annual bonus last year as part of a $6 million pay package detailed Thursday by soccer's world body.

Infantino's basic annual salary was unchanged at 2.6 million Swiss francs ($3.3 million) and his bonus rose by 550,000 Swiss francs ($695,000) to 2.2 million Swiss francs ($2.78 million) in 2025, when FIFA organized its first monthlong men's Club World Cup in the United States.

In each of the prior two years, Infantino's annual bonus had been 1.65 Swiss francs ($2 million).

It was unclear if the FIFA leader is entitled to further payments including for keeping homes in his native Switzerland and Florida, where FIFA has a base in Coral Gables organizing the 2026 World Cup across North America.

The Club World Cup heavily backed by Saudi Arabian money added about $2 billion to FIFA's revenue, which is set to be at least $13 billion for the four-year period through this year's World Cup in the United States, Canada and Mexico.

FIFA on Thursday published annual accounts with a budget target for 2027-30 of $14 billion in estimated revenue.

That four-year commercial cycle includes the second edition of the men's Club World Cup — in a host nation yet to be decided — and a men's and women's World Cup.

The Women's World Cup will be in Brazil in 2027 and the men's 2030 World Cup will be co-hosted by Spain, Portugal and Morocco, plus single games in Argentina, Paraguay and Uruguay.

FIFA said it aims to allocate $2.7 billion of its $14 billion revenue in development money to its 211 member federations, plus continental and regional soccer bodies. That would be a 20% increase on the current four-year period.

Infantino is due for re-election next year for a fourth mandate that would extend his presidency to 15 years through 2031. That is the maximum allowed by FIFA statues, which currently allow his successor just three terms of four years each.

FIFA has published salary details for top executives and senior elected officials as part of transparency reforms passed on the day Infantino was elected in 2016. Payments are decided by a FIFA-appointed compensation panel.

---

AP soccer: https://apnews.com/hub/soccer

# EXHIBIT 136

Infantino dealt another blow as AFC rejects plan
24d - ESPN News Services

New coach, same Reds: Iraola has work cut out for him as Liverpool struggle in opener
6h Beth Lindop

Premier League VAR review: Did Liverpool deserve to be bailed out by penalty?
7h - Andy Davies

Szoboszlai scores pen, Liverpool-Newcastle draw
6h ESPN News Services

Two late goals save Man City blushes in PL opener
10h ESPN

USMNT's Pepi, Dest score in PSV's 5-1 rout
10h - ESPN

Raphinha stars as Barcelona thump Elche 5-0
3h PA

González joins Al Qadsiah after Gotham FC exit
2h Jeff Kassouf

Kane wins Germany award after 61-goal season
15h Associated Press

Mourinho: Opponents, fans are 'bullying' Vini Jr.
1d - Alex Kirkland

Messi scores but Miami slumps to 4th loss in 5
23h ESPN

New season, same streak: Viral Man United fan's haircut challenge continues
1d - ESPN

With Guéhi in midfield, Maresca makes transfer needs clear in Man City win
10h - Rob Dawson

Too soon to panic? Man United see problems exposed in Hull City defeat
1d - Rob Dawson

New season, new haircut: Erling Haaland ditches iconic long hair for new season
10h - ESPN

Transfer rumors, news: Nottingham Forest bid £70M for Igor Thiago
12h - ESPN

Men's transfer grades: Arsenal get a B for Konsa
2d - Sam Tighe

Breaking down 10 years of FC 100: Top countries, trends, all-time starting XI
3d Nicholas Sorn

2026 FC 100: Kane, Yamal, Messi among best men's soccer players
6d - ESPN

UEFA boss Čeferin rules out FIFA presidency bid
2h PA

Barça to again discuss new No. 9 after Elche win
2h Sam Marsden

González joins Al Qadsiah after Gotham FC exit
2h - Jeff Kassouf

Raphinha, López both score brace as Barça kickstart campaign
2h - ESPN News Services

Raphinha stars as Barcelona thump Elche 5-0
3h PA

Amorim wins first Serie A game with Milan 2-1 at Torino
3h PA

# Gianni Infantino dealt another blow as AFC joins UEFA, Concacaf in rejecting World Cup plan



ESPN News Services
Jul 31, 2026, 04:58 AM ET

Share Like 235

FIFA's controversial plan to sell stakes in a World Cup company has been dealt what appears to be a fatal blow after the Asian Football Confederation (AFC) joined UEFA and Concacaf in rejecting it.

Gianni Infantino's future as FIFA president now appears uncertain too, with the AFC statement also highlighting "fundamental weaknesses in FIFA's consultation and decision-making processes that must now be addressed."

Concacaf members — which include 2026 World Cup hosts the United States, Canada and Mexico — are losing confidence in Infantino, per the Press Association, while UEFA says it will boycott FIFA competitions until the plan is dropped.

The Swiss said the plans to create a new company to run the World Cup and FIFA's other competitions would require a majority of FIFA's 211 member associations. Collective opposition from AFC's 47 members, added to Concacaf's 41 and UEFA's 55, would mean 143 now stand against it.

FIFA proposes to create FIFA Forward Enterprise (FFE) and sell a 20% stake in it to private investors — with Joshua Kushner's Thrive Eternal earmarked as the lead of the investor group. He is the brother of Jared Kushner, the son-in-law of U.S. President Donald Trump.



Gianni [illegible] Cup plan now appears to be struggling to get a [illegible] lee Chinn [illegible] Images

AFC's statement, as UEFA's did, highlighted the fact that until media reports emerged on Tuesday, associations were unaware of the plans.

"The AFC stands in solidarity with UEFA and CONCACAF in expressing serious concerns over FIFA's proposal to introduce private investment into FIFA's flagship competitions and the decision-making process around FFE," it read.

"The fact that the situation has reached the point where the real possibility of a FIFA World Cup boycott has entered public discourse should concern everyone who cares about the future of our game. Football should never have been placed in such a position."

"While the immediate debate centres on FFE, the AFC considers this issue extends far beyond a single proposal. Rather, it has exposed fundamental weaknesses in FIFA's consultation and decision-making processes that must now be addressed. While the AFC notes FIFA's latest clarification on the proposal, the central concerns surrounding governance, institutional process and meaningful consultation remain unanswered."

FIFA has been approached for comment.

**- FIFA defends WC plan: 'Nobody is selling football'**
**- UEFA to boycott WC; Concacaf rejects FIFA plan**

AFC's damning statement called for an "urgent review" of FIFA's governance and decision-making framework, adding: "This is not the first occasion where major stakeholders have been confronted with significant initiatives after the direction of travel appears to have already been determined."

FIFA had issued a statement in the early hours of Friday in the wake of UEFA announcing its boycott plan and Concacaf's rejection, insisting "nobody is selling football" and vowing to press ahead with the consultation.

UEFA's 55 member nations met on Thursday and "unanimously and unequivocally" rejected the FFE plan, saying no European nation would play in a FIFA competition while the proposal "remains alive."

UEFA's chief concern was the impact that handing over a stake to private investors could have.

"The moment external investors acquire ownership interests in FIFA competitions, football changes forever," UEFA said.

"Commercial return becomes a permanent obligation. Investor expectations become a daily pressure. From that moment onwards, every decision on the international calendar, every decision on competition formats and every decision shaping the future of football is no longer driven by what best serves the game, but by what best serves shareholders."

*Information from PA was used in this report.*

## New season, same Liverpool: More work ahead to be Premier League contender again



# EXHIBIT 137

# UEFA statement on The Times article

Tuesday, July 28, 2026

Media Releases




©UEFA.com

This crosses a line that football's governing institutions should never cross. UEFA takes it extremely seriously. So should every national football association. So should every stakeholder: leagues, clubs, players, supporters, governments and everyone who cares about the future of the game.

The soul and governance of football are not assets to trade – especially with zero transparency as to who gains financially.

None of us are the owners of football. It is not FIFA's to sell.

© 1998-2026 UEFA. All rights reserved. Last updated: Tuesday, July 28, 2026

About

National associations

Running competitions

Development

Sustainability

News & media

EXPLORE

UEFA.tv

Match calendar

Rankings

Tickets/Hospitality

UEFA National Team Football store

UEFA Men's Club Competitions store

UEFA Men's Club Competitions Memorabilia

MORE

MyUEFA

UC3

CHANGE LANGUAGE

# EXHIBIT 138

# UEFA to discuss World Cup boycott over FIFA private investment plan - sources

espn.com/soccer/story/_/id/49470028/uefa-blasts-fifa-proposal-10-billion-world-cup-private-investment

Mark Ogden July 28, 2026





play

UEFA is accelerating efforts to hold an emergency meeting of its 55 member associations this week, sources told ESPN, to discuss plans, including a potential World Cup boycott, to oppose a FIFA proposal to raise $20 billion from a sale of equity to outside investors.

As part of a plan to "unleash the commercial potential and opportunity that FIFA has," FIFA president Gianni Infantino said the game's global governing body will seek investors to fund the FIFA Forward Enterprise (FFE), a newly formed body that would take control of commercial and event operations, including future editions of the men's and women's World Cup.

FIFA is working with multinational financial services firm J.P. Morgan while investors would include Thrive Eternal, which was launched by Joshua Kushner, whose brother Jared Kushner is a son-in-law of U.S. President Donald Trump.

UEFA issued a swift riposte to the plans Tuesday, saying that the sport "isn't FIFA's to sell."

U.K. Prime Minister Andy Burnham became the first prominent world leader to condemn the FIFA proposal by saying on X that "Football does not belong to investors."

Sources told ESPN that there was strong opposition within UEFA to the FIFA proposals.

"This crosses a line that football's governing institutions should never cross," UEFA's statement said. "UEFA takes it extremely seriously. So should every National Football

Association. So should every stakeholder: leagues, clubs, players, supporters, governments and everyone who cares about the future of the game.

"The soul and governance of football are not assets to trade -- especially with zero transparency as to who gains financially.

"None of us are the owners of football. It is not FIFA's to sell."

In an attempt to outline unity and opposition to the Infantino plan, a meeting of the 55 European member associations is planned for this week.

Spain won the 2026 World Cup. *(Photo by Carl Recine/Getty Images)*

Sources said that a virtual meeting is "highly likely" to be scheduled to take place before the end of the week.

FIFA abandoned a proposal in 2021 to stage the World Cup every two years because of the threat of a UEFA boycott, and the same deterrent is expected to be used to fight FIFA's latest plan.

In a statement Tuesday, FIFA said that FFE would raise up to $4.2 billion later this year to help fund development programs "based on an initial equity valuation of $20 billion by carefully selecting long-term investors who will purchase minority, non-controlling interests."

"This is about the democratization of football worldwide," Infantino said in a FIFA statement.

The men's World Cup that finished this month only deepened the political and personal ties between Trump and Infantino, and fueled concerns about those ties including from UEFA.

FIFA's statement Tuesday about its proposed project led with how much money each of its 211 members could get through 2038 in the "FIFA Fast-Forward Program."

Instead of the currently promised $8 million each in development funds through the 2027-30 World Cup commercial cycle, it would be $20 million, then $22 million and $24 million in the following cycles.

FIFA banked record World Cup income of about $12 billion from the 2026 tournament, which had unprecedented high prices for tickets and hospitality across the U.S., Canada and Mexico. It already was unclear how that money could be matched from Spain, Portugal and Morocco co-hosting the 2030 men's edition.

Member federations could choose if they wanted to take part in the new financial opportunities, FIFA said.

"FIFA would retain sole control of FFE and exclusive authority over football governance, competitions, match calendar, and all regulatory and sporting decisions," the soccer body said.

There was no timetable suggested Tuesday for debate and decisions by FIFA, its ruling council chaired by Infantino, and the 211 members.

FIFA is scheduled to hold an online congress Nov. 23 to confirm hosts of the Women's World Cup editions in 2031 and 2035.

*Information from The Associated Press was used in this report.*

# EXHIBIT 139

# Statement on behalf of Concacaf and its 41 Member Associations

**07/30/2026 - 12:59 PM**

Concacaf

## Statement on behalf of Concacaf and its 41 Member Associations

Concacaf is a confederation united by the love of our game, where football comes first. Guided by this philosophy over the past ten years we have built, from the ground up, an organization founded on service, transparent governance, and the long-term stewardship of football.

History has shown FIFA and the football family what happens when the custodians of the game lose sight of these values.

With this in mind, Concacaf today convened a meeting of the presidents of its 41 Member Associations, together with its President, Council members, and its FIFA Council members, to discuss a proposal developed and presented by the FIFA President to establish 'FIFA Forward Enterprise' and sell interests in the FIFA World Cup to private investors.

During the meeting, the membership expressed deep concerns about the lack of due process surrounding the proposal, the artificially short deadline imposed, and the absence of any review or approval by the relevant FIFA governance bodies. In addition, the need for private equity investment to fund new and existing FIFA Forward programs following the most profitable FIFA World Cup in history was questioned.

The discussion reinforced the need for greater transparency and proper governance.

For these reasons, **Concacaf and its 41 Member Associations have**:

**Rejected the proposal;**

Tasked their FIFA Council Members with engaging FIFA to determine how existing vast FIFA reserves could be used to increase FIFA Forward funding for football development across our region; and

Tasked their FIFA Council Members with instructing the FIFA President to ensure that any matter follows the proper governance processes via staff and FIFA Council, in accordance with the FIFA Statutes.

Through these actions, Concacaf reaffirms that football's future—and its greatest asset—must remain in the hands of our football family.

Concacaf

## RELATED STORIES



# EXHIBIT 140

AFC

AFC NEWS

# AFC stands in solidarity with UEFA and CONCACAF to protect the FIFA World Cup

FRI, 31 JULY, 2026

SHARE

**Kuala Lumpur: The Asian Football Confederation (AFC) has observed with deep concern the developments of recent days relating to the proposed establishment of FIFA Forward Enterprise (FFE) and the uncertainty that has emerged across the global football community.**

The AFC stands in solidarity with UEFA and CONCACAF in expressing serious concerns over FIFA's proposal to introduce private investment into FIFA's flagship competitions and the decision-making process around FFE. The fact that the situation has reached the point where the real possibility of a FIFA World Cup boycott has entered public discourse should concern everyone who cares about the future of our game. Football should never have been placed in such a position.

---

Against this backdrop, and in light of the clear positions expressed by UEFA and CONCACAF, as well as the unprecedented divisions that have emerged across the football world, the AFC believes that the proposed FFE cannot realistically achieve the necessary broad consensus and unity required to move forward. The FIFA World Cup is the pinnacle of global football and derives its strength from the participation of all Confederations and the world's leading football nations. Any proposal that risks undermining the unity and universal character of the competition must be reconsidered.

While the immediate debate centres on FFE, the AFC considers this issue extends far beyond a single proposal. Rather, it has exposed fundamental weaknesses in FIFA's consultation and decision-making processes that must now be addressed. While the AFC notes FIFA's latest clarification on the proposal, the central concerns surrounding governance, institutional process and meaningful consultation remain unanswered.

A proposal of such significance, with the potential to affect the commercial, sporting and strategic future of world football, must not emerge through processes that leave Confederations, Member Associations (MAs) and even FIFA's own governing bodies, including the FIFA Council, feeling sidelined. The primary objective for world football must be to ensure that decisions of such magnitude are being developed through processes that are anchored on transparency and command the confidence of the football community.

This is not the first occasion where major stakeholders have been confronted with significant initiatives after the direction of travel appears to have already been determined. Such an approach undermines confidence in FIFA's governance framework and diminishes the authority of its statutory bodies. No subsequent consultation process, however well intentioned, can replace early engagement with the appropriate FIFA bodies and the football family.

The AFC believes this moment must become a catalyst for strengthening institutional reform. While every FIFA MA must have the opportunity to consider and determine proposals affecting the future of world football, meaningful democracy is not measured solely by the opportunity to vote. It begins with transparent governance, timely consultation, informed deliberation and genuine participation throughout the decision-making process.

Accordingly, the AFC calls upon FIFA to undertake an urgent review of its governance and decision-making framework to ensure that proposals of global significance are developed through proper consultation, meaningful engagement and appropriate oversight by FIFA's statutory bodies.

The FIFA World Cup, and the game itself, belong to the entire global football family. Their future must always be shaped collectively, through institutions that reflect the voices of all Confederations and MAs.

AFC

# EXHIBIT 141

# AFC president doubles down on FIFA, calling World Cup plan ‘unacceptable’

*Asian Football Confederation chief slams lack of consultation over plan to sell FIFA World Cup stakes and says it undermines sport’s continental structure.*

3 mins Save Share Add Al Jazeera on Google



Sheikh Salman bin Ebrahim Al Khalifa, FIFA senior vice president and president of the Asian Football Confederation, is the latest to criticise Gianni Infantino's World Cup plan [Hasan Jamali/AP]

By **Reuters**

30 Jul 2026

Asian Football Confederation (AFC) president Sheikh Salman bin Ebrahim Al Khalifa has branded FIFA's lack of consultation over its plan to sell stakes in the World Cup to private investors "totally unacceptable", saying the move undermined the sport's existing continental structure.

The Bahraini's unusually forthright comments were made in a letter sent on Thursday to the regional body's 47 member associations, which was seen by the Reuters news agency.

RECOMMENDED STORIES

**What has FIFA charged Argentina with, and what could the punishment be?**

**Viral finger-clicker suspended as cricket storm remains in global spotlight**

**South Africa's le Clos breaks Commonwealth Games medal record**

**Storm apologize after co-owner berates teen girls for support of Cunningham**

FIFA on Tuesday said it planned to create a $20bn commercial subsidiary to run the World Cup and its other events, drawing criticism from regional confederations, including the AFC, which said they were blindsided by the announcement.

"The AFC notes with great concern and disappointment that it was not consulted by FIFA at any level prior to the public announcement of this proposal," Sheikh Salman wrote.

"And nor has it received any detailed governance, financial or legal analysis of the proposal and its potential repercussions, which is totally unacceptable.

"Furthermore, the AFC is deeply concerned that FIFA's unilateral actions appear to undermine the very foundations of continental football, which are based on solidarity, cooperation and transparency."

The Kuala Lumpur-based AFC is one of FIFA's six confederations and is responsible for running regional club and national team competitions across a vast expanse that encompasses continental Asia, the Middle East and Australia.

The Bahraini said the proposal would not succeed without the support of all of the confederations.




Sheikh Salman bin Ebrahim Al Khalifa, FIFA senior vice president and president of the Asian Football Confederation, looks on as FIFA President Gianni Infantino speaks during the 76th FIFA Congress 2026 [Bob Frid/EPA]

Sheikh Salman called for FIFA President Gianni Infantino's proposal to be "thoroughly examined and discussed through the appropriate legal and governance channels" and questioned the tight timeline given to member associations to approve the plan.

Advertisement

Infantino said in a letter to all 211 football associations this week that they would receive $40m each if they agreed to FIFA's proposal by September 19.

Get instant alerts and updates based on your interests. Be the first to know when big stories happen.

Yes, keep me updated

"The AFC is also surprised that the current timeline allows an extremely limited period for consideration of a proposal of such significance, when such decisions should never be rushed," wrote Sheikh Salman.

He asked the confederation's members to avoid making a decision on the proposal until the AFC had engaged in further discussions with FIFA.

"The AFC kindly requests all [member associations] to await the outcome of these consultations and the completion of the necessary review processes before reaching any position regarding the proposal," he wrote.

"I assure you that the AFC remains fully committed to working constructively with all [member associations], FIFA and stakeholders to advance the interests of football and ensure that the continued growth of the game is built on a foundation of trust, transparency and unity."

Al Jazeera has asked FIFA for a response to the letter from the AFC.

## RELATED

### Infantino's plan to sell stakes in the FIFA World Cup: All to know



How the proposed FIFA Forward Enterprise has provoked criticism, including from UEFA and Britain's new Prime Minister.

29 Jul 2026

### Infantino insists FIFA's World Cup plan is proposal and not 'obligation'



Football governing bodies hit out at plans to sell World Cup stakes, as FIFA insist proposal is not an 'obligation'.

30 Jul 2026

### FIFA belongs to 'no individual or institution', blasts former boss Blatter



Sepp Blatter, FIFA chief for 17 years until 2015, has blasted new proposal that moves 'people's game' further from fans.

29 Jul 2026

### Infantino sets deadline for FIFA offer in Kushner-backed World Cup plan



FIFA's president lobbies for latest, and heavily criticised, proposal for investment in football's governing body.

29 Jul 2026

# EXHIBIT 142

30. JULY 2026

# World Leagues Association statement on FIFA Forward Enterprise

Without any consultation, FIFA announced earlier this week a project to establish a commercial subsidiary to operate its competitions and sell equity interests to private investors.

The FIFA World Cup value, and more generally of national team football, is the result of a collective effort across the entire football pyramid. National team football is built upon the release of players by their clubs. While around one per cent of the world's professional players participate in the FIFA World Cup, the other 130,000 professional footballers and all their clubs stop competing as national league competitions come to a halt.

