**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF UNION DES ASSOCIATIONS EUROPÉENNES DE FOOTBALL (“UEFA”) FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING | Case No. 26-mc-___ |

**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION OF UNION DES ASSOCIATIONS EUROPÉENNES DE FOOTBALL TO TAKE DISCOVERY FOR USE IN A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782**

Upon consideration of the *Ex Parte* Application of Union des Associations Européennes de Football (“UEFA”) for an Order pursuant to 28 U.S.C. § 1782 authorizing UEFA to obtain discovery from FIFA (Americas), Inc. (“FIFA Americas”) and FWC2026 US, INC. (“FWC2026”) for use in contemplated criminal proceedings in Switzerland, the Declarations of Andrew J. Levander and André Kurz and the exhibits annexed thereto, and the entire record herein, and good cause appearing therefor, it is hereby:

**ORDERED** that the *Ex Parte* Application is GRANTED; and it is further

**ORDERED** that, pursuant to 28 U.S.C. § 1782, UEFA is authorized to obtain discovery from FIFA Americas and FWC2026 for use in its contemplated criminal proceedings in Switzerland; and it is further

**ORDERED** that UEFA is granted leave to serve FIFA Americas and FWC2026 each with a subpoena *duces tecum* and a subpoena *ad testificandum*, in substantially the same form as the subpoenas attached as Exhibits 158 through 161 to the Declaration of Andrew J. Levander filed in support of the *Ex Parte* Application; and it is further

**ORDERED** that FIFA Americas and FWC2026 shall comply with the subpoenas, produce the requested documents and appear for deposition in conformity with the Federal Rules of Civil Procedure and the Local Rules of this Court; and it is further

**ORDERED** that FIFA Americas and FWC2026 shall duly preserve all documents, communications, and other evidence related to the subject matter of the *Ex Parte* Application; and it is further

**ORDERED** that UEFA is authorized to issue additional subpoenas to any other party residing or found within the Southern District of Florida likely to have evidence relevant to the contemplated foreign proceedings, provided that UEFA files a Notice of Intent to Serve Subpoena at least fifteen (15) days prior to service of any such subpoena; and it is further

**ORDERED** that this Court shall retain such jurisdiction as is necessary to effectuate the terms of such subpoenas.

**SO ORDERED.**

Dated: ______________, 2026
Miami, Florida

______________________________
UNITED STATES DISTRICT JUDGE