Therefore, FIFA's responsibilities extend beyond the commercial success of its own competitions. As the global governing body of football, FIFA has a

responsibility to safeguard the balance between national, continental and world competitions and to consider the interests of the game globally.

The FIFA Forward Enterprise project further highlights the conflict of interest between FIFA's role as the regulator of world football and as the commercial organiser of major international competitions.

The World Leagues Association asks FIFA to withdraw its project and reiterates the need for a fundamental change in FIFA's decision-making processes, ensuring that decisions affecting the entire football pyramid are taken through transparent and inclusive process involving all stakeholders that contribute to the game.

# EXHIBIT 143

Statement

# FIFPRO Statement: FIFA Forward Enterprise

FIFPRO

05/08/2026

**FIFA Forward Enterprise (FFE) is gone. The abuse of power that produced it is not. Governance reforms, not a cover-up, are urgently needed.**

The withdrawal of FFE was inevitable. But withdrawing the proposal does not erase what it revealed.

A plan capable of permanently altering the ownership and governance of the FIFA World Cup, and commercialising the competitions built by generations of players, was conceived in secrecy, negotiated behind closed doors and brought to the brink of agreement before the FIFA Council, the Member Associations, players and football's recognised stakeholders even knew it existed.

That is not merely a governance failure. It is a profound abuse of presidential power.

## Rabat communication merely confirms the problem

We have noted FIFA's internal update from its meeting in Rabat, Morocco with deep concern. Rather than confronting what happened, it reaffirms support for the organisation's leadership while reducing a fundamental governance and constitutional failure to a matter of "processes and communications" to be "improved".

Most telling is FIFA's own insistence that, despite the "mistakes" it admits, everything was done "in full compliance with the FIFA regulatory framework". If true, that is not a defence. It is an indictment of FIFA's current governance framework. A framework that allows a project of this magnitude to be developed behind closed doors and hidden from those it affects until it leaks, is a framework that must be reformed, not defended.

We also note FIFA's warning that it "will no longer tolerate any attacks on its integrity". Let us be clear: scrutiny of football's governance is not an attack. It is the duty of everyone who sustains the game. Any attempt to portray legitimate, good-faith scrutiny as disloyalty will only deepen the concern this episode has caused. And an internal review that reports only to the very Council that was bypassed is no answer at all. Players, their representatives and the professional football stakeholders must be part of it.

No institution can restore confidence in a presidency that has itself dismantled the conditions upon which confidence depends. Trust cannot simply be demanded. Authority cannot merely be asserted. Legitimacy cannot be proclaimed. Each must be earned. Each can be lost.

## FIFPRO's demands

The Memorandum of Understanding signed only weeks ago represented a genuine step forward. The FFE episode has demonstrated that, on its own, it is not sufficient to protect players or the game from unilateral exercises of power.

Regardless of how the present crisis is resolved, football now requires structural safeguards to ensure these events can never be repeated. At a minimum, FIFPRO believes this must include:

- **Embedding the Global Social Dialogue Platform** as a real, permanent and structural part of FIFA's governance, not a mechanism to be bypassed at will.
- **Legally binding engagement** with professional football's stakeholders on decisions of major consequence, including the international match calendar, competition expansion and other matters that fundamentally affect the professional game.

- **Voting rights** for professional football's stakeholders on the FIFA Council, together with a clear and formally recognised role for FIFPRO as the global representative of professional footballers.

- **Governance and structural reforms** that make it impossible for any individual, ever again, to drive unilateral decisions through the game.

## Next steps

FIFPRO has today written to the FIFA administration setting out these demands. The letter explains why this episode represents far more than an isolated governance failure. It concerns the exercise of the highest role and office in world football and the manner in which its authority has been used. The letter has been signed jointly by the FIFPRO President and the Presidents of all FIFPRO regional divisions: FIFPRO Africa, FIFPRO Asia/Oceania, FIFPRO Europe, FIFPRO South America and FIFPRO Central & North America.

The withdrawal of FFE prevented an irreversible decision. It did not restore the confidence that made such a proposal possible in the first place. That confidence has now been fundamentally broken. It cannot be rebuilt through carefully drafted statements, internal reviews or promises to improve processes. Nor can it be restored simply by announcing governance and structural reforms that should always have existed.

These reforms are now indispensable. But they are the responsibility of the future, not an absolution of the past.

The players did not create this crisis. They will insist that football emerges from it with stronger institutions, stronger safeguards and leadership worthy of the trust the game demands.

# EXHIBIT 144

# European Leagues Statement on FIFA

NEWS 29/07/2026 | EL NEWS (HTTPS://EUROPEANLEAGUES.COM/CATEGORY/EUROPEAN-LEAGUES-NEWS/)

**The European Leagues Board met virtually on 29 July to address a number of topics of relevance to professional football. Following the conclusion of this afternoon's meeting the Board issued the following statement.**

FIFA's announcement that its President is pursuing private investment options for a new subsidiary, consolidating its commercial and event-related operations, represents a reckless and divisive development for world football.

The World Cup should not be for sale. It is not FIFA President's private equity asset. Its value is created day in and day out by leagues, clubs, players and supporters who are being left without a voice or a vote on this matter. European Leagues firmly reject this proposal.

Football's success has always been built on a pyramidal open structure and the delicate balance between domestic and international football. Commercial opportunities must support these foundations, not risk altering them.

This opaque process and unilateral proposal are part of a long-term pattern in FIFA's decision-making – a pattern which prompted the European Leagues to lodge a complaint with the European Commission on the basis that FIFA's imposition of decisions on the international match calendar constitutes an abuse of dominant position that violates European competition law.

Proposals relating to calendar and competitions, should be developed through transparent, accountable and inclusive processes, with meaningful engagement and consent from all stakeholders whose interests are affected, as explicitly requested by the Court of Justice of the EU in its 2023 Super League ruling. We have held productive meetings with the European Commission about this matter and have confidence that the legal decisions they take will continue to be in the best interests of fans and football communities.

European Leagues will continue to work with UEFA to safeguard the long-term interests of the game. We have faith that Federations / National Associations around the world will do the same as they scrutinise this proposal from the FIFA President.

Following today's meeting of the European Leagues Board, President Claudius Schäfer commented: "FIFA's latest proposal *to sell stakes in the World Cup would give private investors a permanent claim on football tomorrow. This would put at risk the foundations on which football has developed and prospered for generations. Responsible football leaders have a duty to stand together in opposing this proposal not only for today's game, but for future generations of players and supporters, ensuring we pass on a sport that remains healthy, sustainable and true to the values that have turned it into world's game."*

‹ Back to All News (/news/)

Categories

League-in-focus (https://europeanleagues.com/category/league-in-focus/)

EL News (https://europeanleagues.com/category/european-leagues-news/)

Media Release (https://europeanleagues.com/category/media-release/)

Top News Stories

European Leagues Statement on FIFA Developments (https://europeanleagues.com/european-leagues-statement-on-fifa-developments/)

European Leagues Statement on FIFA (https://europeanleagues.com/european-leagues-statement-on-fifa/)

Leagues Sustainability Roundup – June 2026 (https://europeanleagues.com/leagues-sustainability-roundup-june-2026/)

European Leagues and UEFA launch first ever joint Football Event Sustainability Manual to promote sustainable event operations (https://europeanleagues.com/uefa-and-european-leagues-launch-first-ever-joint-football-event-sustainability-manual-to-promote-sustainable-event-operations/)

European Leagues welcomes 14 Women's Professional Leagues in a historical step for the representation of women's football (https://europeanleagues.com/european-leagues-welcomes-14-womens-professional-leagues-in-a-historical-step-for-the-representation-of-womens-football/)

# EXHIBIT 145

# SFA chiefs to attend UEFA summit regarding Gianni Infantino

18 MINS AGO FIFA GIANNI INFANTINO IAN MAXWELL MIKE MULRANEY SCOTTISH FA UEFA FOOTBALL SPORT



**By Stephen McGowan**
Sports writer at large

Share 0 comments



*(Image: Gianni Infantino)*

**Scottish FA (SFA) President Mike Mulraney and Chief Executive Ian Maxwell will take part in an emergency UEFA summit called to discuss FIFA plans to sell off stakes in its major competitions to private investors.**

FIFA President Gianni Infantino has written to FIFA's 211 member associations promising payments of £30 million each if they support his proposals to create a commercial subsidiary, FIFA Forward Enterprise (FFE), to run competitions, including the World Cup, and allow businesses to purchase shares in the organisation.

FIFA claim that the creation of FFE would lead to an increase in football development funding to associations and bring FIFA's total planned spending on development to more than £7.5bn over the next four years.

Get *involved* with the news

Send your news & photos

Most read

1 HMRC Personal Allowance explained as

Now the subject of a ferocious row, Europe's governing body UEFA has countered by saying that FIFA has 'crossed a line' and accused senior officials of using football to 'enrich themselves and their friends.'

UEFA's 55 member countries will now debate the matter at an emergency online meeting on Thursday afternoon, with the nuclear option of a World Cup boycott one of the options on the table.

Despite SFA president Mulraney being elected as chair of FIFA's Financial Committee, sources say the position will not prevent Hampden office bearers from adopting a strong stance on the issue at today's meeting.

While Europe accounts for only a quarter of Fifa's 211-country membership, any competition Fifa stages becomes significantly less valuable without European representation and, with condemnation also arriving from the confederations governing Asia and North America, Infantino faces the biggest challenge to his authority so far.

In a statement, UEFA said: "We have learned of Fifa's deadline to associations to support their proposals or have the one-off payout offer withdrawn. This says everything you need to know about this plan.

"But having held discussions with many stakeholders across the game, Uefa knows there is significant and growing opposition to Fifa's scheme.

"Fifa cannot continue to use our sport to enrich themselves and their friends. We can grow the game correctly.

**Read more**

- **Premiership manager flattered by 'amazing' public support amid Scotland links**
- **SPFL boss makes 'barbed wire' remark, ahead of crucial European qualifier**
- **Positive pilot scheme figures emerge as first SPFL club granted alcohol licence**

"It's time to prioritise associations, clubs, leagues, players and fans."

CONCACAF, which covers North and Central America and hosted this year's World Cup are equally unhappy, saying: "We are deeply concerned by the lack of due process.

"We share the disappointment of many within our region and the game that this level of detail has been designed and shared publicly before any discussion with the relevant governance bodies and stakeholders has taken place.

"As leaders within football, we are the custodians of the game. Collectively, FIFA, the confederations and every member association have a responsibility to always act in the best interests of the sport."

Infantino will stand for re-election as president at the FIFA Congress next March and, for some smaller federations, the money on offer from the proposals will be multiples of their annual turnover, prompting Spain's La Liga president Javier Tebas to accuse Infantino of trying to buy votes.

"It doesn't seem like a reform. It seems like an electoral campaign financed with the future of football," Tebas said.

pressure grows over State Pension tax

**2** Scottish housebuilder collapsed into administration with all homes incomplete

**3** All staff redundant as Scottish manufacturer collapses into administration

**4** Woman who performed sex act on sleeping man jailed for 21 months

**5** Martin O'Neill addresses Celtic's formation plans after double forward arrival

**6** Why Café Gandolfi matters: The Glasgow dining institution facing an uncertain future

**7** Reform deputy leader reports Aamer Anwar to police over Glasgow protest 'hate speech'

**8** Tax-evading shops at site of Princes Street fire operated without building warrants

**9** Engineering firm collapsed into administration with all jobs lost owing £1.7m

**10** The 50 most exciting Scottish artists of 2026 - ranked

Show more articles

"Development cannot be used to buy votes or silences. The competitions and commercial rights of Fifa are not the personal patrimony of Infantino.

"Whoever mixes **politics**, discipline, money and power without transparency cannot lead anything.

"Infantino is not the solution to Fifa's governance. He is the problem."

FIFA GIANNI INFANTINO IAN MAXWELL MIKE MULRANEY SCOTTISH FA UEFA FOOTBALL SPORT

Share

0 comments

**Get in Touch**

Contact Us
Advertise
Send Us Your News
Add Your Event For Free
Our Publications

**Follow Us**

Like us on Facebook
Follow us on X.com
Follow us on Instagram

**Useful Links**

Subscriptions
Newsletters
Reader Rewards
Death Notices
Public Notices
Exchange and Mart
Sales
Leap
Archive | Sitemap
Manage Consent
AI Notice

This website and associated newspapers adhere to the Independent Press Standards Organisation's Editors' Code of Practice. If you have a complaint about the editorial content which relates to inaccuracy or intrusion, then please **contact the editor here**. If you are dissatisfied with the response provided you can **contact IPSO here**

NEWSQUEST Media Group

© 2001-2026. **The Herald** is owned and operated by Newsquest Media Group Ltd, an audited local newspaper network.
Visit **newsquest.co.uk** to view our **policies**, **terms** and **legal agreements**.
The Echo Building, 18 Albert Road, Bournemouth, England BH1 1BZ. Registered in England & Wales | 01676637

# EXHIBIT 146

**Burnham condemns FIFA's private investment plan**
26d - PA

**New coach, same Reds: Iraola has work cut out for him as Liverpool struggle in opener**
6h - Beth Lindop

**Premier League VAR review: Did Liverpool deserve to be bailed out by penalty?**
7h - Andy Davies

**Szoboszlai scores pen, Liverpool-Newcastle draw**
8h - ESPN News Services

**Two late goals save Man City blushes in PL opener**
10h - ESPN

**USMNT's Pepi, Dest score in PSV's 5-1 rout**
10h - ESPN

**Raphinha stars as Barcelona thump Elche 5-0**
3h - PA

**González joins Al Qadsiah after Gotham FC exit**
2h - Jeff Kassouf

**Kane wins Germany award after 61-goal season**
13h - Associated Press

**Mourinho: Opponents, fans are 'bullying' Vini Jr.**
1d - Alex Kirkland

**Messi scores but Miami slumps to 4th loss in 5**
23h - ESPN

**New season, same streak: Viral Man United fan's haircut challenge continues**
1d - ESPN

**With Guéhi in midfield, Maresca makes transfer needs clear in Man City win**
10h - Rob Dawson

**Too soon to panic? Man United see problems exposed in Hull City defeat**
1d - Rob Dawson

**New season, new haircut: Erling Haaland ditches iconic long hair for new season**
10h - ESPN

**Transfer rumors, news: Nottingham Forest bid £70M for Igor Thiago**
12h - ESPN

**Men's transfer grades: Arsenal get a B for Konsa**
2d - Sam Tighe

**Breaking down 10 years of FC 100: Top countries, trends, all-time starting XI**
3d - Nicholas Sorn

**2026 FC 100: Kane, Yamal, Messi among best men's soccer players**
6d - ESPN

**UEFA boss Čeferin rules out FIFA presidency bid**
2h - PA

**Barça to again discuss new No. 9 after Elche win**
2h - Sam Marsden

**González joins Al Qadsiah after Gotham FC exit**
2h - Jeff Kassouf

**Raphinha, López both score brace as Barça kickstart campaign**
2h - ESPN News Services

**Raphinha stars as Barcelona thump Elche 5-0**
3h - PA

**Amorim wins first Serie A game with Milan 2-1 at Torino**
3h - PA

# Andy Burnham joins critics of FIFA's World Cup private investment plan



PA
Jul 28, 2026, 04:10 PM ET

Share Like 61

Prime Minister Andy Burnham has said "football does not belong to investors" as he joined the criticism of FIFA's plan to set up a new private company to run the World Cup and other competitions.

FIFA on Tuesday announced it was seeking to launch FIFA Forward Enterprise (FFE), which would bring together the sale of FIFA's commercial rights with the operational delivery of its tournaments.

The new body would be open to private investors and was quickly condemned by Europe's governing body UEFA, which said in a statement that "the soul and governance of football are not assets to trade."

Burnham, a keen Everton supporter, posted a statement on social media to join the chorus of criticism.

"Let me say this very directly. Football does not belong to investors. It belongs to the people who fill the stands and who stand on the touchline week in, week out, rain or shine," Burnham said.



Andy Burnham has come out against FIFA's proposed World Cup private investment plans. Aaron Chown - WPA Pool/Getty Images

"The World Cup is not a product. It is the greatest competition in world sport, and it was never anyone's to sell. Dress the deal up however you like. Once you have sold a piece of it, you have sold out.

"Football belongs to the fans. It always has, and it always will."

Earlier the Football Supporters' Association called the plan a "new low" from the world governing body as it turned its fire on FIFA president Gianni Infantino.

**- UEFA blasts FIFA proposal to allow for $10B in World Cup private investment**
**- Grading the 2026 World Cup from Spain's A to Infantino's F**
**- FIFA's Gianni Infantino slams World Cup critics for 'spreading hate'**

A statement read: "Many supporters came home from the World Cup believing FIFA couldn't do much more to ruin everything we love about football's greatest tournament. Less than two weeks after the final ball was kicked, they've shown they can always find a new low.

"Like so many across the game, we are furious. We will examine the detail as it emerges, but we will do everything in our power as fans to fight back against the long line of decisions made that seriously threaten the future of football for short-term commercial gain.

"This cannot become another step in Gianni Infantino's attempt to reshape football without regard for supporters or the wider game. We fully support UEFA's statement.

"Every governing body, national association, league, club, supporter and stakeholder now has a responsibility to stand together and protect the future of our game."

# New season, same Liverpool: More work ahead to be Premier League contender again

# EXHIBIT 147

Politics

# 'I don't have confidence' in FIFA president Gianni Infantino, Carney says

Infantino proposed plans to sell part of FIFA's commercial interest to private investors

David Cummings · CBC News · Posted: Aug 05, 2026 5:15 PM EDT | Last Updated: August 5

Listen to this article
Estimated 5 minutes



FIFA president Gianni Infantino, left to right, U.S. President Donald Trump, Mexican President Claudia Sheinbaum and Prime Minister Mark Carney look on during the presentation of the World Cup trophy last month. (Frank Gunn/The Canadian Press)

Only weeks after the 2026 FIFA World Cup came to a close, Prime Minister Mark Carney criticized Gianni Infantino's leadership as FIFA president.

"[FIFA] have their own procedures for making those determinations but certainly I don't have confidence in Mr. Infantino after this point, given what transpired and given the nature of what transpired," Carney said at a news conference on Wednesday.

The prime minister panned the association's most recent controversy: Infantino's plan to sell off part of FIFA's commercial interests to private investors.

Under the proposal, Infantino suggested the formation of a commercial subsidiary called FIFA Forward Enterprise (FFE) that would run competitions like the World Cup. FIFA's plan was to raise up to $4.2 billion US by selling around a 20 per cent stake in FFE, valuing it at $20 billion US.

FIFA said it expected New York-based investment vehicle Thrive Eternal to lead the investor group for FFE. The vehicle was launched by Thrive Capital, which was founded by Joshua Kushner, the younger brother of U.S. President Donald Trump's son-in-law, Jared Kushner.

***WATCH | Carney on FIFA president's future:***




Prime Minister Mark Carney says he doesn't 'have confidence' in Gianni Infantino after the FIFA president faced backlash for a plan to sell stakes in competitions like the World Cup to private investors.

Infantino's plan received pushback almost immediately, including from the Union of European Football Associations (UEFA). It released a statement saying all of its members would boycott FIFA competitions so long as the proposal remained on the table.

The Confederation of North, Central America and Caribbean Association Football (CONCACAF), of which Canada is a member, also rejected the plan.

On Monday, British Prime Minister Andy Burnham weighed in on Infantino's leadership, saying, "I do not believe he is the right man to lead football forward on the world stage."

"The plan that was put forward was offensive to many people, football people around the world, and it can't be the case that we just move on and forget that," Burnham said of the FFE proposal.

Carlos Cordeiro, who represented FIFA on the White House Task Force for the World Cup, resigned his senior post over Infantino's private equity plan.

***WATCH | 'Bad deal for football,' says resigning FIFA official:***




Senior FIFA adviser Carlos Cordeiro has resigned in protest over the organization's proposal to sell a stake in the World Cup. Cordeiro called the plan 'a bad deal for football' following UEFA's official vote to boycott future FIFA tournaments if the proposal proceeds.

"Carlos Cordeiro is someone I've known for more than three decades," Carney said. "Very high integrity individual and he was [Infantino's] adviser and had expertise in all the aspects of what was proposed and he was not consulted."

"This is not how you run any business, a small business, let alone something that is a global responsibility like football."

Following the pushback, Infantino said FIFA would scrap the proposal.

---

**European nations vow FIFA World Cup boycott over Infantino private equity plan, CONCACAF joins in...**

---

**What you need to know about FIFA's private investment plan — and the backlash**

---

Throughout this year's tournament — which Canada co-hosted alongside the U.S. and Mexico — Carney rubbed shoulders with Infantino, even helping the FIFA president hand out awards at the World Cup final with Trump and Mexican President Claudia Sheinbaum.

"I've run a few organizations in my time," Carney said. "The idea that proper governance is not to disclose to your closest advisors, your chief operating officer, your fellow board members, something of consequence that you're even considering let alone proposing, that should be fatal and you lose confidence in that individual."

## Infantino courting Trump's favour

In December 2025, Infantino awarded Trump the inaugural FIFA Peace Prize, a distinction the association introduced a month prior.

"You can always count, Mr. President, on my support, on the support of the entire football community, or 'soccer' community, to help you make peace and make the world prosper," Infantino said while presenting Trump with the award in Washington, D.C.

After the 2026 World Cup kicked off, Infantino sparked controversy when FIFA lifted U.S. star forward Folarin Balogun's red card suspension following a phone call from Trump.

***WATCH | Trump confirms call with Infantino:***




U.S. President Donald Trump confirmed he called FIFA president Gianni Infantino and asked for a review of a red card given to U.S. striker Folarin Balogun last week. Following the phone call, FIFA suspended the red card, clearing Balogun to face Belgium in Monday's World Cup match. The decision has been widely derided, with European soccer body UEFA calling it 'unjustifiable.'

---

Trump confirmed he asked Infantino for a review of the suspension, saying "I didn't think it was a foul."

"I didn't tell him what to do, I can't tell him what to do," Trump said.

## What's next for FIFA?

Carney was asked who else he would support to take on the mantle of FIFA president, and whether it should be Victor Montagliani, a Canadian and the current president of CONCACAF.

While Carney said the decision is not his to make and that he would "defer to governance," he described Montagliani as "an exceptional individual" and "a credit to Canada."

"He's someone I know well and have tremendous respect for and loves the game," he said.

In a release, FIFA said its secretary general and management board "reaffirmed their full support" for Infantino at a meeting in Rabat, Morocco.

It also said the meeting addressed the FFE proposal, "where mistakes made were acknowledged," and that an apology letter was sent to the FIFA council and member associations.


## Popular Now in News

1. Carney says trade deal became untenable when U.S. 'asked too much and offered too little'
2. Read Mark Carney's full speech after trade talks with the U.S. collapsed
3. U.S. trade demands aimed to reduce Canada to '51st state,' B.C. premier says
4. One of Trump's top deputies has been unsatisfied with trade deal on the table for Canada, sources say
5. These 3 charts show where Trump's new tariffs could have the biggest impact

## TRENDING VIDEOS



VIDEO
FULL SPEECH | Carney explains why Canada suspended trade talks with U.S.
Politics News



VIDEO
Londoners react to Prince Harry and Meghan's move back to U.K.



VIDEO
Vance says Carney tried to 'out-tough' Trump in leaked audio



VIDEO
50% tariffs in effect after U.S. and Canada fail to reach a deal
CBC News


VIDEO
Why booze is a Canada-U.S. t About That
About That

## RECOMMENDED FOR YOU

?

Carney says trade deal became untenable when U.S. 'asked too much and offered too little'
Peter Zimonjic
Politics

Read Mark Carney's full speech after trade talks with the U.S. collapsed
Politics


U.S. trade demands aimed to reduce Canada to '51st state,' B.C. premier says
Simon Little
Canada - British Columbia


One of Trump's top deputies has been unsatisfied with trade deal on the table for Canada, sources say
Kate McKenna
Politics


ANALYSIS
Mark Carney d United States negotiations
Aaron Wherry
Politics

# EXHIBIT 148

JIM JORDAN, Ohio
CHAIRMAN

JAMIE RASKIN, Maryland
RANKING MEMBER

ONE HUNDRED NINETEENTH CONGRESS

# Congress of the United States

## House of Representatives

COMMITTEE ON THE JUDICIARY
2138 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515–6216
(202) 225–6906
judiciary.house.gov

July 26, 2026

Mr. Gianni Infantino
President
FIFA
Trump Tower
725 5th Avenue, 17th Floor
New York, NY 10022

Dear Mr. Infantino:

In 2015, the Department of Justice (DOJ) prosecuted more than two dozen high level FIFA officials and sports-marketing executives for a racketeering conspiracy involving wire fraud and money laundering. The DOJ accused defendants from more than 20 countries of exchanging more than $200 million in bribes and kickbacks over 24 years in return for lucrative media rights to international soccer matches.[1]

In one of many criminal cases brought as part of the investigation, a federal jury found Full Play Group and a Fox executive guilty of wire fraud and money laundering conspiracies.[2] That conviction was unanimously upheld on appeal.[3] Yet, months after this emphatic victory, the Trump Administration abruptly and inexplicably dropped the case, declining to submit an opposition brief in a tap-in appeal to the Supreme Court.

DOJ's actions are all the more indefensible in light of the damning underlying facts. The defendants acted with intense consciousness of guilt, leaving no doubt that media executives and FIFA officials were breaking the law. Full Play Group, for example, kept detailed ledgers to track millions of dollars in bribes given to soccer officials, labeling the presidents of national teams and FIFA confederations they paid off with pseudonyms like "Benz," "Fiat," and

---

[1] Press Release, *Nine FIFA Officials and Five Corporate Executives Indicted for Racketeering Conspiracy and Corruption*, U.S. DEP'T OF JUSTICE (May 27, 2015), https://www.justice.gov/archives/opa/pr/nine-fifa-officials-and-five-corporate-executives-indicted-racketeering-conspiracy-and; Press Release, *Sixteen Additional FIFA Officials Indicted for Racketeering Conspiracy and Corruption*, U.S. DEP'T OF JUSTICE (Dec. 3, 2015), https://www.justice.gov/archives/opa/pr/sixteen-additional-fifa-officials-indicted-racketeering-conspiracy-and-corruption.

[2] Press Release, *Former 21st Century Fox Executive and Argentina-Based Sports Marketing Company Full Play Group S.A., Convicted of Bribing Soccer Officials in FIFA Case*, U.S. DEP'T OF JUSTICE (Mar. 9, 2023), https://www.justice.gov/usao-edny/pr/former-21st-century-fox-executive-and-argentina-based-sports-marketing-company-full.

[3] *United States v. Lopez,* 143 F.4th 99 (2nd Cir. 2025).

"Toyota."[4] The company set up secret Swiss bank accounts and Panamanian shell companies to facilitate these payments, and its co-conspirator commented that, if their conduct were discovered, "All of us go to prison."[5]

On appeal, the Second Circuit Court of Appeals ruled unanimously that the defendants' global corporate bribery constituted honest services fraud, observing that such conduct was emblematic of international soccer's "rampant" corruption.[6] The circuit court also noted that the FIFA officials who accepted such bribes violated a fiduciary duty to their soccer associations.[7]

But, true to form, DOJ pulled defeat from the jaws of victory. It endorsed the defendants' requests to vacate their convictions, moved to dismiss the indictments altogether, and then shamefully let the white-collar convicts walk free.[8] Four more defendants from the same case are now seeking the same treatment from DOJ.[9] The United States Attorney for the Eastern District of New York tried to justify this bizarre absolution by claiming that such an appeal was not a "priority" of the Administration and that the government needed to divert resources to other cases.[10] Even the presiding judge did not buy this laughable rationale, stating the "team was fully adequate" to respond to the latest appeal.[11] Not a single attorney who actually worked the case would stand in the courtroom with the Trump-appointed U.S. Attorney to support these outrageous and humiliating dismissals.[12]

DOJ's puzzling capitulation makes a lot more sense when we reflect on FIFA's brazen campaign to curry favor with Donald Trump since his re-election—a campaign that has now paid rich dividends for FIFA just as North America hosted its first joint World Cup. Over the past 18 months, you invented a hilariously fake "FIFA Peace Prize" to award to President Trump, who has made no secret of the fact that he covets the Nobel Peace Prize.[13] You leased an office space on the 17th floor of Trump Tower—a space that might retail for $600,000 a year—even though it

---

[4] Ronald Blum, *Secret Payments to Soccer Officials Cloaked by Car Names*, ASSOC. PRESS (Nov. 21, 2017), https://apnews.com/general-news-cba43b6f4b2c4ed68842daa164fe4b5a.

[5] Indictment at 112, *United States of America v. Jeffrey Webb, et al.,* 15-CR-0252 (E.D.N.Y. May 2015), https://www.justice.gov/archives/opa/file/450211/dl?inline.

[6] *United States v. Lopez,* 143 F.4th 99, 103 (2nd Cir. 2025).

[7] *Id.* at 112.

[8] *See* Brief of the United States, *Full Play Group, S.A., Petitioner v. United States* & *Hernan Lopez, Petitioner v. United States,* 25-390, 25-396 (Dec. 9, 2025).

[9] Santul Nerkar & Ken Bensinger, *Bribery Indictments Are Dismissed in Case That Shook Soccer World*, N.Y. TIMES (May 27, 2026), https://www.nytimes.com/2026/05/27/nyregion/fifa-indictments-soccer-dismissed.html.

[10] *Id.*

[11] *Id.*

[12] *Id.*

[13] Press Release, *President Donald J. Trump awarded "FIFA Peace Prize – Football Unites the World"*, FIFA (Dec. 5, 2025), https://inside.fifa.com/campaigns/football-unites-the-world/news/president-trump-peace-prize-football-unites-the-world; Seung Min Kim, *FIFA Gives Trump a Peace Prize in a Departure from Its Traditional Focus on Sports*, ASSOC. PRESS (Dec. 5, 2025), https://apnews.com/article/trump-world-cup-fifa-peace-prize-e14f95b8adaa197c869cad407b6ef604.

would only be used during the 39-day period of the World Cup.[14] That comes to more than $15,000 a day. These actions appear designed to induce President Trump and his Administration to make decisions in FIFA's favor. Even your predecessor, Sepp Blatter (himself suspended from world soccer in the wake of the bribery scandal) noted that your "yearslong campaign to curry favor" was aimed at influencing the President, wryly noting that "Infantino thinks he's the leader in the relationship."[15]

This strategy of outright bribery is not new to your organization. In addition to the media rights-for-cash scandal, FIFA officials accepted bribes to rig the selection process for the 1998, 2010, 2018, and 2022 World Cups, and several were caught selling votes for the FIFA presidency itself.[16] In one revealing anecdote, one Caribbean FIFA official invited delegates to join him in a literal back room, where he plied each with $40,000 in cash in exchange for their presidential votes.[17] The official then defended the bribery on camera with this indelible defense: "if you are pious, open a church."[18]

But your election as FIFA President was supposed to mark a red-card break from a decades-long culture of corruption and scandals that dressed down world soccer's reputation. Indeed, you were elected with a mandate to clean house following the resignation of Mr. Blatter over all these bribery schemes.[19] Instead, at the start of your tenure, you dismantled FIFA's ethical guardrails and disabled the organization's ethics committee by pushing out most of its members.[20] This lack of transparency and oversight has since paved the way for you to ingratiate

---

[14] Tariq Panja & Rebecca Ruiz, *A Yearslong Effort to Woo Trump Culminates with the World Cup*, N.Y. TIMES (June 9, 2026), https://www.nytimes.com/2026/06/09/world/europe/world-cup-infantino-trump.html; Dominari Holdings, Inc., Form 10-Q (May 12, 2026), 13, https://app.quotemedia.com/data/downloadFiling?webmasterId=102691&ref=320041281&type=PDF&symbol=DOMH&cdn=cd95daf37e0b9110a9c041ba89a1a7ef&companyName=Dominari+Holdings+Inc.&formType=10-Q&formDescription=General+form+for+quarterly+reports+under+Section+13+or+15%28d%29&dateFiled=2026-05-13.

[15] Tariq Panja & Rebecca Ruiz, *A Yearslong Effort to Woo Trump Culminates with the World Cup*, N.Y. TIMES (June 9, 2026), https://www.nytimes.com/2026/06/09/world/europe/world-cup-infantino-trump.html.

[16] Owen Gibson & Paul Lewis, *FIFA Informant Chuck Blazer: I Took Bribes Over 1998 and 2010 World Cups*, THE GUARDIAN (June 3, 2015), https://www.theguardian.com/football/2015/jun/03/fifa-chuck-blazer-bribes-world-cup; Stephan Uersfeld, *FIFA Releases Full Garcia Report into Corruption in 2018, '22 World Cup Bids*, ESPN (June 27, 2017), https://www.espn.com/soccer/story/_/id/37525405/fifa-releases-full-garcia-report-corruption-2018-2022-world-cup-bids-leak.

[17] *Official 'Was Offered $40,000' After Mohamed bin Hammam Presentation*, THE GUARDIAN (May 30, 2011), https://www.theguardian.com/football/2011/may/30/mohamed-bin-hammam-fifa.

[18] Shaun Assael & Brett Forrest, *The FBI vs. FIFA,* ESPN (Feb. 16, 2016), https://www.espn.com/espn/feature/story/_/id/14767250/the-exclusive-story-how-feds-took-fifa.

[19] Jack Sargeant, *Gianni Infantino Elected New FIFA President,* SB NATION (Feb. 26, 2016), https://www.sbnation.com/soccer/2016/2/26/11110142/gianni-infantino-fifa-president-election.

[20] Matt Scott, *FIFA's New Ethics Code Shows Intention to End Transparency,* ESPN (Aug. 20, 2018), https://www.espn.co.uk/football/story/_/id/37501276/fifa-new-ethics-code-shows-their-intention-end-transparency; Simon Evans, *Infantino Interfered in Changes to FIFA Ethics Code - Report,* REUTERS (Nov. 2, 2018), https://www.reuters.com/article/amp/idUKKCN1N72JJ/; David Conn, *Infantino's FIFA 'Incapacitated' Corruption Fight, Say Ousted Ethics Chairmen*, THE GUARDIAN (May 10, 2017), https://www.theguardian.com/football/2017/may/10/ousted-fifa-ethics-heads-investigating-hundreds-corruption-cases.

yourself with the Trump Administration via tactics that a New York University law professor and one of your former ethics committeemen described as "legal bribery."[21]

The most recent quid pro quo that FIFA and President Trump orchestrated is not a victimless crime. It hurts Americans. FIFA has taken its newfound favored status in the Trump Administration as a sign that it may rip off its consumers, most notably, by employing illegal price gouging and fraudulent sales tactics for the World Cup.[22] The original North American bid promised a maximum finals ticket price of $1,550—FIFA surged finals tickets to nearly $33,000 per seat, more than 20 times the promised price.[23] FIFA also introduced dynamic pricing, leading to sharply higher prices for many games. Even after a fan buys a ticket, FIFA may, at its own discretion, move the ticketholder into a worse seat in a worse section.[24] This is plainly unlawful, anti-consumer conduct. As Americans are defrauded and manipulated by FIFA, the attorneys general of New York and New Jersey have launched investigations into these practices. Attorney General Jennifer Davenport of New Jersey observed, "FIFA has turned buying a ticket to the World Cup into a gauntlet of confusion, fake scarcity, and impossibly high prices—all at the expense of consumers."[25] But President Trump's DOJ and Federal Trade Commission have sat idly by, doing nothing.

In light of troubling and inexplicable benefits conferred on FIFA seemingly in exchange for favors to President Trump, and pursuant to the House Judiciary Committee's authority to conduct oversight of the enforcement of federal bribery and consumer protection laws, I request you produce the following documents and information no later than 5:00 p.m. on August 9, 2026:

1. A list of anything of value (including transfer of money, gifts, prizes, awards, or public appearances) given to President Trump, members of his Administration, or their family members, or any entity associated with them, such as The Trump Organization;

---

[21] Henry Bushnell, *The 'Legal Bribery' and Duality of Gianni Infantino's FIFA*, YAHOO SPORTS (May 27, 2025), https://sports.yahoo.com/soccer/article/the-legal-bribery-and-duality-of-gianni-infantinos-fifa-040045919.html.

[22] Rafael Nam, *FIFA's World Cup Ticket Sales Outraged Fans. Now They Are Under Investigation*, NPR (May 28, 2026), https://www.npr.org/2026/05/28/nx-s1-5836514/2026-world-cup-fifa-ticket-prices.

[23] *Canada, Mexico, and the United States United Bid to Host the 2026 FIFA World Cup*, FIFA (2026), at 444, https://digitalhub.fifa.com/m/3c077448dcd5c0ab/original/w3yjeu7dadt5erw26wmu-pdf.pdf; *FIFA Triples Best Available World Cup Final Ticket to $33K*, ESPN (May 7, 2026), https://www.espn.com/soccer/story/_/id/48707727/fifa-triples-best-available-world-cup-final-ticket-33k.

[24] Matt Hughes, *FIFA Leadership "Overruled US-based Staff" Opposing World Cup Dynamic Pricing*, THE GUARDIAN (June 23, 2026), https://www.theguardian.com/football/2026/jun/23/fifa-leadership-overruled-us-based-staff-opposing-world-cup-dynamic-pricing; Rafael Nam, *FIFA's World Cup Ticket Sales Outraged Fans. Now They Are Under Investigation*, NPR (May 28, 2026), https://www.npr.org/2026/05/28/nx-s1-5836514/2026-world-cup-fifa-ticket-prices.

[25] Henry Bushnell, *New York, New Jersey AGs Launch Investigation of FIFA's World Cup Ticketing Prices*, THE ATHLETIC (May 27, 2026), https://www.nytimes.com/athletic/7311352/2026/05/27/new-york-nj-attorney-general-fifa-world-cup-tickets-investigation/.

2. All documents and communications relating to the gifts referenced in Request No. 1, including but not limited to FIFA's lease or rental in Trump Tower and the "FIFA Peace Prize";

3. All documents and communications since 2024 with any United States official, or anyone associated with the 2024–2025 Presidential transition, regarding any matter pending before or under consideration by officials at the Department of Justice or any other department, agency, or office of the United States;

4. All communications with the United States government relating to your ticketing practices, including consumer complaints, discussion regarding variable or other pricing mechanisms, third-party sellers, and ticket prices; and

5. All visitor logs for FIFA's Miami and New York City offices for the duration of the New York City office lease term.

This letter also serves as notice to preserve all communications between FIFA personnel and individuals affiliated with the Trump Administration or its inaugural committee—including disappearing messages exchanged on ephemeral communication platforms, such as Signal, Telegram, WhatsApp, X, and Truth Social. Furthermore, to assist in this investigation, we request that you, while in the United States, appear for a transcribed interview with this Committee. Please contact Democratic Committee staff no later than 5:00 p.m. on August 9, 2026, to schedule this interview.

Thank you for your attention to this important matter.

Very truly yours,

Jamie Raskin
Ranking Member

cc: The Honorable Jim Jordan, Chairman

# EXHIBIT 149

HOUSE COMMITTEE ON THE
JUDICIARY
Democrats | Ranking Member Jamie Raskin



# Ranking Member Raskin Calls Foul on FIFA President Infantino for Trump Bribery and Corruption Scheme

July 27, 2026 | Press Release

*Judiciary Democrats Demand FIFA President Sit for Transcribed Interview on Shady DOJ-FIFA Dealings and Deceptive Ticket Practices During*

*U.S. World Cup*

# *Raskin: "It's time to pull a red card on FIFA's corruption."*

Washington, D.C. (July 27, 2026)—Rep. Jamie Raskin, Ranking Member of the House Judiciary Committee, wrote to Gianni Infantino, President of FIFA, launching an investigation into mounting evidence of corruption and a potential quid pro quo between FIFA and the Trump Administration. The investigation examines a sustained campaign by FIFA to secure special favors from President Trump—including the dismissal of high-profile corruption cases involving hundreds of millions of dollars related to FIFA—all while gouging American consumers for exorbitant prices during the World Cup.

**"The most recent quid pro quo that FIFA and President Trump orchestrated is not a victimless crime. It hurts Americans. FIFA has taken its newfound favored status in the Trump Administration as a sign that it may rip off its consumers, most notably, by employing illegal price gouging and fraudulent sales tactics for the World Cup," wrote Ranking Member Raskin.**

Since Infantino's election, FIFA has dismantled key ethics guardrails, sidelined ethics and oversight bodies, and pursued an aggressive campaign to curry favor with Donald Trump, including through outright bribery. In exchange for leasing an office in Trump Tower at inflated costs for limited use and inventing a bogus "peace prize" for the President, the Trump Administration abandoned anti-corruption enforcement and allowed FIFA to operate as a multinational criminal enterprise with impunity.

FIFA's history of corruption is well-documented. The DOJ previously uncovered a sprawling, decades-long bribery scheme involving defendants from more than 20 countries, who exchanged over $200 million in bribes and kickbacks over 24 years in return for lucrative media rights to international soccer matches. Yet after securing convictions in two of these cases—upheld unanimously on appeal—the Trump DOJ abruptly dropped the prosecutions, allowing convicted defendants to walk free.

That impunity has come at the expense of American soccer fans. FIFA has imposed extreme and unlawful ticketing practices for the World Cup, including price surges from a promised $1,550 cap to nearly $33,000 per seat, widespread use of dynamic pricing, and the ability to downgrade ticket holders to worse seats after purchase. These tactics have triggered state-level investigations while Trump's Department of Justice (DOJ) and Federal Trade Commission have looked the other way.

Ranking Member Raskin is demanding documents and communications from FIFA related to any gifts, payments, or benefits provided to Trump and his associates, as well as records concerning FIFA's ticketing practices and contacts with U.S. officials. He is further demanding the visitor logs for FIFA's gratuitous, largely vacant office space in Trump Tower. The Committee is also requesting Infantino's appearance for a transcribed interview.

Click here to read the letter.

# EXHIBIT 149

# FIFA's Gianni Infantino requested to appear before House committee over Trump relationship



A leading Democratic lawmaker has questioned if the FIFA president's relationship with the Trump administration had gone too far. David Ramos/Getty Images

By **Adam Crafton**

July 27, 2026

Share article 749

A leading Democratic lawmaker has written to FIFA president Gianni Infantino to request that he appear before the House Judiciary Committee in a fresh attempt to scrutinize his organization's relationship with the Trump administration.

In the years leading up to this summer's men's World Cup in the United States, Mexico and Canada, Infantino appeared to court U.S. President Donald Trump, gifting him a newly created FIFA Peace Prize — "an award to recognise exceptional actions for peace and unity", according to FIFA — taking office space in Trump Tower in New York City and changing FIFA's plans to host the World Cup draw last December in Las Vegas and instead hosting the event at the John F. Kennedy Center in Washington D.C., a performing arts venue that had been taken over by Trump and his political allies.

During the World Cup, the relationship attracted global outrage when the U.S. president made a phone call to Infantino to request a review of U.S. player Folarin Balogun's suspension from a World Cup knockout game, with FIFA subsequently declaring the player able to play. FIFA insists the decision was taken independently.

Now, Rep. Jamie Raskin (D-Md.), the ranking member on the House Judiciary Committee, is pushing FIFA to provide all of its records on its contacts with Trump, his administration and the Trump Organization, which is the president's family business, by August 9, 2026.

In the letter, sent on Sunday night and seen by *The Athletic*, Rep. Raskin requests Infantino produce "a list of anything of value (including transfer of money, gifts, prizes, awards, or public appearances) given to President Trump, members of his Administration, or their family members, or any entity associated with them, such as The Trump Organization."

**Has FIFA's expanded World Cup format worked?**
Adam Crafton

Rep. Raskin has also requested all visitor logs for FIFA's Miami and New York City offices for the duration of its New York City office lease term. The Congressman wrote that his letter "serves as notice" for all communications to be preserved "between FIFA personnel and individuals affiliated with the Trump Administration or its inaugural committee — including disappearing messages exchanged on ephemeral communication platforms, such as Signal, Telegram, WhatsApp, X, and Truth Social."

The letter ends by requesting that Infantino appear for a transcribed interview with the committee. FIFA required federal government support for the World Cup, notably on matters of logistics, safety and security, but Raskin's letter is asking whether the relationship has gone too far.

"Lightweight Jamie Raskin (is) a stupid person's idea of a smart person," White House spokesman Davis Ingle said to *The Athletic* in a statement. "No other president in history could have pulled off the historic feat that President Trump delivered for the American people and the world.

"Thanks to his bold vision and decisive leadership, the 2026 FIFA World Cup generated billions of dollars in revenue, created a massive economic boost across host cities, and delivered a safe, secure, and seamless experience for millions of fans and athletes from around the globe. It will undoubtedly go down as one of the greatest and most successful sporting events in history."



Infantino awarded the inaugural FIFA Peace Prize to Trump in December. Jia Haocheng / POOL / AFP via Getty Images

Though Raskin is unlikely to have the power to compel Infantino to appear in front of the committee, as the Democrats are in the House minority, it is a signpost of the level of scrutiny that awaits FIFA if Democrats take back the House in November's midterms. It is also an indication of challenges FIFA may face ahead of the 2031 Women's World Cup, expected to be co-hosted by the U.S., should the Democrats reclaim the White House.

If the Democrats retake the House in the midterms, Raskin could take the gavel of the House Judiciary Committee, which would also then give him subpoena powers. A Democratic source familiar with the investigation warned that organizations should be aware that today's oversight questions can rapidly become tomorrow's formal investigations if and when subpoena powers change hands.  This, the source said, should lead FIFA to engage in good faith rather than assure an adversarial posture.

Raskin's letter also posed questions about the U.S. Department of Justice's recent move to "dismiss the indictments" of certain defendants in the government's longstanding investigations into corruption in international soccer, tracing back to the 2015 FIFA corruption crisis.

**WHAT YOU SHOULD READ NEXT**



## Inside Gianni Infantino's World Cup, featuring private jets, Trump calls and an unusual nickname

The FIFA president has stoked controversy this summer but has still emerged stronger than ever

Raskin has requested all FIFA documents and communications since 2024 with any U.S. official, or anyone associated with the presidential transition before Trump returned to power, as he attempts to study if any attempts were made to influence pending matters.

"In one of many criminal cases brought as part of the investigation, a federal jury found Full Play Group and a Fox executive guilty of wire fraud and money laundering conspiracies," the letter said. "That conviction was unanimously upheld on appeal. Yet, months after this emphatic victory, the Trump Administration abruptly and inexplicably dropped the case, declining to submit an opposition brief in a tap-in appeal to the Supreme Court."

It continued: "DOJ's puzzling capitulation makes a lot more sense when we reflect on FIFA's brazen campaign to curry favor with Donald Trump since his re-election — a campaign that has now paid rich dividends for FIFA just as North America hosted its

first joint World Cup. Over the past 18 months, you invented a hilariously fake "FIFA Peace Prize" to award to President Trump, who has made no secret of the fact that he covets the Nobel Peace Prize."

Raskin claims the office space on the 17th floor of Trump Tower in Manhattan might ordinarily retail for $600,000 per year — FIFA has previously stated it pays market-level rent for the premises.

"These actions appear designed to induce President Trump and his Administration to make decisions in FIFA's favor," Raskin wrote.

## World Cup tickets again a hot topic

Raskin's letter also raised FIFA's controversial ticketing policy during the World Cup, which is already facing investigations by the Attorneys General of New York, New Jersey, Texas and California.

A news release by the AGs of New York and New Jersey cited complaints from supporters, which included those who felt misled by stadium maps over the location of their tickets, FIFA's use of variable pricing, the perception of scarcity in available tickets, as well as FIFA's invention of a higher-tiered and higher-priced "front" row category after millions of tickets had already been sold.

"FIFA has taken its newfound favored status in the Trump Administration as a sign that it may rip off its consumers, most notably, by employing illegal price gouging and fraudulent sales tactics for the World Cup," Raskin said in the letter.

"The original North American bid promised a maximum finals ticket price of $1,550 — FIFA surged finals tickets to nearly $33,000 per seat, more than 20 times the promised price.

"FIFA also introduced dynamic pricing, leading to sharply higher prices for many games. Even once a fan buys a ticket, FIFA may, at its own discretion, move them into a worse seat in a worse section. This is plainly unlawful, anti-consumer conduct … But President Trump's DOJ and Federal Trade Commission have sat idly by, doing nothing."

**WHAT YOU SHOULD READ NEXT**



## IOC says complaint over Gianni Infantino role in Folarin Balogun's World Cup ban outside its scope

It follows a request from FairSquare, which alleged Infantino breached the IOC charter by failing to adhere to rules on political neutrality

Raskin's letter, citing the "House Judiciary Committee's authority to conduct oversight of the enforcement of federal bribery and consumer protection laws", requested all communications with the United States government relating to FIFA ticketing practices, "including consumer complaints, discussion regarding variable or other pricing mechanisms, third-party sellers, and ticket prices."

FIFA, the White House, the Department of Justice and Federal Trade Commission have been approached for comment.

**Infantino and Trump's influence on the World Cup**

Pressure has grown on Infantino following the decision to suspend Balogun's one-match ban at the World Cup, with more than 70 European lawmakers calling for an investigation into FIFA and its president regarding the principle of political neutrality.

This followed 50 MEPs writing to FIFA on June 29, demanding that it addresses an ethics complaint regarding Infantino awarding the inaugural FIFA Peace Prize to President Trump in December 2025 and alleging "repeated breaches" of FIFA's duty of political neutrality by Infantino.



Balogun's ban was suspended by FIFA after his red card Michael Steele / Getty Images

While Infantino remains the sole candidate in FIFA's presidential election next year, there is one member association showing dissent within soccer.

The Norwegian Football Federation (NFF) has said it intends to make a formal complaint to FIFA over Trump's role in the suspension of Balogun's red card. NFF president Lise Klaveness confirmed the plans to raise the issue, which follows her federation's backing of December's ethical complaint in relation to FIFA president Gianni Infantino's decision to award President Trump the FIFA Peace Prize.

UEFA, the governing body of European soccer, released a statement criticizing the suspension of the ban, saying it was "incomprehensible" and "crossed a red line."

**Adam Crafton** is a British journalist based in New York City, having relocated from London in 2024. He primarily covers soccer for The Athletic. In 2024, he was named the Sports Writer of the Year by the Sports' Journalist Association, after winning the Young Sports Writer of the Year award in 2018.

# EXHIBIT 151

SPORTS

# FIFA's Infantino targets critics he says spread 'hate and false rumors' about World Cup



1 of 2 | FIFA President Gianni Infantino speaks during a news conference at the stadium in Mexico City, Wednesday, June 10, 2026, a day before the opening FIFA World Cup match between Mexico and South Africa. (AP Photo/Eduardo Verdugo, File)

Read More

BY GRAHAM DUNBAR
Updated 3:00 PM EDT, July 27, 2026
Leer en español

GENEVA (AP) — One week after the World Cup final, FIFA President Gianni Infantino attacked perceived critics for "spreading hate and false rumors" about the tournament.

Infantino praised FIFA for "delivering the best show in the world" and spoke of the World Cup bringing "joy and togetherness," in a 900-word statement published across a 15-page post on his Instagram account and on FIFA's website late Sunday.

"Sorry that you were so consumed by hate and criticism that you missed it all," the FIFA leader wrote, addressing his comments to "those behind their pens and papers, behind their screens spreading hate and false rumors."

FIFA and Infantino faced criticism during the World Cup for Iran team officials, a Somali referee and fans being denied entry to the United States; alleged political influence by U.S. President Donald Trump in letting Folarin Balogun avoid a ban for a red card; unprecedented high ticket prices and commercialized breaks in play midway through each half of all 104 games.

"Every city was packed with fans from all around the globe," Infantino wrote. "While they celebrated, you were busy planting seeds of hate."

"While you hide, we are exploring the streets of Canada, Mexico, and the United States, talking with fans, engaging with people, and ensuring everyone's safety."

## Testy media relations

Infantino has an increasingly testy relationship with media during the 11th year of his presidency. His eve-of-tournament news conference in Mexico City was his first with a full gathering of international media since March 2023.

The previous such news conference in Rwanda, after his reelection by acclaim from FIFA member federations, saw Infantino ask his audience: "Why are you so mean?"

In Mexico City last month, Infantino suggested critics should "chill, relax."

And he's coming under scrutiny from some in the U.S. Congress. Rep. Jamie Raskin of Maryland, the top Democrat on the House Judiciary Committee, sent Infantino a letter on Sunday seeking documents detailing ties between FIFA and the Trump administration. A representative for FIFA didn't immediately respond to a request for comment on the letter.

## FIFA uniting the U.S. and Iran

Iran's ability to play at least three games in the U.S. was a key pretournament issue, and the squad made a late switch to a training camp in Tijuana, Mexico instead of Tucson, Arizona.

"Iran entered the United States without incident or conflict," Infantino noted in his statement. "While you spread hatred, we worked tirelessly to unite two countries at war."

Fans denied visas to enter the U.S. included Michel Nkuka Mboladinga, the celebrated statue supporter of Congo which was dealing with an Ebola virus outbreak. He attended one game in Mexico.

"You mentioned the few people denied visas and overlooked the millions who were approved, from all parts of the world," Infantino wrote. "Countries facing serious health issues or other challenges were granted visas."

## Infantino defends Balogun decision

On fallout from the red card for U.S. forward Balogun, Infantino claimed "subsequent decisions not to ban players in certain situations are routine."

FIFA did not overturn Balogun's red card, which does occur in domestic club competitions, but instead took the more unusual step of deferring the one-game ban for a probationary period. FIFA has yet to publish the written verdict of its disciplinary judge.

"To those spending their time and energy hating us, please take a moment to reflect, meditate, pray, or watch a football match and truly observe the faces, the eyes, the emotions," Infantino wrote.

He signed off his statement: "Much love to all."

—

Associated Press writer Seung Min Kim in Washington contributed to this report.

___ AP soccer: https://apnews.com/hub/soccer and AP World Cup coverage



**GRAHAM DUNBAR**
Dunbar is an Associated Press sports news reporter in Geneva, Switzerland. He focuses on the governing bodies, institutions and politics of international sports.

# EXHIBIT 152

# Infantino abandoned his World Cup equity plan after seismic FIFA backlash. Here's what to know




1 of 5 | [illegible] President Gianni Infantino has proposed spinning off [illegible]

BY GRAHAM DUNBAR
Updated 6:53 AM EDT, August 1, 2026
Leer en español

GENEVA (AP) — Gianni Infantino truly looked [illegible] "King of Soccer," as U.S. President Donald Trump likes to call him, as the two [illegible] sat together watching the World Cup final less than two weeks ago.

Sure, there were some boos inside MetLife Stadium near New York, when the two men walked across the turf to present the trophy and medals to Spain and Argentina players on July 19.

Still, that 104th and final game capped a bigger [illegible] tournament [illegible] for the FIFA president — a consensus success on the field and a financial bonanza for global soccer. Infantino could look ahead to his likely reelection [illegible] next March.

The sunny scene must now feel an age ago since Infantino caused a [illegible] in global soccer.

The [illegible] has threatened the 56-year-old Infantino's job after he seemed untouchable until this week.

Infantino's [illegible] private investors, led by Joshua Kushner, to [illegible] World Cups and all FIFA events. The [illegible] — which [illegible] Europe [illegible] FIFA events and [illegible] Infantino [illegible] — led Infantino to announce early Saturday from FIFA headquarters in Switzerland that he was abandoning the plan.

"Having listened carefully to all the views, it has become [illegible] that the project has created [illegible] [illegible] that, regardless of the level of support, [illegible] in the interest of [illegible] place," he said in a statement.

Infantino left New York City last week with letters pledging election support from about 200 of FIFA's 211 national member federations who vote for the leader every four years. Now, even after scrapping his [illegible] investment project, his support [illegible].

## What would the plan have done?

Infantino's proposal would have created a subsidiary — known as FIFA Forward Enterprise (FFE) — of the money-making parts of the not-for-profit soccer body's work: Running tournaments like the World Cup, selling broadcasting and sponsorship, tickets and hospitality.

Private equity and petrostate sovereign wealth money has been normalized in European club soccer, yet they still seem unthinkable for many observers in the World Cup — soccer's ultimate prize is about glory, not money, and fans have long believed the World Cup belongs to them.

FIFA proposed raising $4.2 billion from investors buying stakes amounting to about 20% in FFE, based on an equity valuation of $20 billion. The "anchor investor" would have been Thrive Capital, launched by Joshua Kushner, whose brother Jared Kushner is a son-in-law of Trump.

FIFA's 211 member federations — already effective owners of the governing body as a nonprofit association under Swiss law — were offered $20 million each. The deadline to accept was Sept. 10.

The members already are due $10 million each from FIFA over the next four years, funded largely by its record $15 billion revenue over 2023-26 tied to the World Cup just staged. FIFA says under FFE this would have [illegible] to $20 million [illegible] to $22 million [illegible] 2034, and $24 million to 2038.

That's a huge sum for tiny soccer federations in places like Andorra, Montserrat and Papua New Guinea. Deep-pocketed soccer powers like England, Spain or France have other priorities.

## Who lined up in opposition?

Some FIFA vice presidents [illegible] FIFA's top [illegible] all the European soccer federations, the soccer bodies of Asia and North America, Britain's Prime Minister, the [illegible] a lot of folks worldwide. Everyone, essentially.

Infantino was [illegible] Friday. His senior [illegible] Cortes Cordeiro [illegible] FIFA [illegible] statement to The Associated Press in defense of colleagues [illegible] the plan.

A key move Thursday was European soccer body UEFA vowing to boycott all FIFA competitions unless Infantino dropped the plan. Europe's teams routinely dominate and win most trophies like the men's World Cup and Club World Cup [illegible] biggest revenue sources.

They collectively feared that private investors would seek [illegible] and demand [illegible] value from more games and bigger competitions that threaten the balance of global soccer. That could jeopardize attention and revenues for club soccer, including the Champions League.

[illegible] calendar is already congested [illegible] players are [illegible] sponsor money [illegible]

[illegible] that Infantino [illegible] to have consulted anyone [illegible] the project over the last year [illegible] was so focused with spending time [illegible] he had not spoken with the FIFA chief on his plan to sell stakes in the tournament.

## Did anyone support it?

Infantino's traditional support base is Africa, which has 54 of the 211 voting members, and been [illegible] about the offers of game-changing money for many of them.

The 10-nation South American group CONMEBOL [illegible] proposal [illegible] with the [illegible] CONMEBOL [illegible] FIFA vice president Alejandro Domínguez [illegible] expanding the 2030 World Cup to 64 teams. That would give more games to [illegible] Argentina, Paraguay and [illegible] 1930 World Cup host Uruguay, which [illegible] are set to get just one game each of the 104. The rest are in Spain, Portugal and Morocco.

## What happens with Infantino?

[illegible]

Does Infantino have the credibility to stay in office after interventions Friday by [illegible] Cordeiro that surely would make most presidencies untenable?

UEFA [illegible] Saturday [illegible] statement [illegible] confidence in Infantino [illegible] should be off the table [illegible] of his now abandoned plan.

[illegible] deadline for candidates [illegible] presidential contest, exactly four months ahead of the vote in Rabat, Morocco, where FIFA has its African headquarters.

[illegible] 2019 [illegible] 2023 [illegible] FIFA [illegible] more [illegible] year term in office. The FFE sell-off seemed a way to create a commissioner-like role for Infantino beyond 2031, likely paying much more than his current annual salary and bonuses of more than $5 million.

It would take [illegible] votes to ensure a majority in a contested election. Continents [illegible] Europe's 55 plus CONCACAF's 35 and Asia's [illegible]

Speculation on a likely direct challenger typically [illegible]

[illegible] this week, despite long-term [illegible] attempts to [illegible]

The talk has never seemed more likely to become action.

AP soccer: [illegible] and AP World Cup coverage



GRAHAM DUNBAR
[illegible]

# EXHIBIT 153

US Edition

INDEPENDENT

Log in

News Sports Culture Lifestyle Money Travel Premium Climate More

Sport > Football

# Gianni Infantino clings to Fifa presidency after apologising for ‘mistakes’ over World Cup sell-off plan

Infantino admitted ‘mistakes were made’ in the process of trying to sell off the World Cup to private investment but Fifa bigwigs ‘reaffirmed full support’ for him after a crisis meeting in Morocco

Thursday 06 August 2026 07:27 BST

45 Comments




Trump cracks joke about Gianni Infantino's bizarre claims Fifa is the world's 'official happiness provider'

Your support helps us to tell the story

From reproductive rights to climate change to Big

Read more

SUPPORT NOW

Embattled Fifa president Gianni Infantino has apologised for “mistakes” over his controversial World Cup sell-off plan but senior leaders at world football’s governing body have “reaffirm[ed] their full support” for him after a crisis meeting on Wednesday.

Infantino was forced to abandon his plans – namely to sell stakes in the World Cup and other Fifa tournaments to private investors – after public uproar last week, with Uefa confirming a boycott of Fifa events if the plan was voted through.

On Tuesday, Jordan FA president Prince Ali bin Hussein accused Infantino of “blackmail” and, under immense pressure, with his job seemingly on the line, the Swiss-Italian called an emergency meeting with the Fifa management board in Morocco.

Jump to content



Gianni Infantino has retained the support of Fifa *(PA Wire)*

A letter released by Fifa on Wednesday evening was signed by both Infantino and Fifa secretary general Mattias Grafstrom, even though the latter is understood to have written an email to staff on Tuesday in which he described Infantino's proposal as "sad and reproachable".

It showed a far more united front than that email would suggest and saw the president admits that mistakes were made in the process of setting out his sell-off plans – his first public apology for the scheme.


RECOMMENDED

Key dates to decide Gianni Infantino's future as Fifa officials summoned to crisis meeting

Real Madrid legend implores 'deceitful' Gianni Infantino to resign as Fifa president

Like a cockroach in a well-cut suit, Gianni Infantino is the kind of man who survives


"We acknowledge mistakes were made in the process of the proposed establishment of FIFA Forward Enterprise (FFE)," read part of the letter.

"It was certainly not the intention for the FIFA Council and FIFA Member Associations to feel excluded from the process and it should have been handled differently. We acknowledge that errors were also made after the proposal was leaked to media.

"We sincerely apologise for these errors and commit to them not happening again. With this in mind, we will conduct a necessary review, and a report will be presented to the FIFA Council at its next scheduled meeting."


Most popular

Revealed: Reform rakes in £20m in donations from crypto investors

Study reveals surprising mental health impact of pets on children

National Lottery winning numbers and Thunderball for 22 August

Ukraine war latest: Putin warns Kyiv has 'opened Pandora's box'

Natalie Harp shoutout by Ossoff knocked Trump on his heels

Popular videos





Police give update after crash kills seven, including two officers

Katie Price shares Mounjaro update for Harvey as she reveals son's BMI

Suitcase added to Meghan and Harry waxworks at Madam Tussauds

bulletin.

National Lottery winning numbers and Thunderball for 22 August

Hayden Panettiere's boyfriend's brother speaks out about her death

Federal judge strikes down Trump's 75-country visa ban

Actor Michael Wright's wife announces death of 'beloved' husband

A66 crash victims were two police officers and five members of public

Jump to content



Infantino did say mistakes were made in the process of the World Cup sell-off plan *(PA Wire)*

However, any suggestion that Infantino might resign, or otherwise be forced out of his job by senior figures at the governing body, were also nipped in the bud with a clear show of support for the embattled president.

"For the avoidance of doubt, the FIFA Secretary General and the Management Board in attendance reaffirm their full support for FIFA President Gianni Infantino, as the only official elected by the 211 FIFA Member Associations," read part of the statement.

Join the Conversation

## Have your say

Share your thoughts in the comments below.

Read all 45 comments

"It was discussed and agreed at the meeting that the processes, communications and interactions between the FIFA President, the FIFA Secretary General and the Management Board that support the delivery of this vision can and should always be continuously improved in terms of their effectiveness and efficiency.

Read Next

Ad: What are electrolytes and why do natural ingredients matter?

Ad: Get ready for the new academic year with these back-to-school essentials

Ad: Is Untamed cat food right for your cat? What pet owners should know, from ingredien…

Ad: Back-to-school made easy – shop the JD Sports edit

Ad: Rimowa's heritage luggage should always be part of the journey – these are our top…

Jump to content

"We are fully confident that the outcomes of today's meeting will strengthen FIFA's governance, help restore confidence in the organisation and enable us to prepare for the major events and challenges ahead in a united and transparent manner while continuing our mission to develop the game around the world."

The statement also went on to say that any attacks on Fifa's integrity or good governance will not be accepted and seemed to suggest that now the sell-off plan has been abandoned, the whole situation should be quietly forgotten.




Infantino also said attacks on Fifa's integrity would not be tolerated *(PA)*

"The proposal, which would have been subject to the approval of the FIFA Member Associations and the FIFA Council, is now off the table," read another part of the statement. "With the project withdrawn, FIFA will no longer tolerate any attacks on its integrity, good governance and due process and will take all necessary measures to protect and safeguard its name and reputation.

"There are always lessons to be learned, and we will continue to improve our processes in light of this experience. In this instance, however, it is important to stress that, although mistakes were made, everything that was done, was done in full compliance with the FIFA regulatory framework."

## Is it time to overhaul how Fifa is run?

**Yes, Infantino needs to go**

**Yes, Fifa needs to be disbanded entirely**

**No, the current system works fine**

Infantino still faces a barrage of criticism from outside Fifa however, with a number of countries having withdrawn support for his presidency ahead of the election in March 2027.

Jump to content

Real Madrid and Portugal legend Luis Figo, who works as an adviser for Uefa, hit out at Infantino on Wednesday and implored him to resign, saying: "I could write 10,000 words on the problems at Fifa. But the solution needs only three: Infantino must go."

Canadian prime minister Mark Carney also said he no longer has confidence Infantino, explaining he felt the Fifa president committed a "fatal" governance failure by not consulting senior advisers. "Certainly I don't have confidence in Mr Infantino," said Carney, who had appeared alongside Infantino at several events during the 2026 World Cup co-hosted by Canada, Mexico and the United States.

**More about:** Gianni Infantino FIFA World Cup 2026 UEFA Luis Figo Mark Carney

**Join our commenting forum**

Join thought-provoking conversations, follow other Independent readers and see their replies

45 Comments

Jump to content

# EXHIBIT 154

# Infantino apologizes for 'mistakes' but retains FIFA's backing at crisis meeting

UPDATED AUG 6, 2026

By David Close




FIFA President Gianni Infantino pictured ahead of the 2026 FIFA World Cup final. *Florencia Tan Jun/Getty Images*

Despite growing calls for Gianni Infantino to step down as FIFA president following his controversial high-profile proposal to sell off commercial and operational rights to the World Cup, he retained the backing of FIFA Secretary General Mattias Grafström and other members of FIFA management, according to a statement released by the organization late Wednesday.

The declaration of support for the embattled leader followed a crisis meeting held with senior officials from the world soccer governing body in Morocco.

The statement says the result of Wednesday's meeting "will strengthen FIFA's governance, help restore confidence in the organisation and enable us to prepare for the major events and challenges ahead in a united and transparent manner while continuing our mission to develop the game around the world."

Infantino posted a similar message on Instagram along with a picture of himself sitting next to Grafström while giving thumbs-up.

His divisive business proposal, which was quickly scrapped, was addressed in the statement and acknowledged that "mistakes" were made.

"It was agreed that it was not the intention for the FIFA Council and FIFA Member Associations to feel excluded from the process and that the process should have been handled differently. It was further acknowledged that errors were also made after the proposal was leaked to (the) media."

The statement also said an "apology was made" in a letter sent to the organization's council and member associations for the "errors" made.

**RELATED ARTICLE**



Soccer legend Figo says beleaguered Infantino 'must go' as FIFA holds crisis meeting

3 MIN READ

Earlier in the day, Luis Figo publicly said the beleaguered president "must go."

In an op-ed obtained by CNN and first published by the Daily Mail, Figo, who won four La Liga titles, a Champions League trophy and the Ballon d'Or during his glittering career, called

Infantino's conduct "the lowest, most deceitful and cravenly self-interested behaviour I have ever witnessed."

The former Portuguese standout did not hold back on his calls for Infantino to step aside.

"The man who would do that – the man who would try to force through such major changes just to enrich himself and his friends – is a relic of the game's past and should have no part in its future," Figo wrote.

"I could write 10,000 words on the problems at FIFA. But the solution needs only three: Infantino must go," he said.

**RELATED ARTICLE**



European soccer body UEFA warns FIFA of legal action over Infantino's failed World Cup sell-off plan

3 MIN READ

Not everyone has opposed the plan. While governing bodies representing Europe, Asia and North and Central America all criticized the proposal, the Confederation of African Football (CAF) has, so far, not taken a stance. However, five of Africa's most important soccer administrators have expressed their support for Infantino, according to Reuters. African soccer is more dependent on the money distributed by FIFA than other continents.

## UEFA not impressed

European soccer's governing body UEFA has threatened to take legal action against FIFA over Infantino's proposition.

Last week, UEFA led the backlash with its 55 member federations agreeing to boycott all FIFA events and competitions while the proposal was active.

The latest statement from FIFA has done little to change UEFA's mind.

"UEFA's associations were very clear about the conditions attached to the non participation in FIFA competitions," UEFA said in a statement Thursday.

"First, the proposals to sell off the major competitions had to be withdrawn and secondly, assurances have to be made that such attempts to disfigure the game in this way will never be made again.

"These conditions have not been met. In addition, UEFA made it abundantly clear in its statement on Saturday that it has lost confidence in Gianni Infantino's presidency. That position holds."

*This story has been updated with additional reporting*.

---

CNN's Christina MacFarlane, Pallabi Munsi Patrick Sung Cuadrado and Issy Ronald contributed to this report.

# EXHIBIT 155

DECHERT

**Dechert LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500 Main
+1 212 698 3599 Fax

**ANDREW J. LEVANDER**

Andrew.Levander@dechert.com
+1 212 698 3683 Direct
+1 212 698 0483 Fax

31 July 2026

VIA EMAIL AND FEDERAL EXPRESS

**PRIVATE AND CONFIDENTIAL**
**WITHOUT PREJUDICE TO ALL RIGHTS AND REMEDIES**

Mr. Gianni Infantino
President
Fédération Internationale de Football Association (FIFA)
FIFA-Strasse 20
8044 Zurich
Switzerland

Re: Notice to Preserve Documents and Electronically Stored Information in Connection with the FIFA Forward Enterprise Plan

Dear Mr. Infantino,

I write on behalf of the Union of European Football Associations ("UEFA") in connection with the FIFA Forward Enterprise ("FFE") plan announced by the Fédération Internationale de Football Association ("FIFA") on or about 28 July 2026.

UEFA hereby gives formal notice that it is actively considering legal action, arbitration, and/or regulatory complaints (together, the "Proceedings") arising out of and in connection with the FFE plan proposed by FIFA and all related matters as further described below.

You and FIFA are required to take immediate steps to identify, locate, and preserve all documents and electronically stored information described in this Notice that are in your or FIFA's possession, custody, or control. These obligations arise independently of any internal retention policy you or your organization maintain and supersede any routine document destruction or deletion policies that would otherwise apply.

**1. BACKGROUND**

On or about July 28, 2026, you announced the creation of FFE, a proposed commercial subsidiary of FIFA. FFE is intended to consolidate FIFA's commercial rights — including hospitality, broadcast, sponsorship, ticketing, licensing, and any other commercial rights — for the FIFA World Cup and other FIFA competitions. FIFA has announced its intention to raise up to USD 4.2

DECHERT

billion by selling a stake in FFE to private investors. Thrive Eternal, a permanent capital investment firm, has been publicly identified as the proposed anchor investor. J.P. Morgan has been retained by FIFA to manage the process. FIFA has set a deadline of 19 September 2026 for all 211 FIFA member associations to accept an initial USD 20 million payment in connection with the FFE plan.

UEFA — as well as other Confederations, FIFA member associations and football stakeholders — has strongly condemned the FFE plan in the strongest terms as fundamentally incompatible with the proper governance of football. Given that Proceedings are reasonably anticipated, you are obliged to preserve all Relevant Materials (as defined below) with immediate effect.

**2. SCOPE OF PRESERVATION — RELEVANT MATERIALS**

"Relevant Materials" means all documents, data, records, and communications — whether in physical or electronic form and regardless of where stored — that relate to any of the following subject matters. The obligation to preserve applies to documents created at any time, including before the date of this Notice.

**2.1 The FFE Plan**

All documents relating to the conception, design, structure, governance, valuation, and implementation of FFE, including but not limited to: board papers, committee papers, strategy documents, financial models, valuations, pitch materials, due diligence reports, legal opinions, term sheets, letters of intent, investment agreements, shareholder agreements, constitutional documents of FFE, and all drafts of any of the foregoing.

**2.2 Communications Regarding FFE**

All internal and external communications — including email, instant messages (WhatsApp, Signal, Teams, Slack, or any other platform), SMS, written correspondence, and meeting notes — discussing, evaluating, promoting, approving, opposing, or relating to the FFE plan, involving any FIFA officer, employee, committee member, consultant, or agent, or any FIFA member association, confederation, broadcaster, sponsor, or financial institution.

**2.3 The Member Association Payment Mechanism**

All documents relating to the payment structure for FIFA member associations, including the design, modelling, legal basis, approval, and communications to member associations regarding the 19 September 2026 acceptance deadline. This category expressly includes: (i) all communications from the FIFA President's office and the FIFA Council to member associations regarding the 19 September 2026 acceptance deadline, and any communications between FIFA and any FIFA Council member regarding the same; and (ii) all internal deliberations, analyses, approvals, recommendations, votes, and decisions regarding the 19 September 2026 offer.

**2.4 FIFA Commercial Rights**

All documents relating to FIFA's broadcast, sponsorship, hospitality, ticketing, and licensing rights, and any other commercial rights, for any FIFA competition — including the FIFA World Cup, the Women's World Cup, the FIFA Club World Cup, and the FIFA Women's Club World Cup — insofar as those rights relate to the FFE plan or any proposal to consolidate, transfer, license, or assign them to FFE or any third party.

**2.5 Investor and Adviser Materials**

All documents relating to the proposed investment by Thrive Eternal and any other investor in FFE, including all communications, due diligence materials, financial analyses, and transaction

DECHERT

documents. All documents relating to J.P. Morgan's engagement, including mandate letters, engagement terms, investor outreach materials, and communications with prospective investors.

**2.6 Governance and Regulatory Materials**

All documents relating to FIFA governance obligations in connection with the FFE plan, including the FIFA Code of Ethics, conflict-of-interest procedures, FIFA Council and Congress approval processes, and any advice obtained by FIFA or by any addressee regarding the FFE plan. This category expressly includes all documents relating to any proposed, discussed, or contemplated post-FIFA role, employment, appointment, compensation, or commercial engagement of any FIFA officer or employee — including but not limited to the FIFA President — in connection with FFE or any related entity or investor, whether or not any such arrangement was formally agreed or publicly acknowledged.

**2.7 FIFA Council Meetings and FIFA Congress (Morocco, March 2027)**

All documents relating to any upcoming meeting of the FIFA Council, and to the FIFA Congress scheduled for March 2027, insofar as they concern the FFE plan, including agenda items, draft resolutions, voting materials, and preparatory communications.

**2.8 Legal Proceedings**

All documents relating to actual or anticipated investigations, litigation, arbitration, or regulatory proceedings concerning the FFE plan, including correspondence with any governing bodies, regulatory agencies, or any court or tribunal in any jurisdiction.

**2.9 Tax Matters**

All documents relating to tax matters anywhere in the world arising out of or in connection with the FFE plan, the member association payment mechanism, or FIFA's commercial rights, including but not limited to: tax assessments, tax rulings, tax opinions, correspondence and exchanges with any tax authority, and any documents relating to FIFA's tax status or tax treatment in Zurich, Switzerland or any other jurisdiction.

**2.10 Individuals with Relevant Knowledge and Materials**

UEFA understands that the following individuals, by virtue of their roles and involvement in the FFE plan, are likely to hold Relevant Materials, and UEFA demands that FIFA ensure that each of them specifically preserves all such materials in their possession, custody, or control:

- Gianni Infantino, President
- Emilio García Silvero
- Jair Bertoni
- Mario Gallavotti
- Romy Gai
- Mattias Grafström
- Kevin Lamour
- Elkhan Mammadov
- Thomas Peyer
- Dan O'Toole
- Gelson Fernandes
- Arsène Wenger
- Jill Ellis
- Sarai Baremen

DECHERT

- Steven Martens
- Kimberly Morris
- Heimo Schirghi
- Sanjeevan Balasingam

This identification of individuals is not exhaustive. UEFA's demand for preservation extends equally to any other current or former FIFA officer, employee, committee member, consultant, or agent — including at FIFA's offices in Zurich, Miami, and New York City, and the FIFA World Cup 2026 office — who has knowledge of, or has participated in, the FFE plan or the 19 September 2026 deadline, whether or not named above.

**3. TYPES OF MATERIALS TO BE PRESERVED**

Without limiting the foregoing, Relevant Materials include the following categories of materials:

- Electronic mail and attachments, including items in deleted, archived, and sent folders.
- Instant messages, text messages (SMS/MMS), voicemail, and communications on any platform including WhatsApp, Signal, Teams, Slack, WeChat, Telegram, or any similar application.
- Documents stored on any server, cloud platform, shared drive, personal computer, laptop, mobile device, tablet, USB drive, or other storage medium.
- Board and committee minutes, resolutions, agendas, and board papers.
- Contracts, term sheets, letters of intent, non-disclosure agreements, engagement letters, mandate letters, and all drafts thereof.
- Financial models, valuations, projections, pitch decks, investor presentations, and due diligence materials.
- Internal memoranda, briefing notes, strategy documents, and presentations.
- Legal memoranda, legal opinions, and correspondence with internal and external legal counsel.
- Press releases, public statements, media briefing notes, and all drafts thereof.
- Calendar entries, diary entries, and notes of meetings or calls.
- Physical documents and printed correspondence.
- Metadata and native file formats. All Relevant Materials in electronic form must be preserved in their native file format, together with all associated metadata, including without limitation: creation date, modification date, access date, author, sender, recipient, custodian, geolocation data, and any other embedded or system-level metadata associated with the file or communication. Relevant Materials shall not be converted to formats that strip or degrade metadata (including conversion to PDF) without retaining a copy of the original native-format file with its metadata intact.
- Tax assessments, tax rulings, tax opinions, and correspondence and exchanges with any tax authority in any jurisdiction.

**4. SPECIFIC PRESERVATION STEPS REQUIRED**

UEFA requires you to take the following steps immediately upon receipt of this Notice:

DECHERT

(a) **Suspend document destruction.** Immediately suspend all scheduled, automated, or routine document deletion, destruction, or overwriting programs — including automated email deletion, auto-purge functions, and any equivalent programs — that could result in the loss of Relevant Materials. This obligation includes, without limitation: (i) implementing a formal litigation hold within your organization's IT and document management systems to flag and protect all Relevant Materials from deletion or overwriting; (ii) suspending all backup tape or backup media overwrite cycles that could result in the loss of Relevant Materials; and (iii) suspending all cloud storage data lifecycle, data retention, or automatic expiry policies that apply to any platform or repository in which Relevant Materials may be stored, including but not limited to Microsoft 365, Google Workspace, and any other cloud-based storage, collaboration, or communication platform.

(b) **Preserve electronic materials.** Preserve all Relevant Materials held in electronic form, including on all corporate and personal email accounts, messaging applications, and storage devices used for any purpose relating to the matters described in this Notice.

(c) **Preserve physical materials.** Preserve all physical documents, correspondence, and records relating to the matters described in this Notice.

(d) **Preserve personal devices and accounts.** Where personal email accounts, personal mobile devices, personal messaging applications, or other personal media have been used to send, receive, or store any communications relating to the Relevant Materials, those materials are equally subject to this preservation obligation.

(e) **Identify third-party custodians.** To the extent that Relevant Materials are held by third parties on your behalf — including cloud storage providers, IT service providers, external advisers, agents, or contractors — take immediate steps to instruct those third parties to preserve such materials.

(f) **Duration of preservation obligation.** The obligation to preserve Relevant Materials under this Notice is continuing and shall remain in full force and effect until you receive express written confirmation from this law firm on behalf of UEFA that the obligation has been released in whole or in part. The absence of further communications from UEFA shall not be construed as a release of this obligation.

**5. CONSEQUENCES OF FAILURE TO PRESERVE**

UEFA puts you on formal notice that any destruction, deletion, alteration, concealment, or loss of Relevant Materials following receipt of this Notice — or following any earlier date on which you were, or reasonably should have been, aware that Proceedings were anticipated — may constitute spoliation of evidence. UEFA reserves all rights to seek appropriate remedies in the Proceedings for any such destruction or loss, including applications for adverse inference orders, sanctions, and costs against the responsible party or parties.

**6. RESERVATION OF RIGHTS**

This Notice is sent without prejudice to all of UEFA's rights, claims, causes of action, and remedies, whether arising in law, equity, arbitration, or otherwise. Nothing in this Notice is or shall be construed as a waiver of any right or remedy available to UEFA or as an admission of any fact. UEFA expressly reserves the right to bring or seek any and all relief available to it, including interim relief, in any applicable jurisdiction and forum. The identification of subject matters and individuals in this Notice is not exhaustive and does not limit the scope of preservation required.

DECHERT

**7. ACKNOWLEDGMENT AND RESPONSE**

UEFA requests that you acknowledge receipt of this Notice in writing within five (5) business days of the date hereof, and confirm in that acknowledgment: (i) that you have received and understood this Notice; (ii) that you have taken immediate steps to preserve Relevant Materials as required; (iii) the identity of the officer or individual responsible for overseeing compliance with this Notice within your organization; (iv) whether you are aware of any Relevant Materials that have already been destroyed or deleted, in which case full particulars should be provided.

Acknowledgments and any questions regarding this Notice should be directed to my attention.

I look forward to hearing from you.

Yours sincerely,

Andrew J. Levander
Partner

Cc: Union of European Football Associations (UEFA)

# EXHIBIT 156

# UEFA confirms legal letter served to FIFA after Infantino's World Cup plan

*UEFA tells Al Jazeera a preservation letter is with FIFA following a failed Gianni Infantino-led World Cup sell-off.*






FIFA chief, Gianni Infantino, left, with UEFA president Aleksander Ceferin in Paris, France, February 8, 2024 [Gonzalo Fuentes/Reuters]

By **Kevin Hand and The Associated Press**

4 Aug 2026

The European football body, UEFA, has confirmed to Al Jazeera that a preservation letter has been sent to the global governing body, FIFA, following Gianni Infantino's failed plan to sell a stake in future World Cup profits to private investors.

"We can confirm that a document preservation letter was sent," UEFA wrote in an email to Al Jazeera on Tuesday, adding that no further comment would be made at this time.

RECOMMENDED STORIES

- FIFA denies Infantino sought Trump backing after failed World Cup selloff
- Isolated Infantino finds support in Africa ahead of CAF meeting
- Ex-Arsenal boss Wenger was 'not aware' of Infantino's FIFA plan
- Indian court acquits ex-wrestling chief in sexual harassment case


The preservation letter, a formal legal document, serves to notify FIFA that they should retain data, documents and electronic messages as potential evidence.

Al Jazeera has contacted FIFA for a response.

Infantino's secretive proposal to raise $4.2bn from investors, including the New York investment firm of Joshua Kushner, was dropped early on Saturday, days after the revelation provoked a global furore.

UEFA led the backlash, and on Thursday its 55 member federations met and agreed to boycott all FIFA events and competitions while the proposal was active.

It is understood that UEFA has been considering legal action since Infantino revealed FIFA's plans. Preservation letters, also known as litigation hold letters, are sent in relation to potential or ongoing legal proceedings.

UEFA lawyers have extended their notice to FIFA, according to The Associated Press news agency, to inform them that the European body is "actively considering legal action, arbitration, and/or regulatory complaints ... arising out of and in connection with the FFE [FIFA Forward Enterprise] plan proposed by FIFA and all related matters".

Advertisement

The letter, dated Friday but seen by AP late on Monday, was from New York-based legal firm Dechert.

"UEFA puts you on formal notice that any destruction, deletion, alteration, concealment, or loss of relevant materials following receipt of this notice – or following any earlier date on which you were, or reasonably should have been, aware that proceedings were anticipated – may constitute spoliation of evidence," the letter said.

Get instant alerts and updates based on your interests. Be the first to know when big stories happen.
Yes, keep me updated

It is understood that the preservation letter named 18 FIFA executives, including Infantino, Zurich-based chief financial officer Thomas Peyer, and Arsene Wenger, the coaching great who is FIFA's head of global football development.

Wenger has subsequently issued a statement saying he was "not aware" of Infantino's plans.



## UEFA seeks rival candidate

The Swedish football federation confirmed on Monday that UEFA is actively looking "to come up with an alternative candidate" for FIFA president. The next election is scheduled for March.

On Saturday, UEFA signalled it wants to end Infantino's decade-long presidency, saying he had lost the confidence of world football and that "no option should be off the table".

Hours earlier, Infantino had withdrawn the divisive proposal that offered FIFA's 211 member federations one-off payments of $20m each with a mid-September deadline to accept.

The FFE spin-off valued by FIFA at $20bn would have taken control of the football body's money-making commercial and tournament operations through at least 2038. It promised to more than double development money over that time for the 211 members who own the Zurich-based not-for-profit governing body.

It was the project of just one man, FIFA's chief operating officer Kevin Lamour said in a stinging statement on Friday, adding that staff felt deceived by their boss, Infantino.

Legal proceedings are "reasonably anticipated", UEFA's lawyer Andrew J Levander wrote, citing the belief of football stakeholders that the plan was "fundamentally incompatible with the proper governance of football".

UEFA has been most outspoken against its former employee Infantino, while the Asian Football Confederation and CONCACAF, the North and Central American and Caribbean football body, also made strong statements opposing Infantino's plan.

Infantino has most support from his traditional base in Africa, while South America's CONMEBOL is relying on him to expand the 2030 World Cup to 64 teams from 48. That would give more hosting games to Argentina, Uruguay and Paraguay, the home country of CONMEBOL president Alejandro Dominguez.

Advertisement

Infantino's path to stabilising the presidency he has held for 10 and a half years was unclear on Monday, which began in New York with a report he was seeking support from the administration of his close ally, United States President Donald Trump, possibly in a call with Secretary of State Marco Rubio.

"There are no plans for @SecRubio to speak with Infantino and there is no call this morning," Dylan Johnson, assistant secretary of state for global public affairs, posted on social media.

## A week is a long time in politics

The private equity plan has provoked a stunning turnaround in fortunes for Infantino since it was revealed last Tuesday by The Times in London.

The 56-year-old FIFA leader left New York after the World Cup final two weeks ago, seemingly a lock to be re-elected unopposed next March for a fourth and final term in office through 2031.

The spin-off operation could have created a commissioner-like role for him beyond 2031, paying much more than his current $6m annual salary and bonus deal as president.

FIFA briefed at the World Cup that Infantino had letters of support from about 200 of the 211 member federations.

Those letters are now likely being withdrawn across Europe, with the Wales federation the first to announce its reversal.

The candidate deadline is November 18 for an election exactly four months later in Morocco, one of Infantino's strongest allies and a cohost of the 2030 tournament with Spain and Portugal.

**About**

About Us
Code of Ethics
Terms and Conditions
EU/EEA Regulatory Notice
Privacy Policy
Cookie Policy
Cookie Preferences
Accessibility Statement
Sitemap
Work for us

**Connect**

Contact Us
User Accounts Help
Advertise with us
Stay Connected
Newsletters
Channel Finder
TV Schedule
Podcasts
Submit a Tip
Paid Partner Content

**Our Channels**

Al Jazeera Arabic
Al Jazeera English
Al Jazeera Investigative Unit
Al Jazeera Mubasher
Al Jazeera Documentary
Al Jazeera Balkans
AJ+

**Our Network**

Al Jazeera Centre for Studies
Al Jazeera Media Institute
Learn Arabic
Al Jazeera Centre for Public Liberties & Human Rights
Al Jazeera Forum
Al Jazeera Hotel Partners

**Follow Al Jazeera English:**

© 2026 Al Jazeera Media Network

# EXHIBIT 157

Go back

# UEFA welcomes FIFA's withdrawal of plans to sell a stake in the World Cup

Saturday, August 1, 2026

Media Releases

The proposal was unanimously rejected by UEFA's national associations and by many other federations and confederations of all sizes around the world.




UEFA welcomes FIFA's decision to withdraw its plan to sell a stake in its competitions – including the World Cup – into private hands.

The proposal was unanimously rejected by UEFA's national associations and by many other federations and confederations of all sizes around the world, whose job it is to protect football.

UEFA thanks all the fans, leagues, clubs, players, individuals, associations and confederations that opposed the scheme, alongside the many Prime Ministers, Heads of State and commentators who have demonstrated to the FIFA President that football is not for sale.

We cannot keep going on like this with secret schemes on fast track timescales, cooked up by faceless individuals and of dubious benefit to the game. We must identify those responsible and hold them to account.

It is right that, in the coming days and weeks, UEFA will work with its associations and in close cooperation with other confederations to reflect on how this happened and devise a plan to make sure that it cannot occur again. That review should be thorough and fundamental. No option should be off the table. The current FIFA leadership has not only lost UEFA's confidence but also that of many other members of the football family.

When Gianni Infantino asked for the trust and the votes of FIFA's Member Associations to elect him as their President in 2016, he said, "Of course we have to be transparent. I have been this in the last 15 years of my life in UEFA. You will have to play a part every day in the life of FIFA," before telling the assembled stakeholders, "The money of FIFA is your money. It's not the money of the FIFA President. It's your money. You are the national associations and the money of FIFA has to serve for the development of football and not for anything else."

On both these promises, he has failed to deliver. The shabby, back room, opaque deal he hatched and tried to force through was anything but transparent.

And with reserves standing at over $5bn, he has also failed to use associations' money for the benefit of the game.

UEFA will begin work immediately with partners and stakeholders all over the world and right across the game to propose a new way of distributing resources through the existing FIFA Forward programme.

We must start to use some of that money that is sat idle in FIFA's bank account to deliver the kick start that the grassroots and the wider game need in each of the 211 countries of FIFA. But we don't need to sell off the family silver to pay for it.

This is a victory for the whole game. But it must not be the end of the story. The proposal has gone. The task of rebuilding trust in FIFA has only just begun.

© 1998-2026 UEFA. All rights reserved.

Last updated: Saturday, August 1, 2026

## Selected for you

UEFA statement on The Times...

Further UEFA statement on FIFA plans

Statement on behalf of UEFA and its...

EXPLORE

MORE

CHANGE LANGUAGE

About

UEFA.tv

MyUEFA

English

National associations

Match calendar

UC3

Running competitions

Rankings

FOLLOW US ON

Development

Tickets/Hospitality

Sustainability

UEFA National Team Football store

News & media

UEFA Men's Club Competitions store

UEFA Men's Club Competitions Memorabilia

# EXHIBIT 158

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 26-mc______ |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: CORPORATION SERVICE COMPANY O/B/O FIFA (AMERICAS), INC
1201 HAYS STREET, TALLAHASSEE, FL 32301-2525

*(Name of person to whom this subpoena is directed)*

❒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Attachment 1.

| Place: SHUTTS & BOWEN LLP<br>200 S. Biscayne Boulevard, Suite 4100<br>Miami, Florida 33131 | Date and Time:<br>14 Days After Issuance |
|---|---|

❒ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: ______________

*CLERK OF COURT*

OR

*Signature of Clerk or Deputy Clerk* — *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* UEFA , who issues or requests this subpoena, are:

Andrew Levander, andrew.levander@dechert.com,+1 212 698 3500

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No. 26-mc______

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

I received this subpoena for *(name of individual and title, if any)* ______________________________

on *(date)* ______________ .

❒ I served the subpoena by delivering a copy to the named person as follows: ____________________

____________________________________________________________ on *(date)* ______________ ; or

❒ I returned the subpoena unexecuted because: ______________________________________________

____________________________________________________________ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ ______________ .

My fees are $ ____________ for travel and $ ____________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc.:

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** ***For a Trial, Hearing, or Deposition.*** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:

**(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or

**(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person

**(i)** is a party or a party's officer; or

**(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2)** ***For Other Discovery.*** A subpoena may command:

**(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and

**(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** ***Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** ***Command to Produce Materials or Permit Inspection.***

**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

**(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.

**(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** ***Quashing or Modifying a Subpoena.***

**(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

**(i)** fails to allow a reasonable time to comply;

**(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);

**(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

**(iv)** subjects a person to undue burden.

**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:

**(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

**(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.

**(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

**(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

**(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** ***Producing Documents or Electronically Stored Information.*** These procedures apply to producing documents or electronically stored information:

**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

**(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** ***Claiming Privilege or Protection.***

**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

**(i)** expressly make the claim; and

**(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**

The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

**ATTACHMENT 1**

**DEFINITIONS**

1. "Advisors" means J.P. Morgan Chase & Co.; J.P. Morgan Securities LLC; OpenEconomics; Greg Maffei; BANN Ventures, Inc.; and Robert Iger, in their capacities as advisors to FIFA and/or Thrive in connection with FFE or an FFE Proposal.

2. "Investors" means Thrive, Apollo Sports Capital, and any other person or entity that discussed, negotiated, or was solicited for potential investment or participation in FFE or an FFE Proposal.

3. "Communications" means the transmittal of information (in the form of facts, ideas, inquiries, or otherwise).

4. "Concerning" means relating to, referring to, describing, evidencing, or constituting.

5. "Documents" is defined to be synonymous in meaning and equal in scope to the usage of the term "documents or electronically stored information" in Fed. R. Civ. P. 34(a)(1)(A). A draft or non-identical copy is a separate document within the meaning of this term.

6. "FFE" means the FIFA Forward Enterprise, the contemplated FIFA-owned and controlled subsidiary consolidating FIFA's commercial and event operations as described in the July 28, 2026 FIFA press release published on FIFA's website entitled "FIFA intends to expand football development funding to over USD 10 billion subject to approval by FIFA Member Associations,"[1] including any predecessor or working-name entity, and any renamed, restructured, or revived version of the proposed entity.

7. "FFE Proposal" means any contemplated transaction involving the sale of or

[1] Available at https://inside.fifa.com/organisation/media-releases/intends-expand-football-development-funding-usd-10-billion-subject-approval-member-associations.

investment in commercial rights or operations of FIFA or any event operated or sanctioned by FIFA including the 2018 proposal to sell certain FIFA rights including those associated with the Club World Cup.

8. "FIFA" means the Fédération Internationale de Football Association, its subsidiaries and affiliates, and its past and current officers, employees, and agents, including but not limited to Gianni Infantino, Arsène Wenger, Jill Ellis, Emilio García Silvero, Mattias Grafström, Thomas Peyer, Kevin Lamour, Jair Bertoni, Mario Gallavotti, Romy Gai, Elkhan Mammadov, Dan O'Toole, Gelson Fernandes, Sarai Baremen, Steven Martens, Kimberly Morris, Heimo Schirghi, Sanjeevan Balasingam, and any other individual associated with, employed by, or acting or purporting to act on behalf of FIFA.

9. "FIFA Americas", "You", or "Your" means FIFA (Americas), Inc. any of FIFA Americas' predecessors, officers, directors, employees, agents, secondees, successors, and affiliates, including any special purpose entities used in connection with the FIFA World Cup 2026 North America.

10. "Government Official" means any officer or inferior officer of the United States; any official elected or appointed to federal office; any employee of the United States' government, including the Congress and executive and judicial branches; and any parent, child, or spouse of any such person.

11. "Identify," when referring to a person, means to give, to the extent known, the person's full name, present or last known address, and when referring to a natural person, additionally, the present or last known place of employment.

12. "Identify," when referring to Documents, means to give, to the extent known, the (i) type of document; (ii) general subject matter; (iii) date of the document; and (iv) author(s),

addressee(s) and recipient(s).

13. "Infantino" means FIFA President Gianni Infantino, whether acting in his professional or personal capacity and any agent, representative, cut-out, middle-man, intermediary, or proxy acting on Gianni Infantino's behalf, at Gianni Infantino's direction, or for the benefit of Gianni Infantino, or through whom Gianni Infantino acted or communicated.

14. "Kushner" means Joshua Kushner, individually, and any person acting or purporting to act on his personal (as opposed to Thrive's) behalf.

15. "OpenEconomics" means OpenEconomics s.r.l., OpenEconomics International s.r.l., OpenPartners s.r.l., its subsidiaries and affiliates, and its officers, employees, and agents.

16. "Person" means any natural person or any legal entity, including, without limit, any business or governmental entity or association.

17. "Thrive" means Thrive Capital Management, LLC; Thrive Eternal; any special purpose vehicle, fund, or entity established, managed, or controlled by Thrive; and Thrive's agents, employees, and officers.

18. "UEFA" means Union des Associations Européennes de Football, its subsidiaries and affiliates, and its officers, employees, and agents.

## INSTRUCTIONS

1. Pursuant to Rule 45 of the Federal Rules of Civil Procedure, You are commanded to produce all Documents and Communications responsive to the following Requests that are in Your possession, custody, or control.

2. Unless otherwise stated in a specific Request, these Requests seek responsive Documents and Communications authored, generated, disseminated, drafted, produced, reproduced, edited, or otherwise created or distributed January 1, 2025, through the present and

continuing.

3. Each Request shall be construed independently, and no Request shall be viewed as limiting the scope of any other Request.

4. When construing these Requests, the terms "all," "any," and "each" must each be construed as encompassing any and all; the connectives "and" and "or" must be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside of its scope; the term "including" must not be construed as imposing any limitation; and the use of the singular form of any word includes the plural and vice versa.

5. Each Request seeks production of each Documents or Communications in its entirety, without abbreviation or redaction, including, without limitation, all attachments, transmittal sheets, notes, cover letters, exhibits, enclosures, and all drafts and non-identical copies of each Document or Communication.

6. Each Document or Communication with handwritten, typewritten or other recorded notes, editing marks, etc., is a separate, unique Document or Communication and is not, and shall not be deemed to be, identical to one without such modifications, additions, or deletions.

7. With respect to the Documents and Communications produced, You shall produce them as they are kept in Your usual course of business, including, if applicable, in their native format with metadata intact (including financial models with formulas intact).

8. You shall organize and label Documents and Communications produced to correspond to the categories in these Requests, or as they are kept in the usual course of business.

9. If You object to any Request, in whole or in part, You must state the grounds for the objection with specificity and produce all Documents and Communications responsive to any

portion of the Request to which You do not object.

10. If no Documents and Communications are responsive to a particular Request, You are to state that no responsive Documents and Communications exist for that particular Request.

11. If any Document or Communication or any part of a Document or Communication responsive to a Request is withheld from production on the basis of any claim of privilege, You shall produce a written log identifying, for each Document or Communication withheld in whole or in part: (a) the nature of the privilege or protection being claimed; (b) the general subject matter of the Document or Communication and a description of the file or other location where it was found; (c) the type or general nature of the Document or Communication (i.e., whether it is a letter, memorandum, invoice, email, etc.) and the number of pages of which it consists; (d) the date of the Document or Communication; (e) the author(s) and recipient(s) of the Document or Communication; and (f) the addressees of the Document or Communication and any other recipients.

12. All non-privileged portions of any Document or Communication containing material over which a claim of privilege or protection has been asserted shall be produced by excising, concealing, or otherwise protecting the portions for which a privilege or protection is asserted, but only to the extent that such excise, concealment, or other protection is strictly necessary for the purposes of the claim of privilege or protection.

13. If any Document or Communication requested herein was at one time in existence, but has been lost, discarded, or destroyed (including the deletion from any computer of any responsive Document or Communication), You shall identify such Document or Communication completely, providing as much of the following information as possible: (a) the type of Document or Communication; (b) its date; (c) the contents, subject(s), title, subtitles, nature, or scope of the

Document or Communication; (d) the date or approximate date the Document or Communication was lost, discarded, or destroyed; (e) the circumstances and manner in which the Document or Communication was lost, discarded, or destroyed; (f) the reason or reasons for disposing of the Document or Communication (if discarded or destroyed); (g) the identity of all persons authorizing or having knowledge of the circumstances surrounding the disposal of the Document or Communication; (h) the identity of the person(s) who lost, discarded, or destroyed the Document or Communication; and (i) the identity of all persons having knowledge of the contents thereof.

14. Unless otherwise indicated, the Documents and Communications requested include all Documents and Communications in Your possession, custody, or control. Without limitation of the terms "possession, custody, or control," as used in the preceding sentence, a Document or Communication is in Your possession, custody, or control if You have actual possession or custody or the right or practical ability to obtain the Document or Communication or a copy thereof upon demand from one or more of Your affiliates, parents, subsidiaries, divisions, related companies, predecessors-in-interest, officers, directors, employees, agents, consultants, representatives, independent contractors, advisors, attorneys, or any other person or public or private entity that has actual physical possession thereof.

15. These Requests are continuing in nature. If You obtain or create additional Documents responsive to any Request after Your initial production, You shall supplement Your production promptly and in accordance with the Federal Rules of Civil Procedure.

## **REQUESTS FOR PRODUCTION**

**Request for Production No. 1:**

All Documents and Communications concerning the origin and development of FFE or any FFE Proposal, from initial concept through the public announcement of FFE on July 28, 2026,

including the 2018 proposal to sell certain FIFA rights including those associated with the Club World Cup. This Request is not limited as to time.

**Request for Production No. 2:**

All Documents and Communications concerning any meeting, conversation, or communication involving Infantino, Kushner, and/or Greg Maffei concerning FFE or an FFE Proposal, including any occurring during, at, or around the July 2025 Allen & Company Conference in Sun Valley, Idaho, or the meeting of FIFA officials held at the Waldorf Astoria in New York City on July 18, 2026, and Documents sufficient to show when and by what means Thomas Peyer and Hillary Mueri first learned of FFE or an FFE Proposal.

**Request for Production No. 3:**

All agreements and term sheets concerning FFE or an FFE Proposal, including any letter of intent, memorandum of understanding, non-disclosure agreement, exclusivity agreement, subscription agreement, or side letter.

**Request for Production No. 4:**

All Documents and Communications concerning the presentation of, consideration of, or deliberations concerning FFE or an FFE Proposal by the FIFA Council, FIFA Congress, FIFA Bureau, or FIFA Management Board or any member of any of the foregoing, including all minutes, transcripts, recordings, and notes of any such presentation, consideration, or deliberation.

**Request for Production No. 5:**

FIFA's Statutes, bylaws, and governance policies applicable to a transaction of the nature of FFE or an FFE Proposal, and all Documents and Communications concerning any analysis of the approval requirements and procedures applicable to FFE thereunder.

**Request for Production No. 6:**

All Documents and Communications concerning the identification of, and any legal or compliance review of or advice concerning FFE or an FFE Proposal provided by, any attorney, compliance personnel, or outside law firm or consultant to FIFA or FIFA Americas.

**Request for Production No. 7:**

All Documents and Communications concerning Kevin Lamour's involvement in or knowledge of FFE or an FFE Proposal, including all Communications between Infantino and Kevin Lamour concerning the same, and all Documents and Communications concerning Kevin Lamour's separation from his employment by FIFA.

**Request for Production No. 8:**

All Documents and Communications concerning any valuation of FFE or an FFE Proposal.

**Request for Production No. 9:**

Documents sufficient to show FIFA Americas' corporate and organizational structure, its governance, and the application of FIFA's Statutes and governance policies to FIFA Americas, including all individuals who serve in a role for both FIFA and FIFA Americas and their respective roles and authority.

**Request for Production No. 10:**

Documents sufficient to show FIFA Americas' purpose and use in connection with FIFA's activities in the United States, and its capitalization, financial relationship, financial statements, and accounting and financial reporting relationship with FIFA.

**Request for Production No. 11:**

All Documents concerning any conflicts-of-interest analysis conducted with respect to any person's actual or contemplated role in FFE or an FFE Proposal, including Infantino, Kushner,

Thrive, Jared Kushner, or any Government Official.

**Request for Production No. 12:**

All Documents and Communications concerning FIFA's office space at Trump Tower in New York City, including the underlying lease and any amendments thereto, rent payments made thereunder, and its use in connection with FFE or an FFE Proposal.

**Request for Production No. 13:**

All Documents and Communications concerning the contemplated non-controlling stake in FFE, including any change in the contemplated percentage of that stake during negotiations.

**Request for Production No. 14:**

All Documents and Communications concerning the possible, expected, anticipated, or intended use and allocation of proceeds from the up to $4.2 billion raise in connection with FFE.

**Request for Production No. 15:**

All Documents and Communications concerning the engagement of Advisors concerning FFE or an FFE Proposal, and all Documents and Communications sent by or on behalf of Infantino or FIFA to any of FIFA's member associations concerning FFE or an FFE Proposal.

**Request for Production No. 16:**

All Documents and Communications concerning FIFA's member associations' consideration of, and response to, FFE, including any compensation, funding, inducements, or other benefits offered, proposed, or discussed in connection therewith; the processes and procedures, actual, contemplated, or proposed, for member associations to accept or reject FFE; and any questions, responses, concerns, or objections raised by any member association.

**Request for Production No. 17:**

All Documents and Communications concerning the disclosure or public announcement of

FFE, including any leak of information concerning FFE to the media prior to FIFA's July 28, 2026 public announcement, and FIFA's July 28, 2026 press release concerning FFE and any drafts thereof.

**Request for Production No. 18:**

All Documents and Communications concerning FIFA's public relations, media, or crisis-communications strategy relating to FFE, including any talking points, briefing memoranda, Q&A documents, or other materials prepared in connection with Infantino's public statements regarding FFE.

**Request for Production No. 19:**

All Documents and Communications concerning the withdrawal of FFE on or about July 31 or August 1, 2026, including any board or committee resolution or vote, the August 5, 2026 FIFA leadership meeting in Rabat, Morocco, and any apologies issued in connection with the withdrawal.

**Request for Production No. 20:**

All Documents and Communications concerning FIFA's internal review of FFE announced at or after the Rabat meeting, including its consideration, initiation, scope, or terms of reference, and the selection and appointment of persons to conduct it.

**Request for Production No. 21:**

All diligence materials, fairness opinions, solvency opinions, or third-party valuation opinions concerning FFE or an FFE Proposal provided to or received from, or prepared by or for, any Investor or Advisor.

**Request for Production No. 22:**

All Documents and Communications concerning any Investor's or Advisor's knowledge

of or role in FIFA's decision to withdraw FFE on or about August 1, 2026, or in any continued, revived, or renamed version of FFE or any FFE Proposal.

**Request for Production No. 23:**

All Documents and Communications concerning FIFA America's document-retention and litigation-hold practices applicable to FFE, including its receipt of and response to UEFA's August 2, 2026 preservation letter, the custodians and search terms used, any responsive Documents or Communications that have been lost or deleted, and the use of any ephemeral or auto-deleting messaging application or platform by any custodian with knowledge of FFE or an FFE Proposal.

**Request for Production No. 24:**

All Documents and Communications concerning FFE or an FFE Proposal that were sent to, received from, copied to, authored by, or that otherwise concern Infantino, Thrive, Joshua Kushner, BANN, Greg Maffei, or any Investor or Advisor.

**Request for Production No. 25:**

All other Documents and Communications concerning FFE or an FFE Proposal not otherwise produced in response to Requests for Production Nos. 1–24.

# EXHIBIT 159

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| ______________________ *Plaintiff* | ) | |
| v. | ) | Civil Action No. 26-mc______ |
| ______________________ *Defendant* | ) | |

**SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION**

To: CORPORATION SERVICE COMPANY O/B/O FIFA (AMERICAS), INC
1201 HAYS STREET, TALLAHASSEE, FL 32301-2525

*(Name of person to whom this subpoena is directed)*

☑ Testimony: YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters: See Attachment 1.

| Place: SHUTTS & BOWEN LLP<br>200 S. Biscayne Boulevard, Suite 4100<br>Miami, Florida 33131 | Date and Time:<br>28 Days After Issuance |
|---|---|

The deposition will be recorded by this method: Video and stenographic recording.

❐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: ______________

*CLERK OF COURT*

OR

______________________ *Signature of Clerk or Deputy Clerk*

______________________ *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* UEFA, who issues or requests this subpoena, are:

Andrew Levander, andrew.levander@dechert.com,+1 212 698 3500

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No. 26-mc______

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

I received this subpoena for *(name of individual and title, if any)* ______________________________
on *(date)* ______________ .

❒ I served the subpoena by delivering a copy to the named individual as follows: ______________
______________________________________________________________________________
____________________________________________ on *(date)* ____________ ; or

❒ I returned the subpoena unexecuted because: ______________________________________
______________________________________________________________________________ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ ____________________ .

My fees are $ ______________ for travel and $ ____________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________ ______________________________________________
*Server's signature*

______________________________________________
*Printed name and title*

______________________________________________
*Server's address*

Additional information regarding attempted service, etc.:

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1) *For a Trial, Hearing, or Deposition.*** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
**(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
**(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
**(i)** is a party or a party's officer; or
**(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2) *For Other Discovery.*** A subpoena may command:
**(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
**(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1) *Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2) *Command to Produce Materials or Permit Inspection.***
**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
**(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
**(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3) *Quashing or Modifying a Subpoena.***

**(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

**(i)** fails to allow a reasonable time to comply;
**(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
**(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
**(iv)** subjects a person to undue burden.
**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
**(i)** disclosing a trade secret or other confidential research, development, or commercial information; or
**(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
**(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
**(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
**(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1) *Producing Documents or Electronically Stored Information.*** These procedures apply to producing documents or electronically stored information:
**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
**(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2) *Claiming Privilege or Protection.***
**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
**(i)** expressly make the claim; and
**(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

## ATTACHMENT 1

PLEASE TAKE NOTICE that, pursuant to Rules 30(b)(6) and 45 of the Federal Rules of Civil Procedure, counsel for the Union des Associations Européennes de Football ("UEFA") will take the deposition(s) of the designated representative(s) of FIFA (Americas), Inc. able to testify fully as to the topics listed in this Attachment 1 at a mutually agreeable time and date. The deposition will be conducted at the offices of Shutts & Bowen LLP, 200 South Biscayne Blvd., Ste. 4100, Miami, FL 33131, and will continue from day to day until completed. The deposition shall be taken before an officer authorized to take oaths and shall be recorded by stenographer and by videotape. The deposition will be taken for the purpose of discovery, to perpetuate testimony for use at trial, and for all other purposes permitted under the Federal Rules of Civil Procedure.

FIFA Americas shall provide a written designation of the name(s) and position(s) of the one or more officers, directors, or managing agents, or other person(s) who will be produced to testify on its behalf concerning the topics and matters set forth in this Attachment 1. Pursuant to Federal Rule of Civil Procedure 30(b)(6), the person(s) designated by FIFA Americas should be prepared to testify to all matters set forth in this Attachment 1 that are known or reasonably available to FIFA Americas.

## DEFINITIONS

1. "Advisors" means J.P. Morgan Chase & Co.; J.P. Morgan Securities LLC; OpenEconomics; Greg Maffei; BANN Ventures, Inc.; and Robert Iger, in their capacities as advisors to FIFA and/or Thrive in connection with FFE or an FFE Proposal.

2. "Investors" means Thrive, Apollo Sports Capital, and any other person or entity that discussed, negotiated, or was solicited for potential co-investment or participation in FFE or an FFE Proposal.

3. “Communications” means the transmittal of information (in the form of facts, ideas, inquiries, or otherwise).

4. “Concerning” means relating to, referring to, describing, evidencing, or constituting.

5. “Documents” is defined to be synonymous in meaning and equal in scope to the usage of the term “documents or electronically stored information” in Fed. R. Civ. P. 34(a)(1)(A). A draft or non-identical copy is a separate document within the meaning of this term.

6. “FFE” means the FIFA Forward Enterprise, the contemplated FIFA-owned and controlled subsidiary consolidating FIFA’s commercial and event operations as described in the July 28, 2026 FIFA press release published on FIFA’s website entitled “FIFA intends to expand football development funding to over USD 10 billion subject to approval by FIFA Member Associations,”[1] including any predecessor or working-name entity, and any renamed, restructured, or revived version of the proposed entity.

7. “FFE Proposal” means any contemplated transaction involving the sale of or investment in commercial rights or operations of FIFA or any event operated or sanctioned by FIFA including the 2018 proposal to sell certain FIFA rights including those associated with the Club World Cup.

8. “FIFA” means the Fédération Internationale de Football Association, its subsidiaries and affiliates, and its past and current officers, employees, and agents, including but not limited to Gianni Infantino, Arsène Wenger, Jill Ellis, Emilio García Silvero, Mattias Grafström, Thomas Peyer, Kevin Lamour, Jair Bertoni, Mario Gallavotti, Romy Gai, Elkhan Mammadov, Dan O’Toole, Gelson Fernandes, Sarai Baremen, Steven Martens, Kimberly Morris,

[1] Available at https://inside.fifa.com/organisation/media-releases/intends-expand-football-development-funding-usd-10-billion-subject-approval-member-associations.

Heimo Schirghi, Sanjeevan Balasingam, and any other individual associated with, employed by, or acting or purporting to act on behalf of FIFA.

9. “FIFA Americas”, “You”, or “Your” means FIFA (Americas), Inc. any of FIFA Americas’ predecessors, officers, directors, employees, agents, secondees, successors, and affiliates, including any special purpose entities used in connection with the FIFA World Cup 2026 North America.

10. “Government Official” means any officer or inferior officer of the United States; any official elected or appointed to federal office; any employee of the United States’ government, including the Congress and executive and judicial branches; and any parent, child, or spouse of any such person.

11. “Infantino” means FIFA President Gianni Infantino, whether acting in his professional or personal capacity and any agent, representative, cut-out, middle-man, intermediary, or proxy acting on Gianni Infantino’s behalf, at Gianni Infantino’s direction, or for the benefit of Gianni Infantino, or through whom Gianni Infantino acted or communicated.

12. “OpenEconomics” means OpenEconomics s.r.l., OpenEconomics International s.r.l., OpenPartners s.r.l., its subsidiaries and affiliates, and its officers, employees, and agents.

13. “Person” means any natural person or any legal entity, including, without limit, any business or governmental entity or association.

14. “Thrive” means Thrive Capital Management, LLC; Thrive Eternal; any special purpose vehicle, fund, or entity established, managed, or controlled by Thrive; and Thrive’s agents, employees, and officers.

15. “UEFA” means Union des Associations Européennes de Football, its subsidiaries and affiliates, and its officers, employees, and agents.

## INSTRUCTIONS

1. Unless otherwise stated in a specific Topic, these Topics concern the period January 1, 2025, through the present and continuing.

2. Each Topic shall be construed independently, and no Topic shall be viewed as limiting the scope of any other Topic.

3. When construing these Topics, the terms "all," "any," and "each" must each be construed as encompassing any and all; the connectives "and" and "or" must be construed either disjunctively or conjunctively as necessary to bring within the scope of the Topic all responses that might otherwise be construed to be outside of its scope; the term "including" must not be construed as imposing any limitation; and the use of the singular form of any word includes the plural and vice versa.

## TOPICS OF EXAMINATION

**1.** The origin, formulation, consideration, and development of FFE or any FFE Proposal, from initial concept through the July 28, 2026 public announcement, including the drafting, negotiation, and execution of any term sheet, letter of intent, or other agreement relating to FFE.

**2.** All Communications between FIFA Americas and FIFA, Infantino, Greg Maffei, Joshua Kushner, or any Investor or Advisor concerning FFE or any FFE Proposal, including meetings, notes, and calendar entries concerning FFE, such as the July 2025 Allen & Company Conference in Sun Valley, the July 18, 2026 Waldorf Astoria meeting, and any Communications with Kevin Lamour or regarding his separation from FIFA.

**3.** The due diligence, valuation, and financial analysis performed by, for, or in conjunction with FIFA or FIFA Americas concerning FFE or any FFE Proposal, including the

methodologies, inputs, assumptions, and comparables used to derive any implied valuation of FFE, such as the approximately $20 billion implied equity valuation.

**4.** FIFA's Statutes, bylaws, and governance policies applicable to a transaction of the nature of FFE, including any provision governing the disposition of commercial rights or capital transactions requiring FIFA Council or Congress approval, any analysis of those approval requirements, and the application of such Statutes and governance policies to FIFA Americas.

**5.** The presentation and discussion of FFE or any FFE Proposal at any meeting of the FIFA Council, FIFA Congress, FIFA Bureau, or FIFA Management Board.

**6.** The identity and substance of any legal, compliance, or outside consultant review of, or advice concerning, FFE or any FFE Proposal.

**7.** Any conflicts-of-interest analysis with respect to Infantino's, Joshua Kushner's, Thrive's, Jared Kushner's, or any Government Official's actual or contemplated role in FFE or any FFE Proposal.

**8.** FIFA's lease of, and use of, office space at Trump Tower in New York City, including in connection with FFE or any FFE Proposal.

**9.** The contemplated 20-21% non-controlling stake in FFE, including any change in that percentage during negotiations, and the possible, expected, anticipated, or intended use and allocation of proceeds from the up to $4.2 billion raise in connection with FFE.

**10.** FIFA's role in, or knowledge of, the engagement of, and any fee, benefit, or compensation arrangement with, any Advisor in connection with FFE or any FFE Proposal.

**11.** The compensation, funding, inducements, or other benefits offered, proposed, or discussed with FIFA's member associations in connection with FFE, and the process, procedures,

and deadlines (including the September 19, 2026 deadline) for member associations to accept or reject FFE-related funding.

**12.** The sharing and withholding of information with FIFA's member associations, UEFA, and the public concerning FFE or any FFE Proposal, including any questions, responses, concerns, or objections raised by any member association, and the leak or disclosure of information concerning FFE to the Times of London or any other media outlet prior to the July 28, 2026 announcement.

**13.** FIFA's public announcement of FFE, including the drafting and revision of the July 28, 2026 press release, the preparation of Infantino's public statements, and any media strategy or crisis-communications plan adopted in response to the reaction to FFE.

**14.** The decision to withdraw FFE on or about July 31 or August 1, 2026, including any board or committee resolution or vote, the August 5, 2026 FIFA leadership meeting in Rabat, Morocco, and any apologies issued in connection with the withdrawal.

**15.** FIFA's internal review of FFE announced at or after the Rabat meeting, including the consideration, scope, terms of reference, and personnel conducting such a review.

**16.** FIFA Americas' corporate and organizational structure, capitalization, and financial relationship with FIFA.

**17.** The identity, custody, and location of Documents and Communications responsive to the Requests for Production of Documents attached to the accompanying subpoena *duces tecum* served on FIFA Americas.

**18.** FIFA Americas' document preservation and deletion practices, including its receipt of and response to UEFA's August 2, 2026 preservation letter, the custodians and search terms

used, and the actions FIFA Americas took to preserve or recover Documents and Communications concerning FFE or any FFE Proposal.

**19.** FIFA Americas' policies, procedures, and practices concerning the use of ephemeral or auto-deleting messaging applications and platforms by custodians with knowledge of FFE or any FFE Proposal.

**20.** FIFA Americas' collection, review, and production of Documents and Communications in response to the accompanying subpoena *duces tecum* served on FIFA Americas.

**21.** All Documents and Communications FIFA Americas produced in response to the accompanying subpoena *duces tecum* served on FIFA Americas.

# EXHIBIT 160

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 26-mc______ |
| *Defendant* | ) | |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: CORPORATION SERVICE COMPANY O/B/O FWC2026 US, INC.
1201 HAYS STREET, TALLAHASSEE, FL 32301-2525

*(Name of person to whom this subpoena is directed)*

❒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Attachment 1.

| Place: SHUTTS & BOWEN LLP<br>200 S. Biscayne Boulevard, Suite 4100<br>Miami, Florida 33131 | Date and Time:<br>14 Days After Issuance |
|---|---|

❒ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: __________

*CLERK OF COURT*

OR

________________ *Signature of Clerk or Deputy Clerk*

________________ *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* UEFA , who issues or requests this subpoena, are:

Andrew Levander, andrew.levander@dechert.com,+1 212 698 3500

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No. 26-mc______

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

I received this subpoena for *(name of individual and title, if any)* ______________________

on *(date)* ______________ .

❒ I served the subpoena by delivering a copy to the named person as follows: ______________________

______________________________________________ on *(date)* ______________ ; or

❒ I returned the subpoena unexecuted because: ______________________

______________________________________________ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ ______________ .

My fees are $ ____________ for travel and $ ____________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc.:

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1) *For a Trial, Hearing, or Deposition.*** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
**(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
**(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
**(i)** is a party or a party's officer; or
**(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2) *For Other Discovery.*** A subpoena may command:
**(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
**(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1) *Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2) *Command to Produce Materials or Permit Inspection.***
**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
**(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
**(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3) *Quashing or Modifying a Subpoena.***
**(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
**(i)** fails to allow a reasonable time to comply;
**(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
**(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
**(iv)** subjects a person to undue burden.
**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
**(i)** disclosing a trade secret or other confidential research, development, or commercial information; or
**(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
**(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
**(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
**(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1) *Producing Documents or Electronically Stored Information.*** These procedures apply to producing documents or electronically stored information:
**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
**(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2) *Claiming Privilege or Protection.***
**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
**(i)** expressly make the claim; and
**(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

# ATTACHMENT 1

## DEFINITIONS

1. "Advisors" means J.P. Morgan Chase & Co.; J.P. Morgan Securities LLC; OpenEconomics; Greg Maffei; BANN Ventures, Inc.; and Robert Iger, in their capacities as advisors to FIFA and/or Thrive in connection with FFE or an FFE Proposal.

2. "Investors" means Thrive, Apollo Sports Capital, and any other person or entity that discussed, negotiated, or was solicited for potential investment or participation in FFE or an FFE Proposal.

3. "Communications" means the transmittal of information (in the form of facts, ideas, inquiries, or otherwise).

4. "Concerning" means relating to, referring to, describing, evidencing, or constituting.

5. "Documents" is defined to be synonymous in meaning and equal in scope to the usage of the term "documents or electronically stored information" in Fed. R. Civ. P. 34(a)(1)(A). A draft or non-identical copy is a separate document within the meaning of this term.

6. "FFE" means the FIFA Forward Enterprise, the contemplated FIFA-owned and controlled subsidiary consolidating FIFA's commercial and event operations as described in the July 28, 2026 FIFA press release published on FIFA's website entitled "FIFA intends to expand football development funding to over USD 10 billion subject to approval by FIFA Member Associations,"[1] including any predecessor or working-name entity, and any renamed, restructured, or revived version of the proposed entity.

7. "FFE Proposal" means any contemplated transaction involving the sale of or

[1] Available at https://inside.fifa.com/organisation/media-releases/intends-expand-football-development-funding-usd-10-billion-subject-approval-member-associations.

investment in commercial rights or operations of FIFA or any event operated or sanctioned by FIFA including the 2018 proposal to sell certain FIFA rights including those associated with the Club World Cup.

8. "FIFA" means the Fédération Internationale de Football Association, its subsidiaries and affiliates, and its past and current officers, employees, and agents, including but not limited to Gianni Infantino, Arsène Wenger, Jill Ellis, Emilio García Silvero, Mattias Grafström, Thomas Peyer, Kevin Lamour, Jair Bertoni, Mario Gallavotti, Romy Gai, Elkhan Mammadov, Dan O'Toole, Gelson Fernandes, Sarai Baremen, Steven Martens, Kimberly Morris, Heimo Schirghi, Sanjeevan Balasingam, and any other individual associated with, employed by, or acting or purporting to act on behalf of FIFA.

9. "FWC2026", "You", or "Your" means FWC2026 US, Inc. and any of FWC2026's predecessors, officers, directors, employees, agents, secondees, successors, and affiliates, including any special purpose entities used in connection with the FIFA World Cup 2026 North America.

10. "Government Official" means any officer or inferior officer of the United States; any official elected or appointed to federal office; any employee of the United States' government, including the Congress and executive and judicial branches; and any parent, child, or spouse of any such person.

11. "Identify," when referring to a person, means to give, to the extent known, the person's full name, present or last known address, and when referring to a natural person, additionally, the present or last known place of employment.

12. "Identify," when referring to Documents, means to give, to the extent known, the (i) type of document; (ii) general subject matter; (iii) date of the document; and (iv) author(s),

addressee(s) and recipient(s).

13. "Infantino" means FIFA President Gianni Infantino, whether acting in his professional or personal capacity and any agent, representative, cut-out, middle-man, intermediary, or proxy acting on Gianni Infantino's behalf, at Gianni Infantino's direction, or for the benefit of Gianni Infantino, or through whom Gianni Infantino acted or communicated.

14. "Kushner" means Joshua Kushner, individually, and any person acting or purporting to act on his personal (as opposed to Thrive's) behalf.

15. "OpenEconomics" means OpenEconomics s.r.l., OpenEconomics International s.r.l., OpenPartners s.r.l., its subsidiaries and affiliates, and its officers, employees, and agents.

16. "Person" means any natural person or any legal entity, including, without limit, any business or governmental entity or association.

17. "Thrive" means Thrive Capital Management, LLC; Thrive Eternal; any special purpose vehicle, fund, or entity established, managed, or controlled by Thrive; and Thrive's agents, employees, and officers.

18. "UEFA" means Union des Associations Européennes de Football, its subsidiaries and affiliates, and its officers, employees, and agents.

## INSTRUCTIONS

1. Pursuant to Rule 45 of the Federal Rules of Civil Procedure, You are commanded to produce all Documents and Communications responsive to the following Requests that are in Your possession, custody, or control.

2. Unless otherwise stated in a specific Request, these Requests seek responsive Documents and Communications authored, generated, disseminated, drafted, produced, reproduced, edited, or otherwise created or distributed January 1, 2025, through the present and

continuing.

3. Each Request shall be construed independently, and no Request shall be viewed as limiting the scope of any other Request.

4. When construing these Requests, the terms "all," "any," and "each" must each be construed as encompassing any and all; the connectives "and" and "or" must be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside of its scope; the term "including" must not be construed as imposing any limitation; and the use of the singular form of any word includes the plural and vice versa.

5. Each Request seeks production of each Documents or Communications in its entirety, without abbreviation or redaction, including, without limitation, all attachments, transmittal sheets, notes, cover letters, exhibits, enclosures, and all drafts and non-identical copies of each Document or Communication.

6. Each Document or Communication with handwritten, typewritten or other recorded notes, editing marks, etc., is a separate, unique Document or Communication and is not, and shall not be deemed to be, identical to one without such modifications, additions, or deletions.

7. With respect to the Documents and Communications produced, You shall produce them as they are kept in Your usual course of business, including, if applicable, in their native format with metadata intact (including financial models with formulas intact).

8. You shall organize and label Documents and Communications produced to correspond to the categories in these Requests, or as they are kept in the usual course of business.

9. If You object to any Request, in whole or in part, You must state the grounds for the objection with specificity and produce all Documents and Communications responsive to any

portion of the Request to which You do not object.

10. If no Documents and Communications are responsive to a particular Request, You are to state that no responsive Documents and Communications exist for that particular Request.

11. If any Document or Communication or any part of a Document or Communication responsive to a Request is withheld from production on the basis of any claim of privilege, You shall produce a written log identifying, for each Document or Communication withheld in whole or in part: (a) the nature of the privilege or protection being claimed; (b) the general subject matter of the Document or Communication and a description of the file or other location where it was found; (c) the type or general nature of the Document or Communication (i.e., whether it is a letter, memorandum, invoice, email, etc.) and the number of pages of which it consists; (d) the date of the Document or Communication; (e) the author(s) and recipient(s) of the Document or Communication; and (f) the addressees of the Document or Communication and any other recipients.

12. All non-privileged portions of any Document or Communication containing material over which a claim of privilege or protection has been asserted shall be produced by excising, concealing, or otherwise protecting the portions for which a privilege or protection is asserted, but only to the extent that such excise, concealment, or other protection is strictly necessary for the purposes of the claim of privilege or protection.

13. If any Document or Communication requested herein was at one time in existence, but has been lost, discarded, or destroyed (including the deletion from any computer of any responsive Document or Communication), You shall identify such Document or Communication completely, providing as much of the following information as possible: (a) the type of Document or Communication; (b) its date; (c) the contents, subject(s), title, subtitles, nature, or scope of the

Document or Communication; (d) the date or approximate date the Document or Communication was lost, discarded, or destroyed; (e) the circumstances and manner in which the Document or Communication was lost, discarded, or destroyed; (f) the reason or reasons for disposing of the Document or Communication (if discarded or destroyed); (g) the identity of all persons authorizing or having knowledge of the circumstances surrounding the disposal of the Document or Communication; (h) the identity of the person(s) who lost, discarded, or destroyed the Document or Communication; and (i) the identity of all persons having knowledge of the contents thereof.

14. Unless otherwise indicated, the Documents and Communications requested include all Documents and Communications in Your possession, custody, or control. Without limitation of the terms "possession, custody, or control," as used in the preceding sentence, a Document or Communication is in Your possession, custody, or control if You have actual possession or custody or the right or practical ability to obtain the Document or Communication or a copy thereof upon demand from one or more of Your affiliates, parents, subsidiaries, divisions, related companies, predecessors-in-interest, officers, directors, employees, agents, consultants, representatives, independent contractors, advisors, attorneys, or any other person or public or private entity that has actual physical possession thereof.

15. These Requests are continuing in nature. If You obtain or create additional Documents responsive to any Request after Your initial production, You shall supplement Your production promptly and in accordance with the Federal Rules of Civil Procedure.

## REQUESTS FOR PRODUCTION

**Request for Production No. 1:**

All Documents and Communications concerning the origin and development of FFE or any FFE Proposal, from initial concept through the public announcement of FFE on July 28, 2026,

including the 2018 proposal to sell certain FIFA rights including those associated with the Club World Cup. This Request is not limited as to time.

**Request for Production No. 2:**

All Documents and Communications concerning any meeting, conversation, or communication involving Infantino, Kushner, and/or Greg Maffei concerning FFE or an FFE Proposal, including any occurring during, at, or around the July 2025 Allen & Company Conference in Sun Valley, Idaho, or the meeting of FIFA officials held at the Waldorf Astoria in New York City on July 18, 2026, and Documents sufficient to show when and by what means Thomas Peyer and Hillary Mueri first learned of FFE or an FFE Proposal.

**Request for Production No. 3:**

All agreements and term sheets concerning FFE or an FFE Proposal, including any letter of intent, memorandum of understanding, non-disclosure agreement, exclusivity agreement, subscription agreement, or side letter.

**Request for Production No. 4:**

All Documents and Communications concerning the presentation of, consideration of, or deliberations concerning FFE or an FFE Proposal by the FIFA Council, FIFA Congress, FIFA Bureau, or FIFA Management Board or any member of any of the foregoing, including all minutes, transcripts, recordings, and notes of any such presentation, consideration, or deliberation.

**Request for Production No. 5:**

FIFA's Statutes, bylaws, and governance policies applicable to a transaction of the nature of FFE or an FFE Proposal, and all Documents and Communications concerning any analysis of the approval requirements and procedures applicable to FFE thereunder.

**Request for Production No. 6:**

All Documents and Communications concerning the identification of, and any legal or compliance review of or advice concerning FFE or an FFE Proposal provided by, any attorney, compliance personnel, or outside law firm or consultant to FIFA or FWC2026.

**Request for Production No. 7:**

All Documents and Communications concerning Kevin Lamour's involvement in or knowledge of FFE or an FFE Proposal, including all Communications between Infantino and Kevin Lamour concerning the same, and all Documents and Communications concerning Kevin Lamour's separation from his employment by FIFA.

**Request for Production No. 8:**

All Documents and Communications concerning any valuation of FFE or an FFE Proposal.

**Request for Production No. 9:**

Documents sufficient to show FWC2026's corporate and organizational structure, its governance, and the application of FIFA's Statutes and governance policies to FWC2026, including all individuals who serve in a role for both FIFA and FWC2026 and their respective roles and authority.

**Request for Production No. 10:**

Documents sufficient to show FWC2026's purpose and use in connection with FIFA's activities in the United States, and its capitalization, financial relationship, financial statements, and accounting and financial reporting relationship with FIFA.

**Request for Production No. 11:**

All Documents concerning any conflicts-of-interest analysis conducted with respect to any person's actual or contemplated role in FFE or an FFE Proposal, including Infantino, Kushner,

Thrive, Jared Kushner, or any Government Official.

**Request for Production No. 12:**

All Documents and Communications concerning FIFA's office space at Trump Tower in New York City, including the underlying lease and any amendments thereto, rent payments made thereunder, and its use in connection with FFE or an FFE Proposal.

**Request for Production No. 13:**

All Documents and Communications concerning the contemplated non-controlling stake in FFE, including any change in the contemplated percentage of that stake during negotiations.

**Request for Production No. 14:**

All Documents and Communications concerning the possible, expected, anticipated, or intended use and allocation of proceeds from the up to $4.2 billion raise in connection with FFE.

**Request for Production No. 15:**

All Documents and Communications concerning the engagement of Advisors concerning FFE or an FFE Proposal, and all Documents and Communications sent by or on behalf of Infantino or FIFA to any of FIFA's member associations concerning FFE or an FFE Proposal.

**Request for Production No. 16:**

All Documents and Communications concerning FIFA's member associations' consideration of, and response to, FFE, including any compensation, funding, inducements, or other benefits offered, proposed, or discussed in connection therewith; the processes and procedures, actual, contemplated, or proposed, for member associations to accept or reject FFE; and any questions, responses, concerns, or objections raised by any member association.

**Request for Production No. 17:**

All Documents and Communications concerning the disclosure or public announcement of

FFE, including any leak of information concerning FFE to the media prior to FIFA's July 28, 2026 public announcement, and FIFA's July 28, 2026 press release concerning FFE and any drafts thereof.

# EXHIBIT 161

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

_______________________________ )
*Plaintiff* )
v. ) Civil Action No. 26-mc______
)
_______________________________ )
*Defendant* )

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: CORPORATION SERVICE COMPANY O/B/O FWC2026 US, INC.
1201 HAYS STREET, TALLAHASSEE, FL 32301-2525

*(Name of person to whom this subpoena is directed)*

☑ Testimony: YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters: See Attachment 1.

| Place: SHUTTS & BOWEN LLP<br>200 S. Biscayne Boulevard, Suite 4100<br>Miami, Florida 33131 | Date and Time:<br>28 Days After Issuance |
|---|---|

The deposition will be recorded by this method: Video and stenographic recording.

❒ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: ______________

*CLERK OF COURT*

OR

_______________________________ _______________________________
*Signature of Clerk or Deputy Clerk* *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* UEFA, who issues or requests this subpoena, are:
Andrew Levander, andrew.levander@dechert.com,+1 212 698 3500

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No. 26-mc______

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

I received this subpoena for *(name of individual and title, if any)* ______________________
on *(date)* ______________ .

❒ I served the subpoena by delivering a copy to the named individual as follows: ______________________
__________________________________________________________________
______________________________________________ on *(date)* ______________ ; or

❒ I returned the subpoena unexecuted because: ______________________________________
__________________________________________________________________ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ ____________________ .

My fees are $ ______________ for travel and $ ______________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________________
*Server's signature*

______________________________________
*Printed name and title*

______________________________________
*Server's address*

Additional information regarding attempted service, etc.:

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** ***For a Trial, Hearing, or Deposition.*** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
**(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
**(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
**(i)** is a party or a party's officer; or
**(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2)** ***For Other Discovery.*** A subpoena may command:
**(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
**(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** ***Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** ***Command to Produce Materials or Permit Inspection.***
**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
**(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
**(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** ***Quashing or Modifying a Subpoena.***

**(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

**(i)** fails to allow a reasonable time to comply;
**(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
**(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
**(iv)** subjects a person to undue burden.
**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
**(i)** disclosing a trade secret or other confidential research, development, or commercial information; or
**(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
**(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
**(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
**(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** ***Producing Documents or Electronically Stored Information.*** These procedures apply to producing documents or electronically stored information:
**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
**(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** ***Claiming Privilege or Protection.***
**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
**(i)** expressly make the claim; and
**(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

**ATTACHMENT 1**

PLEASE TAKE NOTICE that, pursuant to Rules 30(b)(6) and 45 of the Federal Rules of Civil Procedure, counsel for the Union des Associations Européennes de Football ("UEFA") will take the deposition(s) of the designated representative(s) of FWC2026 US, Inc. able to testify fully as to the topics listed in this Attachment 1 at a mutually agreeable time and date. The deposition will be conducted at the offices of Shutts & Bowen LLP, 200 South Biscayne Blvd., Ste. 4100, Miami, FL 33131, and will continue from day to day until completed. The deposition shall be taken before an officer authorized to take oaths and shall be recorded by stenographer and by videotape. The deposition will be taken for the purpose of discovery, to perpetuate testimony for use at trial, and for all other purposes permitted under the Federal Rules of Civil Procedure.

FWC2026 shall provide a written designation of the name(s) and position(s) of the one or more officers, directors, or managing agents, or other person(s) who will be produced to testify on its behalf concerning the topics and matters set forth in this Attachment 1. Pursuant to Federal Rule of Civil Procedure 30(b)(6), the person(s) designated by FWC2026 should be prepared to testify to all matters set forth in this Attachment 1 that are known or reasonably available to FWC2026.

**DEFINITIONS**

1. "Advisors" means J.P. Morgan Chase & Co.; J.P. Morgan Securities LLC; OpenEconomics; Greg Maffei; BANN Ventures, Inc.; and Robert Iger, in their capacities as advisors to FIFA and/or Thrive in connection with FFE or an FFE Proposal.

2. "Investors" means Thrive, Apollo Sports Capital, and any other person or entity that discussed, negotiated, or was solicited for potential co-investment or participation in FFE or an FFE Proposal.

3. "Communications" means the transmittal of information (in the form of facts, ideas, inquiries, or otherwise).

4. "Concerning" means relating to, referring to, describing, evidencing, or constituting.

5. "Documents" is defined to be synonymous in meaning and equal in scope to the usage of the term "documents or electronically stored information" in Fed. R. Civ. P. 34(a)(1)(A). A draft or non-identical copy is a separate document within the meaning of this term.

6. "FFE" means the FIFA Forward Enterprise, the contemplated FIFA-owned and controlled subsidiary consolidating FIFA's commercial and event operations as described in the July 28, 2026 FIFA press release published on FIFA's website entitled "FIFA intends to expand football development funding to over USD 10 billion subject to approval by FIFA Member Associations,"[1] including any predecessor or working-name entity, and any renamed, restructured, or revived version of the proposed entity.

7. "FFE Proposal" means any contemplated transaction involving the sale of or investment in commercial rights or operations of FIFA or any event operated or sanctioned by FIFA including the 2018 proposal to sell certain FIFA rights including those associated with the Club World Cup.

8. "FIFA" means the Fédération Internationale de Football Association, its subsidiaries and affiliates, and its past and current officers, employees, and agents, including but not limited to Gianni Infantino, Arsène Wenger, Jill Ellis, Emilio García Silvero, Mattias Grafström, Thomas Peyer, Kevin Lamour, Jair Bertoni, Mario Gallavotti, Romy Gai, Elkhan Mammadov, Dan O'Toole, Gelson Fernandes, Sarai Baremen, Steven Martens, Kimberly Morris,

[1] Available at https://inside.fifa.com/organisation/media-releases/intends-expand-football-development-funding-usd-10-billion-subject-approval-member-associations.

Heimo Schirghi, Sanjeevan Balasingam, and any other individual associated with, employed by, or acting or purporting to act on behalf of FIFA.

9. "FWC2026", "You", or "Your" means FWC2026 US, Inc. and any of FWC2026's predecessors, officers, directors, employees, agents, secondees, successors, and affiliates, including any special purpose entities used in connection with the FIFA World Cup 2026 North America.

10. "Government Official" means any officer or inferior officer of the United States; any official elected or appointed to federal office; any employee of the United States' government, including the Congress and executive and judicial branches; and any parent, child, or spouse of any such person.

11. "Infantino" means FIFA President Gianni Infantino, whether acting in his professional or personal capacity and any agent, representative, cut-out, middle-man, intermediary, or proxy acting on Gianni Infantino's behalf, at Gianni Infantino's direction, or for the benefit of Gianni Infantino, or through whom Gianni Infantino acted or communicated.

12. "OpenEconomics" means OpenEconomics s.r.l., OpenEconomics International s.r.l., OpenPartners s.r.l., its subsidiaries and affiliates, and its officers, employees, and agents.

13. "Person" means any natural person or any legal entity, including, without limit, any business or governmental entity or association.

14. "Thrive", means Thrive Capital Management, LLC; Thrive Eternal; any special purpose vehicle, fund, or entity established, managed, or controlled by Thrive; and Thrive's agents, employees, and officers.

15. "UEFA" means Union des Associations Européennes de Football, its subsidiaries and affiliates, and its officers, employees, and agents.

## INSTRUCTIONS

1. Unless otherwise stated in a specific Topic, these Topics concern the period January 1, 2025, through the present and continuing.

2. Each Topic shall be construed independently, and no Topic shall be viewed as limiting the scope of any other Topic.

3. When construing these Topics, the terms "all," "any," and "each" must each be construed as encompassing any and all; the connectives "and" and "or" must be construed either disjunctively or conjunctively as necessary to bring within the scope of the Topic all responses that might otherwise be construed to be outside of its scope; the term "including" must not be construed as imposing any limitation; and the use of the singular form of any word includes the plural and vice versa.

## TOPICS OF EXAMINATION

**1.** The origin, formulation, consideration, and development of FFE or any FFE Proposal, from initial concept through the July 28, 2026 public announcement, including the drafting, negotiation, and execution of any term sheet, letter of intent, or other agreement relating to FFE.

**2.** All Communications between FWC2026 and FIFA, Infantino, Greg Maffei, Joshua Kushner, or any Investor or Advisor concerning FFE or any FFE Proposal, including meetings, notes, and calendar entries concerning FFE, such as the July 2025 Allen & Company Conference in Sun Valley, the July 18, 2026 Waldorf Astoria meeting, and any Communications with Kevin Lamour or regarding his separation from FIFA.

**3.** The due diligence, valuation, and financial analysis performed by, for, or in conjunction with FIFA or FWC2026 concerning FFE or any FFE Proposal, including the

methodologies, inputs, assumptions, and comparables used to derive any implied valuation of FFE, such as the approximately $20 billion implied equity valuation.

**4.** FIFA's Statutes, bylaws, and governance policies applicable to a transaction of the nature of FFE, including any provision governing the disposition of commercial rights or capital transactions requiring FIFA Council or Congress approval, any analysis of those approval requirements, and the application of such Statutes and governance policies to FWC2026.

**5.** The presentation and discussion of FFE or any FFE Proposal at any meeting of the FIFA Council, FIFA Congress, FIFA Bureau, or FIFA Management Board.

**6.** The identity and substance of any legal, compliance, or outside consultant review of, or advice concerning, FFE or any FFE Proposal.

**7.** Any conflicts-of-interest analysis with respect to Infantino's, Joshua Kushner's, Thrive's, Jared Kushner's, or any Government Official's actual or contemplated role in FFE or any FFE Proposal.

**8.** FIFA's lease of, and use of, office space at Trump Tower in New York City, including in connection with FFE or any FFE Proposal.

**9.** The contemplated 20-21% non-controlling stake in FFE, including any change in that percentage during negotiations, and the possible, expected, anticipated, or intended use and allocation of proceeds from the up to $4.2 billion raise in connection with FFE.

**10.** FIFA's role in, or knowledge of, the engagement of, and any fee, benefit, or compensation arrangement with, any Advisor in connection with FFE or any FFE Proposal.

**11.** The compensation, funding, inducements, or other benefits offered, proposed, or discussed with FIFA's member associations in connection with FFE, and the process, procedures,

and deadlines (including the September 19, 2026 deadline) for member associations to accept or reject FFE-related funding.

**12.** The sharing and withholding of information with FIFA's member associations, UEFA, and the public concerning FFE or any FFE Proposal, including any questions, responses, concerns, or objections raised by any member association, and the leak or disclosure of information concerning FFE to the Times of London or any other media outlet prior to the July 28, 2026 announcement.

**13.** FIFA's public announcement of FFE, including the drafting and revision of the July 28, 2026 press release, the preparation of Infantino's public statements, and any media strategy or crisis-communications plan adopted in response to the reaction to FFE.

**14.** The decision to withdraw FFE on or about July 31 or August 1, 2026, including any board or committee resolution or vote, the August 5, 2026 FIFA leadership meeting in Rabat, Morocco, and any apologies issued in connection with the withdrawal.

**15.** FIFA's internal review of FFE announced at or after the Rabat meeting, including the consideration, scope, terms of reference, and personnel conducting such a review.

**16.** FWC2026's corporate and organizational structure, capitalization, and financial relationship with FIFA.

**17.** The identity, custody, and location of Documents and Communications responsive to the Requests for Production of Documents attached to the accompanying subpoena *duces tecum* served on FWC2026.

**18.** FWC2026's document preservation and deletion practices, including its receipt of and response to UEFA's August 2, 2026 preservation letter, the custodians and search terms used,

and the actions FWC2026 took to preserve or recover Documents and Communications concerning FFE or any FFE Proposal.

**19.** FWC2026's policies, procedures, and practices concerning the use of ephemeral or auto-deleting messaging applications and platforms by custodians with knowledge of FFE or any FFE Proposal.

**20.** FWC2026's collection, review, and production of Documents and Communications in response to the accompanying subpoena *duces tecum* served on FWC2026.

**21.** All Documents and Communications FWC2026 produced in response to the accompanying subpoena *duces tecum* served on FWC2026.